JUDGE PATTERSON

O'MELVENY & MYERS LLP
Dale M. Cendali (DC 2676)
Johanna Schmitt (JS 2125)
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARNER BROS. ENTERTAINMENT INC. and
J.K. ROWLING,

    Plaintiffs,

-against-

RDR BOOKS, and DOES 1-10,

    Defendants.

07 CIV 9667

### DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Warner Bros. Entertainment, Inc. ("Warner Bros."), by and through its undersigned counsel, hereby discloses that Warner Bros. is wholly owned by Time Warner Inc. Time Warner Inc. is a publicly traded Delaware corporation. Time Warner Inc. is affiliated with Time Warner Cable Inc. and holds interest in the following publicly held companies, which are all incorporated in Delaware:

### 5-10% Share

None.

**More than 50% Share**

Time Warner Cable Inc.

Dated: October 31, 2007

Respectfully submitted:

*[signature]*

Dale M. Cendali (DC 2676)
Johanna Schmitt (JS 2125)

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Plaintiffs*