

WHAT'S NEW? | LOGIN/REGISTER | CANON PORTKEY | FAQs | SOURCES | ABBREVIATIONS | EVERYTHING A-Z | HELP | SEARCH | CONTACT US

Remembrall search

[____] go

### Wizarding World

Wizarding World
Wizards & beings
Magic
Places
Bestiary

### Muggle World

People
Places
Encyclopedia

### Digging deeper

Timelines
Reader's Guides
JKRowling.com
Essays
Forum

### Beyond canon

Movies
Games & cards

### The Lexicon

Search
What's New



# Hermione Jean Granger

*"But you're Muggles! We must have a drink! What's that you've got there? Oh, you're changing Muggle money, Molly, look!"*
*-- Arthur Weasley upon meeting the Grangers in Gringotts (CS4)*

*"An' they haven't invented a spell our Hermione can' do."*
*-- Rubeus Hagrid (CS7)*

**On this page:**

- Name meanings
- The Granger Family
- Appearance
- Hermione at Hogwarts
- Skills, etc.
- Profile of Hermione
- Hermione in the films

**Other Floo Network pages on Hermione:**

- Quotes by and about Hermione (books 1-6)
- Timeline of Hermione's life



HPL: Hermione Jean Granger and the Granger family



- ⬛JKR on Hermione (Accio Quote!)

## NAME MEANINGS

**Birth name:** Hermione Jean Granger.

**First name:** JKR chose the name Hermione from a character in Shakespeare's play "A Winter's Tale," although she says that the characters are not at all similar. She thought it made sense for a couple of professional dentists to name their only daughter something like that to show how clever they were. But she chose a very unusual name because she worried that, if there were a real child somewhere who was bright and had larger-than-usual front teeth that had the same name, she might get teased (NPC). Hermione was also the name of two British character actresses who played witches. Hermione Baddely played Elspeth in the "Bewitched" TV series and was in Mary Poppins, and Hermione Gingold was in the movie "Bell Book and Candle." (⬛ IMDb) JKR has fun throughout the series with people mangling the pronunciation of Hermione's name.

**Middle name:** In 2004, Jo told us her middle name was 'Jane' (WBD); however Rowling changed it to 'Jean' in Book 7, possibly so that Hermione and Umbridge wouldn't share the same middle name. 'Jean' is also one of the middle names of Rowling's daughter Mackenzie.

**Last name:** Grange=A grange is a barn or a farm with buildings to store grain, so 'Granger' is an occupational name for a farm bailiff.

## THE GRANGER FAMILY

**Birthdate:** 19 Sept 1979 (⬛AOL 2000, WBD 2004). **Note:** Although the DVD timelines were approved by Rowling, they do not match her other statements exactly. According to her website, Hermione was born before Harry and Ron, so her birthday would have to be in 1979, not 1980 as stated on the DVD.

**Ancestry:** Muggle-born.

**Mother:** Unnamed Muggle (dentist). Hermione thoughtfully protected her parents from Death Eater reprisals by modifying their memories, giving them new names (Wendell and Monica Wilkins), no memory that they once had a daughter, and then relocated them to Australia (DH6). When Voldemort and his forces were vanquished, she found them again and reversed her memory charm (BLC).

**Father:** Unnamed Muggle (dentist).

**Siblings:** At one time in the writing process, Hermione had a younger sister (WBD 2004); however, Rowling decided not to include that character, so Hermione is an only child (EBF 2004) (WBD 2004).

**Childhood:** The Grangers, while accepting the Wizarding world and their daughter's place in it, do not approve of using magic for quick fixes. They insisted, for example, that Hermione's somewhat oversized front teeth be dealt with in the usual way: with braces. They send healthy snacks by owl to Hermione at Hogwarts and come with her to Diagon Alley in August to help her buy her things for school. What they tell their family and friends about their daughter and her school is anyone's guess, but they are certainly proud of her.

**Location of childhood home:** ?

**Pet:** Crookshanks (cat/kneazle hybrid).



HERMIONE  GRANGER





## APPEARANCE

**Eye color:** Brown.

**Hair color:** Brown and bushy.

**From the books:** "She had a bossy sort of voice, lots of bushy brown hair, and rather large front teeth" (PS6).

## HERMIONE at HOGWARTS

**First year:** 1991.

**House:** Gryffindor, although the Sorting Hat considered putting her in Ravenclaw at first (OP19).

**Earned 11 O.W.L.s:** She received 10 "Outstandings" (Care of Magical Creatures, Transfiguration, Potions, Charms, Herbology, Astronomy, History of Magic, Arithmancy, Ancient Runes and one unknown class), and an "Exceeds expectations" in Defence Against the Dark Arts (HBP5).

**N.E.W.T.s:** Hermione missed her seventh year at Hogwarts, so unless there was some special accomodation, Hermione did not take her N.E.W.T.s.

**Awards, etc.:** Prefect for Gryffindor her 5th & 6th years.

**Organizations & affiliations:** Dumbledore's Army; S.P.E.W.

**Amortentia (love potion) smells:** freshly mown grass and new parchment and Ron's hair (HBP9, BLC).

## SKILLS, ETC.

**Wand:** Vine wood (⊠JKR) with a dragon heartstring core (⊠JKR) until it was taken by Greyback and his snatchers. After they escaped from the Malfoy mansion Hermione used Bellatrix's wand: walnut and dragon heartstring, 12.5 inches, unyielding (DH24).

**Other devices:** Revealer (CS13). Used a Time-Turner during the 1993-1994 school year to take extra classes (PA21), beaded purse (DH8).

**Socks:** Knits them for the house-elves.

**Career:** After Voldemort was killed, she worked for the Department for the Regulation and Control of Magical Creatures where she improved the quality of life for house-elves and other disenfranchised creatures. Later, she worked for Dept. of Magical Law Enforcement where she put an end to pro-pureblood laws (BLC).

**Skills:** Packing for long trips, Logic (PS16); Arithmancy; portable waterproof fires (CS); Apparition (HBP22). JKR says Hermione speaks for her sometimes (⊠COS 2003). Has actually read *Hogwarts: A History*. Can produce a full Patronus and mastered the Protean Charm to create the enchanted coins used by Dumbledore's Army.

**Patronus:** Otter (OP27).

**Boggart:** McGonagall telling her she failed everything (PA16).

**Handwriting:** "neat" (CS2).



## Profile of Hermione Jean Granger

Resourceful, principled and brilliant, Hermione is easily the brightest

http://www.hp-lexicon.org/wizards/granger.html#Hermione

11/1/2007 2:00 PM

witch of her generation. She, along with Ron Weasley, is one of Harry Potter's closest friends. She is also Muggle-born (her parents were dentists - PS12), and so is a living, breathing example of the fallacy of pureblood wizard supremacy.

Hermione reads voraciously and prefers concrete, knowable subjects like runes and history to the more inexact subjects like divination. When she was new to Hogwarts she was very insecure so she took comfort in things like rules and book-learning; as she became more confident in magic and more comfortable in the Wizarding world, she relaxed -- somewhat.

Hermione has a brilliant mind. She has memorized many, many spells and can reason her way through difficult situations that stump everyone else. By her fifth year, she could cast a Protean Charm -- N.E.W.T standard magic (OP19). Portable, waterproof fires are a specialty of hers. She even spent one school year taking double classes using a Time-Turner to be in two places at once, but she found this too exhausting to keep up. Hermione excelled at most subjects and often helped Neville Longbottom through difficult Potions classes. Most teachers considered her a star pupil, although Professor Snape called her a show-off.

In her fourth year at Hogwarts, she found herself the object of the affection of Viktor Krum, a famous Quidditch player from Bulgaria who was a visiting student at Hogwarts from Durmstrang Institute. She returned his affection to some extent, but had harbored a one-sided fondness for Ron Weasley since they met. Ron was oblivious for years but finally wised up.

Hermione developed a social conscience very early and would work tirelessly for those she saw as oppressed or an underdog. In her third year at Hogwarts, she bought Crookshanks from a magical creatures store because no one wanted him, and spent hours preparing a defense for Buckbeak, a falsely-accused hippogriff. During her fourth year, she became so horrified by the slavery of wizarding House-elves that she formed S.P.E.W. (Society for the Promotion of Elfish Welfare) and began enthusiastically knitting hats and socks to help free them from their servitude.

Harry and Ron owe the success of the Horcrux hunt in large part to Hermione's planning and research. Without Hermione, there would have been no clothes, no reference books, no tent or sleeping bags, no supply of Polyjuice potion, no medicines, no extendable ears, no Cloak of Invisibility, and no background information on how to destroy a Horcrux once they found one. Harry and Ron weren't the only ones she planned for; she was so worried for her parents' safety that she modified their memories so that they would not remember they had a daughter, and relocated them to Australia. (After Voldemort's death, Hermione found her parents and reversed her memory charm.)

Ron finally earned Hermione's first kiss during the final battle with Voldemort when he initiated a plan to evacuate the school's house-elves. At some point in the intervening years, Ron and Hermione married and had two children they named Rose (born c. 2006) and Hugo. Hermione was hired by the Ministry's Department for the Regulation and Control of Magical Creatures where she played an important role in improving the quality of life for house-elves and other disenfranchised creatures. Later, she worked for Dept. of Magical Law Enforcement where she worked to put an end to pro-pureblood laws that had been so entrenched in Wizarding society.



## HERMIONE in the FILMS
Hermione is played by Emma Watson.

When asked who she thinks Hermione as a character has inspired, Emma generalized and reminded us of some of Hermione's more significant qualities. 'She bosses the guys around' and makes having a 'brain not beauty cool'. Although 'slightly socially inept' Hermione is 'not ashamed of herself.' Emma says that the saddest thing for a girl to do is to dumb herself down for a guy. Hermione wouldn't do it, so neither should anyone else.
-- from speech at Oxford Union, Oxford University, November 12, 2006.

## Other Floo Network pages on Hermione:

- Quotes by and about Hermione (books 1-6)
- Timeline of Hermione's life

http://www.hp-lexicon.org/wizards/granger.html#Hermione

HPL: Hermione Jean Granger and the Granger family

- ☒ JKR on Hermione (Accio Quote!)

HPL: Hermione Jean Granger and the Granger family

About Us | Privacy Policy | Contact Us | Copyright | ©2000 - 2007 The Harry Potter Lexicon.
NO PART OF THIS PAGE MAY BE REPRODUCED IN ANY MANNER WITHOUT PERMISSION.
HARRY POTTER, characters, names, and all related indicia are trademarks of Warner Bros. ©2001-2007.

Primary editor: Lisa Waite Bunker.
Original artwork of Hermione (first image) ©2001 Lisa M. Rourke, used with permission
Original artwork of Hermione as Tarot card V, The Scholar ©2005 Laura Freeman, used with permission.
Original artwork of Hermione reading in the Gryffindor common room ©2004 Marta T, used with permission.
Original page date 10 March, 2001; last page update 6 October, 2007.

11/1/2007 2:00 PM



The Floo Network

leaky · lexicon · quotes · shop · pottercast · galleries

WHAT'S NEW? | LOGIN/REGISTER | CANON PORTKEY | FAQs | SOURCES | ABBREVIATIONS | EVERYTHING A-Z | HELP | SEARCH | CONTACT US

Remembrall search
[ go ]

### Wizarding World

Wizarding World
Wizards & beings
Magic
Places
Bestiary

### Muggle World

People
Places
Encyclopedia

### Digging deeper

Timelines
Reader's Guides
JKRowling.com
Essays
Forum

### Beyond canon

Movies
Games & cards

### The Lexicon

Search
What's New

# The Sorting Hat

*"Sings a different [song] every year. It's got to be a pretty boring life, hasn't it, being a hat? I suppose it spends all year making up the next one."*
-- Ron Weasley





Originally the pointed wizard's hat of Godric Gryffindor, the Sorting Hat was bewitched by all four of the founders of Hogwarts with brains and some amount of personality. Its function is to determine which of the four Houses each new student will enter. It does so at the beginning of the start-of-term feast, when it is placed on a three-legged (sometimes four-legged) stool in front of the Great Hall. It then sings a long, rambling song of introduction, a different one each year but with the same basic information in it: how it was bewitched to perform the sorting and what the criteria are for the various houses. The first year students one by one place the Sorting Hat on their heads. Within a minute, it loudly proclaims the house for which they are best suited.

The hat is battered and old; it's patched, frayed, and extremely dirty. In order to speak and sing, a tear along the brim opens like a mouth. It speaks inside of the hat with a small, quiet voice to the wearer and it can read thoughts and respond to them. When not sorting students, the Sorting Hat rests on its stool in Dumbledore's office.

http://www.hp-lexicon.org/hogwarts/sorting_hat.htm

There is more to the Sorting Hat than one might think. In an interview ([⊠]http://www.infoplease.com/spot/harrypotter.html) JKR said:

"The character you might be most surprised to see evolve is none other than the Sorting Hat. There is more to the Sorting Hat than what you have read about in the first three books,' Rowling says. 'Readers will find out what the Sorting Hat becomes as they get into future books.'"



Edward Jaum
April 13, 2001

In 1991, the Sorting Hat's song went like this (*PS7*):

*Oh you may not think me pretty,*
*But don't judge on what you see,*
*I'll eat myself if you can find*
*A smarter hat than me.*
*You can keep your bowlers black,*
*Your top hats sleek and tall,*
*For I'm the Hogwarts Sorting Hat*
*And I can cap them all.*
*There's nothing hidden in your head*
*The Sorting Hat can't see,*
*So try me on and I will tell you*
*Where you ought to be.*

*You might belong in Gryffindor,*
*Where dwell the brave at heart,*
*Their daring, nerve, and chivalry*
*Set Gryffindors apart;*
*You might belong in Hufflepuff,*
*Where they are just and loyal,*
*Those patient Hufflepuffs are true*
*And unafraid of toil;*
*Or yet in wise old Ravenclaw,*
*if you've a ready mind,*
*Where those of wit and learning,*
*Will always find their kind;*
*Or perhaps in Slytherin*
*You'll make your real friends,*
*Those cunning folks use any means*
*To achieve their ends.*

*So put me on! Don't be afraid!*
*And don't get in a flap!*
*You're in safe hands (though I have none)*



*For I'm a Thinking Cap!*

In 1994, the Sorting Hat's song went like this:

*A thousand years or more ago*
*when I was newly sewn,*
*there lived four wizards of renown,*
*whose names are still well known:*
*bold Gryffindor, from wild moor,*
*fair Ravenclaw, from glen,*
*sweet Hufflepuff, from valley broad,*
*shrewd Slytherin, from fen.*
*They shared a wish, a hope, a dream,*
*they hatched a daring plan*
*to educate young sorcerers*
*thus Hogwarts School began.*
*Now each of these four founders*
*formed their own house, for each*
*did value different virtues*
*in the ones they had to teach.*
*By Gryffindor, the bravest were*
*Prized far beyond the rest;*
*For Ravenclaw, the cleverest*
*would always be the best;*
*For Hufflepuff, hard workers were*
*Most worthy of admission;*
*And power-hungry Slytherin*
*loved those of great ambition.*
*While still alive they did divide*
*Their favorites from the throng,*
*Yet how to pick the worthy ones*
*When they were dead and gone?*

*'Twas Gryffindor who found the way,*
*He whipped me off his head*
*The founders put some brains in me*
*So I could choose instead!*
*Now slip me snug about your ears,*
*I've never yet been wrong,*
*I'll have a look inside your mind*
*And tell where you belong!*

In 1995, the Sorting Hat's song went like this (*OP11*):

*In times of old, when I was new,*

11/1/2007 2:01 PM

HPL: The Sorting Hat

And Hogwarts barely started,
The founders of our noble school
Thought never to be parted.
United by a common goal,
They had the selfsame yearning
To make the world's best magic school
And pass along their learning.
"Together we will build and teach"
The four good friends decided.
And never did they dream that they
Might some day be divided.
For were there such friends anywhere
As Slytherin and Gryffindor?
Unless it was the second pair
Unless it was the second pair
Of Hufflepuff and Ravenclaw,
So how could it have gone so wrong?
How could such friendships fail?
Why, I was there, so I can tell
The whole sad, sorry tale.
Said Slytherin, "We'll teach just those
Whose ancestry's purest."
Said Ravenclaw, "We'll teach those whose
Intelligence is surest"
Said Gryffindor, "We'll teach all those
With brave deeds to their name."
Said Hufflepuff, "I'll teach the lot
And treat them just the same."
These differences caused little strife
When first they came to light.
For each of the four founders had
A house in which they might
Take only those they wanted, so,
For instance, Slytherin
Took only pure-blood wizards
Of great cunning just like him.
And only those of sharpest mind
Were taught by Ravenclaw
While the bravest and the boldest
Went to daring Gryffindor.
Good Hufflepuff, she took the rest
and taught them all she knew,
Thus, the Houses and their founders
Maintained friendships firm and true.

So Hogwarts worked in harmony
for several happy years,

http://www.hp-lexicon.org/hogwarts/sorting_hat.htm

but then discord crept among us
feeding on our faults and fears.

The Houses that, like pillars four
had once held up our school
now turned upon each other and
divided, sought to rule.
And for a while it seemed the school
must meet an early end.
what with dueling and with fighting
and the clash of friend on friend.
And at last there came a morning
when old Slytherin departed
and though the fighting then died out
he left us quite downhearted.
And never since the founders four
were whittled down to three
have the Houses been united
as they once were meant to be.

And now the Sorting Hat is here
and you all know the score:
I sort you into Houses
because that is what I'm for,
But this year I'll go further,
listen closely to my song:
though condemned I am to split you
still I worry that it's wrong,
though I must fulfill my duty
and must quarter every year
still I wonder whether sorting
may not bring the end I fear.
Oh, know the perils, read the signs,
the warning history shows,
for our Hogwarts is in danger
from external, deadly foes
and we must unite inside her
or we'll crumble from within
I have told you, I have warned you...
let the Sorting now begin.

According to Nearly-Headless Nick, who's been around a *long* time as the Gryffindor House ghost, the Sorting Hat feels itself honor-bound to give due warning when it detects great danger for the school. Nick says he's heard it happen several times before, and that the advice is always the same: "Stand together, be strong from within (OP11)."

About Us | Privacy Policy | Contact Us | Copyright | ©2000 - 2007 The Harry Potter Lexicon.
NO PART OF THIS PAGE MAY BE REPRODUCED IN ANY MANNER WITHOUT PERMISSION.
HARRY POTTER, characters, names, and all related indicia are trademarks of Warner Bros. ©2001-2007.

Primary editor: Michele L. Worley.
original artwork of Sorting Hat © 2001 Edward Juan, used by permission
Original page date 11-February-2001; Last page update 12-August-2007 MLW

http://www.hp-lexicon.org/quidditch/quidditch.html

11/1/2007 1:58 PM



WHAT'S NEW? | LOGIN/REGISTER | CANON PORTKEY | FAQs | SOURCES | ABBREVIATIONS | EVERYTHING A-Z | HELP | SEARCH | CONTACT US

leaky · lexicon · quotes · shop · pottercast · galleries

The Floo Network



# The Quidditch Handbook

*"Flint nearly kills the Gryffindor Seeker, which could happen to anyone, I'm sure..."*
*-- Lee Jordan, calling a Quidditch match between Gryffindor and Slytherin*

Remembrall search
[        ] go

**Wizarding World**
Wizarding World
Wizards & beings
Magic
Places
Bestiary

**Muggle World**
People
Places
Encyclopedia

**Digging deeper**
Timelines
Reader's Guides
JKRowling.com
Essays
Forum

**Beyond canon**
Movies
Games & cards

**The Lexicon**
Search
What's New

HPL: Quidditch Handbook

11/1/2007 1:58 PM

## Weasley Is Our King

**(Slytherin version, OP'19)**

*Weasley cannot save a thing,*
*He cannot block a single ring,*
*That's why Slytherins all sing:*
*Weasley is our King.*

*Weasley was born in a bin*
*He always lets the Quaffle in*
*Weasley will make sure we win*
*Weasley is our King.*

*Weasley is our King,*
*Weasley is our King,*
*He always lets the Quaffle in*
*Weasley is our King.*

**(Gryffindor version, OP'30)**

*Weasley is our King,*
*Weasley is our King,*
*He didn't let the Quaffle in*
*Weasley is our King.*

*Weasley can save anything,*
*He never leaves a single ring,*
*That's why Gryffindors all sing:*
*Weasley is our King.*

# On this page:

- Introduction
- Rules of play
  - scoring
- Quidditch equipment
- Other Quidditch organizations

# Related Information:

- The Quidditch Encyclopedia
- Quidditch Teams
- Timeline: Quidditch
- Atlas of Quidditch
  - Professional Quidditch Pitches in Britain
  - Queerditch Marsh
- Quidditch-related publications
  - books about Quidditch
  - *Which Broomstick*, helpful for choosing which broomstick to purchase
- broomsticks
- Quidditch World Cup

# Introduction

Quidditch, "the sport of warlocks," is the premier sport of the wizarding world. Everyone follows Quidditch. Quidditch is a fast, dangerous, exciting game in which two teams flying on broomsticks compete for points scored by throwing a ball—the Quaffle—through hoops on either end of a large grassy pitch. Quidditch is played by kids on broomsticks in the back apple orchard, by teams of students at Hogwarts, and by professional athletes whose exploits are followed avidly all

over the world. The World Cup matches attract hundreds of thousands of fans.

Quidditch falls under the jurisdiction of the Department of Magical Games and Sports, part of the Ministry of Magic. The professional organization is called the International Association of Quidditch. Professional matches are attended by trained mediwizards and while there are many injuries, there are few deaths from Quidditch accidents. However, referees have been known to disappear completely only to turn up weeks later in the middle of the Sahara Desert. There are seven hundred possible ways to commit a foul in Quidditch, all of which occurred in a World Cup match held in 1473.

The name "Quidditch" comes from Queerditch Marsh, the place where the game originated in the 1000s. The colorful, exciting history of this thousand-year-old sport is detailed in the excellent book, *Quidditch Through the Ages*, now available in a Muggle edition. Please buy yourself a copy soon -- the proceeds go to a very worthy cause indeed.

# Rules of play

by Jeff Shear

Quidditch is played up on broomsticks up in the air. There are three goal posts at either ends of a field. That field is called a Quidditch pitch. Quidditch has three balls. The ball that scores the points is the Quaffle. The Quaffle is 12 inches in diameter and is made of leather bindings. The Quaffle has made some different changes over the years. The Bludger is probably the most dangerous ball of all of them. It flies through the air being hit by players called beaters. Serious injuries have been caused by Bludgers hitting people and causing them to fall off their brooms. The third and most important ball is the Golden Snitch. The Golden Snitch is a tiny ball that has wings and is enchanted. The first Snitch was a tiny bird that was very small and very tiny, but changes to the rules made it illegal to use the actual bird. The current enchanted, winged ball version of the Snitch was invented by Bowman Wright of Godric's Hollow. If the Seeker catches the Golden Snitch, his or her team earns 150 points and usually wins the match.

At either end of the Quidditch pitch are three hoops through which the Quaffle can be scored. In the center of the Pitch is a circle where the balls are all thrown into the air and the match begins. As the balls are thrown, the players all gather on the ground and then kick off as the referee blows his/her whistle. During the game a player can get a foul or break a rule. Here are some fouls that a player can receive: blagging (applies to all players, it is when a player seizes opponent's broom tail to slow or hinder), blatching (applies to all players, it is when a person is flying with the intent to collide), bumphing (applies to beaters only, it is when a Beater is hitting a Bludger towards the crowd, necessitating a halt of the game as the officials rush to protect bystanders. Sometimes used by unscrupulous players to prevent an opposing Chaser from scoring).

## Scoring:

On the face of it, Quidditch scoring is unfair. In fact, it's so unfair that you can barely call it a sport. Since catching the Snitch gains one side the equivalent of fifteen goals and ends the game on the other team can't counter it, Quidditch is essentially a match between the two Seekers and nothing else. So what makes it so popular? Do witches and wizards just

watch it for the violence and fancy broom tricks?

Not at all. Quidditch is always played in a series. Unless you're playing a pickup game in the apple orchard, every Quidditch match is part of a larger series of matches, and accumulated points are what count toward ultimate victory. The Quidditch Cup at Hogwarts goes to the team with the most total points, not the one who has won the most matches. The standings we see in the *Daily Prophet* for the British League (DP) list the teams in order of how many points they have in total, from Tutshill with 750 down to the lowly Cannons with only 230. Nowhere in the standings does it note how many matches each team won. Although we don't see evidence of it, there must be a similar system for the World Cup, which would imply that Bulgaria and Ireland were the top scorers in the world that year. Would it have been possible, then, for Bulgaria to have won the World Cup with Krum's capture of the Snitch, even though Ireland won the match? Apparently so.

# Quidditch equipment

**pitch**

**Quaffle**

**Bludger**

**Golden Snitch**

**bats**

**broomsticks**

**whistle**

# Other Quidditch organizations

- International Association of Quidditch
- Q.U.A.B.B.L.E.

About Us | Privacy Policy | Contact Us | Copyright | ©2000 - 2007 The Harry Potter Lexicon.
NO PART OF THIS PAGE MAY BE REPRODUCED IN ANY MANNER WITHOUT PERMISSION.
HARRY POTTER, characters, names, and all related indicia are trademarks of Warner Bros. ©2001-2007.

Primary editor: Michele L. Worley.
rules of play by Jeff Shear, used by permission
original artwork of Harry in flight © 2001 Laura Freeman, used by permission
original artwork of Quidditch match © 2001 Alice Wack, used by permission
Original page date 1-November-2000; Last page update 21-August-2007 MLW