

WHAT'S NEW | ESSAYS | FORUM | STORE | FAQ | HELP | TEXT | SEARCH

Home
Muggle World
Wizarding World
Time Lines
Help/About
Search

Calendar of Events
# Harry Potter and the Order of the Phoenix

Editors: Amy Z. and Joywitch M. Curmudgeon

<< Go to previous calendar | Timeline | Go to next calendar >>

The numbers following some descriptions are chapter/page references: OP29/651 means chapter 29, page 651 of the first hardcover US edition (like all good purists, we embrace the UK edition as the standard, but we're working from the first hardcover US edition at the moment, so bear with us).

## Harry's course schedule

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|
| History of Magic 1 1/2 hours (OP12) | Double Charms (OP13) | Divination (OP13) | | |
| break (OP12) | break (OP18) | break | break | break |
| double Potions 1 1/2 hours (OP12) | double Transfiguration | Transfiguration (OP13) | Potions (/234; block unknown, but as a guess we'll put it at the same time as Monday) | |
| lunch | lunch | lunch | lunch | lunch |
| Divination (OP13) | Care of Magical Creatures (OP13) | double Herbology (OP18) | | |
| double Defense against the Dark Arts | Herbology (OP13) | Care of Magical Creatures (OP18) | | |
| dinner | dinner | dinner | dinner | dinner |

| Astronomy (OP13) time unclear—see Inconsistencies |
| --- |

**Ron's** schedule, as far as we know, is the same as Harry's.

**Hermione's** differs in that she has Ancient Runes on Monday (OP26) and Arithmancy first thing on Wednesday, and of course no longer takes Divination (OP15).

**Fred and George** have Herbology first thing Monday morning (OP12) and Charms right before lunch on Monday (OP15).

**Other information:**

Lucius Malfoy is 41 as of September Y15 ("1995") (OP15), so he was born in 1953 or 1954. Of course, he could be lying about his age. And dyeing his hair.
Dinner is served before 5 p.m.: "As Harry was starving, and he had his first detention with Umbridge at five o'clock, he headed straight for dinner … (OP13)

## Inconsistencies and Unknowns

Although we know from CS8 that Harry's fifth year of school - Y15 - Y16 - would be 1995-96, the days of the week once again do not correspond to the actual calendar of those years.

There must be a spell that saves Rowling from inconsistency by turning every first day of the fall lessons into a Monday … see the Goblet of Fire calendar. Here, August 12 is a Thursday, making it quite impossible for September 2 (the first day of lessons) to be a Monday. Nevertheless, Rowling says it lessons begin on a Monday so a Monday it shall be.

In OP13, Astronomy is established as taking place on a Wednesday, sometime before dinner: "He had to give up his lunch hour to complete the picture of the Bowtruckle and, meanwhile, Professors McGonagall, Grubbly-Plank and Sinistra gave them yet more homework, which he had no prospect of finishing that evening because of his second detention with Umbridge." Barbara Werschkun suggests: "Maybe they only have theory lessons on Wednesday afternoon and do the actual star watching some other time? But when? Because Harry is in detention every evening that week, plus the following, and there is no mention of him missing Astronomy because of it…"  And when does the theory class take place? Wednesdays are jammed full.

First day of the winter term is a Monday some days after Christmas; previous years suggest January 6, but due to Harry's description of Christmas as a "three-week break" (OP21), we've placed it at January 13.

Things get kind of vague from April on; there are about six weeks between "Snape's Worst Memory" and the beginning of O.W.L.s, but I haven't found a date to anchor either one.

Ditto on the very end of term. The chronology goes like this:

Three days before the end of term (earliest possible date is Monday after the climactic Thursday), Ron and Hermione leave

HPL Calendar: OP                                                                                                                                              http://www.hp-lexicon.org/timelines/calendars/calendar_op.htm

hospital wing.
Two days later: Umbridge leaves Hogwarts
Last day of term: Harry discovers Sirius's mirror, talks to Nick; end-of-term feast.
Day after: return home on the Hogwarts Express.

Events in blue are approximate dates. The lettered items in the calendar have corresponding notes below.

## August "1995" - July "1996" and c. 1980

Jul - Aug - Sep - Oct - Nov - Dec - Jan - Feb - Mar - Apr - May - Jun

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | references |
|---|---|---|---|---|---|---|---|
| | | | | | | | OP37 probably 1980 (possibly late 1979), "a cold wet night," Trelawney predicts the birth of the Dark Lord's mortal enemy that July |
| Aug 1 | 2 9:23 p.m.: Harry and Dudley are attacked by two Dementors in an alley off Magnolia Street. Harry is nearly expelled. Sends letters to Sirius, Ron and Hermione | 3 | 4 | 5 | 6 dusk: the Dursleys are lured from their home by Tonks. still no Hedwig evening: the Advance Guard arrives in Privet Drive to rescue Harry; they fly to 12 Grimmauld Place in London Snape gives a report at Order meeting (plan of a building is in use) | 7 housecleaning | OP1, OP2, OP3, OP4, OP5, OP6 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug 8 housecleaning | 9 housecleaning | 10 housecleaning | 11 housecleaning | 12 Harry's hearing; originally scheduled for 9 am (OP2), moved to 8 am | 13 | 14 |
| Aug 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| Aug 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| Aug 29 | Aug 30 MoM passes Educational Decree #22, allowing MoM to appoint professors if Dumbledore can't find someone | Aug 31 1 a.m. Sturgis Podmore caught breaking into an MoM door | Sept 1 Hogwarts Express to school/ first day of term  Booklists and prefects badges arrive, Ron and Hermione are made prefects  Moody shows Harry picture of the first Order  Mrs. Weasley tackles the Boggart | | | | OP6, OP7 OP8 |
| | Sept 2 First day of lessons  Draught of Peace in Potions  Harry gets detention in DADA (starting next day), is warned about Umbridge by McGonagall | 3 5 p.m. Harry detention with DU | 4 Harry detention with DU | 5 Harry detention with DU | 6 Q tryouts  Harry detention with DU  Harry feels pain and what he later (Oct. 8) recognizes as happiness when Umbridge touches him | 7 Harry writes Sirius, meets Cho in Owlery  In the Daily Prophet: Sirius in hiding in London; Sturgis Podmore sentenced to 6 months in Azkaban  First Gryffindor Quidditch practice | OP8, OP9, OP10, OP14, OP15 |
| 8 Percy's letter arrives  Sirius appears | 9 DP article reporting High Inquisitor position | 10 Umbridge inspects Transfiguration and COMC | 11 Harry detention with DU | 12 Harry detention with DU | 13 Harry detention with DU | 14 | OP12, OP13, OP14, OP18  OP14, OP15 |

| 15 | 16 | 17 | 18 | 19 | 20 | 21 | |
|---|---|---|---|---|---|---|---|
| in Gryffindor common room fire; MoM passes Educational Decree #23 appointing Umbridge High Inquisitor | Umbridge inspects Charms (7th year class) Harry detention with DU (this time for remark about Quirrell) Umbridge inspects Divination | Harry detention with DU around midnight: Hermione suggests Harry begin teaching them DADA | | | | | |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | OP16 |
| | | Hermione again asks Harry to teach DADA | | | | | |
| 29 | 30 | Oct 1 | 2 | 3 | 4 | 5 | OP16 |
| | | | | | | First Hogsmeade weekend Dumbledore's Army recruiting meeting in the Hog's Head | |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | OP17, OP18 |
| HRH talk to Sirius via common room fire; | Umbridge disbands all student organizations Hedwig is attacked Umbridge inspects Potions Trelawney announces that she's on probation | Angelina gets permission to reform Quidditch team 7 p.m. Quidditch practice Harry gets flash from Voldemort: impatience, anger Dobby returns Hedwig, talks with Harry in common room | First meeting of Dumbledore's Army | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 13 | 14 Umbridge almost catches him | 15 | 16 | 17 | 18 | 19 |
| | | 20 | 21 | 22 | 23 | 24 | 25 | 26 | |
| | | 27 | 28 | 29 | 30 | 31 | Nov 1 | 2 Gryffindor/Slytherin Quidditch match Harry, Fred, George banned from Quidditch Hagrid returns, HRH visit | OP18, OP19, OP20 |
| | | | | | | | | | |
| | x+1 Hermione visits Hagrid again | x+2 Hagrid returns to staff table | x+3 First COMC lesson with Hagrid (thestrals) | | | | | a Saturday in November (x) | |
| | | 3 | 4 | 5 | 6 | 7 | 8 | 9 | OP21 |
| | Dec 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | 8 | 9 | 10 | 11 Cho kisses Harry under mistletoe | 12 | 13 Hermione arrives at 12 Grimmauld Place | 14 | |
| | 15 | 16 | 17 | 18 last DA meeting of the term Harry dreams about attack on Arthur Weasley. In proximity to Dumbledore, wants to attack him He and Weasleys return to 12 Grimmauld Place | 19 Visit to St. Mungo's to see Mr. Weasley | 20 last day of term | 21 | OP21, OP22, OP23 |

| 22 | 23 | 24 | 25<br>Christmas<br><br>HRH, Ginny, Mrs. W, Bill, and twins visit Mr. W in St. Mungo's<br><br>HRH and Ginny see Prof. Lockhart, Neville & Longbottoms | 26 | 27 | 28 |
|---|---|---|---|---|---|---|
| 29<br>5 | 30<br>6 | 31<br>7 | Jan 1<br>8 | 2<br>9 | 3<br>10 | 4<br>11<br>Snape tells Harry he'll be teaching him Occlumency |
| 12<br>HRH, G, F, G return to Hogwarts on the Knight Bus, escorted by Tonks and Lupin | 13<br>first day of term<br><br>first Occlumency lesson<br><br>ten DEs escape from Azkaban<br><br>Broderick Bode strangled by Devil's Snare<br><br>Harry has surge of happiness making him realize something V wanted has happened | 14<br>DP reports DE escape, Bode death<br><br>Hagrid tells HRH he's on probation. He has more injuries | 15<br>Occlumency<br><br>Educational Decree #26 appears in school (teachers not allowed to give information beyond lessons) | 16 | 17 | 18<br>(OP25)<br><br>All Divination and CoMC classes now supervised by DU (OP25/552) (how does she get to her own classes?) |
| 19 | 20<br>Occlumency | 21 | 22<br>Occlumency | 23 | 24 | 25<br><br>Harry dreaming almost every night about Dept. of |

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | 27 Occlumency | 28 | 29 Occlumency | 30 | 31 | Mysteries corridor (OP25/554) |
| 2 | 3 Occlumency | 4 | 5 Occlumency | 6 | 7 | 8 wetter and warmer weather (OP25/555) |
| 9 | 10 Occlumency | 11 | 12 Occlumency | 13 DAY OMITTED TO MAKE DATES AGREE (Valentine's Day has to be a Sat.: OP24/528) | Feb 1 | OP24, OP25 |
| | | | | | 14 Harry and Cho go to Hogsmeade Harry sees Hagrid, with new injuries, in 3 Broomsticks Harry meets Hermione, Rita and Luna in 3B, gives Rita interview for Quibbler | |
| 15 | 16 Hermione analyzes Harry and Cho's date Ron has bad Q practice | 17 | 18 Occlumency | 19 | 20 | 21 Gryffindor loses to Hufflepuff, 240-230 (Ginny catches Snitch) |
| 22 | 23 March Quibbler appears, with Harry interview (OP26/578); Harry gets loads of letters By midmorning, ED #27 makes possession of the Quibbler an expulsion offense | 24 Before Transfiguration: Cho says sorry (apology? sympathy?), kisses Harry; Seamus changes his mind Quibbler reprints fastest-selling-ever issue Harry dreams of being Voldemort and questioning Rookwood; Avery wrongly told V Bode would be able | 25 Occlumency | 26 | 27 | 28 In dream, Harry almost pushes open corridor door |

http://www.hp-lexicon.org/timelines/calendars/calendar_op.htm

11/1/2007 2:08 PM

| | | | | | | |
|---|---|---|---|---|---|---|
| (OP26/581) | to remove "it," Rookwood putting V on right track | | | | | |
| Mar 1 Occlumency | 2 | 3 Occlumency | 4 | 5 | 6 | 7 |
| 8 Occlumency | 9 | 10 First Divination lesson with Firenze, who asks Harry to warn Hagrid (a) Occlumency | 11 | 12 | 13 | 14 |
| Trelawney sacked, Firenze hired (OP26/590: "a couple of weeks after his dream of Rookwood") | | | | | | |
| 15 Occlumency | 16 | 17 Occlumency | 18 | 19 | 20 | 21 |
| 22 Occlumency | 23 | 24 Occlumency | 25 | 26 | 27 | 28 |
| 29 Occlumency | 30 | 31 Occlumency | Apr 1 | 2 | 3 | |
| a Monday in April (z): Occlumency | By this a.m. (z+1): ED #28 makes DU Headmistress | Last Occlumency lesson (z+2). Harry pries into Pensieve, sees Snape's worst memory | | Easter holidays begin (z+4) OP28/634. Six weeks until exams OP29/651 | | |
| DA members learn Patronuses; that evening, they're caught, Dumbledore is sacked, Fudge tries unsuccessfully to arrest him, Harry again feels desire to attack Dumbledore | Umbridge interrogates Harry with "Veritaserum" | | | | | |
| | Twins set off Weasleys' Wildfire Whiz-Bangs | | | | | |
| | Harry gets into prophecy room in his dream | | | | | |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 26 | 27 | 28 | 29 | 30 | May 1 | 2 |
| First Monday after Easter holidays (April 27? May 4? | | | | | | OP28, OP29 |

| May 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
|---|---|---|---|---|---|---|---|
| | 11(?)<br><br>Harry gets career advice from McGonagall, breaks into Umbridge's office to talk to Lupin and Sirius | | | | | | |
| 24 | 25<br><br>Fred and George deposit their swamp and quit school | 26 | 27 | 28 | 29 | 30<br>Quidditch final: Gryffindor beats Ravenclaw<br><br>Hagrid introduces H & H to Grawp | OP30 |
| 31<br>Harry and Hermione tell Ron about Grawp | Jun 1<br>teachers reviewing for O.W.L.s | 2<br>teachers reviewing for O.W.L.s | 3<br>teachers reviewing for O.W.L.s | 4<br>teachers reviewing for O.W.L.s | 5<br>teachers reviewing for O.W.L.s | 6<br>teachers reviewing for O.W.L.s | (OP31) |
| Harry agrees to test Hermione on Charms after lunch but regrets it | Five(?) Mondays after career advice: O.W.L.s begin (b) | a.m. Transfiguration written O.W.L.<br><br>p.m. Transfiguration practical O.W.L. | Herbology O.W.L. | DADA O.W.L.s: written and practical | No O.W.L. for Harry and Ron; Hermione has Ancient Runes | | (OP31) See Inconsistencies and Unknowns for more info |
| examiners arrive during dinner | a.m. Charms written O.W.L.<br><br>p.m. Charms practical O.W.L. | p.m. Care of Magical Creatures practical O.W.L. | a.m. Astronomy theory O.W.L.<br><br>p.m. Divination O.W.L. | 4 a.m. things finally settle down, Harry goes to bed | Dawn: AD and Harry return to AD's office<br><br>Evening: Fudge | | OP31, OP32, OP33, OP34, OP35, OP36, OP37, OP38 |
| | a.m. Potions written O.W.L.<br><br>p.m. Potions practical O.W.L. | | | | | | |



| | | | |
|---|---|---|---|
| | acknowledges to DP that V is back | | |
| | No exam for Harry in a.m. | | |
| | 2 p.m. History O.W.L. | | |
| | Has vision of Sirius being tortured by V | | |
| | 11 p.m. Astronomy practical O.W.L. | | |
| | Umbridge and others go to sack Hagrid, who fights them off and runs out the front gates carrying Fang | | |
| | McGonagall tries to intervene on his behalf, is Stunned and taken to St. Mungo's | | |
| | Night-next day early a.m.: All hell breaks loose. Gets caught using Umbridge's fire, H & H lead Umbridge into Forest to be captured by centaurs, 6 students go to MoM to rescue Sirius, etc. Sirius killed, DEs captured. | | (OP38) See Inconsistencies and Unknowns for last few days of term |
| Sunday Prophet carries story of Thursday night's events | | | |
| McGonagall returns | | | |

a. This Divination lesson takes place "a few days after the sacking of Prof Trelawney" (OP27/599); I'm guessing it's Wednesday, because they have Divination on Mondays and Wednesdays and it seems unlikely that they'd have it a third time each week.

b. We have a firm date for the Quidditch final, and some time, more than two days, seems to have elapsed between then and the first day of O.W.L.s. [At least a week, since at least one if not two weeks' classes are held after Gryffindor/Ravenclaw conducting final reviews, accompanied by Ernie's questions about everyone's study habits before Herbology, Draco's scare tactics outside Potions, and McGonagall's anti-cheating lecture and presentation of the exam schedule to her students. Not to mention the black market in brain stimulants. - MLW] I would place the first day of exams at June 8 or 15, making the date of Dumbledore's firing (seven weeks earlier, according to (OP29/651) April 20 or 27.

Thanks to sharp-eyed readers Barbara Werschkun*, Lauren, Cecilia Rotella, Ryann, Tracy, Alyce Gilson, Jonas Klaiber-Lodewigs, Sue Upton, Jenni, Alex Wallis, Sarah Munch, Maggie Manterola, Loobyloo, Gunilla Kåårefjäärd, Sheila, B4neone, and Danila Szabo, who contributed details and corrections to this page. You warm our nitpicking little hearts.

*LOON (League of Obsessed Nitpickers) Member of the Month goes to Barbara for sending several pages and over a dozen carefully documented and argued points of calendar detail.



**<< Go to previous calendar | Timeline | Go to next calendar >>**

### The Harry Potter Lexicon

**The Wizarding World | The Muggle World | The Books | Timelines | Essays | Everything A - Z
JKR website | Knight Bus Tour | Links | Sources & Abbreviations | Help/About | Search | HOME**

**The Floo Network: TLC | JKR Quotes | Pottercast | Shop | Forum**

original content © 2002 - 2006 The Harry Potter Lexicon
HARRY POTTER, characters, names, and all related indicia are trademarks of Warner Bros. © 2001 - 2006.
NO PART OF THIS PAGE MAYBE REPRODUCED IN ANY MANNER WITHOUT PERMISSION
last page update 28-March-2006 MLW

WHAT'S NEW | ESSAYS | FORUM | STORE | FAQ | HELP | TEXT | SEARCH

# About the Films: Locations
# Durham Cathedral, County Durham

Page editor: Elaine Thomas
Location photographs taken by Wolfgang Mletzko

Durham Cathedral was used in the first two Harry potter films for both interior and exterior views of Hogwarts. The chapter house was used for the scenes in McGonagall's classroom.

PS:17 Transfiguration lesson

PS:22 Fred and George welcome to the team

PS:37 Hedwig

Screenshot of HPL: Film Locations: Durham Cathedral, County Durham webpage (http://www.hp-lexicon.org/about/films/locations/durham.htm) showing thumbnail images captioned:
- PS:22 Fred and George welcome to the team
- PS:37 Hedwig
- PS:40 Detention from McGonagall
- PS:45 Speaking with McGonagall / Meeting Snape

*The Floo Network*

WHAT'S NEW | ESSAYS | FORUM | STORE | FAQ | HELP | TEXT | SEARCH

Home
Muggle World
Wizarding World
Time Lines
Help/About
Search

# About the Films: Locations
# Divinity School, Oxford University

Page editor: Elaine Thomas

PS: 52 - The Hospital Wing

Back to About the Films

The Harry Potter Lexicon

The Wizarding World | The Muggle World | The Books | Timelines | Essays | Everything A - Z
JKR website | Knight Bus Tour | Links | Sources & Abbreviations | Help/About | Search | HOME

The Floo Network: TLC | JKR Quotes | Pottercast | Shop | Forum

original content © 2006 The Harry Potter Lexicon
HARRY POTTER, characters, names, and all related indicia are trademarks of Warner Bros. © 2001 - 2006.
NO PART OF THIS PAGE MAY BE REPRODUCED IN ANY MANNER WITHOUT PERMISSION
original page date 10-April-2006
last page update 10-April-2006 MLW

WHAT'S NEW | ESSAYS | FORUM | STORE | FAQ | HELP | LEXI | SEARCH

Home
Muggle World
Wizarding World
Time Lines
Help/About
Search

## About the Films

# *Harry Potter and the Chamber of Secrets* film adaptation

Page editor: Elaine Thomas

### Facts and Figures
Running Time: 161 minutes (2hrs 41 mins)
Release Date: November 15, 2002
MPAA Rating: PG, for scary moments, some creature violence and mild language.
Distributor: Warner Bros.

### Cast and other Credits

Cast and Crew overview
Cast and Overview: http://www.imdb.com/title/tt0295297/
Full Credits: http://www.imdb.com/title/tt0295297/fullcredits

### Image Galleries
Leaky Galleries
http://www.imdb.com/title/tt0295297/photogallery

### Quotes and Trivia
courtesy of Amazon and IMDB

### Locations
- Alnwick Castle, Northumberland