# Exhibit B



Steven Van der Ark

The Harry Potter Lexicon

The most complete and amazing reference to the magical world of Harry Potter