```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WARNER BROS. ENTERTAINMENT INC. and
J.K. ROWLING,

                              Plaintiffs,                       07 Civ. 9667 (RPP)

                         - against -

                                                          **ORDER**

RDR BOOKS and DOES 1-10,

                              Defendants.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    This cause coming on to be heard in chambers, Defendant, RDR Books, Inc. having represented to the Court that (1) the publication at issue, the Harry Potter Lexicon (hereinafter "the book"), has not been fully typeset for printing, (2) that Defendant has instructed its typesetter to cease and desist from any further typesetting, and (3) consequently the book cannot be printed and distributed to the public at this time, the Court hereby orders: *[handwritten insertion: with the consent of the parties' attorneys]*

1. Defendant and its agents, servants, employees, successors and assigns and those acting in concert with them shall be enjoined and restrained from completing the typesetting of the book and from, in any form or manner, printing the book and distributing the same to the public for sale and shall additionally be enjoined and restrained from, in any form or manner, advertising, promoting, soliciting, licensing, or accepting orders for same and participating or assisting in any such activity in the United States of America and abroad,

2. Without limiting any of the above, for the sake of clarity, Defendant shall remove or cause to be removed advertising for the book on Amazon.com, Defendant's own website, and similar means of advertising, soliciting orders for, and distributing the book,

3. Any monies that Defendant derives from activities related to the substance of this lawsuit that he receives from the date of this Order forward to the date of the hearing shall be placed in escrow.

This order shall continue and remain in force until the Court has ruled on Plaintiffs' motion for a preliminary injunction.

Plaintiffs shall file their motion for preliminary injunction on January 7, 2008. Defendant's opposition will be due on January 22, 2008. Plaintiffs' reply will be due on January 29, 2008. The preliminary injunction hearing will take place on February 6, 2008, or on such other date as the Court directs. All papers will be served by hand on the date that they are due unless otherwise agreed.

IT IS SO ORDERED.

Dated: New York, New York
November 8, 2007

_____
Robert P. Patterson, Jr.
U.S.D.J.

Copies of this Order sent to:

*Attorneys for Plaintiffs*
Dale Margaret Cendali
Johanna Schmitt
Melanie Bradley
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Tel: 212-326-2000
Fax: 212-326-2061

*Attorney for Defendant*
David S. Hammer
110 Green St., Suite 1101
New York, NY 10012
Tel: 212-941-8118