UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CIV 9667

WARNER BROS. ENTERTAINMENT INC. AND J.K.ROWLING

, Plaintiff(s)

- against -

RDR BOOKS AND DOES 1-10

, Defendant(s)

State of Michigan    )
                     ) SS.:
County of Muskegon   )

AFFIDAVIT OF SERVICE

Roger Smith being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Michigan. That on 10/31/2007 at 3:41 PM at:
     RDR BOOKS
     1487 GLEN AVENUE
     MUSKEGON MI 49441
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
INDIVIDUAL PRACTICES OF JUDGE ROBERT P. PATTERSON, JR.
JOINT PRE-TRIAL ORDER JURY
PRE-TRIAL ORDER NON-JURY
REQUEST OF TRIAL COUNSEL
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS
CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER
DISPOSITIVE MOTION DESCRIBED UNDER 28 U.S.C. 636(B)(1)(B)
NOTICE OF AVAILABILITY OF UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION
PROCEDURES FOR ELECTRONIC CASE FILING
3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTERONIC CASE OR APPEAL
STANDING ORDER M10-468

on RDR BOOKS

a domestic and/or foreign corporation
by delivering thereat true copies to John DOE Refused Name
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Owner and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 57   HEIGHT: 6'1''   WEIGHT: 180   HAIR: GREY   RACE: WHITE   SEX: MALE

Roger Smith    License #

SWORN TO BEFORE ME  11-10-07

ROBERT A OSTRANDER JR
Notary Expires
5-22-2013
Muskegon County

OUR DOC# 19826
O'Melveny & Myers
Times Square Tower
7 Times Square
New York NY 10036
212-326-2000