UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
 :
WARNER BROS. ENTERTAINMENT, INC. : 07 Civ 9667 (RPP)
J.K. ROWLING, :
 :
   - against - : STIPULATION EXTENDING
 : DEFENDANT'S TIME TO ANSWER
RDR BOOKS, AND DOES 1-10 :
 :
------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned as counsel for the respective parties that the time for defendant RDR Books to serve an answer to the complaint of plaintiffs Warner Bros. Entertainment, Inc. and J.K. Rowling in the above-captioned case is extended until the tenth day following the entry of this court's decision and order on plaintiffs' motion for a preliminary injunction.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed by facsimile signature, and in counterparts.

Dated: New York, New York
      November 19, 2007

_____                         _____
Dale Margaret Cendali                             David S. Hammer
O'Melveny & Myers LLP                        110 Greene Street
7 Times Square                                     Suite 1101
New York, NY 10036                           New York, New York 10012

Counsel for Plaintiffs                              Counsel for Defendant
Warner Bros. Entertainment, Inc.            RDR Books
and J.K. Rowling

So Ordered: _____
                                  United States District Judge