AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF    New York

Warner Bros. Entertainment, Inc
JK Rowling,
     against
RDR Books, and John Does 1-10

**APPEARANCE**

Case Number: 07 civ 9667 (RPP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant RDR Books

I certify that I am admitted to practice in this court.

12/4/07
Date

David S Hammer
Signature

David S Hammer                          CDH 9957
Print Name                              Bar Number

110 Greene St  Suite 1101
Address

New York              NY         10012
City                  State      Zip Code

212-941-5115                (212) 219-9255
Phone Number                Fax Number