AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

**APPEARANCE**

Case Number: 07-9667

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RDR Books

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/29/2007 | *Julie A. Ahrens* (signature) |
| Date | Signature |
| | Julie A. Ahrens — JA 0372 |
| | Print Name — Bar Number |
| | Stanford Law School, 559 Nathan Abbott Way |
| | Address |
| | Stanford — CA — 94305 |
| | City — State — Zip Code |
| | (650) 723-2511 — (650) 723-4426 |
| | Phone Number — Fax Number |