USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------- x

WARNER BROS. ENTERTAINMENT, INC. : 07 Civ 9667 (RPP)
J.K. ROWLING, :
 :
  - against - : MOTION TO ADMIT
 : *COUNSEL PRO HAC VICE*
RDR BOOKS, AND DOES 1-10 :
 :
-------------------------------- x

MEMO ENDORSED

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, David S. Hammer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

(1) Anthony T. Falzone
    Stanford Law School Center
     For Internet and Society
    559 Nathan Abbott Way
    Stanford, California 94305-8610
    Telephone (650) 736-9050
    Fax (650) 723-4426

(2) Robert Handelsman
    Suite 1717
    77 W. Washington Street.
    Chicago, Illinois 60602
    Telephone (312) 977-1600
    Fax (312) 977-9936

Anthony T. Falzone is a member in good standing of the Bar of the State of California, and there are not pending disciplinary proceedings against him in any State or Federal court.

Robert Handelsman is a member in good standing of the Bar of the State of Illinois, and there are no pending disciplinary proceedings against him in any State or Federal court.

*Application granted.*

*Anthony T Falzone and Robert Handelsman are admitted pro hac vice upon payment of the required fee to the clerk of the Court.*

*So ordered*

12/17/07

/s/ Robert P. Patterson
USDJ

Dated: New York, New York
December 3, 2007

Respecfully submitted,

*/s/ D. Hammer*

David S. Hammer (DH 9957)
110 Greene Street
Suite 1101
New York, New York 10012
(212) 941-8118

Counsel of Record for Defendant
RDR Books

To:
Dale Margaret Cendali
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Counsel for Plaintiffs
Warner Bros. Entertainment, Inc.
and J.K. Rowling