UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

WARNER BROS. ENTERTAINMENT, INC.
J.K. ROWLING,

   - against -

RDR BOOKS, AND DOES 1-10

------------------------------ x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08
```

07 Civ 9667 (RPP)

STIPULATION AMENDING
BRIEFING SCHEDULE AND
HEARING DATE

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned as counsel for the respective parties that the present briefing schedule for plaintiffs' motion for a preliminary injunction (the "Motion") should be amended as follows:

    1.    Plaintiffs' principal memorandum of law and supporting papers shall be served no later than January 15, 2008,

    2.    Defendant's opposition memorandum of law, and supporting papers, shall be served no later than February 5, 2008,

    3.    Plaintiffs' reply memorandum of law shall be served no later than February 15, 2008.

    4.    The hearing date on Plaintiffs' Motion shall be adjourned to February 28th ~~or 29th~~, 2008 at 9:30 am, as the Court's schedule permits.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed by facsimile signature, and in counterparts.

Dated: New York, New York
December 28, 2007

*/s/ Dale Cendali*
Dale Margaret Cendali
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Counsel for Plaintiffs
Warner Bros. Entertainment, Inc.
and J.K. Rowling

*/s/ David S. Hammer*
David S. Hammer
110 Greene Street
Suite 1101
New York, New York 10012

Counsel for Defendant
RDR Books

So Ordered:

_____
United States District Judge

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed by facsimile signature, and in counterparts.

Dated: New York, New York
December 28, 2007

*/s/ Dale Cendali*

Dale Margaret Cendali
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Counsel for Plaintiffs
Warner Bros. Entertainment, Inc.
and J.K. Rowling

_____

David S. Hammer
110 Greene Street
Suite 1101
New York, New York 10012

Counsel for Defendant
RDR Books

So Ordered: *December 31, 2007*

*/s/ Robert P. Patterson*
United States District Judge