UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Warner Bros. Entertainment, Inc
J K Rowling           Plaintiff,                 07 CIVIL 9667 (  )

                        -against-

RDR Books + DOES 1-10 Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __David S Hammer__

- ☐ *Attorney*

    - ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
      __DH-9957__

    - ☐ I am a Pro Hac Vice attorney

    - ☐ I am a Government Agency attorney

- ☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    - ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    - ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

- ☒ *New Address:* __99 Park Ave, Suite 1600, New York, NY 10016__ (new address)

- ☐ *Telephone Number:* _____

- ☐ *Fax Number:* __New fax: (212) 557-0565__

- ☐ *E-Mail Address:* _____

Dated: __1/2/08__      __David S Hammer__