O'MELVENY & MYERS LLP
Dale M. Cendali (DC 2676)
Melanie Bradley (MB 0823)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:     (212) 326-2061

Attorneys for Plaintiffs
Warner Bros. Entertainment Inc. and
J.K. Rowling

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT, INC. and J.K. ROWLING,<br><br>Plaintiffs,<br><br>-against-<br><br>RDR BOOKS and DOES 1-10,<br>Defendants. | Case No.: 07-CV-9667 (RPP)<br><br>**NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION** |

PLEASE TAKE NOTICE that, upon the Amended Complaint in the above-captioned action, the separately-filed Memorandum of Law in Support of Motion of Plaintiffs Warner Bros. Entertainment, Inc. and J.K. Rowling for Preliminary Injunction and the accompanying Declarations of Diana Birchall, dated January 14, 2008, and the exhibits attached thereto; Neil Blair, Esq., dated January 6, 2008, and the exhibits attached thereto; Emily Blumsack, Esq., dated January 15, 2008, and the exhibits attached thereto; Melanie Bradley, Esq., dated January 15, 2008, and the exhibits attached thereto; Dale M. Cendali, Esq., dated January 15, 2008, and the exhibits attached thereto; Dr. Myron J. Helfgott, Ph.D., dated January 14, 2008, and the exhibits attached thereto; Prof. Jeri Johnson, dated January 10, 2008, and the

exhibits attached thereto; Cheryl Klein, dated January 14, 2008, and the exhibits attached thereto; Prof. William M. Landes, Ph.D., dated January 15, 2008, and the exhibits attached thereto; Jessica Lares, dated January 8, 2008, and the exhibits attached thereto; Matthew Lawlis, dated January 5, 2008, and the exhibits attached thereto; Suzanne Murphy, dated January 14, 2008, and the exhibits attached thereto; Sarah Odedina, dated January 9, 2008, and the exhibits attached thereto; Deon Perry, dated December 21, 2007, and the exhibits attached thereto; J.K. Rowling, dated January 15, 2008, and the exhibits attached thereto; Jeremy Williams, Esq., dated January 14, 2008, and the exhibits attached thereto, and all arguments of counsel, and all prior proceedings heretofore had herein, Plaintiffs Warner Bros. Entertainment Inc. and J.K. Rowling will and hereby does move this Court, on February 28 at 9:30 a.m., before the Honorable Judge Robert P. Patterson, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an order pursuant to Rule 65 of the Federal Rules of Civil Procedure to enjoin Defendant RDR Books, and its agents, servants, employees, officers, directors, principals, and those person in active concert and participation with them, from infringing Plaintiffs' rights under the Copyright Act, Lanham Act, and state and common law claims by advertising, marketing, publishing, licensing or otherwise causing to be distributed the book presently entitled "The Harry Potter Lexicon" by Steve Vander Ark, and for such other and further relief as this Court may deem just and proper;

Dated: January 15, 2008

Respectfully submitted:

O'MELVENY & MYERS LLP

*Melanie Bradley*
Dale M. Cendali (DC 2676)
Melanie Bradley (MB 0823)
Times Square Tower
7 Times Square
New York, NY 10036

*Attorneys for Plaintiffs*
*Warner Bros. Entertainment, Inc. and*
*J.K. Rowling*