UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

WARNER BROS. ENTERTAINMENT INC. and
J.K. ROWLING,

           Plaintiffs,

    -against-

RDR BOOKS and DOES 1-10,

           Defendants.

------------------------------------ X

Case No. 07-CV-9667 (RPP)

**DECLARATION OF DEON PERRY IN SUPPORT
OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

    I, Deon Perry, declare and state as follows:

    1.    I am a user support specialist in the Information Technology department of the law firm of O'Melveny & Myers LLP. Except the facts stated on information and belief, all of the facts set forth herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

    2.    In connection with this litigation, O'Melveny & Myers has attempted to "image" a copy of the website www.hp-lexicon.org ("Lexicon Website"). The Lexicon Website contains more than 891,851 individual data files totaling approximately 50 gigabytes of data. Our efforts to image the website required a dedicated computer working round the clock and took over 120 hours to complete.

    3.    To print out the entire content of the Lexicon Website would take a similar amount of time, if not more, and considerable effort, if not more, because we used professional

equipment, including specialized software called 'MetaProducts Offline Explorer Enterprise' which retails for $400.00 which we ran on a Dell Optiplex 740 desktop computer with a 2.61 GHz processor, 2 gigabytes for RAM and running on a T3 connection.

4.  In other words, a reader cannot easily print out the website and read it like a book.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2007, at New York, New York.

Respectfully submitted,

By: _____
Deon Perry