**Exhibit B**

**From:** Schmitt, Johanna
**Sent:** Thursday, September 20, 2007 9:50 AM
**To:** Katz, Hayley; Neil Blair
**Cc:** Williams, Jeremy; Cendali, Dale; Emma Schlesinger
**Subject:** FW: Your Letter

Redacted

---

**From:** Roger Rapoport [mailto:roger@rdrbooks.com]
**Sent:** Wednesday, September 19, 2007 10:10 PM
**To:** Schmitt, Johanna
**Subject:** Your Letter

Dear Johanna Schmitt:

Thank you for your letter. I am replying on behalf of Mr. Vander Ark and our company. It is our intention to thoroughly study the various issues you have raised and discuss them with our legal advisers.

We expect to get back to you before long.

Very Truly Yours,

Roger Rapoport

On Sep 18, 2007, at 12:21 PM, Schmitt, Johanna wrote:

> Dear Mr. Rapoport and Mr. Vander Ark,
>
> Please see attached letter.
>
> Sincerely,
>
> **Johanna Schmitt**
> **O'Melveny & Myers LLP**
> 7 Times Square, New York, NY 10036
> Tel: (212) 326-4469  Fax: (212) 326-2061
> jschmitt@omm.com
> *This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

<DOC000.PDF>

Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com
www.rdrbooks.com