**Exhibit C**



## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

October 3, 2007

OUR FILE NUMBER
735355-001

**VIA EMAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(212) 326-2051

Mr. Roger Rapoport
RDR Books
1487 Glen Avenue
Muskegon, MI 49441
roger@rdrbooks.com

WRITER'S E-MAIL ADDRESS
dcendali@omm.com

Re:   *The Harry Potter Lexicon*

Dear Mr. Rapoport:

I am writing with regard to your email of September 19, 2007, which stated that you would provide a substantive response to our letter of September 18, 2007 on behalf of RDR Books and Mr. Vander Ark.

As indicated in our previous letter, our clients are very concerned about RDR Books plans to publish Mr. Vander Ark's book, entitled *The Harry Potter Lexicon* (the "Book"), because it appears to constitute an unauthorized derivative work in violation of our clients' rights under copyright law and because the public may be misled to believe that the Book has been authorized by or is affiliated with them.

Accordingly, we ask that RDR Books cease its efforts to publish the Book. In addition, we request that you forward this letter to the parties that have purchased the rights to the Book in England, France, Canada and Australia and identify them to us so that they may be contacted directly. Given the advertised publication date of late October 2007, we need a prompt response to allow our clients to protect their rights.

Roger Rapoport and Steven Vander Ark, October 3, 2007 - Page 2

      Nothing contained in this letter is intended as or should be construed to be a waiver or relinquishment of any right or remedy held by our clients, including, but not limited to, such rights in England, France, Canada, and Australia, all of which are hereby expressly reserved.

                                       Sincerely,

                                       Dale M. Cendali
                                       of O'MELVENY & MYERS LLP

cc:     Mr. Steven Vander Ark (via email svderark@i2k.com)