**Exhibit D**

**From:** Roger Rapoport [roger@rdrbooks.com]
**Sent:** Wednesday, October 03, 2007 12:30 PM
**To:** Schmitt, Johanna
**Subject:** Harry Potter Lexicon

Dear Joanna Schmitt:

Thank you for your inquiry. My brother-in-law who is only 44 died last night from brain cancer. Our family has been very tied up taking care of my brother-in-law, his wife and his three young children. We are in the process of making funeral arrangements. As you can imagine this has overwhelmed all of us. We are a very close family and I am sure you understand that this situation has interrupted all of my work including your request. Thanks for your patience.

Roger Rapoport
On Oct 3, 2007, at 6:22 PM, Schmitt, Johanna wrote:

    <DOC000.PDF>


Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com
www.rdrbooks.com