**Exhibit F**

# O

## O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

Times Square Tower
7 Times Square
New York, New York 10036

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

October 19, 2007

OUR FILE NUMBER
735355-001

**VIA EMAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(212) 326-2051

Mr. Roger Rapoport
RDR Books
1487 Glen Avenue
Muskegon, MI 49441
roger@rdrbooks.com

WRITER'S E-MAIL ADDRESS
dcendali@omm.com

Re:   *The Harry Potter Lexicon*

Dear Mr. Rapoport:

We are aware that you wrote to Warner Bros. Entertainment Inc. ("Warner Bros.") last week, asserting claims of copyright infringement regarding a "Hogwarts Timeline." We understand that Warner Bros. will be responding to you directly under separate cover, and thus we are not addressing those claims in this letter.

However, as your communications with Warner Bros. indicate that you have returned to work, we are writing for a substantive response to our previous letters of September 18, 2007 and October 3, 2007. Again, our clients are extremely troubled by RDR Books plans to publish Mr. Vander Ark's 1000-plus-page book, entitled *The Harry Potter Lexicon* (the "Book"). Based on the description, the Book does not appear to be an original creation of Mr. Vander Ark, rather it is derived from our clients' copyrighted expression. Thus, the Book clearly constitutes an unauthorized derivative work under United States copyright law. *See* 17 U.S.C. § 106(2) (granting exclusive rights to copyright owner to prepare derivative works based upon the copyrighted work). In addition, our clients are concerned that the public (including young fans of the Series) may be misled to believe that the Book has been authorized by or is affiliated with them. Further, we reiterate that this Book is type of companion book that Ms. Rowling has publicly opposed and envisions writing herself as she has done in the past with the two books that benefited charities. Accordingly, your plans to publish the Book and profit from our clients' protected content is particularly distressing to our clients.

Accordingly, we ask that RDR Books and Mr. Vander Ark cease their efforts to publish the Book. In addition, we request that you identify any foreign publishers that have purchased the rights to the Book, including in England, France, Canada and Australia, so that our clients

Roger Rapoport and Steven Vander Ark, October 19, 2007 - Page 2

may contact them directly to protect their rights in those territories, which may include seeking injunctive relief. Also, please confirm that you have forwarded this letter to those foreign publishers as well. Given the upcoming publication date of late October 2007 and the fact that RDR Books has recently asserted claims against Warner Bros., we need a prompt response to allow our clients to protect their rights.

Nothing contained in this letter is intended as or should be construed to be a waiver or relinquishment of any right or remedy held by our clients, including, but not limited to, such rights in England, France, Canada, and Australia, all of which are hereby expressly reserved.

Sincerely,

*Dale Cendali*

Dale M. Cendali
of O'MELVENY & MYERS LLP

cc:   Mr. Steven Vander Ark (via email svderark@i2k.com)

NY1:1713378.1