# Exhibit G

**From:** Roger Rapoport [roger@rdrbooks.com]
**Sent:** Sunday, October 21, 2007 11:39 AM
**To:** Schneider, Courtney
**Subject:** Re: Letter from Dale Cendali re: The Harry Potter Lexicon

Dear Courtney Schneider:

Thank you for your letter. We are looking in to your allegations and will get back to you with our response.

Sincerely,

Roger Rapoport
On Oct 19, 2007, at 1:38 PM, Schneider, Courtney wrote:

> Dear Mr. Rapoport,
>
> Please see attached letter sent on behalf of Dale Cendali.
>
>
> **Courtney L. Schneider**
> **O'Melveny & Myers LLP**
> 7 Times Square
> New York, NY 10036
> (212) 326-2861
> (212) 326-2061 (fax)
> cschneider@omm.com
>
>
> *This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP*
> *that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy,*
> *distribute, or use this information. If you have received this transmission in error, please notify the sender*
> *immediately by reply e-mail and then delete this message.*

&lt;Doc000.PDF&gt;


Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com
www.rdrbooks.com