**Exhibit H**

# O

## O'MELVENY & MYERS LLP

| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

October 24, 2007

OUR FILE NUMBER
735355-001

**VIA EMAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(212) 326-2051

Mr. Roger Rapoport
RDR Books
1487 Glen Avenue
Muskegon, MI 49441
roger@rdrbooks.com

WRITER'S E-MAIL ADDRESS
dcendali@omm.com

Re:    *The Harry Potter Lexicon*

Dear Mr. Rapoport:

Our clients are very troubled by RDR Books' failure to provide a substantive response to their claims, which were raised over a month ago. While we have waited patiently and have honored your request for more time to respond in good faith, recent events have caused us intense concern. For example, we have learned that RDR Books recently offered the publishing rights for the Book in Germany to Random House and in Taiwan to Crown Publishing. Thus, it appears that RDR Books has purposefully stalled in order to buy time to promote the Book prior to the commencement of a lawsuit. We are unaware of RDR Books' current intent with regard to the Book's publication date, which we originally thought to be late October from the advertisement in PublishersMarketplace.com. We hope that RDR Books has postponed its plans to rush to publication upon receiving notice of our clients' concerns, but we would appreciate confirmation that RDR Books will not publish the Book until it has attempted to resolve this matter.

Further, in order to expedite this process, we request that you forward us a copy of the Book (or the most recent draft) so we can review its content and cover. Your refusal of Warner Bros.' prior request for a copy of the Book only heightens our clients' fears that the Book infringes their rights. Without the opportunity to review the Book, we can only assume based on the description that it is an unauthorized derivative work consisting of Ms. Rowling's protected expression and that it is designed to mislead consumers to believe that the Book has been authorized by or is affiliated with our clients.

Please do not underestimate the gravity of this situation. As you are aware, Ms. Rowling has long stated that she wants to create a companion book to the Series and perhaps donate such

Roger Rapoport, October 24, 2007 - Page 2

proceeds to charity. Thus, Ms. Rowling is particularly interested in protecting her rights in this regard and does not want someone else using her unique creative expression for their own profit in direct contravention of her rights and express wishes. If RDR Books continues to stall its response while simultaneously proceeding with the publication and promotion of the Book, our clients will have no choice but to pursue legal action in the United States against RDR Books and Mr. Vander Ark. In addition to injunctive relief, under the Copyright Act, the defendants could be ordered to pay statutory damages to our clients in amount of $150,000 for each work infringed (*e.g.*, each of the seven books in the *Harry Potter* series would count as one infringed work), as well as our clients' costs and attorneys' fees, which will be significant. In addition, under the Lanham Act, the defendants could be ordered to pay treble profits, as well as attorneys' fees.

Please contact me or my colleague Johanna Schmitt with your response by 5:00 p.m. on Monday, October 29, 2007.

Nothing contained in this letter is intended as or should be construed to be a waiver or relinquishment of any right or remedy held by our clients, including, but not limited to, such rights in England, France, Canada, and Australia, all of which are hereby expressly reserved.

Sincerely,

Dale M. Cendali
of O'MELVENY & MYERS LLP

cc:   Mr. Steven Vander Ark (via email svderark@i2k.com)

NY1:1713928.1