**Exhibit I**

**From:** Roger Rapoport [roger@rdrbooks.com]
**Sent:** Wednesday, October 24, 2007 2:13 PM
**To:** Schmitt, Johanna
**Subject:** Re: Harry Potter Lexicon

Dear Johanna Schmitt:

Thank you for your letter which was received this afternoon. Once again, we are responding to you within the hour.

We do not understand or appreciate your unwarranted objection to a print version of the Harry Potter Lexicon, the world's leading fan website long used and recommended by J.K. Rowling herself (who has awarded it her "fan site award"). Dozens of other reader's guides to the Harry Potter novels, such as the ones from Mugglenet.com, Complete Idiot (Penguin), SparkNotes, Continuum, Hampton Roads and Broadway, are presently on the market at home and abroad in spite of the fact that these other books have not been subject to your review, approval or control. There is nothing in our planned publication that isn't already in the previously reviewed, approved and highly praised website. I seriously question whether your ministrations have been subject to discussion and approval of Ms. Rowling.

Sincerely,

Roger Rapoport


On Oct 24, 2007, at 1:21 PM, Schmitt, Johanna wrote:

> <DOC000.PDF>


Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com
www.rdrbooks.com