**Exhibit A**

Case 1:07-cv-09667-RPP    Document 28-2    Filed 01/15/2008    Page 2 of 3

## NEW!

## The Harry Potter® Lexicon

*The Definitive Readers' Guide to All Things Potter*



By STEVE VANDER ARK

The most trusted reference source on the wonderful universe of Harry Potter, Steve Vander Ark's unofficial encyclopedia is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic readers' guide that will satisfy the curiosity of the most ardent Potter fan. A gazetteer, bestiary, handbook, research guide and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series. Perfect for readers, booksellers, librarians, students and scholars alike, *The Harry Potter Lexicon* is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows*.

Steven Vander Ark's Harry Potter analysis has been featured on the BBC, the *Today Show*, A&E documentaries and the *New York Times*. His website, www.hp-lexicon.org, has won the prestigious J.K. Rowling Fan Site Award.

*"This is such a great site that I have been known to sneak into an Internet café while out writing and check a fact . . . my natural home."*
—J.K. Rowling

ISBN 978-1-57143-174-5
$24.95
TRADE PAPERBACK
412 PAGES
NOW AVAILABLE

LITERATURE / READER'S GUIDE

---

*Hailed in Best Books for Children and Baker & Taylor's School Selection Guide 7-12*

## Time Like A River



By RANDY PERRIN *with* TOYA *and* HANNAH PERRIN

Two families, one Jewish-American, the other Chinese-American, are brought together across time and space in this novel Karen Cushman calls "A truly amazing accomplishment." Margie Belzer, 13, is studying for her Bat Mitzvah when her mother, a veterinarian, comes down with a mysterious illness. As the doctors search for an answer, Margie travels back in time to do her own research. Her miraculous journey is the heart of this beautiful novel.

ISBN 978-1-57143-061-8
$14.95
HARDCOVER
144 PAGES
NOW AVAILABLE

## Tyler's Titanic



By BERNARD RYAN JR.

On a lazy day at the beach, young Tyler's dog Spoofer digs a hole in the sand. The ocean pours in and suddenly the shoreline recedes as far as the eye can see. The boy and his dog walk out along the Atlantic Ocean floor until they come upon the wreck of the Titanic. The ghosts of the crew tell them the real story behind the sinking of the great ship. This early chapter book offers a wonderful cook's tour of the Titanic. The impressive debut of a ralented new children's author, *Tyler's Titanic* is a charming story that will delight young readers, their parents and teachers.

ISBN 978-1-57143-085-4
$8.95
TRADE PAPERBACK
104 PAGES
NOW AVAILABLE

CHILDREN'S FICTION (AGES 7 & UP)

44 | 1



**RDR BOOKS** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: READ@RDRBOOKS.COM
*proudly announces*

# The Harry Potter® Lexicon

*The Definitive Readers' Guide to All Things Potter*

### by Steve Vander Ark and the staff of www.HP-Lexicon.org

The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows*.

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix*.

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated in any other print or electronic format, the Lexicon is guaranteed to delight your customers and enjoy a long and happy shelf life.

### J.K. Rowling on the Harry Potter Lexicon website—
*"This is such a great site that I have been known to sneak into an Internet café while out writing and check a fact rather than go into a bookshop and buy a copy of* Harry Potter *(which is embarrassing). A website for the dangerously obsessive; my natural home."*

### WINNER OF J.K. ROWLING'S FAN SITE AWARD

Harry Potter® and the names of all fictiotious people and places are trademarks of Warner Bros. Neither the author, his staff members, www.HP-Lexicon.org nor the publisher is in any way affiliated with Warner Bros., Scholastic Books, J.K. Rowling or any other person or company claiming an interest in the Harry Potter novels. The Harry Potter® Lexicon respects the intellectual property rights of others and urges users of this book to do the same.



TRADE PAPERBACK • 412 PAGES • $24.95
ISBN 978-157143-174-5

Special Free Freight Prepublication Offer:
- 50 percent discount on orders of 10 or more books, combinable with any other RDR titles.
- 45 percent discount on orders of 5 or more.
- 2 percent extra discount for prepaid or non-returnable orders.
- Generous Non-Returnable terms available. Call, fax or e-mail for details.

THE LEXICON SHIPS NOVEMBER 20

FOR SPECIAL DISCOUNTS, ORDER DIRECT FROM
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595 / fax(510) 228-0300
read@rdrbooks.com
www.rdrbooks.com