# Exhibit A

From: **Jessica Lares** <jessicalares@gmail.com>
Date: May 15, 2005 10:34 PM
Subject: Re: [Lexicon] An idea from two fellow Harry Potter fans
To: Steve Vander Ark <svderark@i2k.com>, wormtail@gmail.com

Hello Steve,

I do have to agree with your comment about Neil Blair as he has already taken two of my Harry Potter related domains. I wish that Jo and her agents hadn't put up all these regulations on the usage of characters, items, and names in her books. It makes it awfully hard to publish on the topic without getting the wiff of Mr. Blair.

Thanks for the quick response,

~ Jessica

On 15/05/05, **Steve Vander Ark** <svderark@i2k.com> wrote:
Hello, Matt and Jessica:

As the editor of the Lexicon, I get email every so often from fans asking me to publish the Lexicon in book form, so I've dealt with this question before. Basically, it is illegal to sell a book like that. Jo has reserved all publishing rights to her intellectual property, which means that she's the only one who may publish any book that is a guide or encyclopedia to her world. And since we're fans and supporters of Jo, we wouldn't do anything that would violate her rights, even if we could get away with it. We wouldn't get away with it, though, since Neil Blair, her solicitor, is very quick to defend his illustrious client in things like this.

So while it's a smashing idea, it simply isn't something that's allowed at the moment. Believe me, when the series is finished, I plan to petition Jo to allow the Lexicon to work with her to create the ultimate Harry Potter encyclopedia. In the mean time, we'll have to use the various online resources.

Thanks for the email!

Steve

Steve Vander Ark
The Harry Potter Lexicon

**From:** Jessica Lares [mailto:jessicalares@gmail.com]
**Sent:** Sunday, May 15, 2005 9:23 PM

**To:** webwizard@wizardingworld.com; wizardingworld@waycoolstuff.com; info@hp-lexicon.org
**Subject:** [Lexicon] An idea from two fellow Harry Potter fans

Hello, Lexicon and Wizarding World Press,

This is Matt Lawlis and Jessica Lares from the Harry Potter Community. We are both active members of the community, and have been with it for several years. You may know us from a past website, The Potter Prophet.

A few days ago, we were chatting in AIM, and we came up with an cool idea to create and publish a Fan-Made Harry Potter Encyclopaedia. We decided to attempt to affiliate with you guys, The Lexicon and The Wizarding World Press to make this possible.

Being the average Harry Potter fan, we do not know much about publishing books. The Wizarding World Press would have to fill us in about any fees and requirements we need to have to publish a book. The both of us are not very wealthy, so it would be difficult for us to pay off any required fees.

Thank you both for your time,
Matt Lawlis
Jessica Lares


--
Jessica Lares
Don't ask for GMail Invites, 'tis rude!