UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

WARNER BROS. ENTERTAINMENT INC. and
J.K. ROWLING,

        Plaintiffs,

    -against-

RDR BOOKS and DOES 1-10,

        Defendants.

------------------------------------- X

Case No. 07-CV-9667 (RPP)

### DECLARATION OF CHERYL KLEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Cheryl Klein, declare and state as follows:

1.    I am a Senior Editor at Scholastic Inc. ("Scholastic"), the publisher of the *Harry Potter* books in the United States. Except for the facts stated on information and belief, all of the facts set forth herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

2.    As part of Scholastic's work in editing Ms. Rowling's series, we have compiled various style guides and indices for the *Harry Potter* books, itemizing and indexing elements from the novels, including in which book elements first appeared, as well as basic information about many of these elements. These documents presently cover all seven books. Attached hereto as **Exhibit A** are true and correct copies of sample pages from these documents.

3.    Ms. Rowling is free to draw on any or all of this material in her upcoming encyclopedia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2008, at New York, N.Y.

Respectfully submitted,

By: _____
Cheryl Klein