# Exhibit A

## 1. PRINCIPAL CHARACTERS

### A. Harry Potter

Age: 14, as of Book 4

Birth date: July 31

Physical characteristics: Short and skinny, untidy black hair, bright green eyes, round glasses, right-handed, thin scar shaped like a lightning bolt on forehead made by Voldemort (this scar hurts whenever Voldemort is near). Right arm broken once by a rogue Bludger in Book 2.

Additional information: His parents were killed by Voldemort when Harry was a baby. He was raised by his horrible Muggle relatives (his dead mother's sister and family) the Dursleys (see below and under **Muggle World,** 4.A); they tell Harry his parents died in a car crash and he doesn't learn he's a wizard until he turns eleven. He is also a Parselmouth (can speak to snakes) and has a snowy owl named Hedwig. Harry is not afraid to call Voldemort by name, unlike most other wizards.

At Hogwarts Harry is in Gryffindor House and plays Seeker on the House Quidditch team. His best friends at school are Ron Weasley and Hermione Granger (see below).

Harry's wand is eleven inches long, made of holly, and containing a single feather from the tail of Dumbledore's phoenix, Fawkes. This same bird gave only one other feather for another wand – Lord Voldemort's wand, the one that gave Harry his lightning bolt scar.

### B. Ron Weasley

Age: Approximately 14 in Book 4

Birth date: ?

Physical characteristics: Red hair, freckles, long nose.

Additional information: Ron is Harry's best friend, also in Gryffindor. Comes from a big family (see below under **Other Important Characters,** 2.E). Fiercely loyal, hates being poor and is self-conscious about it. Has a pet rat, Scabbers, until Book 3, that turns out to be Peter Pettigrew (see under **The Dark Side,** 3.B).

### C. Hermione Granger

Age: Approximately 14 in Book 4

Birth date: sometime in September

Physical characteristics: Brown eyes and bushy brown hair. Her teeth are shrunk in Book 4, improving her smile.

Additional information: Along with Ron, one of Harry's best friends. Hermione is Muggle-born (parents are dentists). Probably the best student at Hogwarts; know-it-all. In Gryffindor House. Her fierce ginger cat is named Crookshanks.

**D. Albus Dumbledore**

Physical characteristics: Tall, thin, long silver beard, long, crooked nose, blue eyes, half-moon glasses, scar above left knee shaped like the London Underground. Has a sweet tooth.

Dumbledore is the headmaster at Hogwarts and a very powerful wizard. Very fond of Harry and acts as his protector. (See also below under **Current Faculty**, 2.a)

**E. Hagrid (Rubeus Hagrid):**

Physical characteristics: Hagrid is enormous (half-giant) with black hair and beard.

Keeper of Keys and Grounds and the gamekeeper at Hogwarts, Hagrid lives in a cottage near the Forbidden Forest; has a boarhound named Fang; and loves all animals. Hagrid is a great friend to Harry. (See more under **Hogwarts Faculty and Staff**, 3.A.2.) His umbrella (where he stashes a broken wand) is flowery pink.

**F. Lord Voldemort** (see also **The Dark Side**, 3.B.1): The Dark Lord, He-Who-Must-Not-Be-Named, You-Know-Who. Aka Tom (Marvolo) Riddle. (Tom Marvolo Riddle is an anagram for "I am Lord Voldemort.") Slytherin descendant, Parselmouth, chief evil guy. Once was a promising student at Hogwarts before going over to the Dark Side. Killed his own father (a Muggle, also named Tom Riddle). Lost most of his powers after trying to kill Harry as a baby; regains them in Book 4 with the help of Wormtail (see **Peter Pettigrew** under **The Dark Side, Principal Characters**, 3.B.1). His followers are called Death Eaters. Like Harry's, Voldemort's wand contains a feather from the tail of Fawkes, Dumbledore's phoenix.

**2. OTHER IMPORTANT CHARACTERS** (listed alphabetically)

**A. Sirius Black**--Harry's godfather, Hogwarts alum, aka Padfoot; an Animagus (big black dog, code name Snuffles), James Potter's best friend; wrongly accused of the murder that was actually committed by Peter Pettigrew and locked up in Azkaban for twelve years. Escapes from this fortress-like prison (the first inmate ever to do so) to protect Harry from Voldemort; on the lam with Buckbeak at the end of Book 3, but he returns to help Harry in Book 4. Sent on an important mission by Dumbledore at the end of Book 4.

**B. The Dursleys**--Harry's rotten Muggle relatives who live at number four, Privet Drive. They are petrified of magic, and all detest and fear Harry.

> **Vernon Dursley** (Harry's uncle): large, neckless, black mustache. Owns Grunnings, drill manufacturer.
>
> **Petunia Dursley** (aunt): sister of Lily Potter, blond, horse-faced and bony, nosy
>
> **Dudley Dursley** (cousin): blond, pink, fat, selfish, mean, spoiled by parents.

**C. Draco Malfoy:** Harry's nemesis at Hogwarts; pale, pointed face, blond hair; same year as Harry at school. His hulking sidekicks are Crabbe and Goyle. Draco has a Comet Two Sixty broomstick in Book 1.

**D. James and Lily Potter**: Harry's dead parents, murdered by Lord Voldemort; James was killed first and then Lily died trying to save her son. James: looked like Harry, also excellent Quidditch player, an Animagus (Prongs, a stag), was Head Boy, in Gryffindor, co-author of Marauder's Map. (See Marauder's Map under **Unofficial Magical Documents**, 3.J below for more information on James and his Hogwarts friends.) Lily: pretty, dark red hair, had Harry's green eyes, died to save Harry, Muggle-born (sister is Harry's aunt Petunia Dursley), was Head Girl, in Gryffindor.)

**[What was Lily Potter's maiden name?]**

**E. The Weasleys:** Members of a large, rather poor wizard family that live near the village of Ottery St. Catchpole in "the Burrow." (A ghoul lives in the attic of their house, and their garden is infested with gnomes.) They treat Harry like a member of the family. All the kids are redheads.

> **Arthur Weasley**: Head of the Misuse of Muggle Artifacts Office, in the Ministry of Magic. Thin, balding, wears glasses. Owns enchanted car, a turquoise Ford Anglia.. He is fascinated by Muggles.
>
> **Molly Weasley**: Short, plump, kind-faced, knits sweaters.
>
> **Weasley children**, in order of age:

**Bill**: graduated Hogwarts (was a Head Boy there), working in Egypt for Gringotts as a charm breaker; cool, wears a ponytail and earring

**Charlie**: graduated Hogwarts, played Quidditch, studies dragons in Romania

**Percy**: Prefect in Book 2, Head Boy in Book 3, in Book 4 he's working in the Department of International Magical Cooperation for Barty Crouch, Sr.; girlfriend Penelope Clearwater (he calls her Penny), wears glasses, a bit of a prig. His ambition is to be the Minister of Magic.

**Fred** and **George**: twins, Beaters on Gryffindor Quidditch team, troublemakers; 16 (April birthday) as of Book 4

**Ron** (see above under **Principal Characters**, 1.B)

**Ginny** : only girl, fancies Harry, has brown eyes

(Note: All the Weasleys are Gryffindors.)

## 3. WIZARD WORLD

### A. Hogwarts School of Witchcraft and Wizardry

#### 1. Hogwarts: A History

##### a. Houses

At a welcoming feast, new students at Hogwarts are Sorted by the Sorting Hat (see **Rituals** below) into four different Houses named after the founders of the school, known as the Hogwarts Four: Godric Gryffindor, Helga Hufflepuff, Rowena Ravenclaw, and Salazar Slytherin (he was a Parselmouth). Each House has a different character, as follows:

Gryffindor: bravery (colors: red and gold)

Hufflepuff: willingness to work hard

Ravenclaw: cleverness

Slytherin: great ambition, power-hungry (colors: green and silver)

House point system: During the school term each House competes to win the House Cup at the year's end. Points are awarded by the faculty for academic and other achievements, and points are subtracted for misbehavior and poor performance. Hourglasses near the main staircase magically keep track of how many points each House has accumulated

during the term. The winner of the House Cup is announced at the Leaving Feast—then the hall magically decorates itself in the colors of the winning House. In Book 1 Gryffindor wins the House Cup.

### b. Rituals

First years are rowed across the lake to the castle; other students are taken there by stagecoach.

Halloween feast

the Leaving Feast

the Sorting Ceremony: a four-legged stool is set up in the Great Hall, and a shabby, patched old wizard's hat called the Sorting Hat is brought out. The hat sings a song (a different one each year), and is then placed on the head of each new student. The Sorting Hat looks into their minds and yells out through a rip near its brim which House they should belong to (see Book 1, chapter 7, for style of Sorting Hat's speech).

Yule Ball (but the ball): a holiday dance, open to fourth years and above, that is a traditional part of the Triwizard Tournament; the champions and their partners open the ball.

### 2. Faculty and Staff
### a. Current Faculty (as of Book 4)

**Professor Binns**: teaches History of Magic; he's a ghost.

**Dumbledore, Albus**: Headmaster. Winner of the Order of Merlin, First Class; Grand Sorcerer; Chief Warlock; Supreme Mugwump, International Confederation of Wizards. Tall, thin, long silver beard, long, crooked nose, blue eyes, half-moon glasses, scar above left knee. Used to teach Transfiguration, worked with Nicolas Flamel, quite fond of Harry. Has a brother, Aberforth. (See also **Principal Characters**, 1.D)

**Professor Flitwick**: teaches Charms, tiny (male)

**Professor Grubbly-Plank:** female, subs for Hagrid in Care of Magical Creatures

**Hagrid, Rubeus** (see above under **Principal Characters**, 1.E., and also below under **Current Staff**)

**Madam Hooch**: short gray hair, yellow eyes; gives flying lessons and referees Quidditch matches

**Professor McGonagall, Minerva**: teaches Transfiguration; head of Gryffindor House; an Animagus (tabby cat); Deputy Headmistress; square glasses, hair in a tight bun, Quidditch fan

**Professor Sinistra**: teaches Astronomy

**Professor Snape, Severus**: teaches Potions; head of Slytherin House, detests Harry and favors Draco Malfoy; sallow, hook-nosed, and greasy-haired; black eyes; has tattoo of the Dark Mark (a former Death Eater)

**Professor Sprout**: teaches Herbology, gray hair, head of Hufflepuff House (female)

**Professor Trelawney, Sibyll**: teaches Divination; thin, huge glasses, looks like a praying mantis

**Professor Vector**: teaches Arithmancy (female?)

**Professor Viridian, Vindictus**: author of *Curses and Countercurses*

**2. b. Current Staff** (as of Book 4)

**Filch, Argus**: caretaker of the castle, also supervises detention; has a cat named Mrs. Norris, is disliked and feared by the students. Filch is a Squib (a wizard born without magical powers)

**Hagrid, Rubeus** (known as Hagrid): Keeper of Keys and Grounds; gamekeeper; black hair and beard; enormous (he's half-giant, mother was a giant named Fridwulfa); has a boarhound named Fang; loves all animals. Teaches Care of Magical Creatures in Book 3, expelled from Hogwarts as a youth (wrongly accused; framed by Tom Riddle who said Hagrid opened the Chamber of Secrets), not allowed to use magic (but has broken wand hidden in his umbrella) terrible cook, spent time in Azkaban (Book 2) (See also **Principal Characters**, 1.E.)

**Madam Pince**: the thin, irritable librarian

**Madam Pomfrey, Poppy**: nurse, runs the hospital wing

**2. c. Former Faculty and Staff** (as of Book 4)

Armando Dippet, Headmaster before Dumbledore

Professor Kettleburn: retired from teaching Care of Magical Creatures

**6. b. Grounds**

Forbidden Forest, but the forest: off-limits to students; home of many magical creatures, including centaurs, unicorns, and Aragog the spider

greenhouses; greenhouse one, greenhouse three (contains dangerous plants)

Hagrid's cabin; gamekeeper's cabin

the lake: creatures who live in the lake include merpeople, grindylows, and a giant squid

Quidditch field (NOT pitch)

vegetable patch

Whomping Willow: this tree will pummel anyone or -thing that gets within range of its flailing branches. Planted to help Lupin pass into Hogsmeade undetected while he was a student.

**6. c. Vicinity: Hogsmeade** (all-wizard village near Hogwarts, off-limits to first- and second-year Hogwarts students; also called "the village")

<u>Establishments and Landmarks</u>

Dervish and Banges

Gladrags Wizardwear

High Street

the Hog's Head (pub)

Hogsmeade station (this is the stop for Hogwarts on the Hogwarts Express)

Honeydukes Sweetshop, a candy store; there's a secret passage from Hogwarts in basement.

the Shrieking Shack (haunted building)

Three Broomsticks (tavern) - Madam Rosmerta (landlady)

Zonko's Joke Shop

**7. Animals at Hogwarts**

Crookshanks: Hermione's ginger cat (male)

Draco Malfoy has an eagle owl

Errol: the Weasleys' decrepit owl

Fang: Hagrid's boarhound

Fawkes: Prof. Dumbledore's phoenix, scarlet and gold plumage
Fluffy: three-headed dog
Hedwig: Harry's snowy owl (female)
Hermes: Percy Weasley's screech owl
Mrs. Norris: Filch's skinny gray, tattletale cat
Pigwidgeon ("Pig"): Ron's tiny gray owl
Scabbers: Ron Weasley's rat/Peter Pettigrew's Animagus form aka Wormtail
Trevor: Neville's toad

### 8. Art at Hogwarts

#### a. Paintings, Characters in

the Fat Lady: guards entrance to Gryffindor Tower, wears a pink dress
Sir Cadogan: belligerent, rides a fat gray pony; substitute guard for the Gryffindor Tower entrance
Violet: friend of the Fat Lady

#### b. Sculpture

Boris the Bewildered: on 5th floor

### 9. Ghosts at Hogwarts

the Bloody Baron: Slytherin ghost
Sir Patrick Delaney-Podmore
(Fat) Friar: Hufflepuff ghost
Moaning Myrtle: squat, lank hair and thick glasses; lives in girls' bathroom on 2nd floor, died while a student at Hogwarts
Nearly Headless Nick (Sir Nicholas de Mimsy-Porpington): died October 31, 1492. Gryffindor ghost of a nobleman whose severed head still hangs by a flap of skin. Wears a plumed hat on his long, curly hair, and a tunic with a ruff.
Peeves (the Poltergeist): little man with a wide face in bell-covered hat and bow tie
Wailing Widow

## B. THE DARK SIDE

### 1. Principal Characters

**Lord Voldemort:** Also known as The Dark Lord, He-Who-Must-Not-Be-Named, You-Know-Who. Aka Tom (Marvolo) Riddle (an anagram for "I am Lord Voldemort.") Slytherin descendant (on his mother's side), Parselmouth, chief evil guy. Killed his own father (also named Tom Riddle), a Muggle who abandoned them before birth, after he found out his wife was a witch. Voldemort is also responsible for the deaths of the Bones, the Prewetts, the McKinnons, and Cedric Diggory. Lost most of his powers after trying to kill Harry as a baby; regains power in Book 4 with the help of Wormtail (see below). His followers are called Death Eaters. (See also **Principal Characters**, 1.F)

**Barty (Bartemius) Crouch, Jr.** Imprisoned in Azkaban after being denounced by his own father (Barty Crouch Sr.) for his involvement with Voldemort. Escapes when his mother trades places with him (she dies in Azkaban). Assumes the form of Mad-Eye Moody using Polyjuice Potion and infiltrates Hogwarts in Book 4 in order to enter Harry in the Triwizard Tournament, thereby delivering him to Voldemort. Ultimately destroyed by a dementor upon Cornelius Fudge's orders.

**Draco Malfoy:** Harry's nemesis at Hogwarts (all the Malfoys are in Slytherin); pale, pointed face, blond hair; same year as Harry at school. His henchboys are Crabbe and Goyle.

**Lucius Malfoy:** father of Draco; wife Narcissa; gray eyes. Involved with the Dark Side, a Death Eater.

**Peter Pettigrew, aka Wormtail**, an Animagus, a Death Eater with a tattoo of the Dark Mark on his left arm. Very short, balding with thin, colorless hair; small, watery eyes. Originally a school friend and Secret-Keeper of the Potters, but he betrayed them to Voldemort, resulting in their death and Voldemort's loss of power. Faked his own death and disguised himself for 12 years as Scabbers the rat, Ron's familiar. Wormtail is unmasked in Book 3, but he escapes to rejoin Voldemort and helps him regain his power in Book 4. Wormtail cuts off his own right arm as part of a powerful reanimation spell to save Voldemort, who rewards him with a silver replacement arm.

**B. 2. Known Death Eaters** (see Book 4, chapter 33)

Avery

Bagman, Ludo (suspected but not confirmed)

Crabbe, ___: father of younger Crabbe at Hogwarts

Crouch, Barty (Bartemius Jr.)

Dolohov, Antonin

Goyle, ___: father of younger Goyle at Hogwarts

Karkaroff, Igor: former Death Eater, was in Azkaban (caught by Mad-Eye Moody); tall and thin, short white hair and goatee, Dark Mark tattoo on left forearm

the Lestranges: married couple, in Azkaban

Macnair, Walden (see also **Related Characters**, 3.D.1)

Malfoy, Lucius

Mulciber, ___: specialized in the Imperius Curse

Nott, ___

Pettigrew, Peter, aka Wormtail (see above)

Rookwood, Augustus: Voldemort's spy in the Department of Mysteries

Rosier, Evan: killed by an Auror

Snape, Severus: former Death Eater (see Hogwarts Current Faculty, 3.A.2)

Travers, ___ (man)

Wilkes, ___: killed by an Auror

## B. 3. Dark Creatures

(See also *Fantastic Beasts & Where to Find Them*)

basilisk: King of the Serpents (Book 2), enormous bright-green fanged snake with yellow eyes; can be controlled by a Parselmouth (see also **Magical Creatures, generic**, 3.C.4)

boggart: a shape-shifter, takes the shape of whatever frightens you the most (Book 3); can be defeated by the *Riddikulus!* spell.

Chameleon Ghouls

giant: bloodthirsty and brutal, the giants supported Voldemort and were responsible for many Muggle killings

grindylow: a small, horned water demon with green skin

hinkypunk: a little one-legged creature resembling wisps of smoke; with a lantern in one hand, it lures travelers into bogs.

kappa: creepy water-dweller that looks like a scaly monkey with webbed hands

Red Cap: a goblin-like creature attracted to places where there has been bloodshed; lives in holes on old battlefields

werewolf

### B. 4. Place Names

Azkaban: a prison fortress for wizards on a tiny island way out at sea; the guards are called dementors (see below under **Terminology**, B.5)

the Chamber of Secrets: a hidden chamber in Hogwarts built by the Heir of Slytherin, containing a horror (the basilisk) that would purge the school of Muggle-born wizards and Squibs

the Riddle House: Voldemort's family home

### B. 5. Terminology

Auror (Dark wizard catcher)

the Dark Arts

the Dark Lord (Voldemort; also He-Who-Must-Not-Be-Named and You-Know-You)

Dark Magic

the Dark Mark, the Mark: a skull with a serpent coming out of its mouth like a tongue. Death Eaters have this tattoo; Voldemort uses it to summon them.

the Dark Order

the Dark Side

a Dark sorcerer, a Dark wizard

Death Eater (a follower of Voldemort)

dementors: blind guards at Azkaban who can suck your soul out of your mouth with a kiss (Dementor's Kiss; the Kiss)

the Dementor's Kiss

He-Who-Must-Not-Be-Named (aka Voldemort)

the Kiss (Dementor's Kiss)

My Lord: Death Eaters refer to Voldemort as My Lord with initial caps

Slytherin's Heir: Voldemort: the only person who can open the Chamber of Secret

the Unforgivable Curses (see **Spells and Charms**, 3.C.6)

You-Know-Who (aka Voldemort)

### C. MAGIC

### 1. Magical Beings (sentient beings who speak English)

Great Gray

Scop (tiny—"Local Deliveries Only")

Snowy

**b. Plants**

Abyssinian Shrivelfig

Bouncing Bulbs

bubotuber

Devil's Snare

Dittany

elderflower

Flutterby Bush

fluxweed

gillyweed: gives you gills

knotgrass

Venemous Tentacula: spiky, dark red plant

Mandrake: its cry is fatal to anyone who hears it; an essential part of most
 antidotes. The small ones resemble small, muddy, extremely ugly babies.

the Whomping Willow (planted to help Lupin pass into Hogsmeade undetected
 while he was a student)

**C. 3. Magical Creatures with Proper Names**

Aragog: giant blind spider, lives in the Forbidden Forest

Bandon Banshee

Blast-Ended Skrewt (but a skrewt): a cross between a manticore and a fire-crab

Buckbeak: hippogriff, gray, male, orange eyes

Dobby: house-elf, male (see above under **Magical Beings**, 3.C.1)

Fawkes: Prof. Dumbledore's phoenix (male), scarlet and gold plumage

Fluffy: three-headed dog

the Grim: a death omen; a giant, spectral dog that haunts churchyards

Mosag: Aragog's wife (see above)

Nagini: Voldemort's fanged python with a diamond-patterned tail (female)

Norbert: Hagrid's dragon

Winky: house-elf, female (see above under **Magical Beings**, 3.C.1)

**C. 4. Magical Creatures, generic** (see also **Dark Creatures**, 3.B.3, and *Fantastic Beasts & Where to Find Them*))

basilisk, King of the Serpents: huge green snake with venomous fangs and yellow eyes. Born from a chicken's egg hatched beneath a toad. Anyone who looks directly into its eyes will die instantly. Spiders flee from it, but the crowing of a rooster will kill it. Can be controlled by a Parselmouth.

bicorn: has a horn

boggart: a shape-shifter, takes the shape of whatever frightens you the most (Book 3); can be defeated by the *Riddikulus!* spell.

boomslang

Chameleon Ghoul

Cornish pixie

fire-crab: looks like a large tortoise; shoots flames from its rear when attacked.

flobberworm: thick, brown worm up to ten inches long. Moves very little.

gnome: common garden pest, grows to be about one foot tall

grindylow: small, horned pale-green water demon

hinkypunk: small one-legged creature resembling a wisp of smoke; with a lantern in one hand it lures travelers into bogs

hippogriff: half horse half eagle, 12-ft. wings. They come in many colors (Book 3). (See **Buckbeak** under **Magical Creatures with Proper Names**, C.3.)

kappa: creepy water-demon that resembles a scaly monkey with webbed hands

kelpies: British and Irish water demon; usually takes the form of a horse

leprechaun

manticore: has a man's head, a lion's body, and a scorpion's tale that causes instant death. Skin can repel all known charms.

mountain troll: horrible, huge, and dangerous

niffler: a fluffy black creature with a long snout, flat spadelike front paws; can dig up treasure

phoenix

pixie: electric blue, up to 8 inches tall, extremely mischievous (see also **Cornish pixie** above)

Red Cap: goblin-like creature that lives in holes on old battlegrounds where blood has been shed

sphinx

unicorn: horn, blood, and hair have highly magical properties

### C. 5. Magical Objects

bezoar: stone taken from the stomach of a goat; will save a person from most poisons

the Hand of Glory: functions as a candleholder that gives light only to the holder (Book 2)

Mirror of Erised (Book 1): gold frame, ceiling-high, inscription carved around the top: *Erised stra ehru oyt ube cafru oyt on wohsi* (I show not your face but your heart's desire).

Sorcerer's Stone, the Stone (called the Philosopher's Stone in the U.K.): Nicolas Flamel is the only known maker of the Stone, which will transform any metal into gold. It also produces the Elixir of Life, which makes whoever drinks it immortal.

### C. 6. Spells and Charms

Spells have two components, the **name** of the spell (i.e., the Impediment Curse) and its **incantation** (magic words spoken by the wizard, i.e., *Impedimental*, which are always styled in italics, with quotes.) Both components are listed below, when known.

Alohomora Charm

Anti-Cheating Spell

Banishing Charm: opposite of Summoning Charm

Body Bind

Bubble-Head Charm (creates a bubble of air to allow one to breathe underwater)

Confundus Charm

Conjunctivitus Curse

Cruciatus Curse - *Crucio!* (one of the Unforgivable Curses)

Curse of the Bogies

Drought Charm

Engorgement Charm—*Engorgio!* (*Reducio!* is the countercharm)

Flame Freezing Charm

Four-Point Spell—*Point Me!* (makes wand point due north)

Freezing Charm

Furnunculus Curse—*Furnunculus!* (produces boils)

Homorphus Charm

Hover Charm

Impediment Curse—*Impedimenta!* (obstructs attackers; slows something down)

Imperious Curse – *Imperio!* (total control; one of the Unforgivable Curses, heavily punished if used)

Jelly-Legs Jinx

Leg-Locker Curse--*Locomotor Mortis!*

Memory Charm -- *Obliviate!*

Muggle Repelling Charms

Patronus Charm – *Expecto Patronum!* Conjures up a Patronus, a kind of anti-dementor, a guardian that can block the effects of a dementor. (See Book 3, chapter 12.) (Note: Each Patronus is unique to the wizard who conjures it.)

*Priori Incantatem* (plural)

Reductor Curse—*Reducto!* (blasts solid objects)

Reverse Spell—*Prior Incantato!* (reveals which spells a wand has done, from last to first; *Deletrius!* is the counterspell)

Severing Charm

Shield Charm (deflects minor curses)

Stunning Spell (aka a Stunner)—*Stupefy!* The counterspell is *Ennervate!*

Summoning Charm—*Accio Dictionary!* for example, will summon a dictionary

Switching Spell

Tickling Charm—*Rictusempra!*

Transforming Spells

Transmogrification Torture

Unbreakable Charm

the Unforgivable Curses (using any is punishable by imprisonment in Azkaban):

*Avada Kedavra* (aka the Killing Curse)—(causes death. There is no countercurse.)

Cruciatus Curse—*Crucio!* (causes excruciating pain)

Imperius Curse—*Imperio!* (makes victim do your bidding)

**a. Incantations/Magic words** (style italic in quotes):

*Accio!* (a Summoning Charm)

*Avis!* (conjures birds)

*Densaugeo!* (gives large teeth)

*Diffindo!*

*Dissendium!* (opens a secret passage from Hogwarts to Hogsmeade)

*Expecto Patronum!* (conjures a Patronus)

*Expelliarmus!* (Disarming Spell)

*Ferula!* (bandages a limb)

*Finite Incantatem* (ends the spell)

*Furunculus!* (gives boils)

*Incendio!* (creates fire)

*Lumos!* (lights wand)

*Mobilicorpus!* (moves a body)

*Morsmordre!* (conjures the Dark Mark)

*Nox!* (extinguishes light)

*Obliviate!* (memory modification)

*Orchideous!* (produces flowers from wand tip)

*Petrificus Totalus!* (binds entire body)

*Relashio!* (sends sparks)

*Reparo!* (a repair spell)

*Rictusempra!* (a Tickling Charm)

*Riddikulus!* (defeats a boggart)

*Sonorus!* amplifies one's voice; *Quietus!* is the countercharm.

*Tarantallegra* (makes someone dance uncontrollably)

*Wingardium Leviosa* (makes objects ascend or fly)

**C. 7. Devices**

Dark Detector

Dungbomb

Ever-Bashing Boomerangs

Fanged Frisbees

Filibuster's Fabulous No-Heat, Wet-Start Fireworks, a Filibuster firework

Foe-Glass

Goblet of Fire, the goblet

Invisibility Cloak

Invisibility Booster (feature of Weasleys' flying car)

lunascope

the Marauder's Map (see below under **Unofficial Magical Documents**, 3.J)

Mirror of Erised (see above under **Magical Objects**, 3.C.5)

Omnioculars (slow dial, play-by-play button)

Pensieve: resembles a basin of silver liquid; siphons excess thoughts out of one's mind, where they may be viewed; Dumbledore has one.

Photographs: these always move in the wizarding world

Portkey: an object used to transport wizards (singly or in large groups) from one spot to another at a prearranged time. (Introduced in Book 4.) Person being transported feels a sudden tug behind the navel. 200 portkeys are placed at strategic points around Britain. A portkey can be anything, but usually it's a nondescript object.

Put-Outer: extinguishes streetlights

Quick-Quotes Quill: writes by itself

Remembrall: glass marble-sized ball, which tells you if you're forgotten something (you hold it tight and it turns red)

Screaming Yo-yos

Secrecy Sensor: a squiggly golden aerial

Self-Shuffling playing cards

Sneakoscope (registers lies and deception)

Sorcerer's Stone, the Stone

Spellotape

talking mirror: a magical object belonging to the Weasleys'

Thinking Cap