# Exhibit B

**From:** Cendali, Dale
**Sent:** Monday, November 05, 2007 10:22 AM
**To:** Bradley, Melanie; Blumsack, Emily; Schneider, Courtney
**Subject:** FW: www.jkrowling.com

---

**From:** Neil Blair [mailto:Neil@christopherlittle.net]
**Sent:** Monday, November 05, 2007 5:06 AM
**To:** Cendali, Dale
**Subject:** FW: www.jkrowling.com

    Redacted

---

**From:** Steve Vander Ark
**Sent:** Fri 4/7/2006 1:49 PM
**To:** Emma Schlesinger
**Subject:** RE: www.jkrowling.com

Hello again:

The reason I assumed that Bloomsbury was involved with the website was because I got this email from you, Jo's editor, and not from Neil, her solicitor.

All of the links are gone. I've also made sure that any stray links that might be somewhere in the Lexicon also will not lead to any of those files. I'm sure there are more elegant ways of doing this, but I just went in and made sure that the files were inaccessable, which will generate file not found errors on any links to any of them. I'll get my tech people to finish the job with a bit more finesse than I can do, but I wanted to make sure things were taken care of right away.

I'm on vacation and will be traveling for two days. Hopefully this has taken care of everything you need. I'll email contact information when I get back home on Saturday.

All the best,

Steve

Steve Vander Ark
The Harry Potter Lexicon

> **From:** Emma Schlesinger [mailto:Emma@christopherlittle.net]
> **Sent:** Thursday, April 06, 2006 12:20 PM
> **To:** Steve Vander Ark
> **Cc:** Neil Blair; Christopher Little
> **Subject:** RE: www.jkrowling.com
> **Importance:** High
>
> 6th April 2006

Dear Steve

Thanks for coming back. There seems to be some confusion here -- where do you get the idea that Bloomsbury are working with J K Rowling on her website?

Meanwhile, within the page http://www.hp-lexicon.org/about/sources/jkr.com/jkr-com-door.html there are numerous hyperlinks to 'door openings'. Please note them below:

    Door opening 1 - http://www.hp-lexicon.org/about/sources/jkr.com/doors/door1/door1/en/index.html
    Door opening 2 - http://www.hp-lexicon.org/about/sources/jkr.com/doors/door1/door1/en/index.html
    Door opening 3 - http://www.hp-lexicon.org/about/sources/jkr.com/doors/door3/door3/en/index.html
    Door opening 4 - http://www.hp-lexicon.org/about/sources/jkr.com/doors/door4/door4/en/index.html
    Door opening 5 – removed as requested. Thanks

These 'door openings' use content obtained from decompiling .swf files taken from http://www.jkrowling.com/ (her copyright) without permission and reengineered for display at http://www.hp-lexicon.org/about/sources/jkr.com/jkr-com-door.html

We are now asking you to please take these down immediately and confirm. Please also let us have your day and evening telephone numbers for our future reference. Thank you.

Best wishes

Emma Schlesinger
(Christopher Little Literary Agency)


**From:** Steve Vander Ark [mailto:svderark@i2k.com]
**Sent:** Thursday, April 06, 2006 1:55 PM
**To:** Emma Schlesinger
**Cc:** Neil Blair; Christopher Little
**Subject:** RE: www.jkrowling.com

Good morning, Emma:

Nice to hear from you again.

I didn't know that Bloomsbury was directly working with Jo on the website. That's exciting to hear. Does this imply that the website contents directly connect to the development of the story in the books? We have assumed that this was the case, but it's interesting to know that the book editors are directly involved.

I have removed access to the test files as you requested. As you can imagine, we're all very intrigued by this latest feature of Jo's site. Will there be more tests?

Thanks for the email.

Steve

Steve Vander Ark
The Harry Potter Lexicon


**From:** Emma Schlesinger [mailto:Emma@christopherlittle.net]
**Sent:** Thursday, April 06, 2006 6:29 AM
**To:** Steve Vander Ark
**Cc:** Neil Blair; Christopher Little
**Subject:** www.jkrowling.com

6th April 2006

Dear Steve

It has come to our notice that you have downloaded all of the site files from our client's website http://www.jkrowling.com/ and are subsequently hosting a 'new' version of the site yourselves (which is in any case misleading as it is not accurately replicated). This includes the recently added quiz area, which we shut on the official version of the site earlier in the week.

No permission was either requested or granted for this and we must ask you to take this down immediately and to please confirm that you have done so.

Best wishes

Emma Schlesinger

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---