# Exhibit C

Case 1:07-cv-09667-RPP    Document 32-4    Filed 01/15/2008    Page 1 of 5

**From:** Cendali, Dale
**Sent:** Monday, November 05, 2007 10:21 AM
**To:** Bradley, Melanie
**Cc:** Blumsack, Emily; Schneider, Courtney
**Subject:** FW: question


**From:** Neil Blair [mailto:Neil@christopherlittle.net]
**Sent:** Monday, November 05, 2007 5:05 AM
**To:** Cendali, Dale
**Subject:** FW: question

Redacted

**From:** Steve Vander Ark
**Sent:** Tue 7/10/2007 3:23 PM
**To:** 'Emma Schlesinger'
**Subject:** RE: question

Hello, Emma

I really appreciate the quick reply. I wasn't really thinking of collaborating, just working somewhere in the organization, but I do understand what you mean. I wouldn't have contacted Fiddy about this once you had said it wouldn't work, but thanks for mentioning it to her. You never know what might come up.

Enjoy this exciting and dizzying time.

Steve


**From:** Emma Schlesinger [mailto:Emma@christopherlittle.net]
**Sent:** Tuesday, July 10, 2007 9:58 AM
**To:** Steve Vander Ark
**Subject:** RE: question


10th July 2007

Dear Steve

Thanks for this.

Whilst we appreciate your very clear continued interest in Harry Potter, should Jo decide to work on an encyclopedia or other Harry Potter companion book, she will definitely not be looking to collaborate with anyone, so we regret that we can't offer you an anchor to move over here. For the record, we have confirmed this with Fiddy, so no need for you to write directly. Thank you however for sending via us.

All the best for your future plans.

Best wishes

Emma

**From:** Steve Vander Ark [mailto:svderark@i2k.com]
**Sent:** Monday, July 09, 2007 9:36 PM
**To:** Emma Schlesinger
**Subject:** RE: question

Hello, Emma:

Basically, the question is a personal one. I would like to be moving to London soon, but one of the things holding me back is that I don't have a job there. I have registered with TeachLondon and have been pursuing a few other possibilities, but I'm a school reference librarian and TeachLondon and other such services are primarily looking for classroom teachers. I am a US citizen and need to have a job lined up in order to get a work permit.

I have no idea what Rowling is planning now that the novels are finished, but if she is thinking of working on an encyclopedia or other references to the series, I would be a good candidate for work as an editor, given my work on the Lexicon. I had hoped to meet with you simply to give you a note to pass along to Rowling making the enquiry.

I said that I have other people to talk to. Actually, that's one person: Fiddy. I have her email address and can send a note her way. I thought it would be best, however, to send this through Christopher Little since you're her literary agents and would be directly involved with a project like this.

Please give me your honest opinion on this. I am 49 years old and have proved myself to be a lot more than just some teenaged fan with a website. If you think this idea has some potential, let me know how you think I should proceed. If you think I'm wasting my time, I would appreciate your being honest with me on that as well.

Thanks for taking the time to consider this.

Steve

Steve Vander Ark
The Harry Potter Lexicon

**From:** Emma Schlesinger [mailto:Emma@christopherlittle.net]
**Sent:** Monday, July 09, 2007 12:47 PM
**To:** Steve Vander Ark
**Subject:** RE: question

Hi Steve
Please feel free to send these questions through by email and we'll do our best to help.
Best wishes
Emma

**From:** Steve Vander Ark [mailto:svderark@i2k.com]
**Sent:** Monday, July 09, 2007 5:19 PM

**To:** Emma Schlesinger
**Subject:** RE: question

Hi, Emma

Thanks for the note. I figured it was a long shot, given everything that's going on. I have a few questions that I wanted to throw your way, but I have other people I can talk to as well, so I'll leave it at that.

Thanks again.

STeve

**From:** Emma Schlesinger [mailto:Emma@christopherlittle.net]
**Sent:** Monday, July 09, 2007 10:00 AM
**To:** Steve Vander Ark
**Subject:** RE: question

9th July 2007

Dear Steve

Thank you for your email.

I'm very sorry, but as you'll appreciate, it's a particularly busy time here at the moment so I'm just not going to be able to meet you.

Hope you have a good trip and enjoy Harry Potter & the Deathly Hallows when it's published later this month.

Best wishes

Emma

**From:** Steve Vander Ark [mailto:svderark@i2k.com]
**Sent:** Thursday, July 05, 2007 7:34 PM
**To:** Emma Schlesinger
**Subject:** question

Hello, Emma

I will be in London for a few weeks, presenting at the Sectus conference and meeting with Electronic Arts and a few other people. I was wondering if there is any way to have a short meeting with you during that time. I fly into London on Tuesday morning the 17th and I'll be in town until the weekend. Would you have 15 minutes to give me?

Thanks for considering this.

Steve

Steve Vander Ark
The Harry Potter Lexicon

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email