# Exhibit D

**PublishersMarketplace**

Rights news/offering detail

## The Harry Potter Lexicon

10 Sept 07

**Author:** Steve Vander Ark

**Description:** British, French, Australian and Canadian rights have already been sold to RDR Books' encyclopedia on the wonderful world of all 7 Harry Potter books. The 400 page Harry Potter Lexicon, due out in late October, is the first and only complete critical reference work on this wonderful series. Thousands of fascinating updated listings compiled by Steve Vander Ark, editor of one of the world's favorite Harry Potter fan sites (over 25 million visitors annually), make this the book that academics, readers of all ages, editors, critics, reviewers, and filmmaker's prize.

**Rights available:** World Rights except Britain, France, Australia and Canada

**Rights already sold:** British, French, Canadian, Australian

**Other information:** Author Steve Vander Ark is an international celebrity in the Harry Potter world, keynoting academic conferences, featured on A & E, the BBC and the Today Show and regularly interviewed on all things Potter. His lengthy A & E interview will be included as an extra on the forthcoming DVD of Harry Potter and The Order Of The Phoenix.

**Contact:** Roger Rapoport
RDR Books
roger@rdrbooks.com
phone: 510 228-0300
fax: 510 595-0595
1487 Glen Avenue, Muskegon, MI 49441

Item number: 4902

Rights board | home | help

Sidebar: home | register | log in | feature me ads | search members | browse members | job board | rights postings | report a deal | site guide | help | FAQ