UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X

WARNER BROS. ENTERTAINMENT INC. and
J.K. ROWLING,

        Plaintiffs,

    -against-

RDR BOOKS and DOES 1-10,

        Defendants.

---------------------------------- X

Case No. 07-CV-9667 (RPP)

## DECLARATION OF MYRON J. HELFGOTT, PH.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Myron J. Helfgott, declare and state as follows:

1. I am a consultant in the area of survey research. Except for the facts stated on information and belief, all of the facts set forth herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and accurate copy of a report I prepared entitled "The Results of a False Endorsement Survey Concerning 'The Unofficial Harry Potter Lexicon.'"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2008 at New York, New York.

Respectfully submitted,

By: _____
Myron J. Helfgott, PH.D.