UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

WARNER BROS. ENTERTAINMENT INC. and
J.K. ROWLING,

        Plaintiffs,

    -against-

RDR BOOKS and DOES 1-10,

        Defendants.

------------------------------------- X

Case No. 07-CV-9667 (RPP)

### DECLARATION OF SARAH ODEDINA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Sarah Odedina, declare and state as follows:

1. I am a citizen of the United Kingdom living in London, England. I am the Publisher of the Children's List at Bloomsbury Publishing PLC, United Kingdom, the publisher of J.K. Rowling's *Harry Potter* books. In this role, I am responsible for, among other things, overseeing the publication of the *Harry Potter* books. Except for the facts stated on information and belief, all of the facts set forth herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

2. As part of Bloomsbury's work in editing Ms. Rowling's series, we have compiled an extremely detailed summary of the *Harry Potter* books, itemizing and indexing elements from the novels based on where and how they appeared as well as what they mean in the books. Categories of elements we have catalogued include:

- Animals/Beasts/Beings
- Arts/Games/Entertainment

- Clothes/Colours
- Dreams/Memories/Premonitions/Warnings
- Food/Drink
- Hogwarts
- Institutions/Groups
- Laws
- Magical Terms
- Objects/Letters/Potions/Gifts
- Places
- Plants
- Publications/Books
- Quidditch
- Spells/Charms/Curses/Jinxes/Incantations/Commands
- Time Scheme/Birthdays
- Verses/Maxims/etc.
- Characters

This catalogue of elements, referred to as the "HP Bible," presently covers the first six books, although we intend to catalogue *Harry Potter and the Deathly Hallows* as well. Attached hereto as **Exhibit A** are true and correct copies of sample pages from the HP Bible.

3. Ms. Rowling is free to draw on any or all of this material in her upcoming encyclopedia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 9th, 2008, at London, England.

Respectfully submitted,

By: *Sarah Odedina* (signature)
Sarah Odedina