# Exhibit A

# CONTENTS

1.   Animals / Beasts / Beings
2.   Arts / Games / Entertainment
3.   Clothes / Colours
4.   Dreams / Memories / Premonitions / Warnings
5.   Food / Drink
6.   Hogwarts
7.   Institutions / Groups
8.   Laws
9.   Magical Terms
10.  Objects / Letters / Potions / Gifts
11.  Places
12.  Plants
13.  Publications / Books
14.  Quidditch
15.  Spells / Charms / Curses / Jinxes / Incantations / Commands
16.  Time Scheme / Birthdays
17.  Verses / Maxims / etc

The section on Characters is contained within a separate file

## ABBREVIATIONS USED IN HP BIBLE

| | |
|---|---|
| **aka** | also known as |
| **cf.** | compare |
| **DA, the** | Dumbledore's Army |
| **DADA** | Defence Against the Dark Arts |
| **FB** | *Fantastic Beasts & Where to Find Them* |
| **ff.** | following folios (pages) |
| **H&H** | Harry and Hermione |
| **H&R or R&H** | Hermione and Ron; or Ron and Hermione |
| **HBP** | Half Blood Prince |
| **HP** | Harry Potter |
| **HP1** | *HP and the Philosopher's Stone* |
| **HP2** | *HP and the Chamber of Secrets* |
| **HP3** | *HP and the Prisoner of Azkaban* |
| **HP4** | *HP and the Goblet of Fire* |
| **HP5** | *HP and the Order of the Phoenix* |
| **HP yr** | Harry Potter year, e.g. HP yr –11 = Harry Potter birth year minus 11 |
| **HWMNBN** | He Who Must Not Be Named |
| **IuoMO** | Improper Use of Magic Office |
| **McG** | McGonagall |
| **MoM** | Ministry of Magic |
| **msp** | manuscript page |
| **n** | footnote or endnote |
| **OED** | Oxford English Dictionary |
| **OotP** | Order of the Phoenix |
| ***passim*** | found at various places throughout the text. |
| **pp** | pages |
| **q.v.** | abbr. *quod vide* (which see): see other references elsewhere |
| **??** | folio numbers yet to be inserted from HP5. |
| **tbc** | information yet to be confirmed by text. |
| **12GP** | number twelve, Grimmauld Place |
| **WWW** | Weasleys' Wizard Wheezes |
| **XXX** | information not yet provided in book texts |

# ANIMALS / BEASTS / BEINGS / SPIRITS

**adder**
see snakes

**bats**
form part of Hallowe'en decorations at Hogwarts (HP1, p. 127; HP2, p. 100; HP3, p.
119)
[since they're live bats and right overhead, how come they don't crap on the food and on
people's heads? Magic, right?]

**cats**
permitted magical animals at Hogwarts
Professor McGonagall can transform herself into a tabby cat (HP1, p. 13)
Mr Tibbles warned Mrs Figgs when Mundungus Fletcher left Harry unguarded (HP5, p.
9, 14)
*named cats:*
Crookshanks (q.v.) (HP3, pp. 49–50)
Mr Tibbles (HP5, p. 9, 14)
Mrs Norris HP5, p. 253, q.v.)

**dogs**
white dogs are used to drive off Nogtails (FB, p. 31)
*named dogs:*
Snuffles/Padfoot [Sirius]
Fang
Fluffy (three-headed)
Ripper and Aunt Marge's other bulldogs
the Grim

**fox**
scrawny fox only sign of life near river; accidentally killed by Bellatrix Lestrange (HP6,
p. 25)

**gerbil**
Cornelius Fudge turned the Prime Minister of Muggles' teacup into a gerbil at their first
meeting (HP6, p12); gerbil given to PM's niece

**humming-bird**
found in the Time Room in the **Dept of Mysteries**; the beautiful diamond-sparkling
lights that dance about come from a towering crystal bell jar at the far end of the
room; in the bell jar there is a tiny jewel-bright egg that cracks as it is carried upwards
by a current and hatches into a humming-bird, but as it falls on the draught and returns
to the bottom of the jar it becomes enclosed once more in the egg (HP5, pp. 684–85)

**mice**
white mice in Xmas cracker (HP1, p. 149)
there are mice at Hogwarts (HP3, p. 130)

**moths**
Luna flaps her hands as though fighting invisible moths (HP6, p. 135)

**N.E.W.T.s**
double-ended N.E.W.T.s in **Magical Menagerie** (HP3, p. 48)

**Nogtails**
hunted in Norfolk by Cormac McLaggen and his Uncle Tiberius (HP6, p. 138)

**owls**
permitted magical animals at Hogwarts
owls carry the post in their beaks (HP1, pp. 43, 48; HP2, p. 68; HP4, p. 37) or tied to their
    legs (HP1, p. 50; HP4, p. 38) (HP5, ch. 1)
you can also use owl-order for shopping (HP3, p. 14)
owls in Hogsmeade post office are colour-coded (HP3, p. 119) and there are at least three
    hundred (HP3, p. 205)
owls can find the recipient even without an address (HP4, p. 24)
screech owl delivers parchment to Harry at the Dursleys (HP5, 29–30) expelling Harry
    from Hogwarts for performing the Patronus Charm. Succession of owls follow.
owls no longer used for MoM inter-departmental memos (HP5, p. 120)
hundreds of owls soar into Hogwarts with morning mail (HP5, p. 203, 257)
Harry receives at least twelve owls on the day following the publication of his interview
    in *The Quibbler*; they jockey for space on the breakfast table (HP5, p. 510)
three handsome tawny owls arrive at The Burrow with Ron. Harry and Hermione's
    O.W.L. results in large square envelopes (HP6, p. 99-100)
Harry buys owl nuts for Hedwig and Pigwidgeon at Eeylops Owl Emporium (HP6, p.
    112)
Hedwig and Pigwidgeon travel to Hogwarts in cages (HP6, p. 127)
wearing her Spectrespecs, Luna looks like a demented, multicoloured owl (HP6, p. 133)
Harry surprised to see Hedwig among the post owls, carrying a large, square package
    HP6, p. 207)
Hermione receives a copy of the *Daily Prophet* by owl (HP6, p. 208)
all the owls are being checked for security in HP yr 16; Filch told Hermione (HP6, p.
    221)
*named owls:*
Errol
Hedwig
Hermes
Pigwidgeon
*owl species mentioned:*
barn

brown
great grey
screech
scops
snowy
tawny

**rabbits**
magical rabbit in **Magical Menagerie** (HP3, p. 48)
Mrs Cole suspects young Tom Riddle was responsible for Billy Stubbs's rabbit being
    hanged (HP6, p. 251)
*named rabbits:*
Binky

**rats**
smart black rats in **Magical Menagerie** (HP3, p. 48)
*named rats:*
Scabbers

**ravens**
sold in **Magical Menagerie** (HP3, p. 48)

**slugs**
infest Hogwarts' cabbages (HP2, p. 46)
Ron vomits slugs after spell (HP2, pp. 87–93)

**snails**
poisonous orange snails in **Magical Menagerie** (HP3, p. 48)
see also **Streeler** in FB

**snakes**
Brazilian boa constrictor (HP1, pp. 25–26)
dead snake nailed to Gaunt front door (HP6, p. 191)
Morfin twists live adder through his fingers while he's sitting in armchair, crooning to it
    in Parseltongue (HP6, p. 193)
Morfin has nailed a snake to the front door of the house of Gaunt (HP6, p. 198)

**spiders**
spiders provide a clue to the **Chamber of Secrets** (HP2, pp. 117, 195)
Ron can't stand spiders (HP2, p. 114)
Lee Jordan has a tarantula (HP1)
live spiders sold in **Knockturn Alley** (HP2, p. 45)
see also **Acromantula**
Harry OK with spiders…imagines Slughorn as being like one (HP6, p75) and
    concentrates on spider on Dumbledore's hat to stop himself crying (HP6, p. 77);
    Dumbledore afraid of showering HP with spiders if he takes his hat off (HP6, p. 78)

**squid**
a giant squid lives in the Hogwarts **lake** (HP1, p. 192; HP5, p. 749)

**toads**
permitted magical animals at Hogwarts
purple ones in **Magical Menagerie** (HP3, p. 48)
*named toads:*
Trevor (Neville Longbottom's)

**tortoises**
Dudley Dursley has a pet tortoise (HP1, p. 33)
jewel-encrusted tortoise in **Magical Menagerie** (HP3, p. 48)

# BEASTS AND BEINGS

**Abraxan**
breed of winged horse (q.v. in FB)
elephant-size winged palominos
a team of these pull the Beauxbatons flying carriage (HP4, p. 213)
they are golden with red eyes (HP4, p. 214)
they drink only single-malt whisky (HP4, pp. 215–16)
Hagrid's ridden on one of his friend's Abraxan horses [he's too big to use broomsticks]
    (HP5, pp. 386–87)

**Abominable Snowman**
another name for the yeti; see FB

**Acromantula**
(NB plural form same)
eight legs, eight eyes, size of carthorse, sharp pincers, hairy (HP2, p. 204); see also FB
speak English (HP2, p. 205)
found in the **Forbidden Forest**
fear **Basilisks** (HP2, p. 206)
Harry is wounded by one in the **Triwizard Tournament** (HP4, pp. 548–49)
mentioned by Cho when she reminds DADA group members of Harry's achievements
    (HP5, p. 306)
Harry tells Slughorn about death of Hagrid's giant spider; Slughorn has heard rumours
    that Acromantula live in the Forbidden Forest (HP6, p. 449) and says their venom is
    very valuable – possibly worth a hundred Galleons a pint; almost impossible to extract
    venom from a live Acromantula, but as Aragog is dead – and only died last night,
    meaning it might not have dried out yet – Slughorn is very excited (HP6, p. 450)
the other spiders won't let Hagrid anywhere near their webs now that Aragog is dead, so
    burial in the Forest not possible; getting Aragog's body out of the Forest wasn't easy –
    the spiders usually eat their dead; it was only on Aragog's orders that the other spiders
    didn't eat Hagrid (HP6, p. 451)
***named Acromantula:***
Aragog
Mosag

**Aethonan**
breed of winged horse (see FB)

**Antipodean Opaleye**
breed of dragon; see FB under dragon

**Aquavirus Maggots**
Luna Lovegood's dad says they are being bred in the MoM and Luna mistakes the brains in the enormous tank of green liquid in the Dept of Mysteries for them (HP5, p. 681)

**Ashwinder**
serpent; see FB

**Augurey**
bird; see FB

**banshee**
[in Irish mythology, a female spirit whose wailing warns of impending death (CED)]
woman with floor-length black hair and sunken green-tinged face (HP3, p. 104)
Gilderoy Lockhart claimed to have got rid of one known as the Bandon Banshee (HP2, pp. 77, 220)

**Basilisk**
giant serpent whose gaze will turn you to stone (HP2, p. 215); see FB
bright green, thick as an oak, poisonous fangs like sabres (HP2, p. 235 ff.)
cold, venomous voice; Harry first hears it speak (HP2, p. 92)
can live for several hundred years (HP2, p. 215)
hatches from a chicken's egg placed beneath a toad (HP2, p. 215)
the crow of a rooster is fatal to it (HP2, p. 215)
spiders fear it (HP2, pp. 117, 195, 215)
also known as the King of Serpents (HP2, p. 215)

**beast**
for definitions of beasts and beings, see FB

**being**
for definitions of beasts and beings, see FB

**Bicorn**
unspecified two-horned creature (HP2, p. 124)

**Bigfoot**
another name for the yeti; see FB

**Billywig**
Australian insect; see FB

**Biting Fairy**
another name for the Doxy; see FB

**Blast-Ended Skrewt**
cross between a **Manticore** and a **Fire Crab** (HP4, p. 381)

have no recognisable head or eyes, but they explode intermittently at one end; males have
a sting like a scorpion and females have suckers on their bellies (HP4, p. 174)
adult Skrewts have thick grey armour and may grow to be ten feet long (HP4, p. 543)
description of newly hatched Skrewts (HP4, p. 173)
description of adult Skrewts (HP4, pp. 259, 321)
Skrewts killing each other (HP4, p. 232)
Ron suggests feeding Umbridge to a box of starving Blast-Ended Skrewts as a
punishment for attacking Hagrid and McG (HP5, p. 638)
Ron remembers them (HP6, p. 206)
Ron becomes as touchy and ready to lash out as one (HP6, p. 271)

### Blood-Sucking Bugbear
Hagrid thinks one has been killing his chickens (HP2, p. 150)

### Blibbering Humdinger [not yet proven to exist]
Luna Lovegood and her father believe it exists, but Hermione says there's no such thing
(HP5, p. 236)

### Boggart
shape-shifter that takes on the likeness of your worst fear; no one knows what a Boggart
looks like when it is alone (HP3, p. 101)
inhabit dark enclosed spaces (HP3, pp. 101, 175), e.g. in writing desk at 12GP (HP5, p.
81, 154)
Boggarts hate being laughed at (HP3, p. 101) and can be destroyed by a combination of
ridicule and conflicting demands (HP3, p. 103) or by a spell alone (HP4, p. 541)
Mrs Weasley too horrified to make the Boggart *riddikulus*; but Lupin succeeds in turning
it into a silvery orb and making it vanish (HP5, pp. 160–61)

### Bowtruckle
tree-guardian creature; see FB
tiny pixie-ish creatures made of wood have knobbly brown arms and legs, two twig-like
fingers at end of each hand; a funny flat bark-like face, two beetle-brown eyes (HP5,
p. 233)
a number of them look like a pile of twigs (HP5, p. 233)
usually live in wand-trees (HP5, p. 233)
eat woodlice, but fairy eggs if they can get them (HP5, p. 234)
if angered, will try to gouge at human eyes with their very sharp fingers; so wise to
distract or placate them with woodlice (HP5, p. 234)
one swipes Harry's hand, leaving two long cuts, and runs off into the Forest (HP5, p.
235)
in the practical part of Harry's Care of Magical Creatures O.W.L., students are required
to demonstrate correct handling of a Bowtruckle (HP5, p. 632)
Hagrid goes into a long drunken explanation of Bowtruckle husbandry (HP6, p. 455)
Hagrid was binding up a couple of Bowtruckle legs when he heard the Death Eaters
coming; the Bowtruckles will have been burnt in the fire in his cabin (HP6, p. 565)

**Bugbear**
see Blood-Sucking Bugbear

**Bundimun**
household pest; see FB

**centaur**
half human, half horse; see FB
found in the **Forbidden Forest**
intelligent and wise (HP1, p. 185; FB, p. x)
keep detached from human concerns (HP1, pp. 187–88); are not the playthings of humans (HP5, p. 530)
practise astronomy (HP1, pp. 184–85) in an impartial and impersonal way; may take ten years to be sure of what they are seeing in the skies (HP5, p. 531); not even their knowledge is foolproof (HP5, p. 532)
the centaurs in the Forbidden Forest are livid about Firenze going to work for Dumbledore; would probably have kicked Firenze to death if Hagrid hadn't stepped in; while they always kept themselves to themselves, they would turn up if Hagrid wanted a word, but not any more; they are the cleverest creatures in the Forest and have a lot of influence there (HP5, p. 605)
the centaurs meet Hagrid, Hermione and Harry in the Forbidden Forest; they are hostile and tell Hagrid he ought not to have meddled in their affairs, nor entered the Forest; they let them pass because Hagrid has children with him [referred to as 'foals'] (HP5, pp. 615–16)
the slaughter of foals is a terrible crime in centaur law (HP5, p. 616)
their intelligence outstrips human intelligence (HP5, p. 665); deeply offended by being called 'half-breeds' (HP5, pp. 664–65) and by the suggestion that they should act as servants to humans (HP5, p. 666) or even help humans (HP5, p. 667)
around fifty centaurs encounter Umbridge, Harry and Hermione in the Forbidden Forest (HP5, p. 664); they attack Umbridge for insulting them and using a binding charm on Magorian (HP5, p. 665) and they turn on Harry and Hermione when Hermione tells them she hoped they'd drive Umbridge away, particularly the hard-faced grey one holding Hermione, the one holding Harry and a bearded one; they are still embittered by Firenze and what they see as his betrayal (HP5, pp. 666–67)
Grawp interrupts and the centaurs attack him when he knocks one of them (a snow-white one) off his legs; they pepper Grawp with arrows but soon start retreating and he follows them (HP5, pp. 667–69)
Dumbledore rescues Umbridge from the centaurs, receiving no injuries (HP5, p. 748)
Dumbledore tells Slughorn and HP that Umbridge offended centaurs by calling them half breeds (HP6, p. 70)
*known centaurs include:*
Bane
Magorian
Ronan
Firenze (q.v.)
and an un-named grey centaur with a hard, deeply lined face (HP5, pp. 615, 665, 666)

**Chimaera**
Greek monster; see FB
Hagrid thinks they are much more interesting to study than Porlocks; he has tried to get
    their eggs (HP5, p. 31)


**Chinese Fireball**
breed of dragon; see FB under dragon
red with a fringe of gold spikes round its face
emits fire in mushroom-shaped clouds

**Chizpurfle** .
household pest; see FB

**Clabbert**
tree-dweller; see FB

**Clauricorn**
another name for **leprechaun** (q.v.)

**cockatrice**
[part snake and part cock (Collins Dictionary)]
featured in Triwizard Tournament of 1792 (HP4, p. 209)

**Common Welsh Green**
breed of dragon; see FB under dragon
smooth-scaled, small (HP4, pp. 286–87)

**Cornish pixie**
see **pixie**

**Crumpled-Horned Snorkack [not yet proven to exist]**
Luna Lovegood and her father believe it exists, but Hermione says there's no such thing
    (HP5, p. 236)
apparently a figment of Luna Lovegood's imagination, and that of other such gullible
    people (HP5, msp 454?)
Luna tells Ron they can't fly when he facetiously suggest they fly to the MoM on one of
    them (HP5, p. 671)
the Lovegoods plan to take an expedition to Sweden to see if they can catch one (HP5, p.
    747)

**Crup**
dog-like creature; see FB
indistinguishable from a Jack Russell terrier except for a forked tail (HP5, p. 487)

Grubbly-Plank tells Umbridge she'll teach the fifth year about these; they often come up in O.W.L. (HP5, p. 289)

Hagrid teaches them to his fifth-year students after he has been put on probation by Umbridge and she has started watching all his lessons (HP5, p. 487)

**Dementor**

evil being that consumes the happy memories and excited emotions of humans (HP3, p. 140) (HP6, p. 20)

and force the victim to relive their worst memories (HP3, pp. 163–64; HP4, p. 191) (HP5, p. 33)

they emanate an intense cold (HP3, pp. 66, 103, 134); and produce oppressive darkness, silence; suddenly piercingly, bitingly, cold; thick blinding icy mantle (HP5, p. 20)
  Dudley remembers clammy cold filling lungs as hope and happiness sucked out, as if he'd never be happy again (HP5, p. 33)

about seven foot tall (HP3, p. 65); what can be seen of their bodies looks long dead and decaying (HP3, pp. 66, 103)

they wear cloaks and hoods that conceal their faces (HP3, pp. 65–66)

blind (HP4, p. 26) but have a keen sense of smell

slow, rattling breath (HP3, pp. 66, 103)

glide along (HP5, p. 131)

Dementors are employed [by MoM] as guards at **Azkaban** (q.v.) (HP3, pp. 140, 164) (HP5, p. 33) (HP6, p. 20)

escort prisoners to court (HP4, p. 509 and ff.)

they are difficult to control (HP3, pp. 139, 141, 307)

get excited when they can sense that someone is dying (HP4, p. 459)

long exposure to Dementors will drain a wizard or witch of magic power (HP3, p. 141)

a **Dementor's Kiss** (q.v.) will suck out a human soul, leaving an emotionless shell (HP5, pp. 22, 32–33); Snape tells students that picture in Dark Arts classroom gives a fair indication of what happens to those who suffer a Dementor's Kiss…wizard is lying huddled and blank-eyed, slumped against wall (HP6, p. 169)

they understand speech (HP3, p. 67) [but they don't themselves speak?]

can't be fooled by disguises or invisibility cloaks (HP3, p. 72)

even Muggles can feel their presence (HP3, p. 140), but can't see them (HP5, p. 130)

Voldemort regards them as natural allies (HP4, p. 564)

Dementors posted round Hogwarts in HP yr 13 (HP3, pp. 54, 65–67, 68)

at least a hundred Dementors invade Hogwarts Quidditch pitch (HP3, pp. 134, 140)

Dementors patrolling streets of Hogsmeade after dark during Sirius Black emergency (HP3, p. 148)

at least a hundred Dementors invade Hogwarts grounds and threaten Harry, Sirius and Hermione with the Kiss (HP3, pp. 280–82)

Fudge orders the Dementors to be sent away from Hogwarts (HP3, p. 307)

Fudge brings Dementor into Hogwarts (HP4, p. 610)

Fudge urged to remove Dementors from Azkaban (HP4, p. 614)

two Dementors arrive in alleyway between Magnolia Crescent and Wisteria Walk (HP5, p. 18, 19 and ff; 132–32)

to protect himself and cousin Dudley, Harry finally finds a happy thought and conjures his silver stag Patronus using ***Expecto patronum*** (HP5, p. 21)

voice in Harry's head wants him to accept death; Dudley almost gets a Dementor's Kiss (HP5, p. 22)

Mrs Figg warns Harry that MoM will already know he's used underage magic against the two Dementors (HP5, p. 26)

Harry finally tells the **Wizengamot** about the two Dementors in Little Whinging; Fudge says he's making it up…and there was no witnesses (HP5, p. 130), but Dumbledore produces Mrs Figg (HP5, p. 131 and ff.)

MoM authorises and records any orders for Dementors to enter the Muggle world (HP5, p. 133)

Dumbledore suggests the apparently unauthorised Dementor attack might indicate they were outside Ministry control; Fudge outraged; Dumbledore suggests MoM have a full inquiry (HP5, p. 134–35)

two hooded figures sitting in one of the windows of the Hog's Head look like Dementors but talk in Yorkshire accents (HP5, p. 300)

Harry agrees with Cho that it is very strange that there are no Dementors looking for the escaped Death Eaters when there were for Sirius when he escaped; he wonders if they are now outside the Mom control (HP5, p. 493)

Umbridge reveals that she was the one to order the Dementors to come after Harry over the summer holidays (HP5, p. 658)

Fudge as confirm to the ***Daily Prophet*** that a mass revolt has taken place by the Azkaban Dementors who are believed to be taking orders from Voldemort (HP5, p. 745)

Fudge tells Prime Minister of Muggles Dementors are in uproar at Azkaban (HP6, p. 13) and that they are swarming all over the place, attacking people (HP6, p. 19)

they've deserted Azkaban and joined HWMNBN (HP6, p. 20)

they're breeding, which causes a mist (HP6, p. 20)

Lupin brings news of Dementor attacks to Harry's sixteenth birthday party; Igor Karkaroff's body found in shack up north and Dark Mark set over it (HP6, p. 103)

new shabby-looking stall outside Flourish and Botts has a sign saying *Amulets: Effective Against Werewolves, Dementors and Inferi* and a seedy-looking little wizard rattling armfuls of amulets at passers-by (HP6, p. 108)

Hermione's copy of the *Daily Prophet* reports more Dementor attacks [second Saturday of first term] (HP6, p. 208)

Ginny's copy of the *Daily Prophet* reports three Dementor attacks in one week (HP6, p. 500)

**Demiguise**
ape-like beast; see FB

**demon**
[JKR gives no definition of what constitutes a demon]
the Nogtail and the Pogrebin are species of demon (FB)
Harry worries about demons, sprites, kelpies, giant serpents and water-monsters in the great black lake (HP6, p. 526)

**Diricawl**
flightless bird; see FB

**Doxy [pl Doxys]**
or Biting Fairy; see FB
have shiny beetle-like wings, tiny needle-sharp poisonous teeth, a fairy-like body covered
    with thick black hair, four tiny fists (HP5, p. 97)
more Doxys than Mrs Weasley thought (HP5, p. 95)
infestation in curtains buzz like swarm of invisible bees (HP5, p. 95)
Mrs W, Hermione, Ginny, Fred and George to spray them with **Doxycide**, one good
    squirt paralyses them (HP5, pp. 95, 97)
Mrs W checks Doxy entry in *Gilderoy Lockhart's Guide to Household Pests.*
    Doxys bite; their teeth are poisonous, but she has a bottle of antidote (HP5, p. 96)
Fred and George collect Doxys; they want to experiment with Doxy venom; shoot
    covetous looks at a bowl of black Doxy eggs (HP5, pp. 97, 98)
some powdered dragon claw [a supposed brain stimulant] that Hermione confiscates from
    Harold Dingle during the exam period turns out to be dried Doxy droppings (HP5, p.
    624)
Cormac McLaggen couldn't try out for Keeper in last year's Quidditch trials because he
    was in the hospital wing, having eaten a pound of Doxy eggs for a bet (HP6, p. 211)

**dragon**
see FB
mythical reptilian creature who can fly and breathe fire at a range of 20 feet (HP4, p. 286)
have horrible scream (HP4, p. 286)
dragons said to be guarding Gringotts (HP1, p. 51)
dragon hide is used for boots (HP4, p. 50) and protective gloves (HP4, p. 172; HP5, p.
    356); Hagrid presents the giant Gurg, Golgomath with a great roll of dragon skin
    (HP5, p. 381)
dragon liver is sold as a potion ingredient (HP1, p. 56)
dragon heartstrings are used in wands (HP1, p. 64)
there are twelve uses of dragon's blood (HP1, p. 77)
dragon breeding is prohibited under the Warlocks' Convention of 1709 (HP1, p. 169)
the MoM in Britain has a Dragon Research and Restraint Bureau (FB, p. vi)
Fred and George Weasley make fireworks which take the form of dragons, and are made
    up of green and gold sparks (HP5, p. 557)
Fred and George buy themselves brand-new green, scaly jackets made of dragonskin
    (HP5, p. 764)
Fudge notifies Muggle Prime Minister three foreign, highly dangerous dragons are being
    imported for Triwizard Tournament (HP6, p. 14)
Hagrid and Slughorn talk about the illegal trade in dragon eggs (HP6, p. 455)
there are ten breeds of dragon [JKR calls them breeds but they seem to be separate
    species]:
Antipodean Opaleye
Chinese Fireball
Common Welsh Green

Hebridean Black
Hungarian Horntail
Norwegian Ridgeback
Peruvian Vipertooth
Romanian Longhorn
Swedish Short-Snout
Ukrainian Ironbelly
***named dragons:***
Norbert

**Dugbog**
marsh-dwelling creature; see FB

**dwarf**
small humanoid
can speak
surly and aggressive (HP2, pp. 176–78)
Lockhart hires dwarfs for Valentine's Day (HP2, p. 176)
dwarfs get raucous in the Leaky Cauldron (HP3, p. 43)

**Erkling**
elfish creature; see FB

**Erumpent**
creature resembling a rhinoceros; see FB

**fairy**
see FB
live fairies used as decorative Christmas lights by Professor Flitwick (HP3, p. 141)
live garden ornaments at Yule Ball (HP4, p. 359)
lay eggs, which Bowtruckles like to eat (HP5, p. 234)
see also **Doxy**

**Fire Crab**
see FB
(HP4, p. 381)
in the practical part of Harry's Care of Magical Creatures O.W.L., students are required
    to feed and clean out a Fire Crab without sustaining serious burns (HP5, p. 632)

**Flobberworm**
very boring species of worm (HP3, pp. 92, 108); see FB
they eat lettuce (HP3, p. 108) but can OD on it (HP3, p. 163)
Harry and his friends have to keep Flobberworms alive to pass the Care of Magical
    Creatures course in the third year.
mention (HP5, p. 92)

Harry receives a message from Snape via Demelza Robins, saying he has to go to detention at half past eight and he'll be sorting out rotten Flobberworms from good ones, to use in Potions, and no need to bring protective gloves (HP6, p. 222)

**garden gnome**
one bit Fred on the ankle as he pulled up carrots for Christmas dinner, so Stupefied it, painted it gold, stuffed it into a mini tutu, glued small wings on its back and put it on the top of the Christmas tree in place of an angel; ugly, large bald head like a potato and hairy feet (HP6, pp. 309, 322)
one pokes its head out from under frozen rhododendron bush; digs for worms, gets hold of one and tugs very hard (HP6, pp. 322-323); succeeds in extricating the worm, and sucks on it happily (HP6, p. 327)

**ghost**
Hogwarts has at least twenty (HP1, p. 86) ghosts
pearly white, slightly transparent, pass through walls
touching a ghost makes you feel cold (HP1, p. 91)
hundreds of ghosts attend **Deathday Party** (HP2, p. 101)
Hogwarts ghosts do formation gliding at Hallowe'en party (HP3, p. 120)
silvery ghosts dotted about Great Hall at start-of-term feast (HP5, p. 182)
it's very uncomfortable to have a ghost lean through you (HP5, p. 187)
only wizards can come back as ghosts by choosing to leave an imprint of themselves on earth, but few do and choose instead to go on (HP5, pp. 758-59)
Harry explains the difference between a ghost and an Inferius: a ghost is transparent and an Inferius is solid – a dead body (HP6, pp. 430-431)
Snape explains the difference between a ghost and an Inferius: an Inferius is a corpse, reanimated by a Dark Wizard's spells and used like a puppet to do his bidding, whereas a ghost is the imprint of a departed soul left on earth (HP6, p. 431)
*Hogwarts ghosts include:*
Nearly Headless Nick
the Fat Friar
the Bloody Baron
the Grey Lady [if she exists?]
Professor Binns

**ghoul**
ghostly creature, relatively harmless; see FB
the Weasleys have one living in their attic (HP2, p. 27); it is right above Ron's room and bangs on the pipes (HP2, p. 36)
Gilderoy Lockhart claimed to have trapped one with a tea-strainer (HP2, p. 123)
Hermione has heard of Chameleon Ghouls (caps!) (HP2, p. 138)
a murderous old ghoul is found in an upstairs toilet at 12GP (HP5, p. 110)

**giants**
huge humanoids
Harry, R&H quiz Hagrid about his adventures with the giants (HP5, p. 374 ff.)

can grow to a height of 20 feet (HP5, p. 377); about 20–25 ft tall (HP5, p. 374 ff.)

very hard to Stun a giant [the reason the Stunning Spells bounced off Hagrid]; they're tough like trolls (HP5, p. 637)

have a history of violence and warring among themselves (HP5, pp. 377, 381)

many giants allied themselves with Voldemort and massacred Muggles (HP4, p. 381) – according to the not always reliable *Daily Prophet*.

some were killed by Aurors; others withdrew to remote mountain ranges; their numbers are in decline and in Britain they are believed to be extinct (HP4, pp. 372, 374)

Voldemort hopes to recall the giants as allies or servants (HP4, p. 564)

Dumbledore also hopes for alliance with the giants (HP4, p. 614)

they don't like wizards so Hagrid and Olympe don't use magic when they are near them (HP5, p. 377); however they like magic when it isn't used against them (HP5, p. 379)

can't be overloaded with information because they would kill you just to simplify things (HP5, pp. 379–80)

about 70 or 80 giants live in the mountains somewhere beyond Minsk [capital of Byelorussia] (HP5, p. 377); they attack Muggles but the deaths are put down to mountaineering accidents (HP5, p. 375); live in a valley between four high mountains and beside a lake (HP5, p. 378)

the chief giant is called a **Gurg** (HP5, p. 378)

used to be about 100 tribes all over the world but they've been dying out; wizards have killed a few but mostly they kill one another (HP5, p. 377)

they're not suited to living in close proximity but the wizards forced them to live a long way off and so they stuck together for protection (HP5, p. 378); they half kill each other every few weeks over old tribal grudges, food, fires and sleeping spots (HP5, p. 380)

Fudge tells Prime Minister of Muggles he expects Voldemort is using giants (HP6, p. 18)

Department for the Regulation and Control of Magical Creatures running around Somerset trying to find a giant believed to be responsible for a 'hurricane' (HP6, p. 19)

***named giants:***
Fridwulfa
Grawp
Karkus
Golgomath

### giant grubs
foot-long, slimy, whit, writhing maggot things
Hagrid has a barrel full of them; he was going to feed them to Aragog (HP6, p. 217)

### gnome
small humanoid with leathery skin and a large, bald head like a knobbly potato, hard, horny feet and razor-sharp teeth (HP2, p. 33)
approximate height ten inches (HP4, p. 56)
they live in holes in gardens, usually in colonies (HP2, p. 33)
gnomes can speak but aren't very bright (HP2, p. 33)

`

to de-gnome a garden, grab the gnome by the ankles, swing it round your head and
    throw! (HP2, p. 33)
the Weasleys' garden is infested with gnomes (HP2, pp. 28, 32ff; HP4, p. 54)

**goblins**
height c. four feet [?], long fingers (HP1, p. 56), dark, slanting eyes (HP4, p. 387)
goblins staff and, as far as we know, own and run Gringotts Bank.
their first language is Gobbledegook (HP4, p. 387)
are very clever (HP4, p. 390)
there were goblin rebellions in the eighteenth century (HP4, p. 206)
Mr W, Bill W and Lupin have intense discussion about goblins and how much they know
    about Voldemort's return; they might prefer not to take sides; Mr W is sure goblins
    won't side with You-Know-Who because they've suffered losses: Voldemort killed a
    goblin family; Lupin thinks they could be bribed by offer of freedoms wizards have
    denied them for centuries (HP5, p. 81)
Ragnok feeling anti-wizard; thinks MoM covered up for Ludo Bagman, wizard who
    cheated goblins of their gold (HP5, p. 81); See also (HP4, p. 633-635);
*named goblins:*
Griphook
Ragnok

**Golden Snidget**
bird; see FB under Snidget; illustration on p. 11 of QTA

**Gorgon**
(cap)
(HP1, p. 43)
[wings, claws and snaky hair characterises Gorgons]

**Granian**
breed of winged horse; see FB

**griffin**
half eagle, half lion; see FB

**Grim**
a giant black dog taken to be a death omen (HP3, p. 220)
[is it real, or only a vision seen by the doomed person?]
it is a spectral dog that haunts churchyards (HP3, pp. 82–83, 85)

**Grindylow**
water demon; see FB
sickly green with sharp little horns and very long fingers (HP3, p. 116; HP4, p. 430)
**merpeople** sometimes keep them as pets (HP4, p. 432)

**hag**
first mentioned HP1, p. 55
one eats raw liver in the Leaky Cauldron (HP3, p. 43)
hags find it hard to disguise themselves (HP4, p. 280)

**Hairy MacBoon**
another name for Quintaped; see FB

**Hebridean Black**
a breed of wild dragon found in Britain
see FB under dragon

**Heliopath**
according to Luna Lovegood, the Minister for Magic (Fudge) has an army of Heliopaths,
    great, tall, flaming creatures that gallop and burn; Hermione insists that no such
    creature exists (HP5, pp. 307–08)

**Hinkypunk**
wispy one-legged creature that lives in bogs and swamps; they hop about at night with a
    lantern to lure travellers into the swamps (HP3, p. 139)
first mentioned HP3, p. 128

**Hippocampus**
half horse, half fish; see FB

**Hippogriff**
creature that has the front legs, wings and head of an eagle, and the body, hind legs and
    tail of a horse (HP3, p. 87);  see FB
the colouring varies but stays in the horse range; see HP3, p. 88.
twelve-foot wings (HP3, p. 89) [i.e. a wingspan of 25–30 feet?]
proud and easily offended (HP3, p. 88)
eat mammals (HP3, p. 162, 201) and insects (FB)
Modesty Rabnott had one in the thirteenth century (QTA, p. 13)
Romilda asks Ginny if Harry has a tattoo of one across his chest (HP6, p. 500)
*named Hippogriffs:*
Buckbeak

**Horklump**
fungoid creature; see FB
vulnerable to Streeler venom (FB, p. 40)

**horse, winged**
see FB under **winged horse**

**house-elf / house-elves**
look like large, ugly dolls with big eyes and bat ears (HP4, p. 88); all are bald (HP5, p. 100)
work as willing slaves (HP4, p. 89ff, 233) in some wizarding houses, esp. the old and/or wealthy.
they keep the family's secrets and uphold the family's honour (HP4, p. 331)
able to Disapparate in peculiarly noisy way: house-elves disappear suddenly with a loud crack (HP2, pp. 20, 134) [they don't seem to do this in later volumes]
Harry first encounters a house-elf at the start of HP yr 12 (HP2, p. 15)
a house-elf is bound to serve one family throughout his or her life (HP2, p. 16) and can only be set free when the master gives the elf a piece of clothing (HP2, p. 133; HP5, p. 446)
  however Dobby proves that it is possible for a house-elf to leave if it really wants to (HP5, p. 446)
  Sirius threatens Kreacher with clothes (HP5, p. 109)
  Hermione makes woolly hats in belief that Hogwarts house-elves want to be set free (HP5, pp. 230–31, 249, 250, 251); hats gone next day (HP5, p. 231)
normally they wear tea towels or the like (HP4, p. 88, 328)
one house elf (Dobby) wearing shrunken maroon jumper and several woolly hats, other (Kreacher) wearing filthy old rag over hips like a loincloth (HP6, p. 393)
house-elves have powerful magic of their own but normally can't use it without their master's permission (HP2, p. 27)
the largest employer of house-elves in Britain is Hogwarts, with over a hundred (HP4, p. 161), where they cook by day and clean by night [in shifts?]
  Hermione wants to free them (HP5, pp. 230–31, *passim*)
the mark of a good house-elf is that you're never aware of it (HP4, p. 161)
during Voldemort's ascendancy, house-elves were treated particularly badly (HP2, p. 133)
dark staircase at **number twelve, Grimmauld Place** has a row of shrunken heads [of house-elves with snout-like noses] mounted on the wall (HP5, p. 60); stuffed elf-heads (HP5, p. 159)
are handing round silver platters of food at Slughorn's party (HP6, p. 295)
deliver Ron's birthday presents to his dorm during the night (HP6, p. 365)
Kreacher and Dobby wrestle in hospital dorm (HP6, p. 393)
Kreacher and Dobby visit Harry in common room to report on Draco's movements (HP6, pp. 422-425)
Slughorn has got house-elves to taste all his bottles to check they are not poisoned (HP6, p. 454)
*named house-elves:*
Dobby
Winky
Kreacher (HP5, p. 72)
Hokey (HP6, p. 403)

**Hungarian Horntail**
breed of dragon (HP4, p. 287); see FB under dragon

large, black, have vertical pupils (HP4, p. 286) and bronze-coloured spikes along its tail (HP4, p. 288)

the adult female has the wingspan of a small aeroplane (HP4, p. 311)

Ginny tells Romilda Vane that Harry has a tattoo of one across his chest (HP6, p. 500)

**imp**
creature resembling a pixie; see FB

**Inferius (pl. Inferi)**
MoM report says unconfirmed sightings suggest Death Eaters may be using them (first mentioned HP6, p. 46)

HP asks Dumbledore what Inferi are. Answer: corpses, dead bodies bewitched to do a Dark Wizard's bidding...not been seen for long time (HP6, p. 63)

Snape tells students that picture in Dark Arts classroom gives a fair indication of what happens to those who provoke the aggression of the Inferius...a bloody mass on the ground; also confirms that the Dark Lord has used Inferi in the past (HP6, p. 169)

*Daily Prophet* reports that Mundungus has been arrested for impersonating an Inferius during an attempted burglary and sent to Azkaban (HP6, p. 428)

Harry explains the difference between a ghost and an Inferius: a ghost is transparent and an Inferius is solid – a dead body (HP6, pp. 430-431)

Snape explains the difference between a ghost and an Inferius: an Inferius is a corpse, reanimated by a Dark Wizard's spells and used like a puppet to do his bidding, whereas a ghost is the imprint of a departed soul left on earth (HP6, p. 431)

Harry sees a marble-white hand below the surface of the water of the lake that they have to cross to get to the Horcrux, and then he sees a dead man lying face up in the water; Dumbledore tells him he needn't worry about the dead bodies for the moment, and that it is the unknown people fear when they look upon death and darkness, but HP is unsure, knowing now that it was a dead body that jumped out of the water when he tried to Summon the Horcrux (HP6, p. 525); Dumbledore says the creatures will probably become less peaceable when he and HP have taken the Horcrux, but that creatures that dwell in cold and darkness fear light and warmth, which they shall call to their aid in the form of fire, should the need arise (HP6, p. 529)

When Harry plunges the goblet into the lake to get water to give to Dumbledore, he realises that Voldemort had planned it this way as a slimy white hand grips his wrist and tries to pull him back; the water begins to churn as white heads and hands emerge from the dark water, men, women and children with sunken, sightless eyes (HP6, p. 537) – an army of the dead, bony hands, frosted eyes, trailing waterlogged rags, leering sunken faces, shrunken hands outstretched, thin fleshless arms as cold as death; Harry tries a number of spells on them: *Petrificus Totalus*, *Impedimenta*, *Incarcerous* and *Sectumsempra* (which slashes their bodies, but no blood spills), but there are too many of them and they overpower him and start to carry him back to the water (HP6, p. 538)

Dumbledore creates a vast lasso of flame that forces the Inferi to drop Harry, as they daren't pass through the flames to get to the water; encircled by the ring of fire, Harry and Dumbledore get back in the boat and cross the lake safely, while the Inferi gratefully clip back into the dark water (HP6, p. 538-539)