# EXHIBIT B

the second time it reads *"Harry Potter, Rescue Mission."* Strangely, the telephone booth lets them in even though the Ministry is clearly closed and empty (OP34).

**visitors' tearoom, St. Mungo's Hospital for Magical Maladies and Injuries**
According to the sign in the St. Mungo's lobby, this room is located on the fifth floor of the hospital along with the hospital shop (OP22). This is where Harry, Ron, Hermione, and Ginny try to sneak off to when Molly is getting angry at Arthur for attempting to have stitches; however, they never make it as they run into Gilderoy Lockhart en route (OP23).

**Voldemort, Lord**
(December 31, 1926 - May 1998)
Tom Marvolo Riddle was the son of Merope Gaunt (a descendent of Salazar Slytherin) and Tom Riddle, a handsome, wealthy Muggle from Little Hangleton who Merope ensnared with a love potion. When her husband found out she was a witch he abandoned her while she was pregnant (HBP10). She died shortly after giving birth to Tom.

Tom Riddle, the half-blood orphan, was to transform himself into Lord Voldemort and take control of the Wizarding world by manipulating the festering relationship between pureblood and Muggle-born wizards. Eventually he would lose all – not because he lacked power, but because of his ruthless methods, his inability to love or trust anyone but himself, and his belief in his own infallibility. As he told Quirrell, he believed that "there is no good and evil, there is only power, and those too weak to seek it." (PS17).

For the first eleven years of his life, Tom was raised in a clean but grim Muggle orphanage in London. As he got older, he began to steal things and appeared to cause "nasty" things to happen to the other children and to pets around the orphanage (HBP13).

Once at Hogwarts, Tom was sorted into Slytherin House and swiftly became known as an unusually brilliant student. A handsome boy, he was much admired by everyone, with the exception of the Transfiguration professor, Albus Dumbledore. Secretly, Tom was obsessed with his Slytherin heritage and with finding the ways he might cheat death. He found the entrance to the Chamber of Secrets in his sixth year and released Slytherin's basilisk within it, killing a student named Myrtle. Riddle didn't learn the complete story of his birth until he tracked down and visited his uncle Morfin Gaunt the summer after Myrtle died. In revenge he went to the Riddle mansion in Little Hangleton and murdered his father and grandparents (GF1).

When he returned to Hogwarts for his seventh year, he researched Horcruxes and came to the conclusion that if one Horcrux was good, seven would be better (HBP23). He made his first two Horcruxes with the murders of Myrtle and his father. He was only seventeen.

After leaving Hogwarts in 1945, Riddle surprised everyone by working at a dark magic shop named Borgin and Burkes on Knockturn Alley. His job there was to ferret out items of value and obtain them at the lowest price possible. He was very good at this, but he abruptly left this job and disappeared after he killed Hepzibah Smith for a gold locket that belonged to Slytherin, and the gold cup that belonged to Helga Hufflepuff (HBP20). About this time, Albus Dumbledore defeated the dark wizard Gellert Grindelwald in a spectacular duel and became the only wizard that Riddle ever feared.

Riddle disappeared for over ten years; when he returned he was known as "Lord Voldemort." By the early 1970s, Voldemort had a growing legion of followers he called "Death Eaters," and

he was so fearsome that few dared speak his name. In addition to his Death Eaters, Voldemort formed alliances with dark creatures such as werewolves and dementors; he also controlled armies of Inferi (animated corpses).

Voldemort's first reign of terror lasted eleven years. During this time, Voldemort and his minions attacked anyone who resisted or who defended the rights of Muggles and Muggle-born wizards, and marked the gruesome scenes of torture and murder with the Dark Mark lest anyone else think to stand in their way. Whole families were wiped out and many others went into hiding. The Ministry could not cope with the situation, so Albus Dumbledore began organizing the resistance, creating the group that became known as The Order of the Phoenix (OP6, 9).

In the late 1970s, Voldemort was to recruit two young Death Eaters who would turn on him in different ways. Severus Snape and Regulus Black joined the Death Eaters for different reasons, but both of them came to realize that they could not support Voldemort's methods or stand by when he hurt the ones they loved. Regulus, furious about Voldemort's abuse of Kreacher, was to die trying to sabotage one of Voldemort's Horcruxes (DH10), and Snape became a double agent for Dumbledore after Voldemort decided to attack Lily Potter (DH33). Ironically, Snape was the one who told Voldemort of the prophecy he overheard identifying a child who would have the power to vanquish the Dark Lord. Snape was horrified when Voldemort decided that the Potter's child Harry was the child of the prophecy.

Dumbledore would not need Snape's skills for many years to come; Voldemort's physical body was destroyed when the Avada Kedavra curse he aimed at one-year-old Harry Potter rebounded on him. His mother Lily's self-sacrifice seconds before had unexpectedly protected her son (PS1). Voldemort's Horcruxes worked, but for nearly a decade he could only live by possessing the bodies of others (PS17).

In the summer of 1991 Voldemort managed to possess Hogwarts professor Quirinus Quirrell, who was in Albania to get first hand experience with Dark creatures and got more than he bargained on. Once back in England, Voldemort kept his strength up by consuming unicorn blood, but he needed a more lasting solution (PS15). He decided to steal Flamel's Philosopher's Stone for the elixir it would make, but Dumbledore got to it first and hid it at Hogwarts. Voldemort (still sharing Quirrell's body) and Harry met again in front of the Mirror of Erised when they both broke through the stone's protections and battled for possession of the stone. There, Voldemort learned of a second layer of protection from Lily's sacrifice: Voldemort could not touch Harry without intense pain. Dumbledore rescued Harry in time, and Voldemort abandoned Quirrell to die. Dumbledore and Flamel later destroyed the stone (PS17).

By 1994, Voldemort had developed new plans to fully regenerate his body. He had also acquired two more followers: Peter Pettigrew (on the run after his Scabbers disguise was broken) and the snake Nagini (soon to be a Horcrux). With Pettigrew's help he made a temporary potion with unicorn blood and Nagini's venom to achieve a rudimentary body (a scaly baby-like form). However, full regeneration required a potion made from bone from his father (easy), flesh from a servant (easy), and blood from an enemy (which would have been easy if he hadn't decided to get it from Harry).

Together Voldemort and Pettigrew found an informant named Bertha Jorkins, tortured her for her knowledge, and killed her (GF1). With the information taken from Bertha, Voldemort rescued Barty Crouch, Jr. and hatched an elaborate plan to bypass all of Harry's protections and bring him to the Little Hangleton graveyard for the rebirthing. It worked. Not only did Voldemort's potion recreate his physical body, he could now touch Harry without excruciating

pain. Voldemort called a conference of his surviving Death Eaters and demanded their renewed allegiance (GF32).

When Voldemort tried to duel with Harry he got another surprise: his and Harry's wands shared the same core (one of Fawkes' phoenix feathers), and neither one could overpower the other. This created the conditions for *Priori Incantatem*, and the shades of Voldemort's last victims were pulled from his wand. With help from the shades of Harry's mother and father, Harry was able to escape to safety (GF34).

After this debacle, Voldemort wanted no more surprises. He remembered the prophecy that Snape had overheard so many years before and decided to concentrate on solving the mystery that was Harry Potter before re-launching his takeover. His efforts centered on the official record of the prophecy known to be stored in the Ministry of Magic's Department of Mysteries.

The prophecy wasn't an easy thing to steal; attempt after attempt failed, and Voldemort's anger mounted. Eventually Voldemort tricked Harry into coming to the Department of Mysteries and had a select band of Death Eaters led by Lucius Malfoy waiting to snatch the prophecy orb once Harry found it (OP34). This plan failed too, for many reasons, but mostly overconfidence. Malfoy didn't get the prophecy soon enough and it was destroyed in the battle. And even though his Death Eaters outnumbered Harry and his school friends two to one, they couldn't do what they needed to before members of the Order of the Phoenix arrived to even the numbers.

The battle seemed over when Dumbledore arrived and deftly captured most of the Death Eaters, until Voldemort appeared and attacked Harry directly. Dumbledore found them in the nick of time and drew Voldemort into battle. Eventually, Dumbledore wrapped Voldemort in a suffocating mass of water, and Voldemort disappeared. For a few seconds, it appeared that Dumbledore had won. When Harry broke cover, Voldemort possessed him and dared

Dumbledore to kill the both of them. Voldemort's possession was so excruciating that Harry became certain of death and his thoughts turned to the loved ones he would soon see again. Unexpectedly, this surge of love and longing was anathema to Voldemort and forced him out of Harry's body. Voldemort was able to touch Harry and possess him, but Harry's loving heart and acceptance of death proved to be inimical to Voldemort (OP37). The Dark Lord had lost his chance to hear the whole prophecy, and nearly a dozen of his most elite Death Eaters were captured and sent to Azkaban.

Voldemort then began to plot Dumbledore's assassination and the takeover of Hogwarts. Toward this end, he made sixteen-year-old Draco Malfoy a Death Eater, and told him to kill his Headmaster and get a small army of Death Eaters into Hogwarts. Draco's worried mother added some extra insurance – she secretly made an Unbreakable Vow with Severus Snape for Snape to protect Draco and kill Dumbledore if Draco failed (HBP2). It took the whole school year, but Draco nearly did it. He created an entrance into Hogwarts with vanishing cabinets, and managed to corner Dumbledore and disarm him. Dumbledore knew Draco was no murderer, though, and convinced him to lower his wand, at which point Snape arrived and fulfilled his vow (HBP28). What Voldemort didn't know was that before he died Dumbledore had learned about the Horcruxes, shared the information with Harry, and that the ring Horcrux had already been destroyed. (Voldemort already knew about the diary.)

With Dumbledore out of the way, Voldemort had the freedom he needed to take over the Ministry and Hogwarts, and to try once and for all to kill Harry. First, he freed Lucius Malfoy and the others from Azkaban. He then set up headquarters in the Malfoy mansion, and organized the infiltration and silent coup of the Ministry (DH1); Severus Snape, ascendant in his Master's eyes for the murder of Dumbledore, was made the Headmaster of Hogwarts. Snape had also

brought crucial information about when the Order of the Phoenix was going to move Harry from safety at 4 Privet Drive. On the given day, Voldemort and his Death Eaters were ready and waiting, but instead of one Harry and a heavy guard, there were seven guarded look-alikes, and Voldemort was thwarted again (DH4).

Now that the Ministry was under his control, Voldemort set about creating a police state. Propaganda was disseminated promoting suspicion and fear of Muggle-born wizards to justify stripping them of their wands and their rights. Everyone had to prove their ancestry and neighbors were encouraged to inform on neighbors. Voldemort also encouraged wizards to use magic openly against Muggles. Voldemort's regime is best symbolized by the Ministry's new motto "Magic is Might" and the statue installed in the Ministry's entrance: a gargantuan black carving of a witch and wizard enthroned upon masses of naked Muggles (DH12).

Voldemort had another problem to solve: how to find a wand that would be effective against Harry. He had known for several years that due to the twin cores that his own wand of yew and phoenix feather wouldn't work, so first he tried Lucius Malfoy's wand, but it was destroyed (DH4). Then, by torturing Ollivander (a captive of Voldemort's for over a year), Voldemort learned of an invincible wand called the Elder Wand, the Wand of Destiny, or the Deathstick, and he set about trying to find it. He tracked it first to the European wandmaker Gregorovitch (DH7), then to Gellert Grindelwald, (still imprisoned at Nurmengard) (DH24), and then, to Dumbledore. Voldemort went to Hogwarts, split open the tomb, and took possession of the wand from Dumbledore's dead hands(DH24).

When Harry, Ron and Hermione broke into Gringotts and stole the Hufflepuff cup from the Lestrange family vault (DH26), Voldemort finally realized that Dumbledore and Harry knew about the Horcruxes and frantically began to visit all his hiding places to no avail: the ring was

gone, as was the locket. Counting the diary and the cup, four Horcruxes were gone, leaving only the Ravenclaw diadem and Nagini between him and ignominious death (or so he believed). Voldemort gathered his army and attacked Hogwarts where the diadem was hidden, but Harry got to it first (DH29).

Before unleashing his army, Voldemort gave the teachers and students at Hogwarts an ultimatum: give Harry up, and the school would be untouched. The midnight deadline passed, and the school was attacked by Death Eaters, werewolves, giants and Acromantulas, with Voldemort commanding from the Shrieking Shack. Harry sought him there and witnessed Voldemort's cold-blooded murder of Severus Snape simply for the reason that he thought it would give him a stronger connection with his new wand. While Voldemort left to deliver another ultimatum to Hogwarts, Harry collected Snape's seeping memories and took them to Dumbledore's Pensieve to experience them (DH33). Finally, Harry knew why Snape hated James, why Voldemort initially tried to spare Lily, and how well Snape had protected Harry's life. He also learned that he himself contained a Horcrux and that his life had to be sacrificed if Voldemort was to truly die. Harry put on his Cloak of Invisibility, invoked the Resurrection Stone, and walked with the shades of his dead family and friends to Voldemort, who quickly killed him (DH34).

In reality, Voldemort only killed the Horcrux inside Harry, and Harry was sent to a place between life and death. There, he was able to speak with Dumbledore and see what remained of Voldemort's soul – a horrible, flayed infant-like creature whimpering in pain. Harry made the decision to go back into battle to see if he could weaken Voldemort further, or kill him (DH35). He was aided by a surprising ally: Narcissa Malfoy was told to make sure Harry was indeed dead

– which she confirmed even though she could feel his heart beating – once Harry whispered to her that Draco was still alive and safe.

Even the display of Harry's apparently dead body could not bring the valiant forces inside Hogwarts to surrender. Molly Weasley defiantly slew Bellatrix, Neville Longbottom beheaded Nagini, Voldemort's last Horcrux, and Harry revealed himself and slew Voldemort (DH36). Voldemort died once and for all. He was the last surviving descendent of Salazar Slytherin. *Students of the subtle science of wandlore will discuss the final duel between Harry Potter and Voldemort for years to come. After Dumbledore's death, the true master of the Elder Wand was not Snape, but Draco, who disarmed Dumbledore in the tower at Hogwarts. Then, once Harry disarmed Draco while at the Malfoy mansion, he became the true master and it would not harm him. When Harry used the* Expelliarmus *during the duel, it called the Elder Wand to its true master, and bounced Voldemort's* Avada Kedavra *back and killed him.*

*Details*

- When young, was tall and handsome with jet black hair and dark eyes
- After he split his soul several times and delved into other dark magic, he became distorted and waxy-looking, with bloody eyes
- Before regeneration of his body, he looked like a reddish-black, scaly, child with a snake-like face and red eyes.
- After the rebirthing potion, he looked like a chalky white, tall, skeletal man with unusually long fingers, red eyes and snake-like slits for a nose
- High-pitched, cold laugh
- Wand: yew wood, 13 ½" long, core consists of one of Fawkes' (phoenix) feathers; later, he wielded the powerful Elder Wand, though it did not accept him as owner

- Skills: Parselmouth, Legilimens, flying without a broom

*'Tom'* *was his Muggle father's first name (CS13).*

*'Marvolo' was his maternal grandfather's name.*

*'Riddle' means a difficult problem or to pierce with many holes.*

*'Voldemort' Fr. "flight from death;" Tom began using "Lord Voldemort" in secret a few years after he began his schooling at Hogwarts (HBP13). "I am Lord Voldemort" is an anagram for "Tom Marvolo Riddle."(CS17) Pronounced VOL-duh-more (the final 't' is silent, according to Rowling). Film pronunciation: VOL-duh-mort.*

*Other names: 'You-Know-Who,' 'He Who Must Not Be Named,' 'The Dark Lord.'*

### Voldemort's potions

In order to return to his body, Voldemort had Wormtail make him two different potions. The first, consisting of unicorn blood and snake venom milked from Nagini, nursed him back to health (*GF1, GF33*); the second, which included bone from his father, Harry's blood, and Pettigrew's hand, restored him to life (GF32). However, Voldemort used Harry's blood for this, blood which had his mother's protection in it. By taking the Blood Bond as part of himself, Voldemort reinforced the connection between Harry and himself, and created another bond that would prevent Harry from dying as long as Voldemort was alive.

### Volkov

Bulgarian National Team, Beater at the World Cup of 1994 (GF8).

### Von Nettesheim, Heinrich Cornelius Agrippa