# EXHIBIT D

## COMPARISON CHART

| Text from the Infringing Book | Text from the *Harry Potter* Books |
|---|---|
| The school was begun over a thousand years ago by the four Founders: Rowena Ravenclaw, Helga Hufflepuff, Salazar Slytherin, and Godric Gryffindor. These were great witches and wizards of that age who wanted to have a place where they could train young people to use their magic wisely. The four Founders each had their own philosophy of who they wanted to teach, and at first they all got along. Soon, however, Salazar Slytherin insisted only admitting pure bloods. Gryffindor wouldn't hear of it and a fight broke out. Slytherin left the school after creating the Chamber of Secrets with a Basilisk in it (CS). **"Hogwarts School of Witchcraft and Wizardry" entry.** | "You all know, of course, that Hogwarts was founded over a thousand years ago - the precise date is uncertain - by the four greatest witches and wizards of the age. The four school Houses are named after them: Godric Gryffindor, Helga Hufflepuff, Rowena Ravenclaw, and Salazar Slytherin. They built this castle together, far from prying Muggle eyes, for it was an age when magic was feared by common people, and witches and wizards suffered much persecution."<br><br>He paused, gazed blearily around the room, and continued.<br><br>"For a few years, the founders worked in harmony together, seeking out youngsters who showed signs of magic and bringing them to the castle to be educated. But then disagreements sprang up between them. A rift began to grow between Slytherin and the others. Slytherin wished to be more *selective* about the students admitted to Hogwarts. He believed that magical learning should be kept within all-magic families. He disliked taking students of Muggle parentage, believing them to be untrustworthy. After a while, there was a serious argument on the subject between Slytherin and Gryffindor, and Slytherin left the school." *Harry Potter and the Chamber of Secrets*, **p. 150.** |
| A shriveled kidneylike stone (HBP18) that comes from the stomach of a goat and protects against most poisons. **"Bezoar" entry.** | "A stone taken from the stomach of a goat, which will protect from most poisons." *Harry Potter and the Half-Blood Prince, p. 377.* |
| A green onion-like plant. Luna uses these to ward off Gulping Plimpies (HBP20). Her father makes an infusion of Gurdyroot to serve guests. It's deep purple in color and tastes like | "Oh, it's a Gurdyroot," she said, stuffing the cat litter and the toadstool back into her bag. "You can keep it if you like, I've got a few of them. They're really excellent for warding off |

1

| | |
|---|---|
| bogey-flavored Berties Botts beans (DH20). **"Gurdyroots" entry**. | Gulping Plimpies." ***Harry Potter and the Half-Blood Prince***, p. 425.<br><br>"May I offer you all an infusion of Gurdyroots?" said Xenophilius. "We make it ourselves." As he started to pour out the drink, which was deeply purple as beetroot juice . . . . ***Harry Potter and the Deathly Hallows***, p. 404. |
| A shack that the Daily Prophet described as "up north where Igor Karkaroff's body was found after he deserted the Death Eaters. The Dark Mark was hovering in the sky above (HBP6). **"Shack" entry**. | "And they've found Igor Karkaroff's body in a shack up north. The Dark Mark had been set over it — well, frankly, I'm surprised he stayed alive for even a year after deserting the Death Eaters . . . . ***Harry Potter and the Half-Blood Prince***, p. 106. |
| With Snape breathing down their necks, the first years "tried to remember" how to make a Forgetfulness Potion for their exam (PS16). **"Forgetfulness Potion" entry**. | Snape made them all nervous, breathing down their necks while they tried to remember how to make a forgetfulness potion. ***Harry Potter and the Sorcerer's Stone***, p. 262. |
| Also called the Come and Go Room; a magical room which can only be discovered by someone who is in need. It is located on the seventh floor, opposite a tapestry showing Barnabus the Barmy trying to teach trolls to dance ballet. To make the Room appear, a person has to walk past the section of black wall three times concentrating hard on what is needed (OP18). The room provides exactly what the person needs, from the size and shape down to the individual objects that are needed within - anything except food (DH29).<br><br>The secret passageway was used during the Battle of Hogwarts to bring in fighters and evacuate students (DH31). **"Room of Requirement" entry**. | "It is known by us as the Come and Go Room, sir, or else as the Room of Requirement!" ***Harry Potter and the Order of the Phoenix***, p. 386.<br><br>He did not recognize the room at all. It was enormous, and looked rather like the interior of a particularly sumptuous tree house, or perhaps a gigantic ship's cabin. Multicolored hammocks were strung from the ceiling and from a balcony that ran around the dark wood-paneled and windowless walls, which were covered in bright tapestry hangings: Harry saw the gold Gryffindor lion emblazoned on scarlet; the black badger of Hufflepuff, set against yellow; and the bronze eagle of Ravenclaw, on blue. The silver and green of Slytherin alone were absent. There were bulging bookcases, a few broomsticks propped against the walls, and in the corner, a larger wooden-cased wireless.<br><br>"Where are we?" |

| | |
|---|---|
| | "Room of Requirement, of course!" said Nelvile . . . "It's a proper hideout, as long as one of us stays in here, they can't get at us, the door won't open. It's all down to Nelville. He really *gets* this room. You've got to ask it for exactly what you need — like, 'I don't want any Carrow supporters to be able to get in' — and it'll do it for you! You've just got to make sure you close the loopholes! Nelville's the man!" <br><br> "It's quite straightforward, really," said Nelville modestly. "I'd been in here about a day and a half, and getting really hungry, and wishing I could get something to eat, and that's when the passage to the Hog's Head opened up. I went through it and met Aberforth. He's been providing us with food, because for some reason, that's the one thing the room doesn't really do." <br><br> "Yeah, well, food's one of the five exceptions to Gamp's Law of Elemental Transfiguration," said Ron to the general astonishment. ***Harry Potter and the Deathly Hallows***, p. 577-78. |
| Sometimes referred to as Dark Wizard Catchers, the Aurors are an elite group of witches and wizards who battle the Dark Arts. They operate in some ways as soldiers but more often as intelligence agents, seeking out Dark wizards and defeating them, often in fierce wizard duels. . . . Training to be an Auror takes three years after leaving Hogwarts; the Aurors ask for a minimum of five N.E.W.T.s, with nothing under "Exceeds Expectations" grade. Apart from Defense Against the Dark Arts, the recommended N.E.W.T.s include Charms, Potions (particularly the study of potions and antidotes) and Transfiguration (OP29). **"Aurors" entry**. | "Well, I thought of, maybe being an Auror," Harry mumbled. <br><br> "You'd need top grades for that," said Professor McGonafall, extracting a small, dark leaflet from under the mass on her desk and opening it. "They ask for a minimum of five N.E.W.T.s, and nothing under 'Exceeds Expectations' grade, I see. Then you would be required to undergo a stringent series of character and aptitude tests at the Auror office. It's a difficult career path, Potter; they only take the best. In fact, I don't think anybody has been taken on in the last three years." <br><br> At this moment Professor Umbridge gave a very tiny cough, as though she was trying to see how quietly she could do it. Professor |

3

| | |
|---|---|
| | McGonagall ignored her.<br><br>"You'll want to know which subjects you ought to take, I suppose?" she went on, talking a little more loudly than before.<br><br>"Yes," said Harry. "Defense Against the Dark Arts, I suppose?"<br><br>"Naturally," said Professor McGonagall crisply. "I would also advise—<br><br>Professor Umbridge gave another cough, a little more audible this time. Professor McGonagall closed her eyes for a moment, opened them again, and continued as though nothing had happened.<br><br>"I would also advise Transfiguration, because Aurors frequently need to Transfigure or Untransfigure in their work. . . .<br><br>"Poisons and antidotes are essential study for Aurors . . ." ***Harry Potter and the Order of the Phoenix***, p. 662-63. |
| Apparition is an advanced spell used by fully trained witches and wizards to disappear from one place and appear almost instantly somewhere else. A person who uses this spell is said to Apparate, and they are referred to as an Apparator. The sensation of Apparating is like being squeezed through a thick rubber tube (HBP4). **"Apparition" entry**. | He felt as though he had just been forced through a very tight rubber tube. It was a few seconds before he realized that Privet Drive had vanished. He and Dumbledore were now standing in what appeared to be a deserted village square, in the center of which stood an old war memorial and a few benches. His comprehension catching up with his senses, Harry realized that he had just Apparated for the first time in his life. ***Harry Potter and the Half-Blood Prince***, p. 58. |
| A muddy brown potion (HBP9) described as "complicated" (CS10), though Hermione managed to brew it during her second year (CS12) and during the war on Voldemort, it seemed almost commonplace. The potion transforms the drinker to look exactly like someone else, requiring only that they have a bit of that person to add to the potion, usually | "Here it is," said Hermione excitedly as she found the page headed *The Polyjuice Potion*. It was decorated with drawings of people halfway through transforming into other people. Harry sincerely hoped the artist had imaged the looks of intense pain on their faces.<br><br>"This is the most complicated potion I've ever |

4

| | |
|---|---|
| hair (CS12). However, the potion only lasts an hour each time it is drunk (GF35) **"Polyjuice Potion" entry.** | seen," said Hermione as she scanned the recipe. ***Harry Potter and the Chamber of Secrets***, p. 164-65.<br><br>"It's Polyjuice Potion, sir," she said.<br><br>Harry too had recognized the slow-bubbling, mudlike substance in the second cauldron, but did not resent Hermione getting the credit for answering the question; she after all, was the one who had succeeded in making it, back in their second year. ***Harry Potter and the Half-Blood Prince***, p. 185.<br><br>"I'm sure I've done everything right," said Hermione, nervously rereading the splotched page of *Moste Potente Potions*, "It looks like the book says it should . . . once we've drunk it, we'll have exactly an hour before we change back into ourselves." ***Harry Potter and the Chamber of Secrets***, p. 215. |
| Luna has straggly, waist-length, dirty blonde hair, very pale eyebrows and protuberant eyes that gave her a permanently surprised look (OP10). **"Luna Lovegood" entry.** | She has straggly, waist-length, dirty-blonde hair, very pale eyebrows, and protuberant eyes that gave her a permanently surprised look. ***Harry Potter and the Order of the Phoenix***, p. 185. |
| A little one-legged creature, with the appearance of being made of smoke; the hinkypunk carries a light with which it lures travelers into bogs. (PA10) **"Hinkypunk" entry.** | Professor Lupin had brought along a glass box containing a hinkypunk, a little one-legged creature who looked as though he were made of wisps of smoke, rather frail and harmless looking.<br><br>"Lures travelers into bogs," said Professor Lupin as they took notes. "You notice the lantern dangling from his hand? Hops ahead —people follow the light — then — ***Harry Potter and the Prisoner of Azkaban***, p. 186. |
| The Atrium is a large hall with fireplaces up and down both long walls. Down the left-hand side of the hall are gilded fireplaces through which Witches and Wizards arrive at the Ministry. The right-hand side contains gilded | They were standing at one end of a very long and splendid hall with a highly polished, dark wood floor. The peacock-blue ceiling was inlaid with gleaming golden symbols that were continually moving and changing like some |

5

| | |
|---|---|
| fireplaces as well, and these are used for departures. The floor is polished dark wood. The ceiling is peacock blue with golden symbols moving across it. Before the great duel here between Dumbledore and Voldemort, The Fountain of Magical Brethren stood halfway down the Atrium, a group of golden statues depicting a wizard, a witch, a centaur, a goblin and a house-elf, spouting water into the surrounding pool of water. **"Atrium (Ministry of Magic)" entry**. | enormous heaven notice board. The walls on each side were paneled in shiny dark wood and had many gilded fireplaces set into them. Every few seconds a witch or wizard would emerge from one of the left-hand fireplaces with a soft whoosh; on the right-hand side, short queues of wizards were forming before each fireplace, waiting to depart.<br><br>Halfway down the hall was a fountain. A group of golden statutes, larger than life-size, stood in the middle of the circular pool. Tallest of them all was a noble-looking wizard with his wand pointing straight up in the air. Grouped around him were a beautiful witch, a centaur, a goblin, and a house-elf. The last three were all looking adoringly up at the witch and wizard. Glittering jets of water were flying from the ends of the two wands, the point of the centaur's arrow, the tip of the goblin's hat, and each of the house-elf's ears, so that the tinkling hiss of falling water was added to the pops and cracks of Apparators and the clatter of footsteps as hundred of witches and wizards, most of whom were wearing glum, early-morning looks, strode toward a set of golden gates at the far end of the hall. ***Harry Potter and the Order of the Phoenix***, p. 127. |
| A witch or wizard seeking to take leaves or wood from a Bowtruckle-infested tree should offer wood lice or fairy eggs to the Bowtruckle to placate and distract it. **"Bowtruckle" entry**. | "So whenever you need leaves or wood from a tree in which a bowtruckle lodges, it is wise to have a gift of wood lice ready to distract or placate it." ***Harry Potter and the Order of the Phoenix***, p. 259. |
| Alecto Carrow's brother, a squat, "lumpy" looking wizard with a lopsided leer and a wheezy giggle. **"Amycus Carrow" entry**. | "He's not long for this world anyway, if you ask me!" said the lopsided man, to the accompaniment of his sister's wheezing giggles. ***Harry Potter and the Half-Blood Prince***, p. 594. |