# EXHIBIT E

and leaving when they are seventeen and of age. At that point they are considered to be fully qualified, fully trained.

The castle has classrooms, a huge Entrance Hall with a majestic marble staircase, a Great Hall, a library, a hospital wing, and many other rooms and corridors. No one knows all the secrets of the vast ancient building. The dungeons under the castle are also vast, but Potions classes are held in one of the cold, dark rooms there. The Slytherin common room is also located in the dungeons. Many secret passageways, hidden corridors, strange staircases and doors, and unexpected rooms make navigating the castle a challenge. However, clever students soon learn their own shortcuts to get where they need to go. Secret passages lead out of the castle, if one is lucky enough to locate an entrance.

The grounds of the castle include a large lake, a vast forest, a Quidditch pitch, and a curious old animated tree called a Whomping Willow. Classes take place in the greenhouses near the castle walls as well.

The Hogwarts school year begins on September 1 with the Welcoming Feast and finishes toward the end of June with the Leaving Feast, at which the House Cup is awarded to the house which has accumulated the most House Points. The first term goes until Christmas. The second term runs until Easter, then the summer term fills up the rest of the school year.

Hogwarts castle is hidden from Muggle eyes by a number of enchantments. Muggles, should they wander near, will see only an old ruin with signs warning them to keep out. Other magic spells protect the castle from magical intrusion. For example, it is impossible to Apparate anywhere on the Hogwarts grounds.

**Hogwarts school song**

Dumbledore directs the school song at the end of the start-of-term feast when he feels in a particularly festive mood (JKR). The rest of the staff does not appear to share Dumbledore's delight in this little ritual, but he conducts the singing with gusto and even gets a bit misty at the end of it (PS7).

*Hogwarts School Song*

*Hogwarts, Hogwarts, Hoggy Warty Hogwarts,*

*Teach us something, please,*

*Whether we be old and bald*

*Or young with scabby knees,*

*Our heads could do with filling*

*With some interesting stuff,*

*For now they're bare and full of air,*

*Dead flies and bits of fluff,*

*So teach us things worth knowing,*

*Bring back what we've forgot,*

*Just do your best, we'll do the rest,*

*And learn until our brains all rot (PS7).*

## Hogwarts: A History

A famous book about Hogwarts school. Describes the enchanted ceiling of the Great Hall (PS7). Hermione didn't bring it to school during her second year because she couldn't fit it into her trunk, what with all the Lockhart books (CS9). Discusses the manner in which Hogwarts is hidden from Muggles (GF11). Has over a thousand pages, but never mentions the Hogwarts