# EXHIBIT F

In the Rumours tabloid on jkrowling.com, an advertisement for tickets to see Celestina Warbeck proclaims that the Sorcerer's Saucepot "is offering three additional tour dates on the 11th, 12th, and 13th of this month." Exactly what the Sorcerer's Saucepot is, is unknown (JKR).

**Sorcerer's Stone**

*Name given to the Philosopher's Stone by U.S. publishers. See Philosopher's Stone for info.*

**Sorting Hat**

Originally the pointed wizard's hat of Godric Gryffindor, the Sorting Hat was bewitched by all four of the founders of Hogwarts with brains and some amount of personality (GF12). Its function is to determine which of the four houses each new student will enter. It does so at the beginning of the start-of-term feast, when it is placed on a stool in front of the Great Hall and sings a song of introduction, explaining the basic criteria for each house. One by one, first year students place the Hat on their heads, and the house for which they are best suited is proclaimed. In Harry's case, it took his choice into account, placing him in Gryffindor when he asked not to be in Slytherin (PS7).

According to Nearly Headless Nick, who has seen five hundred years of Sortings, the Hat feels itself responsible for warning the school when danger is on the horizon. As it sits in the Head's office during the school year, it certainly has an awareness of what the school is facing (OP11). At the start of Harry's fifth year, with Voldemort having returned, the Hat's song takes on a more somber tone:

> *Though I must fulfill my duty*
> 
> *And must quarter every year*

> *Still I wonder whether sorting*
>
> *May not bring the end I fear.*
>
> *Oh, know the perils, read the signs,*
>
> *The warning history shows,*
>
> *For our Hogwarts is in danger*
>
> *From external, deadly foes*
>
> *And we must unite inside her*
>
> *Or we'll crumble from within*
>
> *I have told you, I have warned you....*
>
> *Let the Sorting now begin* (OP11).

We have twice seen the Sorting Hat perform a different function, delivering the sword of Godric Gryffindor to a "worthy" Gryffindor student (DH7). The first came after Fawkes brought Harry the Sorting Hat in the Chamber of Secrets, and he pulled the sword out from within and used it to kill Slytherin's basilisk (CS17). Then, some five years later, Voldemort tried to destroy the Sorting Hat, igniting it while it sat on the head of Neville Longbottom, and Neville too was able to pull out the sword, this time killing Nagini (DH36). As Dumbledore explains, "only a true Gryffindor could have pulled *that* out of the hat" (CS18).

According to a popular historical theory on the W.O.M.B.A.T. exam, the Sorting Hat was "stolen and substituted by a group of delinquent students in 1325," and remains lost to this day. The theory has not yet been proven, and is probably not, true (JKR).

**Sparky**