# EXHIBIT G

**hippocampus**

A Mer-horse, with the head and forequarters of a horse and the hindquarters and tail of a giant fish (FB).

**hippogriff**

A flying creature with the head, wings, and forelegs of a giant eagle and the body (including hind legs and tail) of a horse. The eyes are orange, while individual hippogriff colors vary as those of mundane horses do. An adult hippogriff's wingspan is approximately twenty-four feet (PA6, FB). Hippogriffs are carnivorous and are dangerous until tamed, which should only be attempted by a trained witch or wizard. (FB). To approach a hippogriff, one should bow first; if the animal bows in return, it can be touched and even ridden. Hogwarts third-years learned about them in Care of Magical Creatures class, with the dozen or so hippogriffs that Hogwarts has access to (PA6).

**Hipworth, Glover**

(1742 - 1805)

Invented Pepperup Potion, which cures common colds (fw).

**"His Eyes Are as Green As A Fresh Pickled Toad"**

Valentine's Day poem written to Harry Potter by Ginny Weasley. Unfortunately, her older brothers heard the poem sung when it was delivered by a dwarf, and repeated it over and over (CS13).

The poem goes as follows:

> His eyes are as green as a fresh pickled toad,
>
> His hair is as dark as a blackboard.
>
> I wish he was mine, he's really divine,
>
> The hero who conquered the Dark Lord

**History of Magic**

Class at Hogwarts taught by Professor Binns, who is a ghost. Binns gives extremely boring lectures on various aspects of magical history. However, the boredom is due to Binns' teaching style, not the material itself, which tends to emphasize vicious goblin riots, outright goblin rebellions, and giant wars (PS8). Harry barely even opened the class textbook (DH16), and received a 'Dreadful' on the O.W.L. (HBP5).

*History of Magic, A*

by Bathilda Bagshot

This is a required textbook for first-years (PS5), and appears to be used by second- and third-years as well in History of Magic (PA1). It does not cover anything later than the end of the nineteenth century (DH16). Harry didn't read this book very attentively, but he did read it enough before he ever went to Hogwarts to discover the name "Hedwig" there. (PS6).

**Hitchens, Bob**

A Muggle who married Isla Black; she was consequently blasted off the Black Family Tree (BFT).