# EXHIBIT H

D · 82

which bothered Mrs. Weasley and Ginny, who had trouble seeing past her Veela-inspired good looks and somewhat self-centered attitude. However, when Bill was injured terribly, they all saw her depth of love for him and realized that they'd misjudged her (HBP29). The wedding took place at the Burrow on August 1 (DH8). Bill and Fleur moved to Shell Cottage, where they harbored a number of fugitives and victims of the Death Eaters. Fleur is a very capable witch who contributed to the Order and the defeat of Voldemort (DH4, 25). *"Fleur Delacour" means "flower of the court" in French, according to JKR* (AOL).

**Delacour, Gabrielle** *(b. 1986)* Fleur's younger sister. Harry thought at the time of the second task, when she served as hostage for her sister, that Gabrielle looked no more than eight (GF26). According to Fleur, Gabrielle talks about Harry all the time (HBP5).

**Delacour, Monsieur** Married to Appoline Delacour and father of Fleur and Gabrielle Delacour. Attended the Third Task of the Triwizard Tournament (GF31). Monsieur Delacour is described as shorter, plump, and as having a little, pointed black beard (DH6).

**Delaney-Podmore, Sir Patrick** A bearded ghost; leader of the Headless Hunt. Delaney-Podmore wrote to Nick denying his request for membership in the Hunt because he wasn't actually headless, only nearly so. Sir Patrick and the Hunt arrived at Nick's 500th Deathday party on horseback, then interrupted Nick's speech by playing a game of Head Hockey. Nick bitterly refers to him as "Sir Properly Decapitated-Podmore." (CS8).

**Deletrius** *(deh-LEE-tree-us)* / *"deletorius" L. destroy, eradicate* Erases the ghost images of spells revealed by *Priori Incantato*. Possibly can be used to remove other spell effects as well. Amos Diggory used this to erase the ghost image of the Dark Mark he had caused to be emitted from Harry's wand (GF9).

**Deluminator** Small magical object that looks like a cigarette lighter. When clicked, the Deluminator sucks all light from a place. When reversed with another click, balls of light fly back out of the Deluminator and restores the light or lights that were extinguished (PS1, OP3). It also has other powers, which are a bit less mundane: it transports a person magically to be with someone who says their name. Ron, who wanted to return to Harry and Hermione but could not find them, heard Hermione's voice coming from the Deluminator on Christmas morning – the first time either she or had Harry had spoken his name since his departure. When Ron then clicked the Deluminator, in addition to putting out the lights it made a ball of pulsing bluish light appear outside his window, resembling the light from a Portkey. When the ball of light floated into him – it was hot – it gave him the knowledge be needed to Apparate to their location. It did so again when he failed to make contact and activated it again (DH19). According to Rufus Scrimgeour, the Deluminator was designed by Albus Dumbledore and is both valuable and rare, possibly even unique (DH7). *In the earlier editions of the books, this device was called a Put-Outer. The new name, which fits the style of names in the books much better, was first used when book seven was released.*

83 · D

**Dementors** Dementors are some of the most terrible creatures on earth, flying tall black spectral humanoid things with flowing robes. They "infest the darkest, filthiest places, they glory in decay and despair, they drain peace, hope, and happiness out of the air around them," according to Lupin (PA10). Dementors affect even Muggles, although the Muggles can't see the foul, black creatures. Dementors feed on positive human emotions; a large crowd is like a feast to them. They drain a wizard of his powers if left with them too long. They were the guards at Azkaban and made that place horrible indeed. The Ministry used Dementors as guards in its courtrooms as well (GF30, DH13). There are certain defenses one can use against Dementors, specifically the Patronus Charm. A Dementor's breath sounds rattling and like it's trying to suck more than air out of a room. Its hands are "glistening, grayish, slimy-looking, and scabbed". It exudes a biting, soul-freezing cold (PA5).

**Dementor's Kiss** A Dementor's last and worst weapon is called the Dementor's Kiss. The Dementor puts back its hood and clamps its jaws on the mouth of the victim and sucks out his soul, leaving him an empty shell, alive but completely, irretrievably "gone" (PA12, PA20).

**Demiguise** The Demiguise is a peaceful, herbivorous creature that can make itself invisible. It resembles an ape with large, black eyes and long, silky hair. This hair can be woven into Invisibility Cloaks. The Demiguise is native to the Far East (FB).

**Demiguise (Rune)** A rune for the number zero, according to the book *Ancient Runes Made Easy*. A reference to the fact that a Demiguise can make itself invisible (JKR).

**Demiguise Derby** Organised by the notorious goblin con man ('con goblin,' actually), Urg the Unreliable. Urg ran off with all the takings (FW).

**Dennis** A Muggle boy, living in Little Whinging, who is part of Dudley's gang (PS5).

**Densaugeo** *(den-sah-OO-gi-oh)* / *"dens" L. tooth + "augeo" L. grow* Causes the victim's teeth to enlarge grotesquely. Hermione was hit by this spell from the wand of Draco Malfoy. Draco and Harry had begun fighting in the corridor, but the curses missed and hit Hermione and Goyle. (GF18).

**Deprimo** *(de-PREE-mo)* / *Etymology uncertain, but perhaps related to "primer", Eng. something used to ignite an explosive charge* Blasts a hole through the target object. Hermione used this spell to blast a hole through the sitting room floor of the Lovegoods' house (DH21).

**Derek** *(b. 1982; Hogwarts student, 1993)* Stuck at Hogwarts in his first year, Derek was startled when Dumbledore passed him the chipolatas at Christmas dinner, breaking the ice a bit (PA11).

**Derrick** *(b. 1977; Slytherin, 1988; Quidditch Beater)* A Beater on the Slytherin Quidditch team (PA15, OP19).

**Dervish and Banges** A magical equipment shop on the High Street in Hogsmeade (PA5, GF27).

**Derwent, Dilys** *(1722–1741; St. Mungo's Healer; Headmistress of Hogwarts,*