# EXHIBIT I

**Haileybury Hammers**

A very talented Canadian Quidditch team from eastern Ontario (QA8).

**hair-care products**

Gilderoy Lockhart's secret ambition is "to rid the world of evil and market his own line of hair care products" (CS6).

**Hair-Loss Curse**

A curse which features prominently in Curses and Countercurses (PS5).

**Hair-Raising Potion**

A potion that includes rat tails, about which second year potions students are assigned homework (CS13).

**Hair-thickening Charm**

After Miles Bletchley cast a jinx on Alicia Spinnet that made her eyebrows grow to cover her eyes, Snape refused to accept the account of multiple eyewitnesses, suggesting instead that Alicia had attempted a Hair-thickening Charm on herself (OP19).

**Hairy Snout, Human Heart**

An anonymous werewolf wrote this book, described by Scamander as "a heartrending account of one wizard's battle with lycanthropy" (FB).