# EXHIBIT J

*Ennervate (EN-er-vayt)*

Spell cast on a person who has been Stunned, to bring them back to a normal state of consciousness and control (GF9). *The name of this spell was changed to Rennervate to make the etymology less confusing. Some editions of the book had given the spell as 'Enervate' which would mean exactly the opposite of 'Ennervate', which means to give nerve or courage to something.*

**Entrail-Expelling Curse**

Apparently this curse, invented by Urquhart Rackharrow in the 1600s, causes the victim's insides to come out of them. Yes, you read that correctly. Ew. (OP22).

**entrance hall**

The oak front doors of Hogwarts lead directly into an absolutely enormous entrance hall (CS15), "so big you could have fit the whole of the Dursleys' house in it" and with a ceiling that, at night, can't be made out for its height (PS7). Nearly the entire school can fit in it, and it memorably did the night Fred and George left dramatically, flying into the sunset (OP29).

**Entrancing Enchantments**

Presumably some kind of love spell; Lockhart suggested that Flitwick was an expert in these, much to Flitwick's embarrassment (CS13).

**Entwhistle, Kevin**