# EXHIBIT K

The enchantments are necessary because of the weight and composition of the Bludgers (QA6).

**Battles** During the Second Wizarding War, battles were fought between Death Eaters and allies of the Ministry, including Aurors and members of the Order of the Phoenix. Some of these battles were single combats, but others were pitched battles between larger groups of combatants. In the end, the final defeat of Voldemort involved a huge battle at Hogwarts castle. The four main battles in the Second War have been given names for reference in the Lexicon. They are:

The Battle of the Department of Mysteries – June, 1996, fought in the lower levels of the Ministry of Magic between Death Eaters, Dumbledore's Army, and the Order of the Phoenix. The battle ended in a spectacular duel between Voldemort and Dumbledore. Sirius Black was killed in this battle.

The Battle of the Tower – June, 1997, fought on and around the Astronomy Tower of Hogwarts. Albus Dumbledore was killed in this battle, as was at least one Death Eater. Bill Weasley was seriously injured by Fenrir Greyback.

The Battle of the Seven Potters – July, 1997, fought in the skies over southern England as the Order of the Phoenix tried to rescue Harry Potter from Privet Drive and was attacked by over thirty Death Eaters. Mad-Eye Moody was killed in this battle, as were several Death Eaters. Voldemort revealed his ability to fly and almost caught and killed Harry Potter.

The Battle of Hogwarts – May, 1998, was the climactic final showdown between the side of good and the side of evil. Hogwarts castle was damaged in this battle and fifty people died defending it,

including Fred Weasley, Tonks, Lupin, and Colin Creevey. The Death Eaters enlisted giants, Dementors, and Acromantulas to fight for them, while the defenders of Hogwarts included Centaurs, house-elves, students and their parents, shopkeepers from Hogsmeade, enchanted armor and statues and desks, and many others. In the end, Harry Potter killed Voldemort in the Great Hall (DH31–36).

**Baylias, Hetty** Muggle living in Norfolk; on 1 September 1992 she was sure she spotted a flying car while hanging out her wash (CS5).

**Beamish, Oswald** *(1850–1932)* Pioneer of goblin rights (FW).

**Beater** A Quidditch player who protects other players from Bludgers while attempting to hit the Bludgers toward opposing players using a small bat. (QA etc.).

***Beaters' Bible, The*** *by Brutus Scrimgeour* Kennilworthy Whisp cited this book in *Quidditch Through the Ages*, and Scrimgeour in turn provided a favorable blurb for Whisp's book in the front of QA. According to Whisp, the first rule in Scrimgeour's book is "Take out the Seeker" (QA6).

***Beating the Bludgers — A Study of Defensive Strategies in Quidditch*** *by Kennilworthy Whisp* (QA)

**Beautifying Potion / Beautification Potion** Potions to make the drinker more lovely in appearance (FW).

**Beauxbatons Academy of Magic** One of at least three magical schools in

Europe, Beauxbatons is a French school whose students participated alongside those of Hogwarts and Durmstrang in the Triwizard Tournament. Both male and female students wear sky-blue robes. The headmistress is Madame Maxime (GP15 ff.).

**Bedazzling Hex** A cloak with this hex cast upon it can function as an Invisibility Cloak (DH21).

**Beedle the Bard** Accredited author of wizarding children's fairy tales including "*The Fountain of Fair Fortune*," "*The Wizard and the Hopping Pot*," "*Babbitty Rabbitty and her Cackling Stump*," and "*The Tale of the Three Brothers*." (DH7, DH21).

**Befuddlement Draught** *ingredients: sneezewort, scurvy-grass, and lovage* Harry had to study the ingredients and their effects during his fifth year (OP18). Also known as a Confusing and Befuddlement Draught, similar in effect to a Confusing Concoction.

***Beginner's Guide to Transfiguration, A*** *by Emeric Switch* The required textbook for Transfiguration for first and second year students at Hogwarts (PS5).

**Belby, Flavius** *(1715–1791)* Survived a Lethifold attack while in Papua New Guinea in 1782. He wrote about the experience, revealing for the first time the existence of this terrible creature and also the fact that a Patronus Charm will drive a Lethifold away. Belby had at one time been voted the president of the local Gobstones Club (FW, FB).

**Belby, Marcus** *(Ravenclaw, mid-1990s)* A "thin and nervous-looking" boy. A

candidate for the Slug Club because his Uncle Damocles invented Wolfsbane potion (HBP7).

**Belch Powder** Yet another delightful product to buy at Zonko's to antagonize Filch (PA8).

**Belcher, Humphrey** A wizard who mistakenly thought a cheese cauldron would be a good idea (HBP16).

**Bell, Katie** *(b. 1978; Gryffindor, 1990; Chaser 1991–1997)* One of the three Chasers on the Gryffindor team during most of Harry's years at Hogwarts. Oliver Wood considered her to be a superb Chaser (PA8), along with Angelina Johnson and Alicia Spinnet, who are a year older than Katie (OP26). As a member of the team, Katie has taken her share of rough play, including a time when Montague of Slytherin intentionally grabbed her head instead of the Quaffle, nearly unseating her (PA15). Katie, along with Alicia and Angelina, joined the DA (OP17). In 1996, Katie was placed under the Imperius Curse by Madam Rosmerta to carry a cursed opal necklace to someone at Hogwarts. The parcel broke open as she argued with her friend Leanne. When Katie touched the necklace her body levitated as she writhed in pain, and then collapsed (HBP12); she had to be evacuated to St. Mungo's for quite a few weeks (HBP13). In May of 1998, Katie returned to the school to fight in the Battle of Hogwarts (DH30).

**Benedict, Brother** Franciscan monk living in Worcestershire in medieval times, a Muggle who had an encounter with a Jarvey, but thought it was an overlarge ferret. It insulted him, and then bit him on the nose. His fellow