# EXHIBIT L

times to disorient them, and then tossing them out of the garden. Gnomes are rather dim, so when they realize a de-gnoming is going on, they all come rushing up out of their holes to see what's going on, making them a lot easier to catch (CS3). Crookshanks loved chasing gnomes around the Weasleys' garden and the gnomes seemed just as much to love being chased (GF5). (also FB). Xeno Lovegood studied gnome magic. He called them 'gernumblies' and 'wise little gnomes', and raved about their special magic abilities. Ron noted that theirs did know a lot of excellent swear words, thanks to Fred and George (DH8).

**goats**

Aberforth Dumbledore has a strange fascination with goats; he was prosecuted for "practicing inappropriate charms on a goat" (GF24), and his bar, the Hog's Head, smells like goats (OP16). What's more, as a child, when he was mad at someone he'd show it by throwing goat dung at them (DH18); today his Patronus is a goat as well (DH28).

**Gobbledegook**

The language of Goblins (GF7), described as "a rough and unmelodious tongue, a string of rattling, guttural noises" (DH15).

**Goblet of Fire**

In order to make the selection of Triwizard champions completely fair, the decision was left up to a very powerful magic artifact, the Goblet of Fire. The Goblet was contained in an ancient wooden chest which is encrusted with jewels. When the casket was tapped three times with a wand, it opened. The Goblet was then removed and set on top of the chest. The Goblet of Fire is