# EXHIBIT M

## COMPARISON CHART

| Text from the Infringing Book | Text from *Fantastic Beasts and Where to Find Them* |
|---|---|
| The fire crab looks like a tortoise with a jeweled shell which can shoot fire out of its rear end. It is constantly in danger of being killed for its shell, which unscrupulous wizards will use as cauldrons. The fire crab is native to Fiji, where there is a coastal reserve set aside for its protection. **"Fire-Crab" entry.** | . . . the fire crab greatly resembles a large tortoise with a heavily jeweled shell. In its native Fiji, a stretch of coast has been turned into a reservation for its protection, not only by Muggles, who might be tempted by its valuable shell, but also against unscrupulous wizards, who use the shells as highly prized cauldrons. (p. 17) |
| African bird with brightly-colored feathers. A Fwooper's song will drive the listener insane, so each bird must be sold with a Silencing Charm placed on it. **"Fwooper" entry.** | The Fwooper is an African bird with extremely vivid plumage . . . . Fwooper song will eventually drive the listener to insanity, and the Fwooper is constantly sold with a Silencing Charm upon it. (p. 18). |
| Resembling an overgrown ferret, the Jarvey is one of the few beasts that can actually talk. Its speech, however, consists entirely of rude phrases and insults. Jarvey chase gnomes. **"Jarvey" entry.** | It resembles an overgrown ferret in most respects, except for the fact that it can talk. [It] tends to confine itself to short (an often rude) phrases in an almost constant stream. (p. 22) |
| A tiny blue speckled bird that makes no sound until the moment of its death, when it lets out a long scream consisting of all the sounds it has ever heard. Jobberknoll feathers are important ingredients in making potions that affect memory. **"Jobberknoll" entry.** | . . . a tiny blue, speckled bird which eats small insects. It makes no sound until the moment of its death, at which point it lets out a long scream made up of every sound it has ever heard. Jobberknoll feathers are used in Truth Serums and Memory Potions. (p. 22, 23) |
| A strange creature that lives in a burrow. It only comes out at the full moon, when it dances on its enormous flat feet, sometimes leaving intricate patterns in wheatfields (much to the confusion of Muggles). The silvery dung of the mooncalf, if collected before the sun comes up, makes an excellent fertilizer. **"Mooncalf" entry.** | The Mooncalf is an intensely shy creature that emerges from its burrow only at the full moon. Its body is smooth and pale grey . . . with enormous flat feet. Mooncalves perform complicated dances on their hind legs in isolated areas of moonlight. These are believed to be a prelude to mating (and often leave intricate geometric patterns behind in the wheatfields, to the great puzzlement of |

|  | Muggles . . . . if their silvery dung is collected before the sun rises and spread upon magical herb and flower beds, the plants will grow very fast . . . (p. 29-30) |
|---|---|
| The "largest and most vicious" type of troll. **"Mountain Troll" entry**. | The mountain troll is the largest and most vicious. (p. 41) |
| Powerfully magical silver-colored fish from the Indian Ocean, the Ramora is a protected species that is a guardian of seafarers, as it is capable of anchoring ships. It is protected from poaching by international wizarding law. **"Ramora" entry**. | The Ramora is a silver fish found in the Indian Ocean. Powerfully magical, it can anchor ships and is a guardian of seafarers. The Ramora is highly valued by the International Confederation of Wizards, which has set many laws in place to protect the Ramora from wizard poachers. (p. 36) |
| Native to the wilds of North America and to the Far East, this extremely rare golden-furred giant ox has blood that gives the drinker immense strength. However, since demand far exceeds supply, Re'em blood is found on the open market only rarely. **"Re'em" entry**. | Extremely rare giant oxen with golden hides, the Re'em are found both in the wilds of North America and the Far East. Re'em blood gives the drinker immense strength, though the difficulty in procuring it means that supplies are negligible and rarely for sale on the open market. (p. 36) |
| A dragon species with dark green scales and a "long, glittering golden horn" that is a valuable potion ingredient. **"Romanian Longhorn Dragon" entry**. | The Longhorn has dark green scales and long, glittering golden horns . . . when powdered, these horns are highly valued as potion ingredients. (p. 14) |
| A metallic grey dragon with long talons, the Ukranian Ironbelly is the largest breed of dragon in the world. An Ironbelly once carried off an entire Muggle sailing ship from the Black Sea, though it was thankfully empty. **"Ukranian Ironbelly Dragon" entry**. | The largest breed of dragon . . . . The scales are metallic grey, the eyes deep red and the talons particularly long and vicious . . . an Ironbelly carried of a (mercifully empty) sailing ship from the Black Sea . . . (p. 14) |

**COMPARISON CHART**

| Text from the Infringing Book | Text from *Quidditch Through the Ages* |
|---|---|
| The Falcons, who hail from Falmouth at the southwestern tip of Britain, are known for hard play.  Two of their most famous players were the notoriously violent Beaters Kevin and Karl Broadmoor (195801969).  Randolph Keitch and Basil Horton played for Falmouth in the early 1900s.  The Falcons wear dark gray robes with white falcon-head emblems on the chest.  The team motto is "Let us win, but if we cannot win, let us break a few heads."  **"Falmouth Falcons" entry.** | The Falcons wear dark-grey and white robes with a falcon-head emblem across the chest.  The Falcons are known for hard play, a reputation consolidated by their world-famous Beaters, Kevin and Karl Broadmoor, who played for the club from 1958 to 1969 and whose antics resulted in no fewer than fourteen suspensions from the Department of Magical Games and Sports.  Club motto: "Let us win, but if we cannot win, let us break a few heads."  (p. 34) |
| One of only a handful of United States Quidditch teams, the Finches have won the U.S. Cup seven times.  They make their home in Finchburg, Massachusetts.  Their Seeker is Maximus Brankovich III.  **"Fitchburg Finches" entry.** | . . . the Fitchburg Finches from Massachusetts, who have now won the U.S. League seven times, and whose Seeker, Maximus Brankovich III, has captained America at the last two World cups.  (p. 45) |
| The Flyte and Barker company produced the very expensive Teigger 90 racing broomstick in 1990, but couldn't match the quality and capabilities of the Nimbus.  The Twigger did have a nice polished finish, though, and a built-in Warning Whistle.  **"Flyte and Barker" entry.** | The Twigger 90, first produced in 1990, was intended by its manufacturers Flyte and Barker to replace the Nimbus as market leader.  However, though highly finished and including a number of new gimmicks such as the inbuilt Warning Whistle . . .  (p. 51) |
| Quidditch team from Grodzisk, Poland.  Arguably the world's most innovative Seeker, Josef Wronski Feint, plays for the Goblins.  **"Grodzisk Gobins" entry.** | . . . the Polish Gradzisk Goblins gave us arguably the world's most innovative Seeker, Josef Wronski.  (p. 41) |
| Visited with Gertie Kettle, had a cup of nettle tea, and asked Gertie to come out and watch the game going on in the marsh.  When Gwenog mentioned that she played the game herself, Gertie went home in disgust.  **"Gwenog" entry.** | . . . the writings of the witch Gertie Keddle . . .  "Gwenog came for nettle tea, then invited me out for a treat.  Ended up watching those numbskulls playing their game on the marsh . . . Gwenog told me she often played herself.  Went home in disgust."  (p.7-8) |
| (Twelfth Century)  Wife of Goodwin Kneen who was to have played Catcher against the Ilkley team, but due to a case of dragon pox had to sit out the match.  She was a bit upset when her husband came home late after celebrating their win, so she fired off some nasty jinxes at him, including one which removed his fingers | ". . . Gunhilda has got a touch of dragon pox. We enjoyed a spirited game of Quidditch last Saturday night, though poor Gunhilda was not up to playing . . . Gunhilda was a bit angry I got back late.  I had to duck a couple of nasty jinxes but I've got my fingers back now."  (. 9) |

| | |
|---|---|
| temporarily. **"Kneen, Gunhilda" entry**. | |
| During the eleventh century, Gertie Keddle wrote in her diary that she hexed a man who came to retrieve a leather-covered ball from her cabbage patch, and she'd "like to see him fly with his knees back to front, the great hairy hog." **"Knee-reversing Hex" entry**. | "A big leather ball landed on my cabbages. I hexed the man who came for it. I'd like to see him fly with his knees back to front, the great hairy hog." (p. 21) |
| The most successful Quidditch team in history, which has won the British and Irish league thirty-two times and the European Cup twice. Their robes are black and white, with one magpie on the chest and another on the back. **"Montrose Magpies" entry**. | The Magpies are the most successful team in the history of the British and Irish League, which they have won thirty-two times. Twice European Champions . . . [they] wear black and white robes with one magpie on the chest and another on the back. (p. 35) |
| This seemingly careless Quidditch move, where the Seeker catches a Snitch up a sleeve, is named for the fastest Snitch catch in British history, when Roderick Plumpton's did so in 1921. **"Plumpton Press" entry**. | Seeker move: a seemingly careless swerve that scoops the Snitch up one's sleeve. Named after Roderick Plumpton . . . who employed the move in his famous record-breaking Snitch catch in 1921. (p. 53) |
| A broom sport popular in Devon, which basically consisted of wizards trying to knock each other off their brooms. **"Shuntbumps" entry**. | Shuntbumps was popular in Devon, England. This was a crude jousting, the sole aim being to knock as many players as possible off their brooms. (p. 6) |
| Quidditch foul which happens when any other player than the Seeker touches the Golden Snitch. **"Snitchnip" entry**. | Any player other than Seeker touching or catching the Golden Snitch. (p. 30) |
| Maori art from the seventeenth century, clearly depicting white wizards on brooms playing Quidditch, are on display in the New Zealand Ministry of Magic here. **"Wellington" entry**. | The New Zealand Ministry of Magic has certainly spent much time and money preventing Muggles getting hold of Maori art of that period which clearly depicts white wizards playing Quidditch (those carvings and paintings are now on display at the Ministry of Magic in Wellington). (p. 41) |
| A high-speed zigzagging maneuver performed to throw off Chasers; perfected by the Woollongong Warriors. **"Woollongong Shimmy" entry**. | Woollongong Shimmy. Perfected by the Australian Woollongong Warriors, this is a high-speed zigzagging maneuver intended to throw off opposing Chasers. (p. 55) |