# Exhibit A

# The Harry Potter Lexicon

*The most complete and amazing reference to the wonderful world of Harry Potter*

*Including magical spells, potions, maps, facts of wizards, of all manner of magical items and devices*

Member of The HP Net

**WHAT'S NEW | ESSAYS | FORUM | STORE | FAQ | HELP | TEXT | A-TO-Z INDEX | SEARCH**

News | Lexicon | Quotes | Galleries

**Harry Potter Quiz**
Are You A Harry Potter Fanatic? Browse Our Fun Quizzes Now!
LifeScript.com

**Harry Potter Ringtones**
Send Complimentary Ringtones to your cell.
BestTones4U.net

**New Harry Potter Movie**
Watch the Hilarious Animated Review of The New Harry Potter Movie!
www.Spill.com

Click on the covers to explore each book... 




**N E W !** Explore the Harry Potter universe with the amazing **Canon Portkey!**

open letter to J.K. Rowling | Order of the Phoenix set reports  1  2  | ultimate guide to Jo's website



**Wizarding World**
Wizarding World
Wizards/Beings
Magic
Places
Bestiary

**Muggle World**
People
Places
Encyclopedia

**Digging Deeper**
Timelines
Reader's Guides
Jo's website
Essays
Forum

**Beyond Canon**
Movies
Games

**The Lexicon**
Search
What's New
Knight Bus Tours
Store
About Us

**Affiliate Sites:**

These web sites have received special permission to use material from the Lexicon to create similar sites for non-English-speaking fans.

L'Encyclopédie Harry Potter (in French)
El Diccionario de los Magos (en Español)

"This is such a great site...my natural home." - JK Rowling



Case 1:07-cv-09667-RPP   Document 37-2   Filed 01/16/2008   Page 5 of 19

original content © 2000 - 2007 The Harry Potter Lexicon
HARRY POTTER, characters, names, and all related indicia are trademarks of Warner Bros. © 2001-2007.
original artwork © 2000 - 2007 The Harry Potter Lexicon
site design and graphics by Steve Vander Ark
NO PART OF THIS PAGE MAY BE REPRODUCED IN ANY MANNER WITHOUT PERMISSION
original page date 11-September-2002
last page update 27-Mar-2007 LWB (FOR NOTES ON RECENT SITE UPDATES, SEE WHAT'S NEW)

The Harry Potter Lexicon

The Floo Network

WHAT'S NEW | ESSAYS | FORUM | STORE | FAQ | HELP | TEXT | SEARCH
News   Lexicon   Quotes   Galleries

Home
Muggle World
Wizarding World
Time Lines
Help/About
Search

back

# Help/About

# The Essays

*"I hope it's not too long--it's two rolls of parchment more than Professor Binns asked for."*
-- Hermione Granger (PA1)

Some of the most popular features of the Lexicon are the essays. They come in all genres, from comedy to literary analysis. They are not really canon, and there was a time when I seriously doubted that it would be a good idea to include them. That was back in the days right after book four came out and we were desperately trying to assimilate a lot of new information into our understanding of the Wizarding World. Then three things happened to make up my mind. First, Alan Jacobs wrote a marvelous essay about the magic in the Harry Potter books. It was published in 2000 in First Things magazine. A few months later, I received his permission to republish it in the Lexicon. Second, I was involved in a lively discussion on Harry Potter for Grown Ups about how many students there were at Hogwarts, (a discussion which is still going on, off and on, even today). Out of that discussion came an essay by me which pulled together all the facts I could find on the subject. Third, Neil Ward wrote an intriguing post on Harry Potter for Grown Ups about the size of Hogwarts Castle. This short essay was speculation, certainly, but it seemed to fit the facts as they were given in the books and it was a wonderfully imaginative look at Rowling's world. So I begged Neil for permission to reprint his essay in the Lexicon. He agreed. These three essays became the first of many to appear in the Lexicon over the years.

Which essay has been the most popular? Morag Traynor's essay about socks has probably generated the most email and has been linked to the most often. Which has gotten the most people upset? I would have to say that Penny's shipping essay certainly kicked up a small storm, but hers isn't the only one to do so. Some people didn't care much for the essay about Ginny especially once book five came out and we all learned so much more about her. And I've probably gotten more arguments about my essays about the timeline than any other essays anywhere on the Lexicon, as you can tell by the fact that I wrote

several essays defending the position of the Lexicon.

Each essay is speculation, of course. Each one is someone's opinion, someone's guess, someone's attempt to put together the details from all the books and answer the questions we have. And all of them are great fun to read. Many of you have asked (some repeatedly) that I create an index of the essays so that you can read them more easily. I suspect that some of you just want to make sure you haven't missed one, tucked away in some dark corner of the Lexicon. So I spent a few hours going through all my files and indexing all the essays. I think I found them all, but there might still be one that escaped my search. I'll update this list if I find any like that.

At any rate, have fun reading.

*Steve Vander Ark*

# The Lexicon Essays

*in chronological order (as best we can determine the dates)*

## 2000
The Limits of Magic by Caius Marcius (12/14/2000)
Harry Potter's Magic by Alan Jacobs (12/14/2000)

## 2001
How Many Students are there at Hogwarts? by Steve Vander Ark (2/7/2001)
How Big is Hogwarts? by Neil Ward (2/17/2001)
Where Does the Name "Knight Bus" Come From? by Morag Traynor (2/22/2001)
Thoughts About Wands by Amy Z. (3/3/2001)
Is Godric's Hollow in Wales? by Steve Vander Ark (3/18/2001)
The Number Twelve by Doreen Rich (4/13/2001, but updated periodically)
Why Change The Triwizard Cup into a Portkey? by Trina Gabbert (4/22/2001)
Everything you Always Wanted to Know About Socks by Morag Traynor (5/1/2001)
Muggle vs. Wizarding Technology by Joywitch Curmudgeon (6/11/2001)
Who Sent the Valentine? by David Frankis (6/21/2001)

Nicolas Flamel and the Philosopher's Stone by Brian Dorband (7/9/2001)
Prejudice: A Great Theme of the Books by Steve Vander Ark (7/15/2001)
George Weasley by Jana Tucker (7/19/2001)
Where Are the Longbottoms From? by S. Hall (7/28/2001)
Spells and Charms: The Nature of Magic by Amy Z. (8/1/2001)
A Magical Worldview by Steve Vander Ark (8/19/2001)
Generations in the Wizarding World by Ebony AKA AngieJ (8/26/01)
An Elegantly Woven Tapestry: Plotlines in *Prisoner of Azkaban* by Amy Z. (10/14/2001)
Descriptive Words in the Books by Rrishi Raote (10/14/2001)
Introduction to Muggle Studies by Edis Bevan (10/24/2001)
Textbooks by Lisa Inman (11/8/2001)
Durmstrang Languages by Eric Oppen (11/24/2001)
NEWTs and OWLs by Jenna (11/26/2001)
A Hogwarts Education: Well-Rounded or Not? by Neil Ward (11/26/2001)
Teachers and Curriculum: Would You Want This For Your Child? by Steve Vander Ark (11/26/2001)
Harry Potter: Pureblood, Half-Blood, or "Mudblood"? by Philip Nel and Caliburn (11/30/2001)
Food and Drink in the Potter Universe by Susanna/pigwidgeon37 (12/2/2001)
The Changing Image of Grownups in the Harry Potter Books by Elizabeth Dalton (12/8/2001)
How Does a Scarlet Steam Train… by Steve Vander Ark (12/21/2001)
Why Do All the Kids Have to Go to King's Cross? by Steve Vander Ark (12/21/2001)
Hogwarts Ghosts by Mike Gray (12/27/2001)

**2002**
Troubles with Time by Steve Vander Ark (1/1/2002)
Magical Ability and Magic Wands by Lisa Inman (1/2/2002)
Familiarity: Key to Understanding Spellwork by Paul Dionne (1/4/2002)
Ginny Weasley: Baby Sister, Best Friend by Tabouli (1/5/2002)
Divination: The Theory and Practice of Prediction by Paul Dionne (1/16/2002)
The Put-Outer and Magic on Privet Drive by Cindysphynx (1/26/2002)
A Unifying Theory by Leroyal Terrell Gould III (3/11/2002)
Wizard Banking by Carlos Velasco Medina (3/28/2002)
Ancient Magic: Magic from Before the Dawn of Time? by Steve Vander Ark (3/28/02)
That Had To Hurt…Or Did It? by Steve Vander Ark (7/8/2002)

When Magic Meets Muggle Technology by Prefect Marcus (7/29/2002)
Fawkes and Gryffindor by Phyllis D. Morris (8/24/2002)
Why Did Harry Do That? by Steve Vander Ark (9/15/2002)

## 2003
Hagrid's Accent by Neil Ward (3/10/2003)
Harry Potter: The Truest Gryffindor of All? by Phyllis D. Morris (4/8/2003)
British Schooling in the 1970s by Diana Summers (4/23/2003)
The Ethics of Rowling by [] (6/24/2003)
The History of the Ministry of Magic by Steve Vander Ark (7/1/2003)
Vanishing Magic by Steve Vander Ark (8/14/2003)
Movement Magic by Steve Vander Ark (8/16/2003)
How Do Duels Work? by Hugo Costa Paes (8/16/2003)
Timeline Facts by Steve Vander Ark (8/23/2003)
Thoughts on Socks by Sandra L. Diersing (9/7/2003)
The Tragedy of Petunia Dursley by Ali Hewison (9/14/2003)
Divination: Two Approaches by Estelle Daniels (9/17/2003)
Partners and Friends: The Developing Relationship Between Harry and Hermione by Penny Linsenmayer (10/19/2003)
Sensitive Writing on a Difficult Subject by Mary Jo Neyer (10/19/2003)
Ginny Weasley, Why? by Water Witch (10/28/2003)
A View of the Map by Steve Beers (11/3/2003)
Those DADA Teachers by Louis F. Badalament II (11/3/2003)
How Safe is Privet Drive? by Jen Reese (11/12/2003)
Surrey: Showing the Location of Little Whinging by Nik the Hermit (11/13/2003)
Echoes of the Past: Street Names of Little Whinging by Nik the Hermit (11/22/2003)

## 2004
The Battle of the Department of Mysteries: An Analysis of the Chase and Battle, June 1996 by Kendall Smiley (1/1/2004)
Luna's Place in the Expanding Circle of Friends by Antosha (1/25/2004)
Hermione's Family by Scott (2/26/2004)
Harry's Things by Morag Traynor (2/29/2004)
Mapping the Harry Potter Timeline by Troels Forchhammer (3/2/2004)
Is Dobby a Communist? by Morag Traynor (3/2/2004)

Imagication in *Harry Potter and the Philosopher's Stone* by Connie Ann Kirk (5/1/2004)
The Riddle of the Potions by Mark B. Hammer (Prefect Marcus) (5/2/2004)
The Age of the Weasleys by Troels Forchhammer (5/2/2004)
Sibylls, Pythia, and Prophecies by Clint Hagen (7/12/2004)
Quirrell's Leave of Absence by Melissa Erin Friedline (8/29/2004)
Voldemort's Agents, Malfoy's Cronies, and Hagrid's Chums: Friendship in Harry Potter By Harald Thorsrud (9/25/2004)
The Early Life of Tom Riddle and the Second World War by Faisal M. Ahmad (9/30/2004)
Parallels, Shipping, and Betrayal by Calliope (10/28/2004)
D'you Really Think They're Suited? by Angua (10/28/2004)
...and I Grew Up With Percy... by Susanna Luhtanen (11/14/2004)

**2005**
"My Dad Didn't Strut...and Neither Do I!" by RemusLupinFan (5/30/2005)
The Art of Unfinishing: HP Fanfiction and the Art of Storytelling by Cornelia Remi (7/1/2005)
Hermione's Love for Ickle Ronniekins by Ellen Smyth (7/7/2005)
The Number Six by Michele L. Worley (8/20/2005, but updated periodically)
The Number Seven by Michele L. Worley (8/20/2005, but updated periodically)
In Search of Little Whinging by Ravenclaw Rambler (10/24/2005)
The Marks of a Villain by Beth Welsh (12/29/2005)
Snape's Change of Allegiance by Cherry (12/29/2005)
Shaken, Not Stirred: The Allegiance(s) of a Certain Potions Master and Spy Extraordinaire by CheshireCat (12/29/2005)

**2006**
Ginny Weasley: A Gryffindor and a Match for Harry by Tim Lambarski (1/1/2006)
Magic, Genes, and Pure Blood by glamourousgeek (1/11/2006)
Merlin, God, and You-Know-Who: Religion in the Wizarding World by glamourousgeek (1/11/2006)
Harry Potter's Astrological Birth Chart by Witherwings (1/14/2006)
In Search of . . . Grimmauld Place by Ravenclaw Rambler (1/16/2006)
Did Albus Dumbledore Set Up Events So That Harry Potter Would Go After the Philosopher's Stone? by Micheal Hagel (1/21/2006)
The Secrets of the Classlist by Diana Summers (1/28/2006)
What is Magical Power in the Potterverse? by Hugo Costa Paes (1/28/2006)
The Complications with Memory by Suzanne Foster (2/11/2006)

Where is Spinner's End? by Claire M. Jordan (2/14/06)
Is Harry a Horcrux? by Stephen Haas (3/18/2006)
*Dumbledore vivens Snapeque bonamicus* by Denis Howarth (3/18/2006)
Love and Death in Harry Potter by Paul Spilsbury (4/3/2006)
The Importance of Neville Longbottom by Douglas Moran (4/3/2006)
Harry Potter and the Good Life by Steven S. Tigner (4/8/2006)
The List by Anita (akh), Jo Mears (Serenadust) and Pippin, with contributions from Lyn J. Mangiameli and Siriusly Snapey Susan (4/16/2006)
Some Thoughts on House Elves by Douglas Moran (4/30/2006)
Another View of Magic, Genes, and Pure Blood by Professor Koniphorus Swamp (4/30/2006)
Genes and Appearance in Animagi by Professor Koniphorus Swamp (4/30/2006)
Opportunity Costs — What does it profit a man to defeat the Dark Lord but lose his soul? by Alan Jacobs (5/10/2006)
How do they make all those books? Publishing in the Wizarding World by pepoluan (5/10/2006)
What Came Before the Hogwarts Express? by Owen de Lyon (June 4, 2006)
Harry and the Horcruxes, by Megan Bostelmann (6/25/2006)
More than You Ever Wanted to Know about Frog-spawn, by Professor Koniphorus Swamp (6/25/2006)
Arthur Weasley's Relationship to Sirius Black: First Forays into the Black Family Tree, by Sylvie Augustus (7/26/2006)
20 Heads Are Better Than One: 1000 Years of Headmasters, by Zachary Seymour (8/13/2006)
Snape's Eyes, Edmund M. Kern (9/16/2006)
The Curious Incident of the Flobberworm in the Night-Time, by Professor Koniphorus Swamp (9/30/06)
High Fidelity (or: How does the Fidelius Charm work?), by Anna L. Black (10/12/06)
The Grail Hallows and Harry Potter, by Bandersnatch (12/24/06)

**2007**
In Search of . . . the Hut-on-the-Rock, by Ravenclaw Rambler (1/1/2007)
How do they do it? An Attempt at a Model for the Physics of Magic by Dr. Immo Garrn (1/1/2007)
Wizard Money, by Anton Generalov aka "XAHrOBEP" (pronounced "Hangover") (2/4/07)
In Search of . . . The Burrow, by Ravenclaw Rambler (2/4/07)
Astronomy in the *Harry Potter* Series, by Mike Weinstein (3/18/07)
*Harry Potter* in London: Platform Nine and Three-Quarters, the Leaky Cauldron, etc., by Quentin Lowagie (4/9/07)
In Search of . . . Platform Nine and Three-Quarters, by Ravenclaw Rambler (7/15/07)
Muggle Magic, by Ravenclaw Rambler (7/15/07)
Marauder Era Ships: Which Ones Sailed?, by hpboy13 (7/16/07)

*The Bendable Vow: Dumbledore's Hand In One Last Legal Loophole*, by D.B. Fwoopersong (7/17/07)
*Quidditch Through the (Weasleys') Ages: Or, The Unusual Career of Charles Weasley*, by Philip Legge (7/18/07)
*An Almanac of Quidditch at Hogwarts*, by Philip Legge (7/18/07)
*Something of Ravenclaw's or Gryffindor's*, by Felicity (7/20/07)
*The Hufflepuff Cup is in the Hogwarts Trophy Room Transfigured into the Medal for Magical Merit*, by Felicity (7/20/07)
*Nagini as Horcrux*, by Felicity (7/20/07)
*House-Elves in Harry Potter and the Deathly Hallows*, by Leanne Bruno (8/26/07)

## The Harry Potter Lexicon

The Wizarding World | The Muggle World | The Books | Timelines | Essays | Everything A - Z
JKR website | Knight Bus Tour | Links | Sources & Abbreviations | Help/About | Search | HOME

The Floo Network: TLC | JKR Quotes | Pottercast | Shop | Forum

original content © 2007 The Harry Potter Lexicon
HARRY POTTER, characters, names, and all related indicia are trademarks of Warner Bros. © 2001 - 2007.
NO PART OF THIS PAGE MAY BE REPRODUCED IN ANY MANNER WITHOUT PERMISSION
original page date 15-November-2003
last page update 26-Aug-2007 PH

 

WHAT'S NEW | ESSAYS | FORUM | STORE | FAQ | HELP | TEXT | SEARCH

Home
Muggle World
Wizarding World
Magic
People
Places
Creatures
Items
Other
Time Lines
Help/About
Search


back

### Visitor's Guide to Hogwarts

# Academics

| On this page: | Related information: |
|---|---|
| - schedule of classes by year<br>  - First Year<br>  - Second Year<br>  - Third Year<br>  - Fourth Year<br>  - Fifth Year<br>  - Sixth Year<br>  - Seventh Year<br>- Ordinary Wizarding Levels (O.W.L.s)<br>- Nastily Exhausting Wizarding Tests (N.E.W.T.s) | - classes<br>- instructors<br>- textbooks<br>- class schedules<br>- essays<br>  - British Schooling in the 1970s<br>  - A Hogwarts Education: Well Rounded or Not?<br>  - N.E.W.T.s and O.W.L.s: an explanation for non-British folks<br>  - Teachers and Curriculum: Would You Want This For Your Child?<br>  - Textbooks at Hogwarts<br>  - See also individual classes' pages for links to subject-specific essays. |

## schedule of classes by year

**First Year:**
classes:

- Astronomy
- Charms
- Defense Against the Dark Arts
- Herbology
- History of Magic
- Potions
- Transfiguration



June: finals (exams)

**Second Year**
Same classes as first year. During the Easter holidays, students choose two or more additional classes for year 3.
**partial list:**

- Ancient Runes
- Arithmancy
- Care of Magical Creatures
- Divination
- Muggle Studies

June: finals (exams)

**Third Year**

Same classes as second year, add two new subjects. Students may drop an elective class if they wish but they are required to continue with the core classes begun in first year.

June: finals (exams)

**Fourth Year**

Same classes as third year, begin preparing for O.W.L.s. Students may drop an elective class if they wish but they are required to continue with the core classes begun in first year.

June: finals (exams)

**Fifth Year**

Same classes as fourth year. Students may drop an elective class if they wish but they are required to continue with the core classes begin in first year.

June: Ordinary Wizarding Levels (O.W.L.s)

**Sixth Year:**

Students don't know what their classes for sixth year will be until after they receive the results of their O.W.L.s. Once they have their O.W.L. results, the students know whether they have achieved the required grades to get into the classes they're interested in for sixth year. On the first day of term, each student meets with his or her Head of House to determine which classes he or she can take. If the student did not pass an O.W.L., he or she discusses options with the Head of House.

If a student achieved the required O.W.L. in a particular subject (which varies from teacher

to teacher), he or she may continue in that subject, but is not required to do so. For example, several (well, all, as far as we know) of Harry's year opted to drop out of Care of Magical Creatures, much to Hagrid's dismay.

June: finals (exams)

**Seventh Year:**

We won't know what the classes are for seventh year until the book comes out, although it is likely that seventh years concentrate on taking classes in their chosen fields.

June: Nastily Exhausting Wizarding Tests (N.E.W.T.s)

# Ordinary Wizarding Levels (O.W.L.s)

At the end of fifth year, each student sits an Ordinary Wizarding Level (O.W.L.) for each of the classes he or she takes. These are standardized tests administered by the Wizarding Examinations Authority; the teachers may proctor exams outside their own subjects but do not attend the Ordinary Wizarding Level (O.W.L.) in their own subjects.

Each O.W.L. has a theory portion, and for applicable classes a separate practical portion is given, so that many O.W.L.s are in two parts, although only one O.W.L. score is given for each subject. See the individual classes for the details of the material covered in the individual exams.

| Pass Grades | - Outstanding (O)<br>- Exceeds Expectations (E)<br>- Acceptable (A) |
|---|---|
| Fail Grades | - Poor (P)<br>- Dreadful (D)<br>- Troll (T) |

# Nastily Exhausting Wizarding Tests (N.E.W.T.s)

At the end of seventh year, each student sits a Nastily Exhausting Wizarding Test (N.E.W.T.) for each of the classes he or she takes. These are standardized tests administered by the Wizarding Examinations Authority, given at the same time and apparently in the same way that O.W.L.s are given to fifth-year students.



---

**The Harry Potter Lexicon**
The Wizarding World: Magic | Places | People | Creatures | Items | Other
The Muggle World | The Books | Timelines | Essays | Everything A - Z

JKR website | Knight Bus Tour | Links | Sources & Abbreviations | Help/About | Search | HOME

The Floo Network: TLC | JKR Quotes | Pottercast | Shop | Lounge

original content © 2000-2007 The Harry Potter Lexicon
HARRY POTTER, characters, names, and all related indicia are trademarks of Warner Bros. © 2001 - 2007.
original artwork Studying © 2001 Laura Freeman, used by permission
NO PART OF THIS PAGE MAY BE REPRODUCED IN ANY MANNER WITHOUT PERMISSION
original page date 28-December-2000
last page update 27-March-2006 MLW





- Home
- Muggle World
- Wizarding World
- Time Lines
- Help/About
- Search

back

WHAT'S NEW | ESSAYS | FORUM | STORE | FAQ | HELP | TEXT | SEARCH
News   Lexicon   Quotes   Galleries

## Essays

# Snape's Eyes

*by Edmund M. Kern*[*]

*Presented at Lumos 2006*
*Las Vegas, Nevada*
*29 July 2006*



How wonderful it is that the second chapter of *Harry Potter and the Half-Blood Prince* is titled "Spinner's End." Wonderful, because, if read ironically, it refers not only to a place, but to Severus Snape's fate, a rubric revealing that the information provided under it is the key to the whole story. Thus, the eponymous teller of tales will meet his destiny in precisely the way the chapter outlines. It is obvious enough who the "spinner" is, since Snape is either spinning Dumbledore or Voldemort. Obvious, too, is his "end"—his fate—since he agrees to kill the headmaster in making an Unbreakable Vow, a step he in fact takes near the end of the book. (As a momentary aside, to which I shall return later, I must apologize to the eternal optimists among you: Dumbledore is good and dead, and Snape did have a hand in killing him.) Yet the title of the chapter is wonderful for another reason. Readers, having followed Harry for nearly three thousand pages know full well that they can't possibly trust what this character says about himself. This "spinner's end" is foreshadowed early on, but we as

readers, on the basis of the precise information the chapter provides, can't possibly know for sure toward *whom* he is spinning, or the reasons behind this particular end. ☒J. K. Rowling has done it again: she sheds new light only to cast new shadows. No character is more doggedly subjected to this treatment than Severus Snape.

But, perhaps, there is a way to judge the actions of Severus Snape? Can we look into his conscience and perceive what lies within? Might we stick to the text of the series, eschewing elaborate suppositions and theories, and give order to textual, formal, literary, and (ultimately) moral evidence in our attempt to fathom the depths of his soul? Perhaps, we should peer into the windows of his soul and discover what Snape's eyes have to tell us?

I want to argue, today, that Snape's eyes are central to unraveling the mysteries of the *Harry Potter* books. How he uses his eyes and what they do raise interesting and troubling questions about his own behavior, as well as about his role in helping or hindering Harry's struggle with Voldemort. Working from the assumption that Snape has been reading Harry's mind since he arrived at Hogwarts as a student, I will seek to explain the Potions Master's behavior toward Harry. Re-interpreting his actions in this light—seeing things with his eyes—answers, in part, why he is cruel and unfair to Harry. Although Snape's animosity toward Harry is genuine—for reasons only partially explained in the series so far—I believe, some of his behavior masks a hidden concern with Harry's safety and welfare. As Snape explicitly tells Harry during his fifth year at Hogwarts, "Eye contact is often essential to Legilimency" (OP24/469). (All page numbers refer to the U.K. editions of the books.) In what follows, I shall apply this insight to an analysis of the Potions Master himself.

☒Rowling's texts themselves seem to invite just such an approach. Readers are introduced to Snape for the first time at a Welcoming Feast where, following a now-notorious description of him as "a teacher with greasy black hair, a hooked nose and sallow skin," they learn that "the hook-nosed teacher looked … straight into Harry's eyes" (PS7/94). They first encounter Snape's own eyes directly near the beginning of Harry's first Potions class, in the following passage:

> His eyes were black like Hagrid's, but they had none of Hagrid's warmth. They were cold and empty and made you think of dark tunnels.
>
> (PS7/102)

Hardly a welcoming sight. But this juxtaposition with Hagrid is telling, for Hagrid lives openly and largely unselfconsciously. Hagrid's eyes, too, speak volumes about his character. There is no better contrast to the closed and restrained Potions Master, unless it is Dumbledore. In fact, it pays dividends to attend to the eyes of still other characters, particularly Dumbledore, whose eyes tend to "twinkle" in moments of great significance, rather than "glitter," as Snape's do. Yet, for today at least, these

other characters are not my main concern.

If we turn to additional textual evidence, we notice both that Snape uses his eyes for a variety of purposes, and that his eyes also frequently act on their own. Snape, himself, looks, watches, gives a piercing look, catches others' eyes, can't see, shoots a look of pure venom, gives a shrewd and calculating look, stares, wears a look, sets his eyes, gives a look of loathing, avoids others' eyes, glares, eyes others, turns to look, surveys with a look of gloating pleasure, peers, does not look, allows his gaze to linger maliciously, lingers to watch, examines, gazes, or (as he does in his final scene with Harry) closes in and looks down. His eyes, in contrast, make you think, fix, glitter, flash, narrow, wander, flicker, flick, bore into others', gleam, have a mad glint, alight, glint, meet Harry's, dart, sweep, fly back, rove, linger, rest on Harry, or meet others'. They sometimes do these things menacingly, dangerously, with malice, malevolently, strangely, unblinkingly, or with loathing in them. They are most often described as black, and the only other adjectives attached to them are cold, empty, fathomless, and dark.

What should we make of this assortment of verbs, adverbs, and adjectives? Whatever his other strengths and virtues, Snape's eyes are not those of a conventionally nice person. His eyes are likewise stereotypically portrayed as villainous. At times his eyes reveal that he delights in evil. But what might a more systematic analysis of Snape's eyes and the uses to which he puts them reveal?

By my count, Snape appears in eighty-one scenes in the six books of the *Harry Potter* series published so far. He is *mentioned* in numerous others, of course, but I find that what others say about this seemingly most untrustworthy of characters is, itself, often—if not usually—untrustworthy. We just don't know if the characters are telling us the truth. The scenes that I have identified and tabulated, therefore, are accounts of events directly witnessed by Harry or, in one instance, the report of a near-omniscient narrator. In them, we as readers witness Snape doing something, saying something, or reacting to something. In many respects, assessing Snape's actions, words, and reactions is no less fraught with uncertainty than assessing what others say about him, because they are almost always related by a focalized narrator providing us with only Harry's thoughts. But on the basis of these eighty-one scenes, we can hold Snape accountable for his own behavior, at least, even if our understanding of it is inflected by Harry's own.

In keeping with my current purposes, I'll limit myself to an interest in only two kinds of Snape's behavior, as indicated above: what he does with his eyes or what his eyes themselves do. In fifty-two scenes (or sixty-four percent of the time), we witness one or the other type of behavior. He engages in the various kinds of looking mentioned above in thirty-eight scenes, and his eyes do the things listed in thirty-four. There is some important overlap among these scenes, since in twenty of them, we witness both Snape using his eyes and his eyes doing something. I need hardly add that these twenty scenes include some of the most dramatic and significant of the series. Yet, this count leaves twenty-nine scenes (thirty-six percent of the total) in