**Exhibit B**



# A

**Abbott** Family name on a headstone in the graveyard in Godric's Hollow, probably ancestors of Hannah, since wizarding families tended to live close together in certain villages after the Statute of Secrecy went into effect in 1692 (DH16).

**Abbott, Hannah** (b. circa 1980, Hufflepuff, 1992, Prefect 1995-1998) A pink-faced blonde girl who wears her hair in pigtails (PS7), Hannah is a close friend of Ernie Macmillan (CS11, CS15), who shares her hobby of collecting chocolate frog cards (GF19). Both Hannah and Ernie became prefects in August of 1995 (OP10) and joined Dumbledore's Army that October (OP16). Hannah's mother was killed by Death Eaters (HBP11) during her sixth year at Hogwarts and Hannah left school. She returned in May of 1998 to fight in the Battle of Hogwarts (DH36).

**Abbott, Mrs.** (d. 1996) Hannah's mother. She was found dead in the fall of 1996, murdered by Death Eaters (HBP11).

**Abercrombie, Euan** (b. 1984, Gryffindor, 1995) A small boy with prominent ears; it's implied that at the beginning of his first year that he believed the *Daily Prophet*'s smear campaign against Harry (OP11).

**Aberdeen** Aberdeen is a city of about 100,000 people on the eastern coast of Scotland. Modesty Rabnott's sister Prudence lived in Aberdeen, according to a thirteenth-century letter on display in the Museum of Quidditch (QA4). During Harry's first trip on the Knight Bus, the bus moved to Aberdeen abruptly, spilling his hot chocolate (PA3).

**Abergavenny** Abergavenny is a market town located in southeastern Wales on the English border. This is where the Knight Bus dropped off Madam Marsh on 6 August 1993 (PA3).

**Abominable Snowman** Another name for the yeti, a magical creature from the mountains of Tibet (FB).

**Abraxan** A breed of winged horse, the Abraxan is a gigantic, extremely powerful Palomino (FB). Madame Maxime, headmistress of Beauxbatons, breeds them (GF23), and the winged horses that pull her carriage are Abraxans. They

drunk only single malt whisky and require "Graceful handling" (GF15)

**"abstinence"** After over-indulging during the Christmas holidays, the Fat Lady decided that "abstinence" would be the new password to get into the Gryffindor common room (HBP17).

**Abyssinia** Another name for Ethiopia, and presumably the home of the Abyssinian Shrivelfig (PA7).

**Abyssinian shrivelfig** Second-year Herbology students work with these plants, learning to prune them (CS15). When peeled, shrivelfigs are used as an ingredient in Shrinking Solution (PA7).

**Acanthia Way** A street in Little Norton, and, at number eighteen, home of Doris Purkiss, the witch who told *The Quibbler* that Sirius Black was actually Stubby Boardman (OP10).

**Accidental Magic Reversal Squad** A team of wizards, including Obliviators, who step in when Muggles have been exposed to magic or when magic goes wrong. The team members fix any damage, undo any magical effects, and modify the memories of the witnesses so they don't remember seeing anything unusual. The Squad was called in to 'unscrew' Aunt Marge and put that situation to rights (PA3). They deal with cases of Splinching (GF6). The Squad is headquartered on Level Three of the Ministry of Magic, part of the Department of Magical Accidents and Catastrophes (OP7). *In early editions of book three, the Squad was referred to as the Accidental Magic Reversal Department* (PA3)

**Accio** (AK-ee-oh or A-see-oh) "Summoning Charm" / "Accio"/ L. *send for, summons*
Causes an object to fly to the caster, even over quite some distance; the target object is said to have been "Summoned". It would seem that the caster must know at least the general location of the object Summoned. Harry first learned the Summoning Charm for the First Task of the Triwizard Tournament, when he Summoned his Firebolt to him so he could fly around and past the Hungarian Horntail (GF20). An object can be placed under counter-enchantments to prevent it being Summoned magically. The stone basin in the Horcrux cave and Hufflepuff's cup in Gringotts had both been placed under such counter-enchantments (DH10, DH26)
*The pronunciation of this spell has been debated by fans. The "official" pronunciation from Scholastic is "A-see-oh." This is the pronunciation used in the audio version of the books.*

**Accountant** Molly Weasley's second cousin is a wizard but an accountant. This mundane profession is enough to embarrass the rest of the family, Ron says that they never talk about him (PS5). *In early drafts of book four, this second cousin was the father of Mafalda, a rude Slytherin girl. Rowling discusses the accountant cousin on her website, referring to him as a cookiebaker who married a Muggle. We works that he was very rude to the Weasleys. When he discovered that his daughter was a witch, he sent her to live at the Burrow for the summer after her first year at Hogwarts. This part of the story was eventually dropped* (JKR).

**Achievements in Charming** A book with sharp edges, as Harry learnt when Hermione kept snatching it away from him to "check that she had got the answer completely right" while he was

testing her the day before their Theory of Charms O.W.L. (OP31).

**Acid Pops** Magical sweets, sold at Honeydukes, which will burn a hole right through your tongue (PA10). One of the passwords for admittance to Dumbledore's office (HBP10).

**Ackerley, Stewart** *(Ravenclaw, 1994)* Hogwarts student (GF12).

**Ackerly Town Hall** This town hall was the site of a concert which included the final performance of the unfinished "Wizarding Suite" composed by Musidora Barkwith. The exploding tuba featured in this concert blew the roof off the Ackerly Town Hall in 1902, and the piece has been banned from performance ever since (fw).

**aconite** Extremely poisonous plant (hence its other name of wolfsbane). It is also called monkshood because the shape of the flowers somewhat resembles a monk's cowl (PS8)

**Acorn, the** A tea leaf fortunetelling symbol, from *Unfogging the Future* pages five and six, which means "windfall, unexpected gold" (PA6)

**Acromantula** A gigantic black spider (legspan may reach up to fifteen feet) with a poisonous bite, the Acromantula is an anomaly in the beast/being classification system. While capable of human speech, the Acromantula is classified as a beast rather than a being due to its violent tendencies. It is native to Borneo (FB), where it is believed to have been a wizard-bred species, serving as an example of why the ban on Experimental Breeding was put into effect. While a student at Hogwarts,

Hagrid raised an Acromantula named Aragog in the castle until he was found out, and he released it into the Forest (CS). An Acromantula was stationed at the center of the Triwizard Tournament maze guarding the Triwizard Cup (GF31, OP16). Acromantulas fought on the side of the Death Eaters in the Battle of Hogwarts (DH32)
*"acro" from "akros" / . greek + "mantula" from "tarantula" Eng. a species of large black spider*

**Acromantula (Rune)** A rune for the number 8, according to the book *Ancient Runes Made Easy* A reference to the eight eyes of the giant spiders (JKR)

**Acromantula venom** Almost impossible to collect from a living Acromantula because this highly useful venom dries out not long after an Acromantula's death. As a result, the venom may fetch as much as one hundred Galleons a pint (HBP22).

**action figures** At the Quidditch World Cup, Ron brought a small model of Viktor Krum, the famous Bulgarian Seeker, which walked around and scowled (GF7) and even mimicked the real Viktor Krum's posture and way of walking (GF9). After Viktor Krum took Hermione to the Yule Ball, Harry found the arm of the little model lying on the floor of the boys' dormitory Ron had apparently broken it (GF24). Fifi and Fleur's wedding cake was topped with two model phoenixes that took flight when the cake was cut (DH8). Xenophilius Lovegood and his daughter Luna have delicately-made models of creatures, all flapping wings or snapping jaws, hanging from their ceiling at home. Harry couldn't recognize them after four years of Care of Magical Creatures

lessons, so they must have been pretty odd (DH20)

***Advanced Potion-Making*** by Libatius Borage  The N.E.W.T.-level textbook for Potions during Harry's sixth year (HBP9), which cost nine Galleons brand-new (HBP11). The book was written around the year 1946 (HBP15). The book contains instructions for making the Draught of Living Death starting at page 10 (HBP9). The copy Harry borrowed had once belonged to someone calling himself "the Half-Blood Prince" and was filled with scribbled notes (HBP11).

***Advanced Rune Translation***  Hermione was reading a copy of this after her pre-sixth year trip to Diagon Alley, presumably it is one of the N.E.W.T.-level Ancient Runes textbooks (HBP7).

**"The Adventures of Martin Miggs, the Mad Muggle"**  A comic book Ron has in his bedroom at the Burrow the first time Harry visits (CS2).

**Aeaea**  In ancient Greece, the legendary island of Aeaea was the home of the famous sorceress Circe (FW).

**Aesalon, Falco**  An ancient Greek wizard who was the first recorded Animagus. He could transform himself into a falcon (FW).
*"falcon" = L. "falcon", in Muggle science his name is part of the scientific name of the species*

**Aethonan**  A breed of winged horse, chestnut in color, which lives mainly in Britain (FB)

**Aging Potion**  Causes the person drinking it to grow older. The more one drinks Aging Potion, the more one ages. Fred Weasley, George Weasley, and Lee Jordan took a few drops of Aging Potion in an attempt to fool the Age Line around the Goblet of Fire into thinking that they were a few months older. The Line wasn't fooled. They were thrown back out of the circle, after which they sprouted full beards (GF16)

**Age Line**  A thin golden line drawn on a floor, which affects anyone who crosses it if they are too young. Albus Dumbledore drew an Age Line around the Goblet of Fire to keep away anyone who was not yet seventeen years old (GF16)

**Agnes**  Patient in the Janus Thickey ward for permanent spell damage at St Mungo's Hospital. Agnes' entire head is covered with fur and she barks instead of speaking. The Healer told her that her son would soon visit and had sent her several Christmas gifts (OP23).

**Agrippa, Cornelius**  *(1486-1535)*  Full name Heinrich Cornelius Agrippa von Nettesheim. Agrippa appears on a Chocolate Frog trading card, which reads "celebrated wizard imprisoned by Muggles for his writing, because they thought his books were evil" (PW, PS6). Ron tells Harry that "Agrippa" is one of the Chocolate Frog cards he is missing from his collection (PS6)

***Aguamenti*** *(AH-gwa-MEN-tee) / "aqua" "mentis" L. mind*  Charm that conjures a fountain or jet of clear water from the caster's wand. This spell can be used for putting out fires (HBP11, 17, 26, 28, DH12, 31)

**Ainginein**  An Irish broom game (QA2)

**Albania**  A small European country along the Adriatic Sea. Shortly after the founding of Hogwarts, Helena Ravenclaw, the daughter of Rowena Ravenclaw, stole her mother's diadem and hid it in a hollow tree in the forests of Albania. A thousand years later, the ghost of Helena revealed the hiding place to Tom Riddle, who recovered the diadem and turned it into a Horcrux (DH31). As Voldemort Riddle fled to Albania when he lost his body in 1981 (GF33).

**Alderton**  Alleged Muggle-born accused of "stealing magic" and sent to Azkaban by the Muggle-born Registration Commission. Claimed to be the son of Arkie Alderton, a wizard (DH15)

**Alderton, Archibald**  *(1568-1623)*  Famous for blowing up the hamlet of Little Dropping in Hampshire while attempting to magically mix a birthday cake (FW)

**Alderton, Arkie**  Well-known broomstick designer (DH15). Probably the eternal proprietor (or his namesake) of "Arkie Alderton's Kwik-Repair Shop" for magical broomsticks (BLC).

**Algie, Great Uncle**  Algie tried to trick Neville into showing some magical ability as a child. Pushed him off the end of Blackpool Pier once and nearly drowned him. Algie held Neville out of an upstairs window when he was eight and accidentally dropped him, only to see the boy bounce all the way down the garden and into the road; this was cause for great rejoicing in the Longbottom family. Algie bought Neville Trevor the Toad

(PS7) and a *Mimbulus mimbletonia* (OP10) for Neville

**Alguff the Awful**  Foul-smelling goblin nuisance who is well-known throughout the goblin world for trying to sell vials of his sweat to a Dungbomb manufacturer (FW)

**Alihotsy**  Magical plant, eating the leaves causes hysteria (JvR)

**All-Africa Cup**  The top trophy among African Quidditch teams. It has been won twice by the Gimbi Giant-Slayers (QA8).

**All-England Best-Kept Suburban Lawn Competition**  In order to get the Dursleys out of the house so they could rescue Harry, the Order of the Phoenix sent a letter to Vernon telling him that he was on the short list to win a fictional All-England Best-Kept Suburban Lawn Competition and the family needed to attend the prize-giving. Tonks cheerfully announced that she'd sent the letter (OP3)

**All-England Wizarding Dueling Competition**  Alberta Toothill won the All-England competition in 1430 with a Blasting Charm. She defeated Samson Wiblin, who was the favorite to win (FW)

alley behind the Leaky Cauldron  Though nondescript, this alley is one of the primary gateways in Britain from the Muggle world into the wizarding world. Tapping the right combination of bricks in the wall opens a magical portal into Diagon Alley (PS5).

alley between Wisteria Walk and Magnolia Crescent  Located in Little Whinging, a block or two from

number four, Privet Drive, this alley has been the scene of two of the biggest collisions between Harry's Muggle home and the wizarding world. In August 1993, Harry fled down this alley after blowing up Aunt Marge. Here he saw Sirius in his Animagus form and accidentally hailed the Knight Bus (PA3). Two years later, in July 1995, two Dementors sent by Dolores Umbridge attacked Harry and Dudley in the alley (OP1).

**Alohomora** *(AL-o-ho-MOR-ah) / "aloha" Haw. farewell + "mora" L. obstacle*  Charm that causes a locked door to open. Some doors are charmed in a way that makes them impervious to this spell (CS14).

**Amortentia** *"amor" L. love + "tempto" L. try to influence or tempt* Amortentia is the most powerful love potion in the world (HBP9), recognizable by its distinctive mother-of-pearl sheen and by the fact that its steam rises in characteristic spirals. The potion smells differently to different people according to what attracts them (HBP9).

**amulets** Lockhart claimed to have dealt with a case of Transmogrifian Torture in Ouagadougou by giving the townsfolk various amulets (CS9). When the students realized that a monster was attacking Muggle-borns, a booming trade in magical remedies and defenses was carried on in secret, including protective amulets. Most if not all of the items for sale were fake (CS11).

**Anapneo** *(ah-NAHP-nay-oh) / "anapneo" Gr. "breathe"* Spell that clears the target's airway, if blocked. Can be used when someone is choking (HBP7).

ancient magic  The old magic, also referred to as ancient magic, is magic which is not cast by wizards with wands. It is part of the "magical-ness" of the universe. This ancient magic cannot be altered or blocked by the actions of wizards. Rather, it must be taken into account and accepted as part of the way the world functions. In some cases, this magic can be invoked, but usually it simply exists when certain conditions are present, particularly as the intentions and attitudes of wizards. Some examples of ancient magic include:

Complete self-sacrificial love gives magical protection, as we see both in the protection that Lily gave her son by dying for him (esp. GF33) and the protection Harry gave to the rest of the Wizarding world by willingly going to his death for them (DH34-36).

Saving another person's life creates a life debt. Snape owed James a life debt because James saved him from meeting Lupin in werewolf form (PS17), a debt compounded by the fact that Snape caused the death of James years later. Snape turned to the side of good in part because of this debt (DH33). Wormtail owed Harry a life debt because the boy spared him in the Shrieking Shack (PA19). Several years later, Wormtail hesitated instead of killing Harry and died as a result (DH23).

Dragons are protected by ancient magic that imbues their thick hides (GF20)

Wandlore is a complicated and mystical form of magic which draws on ancient magic that few understand (DH24).

**Ancient Runes** Magical symbols and hieroglyphs used for writing some old texts (DH17) and for other magical writing. Students at Hogwarts can take an elective class in Ancient Runes which is taught by Bathsheba Babbling. The textbooks for this class include various rune dictionaries, *Ancient Runes Made Easy* (CS14, JKR), *Magical Hieroglyphs and Logograms*, and *Spellman's Syllabary* (OP26). Rune symbols are carved around the edge of *Dumbledore's Pensieve* (GF30).
KNOWN RUNES
Demiguise (zero)(JKR)
Unicorn (one)(JKR)
Graphorn (two)(JKR)
Runespoor (three) (JKR)
Fwooper (four) (JKR)
Quintaped (two)(JKR)
Salamander (six) (JKR)
Acromantula (eight) (JKR)
Hydra (nine) (JKR)
Ehwaz – partnership (OP31)
Eihwaz – defense (OP31)

***Ancient Runes Made Easy***  Hermione began reading this during her second year, not long after signing up to take Ancient Runes the following year (LS14). One page of this book shows a collection of magical creature-related runes which stand for the numbers zero through nine. Interestingly, the symbol for the number seven is not identified because it has yet to be discovered (JKR).

**Andorra**  Located in the mountains between Spain and France, tiny Andorra is one of the smallest countries in the world. However, it has a Ministry of Magic (GF28) and participates in international affairs.

**Andros the Invincible**  This ancient Greek wizard is alleged to have produced a Patronus the size of a giant (FW).

**Anglesey**  Anglesey is an island off the west coast of Wales, almost due east

across the Irish Sea from Dublin. It is one of the places the Knight Bus visited the first time Harry rode it (PA3) through the Knight Bus then moved abruptly to Aberdeen on the other side of Britain.

**Animagi / Animagus**  *Animagus (an-i-MAH-jee) OR (an-i-MAY-jus), "animal" L. animal + "magus" Pers. magic user plural: Animagi*  An Animagus is a witch or wizard who has the ability to Transfigure herself/himself into an animal at will while retaining the ability to think as a human. Complex and difficult magic is required for this transformation. The magic is performed without a wand (e.g. PA19) or incantation. An Animagus' physical condition and appearance as an animal reflects his or her physical condition in human shape. For example, Peter Pettigrew's rat Animagus form lacked a toe on one of his front paws because he had lost a finger (PA19). McGonagall's cat form has square markings around its eyes like her spectacles (PS1). The Improper Use of Magic Office maintains a register of all known Animagi (PA19).

**Animagi registry**  The Improper Use of Magic Office maintains a register of all known Animagi. The register is a matter of public record. Hermione Granger at age thirteen could consult it for the information therein, including the names of registered persons (PA19). For each known Animagus the Ministry records the kind of animal and distinguishing markings (GF26). The penalties for failing to register with the Improper Use of Magic Office are rather severe, as the threat of exposure is an unregistered Animagus was enough to persuade Rita Skeeter to take a year off from her role as a scandal-mongering reporter (GF37). There are only six names

on the list from the twentieth century (PA19).

**Animagus Transfiguration** *"anima" L. animal + "magus" Persian. magicness.* The Transfiguration by which an Animagus changes between human and animal form. The animal form is sometimes referred to as the witch or wizard's Animagus form.

**Annual Broom Race of Sweden** This internationally-famous event, which started in the tenth century, takes place in Sweden. Contestants race from Kopparberg to Arjeplog, a route which takes them through a Swedish Short-Snout dragon reservation. The prize is an enormous silver trophy in the shape of a Swedish Short-Snout (QA2).

***Annual Daily Prophet Grand Prize Galleon Draw*** In the summer of 1993, Arthur Weasley won this annual prize of 700 Galleons, which is the equivalent of £5500 (PA1).

**Annual International Wizarding Gardening Competition** includes many interesting divisions including the Convening Cereals competition (JHP7).

**antechamber** An antechamber is a small chamber adjacent to a larger room. There is an antechamber connected to the Great Hall, through a door behind the teachers' table, with a fireplace and many portraits (including that of the Fat Lady's friend Violet)(GF17, 31). After the Battle of Hogwarts, Voldemort's body was placed in a chamber off the Great Hall rather than let it be with the bodies of those who had died defending the castle (DH36).

***Anthology of Eighteenth Century Charms, An*** One of the books that Harry, Ron, and Hermione examined while preparing for the second task (GF26).

**Anti-Burglar Buzzer** Presumably this magical device or charm buzzes when anyone tries to steal the item it's attached to (GF8).

**Anti-Cheating spell** Cast on quills at Hogwarts before exams (PS16)

**Anti-Dark Force Spell** Whatever spell Quirrell cast to protect the Philosopher's Stone, Ron assumed it would be an "Anti-Dark Force spell" of some kind. As it turned out, Quirrell had set a troll on guard because he was particularly good at defeating them (PS15).

**Anti-Disapparition Jinx** Prevents someone from Apparating. Most wizarding dwellings are magically protected against unwanted Apparition, according to Albus Dumbledore, who confirmed that "you can't Apparate anywhere inside the buildings or grounds" of Hogwarts (HBP4). However, the Headmaster of Hogwarts can temporarily lift the restriction from a specific area of the school for short periods, so that someone already within that area can Apparate to another place within the same area, although they cannot leave the area by Apparition (HBP18).

**antidotes** There are antidotes for many poisons and for potions effects. Perhaps the most effective is a bezoar, which will act as an antidote to most poisons (PS8, HBP18-19). Mandrakes are an ingredient in most antidotes (CS6).

**anti-gravity mist** An innocent-looking magical mist which hovers above the ground. A person stepping into this mist immediately finds that up and down have reversed and they are hanging from the ground over the endless sky. Harry encountered the mist in the maze of the third task (GF31)

**anti-jinx** Any of a variety of spells which are cast to reverse or block the effects of a jinx (PA12, OP9, HBP5).

**Antipodes** Another name for the south Pacific region that includes Australia and New Zealand, the home of the Antipodean Opaleye dragon (FB).

**Antipodean Opaleye** Species of dragon native to New Zealand (and Australia). The Opaleye has iridescent, pearly scales and glittering, multicolored eyes with no pupils. The flame of an Opaleye is bright red.

**antler jinx** Causes the victim to sprout antlers. Pansy Parkinson was hit with this spell and had to miss some classes (OP30).

***Apparecium*** *(a-par-EE-see-um) / "appareo" L. to appear.* Makes invisible ink become visible. Hermione tried this on Riddle's diary, but it had no effect (CS13)

**apothecary** A shop selling potion ingredients in Diagon Alley (PS5).

**Apparition** */A-pa-RI-shun/ from "appareo" L. to appear.* Apparition is an advanced spell used by fully trained witches and wizards to disappear from one place and appear almost instantly somewhere else. A person who uses this spell is said to Apparate, and they are referred to as an Apparator. The sensation of Apparating is like being squeezed through a thick rubber tube (HBP4). Apparition is difficult magic, and some wizards choose to stick with using brooms. Performed incorrectly Apparition can result in the caster being "splinched", leaving part of one's body behind (GF5, DH14, DH19). According to Harry's Apparition instructor, Wilkie Twycross, this happens when the caster is insufficiently determined (HBP18)

Apparition becomes more difficult as distance increases. Only highly trained wizards would try intercontinental Apparition (QA9). Even Voldemort didn't try it (DH23). Wizards must pass a test to obtain a license to Apparate. To take the test, the applicant must be of age in the wizarding world (at least seventeen) (HBP4). Wilkie Twycross taught a twelve-week class for sixth year students at Hogwarts in Apparition. He explained that there are three D's in performing Apparition: destination, determination, and deliberation (HBP18).

Most wizarding dwellings are not magically protected from unwanted Apparators, but Apparating directly into a wizarding house is considered just as rude as walking down the front door (JHP4). According to Remus Lupin, it's impossible to track anyone who Apparates. If, however, a person grabs hold of a wizard as they Apparate, that person is taken along to the destination by Side-Along Apparition (DH11)

**Apparition, Side-Along** A form of Apparition in which the Apparator touches someone else such as a child too young to Apparate, and Apparates with that person as a "passenger" (HBP5, 4, 25, DH3, 11).

**Apparition Test Center** To legally Apparate, a witch or wizard must be of

age and must successfully pass a test to acquire a license. To pass the test, the candidate must successfully Apparate to a specified destination without splinching himself or herself (GF6, HBP22). The Ministry of Magic offers a twelve-week series of Apparition lessons from a Ministry of Magic instructor, presumably each year. The cost for these lessons in Harry's sixth year was twelve Galleons. The lessons begin in January and are open to all students who will be of age on or before 31 August (that is, before the next school year begins). The lessons take place every Saturday; extra, heavily supervised practice sessions can be arranged (HBP17). The test center is located on level six of the Ministry of Magic, part of the Department of Magical Transportation (OP7).

**Appleby Arrows** Quidditch team from the small town of Appleby in northeast England, southeast of York. The team was founded in 1612. Their robes are pale blue with a silver arrow on the chest. The Arrows defeated the then-champion Vratsa Vultures in a sixteen-day upset match in 1932. The team's supporters used to fire arrows into the air from their wands to celebrate goals, but this practice was banned in 1894. The Arrows are fierce rivals of the Wimbourne Wasps (QA7).

*Appraisal of Magical Education in Europe, An* This book discusses, among other things, Beauxbatons Academy of Magic (GF9, GF11).

**aquavirius maggot** Luna spotted pale blobs floating in the huge tank in the Department of Mysteries and incorrectly identified them as aquavirius maggots. They were in fact brains (OP34).

**Aragog** (c. 1942–1996) A male Acromantula, acquired as an egg c. 1942 by Hagrid from a traveller. Hagrid hid Aragog in a cupboard in the castle and cared for him on table scraps until Aragog's existence was exposed by Tom Riddle. At that point Hagrid was expelled, but he managed to release Aragog into the forest, where the Acromantula spent the rest of his life. Hagrid later found a mate for Aragog, named Mosag, and they had many offspring, the entire colony remained deep in the forest. Harry and Ron first encountered Aragog and his family in May of 1993 and barely escaped with their lives, although out of respect for Hagrid Aragog neither sought out humans as prey nor permitted his family to do so (CS15). At the end of his life, Aragog was the size of a small elephant, his coloration was mixed with grey and he had gone blind, evidently due to cataracts (CS15). Aragog died of old age in the spring of 1997 (HBP22).
"are" from "araneo", L. spider + "gog" from "Gog", a legendary giant

**Arbroath** A town on the east coast of Scotland. In 1107, Godric Lochrin suffered much discomfort after flying a splintery broomstick from Montrose to Arbroath (QA1).

**Archie** Old wizard with a penchant for flowered nightgowns when he had to dress as a Muggle. Archie refused to wear trousers at the World Cup campground, saying that he liked "a healthy breeze around his privates" (GF7).

**Arcus** One of two wizards thought to have taken the Elder Wand from Loxias (DH21).

**Argentina** Argentina is the second largest country in South America and

features a little bit of everything, from mountains to coastline. Its national Quidditch team reached the World Cup quarterfinals within the last century (QA8).

**Argyllshire** A map of Argyllshire, a county in western Scotland, hangs on the second floor of Hogwarts. This map is where the Fat Lady hid after Sirius Black attacked her (PA9).

**Arithmancy** Arithmancy is a branch of magic that is concerned with the magical properties of numbers; someone who practices Arithmancy is called an Arithmancer. There have been famous Arithmancers in history who have added to magical knowledge. For example, in the 1200s, Bridget Wenlock, a famous Arithmancer, discovered the magical properties of the number seven (FW). An OWL in Arithmancy is required to apply for a curse-breaker's job at Gringotts' (OP29). Arithmancy at Hogwarts is taught by Professor Vector. In her class, students are expected to write essays and to be able to understand complicated number charts, which are part of their homework (PA12). Hermione Granger appears to be the only Gryffindor in her year who attempted an OWL in this subject (which is her favorite) (PA12, PA16).

**Arjeplog** A small city in the foothills of the mountains in northern Sweden. Arjeplog has for over a millennium been the location of the finishing line for the annual broom race of Sweden (QA2). It is also less than three hundred miles away from a Swedish Short Snout dragon reservation, which is most likely in the higher parts of the mountains

**Arkin Alderton's Kwik-Repair Shop** This shop is the place to go for a wizard whose Nimbus 2000 "has a terrible knack of veering left" (JKR).

*Armando Dippet: Master or Moron?* A bestselling biography written by Rita Skeeter about one of the headmasters of Hogwarts (DH13).

**armor** Hogwarts contains many enchanted suits of armor, some of which stand on plinths around the castle (TBB12), while others are in an armor gallery. They move on their own, muttering and creaking and watching as people pass by (e.g. CS3, GF15). At Christmas time mysterious lights (everlasting candles, evidently) shine from inside every suit of armor in the castle (PA11, HBP15). During some years they are bewitched to sing Christmas carols as well (GF23). The armor in the castle was summoned to fight against the Death Eaters in the Battle of Hogwarts (DH30).

**armor, goblin-made** Some armor in the wizarding world is made by goblins, and is quite valuable. (e.g. HBP20). According to Phineas Nigellus, goblin-made armor does not require cleaning, because goblins' silver repels mundane dirt, imbibing only that which strengthens it, such as basilisk venom. In this context, "armor" also includes blades such as swords (DH15).

**armor-bewitching charm** Bewitches a suit of armor to sing Christmas carols. This charm was used as part of the Christmas decorations in 1994. Unfortunately, a suit of armor so enchanted is still not a particularly clever thing, so many of them didn't know all the words to the songs. Peeves took to hiding inside the armor and filling in the