# Exhibit C

The Harry Potter Lexicon
proud member of
The Floo Network
News Lexicon Quotes Galleries

WHAT'S NEW | ESSAYS | FORUM | STORE | FAQ | HELP | TEXT | SEARCH

Home
Muggle World
Wizarding World
Magic
People
Places
Creatures
Items
Other
Time Lines
Help/About
Search
back

# Magic and Magical Theory

Magical Theory - Reference - History of Magic

Magic is what sets folks in the wizarding world apart from their Muggle neighbors. Magic is the heart and soul of the wizarding culture in the same way that science and technology are the heart and soul of Muggle culture. Where a Muggle would pound a stake into the ground using a sledge hammer (a simple machine), a wizard would use a wand. Both the Muggle and the wizard view their choice of tool as completely and utterly logical and ordinary, although each would find the other's tools fascinating and even mysterious.

The basic concepts of magic are fairly simple -- even a two-year-old wizard can do some form of magic -- but the inherent power and potential for misuse are great indeed. It is for this reason that promising young witches and wizards are sent off to Hogwarts and other schools of magic to refine their craft and learn the art and responsibility of their power. At Hogwarts, students learn a variety of magical specialties as well as general theory and the history of magic in their world.

Magical Theory

*"I don't believe in witchcraft, though I've lost count of the number of times I've been told I'm a practicing witch. Ninety - let's say ninety five percent at least, of the magic in the books in entirely invented by me. And I've used things from folklore and I've used bits of what people used to believe worked magically just to add a certain flavor, but I've always twisted them to suit my own ends. I mean, I've taken liberties with folklore to suit my plot."*
- J.K. Rowling on magic in the books (HPM)

Rowling spent the first five years of creating the Harry Potter books working on "the rules" for her fictional universe. She doesn't spell out these rules in the books, but she drops plenty of hints. In order for the ordinary "Muggle" reader to better understand the way things work in the world she created, the Lexicon presents a series of essays detailing these rules, as far as we can discern them. None of these essays was written by Rowling herself, but each is based on careful analysis and interpretation of events in the stories.

### Wand, Word, and Will: How Magic Works

- Ancient Magic: Magic from Before the Dawn of Time? essay by Steve Vander Ark
- Familiarity, A Key to Understanding Spellwork essay by Paul Dionne
- Harry Potter's Magic essay by Alan Jacobs
- Limits of Magic essay by Caius Marcius
- Magical Ability and Magic Wands essay by Lisa Inman
- Magical Devices and their Muggle Counterparts essay by Steve Vander Ark
- A Magical Worldview
- Muggle vs. Wizarding Technology essay by Joywitch M. Curmudgeon
- Spells and Charms: The Nature of Magic essay by Amy Z.
- Thoughts About Wands essay by Amy Z.
- When Magic Meets Muggle Technology essay by PrefectMarcus

# Magical Reference





The Complete Guide to Magic provides a complete guide to all the magical spells, devices, potions, and terms (as well as links to the Lexicon's individual encyclopedias and directories for specific areas of interest).

| Fields of Magical Study | Types of Magical People | Categories of Magic |
|---|---|---|
| Arithmancy<br>Charms<br>The Dark Arts<br>Divination<br>Herbology<br>Legilimency<br>medical magic<br>Occlumency<br>Potions<br>Transfiguration | Animagus<br>Arithmancer<br>Legilimens<br>Metamorphmagus<br>Occlumens<br>Parselmouth<br>Seer | Movement Magic<br>Vanishing Magic<br>Offensive/Defensive Magic<br><br>Curses, Hexes, and Jinxes |

## History of Magic

**some notable events in the history of the wizarding world**

**The Harry Potter Lexicon**

**The Wizarding World | The Muggle World | The Books | Timelines | Essays | Everything A - Z**
**JKR website | Knight Bus Tour | Links | Sources & Abbreviations | Help/About | Search | HOME**

**The Floo Network: TLC | JKR Quotes | Pottercast | Shop | Forum**

original content © 2001-2006 The Harry Potter Lexicon
HARRY POTTER, characters, names, and all related indicia are trademarks of Warner Bros. © 2001 - 2006.
NO PART OF THIS PAGE MAY BE REPRODUCED IN ANY MANNER WITHOUT PERMISSION
original page date 26-December-2000
last page update 17-April-2006 MLW



The Harry Potter Lexicon
Proud member of The Floo Network
leaky · lexicon · quotes · shop · pottercast · galleries

WHAT'S NEW? | LOGIN/REGISTER | CANON PORTKEY | FAQs | SOURCES | ABBREVIATIONS | EVERYTHING A-Z | HELP | SEARCH | CONTACT US

**Harry Potter Quiz**
Are You A Harry Potter Fanatic? Browse Our Fun Quizzes Now!
LifeScript.com

**Harry Potter Posters**
Posters from 5 Harry Potter Movies Huge Selection--Dobby, Sirius, etc.
www.whimsicalley.com

**Harry Potter Trivia**
Know All Stuff About Harry Potter? Come On And Make Money Out Of It!
www.TriviaOnNet.com

**Harry Potter Ringtones**
Lots of Harry Potter ringtones. Get Harry Potter ringtones now!
HarryPotter.AnyTonez.com

Ads by Google

Remembrall search

go

# Wizards, Witches and Beings

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Magical Beings | Book Quotes

**Quick Links**

Harry ... Dumbledore ... Voldemort ... Snape ... Sirius ... Hermione ... Ron ... Draco

**Wizarding Families**

The Black Family | tree
The Bones family
The Crouch family
The Diggory family
The Dumbledore family
The Gaunt family

**Special Character Lists**

Animagi
Authors
Battles
Blood status

REGISTER | CANON PORTKEY | FAQs | SOURCES | ABBREVIATIONS | EVERYTHING A-Z | HELP | SEARCH | CONTACT US

The Longbottom family

**Harry Potter Posters**
Posters from 5 Harry Potter Movies Huge Selection--Dobby, Sirius, etc.
www.whimsicalley.com

**Harry Potter Trivia**
Know All Stuff About Harry Potter? Come On And Make Money Out Of It!
www.TriviaOnNet.com

**Harry Potter Ringtones**
Lots of Harry Potter ringtones. Get Harry Potter ringtones now!
HarryPotter.AnyTonez.com

Ads by Google

## More Lexicon character pages

Character timelines
Muggles
Creatures (Bestiary)

Hogwarts founders
Hogwarts staff members
Hogwarts students
Inquisitorial Squad
Ministry of Magic personnel
Musicians & entertainers
Order of the Phoenix
Quidditch teams
Slug Club

## Essays

Essay: Snape's Eyes by Edmund Kern

Essay: The Changing Image of Grown-Ups by Elizabeth Dalton

# More from other Floo Network websites


Proud member of
The Floo Network
leaky · lexicon · quotes · shop · pottercast · galleries
ter
exicon

REGISTER | CANON PORTKEY | FAQs | SOURCES | ABBREVIATIONS | EVERYTHING A-Z | HELP | SEARCH | CONTACT US

- What JKR says about her characters (Accio Quote!)

**Harry Potter Posters**
Posters from 5 Harry Potter Movies Huge Selection--Dobby, Sirius, etc.
www.whimsicalley.com

**Harry Potter Trivia**
Know All Stuff About Harry Potter? Come On And Make Money Out Of It!
www.TriviaOnNet.com

**Harry Potter Ringtones**
Lots of Harry Potter ringtones. Get Harry Potter ringtones now!
HarryPotter.AnyTonez.com

Ads by Google

ry | Contact Us | Copyright | ©2000 - 2008 The Harry Potter Lexicon.

AY BE REPRODUCED IN ANY MANNER WITHOUT PERMISSION.
, names, and all related indicia are trademarks of Warner Bros. ©2001-2007.

Waite Bunker; previous editors: Steve Vander Ark and Michele Worley.

y 2007; Last page update 3 January, 2008.

