**Exhibit D**

I just don't have time to add things to the site that aren't related to what this site is all about. There are plenty of sites around that focus on those types of activities.

**Okay, but why aren't there rumors? How can this be the best source for information if it doesn't include rumors?**

The encyclopedia part of the Lexicon, like Professor Binns, deals strictly with facts--solid, verifiable facts. If it's in that part of the Lexicon, it's "canon." So if you want to find out what house Lily Potter was in and you find the answer in the Lexicon, you know that it's correct. The essays, on the other hand, tend to be more speculative. Any such speculation is rooted in canon, of course, but things like the intricate workings of magic or potential romantic relationships between characters are the opinions of the authors of those essays. It is your job as reader to evaluate their assumptions and opinions and make up your own mind.

**Well then, what ABOUT the films? Why don't you include movie information? Or stuff about the various merchandise that's coming out?**

Other sites handle that information. The best source I know of is the Leaky Cauldron, although I check MuggleNet on a regular basis too. The Lexicon covers only information that is considered to be "canon." UPDATE: We have added pages for each of the films listing a variety of information and giving links to other sites. See About the Films.

**Canon? What is considered "canon"? And where do you come off making the decision about what's "canon" and what isn't?**

There is a difference between what's official and what's canon. Lots of things are official, including the films. But the information from those sources didn't come from J. K. Rowling herself, and that's really the crucial point. Only information which comes directly from the author is considered canon. I realize that she had a lot of input into the creation of the film, but she didn't chose the names for every shop sign in Diagon Alley (so we can't say that there's a Daily Prophet office there, even though the film shows the sign) and she didn't approve every line of dialogue. Quite a bit of information in the films contradicts what we know from the books, in fact. Just for your information, here's the list of what's considered canon, listed in order of "correctness":

- the novels and the "school books" (*Fantastic Beasts* and *Quidditch Through the Ages*)
- the illustrations in the "school books" (which were drawn by Rowling herself) but not the pictures in the novels
- interviews with Rowling where her actual words are given
- sections of the film/games/etc. which are known to be written by or okayed by Rowling (so far the flashback sequence in PS/f showing Lily's death is the only information that fits this criteria that we know of)

Material and information which does not come from one of these sources is not canon, which means it's not really part of the Harry Potter universe as created by the author. Please don't misinterpret this to mean that I disapprove of the movies. I love the films. But these things are NOT canon.

**You mean that absolutely everything on the Lexicon website is straight from Rowling herself? What about the maps? If she didn't draw them, they can't be "canon," can they? You must be making some assumptions somewhere along the line.**

It would be impossible to create a website like this without making a few assumptions here and there. Some of these assumptions are minor, like calling Mr. Borgin the owner of Borgin and Burkes, along with an unseen Mr. Burke. We really don't know that he's the owner--it doesn't actually *say* so. Other assumptions are a bit more far-reaching, like the whole timeline question. We try our best to keep these kinds of assumptions to minimum, and we change the wording on a page every so often when someone catches something that isn't necessarily true. As for the maps, no, they aren't completely canon. They are, shall we say, visual representations of the information given in the books. You might say they're extremely well-researched fan art. They do incorporate all known information as to the relationship of various features to each other, but since the books don't tell everything, some things have to be invented to fill in the gaps. So you can ignore them if you like and just consider the lists of relevant facts which appear under most of them.

**Your spell lists and character biographies are incredible. I have a web site of my own. May I copy your stuff and put it on my site?**

Thanks for the compliment. I compile and write this for my own enjoyment and part of that enjoyment is knowing that others find it interesting and enjoyable too. And I understand that you'd really love to have the kind of quality work you find in the Lexicon for your own site. However, I don't give permission for people to just copy my work for their own use. Not only is that illegal, since everything in the Lexicon is copyrighted, it's also just plain wrong. Hey, I did all the work, I put in all the time, it's my skill and talent in this area which allowed the Lexicon to come into being. No one else has the right to use my work. The Lexicon is the only place on the web where Lexicon content may be displayed.

However, I do understand that a lot of folks simply don't have the time or the ability to create something like this, and that they would love to provide an encyclopedia of Harry Potter for users of their web sites. If that's you, instead of copying, just use links. I don't mean that you have to link just to the main page, I'm talking about "deep links." You may link to anything, as long as it stays a separate and distinct entity and the link is clearly labeled as taking the user off your site to the Lexicon. For example, if you want to provide a spell encyclopedia for your users, create a link directly to the spell encyclopedia's main page. In this way you can provide a library of links to the content of the Lexicon and your users can jump to my site when they need information.

Please don't frame my site, by the way. The only site I've given permission to for framing is Ask Jeeves. If you're not them, don't frame my site, simple as that. Framing someone else's site makes it look their site is part of yours, and that's illegal

copying. Also, don't use artwork or maps from the Lexicon on your pages by linking to them directly, so they show up on your site. That's also the same as copying them.

We do get occasional emails from people who are irate that I don't allow copying. I guess they figure that if it appears on the Internet, it's free for anyone to use. That's simply not true. Look, I provide the Lexicon to be used free of charge and don't even throw a bunch of inane advertising at you when you use it. I allow you to link to whatever you want to link to. I think I'm being more than fair. Please don't copy my stuff, okay?

## Who are you anyway? Who created the Lexicon? How many people are involved?
### Steve

First of all, let me make one thing clear. I am not J. K. Rowling or in any way associated with her or with Warner Bros. or Scholastic or anything official like that. I'm just a fan.

The Lexicon was created and is edited, written, and maintained primarily by one person, me. I'm a 47-year-old school librarian and an encyclopedia fan from way back. I started writing reference encyclopedias in the late 1960s using the notes I always took about television shows and books that I enjoyed. My first one was about Voyage to the Bottom of the Sea, which I used to watch in black and white reruns. I've written references like the Lexicon for Star Trek and Star Trek the Next Generation, for Hogan's Heroes, for Edgar Rice Burroughs' Mars books, and others, but never before have I had the chance to publish my work in a way that's accessable to so many people. With the Harry Potter Lexicon, I have had the extreme pleasure to create a reference that is actually used and enjoyed by thousands of people all over the world via the Internet. This is my hobby, and it's been a real thrill for my hobby to be appreciated and supported by so many people.

I'm also a writer. I have written professionally for many years, including stints at Compute magazine, where I was a columnist and reviewer, RUN Magazine, and others. I have freelanced for travel magazines, kids magazines, and professional publications for teachers and librarians. I lecture and teach on a variety of subjects, besides creating and running the library, media, and technology programs for a K-8 school in Michigan. I'm also a husband and father, and my family is obviously my first priority. As you can imagine, this all keeps me plenty busy, so if you don't see updates as quickly or as often as you'd like, keep in mind that the Lexicon is just a hobby and that I have plenty of other demands on my time.

I don't write everything, of course. I do have a number of contributors who have written some excellent material for the Lexicon. I find some of the best essays from the members of the Harry Potter for Grown Ups group on Yahoo, and if you're an adult, I highly recommend that you join that group. I also have a terrific group of fan artists who have given me permission to use their work on my pages.

*Michele*, a.k.a. the assistant/junior editor
I, likewise, am not J. K. Rowling nor am I in any way associated with her, Warner Bros., Scholastic, or anything official like

that, I'm just a fan.

I first stumbled across the Harry Potter Lexicon sometime in July of 2003, not long after *Harry Potter and the Order of the Phoenix* first came out. I noticed various items in the Bestiary and Which Wizard that hadn't been updated with new information from *OP*, and began sending feedback to Steve with suggested updates, complete with citations to the relevant chapters of OP to indicate where the information was coming from. I was very flattered when Steve offered to bring me aboard as an assistant editor of the Lexicon, and accepted with pleasure. On August 17th 2003, Steve officially welcomed me to the Lexicon.

Like Steve, I'm doing this in my spare time because I enjoy it.

I have a livejournal over at livejournal.com, as hp_lexicon_jr. The primary restriction on it is that its message boards won't accept anonymous postings, but since livejournal.com is free and logging in is easy once a user has set up a livejournal, that doesn't seem too onerous a restriction. See its first entry about how I'd like to run it in a fairly open mode otherwise.

**Can I write for the Lexicon? Can I send you my artwork to use?**
It's possible, but more than likely we won't use things sent to us unsolicited. We don't mean to be rude, but we have pretty high standards. The writers and artists we use have almost always been chosen by Steve from things he saw online, and almost always they are adults. If you're willing to accept rejection, you may send us stuff, but always write first and ask if we're interested in what you have.

**Yeah, whatever. Sounds really wonderful and all, but if you were a Christian, you would see that all this Harry Potter stuff is straight from the Devil. You shouldn't devote so much time and effort to something which is so evil and diabolical.**
The fact of the matter is that I am a Christian, and by that I don't mean just someone who goes to church once in a while and owns a Bible. I'm a very strong Christian for whom the Bible is the word of God and guide for my life. Obviously, I don't agree with those who say that Harry Potter is from the Devil. I am very familiar with that point of view, however, and I've read extensively on both sides of the issue. What it all boils down to is that people don't agree, even people who are devoted, concerned, honest Christians. It's not required anywhere in the Bible that we do all agree on things like this, but it is required that we deal with each other in tolerance and Christian love. There's far too little tolerance and Christian love in our world, which is very sad indeed, and it seems to me that if Christians really seek to do God's will, they would spend their time building each other up and spreading the love of God, not tearing each other apart and spreading discord and hate. So please don't send me hate mail. Get your priorities straight. Save your anger and your hate for those who practice bigotry and intolerance and cause pain and suffering and injustice. Those things are evil. An imaginative, enjoyable series of children's books is not.

# Questions about the Harry Potter universe:

**Who were those people killed in the Riddle House in the first chapter of GF?**
The elderly couple were Voldemort's grandparents. Their grown son was Voldemort's father, Tom Riddle Jr. (who became Voldemort) was the one who killed them. He was the teen-aged boy that Frank Bryce had seen hanging around.

**How can Dudley have a Playstation if GF took place in 1994-1995?**
The Playstation wasn't released in Britain until after 1994, so there is no way Dudley could have gotten one from a store. However, it was released in Japan before that, and it's not such a stretch to imagine Dudley bullying his father into picking one up for him, perhaps on a business trip to Japan. He would have had to buy more than just the game, of course, since Japanese electronics will not work with British television sets or power outlets. Vernon would have done it, though, if Dudley screamed loud enough. No, there is no such game as MegaMutilation 3. See Dudley's PlayStation.

**Why did Voldemort want to kill Harry anyway, and why didn't he seem to want to kill Lily?**
Those are the big questions, some of the keys to the entire series. Rowling addressed this, at least in part, in *Harry Potter and the Order of the Phoenix*. If you haven't read that yet, please consider doing so, then returning to the Lexicon.

**Did you notice 1) the gleam in Dumbledore's eye at the end of GF, 2) that Trelawney apparently made one other correct prediction, 3) that the Arabella Figg mentioned at the end of GF has the same last name as Mrs. Figg who babysat Harry when he was staying with the Dursleys, etc. etc. etc.**
Yes. By this time, we doubt that anyone will come up with anything new from the existing books. Since the release of GF, fans have analyzed and examined just about every word of every book and discussed them endlessly. If you want to see some of those discussions, search the archives of Harry Potter for Grown Ups over at Yahoo. Now that OP and HBP are out, some of these mysteries are cleared up. True to form, however, Rowling has managed to hand us a whole new set of mysteries to ponder and argue about until book seven comes out.

Just for interest's sake, the realNicolas Flamel was born about 1330. In the first book, his age is given as 666, which would work out to Harry's first year at Hogwarts being about 1996. Of course, there's no reason whatsoever that the Flamel in the book has to be the same one from history. Rowling adjusts and changes lots of "facts" from history and legend in her books.



# The Harry Potter Lexicon

The Wizarding World | The Muggle World | The Books | Timelines | Essays | Everything A - Z
JKR website | Knight Bus Tour | Links | Sources & Abbreviations | Help/About | Search | HOME

The Floo Network: TLC | JKR Quotes | Pottercast | Shop | Forum

original content © 2003 - 2006 by The Harry Potter Lexicon
HARRY POTTER, characters, names, and all related indicia are trademarks of Warner Bros. © 2001 - 2006.
NO PART OF THIS PAGE MAY BE REPRODUCED IN ANY MANNER WITHOUT PERMISSION.
original page date 15-July-2001
last page update 26-March-2006 MLW