**Exhibit F**



# The Harry Potter Lexicon

WHAT'S NEW | ESSAYS | FORUM | STORE | FAQ | HELP | TEXT | SEARCH

News | Lexicon | Quotes | Galleries

- Home
- Muggle World
- Wizarding World
  - Magic
  - People
  - Places
  - Creatures
  - Items
  - Other
- Time Lines
- Help/About
- Search

back



# The Bestiary
## The Creatures of the Wizarding World

A - B - C - D - E - F - G - H - I - J - K - L - M - N - O - P - Q - R - S - T - U - V - W - X - Y - Z

*"Hagrid'll be getting some any time now."*
-- Harry Potter, scribbled in his copy of *Fantastic Beasts and Where To Find Them*

The animals listed in this bestiary range from the mundane to the fantastic. Some are magical beasts, some common animals, and some are something in between. Many of these creatures are described in greater detail in the book *Fantastic Beasts and Where to Find Them* by Newt Scamander. Anyone interested in magical creatures is encouraged to buy that book. Muggles as well as wizards will find copies of this well-known reference at bookshops everywhere.

**Icons and symbols:**

🟥 This icon indicates that the creature mentioned is discussed in more detail in the book *Fantastic Beasts and Where to Find Them*. The Lexicon has intentionally not included all the information from that book in our Bestiary. Rowling wrote that book for charity and if we reproduced all of that information here on the Lexicon it would take away from sales of the book. If you see this icon, then, you'll know that there is even more interesting information

to be found. Please follow the link to our page about *Fantastic Beasts and Where to Find Them* and buy a copy right away.

A creature with this icon is one which Rowling did not invent. This scroll icon indicates that this creature exists in folklore, legend, or mythology. However, you should realize that Rowling doesn't always make her versions of these creatures match those of legend. For example, the Yeti and the Bigfoot creatures of our world are not the same thing at all, but in Rowling's world they are, according to *Fantastic Beasts and Where to Find Them*.

Creatures with the Muggle icon are those which are common (non-magical) animals known in the Muggle world. Some of them have abilities Muggles do not recognize, of course. Owls, for example, are far more capable and intelligent than Muggles realize.

**XXX** This designation is that given to a creature by the Ministry of Magic's Department for the Regulation and Control of Magical Creatures. Generally it indicates how dangerous the creature is to wizardkind, although some creatures earn their rating for other reasons, such as difficulty in capturing or training them. This Ministry rating is not known for all magical creatures included in the Bestiary, only those which appear in the book *Fantastic Beasts and Where to Find Them*.

**Related Links:**

- Atlas: Magical Creatures
- Books by Topic - Bestiaries
- Care of Magical Creatures
- creatures, mythical
- Department for the Regulation and Control of Magical Creatures
- ghosts
- non-wizard characters
- plants

**The Harry Potter Lexicon**

**The Wizarding World:** Magic | Places | People | Creatures | Items | Other
**The Muggle World** | The Books | Timelines | Essays | Everything A - Z

JKR website | Knight Bus Tour | Links | Sources & Abbreviations | Help/About | Search | HOME

The Floo Network: TLC | JKR Quotes | Pottercast | Shop | Forum

original content © 2001 - 2006 The Harry Potter Lexicon
HARRY POTTER, characters, names, and all related indicia are trademarks of Warner Bros. © 2001 - 2006.
NO PART OF THIS PAGE MAY BE REPRODUCED IN ANY MANNER WITHOUT PERMISSION
original page date 25-February-2001
last page update 29-April-2006 MLW

**June 27, 2007**
Posted by Steve at 10:24 am

I received an email from the producer of the television special I filmed a few weeks ago in LA. He tells me that the show, entitled "The Hidden Secrets of Harry Potter," will air on A&E on July 8 at 10 pm Eastern time. Featured will be John Granger, Janet Batchler, and me. The producer goes on to say that A&E is very excited about the show and he expects that they'll air it over and over between July 8 and the release of the new book. I hope you all get a chance to see it.

21 thoughts are swirling in the Pensieve about this page. Add your own! »

**New in the Portkey**
June 27, 2007
Posted by Steve at 9:10 am

We haven't talked much about the Portkey lately, what with the lead up to the new film and book and game and soundtrack and who knows what all. However, the team has been working diligently behind the scenes, adding more and more content. Here are a few cool new additions:

The book *Fantastic Beasts and Where to Find Them* is now completely entered. As with the Bestiary in the Lexicon, we have intentionally NOT included all information about each beast so that our site doesn't discourage anyone from buying the book itself. Of course, as part of the Portkey, the fantstic introductory material is now included when you search for information.

All the Famous Wizard cards are now entered. We changed the format for the "Location in canon" tab to show where you'll find that particular card: in an EA game, in the book, on JKR's site, etc. We're working on adding all the card images to the image database, too.

Every event from each novel has been entered. You can now generate a very thorough outline of a book from the Book Outlines menu item at the top of the Portkey page. We haven't added all the locations, characters, tags, date/times, and icons to them, however. The team is working on it steadily. But why wait for them? Log in and start adding some tags yourself! Oh, and when you select a book outline, notice the chapter summary entries. They appear nowhere else. They're really cool, particularly because they show the entire chapter's commentary and images at once on the tabs.

I do want to encourage everyone to add tags to the Portkey. The more user-added tags there are, the more useful and complete the Portkey will be. You do need to create a user account to do this and you need to be 13 or older. Any tags entered by fans will be searchable just like the tags added by our team, so have at it!

2 thoughts are swirling in the Pensieve about this page. Add your own! »

**Updating the Lexicon**
June 27, 2007
Posted by Steve at 8:32 am

Lately I've received a few emails along these lines: