**Exhibit G**

