**Exhibit H**

**From:** Chilton, Kate [Kate.Chilton@warnerbros.com]
**Sent:** Tuesday, January 15, 2008 12:40 PM
**To:** Blumsack, Emily
**Subject:** FW: Letter to Barry M. Meyer, Chairman and CEO Warner Bros. Entertainment Inc.

**From:** Roger Rapoport [mailto:roger@rdrbooks.com]
**Sent:** 12 October 2007 03:05
**To:** Neil Blair
**Subject:** Letter to Barry M. Meyer, Chairman and CEO Warner Bros. Entertainment Inc.

October 11, 2007
Barry M. Meyer
Chairman and CEO
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Burbank, CA
Fax (818) 954-6794

Dear Mr. Meyer:
As publishers of the print version of Steve Vander Ark's popular international website, The Harry Potter Lexicon (www.hp-lexicon.org), we represent Mr. Vander Ark in matters of subsidiary rights to the content of the Lexicon.
It has come to our attention that the "Hogwarts Timeline" included in the extra features of the Warner Bros. DVD versions of *Harry Potter and the Chamber of Secrets, Harry Potter and The Prisoner of Azkaban,* and *Harry Potter and the Goblet of Fire* was copied directly from the Harry Potter Lexicon website without Mr. Vander Ark's permission. We have been given to understand that the timeline will also be incorporated in the special features of the forthcoming DVD version of Harry Potter and the Order of the Phoenix, announced for December 2007 release.
There is no question that the DVD timeline was copied directly from the Harry Potter Lexicon, since it not only duplicates the original material on the website verbatim but even contains the same typographical errors as the website.
No such timeline is contained in any of J.K. Rowling's Harry Potter novels. Mr. VanderArk published details that were found nowhere else. This timeline, like all the material on the 1,000-plus-page Harry Potter Lexicon, is the original work of Mr. Vander Ark and his elite team of academic scholars, literary critics and reference librarians. It is copyrighted 2001 through 2007 by The Harry Potter Lexicon, one of the first websites to receive J.K. Rowling's coveted Fan Site Award on her official website.
Of course, we wish to avoid protracted and expensive copyright litigation on this matter. At the same time, we must note that Steve Vander Ark has poured many thousands of hours of work into The Harry Potter Lexicon, over a period of more than seven years, while supporting himself and his family as a high-school librarian. Regarding the countless millions of copies of the Harry Potter DVDs that have been and will be sold all over the world, you will surely agree it is only fair and just that he receive acknowledgment and tangible rewards for his contribution.
Would you please give me a call at 510-595-0595 by the close of business on October 15 to discuss how we can magically transform this issue into a win-win situation for all concerned.
Sincerely,

Roger Rapoport
President
RDR Books
cc: Neil Blair

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email