# Exhibit I

FOCUS - 167 of 184 DOCUMENTS

Copyright 2001 Bristol United Press
Bristol Evening Post

December 24, 2001

**EDITION:** EP GREATER BRISTOL

**SECTION:** News, Pg.2

**LENGTH:** 165 words

**HEADLINE:** I've written Harry's final chapter

**BODY:**

HARRY Potter author JK Rowling has already conjured up the conclusion to her world-beating series of books, she has revealed.

The millionaire writer sketched out the plots for the planned seven books long ago but said that she has now actually written the final chapter of the final book.

And in a TV profile of Chipping Sodbury-raised Rowling to be screened on BBC1 on December 28 she said there could be an encyclopedia of Hogwarts when the series ends - to raise cash for charity.

In the programme she allows the cameras to see the final chapter.

"I basically say what happens to everyone after they leave school, those who survive - because there are deaths, more deaths coming." And she hinted that one of the long-standing characters will be wiped out in the forthcoming three books.

There will be more romance following on from Harry Potter And The Goblet Of Fire in which he has a date with a quidditch team-mate - and develops an interest in pal Hermione.

**LOAD-DATE:** December 24, 2001

FOCUS - 166 of 184 DOCUMENTS

Copyright 2001 John Fairfax Publications Pty Ltd
All Rights Reserved
The Sun Herald (Sydney, Australia)

December 30, 2001 Sunday
Late Edition

**SECTION:** NEWS; Pg. 41

**LENGTH:** 228 words

**HEADLINE:** Harry Potter, your end has been preordained

**BYLINE:** EDDIE FITZMAURICE

**BODY:**

THE final chapter of the Harry Potter saga has already been written, even though three more books are still to be published in the series.

Author JK Rowling has disclosed that she penned the final chapter of the schoolboy wizard's escapades before she had written the first novel.

Rowling, now working on the fifth book, Harry Potter And The Order Of The Phoenix, allowed BBC cameras a brief glimpse of the chapter.

"This is really where I'll wrap everything, it's the epilogue and I basically say what happens to everybody after they leave school those who survive because there are deaths, more deaths coming," Rowling told the BBC in a documentary about her life screened in Britain on Friday.

"I'm puzzled by the fact that people say, 'Oh you're going to kill people?' I really don't think you need too much insight to guess that death and murder are always a possibility in the world.

"And more people are going to die. And there's at least one death that's going to be horrible to write.

"I'm not going to say I'll never write anything to do with the world of Hogwarts [the school for witches and wizards] ever again. I have often thought that if I wrote eight books, I think it would be right and proper that it should be a book whose royalties go to charity entirely."

Rowling said such a book would probably be an encyclopedia of the world of Harry Potter, not a novel.

**LOAD-DATE:** July 24, 2007

FOCUS - 108 of 184 DOCUMENTS

Copyright 2004 U.P.I.
United Press International

August 2, 2004 Monday

**LENGTH:** 57 words

**HEADLINE:** J.K. Rowling may write 8th Potter book

**DATELINE:** LONDON, Aug. 2 (UPI)

**BODY:**

British author J.K. Rowling reportedly may write an eighth novel in her Harry Potter series, an encyclopedia based on outtakes from the first seven books.

The volume, Rowling said at her Web site, would be sold for charity, Britain's Sun reported Monday.

The author originally said she would end her Potter series after the seventh book.

**LOAD-DATE:** August 3, 2004

FOCUS - 103 of 184 DOCUMENTS

Copyright 2004 Sentinel Communications Co.
Orlando Sentinel (Florida)

August 5, 2004 Thursday
FINAL

SECTION: LIFE & TIMES; NAMES & FACES, Pg. E2

LENGTH: 171 words

HEADLINE: CELEBRITY

BODY:

Dave Chappelle and Comedy Central have reached an agreement for two more years of the Chappelle's Show. The sketch comedy was recently nominated for three Emmys, including outstanding comedy series.

The Hollywood Reporter says Chappelle's deal is worth $50 million.

Eric Bana says reports that he's in negotiations to play James Bond are balderdash, according to People.com. "I've said, like, a million times I wouldn't do it," he tells an Australian radio host. "It's never, ever, ever been something we've had a discussion about."

Author J.K. Rowling, who's working on her sixth Harry Potter novel and has plans for a seventh, now has an eighth boy-wizard work in mind: a Harry Potter Encyclopedia featuring outtakes from the series. Rowling says she would donate all proceeds from the book to charity.

The Who: Live at the Isle of Wight returns to theaters for a one-day run Monday. The concert film will be shown at the Winter Park Village 20 at 7:30 p.m. on the eve of the film's DVD debut.

CONTACT: Compiled from wire reports

LOAD-DATE: August 5, 2004

FOCUS - 102 of 184 DOCUMENTS

Copyright 2004 Nationwide News Pty Limited
The Mercury (Australia)

August 5, 2004 Thursday

**SECTION:** WORLD; Pg. 18

**LENGTH:** 124 words

**HEADLINE:** Harry's magic number eight

**SOURCE:** AP

**BODY:**

BRITISH author J. K. Rowling is planning to write an eighth Harry Potter book.

The British author -- now adding the finishing touches to her sixth book, Harry Potter and the Half Blood Prince -- had previously vowed to create only seven adventures about the magical wizard. But she now wants to add an eighth entry, featuring highlights from the series so far.

Rowling will donate proceeds from the Harry Potter Encyclopedia to charity, with publishers saying it could make more than $25.6 million.

Rowling ready to retire when the hugely successful series ends.

"I think it highly unlikely I'll write more novels. I've got enough for seven books and I never meant to carry the story beyond the end of book seven," she said.

**LOAD-DATE:** August 4, 2004

FOCUS - 97 of 184 DOCUMENTS

Copyright 2005 Express Newspapers
Daily Star

August 7, 2005

**SECTION:** U.K. 1st Edition; NEWS; Pg. 14

**LENGTH:** 67 words

**HEADLINE:** NO HEADLINE

**BODY:**

JK ROWLING is to write an eighth Harry Potter book - an encyclopedia which will give the life stories of the main characters

The giant book will follow the seventh Potter novel, which is likely to be the last in the series.

Rowling, 40, said the encyclopedia would provide the "definitive biography" of the characters.

She said she will start work on the seventh book next year.

**LOAD-DATE:** August 9, 2005

FOCUS - 84 of 184 DOCUMENTS

Copyright 2007 Financial Times Information
All Rights Reserved
Global News Wire - Europe Intelligence Wire
Copyright 2007 Telegraph PLC Source : Financial Times Information Limited - Europe Intelligence Wire
The Sunday Telegraph (United Kingdom)

May 13, 2007 Sunday

**ACC-NO:** A2007051441-I4B4D-GNW

**LENGTH:** 898 words

**HEADLINE:** AFTER THE FINAL BOOK, A NEW CHAPTER FOR HARRY AND JK

**BYLINE:** JAMES LANGTON

**BODY:**

WHATEVER the fate of Harry Potter in his final book, one thing seemed sure: there would be a parting of the ways from J K Rowling.

Now, however, it appears that the seventh volume in the series may not spell the end of their relationship after all.

The multi-millionaire writer is understood to be preparing for one last look at the world of Harry, Hermione, Dumbledore and Voldemort after the publication of Harry Potter and the Deathly Hallows in July.

Using background notes from the past decade, Rowling, 41, is set to compile an encyclopedia of magic to create the ultimate guide to the world of wizardry

It would cover historical figures, such as the founders of Hogwarts school, along with elaborate genealogies of the main characters.

It would also provide a chance to flesh out other figures who merit only a passing mention in the books.

In March, Rowling described her sadness at reaching the end of the series.

"I always knew that Harry's story would end with the seventh book, but saying goodbye has been just as hard as I always knew it would be," she wrote on her website.

"I've never felt such a mixture of extreme emotions in my life, never dreamed I could feel simultaneously heartbroken and euphoric."

But suggestions of the plan have now appeared on her website, JKRowling.com.

Despite telling fans that it was "highly unlikely" that she would write any more Harry Potter novels, she wrote: "I might do an eighth book for charity, a kind of encyclopedia of the world so that I could use all the extra material that's not in the books."

The tantalising possibility has been confirmed by her agent, Christopher Little, who said Rowling had "retained all the rights in the Harry Potter series" and pointed out that this included any companion books "which she may indeed write herself"

The prospect of an authorised Harry Potter encyclopedia will have fans and booksellers salivating. Rowling's notes are believed to be almost as detailed as those made by JRR Tolkien for his fantasy Middle-earth, the setting of The Hobbit and his The Lord of the Rings trilogy.

Sales of the encyclopedia would almost certainly rival those of Deathly Hallows, which has advance sales of 1.5million on the internet store Amazon alone. It is tipped to break publishing records when it goes on worldwide sale on July 21.

An industry of Harry Potter books already exists. In addition to the seven books by Rowling, there are estimated to be about 190 Harry Potter-related titles cashing in on the success of the series, including What Will Happen in Book 7?, a book of predictions from the Harry Potter fan site MuggleNet.com which has sold 300,000 copies in the US. Other titles include a business book called If Harry Potter Ran General Electric and Harry Potter and the Torah, which offers a Jewish perspective.

In 2001, Rowling wrote two slim companion Hogwarts schoolbooks. Quidditch Through the Ages and Fantastic Beasts and Where to Find Them have raised more than pounds 15 million for Comic Relief.

George Beahm, an American author who has written the bestselling Muggles and Magic: An Unofficial Guide to JK Rowling and the Harry Potter Phenomenon, said: "I certainly think there is room for more books given the place of the Harry Potter series in the fictional universe," he said. "For my part, I've made no great riches - but it's been a lot of fun."

Rowling who as a penniless single mother living in Edinburgh in the early 1990s struggled to find a publisher for the first book, has seen her life transformed by the Harry Potter phenomenon Now the richest woman in Britain with an estimated fortune of pounds 545 million, she is married to Neil Murray, a doctor.

The couple have two young children in addition to Rowling's daughter from her first marriage to Jorge Arantes, a Portuguese television journalist. Meanwhile, her writing talents have helped to create one of the world's most successful brands.

With reports that the author is in negotiations to build a Harry Potter theme park in Florida, the bespectacled boy wizard now rivals Disney's Mickey Mouse as a corporate cash machine.

The fifth film in the series, Harry Potter and the Order of the Phoenix, starring Daniel Radcliffe as Harry, opens on July 13 and is expected to rival newly-released Spider-Man 3 for the biggest box office opening weekend in history

Potter in numbers

* J K Rowling is estimated to be worth pounds 545 million and is richer than the Queen

* The British edition of the seventh book, Harry Potter and the Deathly Hallows, is 608 pages. The super-sized US edition is 784 pages.

* Worldwide sales of the seven titles have now topped 300million.

* The books have been translated into at least 66 other languages, including Serbian, ancient Greek and Mandarin Chinese, where the hero is called Ha-li Po-te.

* About 500 copies of the first edition, the first printing of the original Harry Potter and the Philosopher's Stone, were published by Bloomsbury in 1997. Surviving copies now change hands for up to pounds 20,000.

* Rowling's fifth book, Harry Potter and the Order of the Phoenix, sold 6.9 million copies in the first 24 hours - more than The Da Vinci Code sold in that year.

* Of the four films released to date, three are in the top 10 of worldwide box office receipts.

* There are more than 400 licensed Harry Potter products, including video games and an iPod.

LOAD-DATE: May 14, 2007

FOCUS - 33 of 184 DOCUMENTS

Copyright 2007 U.P I.
All Rights Reserved



UPI

July 26. 2007 Thursday 3:52 PM EST

**LENGTH:** 185 words

**HEADLINE:** Rowling says Potter encyclopedia planned

**DATELINE:** EDINBURGH, Scotland, July 26

**BODY:**

Harry Potter creator J.K. Rowling said she's planning an encyclopedia of the world of wizardry she created but the British author isn't ready to write it yet.

The epilogue of her final book in the series, "Harry Potter and the Deathly Hallow," offers clues about what happens after Harry and his friends leave Hogwarts, and Rowling said in a television interview she "probably will" publish more details about the characters, The Scotsman reported Wednesday.

She said the encyclopedia would include background stories of characters she has already written but had to cut -- such as Harry's school friend Dean Thomas. She also said the book would include details of a new headmaster at Hogwarts and who was teaching defense against the dark arts at the magical school.

"I'm not going to do it tomorrow because I'd really like a break," Rowling said during the interview at Edinburgh Castle, "so you may be waiting."

"Harry Potter and the Deathly Hallows" became the fastest-selling book in history when it was released Saturday. More than 11 million copies were sold in the first 24 hours in Britain and United States.

**LOAD-DATE:** July 27, 2007

FOCUS - 29 of 184 DOCUMENTS

Copyright 2007 Financial Times Information
All Rights Reserved
Global News Wire - Europe Intelligence Wire
Copyright 2007 M2 Communications Ltd, Source: The Financial Times Limited
M2 Best Books

July 26, 2007 Thursday

**ACC-NO:** A200707262A-15747-GNW

**LENGTH:** 82 words

**HEADLINE:** ROWLING TO WRITE POTTER ENCYCLOPEDIA

**BODY:**

British author JK Rowling is reportedly planning to write an encyclopedia about the seven Harry Potter books and the movie franchise.

Rowling, who has just released the seventh and final Potter book, Harry Potter & The Deathly Hallows, said she intends to complete the series with an A to Z account of Potter related information. She confirmed there are details relating to characters in the books. that were not included in the final works.

((Comments on this story may be sent to info@m2.com))

**LOAD-DATE:** July 26, 2007

FOCUS - 26 of 184 DOCUMENTS

Copyright 2007 Harvard Crimson via U-Wire
University Wire

July 27, 2007 Friday

**SECTION:** BOOK REVIEW

**LENGTH:** 714 words

**HEADLINE:** 'Hallows' a predictable ending to unforgettable series

**BYLINE:** By Jillian J. Goodman, Harvard Crimson; SOURCE: Harvard

**DATELINE:** CAMBRIDGE, Mass.

**BODY:**

EDITOR'S NOTE: This review does not reveal any major plot points from the book, so feel free to read the review and enjoy "Harry Potter and the Deathly Hallows" in any order.

So, did Harry Potter die?

No, and yes, and then no again

That describes the way that "Harry Potter" has worked itself into our collective psyche, and in that sense, Harry can never die.

The fact remains, however, that this is it. All plots have been wrapped up, all loose ends have been tied, and now it's time to judge the whole package.

And objectively speaking, J.K. Rowling's final installment in her insanely-popular series, "Harry Potter and the Deathly Hallows," is an amazing novel.

The problem is that precious few people will approach this novel from an objective position. After 10 years and six novels, ending the story so neatly and finally may be Rowling's greatest achievement, but it is also her readers' greatest disappointment.

Rowling fills this book with the things she does best: intricate plotting and character development. Friendships are tested, romances get thorny, storylines materialize only to disappear into her vast tapestry and re-emerge triumphantly all the more gorgeous for having been hidden. In this book, the old tricks are burnished to a riveting luster against the high stakes for Harry -- and for Rowling.

After six books' worth of build-up, this book finally delivers the ultimate showdown between Harry and his evil nemesis, Lord Voldemort. Harry and his friends Ron and Hermione are on the run from a hostile puppet government, on a secret mission to demolish the barriers Voldemort erected between himself and his demise. For most of the book, the three of them are utterly alone, cut off from friend and foe alike, and the solitude around them lets us see even greater nuance in their already delicately crafted relationships.

At the end of the previous book, their path seemed treacherous but clear and straight, so it is to Rowling's credit that she allows her characters to set out confidently on dead-end side-tracks and feel most lost mere feet from their goal. They are intelligent but not always rational, eager but not necessarily tireless -- in short, wherever the magnificent threesome might have fallen into cliche, Rowling steers them deftly clear of danger.

'Hallows' a predictable ending to unforgettable series University Wire July 27, 2007 Friday

Major figures of the past get similar treatment, including two giant question marks: Albus Dumbledore and Severus Snape. All of this deepening and broadening leaves Rowling no time for Quidditch games and day-trips to Hogsmeade, but she makes up for it with spectacular escapes and dozens of new locales, both jaw-dropping and cozy.

In the end, it is the detail itself that feels flat. Unpredictability becomes expected, and unexpected depth becomes predictable. Some of the book's deepest and potentially most moving revelations get lost in the cavalcade of surprises, turning the lack of cliche into a cliche in and of itself. She changes directions so many times it is occasionally hard to remember which way is up.

It's difficult to decide what to make of the Christ-figure material Rowling uses to set the pitch for the final battle. In the midst of her determined efforts to break out of the flat, the sudden presence of such an archetypal characterization could prove an unwelcome knockout.

What is most interesting is that Rowling had bits of information about the ending written for years, and she has said that she's felt very little temptation to deviate from her plan. That means that all the maturity we have seen both Harry and his author develop over the last ten years, in the end, means nothing. The series' ending shows the same tendency to sum up and smooth over that nagged at the first few novels, a tendency that Rowling had overcome by book four.

This was an impossible book to write, and 9/10 of it is beautiful. Perhaps that one 1/10 was unavoidable, but the fact is that it is there, and it distracts from what is Rowling's marvelous swansong. Harry Potter has been put to rest at last. Rowling announced this week that she plans to compile a "Harry Potter" encyclopedia from all of her notes and ideas that didn't make it into the works, which eventually will give him new life. But there is no more going forward -- only gazing lovingly back.

(C) 2007 Harvard Crimson via U-WIRE

LOAD-DATE: July 27, 2007

Copyright 2007 Factiva ®, from Dow Jones
All Rights Reserved

factiva.

(c) 2007 Reuters Limited
Reuters News

July 27, 2007 Friday 2:54 AM GMT

LENGTH: 508 words

HEADLINE: Potter fans mourn end of 10-year era

DATELINE: July 27, 2007

BODY:

By Jill Serjeant

LOS ANGELES, July 26 (Reuters Life!) - J.K. Rowling says she was devastated after finishing the seventh volume of her Harry Potter series -- and many fans of the epic tale of teen-age wizardry are sharing her sense of loss as they realize that an era has also ended for them.

After years of passionate Potter attachment and months of anticipation for the July 21 publication of "Harry Potter and the Deathly Hallows," some fans are experiencing something akin to mourning.

"Oh man, it's over! I am so sad that I can't ever go on a new adventure with Harry and the trio again," one fan wrote on the www.mugglenet.com message boards this week.

Heather Mitchell, 30, a Duke University student who is one of the organizers of a Harry Potter convention in Toronto next month said: "I have spent eight years of my life reading these books so there is a sense of 'Wow! I don't have any more left to read now '

"I've seen some of that grief on our message boards with some people randomly reporting bursting into tears and realizing that this is the end," Mitchell said.

Grief counselors say feelings of mourning are to be expected, especially from young fans at the close of the 10-year series.

"As human beings we grieve things we are attached to -- relationships, objects sometimes, dreams. People are attached to these characters and also to this series," said Heather Servaty-Seib, a childhood grief expert at Purdue University in Indiana, who choked up herself while finishing the book.

LOOSE ENDS

Tears, sadness and fear are just some of the emotions being shared by fans who have already whisked through the 759 pages of "Deathly Hallows." Some are compensating by immediately rereading all seven books. For the umpteenth time.

"I was almost literally, physically sick through the entire story .... I'm just coping with saying goodbye to the story to be (too) upset about the outcome," said fan Silverdragon in a posting on www.harrypotterfanzone.com.

But for others, excitement over the final outcome, and frustration about subplots that were not tied up as expected, has overshadowed the sadness

"For a lot of people, the shock of not having another book to look forward to hasn't quite set in like I thought it would," said Emerson Spartz, 20, who started the   www.mugglenet.com  fan Web site when he was 12.

But he added. "We have so many unanswered questions that we are still focused on having answered. And there is still a lot going on in the Harry Potter world with two more movies to look forward to, a theme park being built in Florida, and we now know J.K. Rowling is planning to write a (Harry Potter) encyclopedia," Spartz said.

Psychologists say intense sadness at the ending of the series is a normal reaction.

"When that connection with the characters ends, there is bound to be mourning and a sense of loss," said Terese Vorsheck, director of a youth grief counseling center in Pennsylvania.

"I don't think we give enough credence to the loss because it's fictional."

**NOTES:** ARTS-POTTER/LOSSILANGEN[RLP;
PUBLISHER: Reuters Limited

**LOAD-DATE:** July 28, 2007

FOCUS - 24 of 184 DOCUMENTS

Copyright 2007 The Scotsman Publications Ltd.
All Rights Reserved
Evening News (Edinburgh)

July 27, 2007, Friday
1 Edition

**SECTION:** Pg. 3

**LENGTH:** 252  words

**HEADLINE:** JK is writing two books but she won't be rushing

**BODY:**

HARRY Potter author JK Rowling has revealed she is writing two new books - and one of them is for children.

But the city-based writer said she is in no rush to publish them, and will enjoy spending lazy days in Edinburgh's cafes with a notebook scribbling down ideas.

She said: "I'm sort of writing two things at the moment. One is for children and the other is not for children.

"The weird thing is that this is exactly the way I started writing Harry.

"I was writing two things simultaneously for a year before Harry took over. So one will oust the other in due course, and I'll know that's my next thing.

"What's quite uplifting is that in the middle of all this sadness I feel about Harry ending -- and I do feel a lot of sadness about it -- is the thought that financially I don't have to publish immediately.

"So I can take my time. And the idea of just wandering off to a cafe with a notebook and writing and seeing where that takes me for a while is just bliss."

The revelation of her new projects comes just two days after she revealed plans for a Harry Potter encyclopedia are underway.

Rowling, 41, also admitted in a television interview she enjoyed the fact so many people thought the boy wizard would die in the last book, Harry Potter and the Deathly Hallows

She said: "I'm very proud of the fact that as we went into this book many, many readers believed it was a real possibility that Harry would die," she reportedly said. "That's what I was aiming for - that you really felt that anyone was up for grabs."

**LOAD-DATE:** July 30, 2007

Copyright 2007 The Washington Post
All Rights Reserved

# The Washington Post

# washingtonpost.com

The Washington Post

August 2, 2007 Thursday
Regional Edition

**SECTION:** STYLE; Pg. C12

**DISTRIBUTION:** Maryland

**LENGTH:** 90 words

**BODY:**

News and oddities for the amusement of Muggles:

Poor Harry Potter. Not the one in the book. The one in Bradenton, Florida. With the fifth movie and the final book out at the same time, the real Harry Potter (who is 78) is being hounded for interviews and autographs. He hasn't read the books or seen the movies, but he plays along with fans.

Like a lot of you, Burke's Joshua Wartel whizzed right through "Deathly Hallows" (in 11 hours, including a nap). Now the 10-year-old is eagerly waiting for J.K. Rowling to finish her Potter encyclopedia.

**GRAPHIC:** IMAGE
IMAGE; Family Photo

**LOAD-DATE:** August 2, 2007

FOCUS - 14 of 184 DOCUMENTS

Copyright 2007 The Tech via U-Wire
University Wire

August 6, 2007 Monday

**SECTION:** BOOK REVIEW

**LENGTH:** 1008 words

**HEADLINE:** 'Harry Potter' all grown up

**BYLINE:** By Angeline Wang, The Tech; SOURCE: Massachusetts Institute of Technology

**DATELINE:** CAMBRIDGE, Mass.

**BODY:**

The most anticipated book of the last decade perhaps -- certainly the most talked about of the year -- the final "Harry Potter" book hit the stores two weeks ago, breaking sales records left and right (although not before pictures of each of the American version's 759 pages had been leaked online). That it tops the best-seller lists should come as no surprise, but how does the book itself measure up?

The seventh and darkest book in J.K. Rowling's popular fantasy series, "Harry Potter and the Deathly Hallows" follows the title character's quest to bring about the downfall of the Dark wizard Lord Voldemort. Harry must search for Horcruxes, objects housing pieces of Voldemort's soul, and destroy them before the Dark wizard himself can be killed.

Meanwhile, war rages on in the Wizarding world (though we only see glimpses of it throughout most of the book), characters -- some we hardly know, others whom we have grown to love -- meet their deaths, and a few not-so-polite words make it past the censors for the first time in the series.

I flipped open the cover of "Harry Potter and the Deathly Hallows" with a few questions I desperately wanted answered. Is Harry going to die to save the world? Just whose side is Professor Snape on anyway? And is the Horcrux hunt Harry was set to go on at the end of the last book going to be as boring and tedious as it sounds?

While I dare not give away the answers to the first two questions for fear of potential backlash from the few fans who have not yet finished reading (and I consider myself quite the "Harry Potter" fan, so I know just how scary we can be), the answer to the last question is, well, sort of.

Although I wouldn't describe the first two-thirds of the book as boring -- it is certainly filled with enough adventure and life-or-death struggles to keep even the most casual reader mildly entertained -- the Horcrux hunt does drag on. If not for the promise of the inevitable and likely explosive showdown between Harry and Voldemort at the end of the book, much of the exposition and build-up would be difficult to plod through.

Almost every bit of that exposition is necessary, however, for the conclusion to work as it is written. Information and details have to be introduced that will become important later, not the least of which is the lengthy back-story of Albus Dumbledore and the explanation of the Deathly Hallows.

The isolation of Harry and his two friends, Hermione Granger and Ronald Weasley, from the rest of the Wizarding world, while necessary for the plot, is also limiting in many ways. As a result, we do not get to see as much interaction between Harry and other characters, though the friendship and interactions between the Gryffindor Trio are wonderfully written and realistically portrayed in this book.

The reader also keenly feels the absence of the magical school where most of Harry's adventures in the past six books have taken place. The heart of the books has always been Hogwarts School of Witchcraft and Wizardry, and it isn't until Harry finally returns to the school and is reunited with his classmates and professors that things really get in-

'Harry Potter' all grown up University Wire August 6, 2007 Monday

teresting. I would even say the final third of Deathly Hallows makes up for everything that may have been wrong or lacking in the 500 or so pages previous. (Everything except the spelling errors. There is no excuse for those, not in the most anticipated book of the decade.)

The final battle breaks out at Hogwarts with everyone and his mother joining in to fight. There are genuinely heart-wrenching scenes and shocking deaths (I admit it: I cried like a baby). Answers to questions that have plagued fans for years are finally given, and plot threads -- some originating all the way back in the first "Harry Potter" book, which was published 10 years ago -- are woven together to form a most fitting conclusion, even if it is a predictable one.

As with each of the previous "Harry Potter" books, Rowling's creativity, imagination and attention to detail are impressive. Each new location explored by the Trio is well developed and replete with the magical quirks that readers have come to expect from Rowling (In one scene, wizards and witches line up to enter the Ministry of Magic by flushing themselves down enchanted toilets.) We see fleshed-out stories for characters that were only mentioned in passing in previous books: the Dark wizard Grindelwald, Luna Lovegood's eccentric father, Dumbledore's goat-loving brother Aberforth, and Harry's mother Lily Potter, among others.

What might be surprising to some readers is the level of character development seen in this book. The characters in the "Harry Potter" series have long been somewhat two-dimensional and black-and-white. But as the series ends and Harry himself grows up and begins to see shades of grey, the characters start to show some depth and become infinitely more interesting. Harry's journey in "Deathly Hallows" is as much a philosophical and moral one as it is a physical quest. We see Harry, now an adult, finally grow into the role of the hero that he has been groomed for; he is someone who refuses to accept comfortable lies and half-truths, someone who isn't afraid to look death in the eyes.

Another surprise for readers may be just how dark and depressing the book is. While "Harry Potter" might have started out as a children's book series, it hasn't ended that way, Rowling doesn't shy away from describing the horrors of the war and of the new regime, strongly reminiscent of Nazi Germany during World War II, And did I mention that a lot of people die?

As a whole, "Deathly Hallows" does what it sets out to do: It provides a fitting conclusion for one of history's most popular series of children's books. But although Harry's story is now closed, "Potter" fans can still look forward to an encyclopedia of the wizarding world that J.K. Rowling has said she will write, a compendium that may answer some of the many questions that remain and will allow us to visit the world of "Harry Potter" once more.

(C) 2007 The Tech via U-WIRE

LOAD-DATE: August 6, 2007

FOCUS - 12 of 184 DOCUMENTS

Copyright 2007 Home News Tribune (East Brunswick, NJ)
All Rights Reserved
Home News Tribune (East Brunswick, New Jersey)

August 20, 2007 Monday

**SECTION:** TEEN

**LENGTH:** 801 words

**HEADLINE:** Suffering from post-Potter depression?

**BYLINE:** LINA DORKHMAN

**BODY:**

OLD BRIDGE HIGH SCHOOL.

About a month has passed since the release of the most anticipated book of the year, "Harry Potter and the Deathly Hallows."

And although most dedicated fans such as myself stood in line at a local bookstore in order to receive and read the book as soon as humanly possible, the moment we turned to page 759 and finished the last words of J.K. Rowling's seven-part saga, it was over.

Just like that.

I, among many, shed countless tears while reading "Deathly Hallows," and not only for the several tragic deaths and heart-warming discoveries, but just for the thought that the magical experience we all have enjoyed since 1997 has so abruptly ended.

It almost seems as though the connection Rowling has given us with the extraordinarily elaborate world of witchcraft and wizardry has been cut off, as though the gateway to Platform 9 3/4 has been sealed from us Muggles forever.

I do not criticize the way Rowling decided to conclude Harry's adventures, as I was thoroughly pleased with the last chapters and epilogue. Still, the feeling is bittersweet, for no matter how satisfying the ending is, a part of me will be empty forever.

For millions of teenagers around the world, saying goodbye to Harry Potter is much more difficult than putting down a book and getting on with life. Many of us who have grown up side by side with Harry, Hermione and Ron have pointlessly yet curiously waited for our Hogwarts letters to arrive by owl on our 11th birthdays, and have, without success, attempted to re-create Quidditch matches in our backyards. To outsiders of the Harry Potter community, it is just a children's series, but to those of us who would much rather study potions than chemistry, it is a cultural phenomenon that truly defines our childhoods.

As the hype of the book release and the fifth movie wears off, many of us are wondering what now? What will life be without Harry? Without Hogwarts? Although I don't have a simple solution of how to cope, I hope these few tips will help those, who like me, are suffering from "post-Potter depression":

Although there will definitely be no more Harry Potter novels, Rowling has said in interviews that she plans to write a Harry Potter encyclopedia in due time. In this book, Rowling will explain the future of Hogwarts, the Ministry of Magic and major characters. Also, minor details not explained in "Deathly Hallows" will be

clarified. There is no set date for the release of such a book, for Rowling is now taking a well-deserved holiday to spend time with her family  but it is something we can all look

Suffering from post-Potter depression? Home News Tribune (East Brunswick, New Jersey) August 20, 2007 Monday

forward to.

Meanwhile, there are still two Harry Potter movies that are yet to be completed, and although most readers do not regard them as highly as the novels, it will be an amazing visual experience to see the events of "Half-Blood Prince" and "Deathly Hallows" unfold before our eyes. The sixth movie is scheduled for release in November 2008 and will be directed by David Yates, who also directed "Order of the Phoenix," while the seventh will open sometime in 2010.

Most exciting of all is the news of the Harry Potter theme park, which will be completed in 2009 as part of the Warner Bros. Entertainment Inc. collaboration with Universal Orlando Resort. The park will feature an authentic Hogwarts castle, Hogsmeade village and Forbidden Forest, as well as rides, attractions, shops and restaurants all true to the vision of Rowling and the filmmakers. For the first time, fans will be able to literally step into the world that clouds our imaginations and experience the action hands-on

If these events are too far away to fulfill your Harry Potter needs, I suggest re-reading the books for further analysis or re-watching the films with friends. Also, Rowling's two charity books, "Fantastic Beasts and Where to Find Them" and "Quidditch Through the Ages" may be of interest.

For the latest Potter news as well as games and chat rooms, popular fan sites including mugglenet.com are both informative and fun. Furthermore, the Mugglenet staff is currently touring the country with Harry Potter-related discussion shows. These shows may be attended or listened to for free through Mugglecast, the Mugglenet

podcast, on iTunes.

Rowling is planning to embark on a U.S. tour as well this fall, so you may want to visit her site, jkrowling.com, for

updates and information.

Although the melancholy thought that there will never again be a new Harry Potter novel to captivate our hearts still lingers, hopefully the above information will provide a distraction from our loss. And even though our direct access into Harry's world is no more, Rowling has thankfully provided us with such an immense amount of knowledge about it that a bit of imagination is really all we need to keep the magic alive.

Lina Dorkhman, 15, will be a sophomore.

**LOAD-DATE:** August 21, 2007