# Exhibit K

**From:** João Paulo Riff / Agência Riff
 <joaopaulo@agenciariff.com.br>
**Subject:** Re: Harry Potter Encyclopedia
**Date:** September 26, 2007 11:45:11 AM EDT
**To:** "Roger Rapoport" <roger@rdrbooks.com>

Dear Roger,

I'm glad to confirm receipt of the five files of the Lexicon on September 18th. I have a good publisher in mind that I'll pitch the book to before Frankfurt. Their name is Novo Conceito, and they recently acquired the rights of a book called "Kids Letters to Harry Potter" and the response was amazing. I'm sure they'll be thrilled to have the opportunity of publishing the Lexicon.

We are going to Frankfurt, but unfortunately my schedule is already fully booked. My collegue (and mother) Lucia still has some free slots and we can try to set up a meeting with her. Will you have a stand or should we try to set something at our table in the Agents Center?

all best wishes,
JP

----- Original Message -----
**From:** Roger Rapoport
**To:** João Paulo Riff / Agência Riff
**Sent:** Thursday, September 06, 2007 2:39 AM
**Subject:** Re: Harry Potter Encyclopedia

Dear Joao Paulo:

You are correct. The Harry Potter Lexicon is the number one reference site in the world to the popular series with more than 25 million visitors annually including J.K. Rowling herself who loves the site, the editors of the series (the site lists all the errors in the books), the filmmakers who use the site every day when they are on the set, as well as academics, critics, journalists and millions of readers. The gold standard on Harry Potter reference, this site links directly to every other Harry Potter website and the publicity on this book, to be published in America and Britain in late October, will be tremendous. Since there is no index to the books and every other book on the subject is now out of date, our title will be the only

RDR 0397

complete up to date reference book on the series through Book 7, Harry Potter and The Deathly Hallows. We have a team of 22 people working on the book right now. Rights have been sold in Canada, Britain and France and we are receiving offers now from Spain, the Netherlands and Italy. Although this is an unofficial book, it is without a doubt the definitive book on the series, and will come out way ahead of any possible competitors. In addition there may be subsequent books based on the site which has well over 1000 pages of material. The book will be published at 400 pages (about 150,000 words) in the style of an illuminated manuscript with beautifully designed letters opening each section. We do not want to sell this to any of the publishers currently publishing the Potter books.

The International Publishers so far are Methuen in the UK as well as Ariane Editions in Canada. I will get you the names of the other publishers shortly. The complete manuscript will be available next week. Will you be attending the Frankfurt Fair? Also, please give me a good time to call you tomorrow.

Sincerely,

Roger Rapoport

On Sep 5, 2007, at 4:15 PM, João Paulo Riff / Agência Riff wrote:

> Dear Roger,
>
> Very interesting! I'm sorry but things are very busy and I'm leaving for a meeting in a few minutes, but I'm definitely interested in receiving material of the Harry Potter Lexicon. When will the book published in the US?
>
> does the book have any relation to this website? http://www.hp-lexicon.org/
>
> please send me a list of international publishers together with the manuscript next week.
>
> all best,
> JP
>
> ----- Original Message -----
> **From: Roger Rapoport**
> To: João Paulo Riff / Agência Riff
> Sent: Wednesday, September 05, 2007 1:24 PM

From: Roger Rapoport <roger@rdrbooks.com>
Subject: **Re: Potter flyers**
Date: October 5, 2007 10:24:55 PM EDT
To: João Paulo Riff / Agência Riff <joaopaulo@agenciariff.com.br>



Dear Joao Paulo:

We had a big sale yesterday in Italy. We have now sold rights in the United Kingdom, France, Italy, Canada, Australia and China and are expecting offers next week from major publishers in Spain, Germany and the Netherlands. In a separate email I am going to send you a pdf file of sample pages and the cover. This is the edition that will publish in America, Canada and China. Could you please give me the name of the book Novo Conceito published. I am assuming you will NOT be discussing this book with Editorial Presenca, the publisher of Harry Potter and the Deathly Hallows. Please confirm this. They are not a candidate for this book.

Take care.

Roger
On Oct 3, 2007, at 2:05 PM, João Paulo Riff / Agência Riff wrote:

> Dear Roger,
>
> I received the pdf of the flyers. So far I was only submitting the material to Novo Conceito, since they recently did a HP related book, and it seems like a good option. But I'll also try with the Record group and see if we can get an offer soon.
>
> best,
> JP
>
> ----- Original Message ----- From: "Roger Rapoport" <roger@rdrbooks.com>
> To: "João Agência Riff" <joaopaulo@agenciariff.com.br>
> Sent: Wednesday, October 03, 2007 1:39 PM
> Subject: Fwd: Potter flyers
>
>
> Dear Joao Paulo:
>
> Here is a copy of our flyer for the Harry Potter Lexicon. Please note that we will send you sample pages and the British cover tomorrow. Thanks for confirming receipt. Do you have the entire manuscript via email. I can send it now if you need it.
>
> Sincerely,
>
> Roger Rapoport

-----------------------------------------------------------------

>

RDR 0721