# Exhibit L

Case 1:07-cv-09667-RPP   Document 37-13   Filed 01/16/2008   Page 1 of 2

From: Roger Rapoport <roger@rdrbooks.com>
Subject: **waiting on fax send date.**
Date: September 30, 2007 6:44:52 PM EDT
To: megan@rdrbooks.com

Dear Megan:

Thanks for your note. I will add the money to the account. Because I am on the road and because I want to think about this flyer a little more, I think I will hold off a little longer on deciding when the best time to send will be. I just want to think everything through when I'm not running around in circles. I do want to have it ready to go on short notice and it sounds like you are close. Don't worry too much about getting the book buyers actual names for the children's stores. If it's very easy, o.k., but I don't think you should spend much more than a couple hours on this max. One way or another the fax will get to the buyer as long as we just say Children's Book Buyer. Take care.

Roger

On Sep 29, 2007, at 2:02 PM, <megan@rdrbooks.com> <megan@rdrbooks.com> wrote:

> Hi Roger,
>
> I did add all the children's stores that had faxes (and weren't repeats on our list)-so the total number of stores I have is 1078 (so I need at least 64.68 in the account). I will try to find the names of book buyers-and if not I will make sure I have it say something about children's book buyer. Although, I am sure any buyer who would see this would take an interest in it, given that it is something about Harry Potter.
>
> Have a good trip-I will keep you updated on the fax list progress!
>
> Megan
>
> Megan Trank
> Director of Marketing
> RDR Books
> 231-740-0283
> megan@rdrbooks.com
>
> On Sat Sep 29 02:45 , Roger Rapoport sent:
>
>> Dear Megan:
>>
>> Here are a few quetsions.
>>
>> Do you have all the children's stores added (some are actually general stores with a big children's section, the trick here is to add the name of the children's buyer so that the flyer gets routed to the right buyer. Many stores will do this but many will not. Because the buyers work closely in many stores this will be o.k. but it probably wouldn't hurt to say something like "children's book buyer" at the children's book only store. Usually it is pretty clear by the name of the store if it says Pooh's Corner or Alligator Alley or some such. But since the kid buyers are critical for this flyer I do think it might make sense to get the right names for those stores. For everyone else we could just say Childrens Book Buyer
>>
>> Of course this is an independent critical publication written by bibliographic reference experts. All of the characters and names in the Potter books are, of course copyrighted and trademarked by Warner Bros and the various publishers of the books such as Scholasic and Bloomsbury. The book has not been endorsed or approved by Rowling or anyone in any of the companies that own the rights although she has said some very kind things about the website Harry Potter Lexicon.com. You could talk to local bookstores by phone such as one called Odyssey Books in North Hadley (they know us) and find out their level of interest as well as any kids stores, and college stores.
>>
>> I need to know how much money to add to the account for efax. Tuesday sounds like a good day to send, particularly early in the day.

RDR 0710