

**RDR** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: READ@RDRBOOKS.COM

**BOOKS** *proudly announces*

# The Harry Potter® Lexicon

### *The Definitive Readers' Guide to All Things Potter*

## by Steve Vander Ark and the staff of www.HP-Lexicon.org



The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows*.

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix*.

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated in any other print or electronic format, the Lexicon is guaranteed to delight your customers and enjoy a long and happy shelf life.

### J.K. Rowling on the Harry Potter Lexicon website—

*"This is such a great site that I have been known to sneak into an Internet café while out writing and check a fact rather than go into a bookshop and buy a copy of* Harry Potter *(which is embarrassing). A website for the dangerously obsessive; my natural home."*

## WINNER OF J.K. ROWLING'S FAN SITE AWARD

Harry Potter® and the names of all fictitious people and places are trademarks of Warner Bros. Neither the author, his staff members, www.HP-Lexicon.org nor the publisher is in any way affiliated with Warner Bros., Scholastic Books, J.K. Rowling or any other person or company claiming an interest in the Harry Potter novels. The Harry Potter® Lexicon respects the intellectual property rights of others and urges users of this book to do the same.

TRADE PAPERBACK • 412 PAGES • $24.95
ISBN 978-157143-174-5

**Special Free Freight Prepublication Offer:**
• 50 percent discount on orders of 10 or more books, combinable with any other RDR titles.
• 45 percent discount on orders of 5 or more.
• 2 percent extra discount for prepaid or non-returnable orders.
• Generous Non-Returnable terms available. Call, fax or e-mail for details.
THE LEXICON SHIPS NOVEMBER 20

FOR SPECIAL DISCOUNTS, ORDER DIRECT FROM
**RDR Books LLC**
**1487 Glen Avenue**
**Muskegon, MI 49441**
**(510) 595-0595 / fax(510) 228-0300**
**read@rdrbooks.com**
**www.rdrbooks.com**

To:        foerster@coppenrath.de

Dear Wolfgang Foerster:

Thank you for your kind help today. I appreciate your interest in our Harry Potter Lexicon, a 400 page, 150,000 word reference encyclopedia. The definitive book on the wonderful world of Potter, the Lexicon is written by Steve Vander Ark, considered one of the world's top scholars on the Rowling books. Rights have been sold in Britian, France, Canada and Australia and the book will be published in those countries in October. This will be the only complete reference work to the Potter series through Book 7, Harry Potter and the Deathly Hallows.

Based on the world's number one Harry Potter reference site, the Lexicon has been praised by Rowling who gave the site her fan award. She says: "This is such a great site that I have been known to sneak into an internet café while out writing and check a fact rather than go into a bookshop and buy a copy of Harry Potter (which is embarrassing). A website for the dangerously obsessive; my natural home."

Vander Ark, who keynotes academic conferences on Potter around the world is the subject of a 1 hour A and E documentary which is being included on the new DVD of the movie Harry Potter and the Order of the Phoenix.

Please give me a call to discuss the Lexicon in more detail. I would be pleased to meet with you next week when I am in Europe.

Sincerely,

Roger Rapoport

Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)

RDR 0354

From: Marc Vallée <marc@ariane.qc.ca>
Subject: **RE: Quentin**
Date: September 19, 2007 10:08:52 AM EDT
To: "'Roger Rapoport'" <roger@rdrbooks.com>
Reply-To: <marc@ariane.qc.ca>

Roger,

I hope he will find someone who can be of good help. I just learned that a French publisher will be publishing «a small Harry Potter dictionary», so we will have some competition. It is a smaller format that will be sold 15.00$ and released at the same time as book 7. So it would be even more important now to put on the front page the quote from Rowling about her liking the site.

Marc Vallée
Ariane Edtions
marc@ariane.qc.ca

---

**De :** Roger Rapoport [mailto:roger@rdrbooks.com]
**Envoyé :** 18 septembre 2007 13:10
**À :** marc@ariane.qc.ca
**Objet :** Quentin

Dear Marc:

Quentin has a list of 10 people who have helped on the French edition in the past and he is going to contact some of them . He is hoping that at least one of them is available to lend a hand.

Roger
Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441

RDR 0376

From: "Susan Aikens \(Merch\)"
                &lt;smaikens@bordersgroupinc.com&gt;
Subject: **RE: Harry Potter Lexicon**
Date: October 19, 2007 10:35:40 AM EDT
To: "Roger Rapoport" &lt;roger@rdrbooks.com&gt;

---

Mr. Rapoport,

I'd like to meet with you while you're in town on 10/26. My schedule is open all day so just let me know what time is best for you.

Thanks,
Susan Aikens

---

**From:** Roger Rapoport [mailto:roger@rdrbooks.com]
**Sent:** Thursday, October 18, 2007 5:07 PM
**To:** Susan Aikens (Merch)
**Subject:** Harry Potter Lexicon

Dear Susan Aikens:

Our company is a 15 year vendor to Borders who has worked successfully with your company on many books. Next week I will be sending you the 412 page galley of the Harry Potter Lexicon written by Steve Vander Ark and the staff of the Harry Potter Lexicon. This book is being added to the Borders data base this afternoon. Winner of J.K. Rowling's fansite award andpraised by Rowling herself, the Lexicon attracts more than 25 million readers each year. Mr. Vander Ark keynotes academic conferences on Harry Potter in America, Canada and England. Written in the style of the website, this is a fresh, amusing and very entertaining encyclopedia that is complete through Harry Potter and the Deathly Hallows. Mr. Vander Ark, who lives in Grand Rapids and London, has been extensively interviewed by the New York Times, the BBC, the Today Show and the wire services. His hour long A & E interview is included in the extra

RDR 0453

section of the Harry Potter and The Order of the Phoenix DVD. You should also know that a timeline he created for the series has been used on the past three Harry Potter DVDs.

Rights to our book have been sold in England, France, Canada, China, Italy, Australia and New Zealand. The American, French, Canadian, and British editions will all be out in mid-November. Since I know this book will have holiday appeal with fans going through Harry Potter withdrawal, it would be useful to us to have an estimate of your needs through the Christmas selling season. Please feel free to contact me if you need more information. I am going to be in Ann Arbor next Friday the 26th and would be happy to come by to answer any marketing questions you might have about this book.

Sincerely,

Roger Rapoport

RDR 0454

From: Roger Rapoport <roger@rdrbooks.com>
Subject: **Harry Potter Lexicon**
Date: September 11, 2007 10:56:36 AM EDT
To: foerster@coppenrath.de



Dear Wolfgang Foerster:

Thank you for your kind help today. I appreciate your interest in our Harry Potter Lexicon, a 400 page, 150,000 word reference encyclopedia. The definitive book on the wonderful world of Potter, the Lexicon is written by Steve Vander Ark, considered one of the world's top scholars on the Rowling books. Rights have been sold in Britian, France, Canada and Australia and the book will be published in those countries in October. This will be the only complete reference work to the Potter series through Book 7, Harry Potter and the Deathly Hallows.

Based on the world's number one Harry Potter reference site, the Lexicon has been praised by Rowling who gave the site her fan award. She says: "This is such a great site that I have been known to sneak into an internet café while out writing and check a fact rather than go into a bookshop and buy a copy of Harry Potter (which is embarrassing). A website for the dangerously obsessive; my natural home."

Vander Ark, who keynotes academic conferences on Potter around the world is the subject of a 1 hour A and E documentary which is being included on the new DVD of the movie Harry Potter and the Order of the Phoenix.

Please give me a call to discuss the Lexicon in more detail. I would be pleased to meet with you next week when I am in Europe.

Sincerely,

Roger Rapoport

Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com
www.rdrbooks.com

RDR 0614



From: Roger Rapoport <roger@rdrbooks.com>
Subject: **Potter flyers**
Date: September 28, 2007 5:21:40 PM EDT
To: Megan Trank <megan@rdrbooks.com>
2 Attachments, 814 KB  Save▼

Dear Megan:
Please email me before you are ready to send this out. I want to know when you are planning to send this out by fax. I think I need to contact efax.

Roger

This is the flyer that I want you to send to bookstores. It is only one page.



**RDR** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM
**BOOKS** *proudly announces*

# The Harry Potter Lexicon

*The Definitive Readers' Guide to All Things Potter*

## by Steve Vander Ark and the staff of www.HP-Lexicon.org

The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows*.

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix*.

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated in any other print or electronic format, the Lexicon is guaranteed to delight your customers and enjoy a long and happy shelf life.

### J.K. Rowling on the Harry Potter Lexicon website—
*"This is such a great site that I have been known to sneak into an*

TRADE PAPERBACK • 400 PAGES • $24.95
ISBN 978-157143-174-5
**Special Free Freight Prepublication Offer:**
• 50 percent discount on orders of 10 or more books, combinable with any other RDR rate.
• 45 percent discount on orders of 5 or more.
• 4 or fewer titles are discounted 40 percent
• 2 percent extra discount for prepaid or non-returnable orders.
THE LEXICON PUBLISHES NOVEMBER 1

FOR SPECIAL DISCOUNTS, ORDER DIRECT FROM
**Roger Rapoport**

RDR 0702

**From:** Roger Rapoport <roger@rdrbooks.com>
**Subject: Fwd: Potter flyers**
**Date:** October 3, 2007 12:39:04 PM EDT
**To:** João Agência Riff <joaopaulo@agenciariff.com.br>
1 Attachment, 330 KB  Save

Dear Joao Paulo:

Here is a copy of our flyer for the Harry Potter Lexicon. Please note that we will send you sample pages and the British cover tomorrow. Thanks for confirming receipt. Do you have the entire manuscript via email. I can send it now if you need it.

Sincerely,

Roger Rapoport



**RDR** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM
**BOOKS** *proudly announces*

# The Harry Potter Lexicon
*The Definitive Readers' Guide to All Things Potter*

### by Steve Vander Ark and the staff of
### www.HP-Lexicon.org

The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows*.

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix*.

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated in any other print or electronic format, the Lexicon is guaranteed to delight your customers and enjoy a long and happy shelf life.



TRADE PAPERBACK
400 PAGES
ISBN 978-157143-174-5

The Lexicon is now being published in America, Britain, Canada, and France. For more information on rights to the

RDR 0718

J.K. Rowling on the Harry Potter Lexicon website—
*"This is such a great site that I have been known to sneak into an Internet café while out writing and check a fact rather than go into a bookshop and buy a copy of Harry Potter (which is embarrassing). A website for the dangerously obsessive; my natural home."*

**WINNER OF J.K. ROWLING'S FAN SITE AWARD**

Lexicon in your country, please call:

Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595 / fax(510) 228-0300
roger@rdrbooks.com
www.rdrbooks.com

RDR 0719

**From:** Roger Rapoport <roger@rdrbooks.com>
**Subject:** **Harry Potter Lexicon**
**Date:** October 11, 2007 4:13:03 PM EDT
**To:** barbara@auntiesbooks.com
1 Attachment, 333 KB 



Dear Barbara:

Here is information on the Harry Potter Lexicon which will ship in early November at a 50 percent free freight discount on orders of 5 or more books. Orders are also combinable with other RDR titles at the same discount. Please contact me to reserve copies for the holiday selling season.

Sincerely,

Roger Rapoport



**RDR** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM

**BOOKS** *proudly announces*

# The Harry Potter Lexicon

*The Definitive Readers' Guide to All Things Potter*

### by Steve Vander Ark and the staff of
### www.HP-Lexicon.org



The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows*.

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix*.

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated

TRADE PAPERBACK • 400 PAGES • $24.95
ISBN 978-157143-174-5
Special Free Freight Prepublication Offer:
• 50 percent discount on orders of 10 or more books, combinable with any other RDR rate.
• 45 percent discount on orders of 5 or more.

RDR 0730

From: Roger Rapoport <roger@rdrbooks.com>
Subject: **Harry Potter Lexicon/November**
Date: October 11, 2007 5:20:11 PM EDT
To: skinberger@booksinc.net
📎 1 Attachment, 333 KB   Save▼





**RDR**  1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM
**BOOKS** *proudly announces*

# The Harry Potter Lexicon

*The Definitive Readers' Guide to All Things Potter*

## by Steve Vander Ark and the staff of
## www.HP-Lexicon.org



The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows*.

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix*.

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated in any other print or electronic format, the Lexicon is guaranteed to delight your customers and enjoy a long and happy shelf life.

## J.K. Rowling on the Harry Potter Lexicon website—

*"This is such a great site that I have been known to sneak into an Internet café while out writing and check a fact rather than go into a bookshop and buy a copy of Harry Potter (which is embarrassing). A*

TRADE PAPERBACK • 400 PAGES • $24.95
ISBN 978-157143-174-5

**Special Free Freight Prepublication Offer:**
• 50 percent discount on orders of 10 or more books, combinable with any other RDR rate.
• 45 percent discount on orders of 5 or more.
• 4 or fewer titles are discounted 40 percent
• 2 percent extra discount for prepaid or non-returnable orders.

THE LEXICON PUBLISHES NOVEMBER 1

FOR SPECIAL DISCOUNTS, ORDER DIRECT FROM
**Roger Rapoport
RDR Books LLC
1487 Glen Avenue**

RDR  0732

From: Roger Rapoport <roger@rdrbooks.com>
Subject: **Fwd: Harry Potter flyer**
Date: September 17, 2007 3:16:46 PM EDT
To: block@stolaf.edu
 1 Attachment, 208 KB  Save



 **RDR** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: READ@RDRBOOKS.COM
**BOOKS** *proudly announces*

# The Harry Potter Lexicon

*The Definitive Readers' Guide to All Things Potter*

### by Steve Vander Ark and the staff of
### www.HP-Lexicon.org

The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world in a beautiful illuminated manuscript style edition.

Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows.*

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix.*

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated in any other print or electronic format, the Lexicon is guaranteed to delight your customers and enjoy a long and happy shelf life.



TRADE PAPERBACK
400 PAGES
ISBN 978-157143-174-5

The Lexicon is now being published in America, Britain, Canada and France. For more information on rights to the Lexicon in your country please call

Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon MI 49441

RDR 0653

**From:** Roger Rapoport <roger@rdrbooks.com>
**Subject:** **Attn: Liesel**
**Date:** October 11, 2007 5:26:05 PM EDT
**To:** childrens@boulderbookstore.com
📎 1 Attachment, 333 KB  Save▾



 **RDR** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM
**BOOKS** *proudly announces*

---

# The Harry Potter Lexicon
*The Definitive Readers' Guide to All Things Potter*

---

### by Steve Vander Ark and the staff of
### www.HP-Lexicon.org



The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows*.

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix*.

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated in any other print or electronic format, the Lexicon is guaranteed to delight your customers and enjoy a long and happy shelf life.

### J.K. Rowling on the Harry Potter Lexicon website—
*"This is such a great site that I have been known to sneak into an Internet café while out writing and check a fact rather than go into a bookshop and buy a copy of Harry Potter (which is embarrassing). A*

TRADE PAPERBACK • 400 PAGES • $24.95
ISBN 978-157143-174-5
**Special Free Freight Prepublication Offer:**
• 50 percent discount on orders of 10 or more books, combinable with any other RDR rate.
• 45 percent discount on orders of 5 or more.
• 4 or fewer titles are discounted 40 percent
• 2 percent extra discount for prepaid or non-returnable orders.

THE LEXICON PUBLISHES NOVEMBER 1

FOR SPECIAL DISCOUNTS, ORDER DIRECT FROM
Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441

From: Roger Rapoport <roger@rdrbooks.com>
Subject: **attn: tanya and roger**
Date: October 11, 2007 5:31:48 PM EDT
To: islandbooks@seanet.com
✎ 1 Attachment, 333 KB  Save ▾



Dear Roger and Tanya:

In early November we are shipping the Harry Potter Lexicon, the definitive reference encyclopedia to the Harry Potter series. Details are included on the attached flyer. Please let us know how many copies you would like us to send and we'll get them to you as soon as the first printing arrives.

Sincerely,

Roger Rapoport
Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com
www.rdrbooks.com



**RDR** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM
**BOOKS** *proudly announces*

# The Harry Potter Lexicon

*The Definitive Readers' Guide to All Things Potter*

### by Steve Vander Ark and the staff of
### www.HP-Lexicon.org

The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows.*

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order*



TRADE PAPERBACK • 400 PAGES • $24.95
ISBN 978-157143-174-5

RDR 0734

From: Roger Rapoport <roger@rdrbooks.com>
Subject: **Harry Potter Lexicon**
Date: October 12, 2007 4:28:22 PM EDT
To: kguttormsen@booksinc.net
1 Attachment, 333 KB  Save



Dear Korje:

Thanks for your inquiry about returning to RDR Books. Just go ahead and send the books and we will credit you. Here's a thought. I am sure your customers will enjoy the Harry Potter Lexicon shown above. Why don't you use your credit toward this title which I am sure would be perfect for the holiday season.

Sincerely,

Roger Rapoport



## RDR
BOOKS *proudly announces*

1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/223-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM

# The Harry Potter Lexicon
*The Definitive Readers' Guide to All Things Potter*

### by Steve Vander Ark and the staff of
### www.HP-Lexicon.org

The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows.*

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix.*

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated



TRADE PAPERBACK • 400 PAGES • $24.95
ISBN 978-157143-174-5

**Special Free Freight Prepublication Offer:**
• 50 percent discount on orders of 10 or more books, combinable with any other RDR rate.
• 45 percent discount on orders of 5 or more.
• 4 or fewer titles are discounted 40 percent

RDR 0735



From: Roger Rapoport <roger@rdrbooks.com>
Subject: **Harry Potter Lexicon**
Date: October 12, 2007 4:28:22 PM EDT
To: _kguttormsen@booksinc.net
1 Attachment, 333 KB  Save

Dear Korje:

Thanks for your inquiry about returning to RDR Books. Just go ahead and send the books and we will credit you. Here's a thought. I am sure your customers will enjoy the Harry Potter Lexicon shown above. Why don't you use your credit toward this title which I am sure would be perfect for the holiday season.

Sincerely,

Roger Rapoport



**RDR BOOKS** *proudly announces*   1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM

# The Harry Potter Lexicon
### *The Definitive Readers' Guide to All Things Potter*

### by Steve Vander Ark and the staff of
### www.HP-Lexicon.org



The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows*.

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix*.

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated

TRADE PAPERBACK • 400 PAGES • $24.95
ISBN 978-1S7143-174-5
Special Free Freight Prepublication Offer:
• 50 percent discount on orders of 10 or more books, combinable with any other RDR rate.
• 45 percent discount on orders of 5 or more.
• 4 or fewer titles are discounted 40 percent

RDR 0736

From: Roger Rapoport <roger@rdrbooks.com>
Subject: **Harry Potter Lexicon**
Date: October 14, 2007 5:56:51 PM EDT
To: Jason Chambers <JChambers@bookazine.com>
📎 1 Attachment, 333 KB  Save





**RDR** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM
**BOOKS** *proudly announces*

# The Harry Potter Lexicon

### *The Definitive Readers' Guide to All Things Potter*

### by Steve Vander Ark and the staff of
### www.HP-Lexicon.org



The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows.*

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix.*

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated in any other print or electronic format, the Lexicon is guaranteed to delight your customers and enjoy a long and happy shelf life.

### J.K. Rowling on the Harry Potter Lexicon website—

*"This is such a great site that I have been known to sneak into an Internet café while out writing and check a fact rather than go into a bookshop and buy a copy of* Harry Potter *(which is embarrassing). A*

---

TRADE PAPERBACK • 400 PAGES • $24.95
ISBN 978-157143-174-5
Special Free Freight Prepublication Offer:
• 50 percent discount on orders of 10 or more
  books, combinable with any other RDR rate.
• 45 percent discount on orders of 5 or more.
• 4 or fewer titles are discounted 40 percent
• 2 percent extra discount for prepaid or non-
  returnable orders.

THE LEXICON PUBLISHES NOVEMBER 1

FOR SPECIAL DISCOUNTS, ORDER DIRECT FROM
Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon MI 49441

RDR 0737

From: Roger Rapoport <roger@rdrbooks.com>
Subject: **lexicon**
Date: October 15, 2007 2:33:59 PM EDT
To: boredft@mcn.org
📎 1 Attachment, 333 KB  [Save ▾]



 **RDR** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM
**BOOKS** *proudly announces*

# The Harry Potter Lexicon
*The Definitive Readers' Guide to All Things Potter*

### by Steve Vander Ark and the staff of
### www.HP-Lexicon.org



The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows*.

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix*.

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated in any other print or electronic format, the Lexicon is guaranteed to delight your customers and enjoy a long and happy shelf life.

### J.K. Rowling on the Harry Potter Lexicon website—

*"This is such a great site that I have been known to sneak into an Internet café while out writing and check a fact rather than go into a bookshop and buy a copy of Harry Potter (which is embarrassing). A*

TRADE PAPERBACK • 400 PAGES • $24.95
ISBN 978-157143-174-5

Special Free Freight Prepublication Offer:
• 50 percent discount on orders of 10 or more books, combinable with any other RDR rate.
• 45 percent discount on orders of 5 or more.
• 4 or fewer titles are discounted 40 percent
• 2 percent extra discount for prepaid or non-returnable orders.

THE LEXICON PUBLISHES NOVEMBER 1

FOR SPECIAL DISCOUNTS, ORDER DIRECT FROM
Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441

RDR 0738

From: Roger Rapoport <roger@rdrbooks.com>
Subject: **Harry Potter Lexicon/RDR Books**
Date: October 18, 2007 3:42:34 PM EDT
To: epovelko@bn.com
Cc: bmonahan@bn.com
📎 1 Attachment, 333 KB `Save`



Dear Eva:

I sent a title card for the Harry Potter Lexicon some weeks ago. Brian Monahan just checked the database for this book and found that it is not yet entered. Because the book is shipping in the second week of November he would like to be sure this title is in the data base as soon as possible.

Here is some information that will be helpful to you:

Harry Potter Lexicon
By Steve Vander Ark
 ISBN 978-157143-174-5
$24.95
Trade Paper, 412 pages
Our distributor is Bookazine
the book is 6 x 9
the category is Children's Reference
This is a nonfiction book about the fictional world of Harry Potter
The book is based on the number one Harry Potter website, the Harry Potter Lexicon. It is the first complete reference encyclopedia to all seven Harry Potter books by an elite academic team. The Lexicon has over 25 million visitors annually.
The author lives in Grand Rapids, Michigan
There will be very extensive national publicity by the author on the Today Show, Associated Press, NPR and in major dailies around the country. Mr. VanderArk has a one hour slot in the extra section of the new DVD, Harry Potter and the Order of the Phoenix.

Please contact me if you have any questions.
Sincerely,

Roger Rapoport



**RDR**
**BOOKS** *proudly announces*

1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM

# The Harry Potter Lexicon
*The Definitive Readers' Guide to All Things Potter*

**by Steve Vander Ark and the staff of**
**www.HP-Lexicon.org**



The most trusted reference source in the world on the wonderful world

The most trusted reference source in the world on the wondrous world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike, the Harry Potter Lexicon is the only reference work that covers all seven books including the brand new *Harry Potter and the Deathly Hallows*.

Author Vander Ark, who frequently keynotes academic conferences on the Potter books, has been extensively interviewed by the BBC, the Today Show and A & E. An hour-long interview with Vander Ark will be included on the forthcoming DVD of *Harry Potter and the Order of the Phoenix*.

With more than 25 million visitors to the Lexicon website each year, there is a vast market for this book. An original work, unduplicated in any other print or electronic format, the Lexicon is guaranteed to delight your customers and enjoy a long and happy shelf life.

### J.K. Rowling on the Harry Potter Lexicon website—
*"This is such a great site that I have been known to sneak into an Internet café while out writing and check a fact rather than go into a bookshop and buy a copy of Harry Potter (which is embarrassing). A website for the dangerously obsessive; my natural home."*

### WINNER OF J.K. ROWLING'S FAN SITE AWARD



TRADE PAPERBACK • 400 PAGES • $24.95
ISBN 978-157143-174-5
Special Free Freight Prepublication Offer:
* 50 percent discount on orders of 10 or more books, combinable with any other RDR rate.
* 45 percent discount on orders of 5 or more.
* 4 or fewer titles are discounted 40 percent
* 2 percent extra discount for prepaid or non-returnable orders.
THE LEXICON PUBLISHES NOVEMBER 1

FOR SPECIAL DISCOUNTS, ORDER DIRECT FROM
Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595 / fax(510) 228-0300
roger@rdrbooks.com
www.rdrbooks.com

Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com
www.rdrbooks.com

RDR 0754

From: Roger Rapoport <roger@rdrbooks.com>
Subject: **Harry Potter Lexicon**
Date: October 18, 2007 5:07:00 PM EDT
To: smalkens@bordersgroupinc.com
📎 1 Attachment, 333 KB  Save



Dear Susan Aikens:

Our company is a 15 year vendor to Borders who has worked successfully with your company on many books. Next week I will be sending you the 412 page galley of the Harry Potter Lexicon written by Steve Vander Ark and the staff of the Harry Potter Lexicon. This book is being added to the Borders data base this afternoon. Winner of J.K. Rowling's fansite award andpraised by Rowling herself, the Lexicon attracts more than 25 million readers each year. Mr. Vander Ark keynotes academic conferences on Harry Potter in America, Canada and England. Written in the style of the website, this is a fresh, amusing and very entertaining encyclopedia that is complete through Harry Potter and the Deathly Hallows. Mr. Vander Ark, who lives in Grand Rapids and London, has been extensively interviewed by the New York Times, the BBC, the Today Show and the wire services. His hour long A & E interview is included in the extra section of the Harry Potter and The Order of the Phoenix DVD. You should also know that a timeline he created for the series has been used on the past three Harry Potter DVDs.

Rights to our book have been sold in England, France, Canada, China, Italy, Australia and New Zealand. The American, French, Canadian, and British editions will all be out in mid-November. Since I know this book will have holiday appeal with fans going through Harry Potter withdrawal, it would be useful to us to have an estimate of your needs through the Christmas selling season. Please feel free to contact me if you need more information. I am going to be in Ann Arbor next Friday the 26th and would be happy to come by to answer any marketing questions you might have about this book.

Sincerely,

Roger Rapoport



**RDR** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM
**BOOKS** *proudly announces*

# The Harry Potter Lexicon

*The Definitive Readers' Guide to All Things Potter*

### by Steve Vander Ark and the staff of
### www.HP-Lexicon.org



The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike.

RDR 0756

**From:** João Paulo Riff / Agência Riff
&lt;joaopaulo@agenciariff.com.br&gt;
**Subject: Re: Harry Potter Encyclopedia**
**Date:** September 26, 2007 11:45:11 AM EDT
**To:** "Roger Rapoport" &lt;roger@rdrbooks.com&gt;

Dear Roger,

I'm glad to confirm receipt of the five files of the Lexicon on September 18th. I have a good publisher in mind that I'll pitch the book to before Frankfurt. Their name is Novo Conceito, and they recently acquired the rights of a book called "Kids Letters to Harry Potter" and the response was amazing. I'm sure they'll be thrilled to have the opportunity of publishing the Lexicon.

We are going to Frankfurt, but unfortunately my schedule is already fully booked. My colleague (and mother) Lucia still has some free slots and we can try to set up a meeting with her. Will you have a stand or should we try to set something at our table in the Agents Center?

all best wishes,
JP


----- Original Message -----
**From: Roger Rapoport**
**To:** João Paulo Riff / Agência Riff
**Sent:** Thursday, September 06, 2007 2:39 AM
**Subject:** Re: Harry Potter Encyclopedia

Dear Joao Paulo:

You are correct. The Harry Potter Lexicon is the number one reference site in the world to the popular series with more than 25 million visitors annually including J.K. Rowling herself who loves the site, the editors of the series (the site lists all the errors in the books), the filmmakers who use the site every day when they are on the set, as well as academics, critics, journalists and millions of readers. The gold standard on Harry Potter reference, this site links directly to every other Harry Potter website and the publicity on this book, to be published in America and Britain in late October, will be tremendous. Since there is no index to the books and every other book on the subject is now out of date, our title will be the only

RDR 0397

complete up to date reference book on the series through Book 7, Harry Potter and The Deathly Hallows. We have a team of 22 people working on the book right now. Rights have been sold in Canada, Britain and France and we are receiving offers now from Spain, the Netherlands and Italy. Although this is an unofficial book, it is without a doubt the definitive book on the series, and will come out way ahead of any possible competitors. In addition there may be subsequent books based on the site which has well over 1000 pages of material. The book will be published at 400 pages (about 150,000 words) in the style of an illuminated manuscript with beautifully designed letters opening each section. We do not want to sell this to any of the publishers currently publishing the Potter books.

The International Publishers so far are Methuen in the UK as well as Ariane Editions in Canada. I will get you the names of the other publishers shortly. The complete manuscript will be available next week. Will you be attending the Frankfurt Fair? Also, please give me a good time to call you tomorrow.

Sincerely,

Roger Rapoport
On Sep 5, 2007, at 4:15 PM, João Paulo Riff / Agência Riff wrote:

> Dear Roger,
>
> Very interesting! I'm sorry but things are very busy and I'm leaving for a meeting in a few minutes, but I'm definitely interested in receiving material of the Harry Potter Lexicon. When will the book published in the US?
>
> does the book have any relation to this website? http://www.hp-lexicon.org/
>
> please send me a list of international publishers together with the manuscript next week.
>
> all best,
> JP
>
>
> ----- Original Message -----
> **From:** Roger Rapoport
> **To:** João Paulo Riff / Agência Riff
> **Sent:** Wednesday, September 05, 2007 1:24 PM

**Steve Vander Ark**

| | |
|---|---|
| **From:** | Roger Rapoport [roger@rdrbooks.com] |
| **Sent:** | Wednesday, August 22, 2007 10:12 PM |
| **To:** | Steve Vander Ark |
| **Subject:** | Re: RE: |

**Categories:**       book

Yes, I have Office 2003.  Thanks.

Roger
On Aug 22, 2007, at 8:43 PM, Steve Vander Ark wrote:


Do you have Office 2003 or 2007?


Steve


**From:** Roger Rapoport [mailto:roger@rdrbooks.com]
**Sent:** Wednesday, August 22, 2007 7:42 PM
**To:** Steve Ark Vander
**Subject:**


Steve:


We need to consider a short section at the beginning of the book explaining the history of the Lexicon and its reception around the world.  You can write this if you wish.  You need to do things like give examples of the wonderful response to the site, quotes from people who like it, such as Rowling and Warners, the fact that it has been widely copied, imitated, plaggarized and of course why it is such a unique treasure.  I can work with you on it.  This is introductory material and I want to give you a feel for what I am looking ago.


_____ years ago when the Harry Potter Lexicon went on line none of us knew that it was destined to be the gold reference standard on the most popular series in the history of_____ literature.  The work of our team of_____ has been hailed as the definitive source of information on the seven books that have become a publishing phenomenon. (here you can explain who you are).  Although our work and this book is an

1

VA041

independent and unauthorized publication that is neither endorsed or sponsored by J.K. Rowling, Bloomsbury Publishing, Scholastic Books, Raincoast Books, or Warner Brothers, it is heavily used by everyone who knows and loves the trademarked and copyrighted Harry Potter series. None of these individuals or organizations have endorsed or sponosred our book But they are talking about us.


Quotes from Rowling, Warners, etc. rating as top site etc.


From here you can introduce the book etc and explain how it is a response to heavy demand from readers around the world. You can explain how this book can help readers who are rereading the books enjoy them even more.


Thanks Steve.


Roger

Roger Rapoport

RDR Books LLC

1487 Glen Avenue

Muskegon, MI 49441

(510) 595-0595

(510) 228-0300 (fax)

roger@rdrbooks.com

www.rdrbooks.com


West Coast Office

2415 Woolsey Street

Berkeley, CA 94705

VA042



**From:** Roger Rapoport <roger@rdrbooks.com>
**Subject:** **Harry Potter Lexicon**
**Date:** October 18, 2007 5:07:00 PM EDT
**To:** smaikens@bordersgroupinc.com
1 Attachment, 333 KB  Save

Dear Susan Aikens:

Our company is a 15 year vendor to Borders who has worked successfully with your company on many books. Next week I will be sending you the 412 page galley of the Harry Potter Lexicon written by Steve Vander Ark and the staff of the Harry Potter Lexicon. This book is being added to the Borders data base this afternoon. Winner of J.K. Rowling's fansite award andpraised by Rowling herself, the Lexicon attracts more than 25 million readers each year. Mr. Vander Ark keynotes academic conferences on Harry Potter in America, Canada and England. Written in the style of the website, this is a fresh, amusing and very entertaining encyclopedia that is complete through Harry Potter and the Deathly Hallows. Mr. Vander Ark, who lives in Grand Rapids and London, has been extensively interviewed by the New York Times, the BBC, the Today Show and the wire services. His hour long A & E interview is included in the extra section of the Harry Potter and The Order of the Phoenix DVD. You should also know that a timeline he created for the series has been used on the past three Harry Potter DVDs.

Rights to our book have been sold in England, France, Canada, China, Italy, Australia and New Zealand. The American, French, Canadian, and British editions will all be out in mid-November. Since I know this book will have holiday appeal with fans going through Harry Potter withdrawal, it would be useful to us to have an estimate of your needs through the Christmas selling season. Please feel free to contact me if you need more information. I am going to be in Ann Arbor next Friday the 26th and would be happy to come by to answer any marketing questions you might have about this book.

Sincerely,

Roger Rapoport



**RDR** 1487 GLEN AVENUE, MUSKEGON MI 49441 • PHONE 510/595-0595
**BOOKS** FAX 510/228-0300 • WWW.RDRBOOKS.COM • EMAIL: ROGER@RDRBOOKS.COM
*proudly announces*

# The Harry Potter Lexicon

*The Definitive Readers' Guide to All Things Potter*

### by Steve Vander Ark and the staff of
### www.HP-Lexicon.org



The most trusted reference source in the world on the wonderful world of Harry Potter, Steve Vander Ark's encyclopedic reference is now being published around the world. Working with an exceptional team of academic and reference scholars, Vander Ark has created the classic encyclopedia that will satisfy the curiosity of the most ardent Potter fan.

A biographical reference, gazetteer, bestiary, handbook, reader's guide, and tour of the Potter universe, this definitive work is guaranteed to set the standard for the bestselling series.

Perfect for readers, booksellers, librarians, students and scholars alike,