**Exhibit N**

**From:** Marc Vallée <marc@ariane.qc.ca>
**Subject: RE: cover**
**Date:** October 16, 2007 11:01:36 AM EDT
**To:** "'Roger Rapoport'" <roger@rdrbooks.com>
**Reply-To:** <marc@ariane.qc.ca>

Wow, a perfect sell pitch. I will email this to the buyer. Would you be available to come on the 5th of November to Toronto. I will see if the buyer will receive us

Thank you

Marc Vallée
Ariane Edtions
marc@ariane.qc.ca

---

**De :** Roger Rapoport [mailto:roger@rdrbooks.com]
**Envoyé :** 16 octobre 2007 10:36
**À :** marc@ariane.qc.ca
**Objet :** Re: cover

Dear Marc:

The buyer is wrong. In fact there is no other Harry Potter reference book hitting the market that is in any way similar to what we are doing. Other books like the Idiot Guide to Harry Potter are junk. Our book is written by 20 academic scholars and reference experts including the world's leading Harry Potter critic, Steve Vander Ark. This is the only complete reference work based on the number one Harry Potter website in the world, the one used by J.K. Rowling, Raincoast, Scholastic, Warner Brothers and more than 25 million fans around the world. Our book is gorgeous in the manner of an illuminated manuscript. It is also the first complete reference book on the series. The Lexicon is so good that Warner Brothers has actually

taken (without permission) some of the material and put it on their Potter DVD's. Our author has an hour as an extra feature on the next Potter movie DVD. The truth is that the only other reference book remotely close to our idea and it was not anywhere near as good as ours has been cancelled. It was going to be produced by Mugglenet and they cancelled the project a few weeks ago. You can certainly use the quote from Rowling and also the fact that Harry Potter Lexicon won the coveted fansite award from Rowling. Your buyer should know that this book is being published by many of the world's top publishers including yourself and leading publishers in England, Italy, Spain, the Netherlands, and China. Response at the Frankfurt book fair was overwhelming. When they have a chance to actually look at the pages next week they will understand. If it's important to you I am perfectly willing to meet you in Toronto and go to Indigo with you to explain this to them. Just give me a date and I'll be there.

Roger
On Oct 16, 2007, at 10:20 AM, Marc Vallée wrote:


Dear Roger,

I talked with the buyer of the Indigo bookstore chain (they have hundreds of bookstores in Canada) here is her answer :

Hi Marc, I'm afraid I really cannot consider the book until I've seen a finished copy.
There are quite a few other Harry Potter reference books hitting the market and I can only stock the very best.

So I was hoping in fact to put a reference that Rowling does consult the site on the cover - that our book stands out from the others. I would like better to insert the disclaimer on the ISBN page. We need the Indigo order to make this worthwhile in Canada. Do you think this to be to risky . OK for the copyright bug

Marc Vallée
Ariane Edtions
marc@ariane.qc.ca

---

**De :** Roger Rapoport [mailto:roger@rdrbooks.com]
**Envoyé :** 16 octobre 2007 08:53
**À :** marc@ariane.qc.ca
**Objet :** cover

Dear Marc:

We still expect to have the English text by Friday or Monday at the latest. I want to suggest that on the back cover of the French edition that you run this disclaimer:

The Harry Potter Lexicon is a reference work designed to aid in the literary analysis and appreciation of the fictional works of J.K. Rowling. Presented for the first time in book format, it is excerpted entirely from the World Wide Web site www.hp-lexicon.org, a readers' guide written and compiled by academic scholars over a period of nine years. Although the site has been prepared and presented with the full knowledge of J.K. Rowling, it is unauthorized in that the material has not been formally approved or supervised by Ms. Rowling or her representatives or publishers, including Bloomsbury, Scholastic, Gallimard Jeunesse, Raincoast, and many other companies, and Warner Bros. or any other claimant in the fictional Harry Potter characters by copyright, trademark, contract or otherwise. The publishers of the Harry Potter Lexicon urge readers to buy all the books in the series, without which the material in this book lacks purpose. The Harry Potter Lexicon is copyrighted by Steve Vander Ark, and any unauthorized reproduction or use is strictly prohibited. For permission to reprint material in this book, kindly contact the publisher at:

On the front cover please run a tm (trademark) copyright bug next to the words Harry Potter which need to be in a smaller font than the word lexicon. Take care.

Roger
Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com
www.rdrbooks.com

Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com
www.rdrbooks.com

RDR 1160