# Exhibit F
# Part 1 of 3



NOT APPROVED BY J. K. ROWLING

FOR TEACHING YOUNG ADULT FICTION

Exploring Harry Potter

by Elizabeth D. Schafer

"The Harry Potter books, unlike so many childhood manias of the last twenty or thirty years, are a good thing. Elizabeth Schafer's book will help enrich the Harry Potter experience, and that is a *very good* thing."

— STEPHEN KING

"What a great idea this series is and how well done! This is not so much a book as a treasure chest of history, mythology, geography, ideas, games, and resources about Harry Potter and beyond. I wish there were one of these for every book I love."

— KAREN CUSHMAN

"A must for muggles. Whether you're 10 years old or an adult, Elizabeth Schafer's Sourcebook is accessible and exciting and makes reading the Harry Potter novels even more fulfilling. Teachers and librarians will love the story overviews and resources for exploring Harry's world—and the entire genre of mystical fiction."

— JACK GANTOS

ISBN 0-933833-57-1

