**Exhibit I**

THE
COMPLETE
IDIOT'S
GUIDE TO

# The World of Harry Potter

**Visit the magical universe created by J. K. Rowling**

This book was not authorized, prepared, approved, licensed, or endorsed by J. K. Rowling, Scholastic, Warner Bros., or any other individual or entity associated with the HARRY POTTER books or movies.

**Tere Stouffer**

# Does *Harry Potter* have you spellbound?

You're no idiot, of course. J. K. Rowling's *Harry Potter* novels have captured the imaginations of readers of all ages who have become enchanted by Harry's story. And like so many other wizards of words, there's more to Rowling's magical storytelling than meets the eye.

*The Complete Idiot's Guide® to the World of Harry Potter* reveals the inspirations and influences behind one of literature's most beloved creations. In this *Complete Idiot's Guide®*, you get:

- An entertaining look at the history, mythology, science, and folklore found in all seven *Harry Potter* novels.
- A guide to the magical creatures populating Harry's world.
- A day in the life of a wizard.
- Spells, charms, potions, and other magical methods.

**TERE STOUFFER** earned her Master's degree in children's literature at Hollins University. Her 2001 graduate paper detailing the differences between J. K. Rowling's magical world and those of C. S. Lewis and Lewis Carroll established her as one of the first Harry Potter Scholars in the nation. In 2005 and 2006, she was invited to present papers at the prestigious Children's Literature Association International conference.

## Learn more about the magical world.

- Explore the origin of the magical creatures you'll encounter.
- Discover what equipment a wizard needs to keep on hand.
- Uncover the power of plants and herbs.
- Find out which games have been around for centuries, and which are brand-new.
- Study the formulas for draughts and potions.
- Learn the "King's English" for the meanings of British and wizarding terminology.

ISBN 978-1-59257-599-2

9 781592 575992

51695

Cover image © Kurt Owens
idiotsguides.com
ALPHA

**U.S. $16.95**
**U.K. £10.99  CAN $20.00**



# THE
COMPLETE
## IDIOT'S
### GUIDE TO

# The World of Harry Potter



ALPHA



# THE COMPLETE IDIOT'S GUIDE® TO

# The World of Harry Potter

## by Tere Stouffer

This book was not authorized, prepared, approved, licensed, or endorsed by J.K. Rowling, Scholastic, Warner Bros., or any other individual or entity associated with the HARRY POTTER books or movies.



**ALPHA**

A member of Penguin Group (USA) Inc.

# Contents at a Glance

**Part 1:**    **Wizards, Monsters, and Creatures of All Sorts**    1

**Chapter 1**    **Wizards, Witches, and Warlocks**    3

*Need to get up to speed on your wizard terminology and history? This chapter quickly sums up the terminology and famous wizards with which you need to be acquainted.*

**Chapter 2**    **Creatures of All Shapes and Sizes**    19

*From an acromantula to the yeti, this chapter explores the background, mythology, and literary connections of nearly fifty creatures in the wizarding world.*

**Part 2:**    **Where and How the Wizards Are**    43

**Chapter 3**    **The Wizard's Wardrobe and Toolbox**    45

*Robes, hats, wands, quills, and ink—what does it all mean? This chapter fills you in on the contents of the wizard's toolbox.*

**Chapter 4**    **How Wizards Spend Their Days**    61

*The wizarding world is a whole new place, with its own money, mail system, entertainment, and food. This chapter gives you a tour of how typical wizards spend their days.*

**Chapter 5**    **Getting Around: Modes of Transportation**    75

*Whether traveling by broomstick or using a network of fireplaces, wizards travel by the simplest, cheapest methods in the world.*

**Chapter 6**    **The Sporting Life: Quidditch, Chess, and Other Games**    85

*This chapter gives you an inside look at wizard sports and games, many of which have a rich history: Quidditch, wizard-style chess, dueling, Gobstones, and card games.*

**Chapter 13**    **Advanced Wizardry**    179

*Eight advanced wizarding skills are discussed in detail here, from understanding prophecies to deciphering runes.*

**Part 5:**    **Regulating Magic and the Wizards Who Perform It**    191

**Chapter 14**    **The Ministry of Magic**    193

*Like any good civilization, the wizarding world has a governing body that helps keep the peace. This chapter introduces you to the Ministry of Magic, pointing out both the similarities to and differences between it and the British government.*

**Chapter 15**    **Crime and Punishment**    203

*Some wizards do go bad, and the wizarding world has an effective way to deal with them. This chapter discusses how Aurors help keep the peace, and what happens to wizards guilty of serious crimes.*

**Chapter 16**    **The Final Word**    213

*The final novel wraps up the series and gives us additional spells and other delights. This chapter ties up loose ends and brings you up to speed, with the latest Potterisms and the language and history behind them.*

**Appendixes**

   **A**    **Glossary of British Terms**    225

   **B**    **Cool Wizarding Websites**    233

       **Index**    239

**Part 3:**    **Magical Places**    95

**Chapter 7**    **Where the Witches Go in London**    97

*Isn't it time you paid a visit to Diagon Alley and its dozen or more wizard stores? This chapter also introduces you to a few other London hotspots, including the wizard hospital.*

**Chapter 8**    **Hogwarts School and Hogsmeade**    109

*No reading, writing, and arithmetic are taught at Hogwarts School, but similarities to British boarding schools abound. In this chapter, you also pay a visit to Hogsmeade, the only all-wizard town in England.*

**Chapter 9**    **International Wizarding Schools**    125

*Well hidden from the prying eyes of Muggles, wizarding schools flourish all over the world. In this chapter, we visit two of these international academies.*

**Part 4:**    **Spells, Potions, and Other Ways of Performing Magic**    131

**Chapter 10**    **Herbology 101**    133

*Before you can start to make potions, you have to know your herbs. This chapter gives you the botanical, literary, and mythological background on two dozen herbs used in the wizard world.*

**Chapter 11**    **Round About the Cauldron Go: Draughts and Potions**    145

*From love potions to truth serum, this chapter reviews the nomenclature and background of 25 potions used in the wizard world.*

**Chapter 12**    **Watch What You Say: Spells, Charms, Hexes, Jinxes, and Curses**    163

*Want to know more about wizard spells? This chapter shares dozens of charms, hexes, jinxes, spells, and curses, including the Latin, Greek, French, and Italian sources for many of their incantations.*

# Introduction

The book you hold in your hands gives you an in-depth look at the world of Harry Potter in only 16 chapters. In these pages, you won't find character sketches, plot summaries, or details about who said what on which page of which novel. Instead, you get to explore J.K. Rowling's genius even more deeply, discovering the background of terminology, characters, places, and ideas throughout her novels.

Every detail created by Rowling has been researched to determine how she may have chosen that particular setting, that incantation for a spell, or that age-old symbol that has appeared in fantasy literature for centuries. Greek, Roman, and Celtic mythological similarities are explored. Latin, Greek, French, and Italian phrases are translated. Literary and Biblical characters are reintroduced, as are folk- and fairytale patterns. And comparisons to J.R.R. Tolkien's *The Lord of the Ring*, C.S. Lewis's *The Chronicles of Narnia*, Ursula Le Guin's *Earthsea*, and other fantasy classics are made.

Along the way, you'll recall details of the wizarding world that you may have forgotten, or, if you've never read the *Harry Potter* novels, you'll have a chance to read them with informed eyes.

## How to Use This Book

This book can be read cover to cover, or it can be used as a resource, reading only the chapters or sections on which you want to learn more about the wizarding world. If you want to get a complete education, sit down at Chapter 1 and read straight through. By the end of the book, you'll not only have an excellent understanding of the origins and background of Rowling's work but also a greater appreciation of the genius of her creativity. Few of the hundreds of names, incantations, and places in her novels were selected without a reason.

To use this book as a quick, get-in-get-out resource, flip to the Table of Contents or Index and start with your most pressing questions. From there, read only the chapters and sections that appeal to you. You'll find that each chapter and section is self-contained and does not rely on your having read the section or chapters before.

This book is divided into five parts:

**Part 1, "Wizards, Monsters, and Creatures of All Sorts,"** teaches you a little wizarding lingo, introduces the most famous wizards and witches, and gives you the scoop on creatures of all shapes and sizes.

**Part 2, "Where and How the Wizards Are,"** gets you acquainted with the way wizards live their everyday lives, from how they dress to what they eat to how they travel around town.

**Part 3, "Magical Places,"** takes you on a tour of the wizarding hot-spots in both London and Hogsmeade and gives you the lowdown on Hogwarts School and other wizard schools around the globe.

**Part 4, "Spells, Potions, and Other Ways of Performing Magic,"** reveals the botanical, linguistic, literary, and mythological background on hundreds of herbs, potions, and spells. You also get the goods on advanced wizardry that's reserved for the talented few.

**Part 5, "Regulating Magic and the Wizards Who Perform It,"** introduces you to Ministry of Magic officials, shares information about their departments, and lets you see how crimes are punished in the magical world. This part also offers a final chapter that gives you the lowdown on Rowling's seventh novel, *Harry Potter and the Deathly Hallows,* describing wizarding phenomena that don't exist in the other six novels.

## Extras

Throughout this book you'll find three types of boxes that will make understanding the wizarding world even easier:

> **KING'S ENGLISH**
>
> Can't make heads or tales of all those British terms sprinkled throughout the *Harry Potter* novels? This box contains quick translations of British terms and customs that may be unfamiliar to you, and defines wizard terminology as well.

> **TOURIST TIP**
>
> One of the best ways to enjoy the wizarding world is to get out and see the sights around the world. This box tells you where you can travel (real or imagined) to bring you that much closer to where the wizards are.

> **MAGIC TALE**
>
> Want additional literary and mythological background for the wizarding world? This box brings you up to speed on how Rowling's work ties in with mythology, folklore, Biblical tales, and other fantasy literature. It also includes some related information to enhance your understanding of the text.

## Acknowledgments

Thanks to Marilyn Allen, who took this idea to Alpha Books. To Michele Wells, who liked the idea enough to champion it, despite many unexpected roadblocks and interruptions. And to Lynn Northrup, Megan Douglass, and Emily Garner, who made the text 100 percent better and made the writing process as easy as possible for me.

Thanks also to illustrator Carl Feryok, the Legal Department at Penguin Group (USA) Inc, and the entire production department at Alpha Books.

Finally, my most special thanks to the following friends and colleagues, who supported the idea, celebrated with me when Penguin decided to publish this book, and offered a shoulder to lean on when the process got bogged down from time to time: Amanda Cockrell, Kimberly Dmytro, Dr. Janet Dunn, Renee Englot, Joseph Goetz, Natasha Graf, Loribeth Huck, Cathy Koon, Brian Kramer, Elizabeth Kuball, Marcia Larkin, Dave Milner, Dr. Julie Pfeiffer, Taylor Poling, Lara Saguisag, Laura Seybold, Brie Shannon, Paige York Sibold, Jenny Snodgrass, Anne and Richard Stouffer, Judy and Mike Stouffer, Dr. C.W. Sullivan, Sheila White, and Frank Wood.

## Special Thanks to the Technical Reviewer

*The Complete Idiot's Guide to the World of Harry Potter* was reviewed by an expert who double-checked the accuracy of what you'll learn here, to help us ensure that this book gives you everything you need to know about the world of Harry Potter. Special thanks are extended to Nicole Notowitz.

Nicole Notowitz has been a Harry Potter fan since before the series gained popularity. She is originally from New York and currently resides in North Carolina, where she teaches second grade and shares her love of reading with her students.

## Trademarks

All terms mentioned in this book that are known to be or are suspected of being trademarks or service marks have been appropriately capitalized. Alpha Books and Penguin Group (USA) Inc. cannot attest to the accuracy of this information. Use of a term in this book should not be regarded as affecting the validity of any trademark or service mark.

## Harry Potter

What better name for a common, ordinary boy than "Harry Potter"? A "potter's field" is, in fact, a cemetery in which people of unknown identity or the very poor are buried. Although a hero in the wizarding world, Harry is as common as dust in the Muggle world; Harry is over-shadowed by his spoiled bully of a cousin, Dudley Dursley, who, like his parents, wants nothing more than to be ordinary.

Harry's story is a tantalizing one to young readers, who are at an age when it is normal to wish for and hope to be reunited with a powerful, wealthy blood relative living in a distant land. Centuries of folk and fairy tales tell the tale of a child ripped from the arms of a loving and power-ful king or queen (or other respected person), "adopted" by ordinary people (used for slave labor is more like it—the orphan is usually treated badly), and eventually reunited with his or her true family (or loved by someone of similar rank). Cinderella, anyone? Harry's story contains many elements of this typical folk and fairy tale.

Harry, someone who is utterly invisible in his world, is, in another world, a hero, a sports star, and a savior. He simply needs to find his place, as do most children and middle-grade readers.

### Magic Tale

Harry's story, although utterly unique in its details of the wizarding world, follows typical heroes' journeys in mythology and folklore, in which heroes are destined to save something (the country, the princess, civilization as we know it) and must overcome great odds (not the least of which is their own lack of skills, abilities, and confidence) to achieve that end. In the process, the heroes are themselves changed, from a boy into a man. They then return home a hero, as every Harry Potter reader hopes he will.

## Hermione Granger

Every hero has a sidekick, and Harry has two of them: Hermione Granger and Ron Weasley (see the following section). Hermione is Muggle-born (her parents are, believe it or not, dentists), and she is an only child. That the name Hermione (her-MY-oh-nee) is from Shakespeare's *The Winter's Tale* (many believe Shakespeare's inspiration for the name was from Helen of Troy's daughter in Greek mythology; the name stems from the name of the Greek god Hermes) says more

about her parents and their desire to impress people with their daughter's literary name than it does about Hermione as a character. Hermione, too, is extremely intelligent; Harry ranks her as one of the best wizards to ever study at Hogwarts.

## The Weasleys

The Weasley family is a pureblood family that lives simply, in a house they call The Burrow. Unlike other pureblood families, they do not use their influence or magical abilities to manipulate others, enhance their wealth, or gain power. The Weasleys are all exceptional wizards and students; all have red hair, fair skin, and freckles; and all are loyal to Professor Dumbledore and against Lord Voldemort.

The word "weaselly" means to avoid commitment or responsibility, which doesn't fit the family per se, but that definition would match the opinion of many other pureblood families, who find the Weasleys' friendships with both Muggle-borns and half-blood wizards to be a betrayal.

## Rubeus Hagrid

Part wizard and part giant, Rubeus Hagrid is a large, yet gentle man, standing head and shoulders above his peers, but often seen knitting or tending to orphaned magical creatures. He is Keeper of Keys and Grounds at Hogwarts, has taught Care of Magical Creatures, and was the first person at Hogwarts with whom Harry had contact. They remain good friends.

*Rubeus* is Latin for something produced from a bramble or thicket, which fits Rowling's description of Hagrid as "wild." Hagrid may come from the term "haggard" (or "hagard"), which also means wild, untamed, and unruly.

## Cedric Diggory

The only student to have died in Rowling's novels, Cedric Diggory is portrayed as an exceptional student, wizard, and person. He died because he arrived unexpectedly during one of Lord Voldemort's plots to get to Harry Potter.

Pronounced SED-rick, Cedric is a common Welsh name that appears in both Sir Walter Scott's *Ivanhoe* and Frances Hodgson Burnett's *Little Lord Fauntleroy* (although Cedric was a bit of a sissy in the latter novel).

# A Wizard's Most Important Tool: The Wand

A wizard without a wand simply isn't a wizard, because he'll have a tough time whipping up potions (discussed in Chapter 11) or conjuring spells, charms, hexes, or curses (all in Chapter 12). However, a wand acts only as a channeler of magic from the wizard; the lesser the wizard, the lesser the power of whatever comes from his or her wand. This is why, if provoked, a wandless wizard can make "funny" things happen (funny strange, not funny ha-ha). But for the most part, a wizard without a wand is a wizard without magical powers, because the wand focuses all a wizard's magical power into a small, but potent, space.



## MAGIC TALE

Historically, nearly all wizards have employed a magical wand of some sort—whether a short rod or long staff—to cook up potions and weave spells. Circe (in Homer's *The Odyssey*) uses a wand to bewitch Odysseus's men; Gandalf and Saruman (in J.R.R. Tolkien's *The Lord of the Rings*) both carry staffs; the White Witch (in C.S. Lewis's *The Lion, the Witch and the Wardrobe*) carries a long golden wand; and Merlyn (in T.H. White's *The Once and Future King*) carries a wand made from *lignum vitae* (reportedly the hardest wood in the world; the name is Latin for "long life").

A wand or staff not only acts to channel a wizard's power, but also serves as a symbol of authority, drawing from its origins as a shepherd's staff. As a shepherd has authority over his flock, so do wizards carry authority over nonmagic folk. In the same way, gods and kings have power over their people, thus the ancient tradition of kings carrying a scepter (a highly ornamental rod or staff). Likewise, a caduceus (a staff with wings at the top and two snakes coiled around the rod; the caduceus is now the worldwide symbol of physicians) established the authority of Greek god Hermes/Roman god Mercury/Celtic god Lugus, who aided, acted as messenger for, and rescued many gods and goddesses. Ancient priests carried short rods; carrying on the tradition, Catholic bishops, cardinals, and the pope still carry scepters as a symbol of their wisdom and authority. Leaders of musical groups, whether a conductor or a drum major, carry batons, which can be small rods (as in the case of a conductor) or a large staff (as with a drum major).

One wizard can use another's wand in a pinch (or, for that matter, any nonhuman creature can "borrow" a wizard's wand, although that is expressly forbidden by the Ministry), but that wand will not perform as well as the wizard's own. Ultimately, there is one wand that's exactly right for each wizard. As the story goes, the wand chooses the wizard, not the other way around.

## Wood Species and Sizes

Wands range in size from 7 inches to 16 inches, but could, technically, be any length. Wands are crafted from any of the following species, and based on the propensities of that species, may range from rigid to down-right springy:

+ *Ash:* Ash is from the genus *Fraxinus* and is a member of the olive family. The wood is hard and springy, which is why it's also used to make broomsticks (see Chapter 5). Greek mythological nymphs (young, beautiful nature goddesses) called meliae, were born when the god Uranus was castrated by his son, and the blood spilled onto the ground. In Norse mythology, an ash tree called Yggdrasil is considered the axis of the universe, not only providing protection and nourishment for all the creatures in the world but also bearing the wounds of the damage done by its inhabitants. Life literally could not have existed without this great ash tree. Also according to Norse mythology, the first man and woman were formed from trees, and the man, named Ask, came from an ash tree.

+ *Beech (or beechwood):* Beech trees, tall and gray-barked, tend to grow near lakes and oceans, because of their propensity for sandy soil. From the genus *Fagus*, this hardwood is light yellow in color. Beech is relatively inexpensive, and woodworkers find it easy to work with; thus, it's an economical choice for wand-making.

+ *Cherry:* This is, of course, the tree from which cherry fruit comes; cherry wood is a golden hardwood (from the genus *Prunus*) that darkens to a deep red over time and is highly valued. Magically, it has been thought of as an excellent wood for divination (see also "Willow"). Long associated with earthiness and environmentalism, cherry is the subject of Chekhov's play *The Cherry Orchard*,

which tells of the demise of a beautiful cherry orchard, cut down to make way for a housing development.

+ *Ebony:* A tropical hardwood (from the genus *Diospyros*) that is especially heavy and usually almost black in color, which may explain its reputation as the most magical of all woods. It is related to the persimmon.

+ *Holly:* Holly wood (from the genus *Ilex*) is a white hardwood that comes from tall trees, a variety related to the small evergreen shrubs used to celebrate Christmas (the name comes from the word "holy"). Long used in Celtic regions, holly is known to have the magical powers of protection, purity, and strength, making it a good fit for Harry Potter's wand, which was made from holly.

+ *Hornbeam:* From the genus *Carpinus* of the birch family, hornbeam is a very hard, almost white wood that is often used when strength is a necessity as with the handles of fine tools. In fact, hornbeam is so hard that it's difficult to work with, so crafting a wand of hornbeam is no easy task.

+ *Mahogany:* Mahogany is a tropical tree of the genus *Swietenia* that is characterized by its dark, reddish-brown color. It is an expensive wood that is used when durability is called for, such as in furniture and boat-making. The wand of James Potter, Harry's father, was made of mahogany.

+ *Maple:* A tree from the genus *Acer*, this light-colored hardwood has distinctive leaves that can vary from golden to deep red in autumn; the sap is used to make maple syrup. Although most people think of maple wood as a blond—sometimes almost peach—color, maple woods can be plain and light or wildly marked and darker golden.

+ *Oak:* Oak trees, which bear acorns, are from the genus *Quercus* and produce a hardwood that yields a dark, golden wood. Mythological stories associate the oak tree with strength (oak trees were sacred to Zeus); it is no wonder that the half-giant Hagrid used a wand made of oak. The Celts revered oak trees and considered oak groves to be sacred places; in fact, the word *druid*,

which refers to the poets, priests, fortunetellers, divinators, and other magicians of the Celtic world, literally means "oak-wise." Folktales from Wales also feature oak trees, which are considered extremely magical.

+ *Rosewood:* Rosewood (from the genus *Dalbergia*) is a tropical hardwood that sometimes smells just like a rose; its dark reddish-black wood can be almost purple. Pianos are often made of rosewood, which has a feminine quality that's often associated with beauty.

+ *Vine wood:* Hermione Granger's wand is made of vine wood, which is listed in old Celtic tree calendars as the wood associated with either August or September (Hermione's birthday month). However, vine wood does not exist in today's world, at least not any longer, so it was never placed in a particular genus.

## TOURIST TIP

To experience an outstanding variety of tree species (including several of the best wand trees) in one place, visit the University of British Columbia Botanical Gardens in Vancouver. This spectacular tourist attraction—a must-see if you're ever in British Columbia, Canada—is organized into separate gardens and forests that specialize in plants from around the world, most of which thrive in Vancouver's mild climate. Information is available at www.ubcbotanicalgarden.org.

+ *Willow:* Willow trees are from the genus *Salix* and generally have narrow leaves and flexible branches. One variety, the weeping willow, has branches so flexible that they bend all the way back down to the ground. Biblically, the willow is a symbol of sorrow associated with the Jews' exile in Babylon. Such trees have long been thought of as enchanted—when one ventures under the canopy of a weeping willow, interesting events are sure to happen. Northern European peoples associated willow rods with magical powers, and it is likely that the words "witch" and "wicked" are derived from "willow." Willow, like cherry, is known to be an excellent wood to use for divination. Harry's mother, Lily, had a wand made from willow, as does Harry's best friend, Ron.

+ *Yew:* An evergreen from the genus *Taxus* with red cones, yew is commonly used to make archer's bows because of its elasticity. Yew trees may live to be several thousand years old; thus, it makes sense that Lord Voldemort's wand is made of yew.

## A Wand's Special Ingredients

Although the hair or feather of nearly any magical creature can act as the core of a wand, the three used most commonly by expert wand-maker Mr. Ollivander (see Chapter 7) are unicorn hair, phoenix feather, and dragon heartstring.

+ *Unicorn hair:* A unicorn is a one-horned animal (the Latin *unicornus* literally means "one horn") that otherwise resembles a horse. The horn of the unicorn was thought by the Greeks and Romans to have the power to heal deadly poisons; the hairs of this animal often go into the wands of wizards.

+ *Phoenix tail feather:* The phoenix is a large, magnificent, long-lived bird that, as it is dying, bursts into flames and is reborn from the ashes. For this reason, Egyptians (and many subsequent peoples) associated the phoenix with immortality. Fawkes, a phoenix kept by Hogwarts' Headmaster Dumbledore, donated two tail feathers to two wands—one went into the wand of Lord Voldemort, who believed he could achieve immortality, and the other to Harry Potter. For this reason, their two wands—and, therefore, their two persons—are inextricably linked.

+ *Dragon heartstring:* Dragons, large serpents whose name is derived from the Latin for snake (*draco*), are well represented throughout both mythology and literature. Chinese mythology (and later, Japanese culture) recognized dragons as gods of nature; the Greeks and Romans saw dragons both potential for evil and potential for good. Early Christians saw dragons as inherently evil, however, and their reputation has remained as such today. Dragons also figure prominently in fairy tales and folk tales (with young men fighting them to save the subjugated princess) and more recent literature, particularly fantasy literature. Perhaps the two best known stories are Tolkien's *The Hobbit,* in which Smaug, the dragon, is the nemesis

of the dwarves; and Michael Paolini's *Eragon,* in which dragon riders and their counterparts are the most powerful and revered of all nobility. Heartstrings, by the way, are the tendons and nerves that protect the heart.

# Dressing the Part: Robes, Cloaks, and Hats

Most wizards dress in long, flowing, plain robes, similar to what U.S. judges still wear today, and rather like the robes of priests or monks, but not cinched at the waist.

Robes, made from a variety of materials, come in all colors, and can match the wearer's tastes, personality, or color preferences, or can show a particular affiliation, such as a school, house (a subdivision within a school), or team.

In school, at work, and even around the house, wizards wear their every-day robes (called work robes), often black and always floor-length (unless the wizard in question has had a growth spurt and hasn't yet purchased new robes). For ceremonies, celebrations, balls, and other special events, wizards wear dress robes in a variety of colors.

As has been true throughout history, in the wizarding world, the materials used in robes are drawn from geographic markers. Mediterranean wizards wear silk robes; wizards from cold climates wear fur, wool, and other warmth-retaining fabrics. In colder weather, wizards also wear long cloaks (that is, a long coat that wraps around the body and fastens near the neck but may not have actual sleeves) that either match or complement their robes. At Hogwarts, cloaks must be black with silver fastenings. Hats—generally black (although they can match one's robes) and pointed—may be worn during formal occasions, but rarely at any other time.

One other type of cloak—and one that's a rare find among wizards—is an invisibility cloak. When worn, others cannot see any part of your body under the cloak, so if you pull the cloak over your head and your feet are still covered, you'll be completely invisible. And you can even bring your friends along for the ride, as long as they, too, fit entirely under the cloak. An invisibility cloak has strikingly similar abilities as

the One Ring in Tolkien's *The Hobbit* and *The Lord of the Rings*, but the Ring is, at least in the short term, easier to use than an invisibility cloak, because your entire body becomes invisible the moment you put the ring on—no worrying about your feet being seen, the cloak coming off your shoulders, and whatnot. But the Ring has the downside of drawing you ever closer to a major source of evil in the world, so there's that *tiny* issue of losing your soul and forever altering the world's balance of power between good and evil. Details, details. Either way, though, no matter how you make yourself invisible, someone can still bump into you and feel your corporeal being, and you still leave footsteps in snow, dirt, or ash.

As in nearly all cultures, personal wealth determines the style, fit, and quality of fabric used to make robes. Styles change ever-so-slightly from year to year, but wealthier wizards keep up with those trends, as well as using fine, beautiful, flowing fabrics for their robes. Wizards with less money to spend on their wardrobes will tend to be seen in ill-fitting, out-of-style robes made with courser fabrics and in less distinct colors.

Wizards throughout literature have always worn long robes and/or cloaks. Although Tolkien called what Gandalf wore a grey (and later white) "cloak," the garment's description appears to be more robelike than cloaklike. Gandalf also nearly always sported a tall, pointed blue hat—but he also traveled nearly constantly, and travelers have long worn hats wherever they go.

Sure, the long robe and pointy hat are dead giveaways for any wizard, but underneath, those in the wizarding world are the same as anyone else. Literally, they dress just the same—many wizards, especially young wizards, wear jeans, sweatshirts, and trainers (tennis shoes) under those robes.

## KING'S ENGLISH

Bowler hats, also called derbies, are very British, and although not as common in the wizarding world as a pointed hat, bowler hats are sometimes worn by Ministry officials. If you've ever seen a picture of Winston Churchill out in public in winter, you probably saw him in a bowler hat. A bowler hat comes exclusively in black and has a narrow brim. Another British type of hat, a balaclava, is a ski mask commonly used by bank robbers. In the cold winter months in Hogsmeade, a balaclava is a must.

# Quills, Ink, and Parchment

Wizards are not early adoptors when it comes to technology, so you don't see any ATM cards, cellphones, MP3 players, or laptops among the wizarding set. But really, when you can use magic, do you really need high technology?

Two modern conveniences that would likely come in handy among wizards writing papers, taking notes, writing out shopping lists, and the like are the lowly, low-tech pen and paper. Not only do wizards *not* take notes on laptops, they don't even take notes with a ballpoint pen and pad of paper! Instead, wizards use a quill, dipped in ink, to write on parchment paper.

+ A quill is a feather of a bird that, when dipped in ink, is used for writing. Unlike modern pens, quills tend to be quite long and beautiful, especially one from a large, attractive bird, like that of an eagle. Imaginative wizards have come up with all manner of high-tech quills, including those that ink themselves, magically check spelling, correct any errors, and even derive the correct answer on exams. Smart-Answer, Auto-Answer, and Self-Correcting quills are, of course, banned during examinations. A Quick-Quotes Quill, used during a lecture or conversation, takes notes automatically, leaving the wizard to concentrate on the discussion at hand.

+ Black ink comes in bottles, into which a quill is dipped before writing on a parchment. This process can be rather messy, with ink bottles spilling, wet ink getting on one's hands or clothes, and ink bottles smashing when a book bag is accidentally dropped.

+ Parchment replaced Egyptian/Greek/Roman papyrus, which had been made by soaking the papyrus plant and drying it in thin sheets. When papyrus became inefficient as a tableau, parchment, made from the skin of an animal (usually sheep or goat), came into favor. Paper, which is used the world over by nonwizards, is made from wood pulp. Whereas paper comes in set sizes (generally 8½ by 11 inches) parchment comes in long rolls that are a bit difficult to manage—the parchment tends to roll up on you

# Part 3

# Magical Places

This part gives you details on London's wizard gathering spot—Diagon Alley—including the background on stores, bars, the hospital, and other locations. Then, you travel to Hogwarts School and Hogsmeade, England's only all-wizard town, and sample what the headmaster and shop owners offer there. Finally, you take a quick flight around the globe to visit two additional wizarding schools.

# Locating Wizarding Schools Around the World

To those who have no business being there (that is, nonmagical folks and even uninvited wizards), a wizarding school appears to be a dangerous, abandoned wreck of a building, one that would be marked "Condemned" in the Muggle world. In addition, every wizarding school is protected by spells that make it Unplottable and, thus, keep away unsuspecting Muggles and devious wizards.

## KING'S ENGLISH

To *plot* is to mark the location of a building, street, or piece of land on a map. So, by definition, to *unplot* would be to remove the location of a building on a map. *Unplottable* objects take this one step further, however: they are not only removed from maps but are also removed in actual appearance. To the unaware observer, the building simply appears not to be there. Number Twelve, Grimmauld Place, the secret location of the Order of the Phoenix, is such an Unplottable building. Passersby would see Number Eleven and Number Thirteen; Number Twelve is visible only to those who have business there.

# Beauxbatons Academy of Magic

Beauxbatons Academy of Magic is located in a warm, breezy palace in the Mediterranean, where students wear lightweight, luxurious silk robes. These students find Hogwarts Castle, by comparison, to be cold and damp—which, let's face it, it probably is, given the climate in Great Britain! The Beauxbatons student body is co-ed (although the girls, with their dizzying beauty, tend to take center stage), and they speak both French and thickly accented English, so we can presume the school is located in the south of France.

The coat of arms (which is more formally called a heraldic device) for the school is two crossed golden wands, each with three stars emanating from it. A wand in the magical world is akin to a sword in medieval times, and the combination of swords and stars has historically been common in heraldic devices. Finland's provinces, in particular, combine swords with stars, but so do the coats of other nations and regions. Having three stars, in particular, is common on heraldic devices of countries, states, and religious groups. In the United States, three stars on a flag or coat of arms

usually refers to the three branches of government (executive, legislative, and judicial); in other parts of the world, it may relate to three provinces coming together to form a nation or to the importance of the Blessed Trinity (God, Jesus, and the Holy Spirit) in that faith. Note that, in medieval times, stars were referred to as mullets, which carried a far different meaning than that of the popular haircut of the 1980s.

## Where the Name Comes From

*Beaux bâtons* is French for beautiful sticks, which likely refers to beautiful wands. But the girls of Beauxbatons (and their wands) are just as intelligent as they are beautiful; when they arrive at Hogwarts for a tournament, they sit at the Ravenclaw table, indicating that they are as brilliant and clever as the wizards in that Hogwarts house, which is famous for its intelligence.



## TOURIST TIP

When the Beauxbatons students visit Hogwarts, a few French foods are offered for all students to try. When visiting France or the Quebec province in Canada, you can also taste the two French foods served in the Great Hall: bouillabaisse (French fish stew) and blancmange (a pink or white dessert that is rather like a thin pudding). Both have somewhat rich literary pasts: in Roman mythology, Venus used bouillabaisse to put Vulcan into a deep sleep, so that she could spend time with her other boyfriend, Mars. Blancmange has a mention in Chaucer's prologue to the *Canterbury Tales*, and is the center of one of Monty Python's more disturbing skits, in which blancmanges eat people, rather than the other way around.

## A Few Key Wizards at Beauxbatons

The headmistress of Beauxbatons is Madame Olympe Maxime, who has a tanned, pleasing face but is indescribably large—clearly she has an ancestor who was a giant. However, Madame Maxime refuses to discuss this detail of her patronage because of rampant racism against wizards with giant blood somewhere in their ancestry. Hagrid, the Hogwarts groundskeeper who had a giantess mother, is smitten with Madame Maxime.

Although Madame Maxime's name could be construed to relate to her size, French for maximum is *maxima*, not *maxime*. Therefore, her name may, instead, refer to Hagrid's vision of her: *Olympe* is translated to heaven (after the God Olympus), and *maxime* is French for maxim, which is a statement of general truth; thus, "true heaven."

Fleur Delacour is Beauxbatons' most revered student; she is chosen from her school to represent Beauxbatons in the Triwizard Tournament (which is discussed later in this chapter). Fleur, like her peers, is beautiful and well-skilled in wizarding arts, but she can be less than tactful and often scorns and criticizes Hogwarts. Her first name, Fleur, is French for flower; apropos for her beauty. Her last name can be translated in a variety of ways; the most logical is beyond (*dela*) the princely court (*cour*), indicating that she is out of reach, or out of the league of, the boys at Hogwarts. She is one-quarter veela—magical creatures who seduce men with their beauty (see Chapter 2).

# Durmstrang Institute for Magical Study

Whereas Beauxbatons students are beautiful, if a bit aloof, students and staff at Durmstrang are described as both unapproachable and unattractive. Although a co-ed school, boys dominate at Durmstrang, which gives every indication of being located in a cold, mountainous nation, given that students at Durmstrang wear fur capes and speak with thick Slavic accents.

The most chilling aspect of Durmstrang's curriculum is that professors teach the *use* of the Dark Arts, not just the *defense* against them, as is the practice at the other wizarding schools. Appropriately, when at Hogwarts, Durmstrang students sit at the table with Slytherin house, which has produced more Dark Wizards than any other Hogwarts house. Durmstrang's approach is roughly the equivalent to teaching students in local high schools how to make bombs: what are the odds that all students will use that information for the good of humanity? Continuing this analogy, at Hogwarts, students would learn how to diffuse bombs and how to take charge during a bomb threat!

## Where the Name Comes From

Many believe Durmstrang is a wordplay on the German phrase *Strang und Durm*, which translates to "storm and stress," and that interpretation is quite likely. However, Durmstrang is probably not a German school, because the climate in Germany does not match the descriptions given by Durmstrang students. More likely, the school is located in a Slavic nation: Russia; Bulgaria; Ukraine; and the like. *Strang* translates to

"strange" or "stranger" in Russian, and Durman and Durme are cities in Russia, Uzbekistan, Tajikistan, and Bosnia and Herzegovina. The name, then, might convey a sense of a strange city or strange place, rather than storm and stress, but either translation is possible.

## A Few Key Wizards at Durmstrang

Head of Durmstrang was, for a number of years, Professor Igor Karkaroff, a former Death Eater (that is, a follower of Lord Voldemort; see Chapter 1). Igor is a common name in Slavic countries, and stories such as *The Winter of Prince Igor* and *The Song of Igor's Campaign* flourish in Russian literature. Karkaroff is a common Bulgarian surname.

Viktor Krum, an 18-year-old student at Durmstrang, is the school's most well-known student. A world-renowned Quidditch Seeker, Krum's athletic accomplishments make girls swoon. Viktor is a familiar Slavic name for boys and also means "victor"; appropriate for the best Seeker in the world. Krum's last name is just as filled with promise: Krum was the name of a ninth century ruler (also called a khan or tsar) of Bulgaria who was among that country's most influential leaders, expanding the borders of his country, nearly conquering Constantinople, and establishing a written rule of law. For a young Bulgarian hero to have the name Krum is like a young American hero being called Washington.

# Interschool Rivalry: The Triwizard Tournament

From roughly 1300 to 1900, the three largest wizarding schools in Europe came together every five years to compete in the Triwizard Tournament, a test of wizarding skills among three contestants—one from each school—who competed not only for a cash prize but also for personal and school glory. Each school rotated its turn as host, with the other two schools sending a small group of potential contestants to live at the school for that year. The contest—discontinued for more than 100 years after a number of students died—was recently revived and held at Hogwarts.

Choosing *three* schools for the competition is probably more about keeping the competition manageable than anything else. All three schools are roughly the same size, thus eliminating the complaints about large

schools competing with smaller ones that plague many state-wide high-school sporting contests in the United States. And two contingents of guests from visiting schools is a manageable amount to house for nearly an entire school year. Had five, eight, or more schools been involved in a Pentawizard or Octowizard Tournament, the result may have been more chaotic. In addition, including three schools continues a long tradition in magical and fairy realms.  The number three is (along with the number seven) one of two oft-used numbers in mythology and fairy tales: think of Goldilocks and her three bears, the three pigs, and three billy goats gruff, along with the many stories of three sons, the youngest of whom succeeds when his older siblings fail at a task.

Interschool competition exists throughout the nonwizarding community in Europe, including sports competitions (in soccer, cricket, and rugby) and academically oriented competitions like problem-solving, mathematics, science competition, web design, linguistics, and so on. Although these contests rarely last for an entire year, schoolchildren do travel from country to country to compete, much like some national-caliber U.S. high school teams travel several hundred miles to compete in high-level competitions.