# Exhibit B
# (Part 1 of 3)

# E

**eagle**

The symbol representing Ravenclaw house, as well as Rowena Ravenclaw herself (GF15).

**Eargit the Ugly**

The goblin representative at a Wizard's Council summit in the 14th century (fw).

**earmuffs**

These have to be worn when working with Mandrakes, as their cry is fatal (CS6).

**Edgecombe, Madam**

Works in the Floo Network Office. Madam Edgecombe helped Fudge police the fires of Hogwarts while Umbridge was High Inquisitor. Marietta Edgecombe is her daughter (OP27).

**Edgecombe, Marietta**

(Ravenclaw, c. 1990)

A friend of Cho Chang's with curly, reddish-blonde hair, Marietta was dragged to D.A. meetings by Cho and signed her name to the parchment that listed members of the group (OP16). However, when she later betrayed the group to Umbridge, she discovered the parchment had been jinxed, and her face broke out in nasty pimples spelling the word "SNEAK" (OP27). Even months later, the pimples were still visible (HBP7).

**Edible Dark Marks**

A product sold at Weasleys' Wizard Wheezes. According to the promo, "they'll make anyone sick!" (HBP6)

**Educational Decrees**

During Umbridge's memorable year at Hogwarts, the Ministry of Magic passed seven Educational Decrees to help her take more and more control over the school. Among other things, these gave the Ministry the power to appoint teachers (OP15), banned student organizations (OP17), prevented teachers from giving students information unrelated to their subjects (OP25), banned the *Quibbler* (OP26), and promoted Umbridge from teacher to High Inquisitor (OP15) to Headmistress (OP28).

**Eeylops Owl Emporium**

A dimly lit shop which, according to the sign, sells tawny, screech, barn, brown, and snowy owls. Hagrid bought Hedwig here for Harry on his eleventh birthday (PS5).

**Egbert the Egregious**

One-time possessor of the Elder Wand, who slaughtered Emeric the Evil to gain its possession (DH21).

**egg, golden**

A heavy object in the shape of a dragon's egg, retrieved by each of the four champions during the first task of the Triwizard Tournament (GF20). After the event, opening the egg provided a

clue for the second task: a wailing that, when the egg was held underwater, could be properly heard as a merpeople's song (GF25).

### Egg, Professor Mordicus

Author of *The Philosophy of the Mundane: Why Muggles Prefer Not to Know* (FB).

### Egypt

A country steeped in magical history, where Bill Weasley worked as a curse breaker for Gringotts. The Weasleys visited him there and toured the pyramids, seeing unbelievable curses the old Egyptian wizards had put on tombs (PA1). Phoenixes and sphinxes are native to Egypt (FB).

### Ehwaz

An Ancient Rune, meaning *partnership,* that Hermione mixed up on her O.W.L.; confusing it with Eihwaz. She fretted that this could ruin her entire grade, but she managed to scrape an Outstanding anyway (OP31).

### Eihwaz

An Ancient Rune that translates to mean *defense* (OP31).

### Elder Wand

The most powerful and deadly of the Deathly Hallows (q.v.).

**Elephant and Castle**

One of the many places that Willy Widdershins pranked Muggles with an exploding toilet (OP7).

**Elfric the Eager**

Was responsible for an uprising that first-years learned about, so he was probably a goblin (PS16).

**Elixir to Induce Euphoria, An**

A sunshine-yellow potion that Harry brewed during a three-student Potions class, when Slughorn asked for "something amusing." It has occasional side effects of excessive singing and nose-tweaking, though these can be counterbalanced by a spring of peppermint (HBP22).

**Elixir of Life**

Potion made with the use of the Philosopher's Stone. It extends life, though it requires that the drinker consume it regularly to maintain immortality (HBP23). Nicholas Flamel lived over 650 years by drinking it (PS13), and Voldemort attempted to steal the Philosopher's Stone in order to create the Elixir and regain his body (PS15).

**Elkins, Elveira**

Witch who wrote to the *Daily Prophet* Problem Page because she could not make a simple Fixing Charm 'stick' (DP3).

**Ellerby**

Black Forest manufacturer (with Spudmore) of the 1940 Tinderblast broom (QA9).

### Ellis Moor

A moor with a Quidditch stadium. As happens on occasion, a recent match here had to be relocated when Muggles were camping nearby (DP4).

### elm

A wand wood that was used to make Lucius Malfoy's wand (DH1).

### Elphick, Wilfred

(1112 - 1199)

Famous for being the first wizard to be gored by an Erumpent (fw).

### Emeric the Evil

One of many wizards to possess the Elder Wand, and then be slaughtered over it (DH21).

### *Enchanted Encounters*

by Fifi LaFolle

A series of wizarding romance novels (JKR).

### *Enchantment in Baking*

The Weasleys keep a copy of this in their kitchen (CS3).

### *Encyclopedia of Toadstools*

A book stocked by Flourish and Blotts that hit Lucius Malfoy in the eye during a fight with
Arthur Weasley in the store. Hopefully it's a very heavy book (CS4).

### England National Quidditch Team

The English National Quidditch Team was slaughtered by Transylvania during a 1994 World
Cup qualifying match, 390-10 (GF5). Ludo Bagman played for the team, many years ago
(GF30).

### *Engorgio* (en-GOR-gee-oh)

"Engorgement Charm"

*"engorger" French: swallow greedily*

A fairly commonplace charm that is used to enlarge objects; a particular version of an
Engorgement Charm was involved in the Ton-Tongue Toffee that Fred and George
"accidentally" dropped in front of Dudley (GF4).

### Enid, Great Aunt

A relative of Neville Longbotom, possibly married to Uncle Algie (PS7).

### Enlargement Charm

After Harry's interview with the *Quibbler* was published, Fred and George placed an Enlarging
Spell on the cover of one issue, and hung it on the wall of the Gryffindor common room. They
also bewitched it to spout phrases like "Eat dung, Umbridge" (OP26).

*Ennervate (EN-er-vayt)*

Spell cast on a person who has been Stunned, to bring them back to a normal state of consciousness and control (GF9). *The name of this spell was changed to Rennervate to make the etymology less confusing. Some editions of the book had given the spell as 'Enervate' which would mean exactly the opposite of 'Ennervate', which means to give nerve or courage to something.*

**Entrail-Expelling Curse**

Apparently this curse, invented by Urquhart Rackharrow in the 1600s, causes the victim's insides to come out of them. Yes, you read that correctly. Ew. (OP22).

**entrance hall**

The oak front doors of Hogwarts lead directly into an absolutely enormous entrance hall (CS15), "so big you could have fit the whole of the Dursleys' house in it" and with a ceiling that, at night, can't be made out for its height (PS7). Nearly the entire school can fit in it, and it memorably did the night Fred and George left dramatically, flying into the sunset (OP29).

**Entrancing Enchantments**

Presumably some kind of love spell; Lockhart suggested that Flitwick was an expert in these, much to Flitwick's embarrassment (CS13).

**Entwhistle, Kevin**

(Ravenclaw, 1991)

*Kevin's name appeared in an early draft of the class list of Harry's year. He is Muggle-born. Despite his presence on the list, Kevin has never appeared in canon (HPM).*

*Episkey* (eh-PIS-key)

*"episkeyazo" Greek: to repair*

A type of healing spell that repairs damage, such as a broken nose (HBP8) or a bleeding mouth (HBP14).

*Erecto* (e-REK-toh)

*"erecto" L. erect, set up*

A useful spell that Hermione uses to erect a tent (DH14).

## Erkling

A small elf-like creature native to the Black Forest. It has a high-pitched laugh that attracts children, which the creature then eats. Recent controls on the creatures by the German Ministry of Magic have thankfully curtailed these killings (FB).

## Errol

An old, decrepit gray owl belonging to the Weasley family. He often collapses unconscious after deliveries, making it easy to confuse him with a feather duster. Just a hint: if it has claws and a beak, it's probably Errol (CS4).

**Erumpent**

A huge African magical beast resembling a rhinoceros. Its horn contains an explosive fluid, frequently leading male Erumpents to blow each other up during mating season (FB). Apparently the horn of a Crumple-Horned Snorkack is similar to that of the Erumpent, except for the blowing up part (DH20).

**Ethelred the Ever-Ready**

Medieval wizard known for being easily offended, who frequently cursed innocent bystanders (fw). *The name likely comes from Aethelred II, "the Unready," a king of England, who far from being too aggressive was noted for trying to buy his way out of trouble.*

**Eton**

Eton College is a famous private boys' boarding school in England. Justin Finch-Fletchley once told Harry that his name was down for Eton before he found out he was a wizard and elected to attend Hogwarts instead (CS6).

*Evanesco* (ev-an-ES-ko)

"Vanishing Spell"

*"evanesco" L. to disappear*

A spell that doesn't just make objects invisible, but makes them go away completely "into non-being" (DH30). It seems to be a handy everyday spell for many wizards, though it isn't taught until the fifth year (OP13). It is also likely the spell Harry unwittingly used on the snake's tank at the zoo, causing Dudley to fall in (PS2).

### Evans, Lily

See Potter, Lily Evans

### Evans, Mark

A boy who lives near Privet Drive, who, at age ten, was beaten up by a fifteen-year-old Dudley (OP1). Despite his last name, he is unrelated to Lily's family (JKR).

### Evans, Mr. & Mrs.

Prents of Petunia Evans Dursley and Lily Evans Potter, who were proud to discover that Lily was a witch (PS4) and enjoyed the wizarding world (DH33). Both died sometime between 31 July, 1971 (DH33) and 31 October, 1981 (OP37).

### Evans, Petunia

*See* DURSLEY, PETUNIA EVANS.

### *Evening Prophet, the*

Presumably a late edition published by the *Daily Prophet,* this newspaper carried news of Muggles spotting a flying Ford Anglia after Harry and Ron flew the car to Hogwarts (CS5).

### Everard

A sallow-faced wizard with a short black fringe, and a celebrated former headmaster of Hogwarts. His portraits now hang in the headmaster's office and the Ministry of Magic (OP22).

**Ever-Bashing Boomerangs**

Became the four hundred thirty-seventh item to be banned at Hogwarts at the start of Harry's fourth year (GF12).

**Everlasting Elixirs**

Studied in sixth-year Potions; information on these can be found in *Advanced Potion-Making* (HBP15).

**Everlasting Icicles**

A Christmas decoration often hung from trees and banisters at Hogwarts (PS12, GF22).

**Everlasting Ink**

Over the years, a number of visitors to Godric's Hollow have used this ink to sign messages on the sign commemorating the fall of Voldemort in 1981 (DH17).

**Exmoor**

A Quidditch stadium on this West Country moor once took anti-Muggle precautions a bit too far, casting an Invisibility Charm on the entire stadium. This unfortunately prevented wizards, as well as Muggles, from seeing the match (DP2). Also the site of a *"Singing Sorceress"* concert by Celestina Warbeck (JKR).

*Expecto Patronum* (ex-PEK-toh pa-TROH-num)

"Patronus Charm"

*"expecto" L. expect or look for + "patronus" Medieval L. patron saint, symbolizing a patron or assistant*

Spell that conjures a Patronus, a silvery phantom which in its strongest ("corporeal") form takes the shape of an animal (OP27). The Patronus is the embodiment of the positive thoughts of the caster, and consequently is the only known defense against dementors (PA12). The animal form is unique to each witch or wizard; it is well-known that Harry's Patronus takes the form of a stag (DH28). Harry learned to conjure a Patronus from Lupin, in order to defend himself against dementors. In order to cast it, he had to focus on a "single, very happy memory" (PA12). He first cast a fully successful Patronus defending Sirius Black from dementors (PA21), but used the charm many times over the years that followed. Harry later taught the spell to the D.A. (OP27), but even today it's the only spell Hermione has trouble with (DH12). The Patronus Charm was adapted by Dumbledore for the Order of the Phoenix to use as a messenger (JKR). When cast correctly, it appears talking with the voice of the wizard who cast the spell (DH7). This allows communication which, unlike owls or use of the Floo Network, is undetectable by the Ministry of Magic (JKR).


*Expelliarmus* (ex-pel-ee-AR-mus)

"Disarming Spell"

*"expelo" L. to drive out + "arma" L. weapon*

The most basic of defensive spells, *Expelliarmus* causes an opponent's wand to fly out of his or her hand (PA19), or occasionally blasts the opponent backwards (CS10). This was the spell Harry chose to begin his first D.A. lesson, to aide in basic defense (OP18). Despite its lack of

power, the Disarming Spell has had some unforeseen consequences. Harry survived his first duel with Voldemort by casting this spell and interlocking their wands, (the *Priori Incantatem* effect), buying Harry time to escape (GF34). Years later Harry also learned that an *Expelliarmus* spell can "defeat" a wizard, changing his wand's allegiance; through this Draco Malfoy, in disarming Dumbledore, mastered the Elder Wand and inadvertently prevented Voldemort from capturing the wand's power (DH35). Over his childhood Harry tended to over-rely on *Expelliarmus,* to the point where Death Eaters identified it as his signature move. When he discovered that using the spell betrayed Harry's identity (DH4), Lupin urged him to refrain from using it in the future (DH5). Despite this, though, Harry eventually turned *Expelliarmus* on Voldemort one final time, using the simple spell to defeat the Dark Lord once and for all (DH35).

**Exploding Bonbons**

A delicious and dangerous sweet sold at Honeydukes (PA10).

**Exploding Fluid**

A liquid contained naturally in the horn of an Erumpet that, obviously, explodes (FB).

**Exploding Snap**

A wizarding card game made more interesting by the fact that the cards occasionally blow up (GF22).

*Expulso* (ex-PUL-soh)

*expello (expuli expulsum ) L.: to drive out, expel, force out, banish.*

A spell which creates an explosion. Thorfinn Rowle used this spell to blow up a table in the Muggle café on Tottenham Court Road, since Harry was invisible and therefore difficult to curse directly (DH9).

### Extendable Ears

An invention of Fred and George's that allow listening in on conversations from long distances and through closed doors, though they are foiled by Imperturbable Charms. Extendable Ears look like long flesh-colored strings, one end of which is inserted into the ear. The command word is "Go!" and the other end wriggles off toward whatever needs listening to (OP4).

### Extinguishing Spell

A spell used by dragon keepers to put out inadvertent fires (GF19).

### eye, magical

Mad-Eye Moody has a magical eye that allows him to see in all directions, as well as see through walls, ceilings, and Invisibility Cloaks (GF25, OP9). After his death, Umbridge stole the eye and used it to spy on her employees in the Ministry of Magic; that is, until Harry stole it (DH13). He later buried it under a tree in the woods (DH14).

# F

**fainting fancies**

Magical sweets that cause the person eating them to faint (OP6, 13).


**fairies**

Tiny creatures that look like perfectly formed humans with insect wings. They are extremely vain and quarrelsome, liking nothing better than to serve as decoration. Fairies have their own weak form of magic, which they use primarily to avoid being eaten by predators. According to Scamander, fairies are held to have very limited intelligence, and they do not use any form of language that humans understand but communicate with a form of buzzing (FB).


**fairy eggs**

A favorite food of Bowtruckles (OP13).


**"fairy lights"**

Christmas light strings (OP23). Also a password used by the Fat Lady (GF23).

*This is a play on words, since people decorate with Christmas lights—which the British refer to as "fairy lights"--that are real, live fairies.*


**Falcon, the**

A tea leaf fortunetelling symbol, from *Unfogging the Future* pages five and six, which means "a deadly enemy" (PA6).

**fake wands**

A Weasley invention. Although these items look just like normal wands, when used they do something funny, such as change into something silly such as (for the cheapest variety) rubber chickens or pairs of underpants (US: a tin parrot or a rubber haddock) or beat the unwary user about the head and neck (for the most expensive variety) (GF22).

**Falmouth Falcons**

The Falcons, who hail from Falmouth at the southwestern tip of Britain, are known for hard play Two of their most famous players were the notoriously violent Beaters Kevin and Karl Broadmoor (1958-1969). Randolph Keitch and Basil Horton played for Falmouth in the early 1900s. The Falcons wear dark gray robes with while falcon-head emblems on the chest. The team motto is "Let us win, but if we cannot win, let us break a few heads." (QA7).

**Fancourt, Perpetua**

(1900-1991)

Witch who invented the Lunascope (fw).

**Fang**

Fang is Hagrid's pet and companion. He is an enormous black boarhound (PS8, GF13) with a booming bark (CS15). The boarhound is another name for the Great Dane. Boarhounds have a reputation for being gentle, even with small children, even though they earned their name by being used to hunt fierce wild animals such as boars and stags. Fang comes off as a rather scary beast but, true to his breed, is at heart a coward. He seems to like Ron particularly, even licking

his ears when they first met (PS8). Fang lives in Hagrid's cabin with him. Fang's basket sits in the corner of the cabin's single room.

## Fanged Frisbees

Something like a Muggle Frisbee but snarls; available in lime-green. Added to Filch's list of objects forbidden inside Hogwarts castle at the start of the 1994 - 1995 school year (GF12). Hermione confiscated a Fanged Frisbee from a fourth-year during her sixth year. Ron promptly took it over, saying he had always wanted one (HBP9)

## Fanged Geranium

Harry sustained a small bite from a Fanged Geranium during his Herbology O.W.L. (OP31).

### *Fantastic Beasts and Where to Find Them*

Standard reference book about magical creatures, written by Newt Scamander. The first edition of this book was commissioned in 1918 by Augustus Worme of Obscurus Books. The book was first released in 1927 and has since gone through fifty-two editions (FB).

## Far East

The Far East is a name given to eastern Asia by westerners; it always refers to Japan, Korea, and eastern China, and occasionally is used to signify other countries in the region as well. The Demiguise, Occamy, and Re'em are all native to this area (FB).

## Fat Friar, the

Was once a Hufflepuff, now is their resident ghost. He is a jolly, friendly ghost who cheerfully wishes the first years good day and hopes they'll be in Hufflepuff (PS7).

## Fat Lady

A portrait of a heavy-set lady wearing a pink silk dress hangs over the round doorway into the Gryffindor Common Room. To gain admittance to through the portrait hole, a person must give the correct password to the Fat Lady, in which case she swings her frame out from the wall. She has been known to get a bit testy with people who wake her up for no good reason and even to wander off late at night out of her frame to go visiting, making it impossible to get into Gryffindor Tower. She is friends with Violet, a portrait in the antechamber off the Great Hall (GF17). At Christmas, The Fat Lady and Violet tend to consume a good bit of holiday cheer; during Harry's fourth year they got a bit tipsy on chocolate liqueurs (GF23), and over the holidays of Harry's sixth year they drank their way through quite a lot of five-hundred-year-old wine (HBP).

## Fawcett family

Family living near Ottery St. Catchpole (GF6).

## Fawcett, Miss S

(b. 1980; Ravenclaw, 1991)

Possibly part of the Fawcett family of Ottery St. Catchpole. Attended the Dueling Club in 1992 (CS11) and the Yule Ball in 1994 (GF23). For a short time she had a long white beard, thanks to trying to cross Dumbledore's Age Line to put her name in the Goblet of Fire despite being

underage (GF16). *There is a discrepancy between the British and American first editions of Goblet of Fire. In the first British edition, we read "'Ten points from Hufflepuff, Fawcett!' Snape snarled as a girl ran past him." In the most recent American edition, Snape deducts her points from Ravenclaw (GF23).*

### Fawkes

Fawkes was the pet phoenix of Albus Dumbledore, who used what appeared to be one of Fawkes' scarlet body-feathers as a quill (OP38). The wands of both Harry and Voldemort contained feathers from Fawkes' tail (GF36). Fawkes came to Harry's aid when he was facing the Basilisk in the Chamber of Secrets. The bird's tears saved Harry's life when he was poisoned by the Basilisk venom (CS17). When Fawkes was asked to keep watch and give warning, or deliver messages, he left a single golden tail feather, which Dumbledore, for one, was careful not to leave lying around (OP22). When Dumbledore died, Fawkes sang a mournful song for hours, and then left the Hogwarts forever (HBP29, 30).

### feather-light

Spell that makes the target object weigh practically nothing. After running away from the Dursleys, Harry considered the idea of casting a spell to make his trunk feather-light so he could carry it all the way to London on his broomstick (PA3).

### Felix Felicis

*"felix" L. lucky + "felicis" L. lucky (same word, differently declined)*

Until the effects wear off, all the drinker's endeavors will tend to succeed (HBP9). Once consumed, the potion gives the drinker an exhilarating sense of confidence and a tremendous sense of opportunity (HBP22). However, if taken in excess the potion causes giddiness, recklessness, and dangerous overconfidence, and it is highly toxic in large quantities (HBP9). The potion is the color of molten gold; while exposed to air large drops will leap like goldfish above the surface without spilling (HBP9).

**fen**

A fen is an alkaline wetland, mostly found (in Britain, anyway) near the eastern shore of England, in and near Norfolk. According to one of the Sorting Hat's songs (GF12), Salazar Slytherin came from fen, suggesting that he was most likely from this area.

**"Fell off the back of a broom"**

Mrs. Figg uses this expression to refer to some cauldrons Mundungus was going to look at. It's synonymous with the Muggle cliché "fell off the back of a truck" to indicate goods which come from a questionable source (OP2).

**Fenwick, Benjy**

Member of the Order of the Phoenix in the 1970s, killed by Death Eaters; they only found bits of him (OP9).

**Fergus**

Seamus Finnegan's annoying cousin (HBP17).

*Ferula* (feh-ROO-lah)

*"ferrule" Eng. wooden handle for strength or protection, from "ferula" L. fennel plant*

Spell that conjures a wooden rod. Lupin used this spell to conjure a splint and bandages for Ron's broken leg (PA19).

### Fever Fudge

This Weasley invention, part of the Skiving Snackbox, gives a person a high fever. The ingredients include murtlap essence (OP26).

### Fidelius Charm *(fih-DAY-lee-us)*

*"fidelis" L. trustworthy, faithful*

The Fidelius Charm is a very powerful spell, but very complex and difficult to cast. It hides a place completely and person inside that place cannot be detected by any means. One person is designated the Secret Keeper for the spell, and that person alone can reveal the location (PA10). They have to give that knowledge either verbally or in writing (OP4). The Order of the Phoenix used a Fidelius Charm to hide Lily and James Potter in Godric's Hollow. Unfortunately, Peter Pettigrew was chosen as Secret-Keeper, and he betrayed the secret. Dumbledore used the Fidelius Charm to hide number 12 Grimmauld Place, the headquarters of the Order of the Phoenix. He himself was the Secret-Keeper for the Order (OP6). Snape could refer (at least indirectly) to the fact that a Fidelius Charm applied to the headquarters of the Order of the Phoenix, but since he was not the Secret Keeper he could not mention the name of the place (HBP2). After the death of a Secret Keeper, each of the people to whom he or she had confided

the secret will become a Secret Keeper. The power of the Fidelius Charm will be diluted more and more as more and more people are Secret Keepers (DH6, JKR).

### Fiendfyre

*"fiend" + "fyre", from Old English "fyr", fire*

Cursed fire, made up of flames of abnormal size and heat that can crumble fairly substantial objects, even magical artifacts, to soot at a mere touch. Left burning long enough, the fire will take the shapes of gigantic fiery beasts (including serpents, chimaeras, dragons, and birds of prey) which will pursue any target humans (DH31).

### Figg, Arabella Doreen (Mrs.)

Arabella Doreen Figg is a Squib, living in a house on Wisteria Walk in Little Whinging, Surrey. Mrs. Figg is an original member of The Order of the Phoenix and for the past fifteen years has been assigned the task of watching over Harry Potter, who was growing up two streets away in Privet Drive (GF36, OP1, OP2). Mrs. Figg is an eccentric woman who wears tartan carpet slippers and a housecoat when out shopping for tinned cat food at the corner shop. She wore the slippers in court as well. Although she appears to talk to herself, other members of the Order are often present under invisibility cloaks, and her cats understand human speech (OP1, OP2) probably because they are part Kneazle (JKR). Arabella, in what seems to be typical of Squibs, owns several crossbred Kneazle cats which act as more than pets. She uses them as watchers, keeping an eye on things in Privet Drive. When Harry was growing up, Mrs. Figg was the one person to whom the Dursleys would entrust the boy when they went out. He stayed at Mrs Figg's house every year on Dudley's birthday, where he was forced to look at pictures of every cat she'd

ever owned. He hated it at her house. She saw to it that he didn't enjoy himself too much, fearing
that if he seemed to like being there, the Dursleys wouldn't send him to her anymore (OP2). Even
though Harry learned about the Wizarding World in 1991 when he turned eleven, he didn't
realize until the summer of 1995 that Mrs. Figg, his old babysitter, was actually part of that
world. One warm evening in August, two Dementors attacked Harry and Dudley. Mrs. Figg
turned up after the attack and hustled Harry back to the Dursleys. Along the way, she informed
Harry about her part in watching over him all those years and ordered him to stay indoors and
wait for instructions (OP2). A few weeks later, when Harry was appearing before the
Wizengamot to account for his using magic during the Dementor attack, Arabella Figg testified
that as a Squib she could see Dementors although Muggles cannot (OP8).

## Fiji

A beautiful South Pacific island nation, Fiji is the native habitat of the Fire Crab. Hundreds of
miles of coastline there have been turned into a Fire Crab reservation (FB).

## Filch, Argus

Filch is the Hogwarts caretaker. He's a cantankerous, nasty man who detests the students. Filch
has a "scrawny, dust-colored" pet cat called Mrs. Norris with whom he has an almost psychic
connection. She wanders the corridors of the castle just as he does, and if she spots anyone
putting a toe out of line, Filch is there within minutes. He knows the secret passageways and
hidden doors of Hogwarts better than anyone except Fred and George Weasley (and now Harry,
thanks to the Marauders' Map). Filch is a Squib, which means that he was born of a wizarding
family but cannot do magic. The frustration this causes is partly to blame for his horrible and

vindictive attitude. Hanging from the ceiling of his office are chains and manacles which he keeps polished up in case he's ever given permission to use them on students, something he would dearly love. Under Umbridge, Filch actually walked the halls of Hogwarts with a horsewhip (OP29). Filch may be romantically involved with Madam Pince (HBP15, HBP30). *Argus=giant in Greek mythology, a watchman with a hundred sets of eyes (200 in total). Filch=English slang "to steal."*

### Filch's office

Located on the first floor, this office contains a messy desk with a hanging oil lamp over it. The room smells of fried fish. Here Filch stores filing cabinets full of the details of the infractions of generations of students. From the ceiling hang chains and manacles, just in case he gets the chance to use them on students (CS8, PA10).

### Filibuster Fireworks

Dr. Filibuster's Fabulous Wet-Start No-Heat Fireworks can be purchased in Gambol and Japes Wizarding Joke Shop (CS4).

### Fingal the Fearless

Legendary Irish wizard who is alleged to have been an Aingingein champion (QA2).

### finger-removing jinx

Removes the target person's fingers. Goodwin Kneen's wife, Gunhilda, hit him with this jinx after he came home a bit late from celebrating Ilkley's win in Quidditch (QA3).

*Finite* (fi-NEE-tay)

*"finio" L. settle, end, die, cease*

Stops a currently operating spell effect. Lupin used this spell to take a Tarantallegra Hex off Neville Longbottom (OP36). Harry used this spell to cancel the effects of *Descendo* (cast unwisely by Crabbe) on a fifty-foot-tall pile of objects (DH31).

*Finite Incantatem* (fi-NEE-tay in-kan-TAH-tem)

*"finio" L. settle, end, die + "incantationem" L. the art of enchanting*

Stops currently operating spell effects. Snape used this spell to end the various unfortunate spells that were affecting members of the Dueling Club when things got a little out of hand (CS11).

**Finnigan, Mrs.**

Seamus' mother. He introduced her to Harry, Ron, and Hermione at the Quidditch World Cup (GF7). She is a witch, but his father is a Muggle who didn't find out until after they were married that she had magic powers. Seamus' mother read the *Daily Prophet* and believed that Dumbledore was inventing tales about Voldemort for his own ends. As a result, she seriously considered not allowing Seamus to return to Hogwarts in September 1995 (OP11).

**Finnigan, Seamus**

(b. 1980; Gryffindor, 1991)

Irish boy with sandy hair, he is a Half-blood: his father is a Muggle, and his mother didn't tell his dad that she was a witch until after they were married, which was a "bit of a nasty shock for him." The Sorting Hat took almost a whole minute to decide his house as Gryffindor (PS7). He's good friends with Dean Thomas. Seamus and Harry had quite a falling out on their first night back in fifth year (OP11), but eventually Seamus came around and joined Dumbledore's Army (OP27). The Finnigans camped out in the Irish section of the campground at the 1994 Quidditch World Cup in a tent covered with live shamrocks (GF7). Seamus is a Kenmare Kestrals fan (OP11).

### Firebolt

Released in the summer of 1993, the Firebolt was at that time the fastest racing broom in the world. Harry saw a prototype in Quality Quidditch Supplies the summer it came out and was sorely tempted to empty his Gringotts vault to buy one (PA4). He resisted the temptation, however, and to his surprise received a Firebolt for Christmas from his godfather, Sirius Black (PA11). The Irish International Side flew Firebolts in the 1994 Quidditch World Cup (GF8).

### Fire-Crab

The fire crab looks like a tortoise with a jeweled shell which can shoot fire out of its rear end. It is constantly in danger of being killed for its shell, which unscrupulous wizards will use as cauldrons. The fire crab is native to Fiji, where there is a coastal reserve set aside for its protection (FB).

### Firewhisky

While many types of drinks are available in the Wizarding world, nothing has as much kick as Ogden's Old Firewhisky. Lockhart wanted a bottle for his birthday (CS6). Everyone drank a round of Firewhisky in Mad-Eye's memory after he died (DH5). Arthur Weasley even put a shot in Molly's tea for medicinal purposes (GF10).

### Firenze (fuh-REN-zee)

Firenze is a centaur with white-blond hair, palomino body, and blue eyes (PS15). He trusts humans more than the rest of the centaurs and believes that the centaurs must be willing to take a stand against the rising evil; he let Harry ride on his back in order to bring him to a safe place and helped him understand that Voldemort was lurking in the Forbidden Forest and planning to get the Philosopher's Stone (PS15). At Dumbledore's request, he also agreed to come to Hogwarts and replace Sibyll Trelawney as the Divination teacher, an act that caused the other centaurs to consider him a traitor and banish him from their herd. Hagrid stopped the centaurs from killing Firenze, and in exchange, he tried to warn Hagrid that his attempt to teach Grawp was not working (OP27, OP30). Firenze remained at Hogwarts as a Divination teacher, together with Prof. Trelawney, much to the latter's displeasure (OP38). Firenze was seriously wounded fighting the Death Eaters in the Battle of Hogwarts (DH36).

### Fire Slugs

Creature that lives in the Brazilian rainforests. Newt Scamander is currently studying fire slugs (fw).

### Fitchburg Finches

One of only a handful of Unites States Quidditch teams, the Finches have won the U.S. Cup seven times. They make their home in Firchburg, Massachusetts. Their Seeker is Maximus Brankovitch III (QA8).

**Fitch-Fletchley, Justin**

(b. 1980; Hufflepuff, 1991)

A member of Dumbledore's Army (OP16), this curly-haired Muggle-born wizard was down for the exclusive Muggle school Eton until he got the letter from Hogwarts (so it is quite likely that his parents are very wealthy). Justin was threatened by a snake at the Dueling Club until Harry called it off, thus publicly revealing his status as a Parselmouth. Justin was Petrified by the basilisk on December 18, 1992 (CS11).

**Fixing Charm**

Spell that magically fastens one thing to another. Elveira Elkins wrote to the *Daily Prophet Problem Page* because she could not make a simple Fixing Charm 'stick'. The correspondent who dealt with everyday magical problems diagnosed that the caster was allowing her attention to wander whilst 'charming', and recommended using nails instead (DP3).

**Fizzing Whizbees**

Magical sweets, massive sherbet balls that make you levitate (PA5, PA10, GF23).

**flacking**

Quidditch Keeper foul: pushing any part of his or her body through a goal hoop to prevent a score (QA6).

**Flagrante Curse**

Causes the target object to burn anyone who touches it. Cast by Gringotts personnel on the contents of the Lestranges' vault, which made robbing it a very painful experience (DH26).

*Flagrate* (fla-GRAH-tay)

*flagro" L. blaze, burn*

Creates a burning, fiery line in the air which can be "drawn" with the wand into specific shapes. The shape lingers for some time. Hermione used this spell to draw fiery X marks on the doors of the circular hall in the Department of Mysteries (OP34).

**Flame-Freezing Charm**

Changes the properties of fire so that its heat feels like a warm breeze. Spell used by witches and the wizards in medieval times that were burned at the stake. They would then scream and pretend to be burning up (PA1).

**Flamel, Nicolas**

(b. circa 1326 – d. mid-1990s)

Flamel is a celebrated alchemist (DH2) who is famous for creating the only known Philosopher's Stone in existence. As a result, Flame and his wife Perenelle (b. circa 1333) lived for over 600 years (PS17, JKR). Dumbledore did some alchemical work with him in the 1900s (PS17).

**Flanders**

The Flanders team, from Belgium, played a very violent final against Transylvania in the first
World Cup in 1473, resulting in a huge number of new (and rather imaginative) fouls being
declared, because each of the fouls happened in that match (QA8).

**flashing paint charm**

This "tricky little charm" makes the paint on a banner flash different colors. Hermione used this
charm on the banner that the Gryffindors had painted on one of the sheets Scabbers had ruined. It
said Potter for President, and Dean, who was good at drawing, had drawn a Gryffindor lion
under the words (PS11).

**Fleet, Angus**

Muggle who lived in Peebles. Angus was mystified by a flying Ford Anglia on 1 September
1992 (CS5).

**Fleetwood's High-Finish Handle Polish**

A component of the Broom Servicing Kit Hermione bought for Harry for his 13th birthday
(PA1).

**Flesh-Eating Slug**

Apparently a frightening creature, since someone was scared enough of them to turn a Boggart into one (PA7). Hagrid once needed a repellent for Flesh-Eating Slugs that were getting into the cabbages, and went shopping for it in Knockturn Alley (CS4).

### *Flesh-Eating Trees of the World*

Among other things, discusses the correct way to juice Snargaluff pods; Hermione carried her copy of this book when in sixth-year Herbology (HBP14).

### flesh memory

A form of magic cast on some items which allows them to "remember" and identify the first human to touch them. A Snitch has flesh memory so it can identify the first Seeker to touch it in the event of a disputed catch (DH7). *This means that Seekers can't wear gloves.*

### Fletcher, Mundungus

Mundungus Fletcher is a rather dodgy character, a crook whose shady business dealings are always getting him into trouble. However, he's also a member of the Order of the Phoenix. Harry and the Weasley boys think he is a lot of fun to spend time with, since he can tell stories that will keep his listeners in stitches. He drinks quite a bit and swears magnificently. Albus Dumbledore seemed to have the attitude that even though he's a crook, he can be mighty handy to have around sometimes since he hears things others don't (OP5). Mundungus, or "Dung" as he's called, smokes a grimy, smelly pipe. Molly Weasley doesn't like him smoking the pipe in the kitchen (OP5). She doesn't like him at all, come to that. In the 1970s Mundungus was thrown out of the Hog's Head Pub, so when he was assigned to keep an eye on Harry twenty years later, he

was forced to hang around that pub dressed as a witch (OP16). Fortunately, keeping one's face hidden is a bit of a fashion in the Hog's Head. Dung may have other Hog's Head connections: the day Harry caught Dung peddling Black family heirlooms, he was seen speaking with Aberforth, the Hog's Head barman (HBP12). During the Battle of Seven Potters, Dung was Polyjuiced into Harry and rode a broomstick behind Mad-Eye Moody. When Voldemort attacked, he Disapparated, leaving Mad-Eye Moody to be killed (DH4).

### Fletwock, Laurentia

(b. 1947)

According to Jo's website, Fletwock is a "celebrated breeder and racer of winged horses" who has "campaigned for tighter restrictions on broomstick use" (fw).

*Fletwock seems to be a sound-alike (not quite a homonym) for the word "fetlock," the ankle joint of a horse's leg.*

### "flint"

*An honest-to-goodness error in the books has come to be called a "flint," after Marcus Flint, the Slytherin Quidditch captain who JKR inadvertently included in one book too many, making him an "eighth year" student. The term was coined by one of the members of the Harry Potter for Grown Ups online group. Remarkably few genuine flints exist, considering the vast scope of the story. Incidentally, the original error of Flint's year has been corrected in later editions.*

### Flint, Marcus

(Slytherin, 1987; Quidditch Chaser, Captain c. 1991-1993)

Marcus Flint was the Captain of the Slytherin Quidditch team for the first three years Harry played. Harry thought he looked like he had troll blood. He wasn't beyond a bit of cheating to win a match (PS11, CS7, 10, PA13).

### Flint, Ursula

Ursula Flint was the wife of Hogwarts Headmaster Phineas Nigellus Black who lived 1847-1925 (BFT).

### Flitterbloom

An innocuous potted plant which is similar to Devil's Snare—in appearance, not temperament (OP25).

### Flitwick's Office

Located on the seventh floor, Flitwick's office is also the thirteenth window from the right of the West Tower. Very few people would need these directions, but to Harry and Hermione on the back of Buckbeak, it was exactly what they needed, and they rescued Sirius Black from that office (PA21).

### Professor Filius Flitwick

(b. October 17, year unknown)

Filius Flitwick is the Charms professor at Hogwarts, and the Head of Ravenclaw House. He is very small in stature (he needs to stand on a pile of books to see over his desk), but not small in magical ability. He is an accomplished wizard and, according to rumor, was a dueling champion

when he was younger (CS). His office is on seventh floor, near the base of the West Tower (PA). Flitwick has taught students how to "swish and flick" at Hogwarts since at least the 1970s and is well-respected by everyone, from Dumbledore, to Malfoy to McGonagall to Dolores Umbridge. Flitwick is very short man with white hair and a squeaky voice.

When Severus Snape became Hogwarts Headmaster, Flitwick stayed to teach. Later, however, when it seemed that Harry needed protection, he joined McGonagall in an attack on Snape ("You'll do more murder at Hogwarts!") that forced Snape to abandon his position at Hogwarts. When Voldemort and his army attacked Hogwarts, Flitwick constructed intricate magical defenses, and then took groups of fighters up to the three highest towers to work spells from above. When the battle was at its fiercest, Flitwick fought Yaxley and may have killed Dolohov. *Flit is a synonym for 'flutter,' and is British slang for an effeminate man (OED).*

### Flobberworm
A ten-inch, toothless brown worm which eats vegetation, especially lettuce. Hagrid, after losing his nerve with the hippogriff debacle, had his third year students raise these for a semester, which was completely pointless as they prefer to be left alone and to do nothing (PA6, FB).

### Floo Network
Using the Floo Network is much simpler than Apparition; it can be done by an underage witch or wizard who hasn't even started school yet (CS4), whereas Apparition requires a few months of tutoring and supervised practice for most witches and wizards to be able to perform it (HBP17). However, while using the Floo Network is easier than Apparition, it is also less flexible in terms

of where a user can go; it can only take one to a destination that is connected to the Floo Network.

The Floo Network is made up of various wizarding fireplaces all over Britain. When Floo Powder is thrown into a fireplace that is connected to the network, the fire will burn a brilliant green and assume a state that allows a witch or wizard to enter the fire without being burned, at which point he or she will state the name of another Network location and then be connected to that location in a spinning rush of emerald green flames. While in transit, the user will be aware of other grates rushing past, but too quickly to be perceived clearly. If desired, a witch or wizard using the Floo Network may use it only to speak with another Floo connection rather than to travel there (GF11, GF19).

It is important to state the name of the intended destination very clearly so as to avoid being connected to the wrong location, and it is also important to keep one's elbows tucked in. The Network's function, in fact, is something similar in principle to the use of a Muggle telephone; giving an incorrect destination is like dialing a wrong number.

After Voldemort and his minions assassinated Minister of Magic Scrimgeour during the Second Wizarding War and took over the Ministry of Magic, only senior Ministry members were permitted to connect their homes to the Floo Network (DH12).

*flue Eng. originally meant "chimney", but now means any duct for allowing heat or hot gases to escape from a heating device [NSOED]*

### Floo Network Authority

Ministry office which maintains and regulates the Floo Network. Employees of the Floo Network Authority have the ability to monitor Floo connections, and can eavesdrop on Floo

conversations in a manner analogous to wiretapping a Muggle telephone. Witches and wizards working for the Floo Network Authority are referred to as Floo Network Regulators (OP28). The group who makes decisions about making connections to the Network is called the Floo Regulation Panel. It is against regulations for a Muggle fireplace to be connected to the Floo Network, but the Panel makes exceptions in rare cases (GF4).

**Floo Powder** - This silvery powder, invented in the 1200s by Ignatia Wildsmith (fw), when thrown in the fire allows magical travel and magical communication between fireplaces connected to the Floo Network. The powder is thrown into the flames, which burst up emerald green. To travel, a witch or wizard steps into the flames and states her or his destination (another fireplace on the Floo Network). To communicate, the witch or wizard throws the powder into the flames and inserts only her or his head, again stating the fireplace to which a connection is desired. The Weasleys keep theirs in a flowerpot on the mantel (CS4).

**Florean Fortescue's Ice-Cream Parlour**
A shop Harry has frequented in Diagon Alley, where the owner gave him free sundaes and advice about his homework (PA4).

**Florence**
Probably a student at Hogwarts, a contemporary of Bertha Jorkins, who spied on her and saw her being kissed by some unidentified boy. Upon being hexed as a result, Bertha complained to Dumbledore, the Headmaster "He put a hex on me, Professor Dumbledore, and I was only

teasing him, sir, I only said I'd seen him kissing Florence behind the greenhouses last Thursday..." (GF30).

### Flourish and Blotts

A bookstore in Diagon Alley that serves as the primary supplier of schoolbooks for Hogwarts students (PS5, CS4, PA4).

### Fluffy

Very dangerous, very large three-headed dog, owned by Rubeus Hagrid. Fluffy would only sleep if he was played or sung music (PS16). After lending him to Dumbledore to help protect the Philosopher's Stone (PS11), Hagrid released Fluffy into the Forbidden Forest (BP).

### Flume, Ambrosius

Owner (along with his wife) of Honeydukes Sweetshop in Hogsmeade (HBP4). Honeydukes not only sells a wide variety of sweets, they also make their own fudge and enormous blocks of chocolate.

### Flutterby Bush

This kind of bush quivers and shakes (DH6). The Flutterby bushes needed pruning in Herbology class (GF20).

### Flying (class)

The teacher for this class, Madam Hooch, gives the basic fundamentals of broomstick flying for first years early in the school year, then escorts any wounded students to the hospital wing (PS9).

**Flying carpets**

Flying carpets rather than brooms are the standard magical means of transportation in Asia and the Middle East (QA7). Flying carpets were once legal in Britain, but have been illegal for years since they are now on the Registry of Proscribed Charmable Objects. In other words, carpets are now defined in Britain as a Muggle artifact that it is illegal to enchant, so it is not lawful to import them (GF7).

**flying magic**

While "no spell yet devised enables wizards to fly unaided in human form" (QA1), various spells create flying effects. Wingardium Leviosa levitates objects (PS10). Dobby used a Hover Charm to float a pudding above Aunt Petunia's kitchen (CS2). Spells cast on broomsticks and carpets allow them to fly.

*Flying With The Cannons*

A book of interesting facts devoted to the Chudley Cannons, given to Harry by Ron as a Christmas present during their second year (CS12). Illustrated with moving photographs (GF2, GF22).

**Flyte and Barker**

The Flyte and Barker company produced the very expensive Twigger 90 racing broomstick in 1990, but couldn't match the quality and capabilities of the Nimbus. The Twigger did have a nice polished finish, though, and a built-in Warning Whistle (QA9).

## Foe-Glass

Foe glass is a Dark Detector, an object that looks like a mirror, but it does not reflect the scene in front of it. Instead, it shows the enemies - the foes - of its owner. The foes are shadowy, indistinct, out-of-focus figures if distant; the images become more distinct as the foes get closer (GF20). *The name of this device is a nice play on words. While a "foe" is an enemy, it is also a homonym for the French word "faux", meaning "false" - a fitting term for a looking-glass that isn't a true mirror.*

## 'For the Greater Good'

Albus Dumbledore and Gellert Grindelwald, in their enthusiasm for bringing wizards out of hiding and into their 'rightful place' in larger human society, talked about wizards ruling over Muggles 'for the greater good' (DH18, 35). This became the slogan for Grindelwald as he grew in power in Europe in the early 1940s, his excuse for atrocities (DH18). Grindelwald had even carved the words over the entrance to Nurmengard, the prison he built to hold his enemies (DH18).

## forbidden forest

To the east of Hogwarts castle is a large, dark forest. This forest is strictly off limits to Hogwarts students, except in the course of occasional Care of Magical Creatures lessons (OP21) or

detentions (PS15). Fred and George Weasley have spent quite a bit of time trying to get into it, naturally (PS8). The forbidden forest is sometimes referred to as the Forbidden Forest but often as just "the forest." The forest is thick with trees -- beech (PS13), oak (PS15, CS15, OP28), pine (OP30), sycamore (CS15), and yew (OP21) are mentioned, as well as undergrowth such as knotgrass and thorns (OP30) -- but there are paths, brooks, and some clearings. Off the path, the way is almost impassable, although people have moved through it and creatures as large as Acromantulas and a Ford Anglia have managed to get around. The forbidden forest is home to a wide and strange assortment of creatures. Anything wild and dangerous that needs a place to live is put there (which is what happened to Fluffy the giant three-headed dog (BP). Hagrid moves around the forest with respect but without fear. Any other person who has entered it, however, has emerged hoping never to enter it again. There are areas around the edges of the forest that are part of the Hogwarts grounds but which are out of sight of the castle. Hagrid set up a paddock for hippogriffs in an area like this (PA6) and the dragons which had been brought in for the first task were confined here (GF19). The forest is home to unicorns, Thestrals, Acromantulas, and centaurs, as well as Fluffy (BP) and a turquoise Ford Anglia (CS15).

### Ford Anglia, flying

This turquoise automobile was bought by Arthur Weasley for the purposes of taking it apart in his shed to see how it worked - at least, that's the story he told Molly. In fact, in the process of dismantling and reassembling the car, he also bewitched it to be able to fly and installed an Invisibility Booster. He also magically expanded the inner spaces so that an enormous amount of luggage could fit in the boot and an amazing number of people could sit comfortably in its wide seats. Fred and George flew the car a number of times, once all the way to Surrey to rescue

Harry from the Dursleys. Shortly thereafter Harry and Ron flew the car all the way to Hogwarts. The car barely made it that far only to crash land in the Whomping Willow, which damaged it quite severely. The car ejected Harry, Ron, and their luggage, then fled into the forbidden forest. It is still there, trundling about the forest like a wild animal (CS3, CS15).

.

### Forest of Dean ·

The Forest of Dean is one of England's last remaining ancient forests. Hagrid hails from the Forest of Dean (RAH). In this forest, while hiding from the Ministry, Harry saw a doe Patronus and followed it. He discovered a frozen pool of water in which the Sword of Gryffindor was concealed (DH19).

### Forgetfulness Charm

Perhaps the same as Obliviate. The reference mentions that it's possible to injure a Muggle if you miscast this spell, and Obliviate spells are used on Muggles if they see magic (JKR).

### Forgetfulness Potion

With Snape breathing down their necks, the first years "tried to remember" how to make a Forgetfulness Potion for their exam (PS16).

### Fortescue, Dexter

Red-nosed, corpulent wizard. Fortescue was at one time a Headmaster of Hogwarts. His portrait hangs in the Headmaster's office (OP27).

### Fortescue, Florean

Owned an ice cream parlor in Diagon Alley. Florean knows quite a bit about medieval wizardry; When Harry was living at the Leaky Cauldron for a couple of weeks, he spent part of his days working on his homework at Florean's shop. Florean gave him free sundaes every half hour and helped with his essay on medieval wizardry (PA4). Fortescue is believed to have been "dragged off" by Death Eaters in the first weeks of the Second Wizarding War (late June or early July 1996) (HBP6).

### *Fountain of Fair Fortune, the*

One of the fairy tales attributed to Beedle the Bard. Ron was very familiar with this story and was surprised that Harry and Hermione had never heard of it (DH7).

### Fountain of Magical Brethren

Once standing halfway down the vast atrium of the Ministry of Magic in London, the Fountain of Magical Brethren was a grouping of golden figures on a plinth in the center of a pool. The figures were of a witch and wizard, surrounded by a house-elf, a centaur, and a goblin looking at them in adoration. Water spouted from the figures and fell into the pool. The ironically named statue gave testimony to the warped sense of superiority assumed by wizards over other magical races. The statues were destroyed during the duel between Voldemort and Dumbledore in June of 1996 (OP36). They were replaced, when Voldemort took over the Ministry on 1 August 1997, with even more twisted, awful statues, these depicting a regal-looking witch and wizard sitting on thrones made of the naked bodies of hundreds of Muggle men, women, and children. The statues had the title MAGIC IS MIGHT on the base (DH12).

**fountain of wine**

A spell which produces a fountain of wine from the end of the caster's wand. Mr. Olivander performed this spell with Harry's wand to test it at the Weighing of the Wands (GF18).

**Four-Point Spell**

See *Point Me.*

*Fowl or Foul? A Study of Hippogriff Brutality*

While doing research to help Hagrid defend Buckbeak at the Ministry hearing, Ron was so engrossed in this book he even forgot to be mean to Crookshanks (PA15).

**France**

Hagrid and Madame Maxime travelled to France en route to eastern Europe when they sought out the giants (OP20). Hermione also took a trip to France with her parents during one summer holiday, which included at least a stop in Dijon (OP20). The first meeting of the International Confederation of Wizards was also held in France (OP31).

**Freezing Charm**

According to Slughorn, one simple Freezing Charm will disable a Muggle burglar alarm (HBP4).

**Freshwater Plimpies**

When Harry, Ron, and Hermione showed up on his doorstep, Luna Lovegood's father explained her absence by saying that she was down by the stream, fishing for Freshwater Plimpies for soup and that she'd be right back. The lie wore a little thin when Xeno only laid out dishes for four without realizing it. As it turned out, Luna had been captured by the Death Eaters and he had no idea where she was (DH20).

### Fridwulfa

Mother of Hagrid, abandoned her human family in c.1931, died "years and years ago," according to Hagrid in November 1995. She had another child, a son named Grawp, by another giant (OP20).

### Frobisher, Vicky

(Gryffindor, early 1990s)

Involved in many school activities, particularly Charms Club. Tried out for Gryffindor Keeper in autumn 1995 and flew better than Ron Weasley; however, she was rejected because she said that Charms Club would rank higher in her priorities than Quidditch in the event of a schedule conflict (OP13).

### Frog Spawn Soap

Something for sale at Zonko's. Sounds dead useful, like so many of Zonko's products (PA14).

*From Egg to Inferno, A Dragon Keeper's Guide*

Hagrid consulted the Hogwarts library's copy of this book when he first got the dragon egg that eventually hatched into Norbert (PS14).

### Fubster, Colonel

A retired Muggle neighbor of Marjorie Dursley, who looks after her bulldogs when she's away from home (PA2).

### Fudge, Cornelius Oswald

Cornelius Fudge was Minister of Magic from 1990 (OP10) until June 1996, when he was replaced by Rufus Scrimgeour. Fudge became Minister of Magic upon Millicent Bagnold's retirement, since Bartemius Crouch Sr. had lost his shot at the job and Dumbledore refused the post. At the beginning of his tenure as Minister of Magic, he sent Dumbledore owls frequently, seeking advice about what to do. Fudge was somewhat weak, swayed by money and addicted to his own position and privilege. Fudge was impressed by wizarding families with pure bloodlines and by generous donations. As a result, he favored people like Lucius Malfoy and looked down on people like the Weasleys. On the surface, Fudge seemed to be a kindly, blustering, somewhat pompous fellow who is essentially good-natured. However, for far too long he refused to see that Voldemort had returned simply because it would disrupt his well-ordered, comfortable world. He trusted the Dementors and allowed them to control Azkaban, which was where many of Voldemort's supporters were imprisoned. Fudge spent a year (1995 - 1996) trying to convince everyone that Dumbledore was wrong about Voldemort's return and that Harry was a disturbed, even mentally unstable teenager trying to get attention. He manipulated the press, using the *Daily Prophet* to spread lies about the two, and installed an operative within Hogwarts in the person of

Dolores Umbridge. These actions were an attempt to get rid of both Harry and Dumbledore,

since Fudge believed that by silencing them, the whole Voldemort problem would vanish.

However, at the end of the battle in the Department of Mysteries, Fudge saw Voldemort with his

own eyes and was forced to admit that the worst had indeed happened. Approximately eleven

days later Fudge was sacked and replaced by Rufus Scrimgeour (HBP1). Fudge usually wore a

bottle-green pinstriped suit, scarlet tie, long black or pinstriped cloak, pointed purple boots, and a

lime green bowler hat (CS14, PA3).

## Fudge Flies

A delicious treat from Honeyduke's that Scabbers used to like, according to Ron (PA13).

## Fulbert the Fearful

(1014-1097)

So cowardly that he never went out of his house. He died when his roof collapsed as a result of a

Defensive Charm that backfired (fw).

## Full Body-Bind

See *Petrificus Totalus*.

## furballs

Custard-colored furballs, humming loudly, were on sale in the Magical Menagerie (PA4); these

are probably Puffskeins (FB).

**Furmage, Dymphna**

(1612-1698)

Terrified of pixies after an unfortunate incident while on holiday in Cornwall (fw).

*Furnunculus* (fur-NUN-kyoo-lus)

*"furuncle," Eng.: "boil" (as in a skin lesion)*

Harry cast this spell on Draco, but it was deflected and hit Goyle in the face (GF18, GF37).

**fur spell**

A spell that causes a person to grow fur. Fred and George, in an effort to cheer up Ginny, cast
this spell on themselves so they would be covered with fur. All it did was irritate Percy, which
for Fred and George was a bonus (CS11).

**Fwooper**

African bird with brightly-colored feathers. A Fwooper's song will drive the listener insane, so
each bird must be sold with a Silencing Charm placed on it (FB).

**Fwooper** (Rune)

The rune for the number four. The four possible colors of the Fwooper are the reason this bird is
the symbol for that number (JKR).

G

### *Gadding With Ghouls*

One of the many required textbooks for Defense Against the Dark Arts in Harry's second year
(CS4).

### ·Gaddley

Town where a Muggle family was found murdered during the Second War. The Muggle
authorities blamed a gas leak, but it wasn't (DH22).

### Galleon

The largest of the coins used by wizards is the gold Galleon. This coin is worth about five British
pounds (CR). There are seventeen silver Sickles to the Galleon (PS5).

### Galleons, enchanted

In order to get word to members of the D.A. about meetings, Hermione cast a Protean Charm on
some fake Galleons. When Harry decided on the day and time for a meeting, he changed the
numbers on his Galleon. The other fake coins would become warm to alert their owners, then
show the new time and date (OP19, DH29).

### Gambol and Japes Wizarding Joke Shop

This shop, a favorite of Fred and George, sells a wide variety of tricks and practical joke items.
The twins buy Dr. Filibuster's Fabulous Wet-Start, No-Heat Fireworks here (CS4).

### Gamekeeper

Hagrid's title, along with Keeper of the Keys (PS4)

## Gamp, Hesper

Wife of Sirius Black (1877-1952), the oldest son of Phineas Nigellus Black (BFT).

## Gamp's Law of Elemental Transfiguration

One of the 'rules'of magic. There are Five Principle Exceptions to Gamp's Law, which are certain types of items which can't be conjured from nothing or transfigured from completely different materials. Food is one of the exceptions (DH15). *Bet you ten bucks that another exception is money...*

## Gambol and Japes Wizarding Joke Shop

A shop in Diagon Alley, and one of Fred and George's favorites , which sells various joke items, including Dr. Filibuster's Fabulous Wet-Start, No-Heat Fireworks (CS4).

## Gardening Competition, Annual International Wizarding

Includes many interesting divisions, including the Contorting Cereals competition (DP).

## gargoyles, stone

A gargoyle statue guards the moving stairway up to the Head's office. It expects a password, which in Dumbledore's day was always a type of candy, upon which it hops aside (CS11 etc.). When Umbridge took over as Head, the office sealed itself against her. The gargoyle wouldn't let her pass (OP28). Two stone gargoyles also flank the staff room and make snide comments at

students who dare to try to enter (OP17). These gargoyles were the first casualties of the Battle of Hogwarts (DH31). There are stone gargoyles on the castle roof as well, which Grawp tore off to use as a weapon (DH31).

**Garotting Gas**

Invisible gas which apparently knocks people unconscious. Fred and George were planning to release Garrotting Gas in a corridor, but left school before they had a chance to carry out the plan. Ginny seized upon the idea as a diversion to keep Umbridge away from her office (OP32). *It seems highly unlikely that Fred and George would have released something which was actually deadly, so we assume that Garrotting Gas is non-lethal (OP32).*

**Gaunt house**

Located in the woods just outside Little Hangleton, the Gaunt House was home to Marvolo Gaunt and his two children, Morfin and Merope. The last remaining descendants of Salazar Slytherin, they lived there in poverty, speaking Parseltongue to each other and living in deplorable conditions (HBP10). Eventually, after the Gaunts had all died and the house was left deserted, Voldemort concealed one of his Horcruxes - Marvolo's ring - in the ruins of the house, until Dumbledore returned to the site, recovered the Horcrux, and destroyed it (HBP23).

**Gaunt, Marvolo**

Marvolo was shorter than his son with odd proportions. He had "bright brown eyes, short scrubby hair, and wrinkled face." Harry thought he looked like a powerful, aged monkey. Marvolo wore a gold ring with the Peverell symbol carved into a black stone (HBP10). Marvolo

attacked Ministry personnel who had come to arrest his son, so he too was arrested. He was convicted by the Wizengamot and sentenced to Azkaban for six months (HBP10). He died before his son's sentence was complete.

## Gaunt, Merope

Merope Gaunt was the daughter of Marvolo Gaunt and mother of Tom Riddle. Eighteen-year-old Merope's hair was lank and dull and she had a "plain, pale, rather heavy face." Her eyes also gazed in opposite directions. Merope's father was extremely abusive to her and derisively called her a "Squib" (and other dreadful things). It is no wonder that Harry observed that she looked "defeated." In addition to ragged clothing, Merope wore a heavy gold locket that her father claimed belonged to Salazar Slytherin (HBP10).Merope was intensely attracted to the wealthy Muggle Tom Riddle, but there were a couple of problems. She knew her father would be violently opposed, and Tom saw her as an object of derision and disgust. However, after her brother and father were sent to Azkaban, Merope tricked Riddle with a love potion into marrying her. It is not known why, but after she became pregnant she allowed the potion to wear off and Riddle abandoned her. Merope went to London, but was so destitute she sold her priceless gold locket to Caractacus Burke of Borgin and Burke's for a meager ten Galleons. Later she gave birth at a Muggle orphanage and died after naming her child Tom Marvolo Riddle.

## Gaunt, Morfin

Morfin Gaunt was the son of Marvolo Gaunt. He was dressed in rags. His thick hair is so matted with dirt the color was indistinguishable. He was missing several teeth, and his eyes, like those of his father and sister, looked in opposite directions. Morfin was a Parselmouth and a sociopath.

Morfin was summoned to a hearing by the Ministry for hexing a Muggle (Tom Riddle). When he resisted he is arrested, convicted, and sentenced to three years at Azkaban (HBP10).Years later, his nephew Tom Riddle paid him a visit. It was then that Tom learned about his Muggle parent. Tom Stupefied Morfin, then went to the Riddle house and murdered his father and grandparents. Before leaving Little Hangleton, Tom stole the gold ring that was a Gaunt family heirloom. When questioned by the Ministry, Morfin confessed to the murders, so Tom must have also implanted false memories. Morfin died at Azkaban during his second incarceration (HBP17).

### *Geminio* (jeh-MIN-ee-o)

*"geminare" L. to double*

Duplicates the target object. Hermione uses this to duplicate (in appearance, anyway) the locket Horcrux so that Umbridge won't realize that it is missing (DH13).

### Gemino Curse

*related to Geminio, from "geminare" L. to double*

When an object imbued with this curse is touched, the target object will multiply, but the copies are worthless. Gringotts placed Gemino Curses on the objects in the Lestranges' high security vault, creating a lot of apparently identical copies from which the genuine objects could not be distinguished. According to Griphook, a would-be thief who continued to handle treasure under such a curse would eventually be crushed by the weight of expanding gold (DH26).

### Germany

Germany has a history in wizarding games; the game of Stichstock was invented there around 1105, though it died out two centuries later (QA2), and there is also a German illuminated manuscript from c. 962 A.D. showing three warlocks dismounting their broomsticks in pain (QA1). The Bowtruckle is native to Germany, as are the Erkling and the werewolf, and we know there is a German Ministry of Magic because they are the ones charged with controlling the deadly creatures (FB).

## Gernumblies

Garden gnomes have this alternate name, according to Xenophilius Lovegood, derived from the Latin name for the species, *Gernumbli gardensi*. Their magic, according to Xeno, is very strong and a bite from a gnome may induce all sorts of things, from singing opera to declaiming in Mermish (DH8).

## Ghosts

Ghosts are an unusual type of magical creature. In some ways, they're not creatures at all, but rather characters just like Harry, Ron, Dumbledore, and all the other living people in the books. But they aren't quite the same, of course; they are semi-transparent, non-corporeal beings. Only wizards can become ghosts, and then only if they choose that path before they die. They enter a state somewhere between living and dead because they are afraid of death and afraid to go on. Nick indicated that wizards study the matter in the Department of Mysteries, which may be a reference to the veiled archway Harry saw there (OP35). Ghosts can pass through solid objects. They do not eat, but in many other ways they seem to enjoy a full life. They interact with "live 'uns," as Sir Patrick said, referring to Harry, Ron, and Hermione. There are differences, however.

It seems that their sensibilities are somewhat altered since their deaths, since their idea of music - - an orchestra of thirty musical saws -- is bizarre and dreadful to the ears of the living. Also, they do seem to be in some way tied to a place, some (Myrtle, for example) more than others. They don't all get along exactly well, either. The Bloody Baron is avoided by most ghosts, and the Hogwarts ghosts don't go into the Shrieking Shack because they say a "rough crowd" lives there (although this is likely a story they've invented to help support the official lore of the place). While ghosts as a rule don't affect the physical world -- people walk right through them, for example -- there are some exceptions. Myrtle can splash water out of the toilet she haunts when she wants to cause a ruckus to demonstrate how miserable she is. A ghost is very cold, and having one walk through you feels like a cold shower. The Ministry of Magic has some authority over ghostly behavior. When Myrtle was stalking Olive Hornby in retaliation for the way Olive tormented her in life, the Ministry was called in and Myrtle was forced to return to Hogwarts and haunt the place of her death (GF25).

### ghouls

Ghouls are slimy, buck-toothed, ugly creatures which live in attics or barns of wizards. They are dim-witted and are content to throw things around now and then. Ghouls are relatively harmless creatures who live on spiders and moths. A ghoul lives in the attic of the Burrow, just above Ron's room. The ghoul makes noises a lot (CS4, GF10, DH6)

### Giants

Full-blooded giants are about twenty feet tall (GF24). They are not as intelligent as wizards but are capable of communication, both in their native language and, at times, in English (OP20).

They now live mostly in remote mountain areas in tribes, with a leader called a Gurg. They are violent by nature: fights between giants are common, and when a Muggle unsuspectingly wanders into their midst it means certain death. They are also very mistrusting of wizards and magic (OP20). There was a time when giants were a force to be reckoned with in the wizarding world - there were once at least a hundred different tribes spread out around the globe. Then, in the 1970s, the giants allied themselves with Voldemort and were responsible for many of the war's worst incidents of killing and torture, especially of Muggles. Many giants were killed by Aurors and the rest fled, in the early 1980s (JKR), into hiding for the next fifteen years.

After Voldemort's return, Albus Dumbledore sent Rubeus Hagrid and Olympe Maxime, both half-giants, to the mountains northeast of Minsk (probably the Urals), as envoys to the eighty or so giants that live there. They found, though, that they were not alone - two Death Eaters, including Walden Macnair, had been sent as envoys for Voldemort, and they ultimately convinced the Gurg, Golgomath, to rejoin Voldemort's forces (OP20). In the summer of 1995, shortly after Voldemort came out of hiding, at least one giant was involved in a Muggle attack in the West Country of England, which was passed off to Muggles as a hurricane (HBP1).

There is one full-blooded giant, however, on the side of the good. While in the mountains, Hagrid discovered he had a half brother living there, and decided to bring him home to Hogwarts. He named him 'Grawp' because "tha's what it sounds like when he says his name" (OP30). Grawp lived in the Forbidden Forest at first and then, after the centaurs got upset, Hagrid moved him to a cave near Hogsmeade. However, Hagrid has been successful in domesticating him somewhat and in teaching him some English - so much so that Grawp was actually able to attend Dumbledore's funeral in spring 1997 ( HBP30). Unfortunately, partly thanks to the giants' alliance with Voldemort and partly thanks to the wizarding world's general

distrust of "part-humans," the giants are looked down upon. Shortly after Harry witnessed Voldemort's return, Dumbledore tried to convince Cornelius Fudge, then the Minister for Magic, to send envoys to the giants. Fudge didn't take his advice.

Half-giants are looked upon as outcasts by wizards and giants alike; Madame Maxime still refuses to publicly admit her ancestry, and for good reason - when Hagrid's half-giant status leaked out in winter 1994, Rita Skeeter published an article in the *Daily Prophet* calling for him to be sacked and for Dumbledore's resignation, and Hagrid went into hiding in a feeble attempt to escape the backlash (GF24). The future of the giants is a bleak one - with only eighty or so left in the world, most remaining giants allied with Voldemort, and fights regularly breaking out that severely injure or kill some of those giants that are still around, it is unlikely the race will survive for many more years. As the Second War heated up, it seemed likely that the Death Eaters had enlisted giants to help them (HBP1). Sure enough, two huge giants were part of the forces attacking the castle in the climactic Battle of Hogwarts (DH31, 34, 36).

**Giant Squid**

The lake at Hogwarts is home to a giant squid. Normally, this huge invertebrate lives deep in the ocean, so this squid is undoubtedly a magical type. This is borne out by the fact that the giant squid allows students to tickle its tentacles (PS16) and feed it toast (GF18, and that it rescued a first year who fell out of the boats crossing the lake in a storm (GF12). There is no evidence that this is normal giant squid behavior.

**Gibbon**

Death Eater who set off the Dark Mark during the Battle of the Tower. He was hit by a Killing Curse that had missed Lupin (HBP29).

### *Gilderoy Lockhart's Guide to Household Pests*

Mrs. Weasley keeps a copy of this. It discusses gnomes (CS3) and doxies OP6).

### gillywater

A favorite drink of McGonagall at the Three Broomsticks (PA10).

### gillyweed

Native to the Mediterranean, this magical water plant looks like a bundle of slimy, greyish-green rat tails. When eaten, it gives a person gills to breathe underwater and gives them webbed hands and feet for swimming. The duration of the gillyweed effect is approximately one hour. Snape keeps gillyweed in his private stores; it is not available to the students. Dobby suggests it at the last minute and Harry uses this during the Second Task of the Triwizard Tournament (GF26). Its properties were discovered by Elladora Ketteridge, when she nearly suffocated after eating it and recovered only when she stuck her head into a bucket of water (fw).

### Gimbi Giant-Slayers

Quidditch team which hails from Gimbi, a small city in western Ethiopia. The Giant-Slyers have twice won the All-Africa Cup (QA8).

### Gladrags Wizardwear

A wizarding clothing shop in Hogsmeade that also has additional locations in London and Paris (GF8, 27).

### glen

According to the Sorting Hat's song, 'glen' is where Rowena Ravenclaw hails from. "Glen" is a Scottish term for "valley", so she is most likely from Scotland - and thus perhaps the one of the four founders who lived closest to Hogwarts' present location (GF12).

### *Glisseo* (gli-SAY-oh)

### *from "glisser" Fr. slip, slide*

Converts the target object into a smooth slide. When Hermione cast this, the stairs on which she, Harry, and Ron were standing flattened into a chute down which they slid very fast (DH32).

### Glumbumble

The Glumbumble is a magical furry insect. It produces a fluid that causes melancholy. This fluid is used as an antidote for the hysteria that results from eating Alihotsy leaves. Glumbumbles eat nettles (FB).

### Gnome, garden *(Gernumbli gardensi)*

The gnome is a common garden pest resembling a potato with legs. Gnomes live in gnome-holes underground, where they dig up plant roots and generally cause a mess; their presence is a dead give-away that a home belongs to a witch or wizard (Sch1). Every so often, a garden must be "de-gnomed," which involves grasping the gnomes by the ankles, swinging them around a few

times to disorient them, and then tossing them out of the garden. Gnomes are rather dim, so when they realize a de-gnoming is going on, they all come rushing up out of their holes to see what's going on, making them a lot easier to catch (CS3). Crookshanks loved chasing gnomes around the Weasleys' garden and the gnomes seemed just as much to love being chased (GF5). (also FB). Xeno Lovegood studied gnome magic. He called them 'gernumblies' and 'wise little gnomes', and raved about their special magic abilities. Ron noted that theirs did know a lot of excellent swear words, thanks to Fred and George (DH8).

**goats**

Aberforth Dumbledore has a strange fascination with goats; he was prosecuted for "practicing inappropriate charms on a goat" (GF24), and his bar, the Hog's Head, smells like goats (OP16). What's more, as a child, when he was mad at someone he'd show it by throwing goat dung at them (DH18); today his Patronus is a goat as well (DH28).

**Gobbledegook**

The language of Goblins (GF7), described as "a rough and unmelodious tongue, a string of rattling, guttural noises" (DH15).

**Goblet of Fire**

In order to make the selection of Triwizard champions completely fair, the decision was left up to a very powerful magic artifact, the Goblet of Fire. The Goblet was contained in an ancient wooden chest which is encrusted with jewels. When the casket was tapped three times with a wand, it opened. The Goblet was then removed and set on top of the chest. The Goblet of Fire is

a large, roughly hewn cup, filled to the brim with dancing blue flames. Students who wished to participate in the competition put their names into the goblet. The next evening, the Goblet was taken into the Great Hall after the Halloween Feast. On cue, it disgorged a slip of paper for each chosen champion. Once the names had been chosen, the Goblet's flames died out and would not reignite until the next Tournament (GF16).

### goblins

Goblins are a race of highly intelligent creatures who live side by side with wizards. Goblins are considered to be inferior by many wizards, who foolishly believe that the goblins are comfortable with that arrangement. In fact, goblins are extremely clever and more than able to stand up to wizards. The fact that the wizarding population treats them poorly is evidence of the severe injustice built into wizard culture. Ironically, the Fountain of Magical Brethren in the Atrium of the Ministry of Magic shows a goblin, along with a house-elf and a centaur, gazing admiringly at a witch and wizard.

Goblins are short and dark-skinned. They have very long fingers and feet, and some have pointed beards (PS5). Griphook, one of the hundreds of goblins working at Gringotts (PS5), has a bald head, pointed nose, and pointed ears (HPM). Some have dark, slanted eyes (GF24). Some goblins wear pointed hats (OP7).

Throughout the history of the wizarding world there have been rebellions where the goblins have fought against the discrimination and prejudice. These goblin rebellions were most prevalent in the 1600s (PA5) and 1700s (GF15, OP31), but even today there are subversive goblin groups who work in secret against the Ministry, according to the *Daily Prophet* (OP15). One rebellion, in 1612, took place in the vicinity of Hogsmeade; the Inn there was used as

headquarters for the rebellion (PA5). The rebellions have been described as "bloody and vicious." The names of the rebels tend to run along the lines of "Bodrod the Bearded and Urg the Unclean," according to Ron (GF31).

Some goblins speak a language called Gobbledegook (see).

Goblins are extremely clever and over the years have dealt with wizard-kind effectively (GF24). They are still subservient in the minds of most wizards, but they have established themselves as a vital part of wizarding society. The goblins run Gringotts, the wizarding bank (PS5). Therefore, they control the wizarding economy to a large extent. There are rumors, almost certainly unfounded, that Cornelius Fudge was plotting ways to wrest control of the money supply and the economy from the goblins while in office (OP10).

Apart from their cleverness with money and finances, goblins are also very capable metalsmiths. Their silverwork is well known and prized (Sirius Black's wealthy family had dishes which were 'finest fifteenth-century goblin-wrought silver, embossed with the Black family crest' (OP6). When Hagrid visited the giants, one of the presents he brought was a goblin-wrought helmet which was described as "indestructable" (OP21). Goblins actually mint the Galleons, Sickles, and Knuts used in the wizarding world; each coin is stamped with a serial number identifying the goblin who cast it (OP19).

The goblins suffered their share of losses during the first rise of Voldemort to power in the 1970s. A family living near Nottingham had been murdered by Voldemort's followers at that time, and Bill Weasley was approaching the goblins now, appealing to their sense of belonging to the wizarding community. This is proving problematic, however, because a Ministry official, Ludo Bagman, swindled a group of goblins out of a large amount of gold at the Quidditch World Cup in the summer of 1995.

In the Second War, the goblins tried to stay out of things, but the Death Eaters took control of Gringotts and some goblins objected so to having a human as a master that they ran away.

### Goblin Liaison Office

Ministry office for dealing with the goblin population. Dirk Cresswell was head of this office (HBP4) until he was run out of the Ministry for being Muggle-born (DH15). Cuthbert Mockridge worked in this office (GF7).

### goblin rebellions

The history of the wizarding world is filled with goblin riots and rebellions. The goblins are treated as second-class citizens and have fought for centuries for the right to use wands and be treated as equal members of society. This struggle frequently turned violent (GF22), notably in 1612 (JKR). In the 1990s, some goblin groups have been meeting with representatives of the Ministry of Magic, hoping to create a Bill of Goblin Rights (DP). Oswald Beamish was a pioneer of goblin rights (fw).

### Gobstones

Gobstones is a game involving stones played something like marbles, in which the stones spit disgusting liquid at the opposing player when they lose a point. There are Gobstone clubs at Hogwarts (OP17) and also an International Gobstones League (DP) Many of the kids at Hogwarts have a set of Gobstones and it's played fairly regularly (CS10, PA16, GF20). Harry was tempted to buy a solid gold set in Diagon Alley (PA4). The offices of the Official Gobstones Club are in the Department of Games and Sports on level seven of the Ministry of Magic (OP7).

**Gobstones Tournament**

Recently, the Welsh National Gobstones Team defeated the Hungarian national side to win this tournament. The Daily Prophet failed to cover the competition, however, prompting an irate letter from Grugwyn Rufford of the Welsh team. The editor replied that Gobstones was too boring to cover (DP1).

**Godelot**

Wizard who died in his cellar when his son Hereward took the Elder Wand from him (DH21).

**Godric's Hollow**

Though a Muggle village, Godric's Hollow has a storied wizarding history. For over a thousand years it has been home to notable wizards and witches, and has been most famous as the birthplace of Hogwarts founder Godric Gryffindor. More recently, however, it has become renowned instead as the site of Voldemort's first downfall. Voldemort came to the village in 1981, in the midst of an open war on the wizarding world, intending to kill one-year-old Harry Potter after overhearing a prophecy predicting Harry's power. Instead his Killing Curse rebounded, blowing apart the house and destroying him. Today there are memorials to this event throughout the village, which Harry and Hermione discover when they visit on Christmas Eve, 1997 (DH16, DH17).

Over the years Godric's Hollow had a number of magical residents; we know "the graveyard is full of names of ancient magical families" (DH16). Ignotus Peverell, one of the three brothers of Deathly Hallows lore, is buried here and passed his Cloak of Invisibility down through his

descendents in the village, leading later wizards to come visit in search of his Hallow (DH35). Bowman Wright also lived here when he invented the Golden Snitch in the 1300s (QA4). When the International Statute of Secrecy was enacted in 1689, Godric's Hollow, like Tinworth, Upper Flagley, and Ottery St. Catchpole, attracted a number of magical residents -- "communities within a community" (DH16). Among those who have lived there more recently are the Dumbledore family, of whom Kendra and Ariana both perished in that town in the late 1800s; Bathilda Bagshot, author of *A History of Magic*, until her death in 1997; and the Potter family - James, Lily, and their son Harry (DH16, DH17). Gellert Grindelwald also spent a summer here, having come in search of the Cloak of Invisibility in 1899. He stayed with his great-aunt, Bathilda, and spent his days with Albus Dumbledore.

Though always famous for being Gryffindor's origin, the town sealed its place in wizarding history on October 31, 1981, when Voldemort killed Lily and James Potter and attempted to kill Harry, inadvertently destroying himself instead (PS1). The house, with part of the upstairs blown off, still stands as a monument to this event which drove Voldemort away for over thirteen years and gave Harry Potter the tools he needed to eventually bring about the Dark Lord's ultimate demise (DH17, DH36).

Godric's Hollow is located in the West Country of southwestern England (DH16), putting it in the heart of perhaps the most wizarding-friendly region in Britain. Ottery St. Catchpole is in this area, as are Cornwall, Devon, several Quidditch teams, and a number of known Quidditch stadiums built on the abundant local moors. At the center of the village itself is a square with a post office, a pub, and a church with a graveyard behind it. In the middle of the square is a war memorial which, upon closer inspection by wizards, transforms into a statue of James, Lily, and young Harry Potter - a monument to their final stand. The graveyard, with a kissing gate at the

front, is the final resting place of Ignotus Peverell, Kendra and Ariana Dumbledore, and James and Lily Potter, among others (DH16).

**Golden Snidget**

*See* SNIDGET.

**Golden Snitch**

*See* SNITCH.

**Gold Flames**

This powerful spell was cast by Harry's wand without his help during the Battle of the Seven Potters (DH4). The magic was actually Voldermort's own, used against him (DH18), made possible by a combination of Harry's enormous courage and Voldemort's deadly skill (DH35). In the final confrontation, the collision of Voldemort's Killing Curse and Harry's Disarming Charm created the same golden flames (DH36).

**Goldstein, Anthony**

(b. 1980; Ravenclaw, 1991; Prefect 1995-1998)

A student in Harry's year (OP10) who became a member of the D.A. (OP16). Anthony fought in the Battle of Hogwarts (DH29 ff.).

**Golgomath**

Became Gurg after killing Karkus in the summer of 1995; a huge, violent giant who favored the
Death Eaters (OP20).

## Gorgovitch, Dragomir

Chaser transferred to the Chudley Cannons for a record fee in 1995, ended up getting the record
for the most Quaffle drops (DH7).

## Goliath

Mercenary giant used by the Philistines in their war with the Israelites around 1000 BC . Was
slain by a young boy with a slingshot (fw). *The story of Goliath and his defeat by the shepherd
boy David is found in the Bible, in I Samuel 17.*

## Golpalott's Third Law

Golpalott's Third Law, a lesson Slughorn teaches in Potions, tells that "the antidote for a blended
poison will be equal to more than the sum of the antidotes for each of the separate components."
(HBP18).

## Gordon

(b. 1980)

One of Dudley's gang, a pleasant, friendly muggle (PS3, OP1).

## Gornuk

A Goblin on the run from the Ministry because he refused to be treated like a house-elf. Gornuck met up with a group of fugitives which consisted of Griphook, Ted Tonks, Dirk Creswell, and Dean Thomas (DH15). The group was captured in the spring of 1998. Gornuk, along with Tonks and Creswell, was killed by Death Eaters (DH22).

### Gorodok Gargoyles

Quidditch team from Gorodok, a small town in Lithuania, which narrowly defeated the Toyohashi Tengu in a 1994 match (QA8).

### Goshawk, Miranda

Author of *Standard Book of Spells* series of books (*Standard Book of Spells Grade One*, etc.) which are required textbooks for students at Hogwarts (PS5, PA4, GF10, OP9, HBP9).

### Gouging Spell

See DEFODIO.

### Goyle, Gregory

(b. 1980; Slytherin 1991)

One of Draco Malfoy's thuggish cronies. Goyle has short, bristly hair that extends down onto his forehead. His eyes are small, dull, and deep set, and he speaks with a low, raspy voice. He's a mean bully who enjoys whatever chance he gets to boss people around, whether as a member of the Inquisitorial Squad in his fifth year or using the Cruciatus Curse on other students in his seventh. Polyjuice Potion to turn someone into Goyle is the khaki color of a booger (CS12).

Goyle's interests include chuckling trollishly, smirking, laughing syncophantically, cracking his knuckles, flexing his muscles, sniggering stupidly, and rubbing his knuckles in a menacing way. He doesn't like writing. Why is that not surprising? (OP10).

### Goyle, Mr.

A large, somewhat oafish Death Eater who stood with another similar man named Crabbe at Voldemort's rebirthing party (GF33). He is the father of Gregory Goyle (OP26).

### Granger, Hermione Jean

(b. September 19, 1979; Gryffindor 1991; Dumbledore's Army)

Resourceful, principled and brilliant, Hermione was easily the brightest witch of her generation. She, along with Ron Weasley, was one of Harry Potter's closest friends. She was also Muggle-born (her parents were dentists), and so was a living, breathing example of the fallacy of pureblood wizard supremacy.

Hermione read voraciously and preferred concrete, knowable subjects like runes and history to the more inexact subjects like divination. When she was new to Hogwarts she was very insecure so she took comfort in things like rules and book-learning; as she became more confident in magic and more comfortable in the Wizarding world, she relaxed – somewhat. Hermione excelled at most subjects and often helped Neville Longbottom through difficult Potions classes. Most teachers considered her a star pupil, although Snape called her a show-off.

In her fourth year at Hogwarts, she found herself the object of the affection of Viktor Krum, a famous Quidditch player from Bulgaria who was a visiting student at Hogwarts from

Durmstrang Institute. She returned his affection to some extent, but had harbored a one-sided fondness for Ron Weasley since they met. Ron was oblivious for years but finally wised up.

Hermione developing a social conscience very early and would work tirelessly for those she saw as oppressed or an underdog. She was quick to take Neville under her wing and help him along, especially in Potions class. In her third year at Hogwarts, she bought Crookshanks from a magical creatures store because no one had wanted him, and spent hours preparing a defense for Buckbeak, a falsely-accused hippogriff. During her fourth year, she became so horrified by the slavery of wizarding House-elves that she formed S.P.E.W. (Society for the Promotion of Elfish Welfare) and began enthusiastically knitting hats and socks to help free them from their servitude.

Harry and Ron owe the success of the Horcrux hunt in large part to Hermione's planning and research. Without Hermione, there would have been no clothes, no reference books, no tent or sleeping bags, no supply of Polyjuice potion, no medicines, no extendable ears, no Cloak of Invisibility, and no background information on how to destroy a Horcrux once they found one. She was so worried for her parents' safety that she modified their memories so that they would not remember they had a daughter, and relocated them to Australia. (After Voldemort's death, Hermione found her parents and reversed her memory charm.)

Ron finally earned Hermione's devotion during the final battle with Voldemort. At some point in the intervening years, Ron and Hermione married and had two children they named Rose (b. c. 2006) and Hugo. Hermione was hired by the Ministry's Department for the Regulation and Control of Magical Creatures where she played an important role in improving the quality of life for house-elves and other disenfranchised creatures. Later, she worked for Dept. of Magical Law

Enforcement where she worked to put an end to pro-pureblood laws that had been so entrenched in Wizarding society.

*'Hermione' is a reference to a character in Shakespeare's play "A Winter's Tale," chosen because it sounded clever and a bit pretentious. Viktor Krum and Grawp had a very hard time pronouncing it properly.*

*'Jean' is also one of the middle names of Rowling's daughter Mackenzie.*

*'Granger' A grange is a barn or a farm with buildings to store grain, so 'Granger' is an occupational name for a farm bailiff.*

## Details

- Bushy brown hair
- Brown eyes
- Large front teeth until she magically made them smaller
- Wand: Vine wood with a dragon heartstring core
- Her Amortentia potion smells like freshly mown grass, new parchment and Ron's hair
- Earned 11 O.W.L.s, with 10 "Outstandings"
- Owns Crookshanks, a cat/Kneazle hybrid
- Full Patronus (an otter)

## Granger, Mr. and Mrs.

Hermione's parents are Muggle dentists. They are very proud of their brilliant daughter, but they don't seem much of her since she took up with those two boys, Potter and Weasley. The Grangers, while accepting the Wizarding world and their daughter's place in it, do not approve of using magic for quick fixes. They insisted, for example, that Hermione's somewhat oversized

front teeth be dealt with in the usual way: with braces. They send healthy snacks by owl to Hermione at Hogwarts and come with her to Diagon Alley in August to help her buy her things for school. What they tell their family and friends about their daughter and her school is anyone's guess, but they are certainly proud of her.

## Grand Tour

A tradition after leaving Hogwarts back around 1900 was to take a 'Grand Tour,' a trip around the world to visit famous wizarding locales and visiting foreign wizards. Albus Dumbledore and his friend Elphias Doge were preparing to take such a tour when Albus' mother died unexpectedly and Albus had to stay behind (DH2, 18).

## Graphorn

A large, grayish-purple creature which lives in the mountains of Europe. Graphorns have two extremely sharp horns. They are extremely dangerous animals. Graphorn horns are useful for potions and Graphorn hide is even tougher than dragons' and also repels spells (FB).

## Graves, Merton

(b. 1978)

Plays cello with the popular wizarding band The Weird Sisters (fw).

## Graphorn (Rune)

According to *Ancient Runes made Easy*, the rune symbol for the number 2 because of its two long, sharp horns (JKR).

### graveyards

After Voldemort killed his father and paternal grandparents, they were buried in the graveyard by the church in Little Hangleton (GF1). This, then, is also where Harry was taken by Portkey, saw Cedric Diggory killed and Voldemort reborn, and duelled Voldemort in 1995 (GF34). Harry found the graves of Kendra and Ariana Dumbledore, his parents, and Ignotus Peverell in the Godric's Hollow graveyard (DH16). The word 'graveyard' is used interchangeably with 'churchyard' to refer to the same place.

### Grawp

Grawp is Hagrid's half-brother, a giant whose mother was Fridwulfa. Grawp is small for his age and was abused by the other giants in their mountain stronghold. When Hagrid found him, he insisted on bringing Grawp back to live in the forest near Hogwarts. Grawp wasn't too keen on the idea at first, but he is apparently getting used to it. Hagrid told Harry that Grawp was "loads better" towards the end of the school year (June Y16) (OP). He attended Dumbledore's funeral with him (HBP30), and fought in the Battle of Hogwarts (DH31). He's particularly fond of Hermione, calling her 'Hermy' (OP30).

### Great Fire of London

In 1666 this fire destroyed much of London. According to wizarding legend, it was not, as Muggles believe, started in a bakery, but rather by a young Welsh Green Dragon that was being housed next door (JKR).

### Great Hall

When you come into the entrance hall of Hogwarts and turn right, you walk into the Great Hall. The doors open on one side of the hall (not at the back in the center). Running the length of the room are four long tables, one for each house. At the top of the room is a high table where the teachers sit. The ceiling of the Hall is enchanted to show the sky outside and is frequently filled with floating candles for illumination. Students gather here for meals three times a day. The Hall has also functioned as a place for exams, for fancy dress balls, and on one memorable occasion, a slumber party. Food for the tables is prepared in the kitchens one floor below on four long preparation tables by house-elves. At the appropriate time, the food is magically transported up to the corresponding house tables above. The Great Hall was the scene of the some of the fiercest fighting in the Battle of Hogwarts. Here Molly Weasly and Bellatrix Lestrange fought their legendary duel where the very floor under their feet became so hot that it cracked. Here the house-elves of Hogwarts, led by Kreacher the brave, charged from the kitchens and through the entrance hall to the defense of their home as he called "Fight the Dark Lord, in the name of the brave Regulus! Fight!" Here Hagrid hurled the despicable Walden Macnair across the entire room to smash into the far wall and fall. And here Harry Potter and Voldemort met for the last time, face to face, until Harry's Disarming Spell stole the Elder Wand from the hands of the Dark Lord, whose Killing Curse rebounded upon himself, killing Voldemort for good.

### Great Hangleton

Great Hangleton, neighbor to Little Hangleton, is found about two hundred miles from Little Whinging (which places it somewhere in Yorkshire, most likely, especially given the "Little"

and "Great" appellations). Great Hangleton is approximately six miles (HBP10) from Little Hangleton and also contains a "dark and dingy" police station that serves both towns (GF1).

**Great Humberto, The**

A character on a television show that Dudley liked to watch on Monday nights when he was eleven (PS3).

*Great Wizarding Events of the Twentieth Century*

Not surprisingly, Harry is mentioned in this book (PS6).

*Great Wizards of the Twentieth Century*

Not surprisingly, Nicolas Flamel isn't mentioned in this book (PS12).

**Greece**

Greece is as steeped in history in the wizarding world as it is in the Muggle world, as it was historically home to the sirens and the cyclops, it was the country where the basilisk was first created (FB), and it was the home of Circe (fw3). Greece is also the natural home of several other magical creatures, one of which - the chimaera - killed Dai Llewellyn while he was on holiday in Mykonos, Greece (FB). Quirrell also pretended to be Greek when he gave Hagrid a dragon's egg in the Hog's Head (PS16).

**Green Dragon, the**

The Green Dragon is an inn located five miles from the home of Janus Thickey, a wizard who pretended he had been killed by a Lethifold but was later found to be living with the landlady of the Green Dragon (FB).

**Greengrass, Daphne**

(b. 1980; Slytherin 1991)

Daphne took her OWLs at the same time as Hermione (OP31).

*According to an early list of Harry's classmates that Rowling displayed during an interview (HPM), Daphne's name may originally have been Queenie Greengrass. If so (and this document can't really be considered canon), she is a Slytherin student from a pure-blood family (HPM).*

**greenhouses**

At Hogwarts, these greenhouses are where Herbology classes are held; there are at least three, with plants at varying levels of danger (CS6).

**Gregorovitch**

European wand maker who made Krum's wand (GF18). At one time he owed the Elder Wand and bragged about it, but Gindelwald stole it from him in the early 1940s. Gregorovitch retired in the late 1980s (DH8). When Voldemort was tracking the Wand in 1997, he looked for Gregorovitch. The wandmaker no longer lived at the same address, and Voldemort murdered the woman and children living there out of spite. This may have been Gregorovitch's family (DH12). When Voldemort finally tracked Gregorovitch down, he tortured him, entered his mind

to see that the Wand had in fact been stolen by a fair-haired, merry thief, then killed the
wandmaker (DH14). Gregorovitch was a heavy-set man with white beard and hair.

### Gregory the Smarmy

Gregory was a medieval wizard who invented Gregory's Unctuous Unction, a potion that made a
person drinking it think whoever gave it to them was their best friend (fw). There is a secret
passage at Hogwarts located behind a statue of Gregory the Smarmy; Fred and George found it
during their first week (PS9).

*"Smarmy" = English for "revealing or marked by a smug, ingratiating, or false earnestness"*

### Gregory's Unctuous Unction

Potion which persuades the drinker that the giver is his/her very best friend. Invented by Gregory
the Smarmy (fw).

*The name of this potion is clever:*

*"unction" Eng. an ointment, derived from a Latin term meaning "to anoint with oil"*

*"unctuous" is derived figuratively from "unction" and refers to being flattering and friendly in an
oily, slimy sort of way.*

### Greyback, Fenrir

Werewolf, low-level Death Eater, and friend of the Malfoy family. He killed for fun and
especially enjoyed infecting children. Greyback was a follower of Voldemort since at least
1970s, though he was in it for the access to victims, not for ideological reasons. It was Greyback
who contaminated Lupin as a child (HBP16).

The night Dumbledore died, Greyback nearly killed Bill Weasley and mauled his face so badly that Madam Pomfrey could not restore it; the wounds never healed completely. Greyback was also one of the Snatchers who caught Harry, Ron, and Hermione when they were on their Horcrux quest and took them to the Malfoy mansion. During the Battle of Hogwarts, Greyback was blasted away from Lavender Brown by Hermione, then clobbered by a crystal ball thrown by Sibyll Trelawney (DH32) and then later taken out for good by Ron and Neville (DH36).

Greyback was a large, wiry man with matted gray hair and whiskers. His dirty hands had long, curling, yellowish fingernails. His voice was raspy and bark-like. Greyback had pointed teeth even when he was human (HBP27).

*Fenrir comes from 'Fenriswolf,' 'Fenrisulv,' 'Fenrisulf' the gigantic wolf of the God Loki in Scandinavian mythology.*

### Grey Lady, the

A tall, beautiful but somewhat haughty-looking ghost, the ghost of Ravenclaw tower. Her real name was Helena Ravenclaw (q.v.) and she was the daughter of one of the Founders of Hogwarts. (PS12, DH31).

### griffin

Strange creature with the front body of an eagle and hindquarters of a lion. Griffins are used to guard treasure (FB). There is a statue of a griffin in a corridor in Hogwarts, near the girls' bathroom where Harry, Ron, and Hermione faced a Mountain Troll (PS10). Godric Gryffindor, the founder of Gryffindor house, may have gotten his name from this beast. The griffin-shaped knocker on the door of Dumbledore's office may be a pun on Gryffindor's name.

**Griffiths, Glynnis**

Seeker for the Holyhead Harpies in 1953 (QA).

**Griffiths, Wilda**

Outstanding Chaser who was lured away from the Harpies to Puddlemere United with a 1000

Galleon fee, much to the chagrin of Gwenog Jones, the amazingly talented but dangerous

Captain of the Harpies. Gwenog was heard to mention in passing that Griffiths "deserved to be

gnawed to death by a starving tarantula," but the fact that Griffiths disappeared from her broom

the following week during a match between Puddlemere United and the Harpies was a mere

coincidence (DP1, 2, 3).

**Grim**

The Grim is a ghostly image of a large dog-like beast; seeing one portends death. It is also one of

the tea leaf symbols which means "death." Not surprisingly, Trelawney saw a 'grim' symbol in

Harry's teacup. Seamus thought it looked more like a donkey (PA6).

**Grimmauld Place**

Muggle street in London on which number twelve, Grimmauld Place is found (OP3). The dingy

square is within about a mile of King's Cross Station (OP10) and of St. Mungo's Hospital

(OP23). The Muggles living there have become used to the fact that Number 11 and Number 13

are adjacent, with no Number 12 (OP3, 4).

**Grimstone, Elias**

Broommaker from Portsmouth who crafted the Oakshaft 79 in 1879 (QA9).

**Grindelwald, Gellert**

(c.1883-1998)

Grindelwald was the wildly brilliant Dark Wizard that Dumbledore was famous for defeating, but also Dumbledore's erstwhile friend. The two teens met in 1899 just after Dumbledore finished Hogwarts. Together they theorized about Wizard supremacy "For the Greater Good" of the world, and how to find the three Deathly Hallows: The Elder Wand, the Cloak of Invisibility, and the Resurrection Stone. However, their friendship lasted mere months; Grindelwald fled when he was involved in a magical quarrel in which Albus's unstable sister Ariana was accidentally killed, and Dumbledore realized his folly. Eventually Gellert became so powerful in Europe that he built a prison named Nurmengard to hold his opponents.

The spectacular final battle between Dumbledore and Grindelwald took place in 1945, the final year of World War Two. In the end, Dumbledore won the duel and took Grindelwald's wand, the Elder Wand of Deathly Hallows fame. Grindelwald was imprisoned in Nurmengard (DH18), where he remained until his murder by Voldemort in 1998 (DH23).

*'Grindelwald' is a small village in the Alps of Switzerland; the name could also refer to Grendel, the troll-like monster of the Anglo-Saxon epic* Beowulf. *Rowling pronounces Grindelwald's name "GRIN dell vald" (TLC).*

**grindylow**

A grindylow is a pale green creature that lives in the weed beds on the bottom of lakes in Britain. It is also known as a water demon. Grindylows have long, brittle fingers which they use to grip their prey, sharp little horns, and green teeth. Lupin taught his third year students about them (PA8) Grindylows in the lake near Hogwarts attacked the Triwizard champions during the second task. However, some grindylows appear to have been domesticated by merpeople (GF26).

### Gringott

The goblin founder of Gringotts Wizarding Bank (fw).

### Gringotts Wizarding Bank

An imposing snow-white marble building in Diagon Alley, near its intersection with Knockturn Alley (CS4). Gringotts is the place where British witches and wizards store their money and other valuables in heavily-guarded vaults miles below ground. The centuries-old bank is run by goblins, and they alone know the secrets of the twisting underground passages and the enchantments (and creatures!) in place to defend against intruders (PS5).

Gringotts vaults vary in size and security. The largest, most well protected vaults belong to the oldest wizarding families and lie deepest beneath the surface (DH25). Vault 714 held the Philosopher's Stone until Hagrid retrieved it. During their hunt for Horcruxes, Harry, Ron, and Hermione (disguised as Bellatrix) daringly broke into Gringotts with the help of the goblin Griphook, and managed to steal the Hufflepuff Cup from the Lestrange family vault, and free the captive dragon that was its guardian. All in a day's work for those three.

*Rowling created the name Gringotts by combining "ingot" with a goblin-ish "Grrr."*

### Griphook

Goblin who operates the underground tram which takes wizards to their vaults. (PS5). He was captured and brought to Malfoy Manor by Snatchers, then rescued along with other prisoners by Dobby DH23). Having seen Harry's genuine care for both Dobby and himself, even though they weren't wizards, he agreed to assist in the break-in at Gringotts to steal the Hufflepuff cup Horcrux from the Lestange vault. (DH26) Harry promised to give him the Sword of Gryffindor in exchange for his help. (DH25) When the goblins of Gringotts descended en masse to investigate the intrusion, Griphook grabbed the sword and joined the goblins against Harry, Ron, and Hermione. Fortunately, there was a dragon handy (DH16).

### Gripping Charm

Spell that allows the enchanted object to be held more easily. Gripping Charms, invented in 1875, are cast on a Quaffle to make it possible for a Chaser to hold onto it one-handed (since a Chaser needs at least one hand free to control his or her broomstick) (QA6).

### Grodzisk Goblins

Quidditch team from Grodzisk, Poland. Arguably the world's most innovative Seeker, Josef Wronski, inventor of the Wronski Feint, plays for the Goblins (QA8).

### grooming charms

Minor spells for personal grooming. Molly Weasley thought that Bill's hair was too long and wanted to give it a trim. She fingered her wand as she suggested this, indicating that she would

use her wand to do the trimming (GF5). Eloise Midgen tried to curse her pimples off, but that is not the recommended procedure and it did not work as well as she might have hoped. Madam Pomfrey did reattach her nose, though (GF13). During breakfast on the day of her first Divination class with Firenze, Parvati curled her eyelashes around her wand because she wanted to make a good impression on the centaur (OP27). Molly gave Charlie "a proper haircut" before the wedding, much to his displeasure (DH7).

**Growth Charm**

Spell to make things grow in size. Harry accidentally mixed up the incantations for Color Change and Growth Charms during his practical Charms O.W.L. with entertaining results (OP31).

**Grow-Your-Own-Warts kit**

Harry once got a package of these in his Christmas crackers (PS12).

**Grubbly-Plank, Professor Wilhelmina**

An elderly witch with closely cropped gray hair and a very prominent chin; she was the substitute teacher who covered for Hagrid when he was indisposed after Christmas break (January, 1995) and again when he was off negotiating with the giants (OP11); Grubbly-Plank knew a lot about unicorns and seemed to Lavender Brown and others of Harry's year like a particularly good teacher compared to Hagrid, who devoted most their class time looking after Skrewts (GF24). Grubbly-Plank covered classes for Hagrid at the beginning of the 1995-6 school year and also took the first years across the lake (OP11). Grubbly-Plank smokes a pipe. When

Hagrid wasn't available, she nursed Hedwig back to health after she was attacked delivering mail to Harry (OP17).

**Grunnings**

Located "in town" from Privet Drive (perhaps in Little Whinging) in a building that has at least nine floors, Grunnings is the place where Vernon Dursley works with his desk facing away from the window. The town can't be too large, though, because despite the height of the building and its proximity to a bakery across the street, Grunnings still has its own parking lot next to the building (PS2).

**Grunnion, Alberic**

(1803-1882)

The inventor of the Dungbomb (fw, PS6).

**Gryffindor, Godric**

Godric Gryffindor was one of the Founders of Hogwarts over a thousand years ago. He believed that anyone who showed magical ability should be allowed to attend Hogwarts. Gryffindor was from what is now the village of Godric's Hollow, which was named after him. He was the most accomplished dueler of his time. He fought against Muggle-discrimination (JKR). The Sorting Hat was his, as was a magnificent sword, the Sword of Gryffindor. After Hogwarts was founded, Gryffindor and Salazar Slytherin quarreled over who would be allowed to attend the school. Gryffindor's philosophy of accepting non-pure-blood students carried the day. Slytherin left in anger (CS9).

**Gryffindor House**

One of the four houses of Hogwarts, valuing above all else loyalty bravery and chivalry (ref). The head of Gryffindor is Professor McGonagall (PS8), and the house ghost is Nearly Headless Nick (PS7). Its shield is red and gold, and features a rearing lion (GF15). Gryffindor Quidditch teams are usually in the running for the Cup. Gryffindor has always produced strong leaders from its ranks, including Albus Dumbledore, the Weasley family, Hermione Granger, Harry Potter, and Neville Longbottom.

**Gryffindor Tower**

Harry's dormitory room is at the top (PS7, GF12) of this tower, which extends skyward from the common room on the seventh floor.

**Gryffindor Common room**

Located at the base of Gryffindor Tower, with the entrance behind a large painting of a Fat Lady in a pink silk dress in a corridor on the seventh floor. If you know the right password to tell her, she opens to reveal a round opening in the wall leading into the Gryffindor common room, which is the lowest floor of the tower . The room is comfortable, with squashy armchairs, a fireplace, and tables (OP17).

**Grymm, Malodora**

The famous hag Malodora Grymm, using a beautification potion to conceal her true form, married a king and used a charmed mirror to reinforce her self-image. She became jealous of the most beautiful girl in the land and fed her a poisoned apple to get rid of her (fw).
*The story of Malodora Grymm is a nod to the fairy tale "Snow White," which was part of the collection of the Brothers Grimm, hence the last name "Grymm."*

### Gubraithian fire

Spell to make the target object burn forever. Mentioned in Charms (OP20). Dumbledore sent the Gurg of the Giants a branch enchanted with Gubraithian fire. The Gurg was suitably impressed, but was inconveniently decapitated that same night and replaced (OP20).

### Gudgeon, Davy

(Hogwarts student c. 1970s)

Foolhardy student who once tried to get past the Whomping Willow, nearly losing an eye (PA10). *"Gudgeon" = from Latin 'gobion,' variant of 'gobius,' = from Middle English 'gudyon' via Old French 'goujon') something used as bait; a gullible person.*

### Gudgeon, Galvin

Galvin Gudgeon is the hapless Seeker for the Chudley Cannons. Manager Ragmar Dorkins implored fans not to curse him during the match, since "turning him into a toad will not help his game." Gudgeon did miss several excellent opportunities during a match with the Appleby Arrows when the Snitch twice bounced off his nose. In a match with the Tornados, Gudgeon fell off his broom while trying to catch a passing bumble-bee (DP).

**Gudgeon, Gladys**

Writes weekly fan mail to Lockhart, even now, although he has no idea why (CS7, OP23).

**Guffy, Elladora**

Next door neighbor to Ethelbart Mordaunt. Madam Guffy is fond of practical jokes and has been known on occasion to enchant Mordaunt's garden furniture. This infuriates Mr. Mordaunt, which he once expressed to the Daily Prophet in a letter (DP1).

*Guide to Advanced Transfiguration*

Cedric Diggory carried this in his book bag during his sixth year (GF20), which suggests both that Cedric was working toward a N.E.W.T. qualification in Transfiguration, and that this is the required textbook for sixth-year Transfiguration students.

*Guide to Medieval Sorcery, A*

One of the books that Harry, Ron, and Hermione examined while preparing for the second task (GF26).

**guidelines on house-elf welfare**

A wizard law that exists, but isn't enforced (JKR).

**Guidelines for the Treatment of Non-Wizard Part-Humans**

When Percy starts in on a rant about this Ministry policy, Bill asks him to "do us a favor, and shut up" (GF10).

### Gulch, Zamira

Author of *Practical Household Magic,* who also writes for the *Daily Prophet* advice column (DP3). *The name comes from Elmira Gulch, the name of the Kansas alter-ego of the Wicked Witch of the West in the film version of* The Wizard of Oz.

### Gumboil, Alastor

Employee in the Department of Magical Law Enforcement, to whom applicants for Hit Wizard positions need to apply. He is in Room 919 (DP).

### Gunhilda of Gorsemoor

One-eyed, hump-backed witch who is known for developing a cure for Dragon Pox (fw). A statue of Gunhilda stands in the corridors of Hogwarts; a secret passageway leading to Honeydukes' in Hogsmeade opens with a door in her hump (PA10).

### Gulping Plimpies

Plimpies are a kind of fish, shaped like a ball with two long, rubbery legs and webbed feet. (FB). Luna uses Gurdyroot to ward off the Gulping variety (HBP20).

### Gunhilda

Wife of Goodwin Kneen who suffered from a bout of Dragon Pox in the 1100s and couldn't play Quidditch. She usually played 'Catcher,' which was an old term for Chaser. (QA3).

## Gwenog

Visited with Gertie Keddle, had a cup of nettle tea, and asked Gertie to come out and watch the game going on in the marsh. When Gwenog mentioned that she played the game herself, Gertie went home in disgust (QA3).

## Gurdyroots

A green onion-like plant. Luna uses these to ward of Gulping Plimpies (HBP20). Her father makes an infusion of Gurdyroot to serve guests. It's deep purple in color and tastes like bogey-flavored Bertie Botts beans (DH20).

## Gurg

The title for the leader of a Giant colony. The toughest, strongest Giant typically holds this title for life, but that might not be all that long (OP20).

## Gytrash

The Gytrash is a huge, spectral hound that lives in forests. The Gytrash, in the form of a huge dog, horse, or mule, haunts solitary places; it is found in the folklore of Northern England (CS/g).

## H

**Hagrid Sr.**

(d. 1941 or 1942)

The father of Rubeus Hagrid. He must have been an unusual man, since he married a giantess named Fridwulfa and fathered a son by her. Fridwulfa left the family c. 1931 and Hagrid Sr. raised his son alone. He is described as having black, crinkly eyes just like his son's. He died during Rubeus' second year at Hogwarts. (GF24).

**Hagrid, Rubeus**

(b. December 6, 1928; Gryffindor, 1940; expelled from Hogwarts June, 1943, Care of Magical Creatures professor, September 1993)

A half-giant with shaggy hair and a "wild, tangled beard" (PS1) who serves as the Keeper of Keys and Grounds, Gamekeeper, and Care of Magical Creatures professor at Hogwarts (PS4, PA6). He is excessively fond of "interesting creatures" that anyone else would call fearsome monsters. Hagrid's appearance is very intimidating, but his disposition is kind; in fact, his soft heart tends to lead him to cry rather a lot (PA11). He lives in a hut on the Hogwarts grounds with his pet boarhound, Fang (PS8). The son of a wizard and a giantess, Hagrid tends to stick out (PS6) and has been subjected to much prejudice (GF24, OP15). His childhood was difficult, as his mother Fridwulfa, a giantess, left the family when he was three, and his father died during Hagrid's second year at Hogwarts (GF23). While at school he was known to be something of a troublemaker – among other things, raising an acromantula in the school. This set him up to be framed by Tom Riddle for opening the Chamber of Secrets, and at the end of his third year he was expelled (CS17). Dumbledore, though, let Hagrid stay on as gamekeeper and took care of

him. As a result Hagrid is fiercely loyal to Dumbledore, who has been heard to say that he "would trust Hagrid with my life" (PS1). His acromantula, Aragog, is not the only "interesting creature" that has attracted Hagrid's attention; he has since been known to attempt to raise a dragon (PS14), illegally breed Blast-Ended Skrewts (GF13), and hide his giant half-brother, Grawp, in the Forbidden Forest (OP30), in addition to his "normal" creatures like his pet boarhound, Fang. His fascination with such creatures has gotten him in trouble at times as a teacher, such as a lesson on hippogriffs that led to Draco Malfoy getting slashed (PA6) and a lesson on thestrals, which Umbridge notes are classified as "dangerous" (OP21). In such cases Hagrid tends to lose his confidence and his nerve, and his classes turn boring for long periods of time (PA8). From the moment he was sent to retrieve Harry for his first year at Hogwarts, Hagrid and Harry Potter became friends, and have remained so ever since. Harry, Ron, and Hermione visited Hagrid's hut regularly while in school (OP20), and Hagrid has served several times as a bodyguard for Harry (HBP6, DH4). When Harry was on the run from the Ministry of Magic, Hagrid also threw a 'Support Harry Potter' party in his house, and was nearly arrested (DH22). Rowling chose Hagrid's name because of an old English dialect word, "meaning you'd had a bad night. Hagrid's a big drinker. He has a lot of bad nights" (Con). Yet despite his flaws, as his open bawling at Dumbledore's funeral attests (HBP30), Hagrid is just about as genuine as they come.

**hags**

Female human-like magical beings, less adept than withces at disguising themselves from Muggles (PA4, GF19). Hags are what one might refer to as "fairy tale witches." Hags are wild in appearance, and they have been known to eat children (FB, DP, fw).

**Haileybury Hammers**

A very talented Canadian Quidditch team from eastern Ontario (QA8).

**hair-care products**

Gilderoy Lockhart's secret ambition is "to rid the world of evil and market his own line of hair care products" (CS6).

**Hair-Loss Curse**

A curse which features prominently in Curses and Countercurses (PS5).

**Hair-Raising Potion**

A potion that includes rat tails, about which second year potions students are assigned homework (CS13).

**Hair-thickening Charm**

After Miles Bletchley cast a jinx on Alicia Spinnet that made her eyebrows grow to cover her eyes, Snape refused to accept the account of multiple eyewitnesses, suggesting instead that Alicia had attempted a Hair-thickening Charm on herself (OP19).

**Hairy Snout, Human Heart**

An anonymous werewolf wrote this book, described by Scamander as "a heartrending account of one wizard's battle with lycanthropy" (FB).

**Half-Blood Prince, The**

Severus Snape's self invented nick-name, created from his half-blood parentage and his mother's maiden name. He used this name as he wrote notes in his potions text book (HBP28).

**"half-blood"**

A witch or wizard with one wizarding parent but at least one Muggle parent or grandparent. Though the term can be somewhat disparaging, it includes most of the wizarding world (CS7). Both Harry Potter and Voldemort are half-bloods, though in the case of the latter this seems to be a closely guarded, dirty little secret (OP35).

**Hall of Prophecy**

A vast hall in the Department of Mysteries at the Ministry of Magic, where records of prophecies are stored in glass balls on row upon row of towering shelves (OP34). Nobody may remove a prophecy from the shelf except one of the subjects of the prophecy – a lesson Harry learned the hard way when he inadvertently retrieved one, playing right into the hands of Death Eaters (OP34). Though Unspeakables do not admit the existence of the room, some word has gotten out, as it is "fabled" among the general public (HBP3).

**Hallowe'en**

An important holiday for wizards, as it's the one day they can "let their hair down" a bit, so to speak (DP). At Hogwarts it is celebrated with a feast, for which the Great Hall is elaborately decorated with bats, candles, and pumpkins (PA8). Hallowe'en has also been an eventful day in Harry's life; on Hallowe'en 1981 his parents were killed (DH17) and his subsequent years

included knocking out a troll (PS10), the opening of the Chamber of Secrets (CS8), Sirius Black's first break-in to Hogwarts (PA8), and Harry's name coming out of the Goblet of Fire (GF16).

### Hampshire

Hampshire, a county in southern England, is the site of the hamlet of Little Dropping - or at least it was until Archibald Alderton blew it up while trying to mix a birthday cake there (fw).

### Hand of Glory

A withered hand which, when a candle is inserted into it, gives light only to the holder. Draco Malfoy asked his father to buy him one just before his second year (CS4), and evidently he got it because he used it to guide Death Eaters into Hogwarts after throwing down Peruvian Darkness Powder (HBP27).

### Handbook of Do-It-Yourself Broom Care

Part of Hermione's present to Harry for his thirteenth birthday (PA1). Harry spent a lot of Aunt Marge's visit forcing himself to concentrate on remembering the book's contents, in an effort to keep his temper under control (PA2).

### Handbook of Hippogriff Psychology

Ron studied this in helping to prepare Buckbeak's appeal for the Committee for the Disposal of Dangerous Creatures (PA15).

**Hanged Man, The**

The "village pub" in Little Hangleton, this is the place where the villagers gathered the night Tom Marvolo Riddle killed his father and grandparents, to gossip about the murders. Among the villagers present that evening were the Riddles' cook and Dot, who remained permanently convinced that gardener Frank Bryce was to blame for the deaths (GF1). The Hanged Man is the name of a card found in a Tarot fortune telling deck. It signifies that a questioner is trapped or stuck in a position, perhaps between opposites.

**Harkiss, Ciceron**

Gave Ambrosius Flume (owner of Honeydukes) his first job. Favored student of Horace Slughorn, and probably a member of the Slug Club (HBP4).

**Harper**

(Slytherin, mid-1990s)

Substituted as Chaser for the Slytherin Quidditch team for Vaisey after the latter was injured during their practice (HBP14).

**Harris, Warty**

A wizard whose toads were stolen by someone named Will, and then again by Mundungus Fletcher, who sold them back to Warty (OP5).

**hat, cursed**

Bill Weasley once had a penfriend from Brazil who was offended when Bill couldn't travel all the way to South America for a visit, so this person sent him a cursed hat that made his ears shrivel up (GF7).

### Hate Potion

Reveals the worst faults and habits of the target person to the drinker. Recommended by the Daily Prophet's advice columnists to help witches and wizards get over emotional attachments to people who don't love them (DP).

### haversacking

Quidditch foul: called when the Quaffle goes through the hoop before it is released from the Chaser's hand (it must be thrown to score) (QA6).

### Hawkshead Attacking Formation

A Quidditch formation with three Chasers together, one in the center and slightly ahead of the other two (GF8).

### hawthorn

A wand wood. Draco Malfoy's wand is made of hawthorn (DH24).

### *He Flew Like a Madman*

by Kennilworthy Whisp

A biography of "Dangerous" Dai Llewellyn, mentioned on the About the Author page of Quidditch Through the Ages (QA).

## Head Boy and Girl

Two seventh year Hogwarts students are selected each year to be Head Boy and Head Girl. These students hold a position of authority in the school, helping with discipline and maintaining order. Those who have held the position include Albus Dumbledore (DH18), Tom Riddle (HBP20), James and Lily Potter (PS4), and Percy Weasley (PA1).

## Head Juggling and Head Polo

Two sporting activities engaged in by members of the Headless Hunt, undoubtedly using their severed heads as balls (CS8).

## Headless Hunt

A group of ghosts who died by decapitation, and now carry their heads under their arms. Nearly Headless Nick longed to be part of the Hunt, but the leader, Sir Patrick Delaney-Podmore, wouldn't allow it because Nick's head wasn't completely severed (CS8). The Headless Hunt joined the Battle of Hogwarts, attacking Death Eaters as their decapitated heads shouted battle cries (DH31).

## Headmaster/Headmistress

The chief administrator of Hogwarts School of Witchcraft and Wizardry carries the title of Headmaster or Headmistress. The Head has a lot of status in the Wizarding community in that he

or she influences most young witches and wizards from age 11 through 17. Recent Heads of Hogwarts include Albus Dumbledore (c. 1956-1997), Dolores Umbridge (1996), and Severus Snape (1997-1998) (PS4, OP28, DH12).

## Head's office and residence

The entrance to the headmaster's office at Hogwarts is behind a statue of a gargoyle and up a spiral stone staircase that moves upward like an escalator (CS11). There, a polished oak door opens into a large and beautiful circular room, with the walls covered with portraits of previous Headmasters and Headmistresses (GF30). In the center is a large claw-footed desk (CS12), from behind which Hogwarts is run, and from which Dumbledore and then Snape conducted much of the two wars against Voldemort (DH33). During Dumbledore's tenure, the room also contained the Pensieve, the Sorting Hat, the Sword of Gryffindor, and Fawkes the Phoenix. Dumbledore also kept a curious collection of delicate magical devices. Portraits of previous Heads adorn the walls, and the current Head can get advice from them.

## Healers

The witches and wizards who work at St Mungo's hospital are called Healers, rather than doctors. (OP22).

## Healer's Helpmate, The

Book of first aid and cures, with a chapter on "Bruises, Cuts, and Abrasions" that Mrs. Weasley consulted while trying to heal a black eye Hermione had received from a telescope (HBP5).

**Hebridean Black**

A dragon species with a spiked tail and bright purple eyes, native to the Hebrides Islands on the coast of Scotland. The MacFusty clan has for years cared for these dragons (FB).

**Hedwig**

Hedwig was a large female snowy owl, purchased by Hagrid at Eeylops Owl Emporium as a present for Harry's eleventh birthday (PS5). Harry found the name in his book A History of Magic (PS6), and came to regard her as a companion and friend (DH5). She had amber eyes. Hedwig was unusually intelligent even for a post owl, and often communicated her feelings toward Harry with affectionate nips of her beak or reproachful looks (GF3). She could understand instructions when Harry gave them, delivering messages to Sirius that were addressed to "Snuffles" (OP14) and flying off to stay with Ron for a week when Harry needed her away from Privet Drive (PA2). She also anticipated Harry's needs, flying to France to contact Hermione and ensure that Harry received birthday presents (PA1), and once meeting Harry at the Leaky Cauldron when even he hadn't known he was going there (PA3). Hedwig was killed during the battle with the Death Eaters in July, 1997, hit by a Killing Curse intended for Harry (DH4). According to Rowling, her death symbolized a "loss of innocence and security," and "marked the end of childhood" (BLC) For many readers, beginning the final book of the series, Hedwig's death was a shock and a reminder that this was it, that all bets were off...

**Heidelberg Harriers**

A German Quidditch team who once dueled the Holyhead Harpies for seven days, in one of the finest Quidditch matches in history. The Harriers' captain was Rudolph Brand (QA8).

### Heir of Slytherin

According to legend, Slytherin created a chamber under the school which contained a monster only his direct heir could control. Having traced his family line to the Gaunts of Little Hangleton, Tom Riddle determined that he was the direct descendent and therefore "Heir" of Slytherin. Tom found the Chamber and opened it, finding that he could indeed control the monster, a huge Basilisk. Years later, the Diary form of Tom Riddle forced Ginny Weasley to paint "Enemies of the Heir Beware" on a Hogwarts corridor wall, thereby making everyone wonder who the "Heir of Slytherin" might really be. Harry was suspected for a while (CS17).

### "Hélas, Je me suis Transfiguré mes Pieds"

A play by Malecrit. The title translates as "Alas, I Have Transfigured My Feet" (QA8).
The name of the playwright translates to 'badly written'.

### Heliopath

'Helios' Greek: the sun + '-path' Greek: feeling

A spirit of fire; huge flaming creature that gallops across the ground burning everything in its path. Luna believed during Harry's fifth year that then-Minister for Magic Cornelius Fudge had an army of Heliopaths at his command (OP17).

### Hengist of Upper Barnton

Giant killed by the famous giant-slayer Gifford Ollerton in the 15th century (fw).

### Hengist of Woodcroft

Tradition states that Hengist founded the village of Hogsmeade in medieval times after being driven from his home by Muggle persecutors; he supposedly lived there in the Three Broomsticks (fw).

### Heptomology

Apparently a branch of Divination, as Umbridge quizzed Trelawney on it during her evaluation (OP25). The 'hept' part of the word suggests that it involves the number seven in some way.

### Herbology

Herbology is the study of plants, both magical and common. Some plants are studied because they are essentially magical creatures, others are studied because they are used for potion making (PS8). During Harry's time, Hogwarts Herbology classes are taught in the greenhouses by Pomona Sprout (CS6); years later the teacher became Neville Longbottom (c. 2017) (DH/e).

### Herefordshire

A county located on the western edge of England, Herefordshire was where the broomstick game of Swivenhodge originated, a game which is still played in England today (QA2).

### Hereward

Son of Godelot, was responsible for the death of his father in the cellar after Hereward took the Elder Wand from him (DH21).

### Hermes

Owl belonging to Percy Weasley, which he received for becoming a Gryffindor prefect (PS6).
Percy uses him for sending personal correspondence, such as letters to Penelope Clearwater
while they were dating at Hogwarts (CS3), and letters to his youngest brother Ron (GF, OP14).

### Herpo the Foul

Ancient Greek Dark wizard who was the first known creator of a basilisk (fw). Herpo was a
Parselmouth so he could control the great serpent (FB).

### "He-Who-Must-Not-Be-Named"

After Voldemort came to power, wizards were so terrified of him and of his Death Eaters that
they refused to say his name, referring to him instead as "He-Who-Must-Not-be-Named" or
"You-Know-Who" (PS4). This later took on added significance when a Taboo was placed on
Voldemort's name; as the only ones who spoke it were the Order of the Phoenix, this made them
easy to track (DH20).

### hex-deflection

The fake Moody included hex-deflection in his fourth-year Defense Against the Dark Arts
classes (GF28).

### Hiccuping Solution

Malfoy made this in sixth-year Potions for an assignment to make "something amusing", but it
was pronounced merely passable (HBP22).

**Hiccough Sweet (U.S.: Hiccup Sweet)**

A kind of sweet sold at Zonko's Joke Shop. (PA14)

**Higgs, Bertie**

Hunting buddy of Cormack McLaggen's uncle Tiberius (HBP7).

**Higgs, Terence**

(b. circa 1975; Slytherin, c. 1986)

The Slytherin Quidditch Seeker during the 1991-92 school year (PS11); he was replaced by Draco Malfoy the following school year (CS7).

**High Street**

The main street of a village is called the High Street. Hogsmeade's High Street is where most of the shops are located (PA14).

**High Table**

At the top of the Great Hall is a raised platform where a long table stands. This table, the High Table, is where the teachers sit, visible to the rest of the school (PS7).

**hinkypunk**

A little one-legged creature, with the appearance of being made of smoke; the hinkypunk carries a light with which it lures travelers into bogs (PA10).

**hippocampus**

A Mer-horse, with the head and forequarters of a horse and the hindquarters and tail of a giant fish (FB).

**hippogriff**

A flying creature with the head, wings, and forelegs of a giant eagle and the body (including hind legs and tail) of a horse. The eyes are orange, while individual hippogriff colors vary as those of mundane horses do. An adult hippogriff's wingspan is approximately twenty-four feet (PA6, FB). Hippogriffs are carnivorous and are dangerous until tamed, which should only be attempted by a trained witch or wizard. (FB). To approach a hippogriff, one should bow first; if the animal bows in return, it can be touched and even ridden. Hogwarts third-years learned about them in Care of Magical Creatures class, with the dozen or so hippogriffs that Hogwarts has access to (PA6).

**Hipworth, Glover**

(1742 - 1805)

Invented Pepperup Potion, which cures common colds (fw).

**"His Eyes Are as Green As A Fresh Pickled Toad"**

Valentine's Day poem written to Harry Potter by Ginny Weasley. Unfortunately, her older brothers heard the poem sung when it was delivered by a dwarf, and repeated it over and over (CS13).

The poem goes as follows:

His eyes are as green as a fresh pickled toad,

His hair is as dark as a blackboard.

I wish he was mine, he's really divine,

The hero who conquered the Dark Lord

## History of Magic

Class at Hogwarts taught by Professor Binns, who is a ghost. Binns gives extremely boring lectures on various aspects of magical history. However, the boredom is due to Binns' teaching style, not the material itself, which tends to emphasize vicious goblin riots, outright goblin rebellions, and giant wars (PS8). Harry barely even opened the class textbook (DH16), and received a 'Dreadful' on the O.W.L. (HBP5).

## *History of Magic, A*

by Bathilda Bagshot

This is a required textbook for first-years (PS5), and appears to be used by second- and third-years as well in History of Magic (PA1). It does not cover anything later than the end of the nineteenth century (DH16). Harry didn't read this book very attentively, but he did read it enough before he ever went to Hogwarts to discover the name "Hedwig" there. (PS6).

## Hitchens, Bob

A Muggle who married Isla Black; she was consequently blasted off the Black Family Tree (BFT).

**Hit Wizards**

The Department of Magical Law Enforcement maintains squads of trained Hit Wizards whose job it is to capture dangerous wizarding criminals. A group of these Hit Wizards captured Sirius Black after he supposedly killed Peter Pettigrew (PA10). The job requires five O.W.L.s, including Defense Against the Dark Arts, and pays 700 Galleons a month – though it also comes with a private bed at St. Mungo's Hospital (DP).

**Hobday, Hilliard and Violetta, and Egmont Elvert**

A birth announcement for Egmont Elvert was posted in the Daily Prophet, saying he'd been born November 30 to Hilliard and Violetta Hobday (DP).

**Hobday, Oakden**

This name appears (along with Mylor Sylvanus) on an early planning chart for Order of the Phoenix in a list as the fifth of the Defense against the Dark Arts Professors (Moody is not mentioned) (JKR).

**Hobgoblins, the**

A rock band, now disbanded, which included musician Stubby Boardman. The band broke up in 1980 after Boardman was hit in the ear by a turnip at a concert in Little Norton Church Hall (OP10).

**Hodrod the Horny-Handed**

Notorious goblin activist who shrank and attempted to squish three wizards; currently in Ministry custody (DP).

## Hog's Head, the

A pub on a side street in Hogsmeade, known for its cheapness and "interesting" clientele (OP37). The bartender for over twenty years has been Aberforth Dumbledore (OP17, DH28). The bar is small and filthy, and smells strongly of goats (OP16). Though Hogwarts students are allowed to visit the Hog's Head, they rarely do, and it's recommended that they bring their own glasses. Harry did come in once, though, when he and Hermione founded the D.A. Twenty-eight people attended the meeting (OP16). Behind the bar a "rickety wooden staircase" leads to a sitting room and the guest rooms (DH28). It was in one of these guest rooms that Sybill Trelawney made a prophecy to Albus Dumbledore that eventually led to Voldemort's first downfall and the deaths of James and Lily Potter (OP37). Sixteen years later the Inn once again played a role in history, this time providing an emergency exit for Hogwarts students, who were evacuated down a secret passage for the final battle against Voldemort (DH30).

## Hogsmeade

Hogsmeade is the only entirely wizarding village in Britain. It's a picturesque village of little thatched cottages and shops. During the holiday season, enchanted candles hang in the trees (PA10). Hogwarts is located quite near the village; a road runs around the school grounds to Hogsmeade Station, where the Hogwarts Express stops to disembark the students at the start of term (JKR map on the PA/dvd). According to tradition, Hogsmeade was founded about the same time as Hogwarts by Hengist of Woodcroft, who was fleeing persecution by Muggles (fw).

**Hogsmeade Station**

The station, where the Hogwarts Express ends its journey north from Platform Nine-And-Three-Quarters, is located near the lake. A road extends from the train station around the lake to Hogwarts Castle (PS6, PA5, GF11). The station is actually quite a distance from the town itself, being on the opposite side of the Hogwarts grounds (map by JKR on the PA/dvd).

**Hogwarts Express**

The Hogwarts Express is a passenger train which makes a run between King's Cross Station, London, and Hogsmeade Station. It leaves without fail on September 1 at 11 am from Platform Nine and Three Quarters, King's Cross, arriving at Hogsmeade Station in the early evening (PS6), and makes similar runs for Christmas, Easter, and the summer holidays (PS17, CS12). There is no dining service, but a witch pushes a tea trolley through the train midway through the trip, selling various types of sweets and iced pumpkin juice (PSd6). There is also a separate car at the front of the train for Hogwarts Prefects (HBP7). There are usually no adults aboard the Hogwarts Express except the witch with the tea trolley and the driver (PA5).

**Hogwarts High Inquisitor**

In response to concerns about what was going on at Hogwarts, and more specifically to monitor Albus Dumbledore, Cornelius Fudge on 8 September 1995 passed Educational Decree 23 making Dolores Umbridge the first ever "Hogwarts High Inquisitor." She was given the power to oversee, inspect, and if she chooses, dismiss other teachers (OP15). She used this authority to bully teachers and eventually sack Trelawney (OP26) and Hagrid (OP31).

**Hogwarts School of Witchcraft and Wizardry**

Hogwarts School is a huge magical castle set on a cliff overlooking a lake in the highlands of Scotland. The castle is held up by magic. It has seven floors about the ground floor, plus towers rising above that.

The school was begun over a thousand years ago by the four Founders: Rowena Ravenclaw, Helga Hufflepuff, Salazar Slytherin, and Godric Gryffindor. These were great witches and wizards of that age who wanted to have a place where they could train young people to use their magic wisely. The four Founders each had their own philosophy of who they wanted to teach, and at first they all go along. Soon, however, Salazar Slytherin insisted only admitting pure bloods. Gryffidor wouldn't hear of it and a fight broke out. Slytherin left the school after creating the Chamber of Secrets with a Basilisk in it (CS).

The students at Hogwarts are Sorted into one of four houses. These houses compete for house points and compete on the Quidditch field. The houses of Slytherin and Gryffindor continue the feud started over a thousand years ago by their founders. They dislike each other almost on principal.

Classes at Hogwarts are designed to train a young witch or wizard to be a competent, capable, and wise member of Wizarding society. They learn the basic theory and practice of a number of standard domains of magic: Transfiguration, Charms, Potions, and Herbology. They also learn to discern between good and evil uses of magic, and to deal with the various forms evil will take, whether as a dark creature or in the form of curses. Students are also trained to duel and to fly on brooms. Students attend Hogwarts for seven years, beginning when they are eleven

and leaving when they are seventeen and of age. At that point they are considered to be fully qualified, fully trained.

The castle has classrooms, a huge Entrance Hall with a majestic marble staircase, a Great Hall, a library, a hospital wing, and many other rooms and corridors. No one knows all the secrets of the vast ancient building. The dungeons under the castle are also vast, but Potions classes are held in one of the cold, dark rooms there. The Slytherin common room is also located in the dungeons. Many secret passageways, hidden corridors, strange staircases and doors, and unexpected rooms make navigating the castle a challenge. However, clever students soon learn their own shortcuts to get where they need to go. Secret passages lead out of the castle, if one is lucky enough to locate an entrance.

The grounds of the castle include a large lake, a vast forest, a Quidditch pitch, and a curious old animated tree called a Whomping Willow. Classes take place in the greenhouses near the castle walls as well.

The Hogwarts school year begins on September 1 with the Welcoming Feast and finishes toward the end of June with the Leaving Feast, at which the House Cup is awarded to the house which has accumulated the most House Points. The first term goes until Christmas. The second term runs until Easter, then the summer term fills up the rest of the school year.

Hogwarts castle is hidden from Muggle eyes by a number of enchantments. Muggles, should they wander near, will see only an old ruin with signs warning them to keep out. Other magic spells protect the castle from magical intrusion. For example, it is impossible to Apparate anywhere on the Hogwarts grounds.

**Hogwarts school song**

Dumbledore directs the school song at the end of the start-of-term feast when he feels in a particularly festive mood (JKR). The rest of the staff does not appear to share Dumbledore's delight in this little ritual, but he conducts the singing with gusto and even gets a bit misty at the end of it (PS7).

*Hogwarts School Song*

*Hogwarts, Hogwarts, Hoggy Warty Hogwarts,*

*Teach us something, please,*

*Whether we be old and bald*

*Or young with scabby knees,*

*Our heads could do with filling*

*With some interesting stuff,*

*For now they're bare and full of air,*

*Dead flies and bits of fluff,*

*So teach us things worth knowing,*

*Bring back what we've forgot,*

*Just do your best, we'll do the rest,*

*And learn until our brains all rot (PS7).*

### Hogwarts: A History

A famous book about Hogwarts school. Describes the enchanted ceiling of the Great Hall (PS7). Hermione didn't bring it to school during her second year because she couldn't fit it into her trunk, what with all the Lockhart books (CS9). Discusses the manner in which Hogwarts is hidden from Muggles (GF11). Has over a thousand pages, but never mentions the Hogwarts

house-elves (GF15). (OP17) (OP23) This book, like A History of Magic, is a book which Ron and Harry never got around to reading.

### Hokey

A tiny female House-elf who was bound to serve Hepzibah Smith, and was quite elderly when Tom Marvolo Riddle was a young man. He framed her for causing the death of Hepzibah Smith by modifying her memory so she believed she accidentally poisoned her mistress's cocoa (HBP20).

### "Hold your hippogriffs!"

A saying akin to the Muggle phrase, "hold your horses!" (OP20).

### Holidays With Hags

by Gilderoy Lockhart

One of the many required textbooks for Defense Against the Dark Arts in Harry's second year (CS4), filled with lies about wonderful things Lockhart had done (CS16).

### holly

A wand wood, used to make Harry's wand (PS5).

### Holyhead Harpies

The only all-witch Quidditch team in the British and Irish Quidditch League, famously captained by the fiery Gwenog Jones (HBP4, DP) and founded in 1203. Their robes are dark green with a golden talon logo (QA7). Ginny Weasley played for the Harpies after leaving Howarts (BLC).

### Home Life and Social Habits of British Muggles

by Wilhelm Wigworthy, published by Little Red Books

A required textbook for third-year Muggle Studies (PA13). Among other things, it explains what electricity is (FB).

### *Homenum revelio* (HOM-eh-num reh-VEL-ee-oh)

*"homoinis" L. human being + "revelo" L. to unveil, uncover*

A spell that reveals human presence; for example, casting it on a house can tell the caster whether anyone is present (DH9). When this spell is cast, a person it touches feels something swooping low overhead, like a passing shadow (DH21).

### Homorphus Charm

Lockhart supposedly used this charm to defeat the Wagga Wagga werewolf and demonstrated the feat in Defense Against the Dark Arts using students to act it out (CS10).

### Honeydukes

A Hogsmeade sweetshop, owned by Ambrosius Flume (HBP4) and his wife, who live over the shop; an entrance to one of the secret tunnels from Hogwarts is in the cellar under a trap door

(PA10). Honeydukes sells a wide variety of sweets as well as fudge and enormous blocks of chocolate made on the premises (PA8, GF28).

### honking daffodils

Professor Sprout has some of these, which Lavender Brown likes rather less than regular daffodils (OP27).

### Hooch, Madam Rolanda

Teaches flying lessons (on broomsticks) to first-years at Hogwarts, and referees most inter-House Quidditch matches. She has short, grey hair and yellow eyes like a hawk (PS9). She is an enthusiastic expert on racing brooms. Madam Hooch mentioned that she first learned to fly on a Silver Arrow (PA13) – this is the only hint we've had as to her age, as the Silver Arrow was manufactured very early in the twentieth century (QA9).

### Hookum, Daisy

(b. 1962)

Wrote bestseller My Life as a Muggle, after giving up magic for a year. Married to celebrity gardener Tilden Toots (JKR).

### Hooper, Geoffrey

(b. 1983; Gryffindor, 1994)

Tried out for Gryffindor Keeper in autumn 1995 and flew better than Ron Weasley, but was rejected because Angelina said he was a real whiner (OP).

### Hopkins, Wayne

(b. 1980; Hufflepuff, 1991)

Wayne's name appears in the draft of the classlist of Harry's year that Jo displayed during the "Harry Potter and Me" TV interview (HPM). He is a half-blood. Wayne has never appeared in canon, but his name is listed here because he apparently existed in early plans for the books.

### Hopkirk, Mafalda

Mafalda is a little witch with flyaway grey hair who works at the Ministry of Magic. She is responsible for sending warnings from the Improper Use of Magic Office when underage magic is detected (CS2, OP2). Hermione impersonated Hopkirk using Polyjuice potion to sneak into the Ministry of Magic and hunt for the locket Horcrux (DH12-13).

### Horcruxes

A Horcrux is 'the receptacle in which a Dark wizard has hidden a fragment of his soul for the purposes of attaining immortality' (JKR). This is the Darkest of magic and can only be performed after a wizard splits his soul by committing an act of pure evil, committing murder. Its purpose is to protect the bit of soul encased in it from anything that might happen to a wizard's body. Once a Horcrux has been created, housing its piece of soul, the wizard who made it cannot be killed until the object is destroyed (HBP23). Only rare, very powerful magic can destroy Horcruxes, including basilisk venom (DH6), Fiendfyre (DH31), and the sword of Gryffindor (because it had been imbued with Basilisk venom) (DH15).

Obsessed with avoiding death from a young age, Tom Marvolo Riddle learned to create Horcruxes and set out to make six, giving himself a seven-part soul. For each of his Horcruxes he chose an item of some significance (HBP23). The six Horcruxes he created were:

- A plain diary, destroyed by Harry Potter (see Diary of Tom Riddle)
- Marvolo Gaunt's ring, destroyed by Albus Dumbledore (see Ring of Peverell)
- Slytherin's locket, destroyed by Ron Weasley (see locket of Slytherin)
- Hufflepuff's cup, destroyed by Hermione Granger (see cup of Hufflepuff)
- Ravenclaw's diadem, destroyed by Vincent Crabbe (see diadem of Ravenclaw)
- Nagini, destroyed by Neville Longbottom (see Nagini)

Unknown to him, Voldemort's soul eventually became so unstable that, in his attempt to kill Harry Potter, he inadvertently created a seventh Horcrux in Harry himself (DH33). Voldemort destroyed this Horcrux himself when he tried to kill Harry in the Forbidden Forest (DH34).

### horklump

This garden pest resembles a pinkish mushroom covered with bristles, but is actually a carnivorous animal rather than a plant. Horklumps are the favorite food of gnomes (FB).

### hornbeam

A wand wood, used by Gregorovitch to make Viktor Krum's wand (GF18).

### Horn Tongue

A spell listed in Basic Hexes for the Busy and Vexed. Harry came across it while searching for a spell to use on his dragon, but decided it would just give the dragon one more weapon (GF20).

### Hornby

Brother of Olive. Moaning Myrtle haunted his wedding back in the 1940s (GF25).

### Hornby, Olive

(Hogwarts student, early 1940s)

Teased Myrtle about her glasses, but regretted it later when Myrtle was killed and came back to haunt her (CS16).

### horned toads

Neville once had to disembowel an entire barrel full of horned toads while in detention with Snape after melting his sixth cauldron in Potions (GF14). Horned toads are really lizards, and very fearsome-looking lizards at that. Poor Neville had quite an evening, one would guess.

### horse, winged

Twelve palomino horses the size of elephants pull the Beauxbatons carriage as it flies through the sky (possibly Abaraxans). These magnificent animals are very powerful and require forceful handling. They drink only single-malt whiskey (GF15). See also thestral.

### Horton, Basil

Played for the Falmouth Falcons, later along with Randolph Keitch started the Comet Trading Company in 1929. The two are the creators of the Horton-Keitch Braking Charm (QA9).

### Horton-Keitch Braking Charm

Makes a racing broom easier to handle. Invented and patented by Basil Horton and Randolph Keitch, the founders of the Comet Trading Company (QA9).

### hospital wing

Hogwarts castle includes a hospital wing where injured or ill students can be taken. There they are cared for by Madame Pomfrey, the school matron (nurse). The hospital wing includes a ward with a number of beds and an office for Pomfrey. If a patient requires a higher level of care than can be provided in the hospital wing, they are moved to St Mungo's hospital (HBP13, OP32).

### hot air charm

Hermione used this charm, which involves a complicated wand motion, to melt snow and dry off her snow-covered robes (OP21).

### hourglasses

Four giant hourglasses - one for each house - stand in niches in a corner opposite the main doors in Hogwarts' Entrance Hall (PS15). Each uses gemstones to track house points (OP28). Gryffindor's is filled with rubies, Ravenclaw's with sapphires (OP38), and Slytherin's with emeralds (DH32); the gems used for Hufflepuff are not stated.

**House Cup**

The house that wins the House Championship, determined by which has accumulated the most House Points through the year, receives the House Cup (PS7). It is uncertain whether there actually is a cup or if this is simply the name for the honor of winning.

**house points**

Points are given or taken away to reward or punish the behavior of students. Points are accumulated over the course of the school year, at the end of which a House Cup is awarded to the house with the most. Giant hourglasses set in niches along one wall in a corner of the entrance hall record the points for all to see; as a teacher or other authorized party speaks the words awarding or deducting points, the appropriate hourglass or hourglasses are automatically updated (PS15, OP28, OP38). How many points to add or take away is rather random, making the contest almost meaningless. Points scored on the Quidditch pitch also count toward the house points, apparently.

**house-elves**

House-elves are small humanoid creatures who inhabit large houses belonging to wealthy Wizarding families (CS3). They are "bound" to the family of the house, which means they do all manner of menial tasks for them until they die. House-elves are apparently very happy with this arrangement and consider it a matter of pride that they serve faithfully and do not betray their families.

The role or function of the house-elves is very important. They hear and see things, as Dobby said (GF26) and can use their powerful magic and these information for doing bad (Kreacher at first), neutral (Winky) or good (Dobby). Winky took her master, Barty Crouch Jr, away from the dark wizards and into the forest (GF9, GF35). House-elves do not take sides philosophically, they side with and support wizards who treat them well.

There are over a hundred house-elves at Hogwarts, the largest number in any dwelling in Britain (GF12). They lay the fires, do the laundry, light the lamps, and do countless other such tasks. The house-elves are also the chefs of the castle and they create wonderful meals in the huge kitchens.

A house-elf is a short creature with large bat-like ears and enormous eyes. It is difficult for an inexperienced human to tell the difference between male and female house-elves, although the females generally have higher, squeakier voices (GF8). Neither male nor female house-elves wear clothing (and they would consider it shameful to do so); instead, they cover themselves in towels, tea cozies, or pillowcases. If their owner gives them an article of clothing, it breaks the "enslavement" and the house-elf is free. For most house-elves, this would be the ultimate insult and they would be shamed forever.

## House-elf Relocation Office

A branch of the Department for the Regulation and Control of Magical Creatures in the Ministry of Magic, where Newt Scamander was once employed (FB).

**Houses**

Students at Hogwarts are grouped into four houses: Gryffindor, Ravenclaw, Hufflepuff, and Slytherin, each named for one of the founders of the school. Each student attends classes and spends free time with other students in his or her house, and the houses compete each year for the House Cup and the Quidditch Cup (PS7). Each house also has its own common room and dormitories. In addition to the headmaster of Hogwarts, each house has a head of house, a resident ghost, and an animal mascot. See entries for the individual houses for more.

**Hover Charm**

Makes an object float in the air. Dobby used this spell (without wand or incantation) to float Aunt Petunia's violet pudding in the air – a spell for which Harry was blamed by the Ministry of Magic (CS2).

**Howler**

A Howler is a nasty letter sent to tell someone off. It arrives in a red envelope, smoking slightly, and if it is not opened immediately it explodes. Upon opening, the Howler screams at the recipient in a voice magically magnified for maximum effect (CS6).

**Hubbard, Old Mother**

Old Mother Hubbard was a medieval hag lured stray animals into her home and starved them to death (fw).

**Hufflepuff common room**

A "cosy and welcoming place," the Hufflepuff common room is located near the kitchens. It is accessed through a still-life painting, and features underground tunnels leading to the dormitories (BLC).

**Hufflepuff House**

One of the four houses of Hogwarts, valuing above all else loyalty and hard work (PS7, GF16). The head of Hufflepuff is Professor Pomona Sprout (GF36), and the house ghost is the Fat Friar (CS8). Its shield is yellow and black, and features a badger (GF15). According to Hagrid, "everyone says Hufflepuffs are a lot o' duffers" (PS5), but it was Hufflepuff that produced Cedric Diggory, the Hogwarts champion in the Triwizard Tournament, who "exemplified many of the qualities that distinguish Hufflepuff House" (GF37). Some famous Hufflepuffs include Pomona Sprout, Nymphadora Tonks, and Cedric Diggory.

**Hufflepuff, Helga**

One of the four founders of Hogwarts, over a thousand years ago, from "valley broad" (GF12). Hufflepuff was known for bringing together a wide variety of people in the founding of Hogwarts (fw), and valued hard work and fair play (PS7). Hufflepuff was especially adept at cooking, and various food-related charms, originating many recipes still served at Hogwarts feasts today (JKR).

**Humberto, the Great**

A character on a television that Dudley liked to watch on Monday nights when he was eleven (PS3).

**humpbacked witch statue**

This statue on the third floor of Hogwarts masks a secret entrance to the school, labeled on the Marauder's Map, that allows Harry to sneak off to Hogsmeade (PA10). This statue is probably of Gunhilda of Gorsemoor (fw).

**Hungarian Horntail**

A particularly nasty species of dragon, native to Hungary and sporting a distinctive spiked tail. Harry had to get past one of these in the first task of the Triwizard Tournament (GF20).

**Hungary**

In addition to being home to the Hungarian Horntail dragon, Hungary has a national Gobstones team that, at one point, lost to Wales. The *Daily Prophet* didn't cover the match, though, because according to the editor, Gobstones is "deeply boring" (DP).

**Hunter** *(archaic)*

Old term for the Quidditch Seeker from the mid-1200s (QA4)

**Hurling Hex**

A nasty kind of hex that can be placed on a broom. When Harry's Firebolt was stripped down to be checked for jinxes and curses, Flitwick had to check to see whether it had a Hurling Hex on it (PA12).

**Hurtz, Grizel**

The "agony aunt" of the *Daily Prophet,* who helps write its advice column (DP).

**hut, Hagrid's**

Hagrid, the Gamekeeper of Hogwarts, lives in a wooden hut near the Forbidden Forest. The hut is a single room with a table, fireplace, bed, chest, and a basket for Fang, Hagrid's pet boarhound (CS7, OP20). The furniture is all oversized and quite strong, and a variety of objects, from cured hams (GF16) to unicorn tail hairs (HBP22) can be found hanging from the rafters. It was a place that Harry, Ron, and Hermione visited frequently while at Hogwarts, where the often gave Hagrid company and ate very sticky treacle fudge (CS8). The hut was set aflame by Death Eaters in June 1997, but the fire was put out before it was completely destroyed (HBP28).

**Hut-on-the-Rock**

Thee Hut-on-the-Rock is a tiny, broken-down shack on a rock in some distance from shore, in the sea. It was here that Vernon Dursley brought his family in an attempt to escape the Hogwarts letters that were coming for Harry. The shack smelled strongly of seaweed, and had gaps in the walls (PS3). It was at this hut that Hagrid finally caught up with Harry and the Dursleys. After banging down the door, destroying Vernon's gun, and giving Dudley a tail, he told Harry - for the first time - the story of his life, of Voldemort, and of the Wizarding World (PS4).

## Hydra

An ancient rune symbolizing the number nine, represented by the nine heads of the Hydra. A picture can be found in *Ancient Runes Made Easy* (JKR).

# I

## Ice Mice

A sweet sold at Honeydukes – "hear your teeth chatter and squeak!" (PA10).

## Ilfracombe Incident

1932 incident in which a rogue Welsh Green dragon descended on a beach full of Muggle holidaymakers, in the seaside town of Ilfracombe. Tilly Toke and her family happened to be there, and cast the largest Mass Memory Charm of this century on all the Muggles of Ilfracombe. The Muggles now remember nothing of the incident, with the exception of an old fellow now called Dodgy Dirk, who still claims that a "dirty great flying lizard" attacked him on the beach. People think he's crazy, of course (fw, FB).

### Ilkley Moor

Ilkley is a moorland located northwest of Leeds in Yorkshire, and was the home of a twelfth-century Quidditch pitch. This stadium also recently hosted a match between Puddlemere United and the Holyhead Harpies. With bad feelings between the two teams threatening to result in violence the Ministry of Magic confiscated fans' wands at the gate (DP3), which was actually a violation of the spectators' civil rights (QA6); even then the match ended in riots (DP3).

### Imago, Inigo

Author of *The Dream Oracle*, a text that Trelawney uses in her fifth year Divination classes (OP12,13).

### imp

The imp is similar to the pixie and the fairy. It is about seven inches tall and is colored dull brown or black. Imps live in damp or marshy areas. They have a somewhat slapstick sense of humor and they love to trip people so they fall into a stream. They eat small insects (FB).

### *Impedimenta (im-ped-ih-MEN-tah)*

"Impediment Curse," "Impediment Jinx"

*"impedimentum" L. hindrance*

This very useful and much-used spell stops an object or slows it down. Harry taught the D.A. to use this (OP21).

### *Imperio* (im-PAIR-ee-oh)

"Imperius Curse"

*"impero" L. order, govern, command*

One of the Unforgivable Curses, which "gave the Ministry a lot of trouble." It causes the victim to be completely under the command of the caster, who can make the victim do anything the caster wishes. It was widely used by Death Eaters during both wars against Voldemort, first to make innocent victims commit crimes they otherwise would not have (GF14), then, after Voldemort's fall, as an excuse for why they had committed crimes themselves (GF27). The spell can be fought, but doing so is very difficult (GF15). Pius Thicknesse, technically the Minister for Magic during the second wizarding war, was under the Imperius Curse the entire time (DH5).

In Harry's fourth year Defence Against the Dark Arts class, Barty Crouch Jr. (disguised as Mad-Eye Moody) demonstrated the Imperius Curse on a spider (GF14), and then cast it on students in the class for practice. Harry found that he was fairly good at resisting (GF15). The Imperius Curse, when poorly performed, can have interesting effects; for instance, Herbert Chorley, a Muggle Junior Minister, had one placed on him and went around impersonating a duck (HBP1).

A person who has had an Imperius Charm placed on them is said to have been Imperiused (DH5).

**Imperturbable Charm**

A charm that, when placed on a door, makes it impossible to throw things at, or listen through, the door (OP4).

*Impervius* (im-PER-vee-us)

*"im-" prefix from L. not + "pervius" L. letting things through*

Hermione used this spell to make Harry's glasses repel water during a rainy Quidditch match (PA9).

### *Important Modern Magical Discoveries*

Not surprisingly, Nicolas Flamel isn't mentioned in this book (PS12).

### **Improper Use of Magic Office**

An office located on the second level of the Ministry of Magic (OP7) that, among other things, enforces the Decree for the Restriction of Underage Wizardry (CS2) and registers Animagi (GF26). Cornelius Fudge's nephew, Rufus Fudge, worked for this office but got caught in a scandal when he made a Muggle tube train vanish to see how long it would take the Muggles to notice – itself a very improper use of magic (DP).

### *Inanimatus Conjurus*

Fifth-year Transfiguration students had to do an essay on this spell for homework (OP14).

### *Incarcerous*

A spell which binds a victim with rope. Umbridge used this spell on the centaur Magorian (OP33). This is not recommended.

*Incendio* (in-SEN-dee-o)

"incendo" L. to set fire to

Spell Arthur Weasley used that started a fire in the Dursleys' fireplace (GF4). It was later used by a Death Eater to set fire to Hagrid's cabin (HBP28).

## India

The primary mode of wizarding transportation in India is the flying carpet, as opposed to broomsticks; as a result, Quidditch has never gained the popularity there that it has in Europe (QA8). The Occamy and the Phoenix are also both native to India (FB).

## Indian Ocean

The Indian Ocean is the only natural habitat for the Ramora (FB).

## Inferius (plural: Inferi)

*'inferi' L. 'the dead'*

The Inferi are animated corpses who do the bidding of the Dark wizard who created them (HBP4). Harry encountered a large number of Inferi floating just below the surface of the underground lake where the locket Horcrux had been hidden. The Inferi were programmed to kill intruders, and attacked Harry when he touched the water. Dumbledore saved them by surrounding them with a ring of fire which drove the Inferi away, back into the water (HBP26), though when Regulus Black visited the cave, he wasn't so lucky (DH10).

## Ingolfr the Iambic

Norwegian poet of the 1400s whose verse includes references to Quidditch (QA8).

**Inquisitorial Squad**

Students hand picked by Umbridge for their support of the Ministry against Dumbledore (and specifically who were willing to support Umbridge) were formed into a group called the Inquisitorial Squad. The members wore a small silver letter I on their robes, and seemed to all be Slytherins. Among other things, Inquisitorial Squad members inspected packages, reported people to Umbridge, and docked points – lots of them – from other students (OP28).

After the Weasley twins left Hogwarts, the Inquisitorial Squad members were attacked in clever ways. Warrington, for example, developed a skin condition that made him look like he was covered in cornflakes and Pansy Parkinson grew antlers (OP30).

**insect jinx**

An unnamed jinx Harry was tempted to use on Dudley, which would have made him sprout feelers and force him to crawl home (OP1).

**instant scalping**

This spell appears in *Basic Hexes for the Busy and Vexed*, which Harry consulted to find a spell to work against dragons (GF20).

**Institute of Muggle Studies**

Conducts studies of familial relations between wizards and Muggles (JKR).

***Intermediate Transfiguration***

The required textbook for third year, and most likely fourth and fifth year, Transfiguration students at Hogwarts (PA4).

### International Association of Quidditch

The oversight body in charge of international Quidditch teams, rules, and tournaments. Its chairwizard is Hassan Mostafa (GF8).

### International Alchemical Conference

Albus Dumbledore won a gold medal award in his youth for "Ground-Breaking Contribution" to this conference, held in Cairo (DH18).

### International Ban on Dueling

According to Percy, the Department of International Magical Cooperation was trying to get the Transylvanians to sign this in 1994 (GF23).

### International Confederation of Warlocks

An earlier name for the International Confederation of Wizards (CS2).

### International Confederation of Wizards

An organization that, among other things, oversees the International Statute of Secrecy (fw) and control of magical creatures (FB). It was chaired by Albus Dumbledore until he was voted out of this chairmanship after making a speech announcing Voldemort's return in 1995 (OP5). The organization's most famous conference was held in 1692, when over seven weeks it established

the right of all wizards to carry wands (QA6) and determined how best to conceal magical
creatures (FB). The Confederation also has a Quidditch Committee (QA8).

### International Federation of Warlocks

This group criticized Cornelius Fudge for alerting the Muggle Prime Minister when Sirius Black
escaped Azkaban (PA3). May be an earlier name for the International Confederation of Wizards.

### International Magical Cooperation, Department of

A Ministry department that, for a time, was overseen by Barty Crouch, Sr. (GF7, GF16) and
employs Percy Weasley (GF3). Among other things, it organized the Quidditch World Cup
(GF5) and the Triwizard Tournament (GF12). Among their more mundane projects is
standardizing cauldron bottom thickness (GF5).

### International Magical Office of Law

### International Magical Trading Standards Body

These two groups have offices on level five of the Ministry of Magic, along with the Department
of International Magical Cooperation (OP7).

### International Statute of Wizarding Secrecy

A law enacted by the International Confederation of Wizards in 1689 that changed wizarding life
for good (DH16). The Statute made it illegal to reveal any form of magic to Muggles, although
magic can still be used in self-defense (OP6). Though it has presented some challenges, such as
concealing magical creatures (FB), the Statute has held for over three hundred years. As Hagrid

says, wizards are "best left alone" (PS5).

### International Warlock Convention of 1289

Professor Binns gave an excruciatingly boring lecture on this event to second-year History of Magic students – at least, until he was interrupted by Hermione, asking about the Chamber of Secrets (CS9).

### Invigoration Draught

Fifth year Potions students had to brew an Invigoration Draught, which Harry found rather easy to do because Snape was pretending that Harry was invisible in retaliation for Harry viewing the scene in the Pensieve. However, Snape intentionally dropped and broke the flask, so Harry received a zero for the class anyway (OP29).

### *Invisible Book of Invisibility*

The management of Flourish and Blotts once lost a lot of money on this book, since they never found the copies (PA4).

### Invisibility Charm/Spell

One of these spells was placed on a Quidditch stadium in Exmoor in an attempt to hide it from Muggles; however, it failed spectacularly when none of the spectators could find the game either (DP).

### Invisibility Cloak

See Cloak of Invisibility

### Invisibility Task Force

"Swift action" by this group has prevented Muggles from finding the Loch Ness Monster (FB).

### Invisible Ink

Hermione suggests that Riddle's diary might appear blank because it's written in invisible ink; however, *Aparecium* revealed nothing (CS13). Snape also wondered whether the Marauder's Map might be a letter written using this ink (PA14).

### Ireland

Wizarding Ireland is closely intertwined with wizarding Britain; children from Ireland (like Seamus Finnigan) attend Hogwarts (GF6), and cities in Ireland are part of the British and Irish Quidditch League (QA7). Quidditch can also trace some of its origins to the game of Aingingein, which originated here (QA2). Ireland's National Quidditch Team also won the World Cup in 1994 (GF5), with Harry, Hermione, and the Weasleys in attendance.

Notable wizards from Ireland include Cliodna, Queen Maeve, and Morholt (fw).

### Irish Phoenix

Another name for the Augurey.

### Ivanova

Bulgarian Chaser (GF8).

**J**

### Japan

Japan is the one country in eastern Asia in which Quidditch has gained widespread popularity, with the popular Tengu of Toyohashi leading the way, although the national team's practice of setting fire to its brooms after a loss doesn't go over well with the rest of the world (QA8). Japan is also the native habitat of the kappa (FB).

### Jarvey

Resembling an overgrown ferret, the Jarvey is one of the few beasts that can actually talk. Its speech, however, consists entirely of rude phrases and insults. Jarveys chase gnomes (FB).

### Jelly-Brain Jinx

During the September 1999 riot that took place during the Puddlemere/ Holyhead game, a lot of Harpy supporters were using this jinx (DP4).

### Jelly-Fingers curse

Presumably makes the target's fingers like jelly, so that they cannot grasp anything properly. After a June 1999 match between Pride of Portree and the Appleby Arrows, the losing Seeker accused his opposite number of putting this curse on him as they both closed in on the Snitch (DP3).

**Jelly-Legs Jinx**

Hermione used the spell to break Harry's Shield Charm as they were practicing for the third task, causing Harry to wobble around the room for a while as she looked up a counter-charm (GF31).

**Jelly Slugs**

A sweet sold at Honeydukes; on weekends when Hogwarts students visit Hogsmeade, the shop goes through these rather quickly (PA10).

**Jenkins, Joey**

Beater for the Chudley Cannons. His image, hitting a Bludger toward a Ballycastle Bats Chaser, is in a moving picture in the book *Flying with the Cannons* (GF2).

**Jewkes, Leonard**

Created the Silver Arrow racing broom in the early 1900s (QA9).

**Jigger, Arsenius**

Author of *Magical Drafts and Potions* (PS5).

**Jinxes**

A jinx is a spell cast to cause damage or other negative effect. It is similar to a curse, but typically not as powerful or cast with such negative intention (OP12).

### *Jinxes for the Jinxed*

The Room of Requirement contained a copy of this book during the D.A.'s first meeting there (OP18).

### Jobberknoll

A tiny blue speckled bird that makes no sound until the moment of its death, when it lets out a long scream consisting of all the sounds it has ever heard. Jabberknoll feathers are important ingredients in making potions that affect memory (FB).

### Johnson, Angelina

(b. October 1977; Gryffindor, 1989; Quidditch Chaser, Captain 1995-6; Dumbledore's Army) A tall black girl (GF16) and an excellent Quidditch player (PS11). She put her name in for the Triwizard Tournament but wasn't chosen (GF16). She is in Fred and George's year and seems to be friends with the two of them, as well as Lee Jordan (GF22, GF23). Angelina became Quidditch captain in 1995 (OP12), which stressed her out and gave her something of a mean streak (OP13).

### joke cauldron

A customer came into Weasleys' Wizard Wheezes looking for one of these (HBP6).

### Jones, Gwenog

(b. 1968; Hogwarts 1979- 1986)

Captain and Beater of the only all-female professional Quidditch team, the Holyhead Harpies.

After a game she enjoys relaxing with friends, drinking butterbeer, and listening to *The Weird Sisters* (fw). It has been said of Jones that "people who disagree with [her] have a nasty habit of turning into woodlice." She herself believes that the Harpies "are easily the most exciting team playing." (DP). Gwenog was a favorite of Horace Slughorn's while at Hogwarts; she still sends Slughorn free tickets to see the Harpies play whenever he wants them (HBP4).

### Jones, Hestia

New member of the Order of the Phoenix. Pink-cheeked, black-haired witch who was part of the Advance Guard that helped Harry in his 1996 escape from Privet Drive (OP3) and assigned to escort the Dursleys to safety before Harry's departure (DH3).

### Jones, Megan

(Hufflepuff 1991)

*Megan's name appears in the draft of the classlist of Harry's year that Jo displayed during the "Harry Potter and Me" TV interview (HPM). She is half-blood. Megan has never appeared in canon, but her name is listed here because she apparently existed in early plans for the books.*

### Jordan, Lee

(b. 1978; Gryffindor 1989)

A compatriot of Fred and George Weasley, who commentated Quidditch matches until his graduation from Hogwarts, though he occasionally let himself get off topic (PS11). He is a black boy with dreadlocks (OP10). Two years after graduating, Lee resurfaced as the host of *Potterwatch* (DH22).

**Jorkins family**

Primrose and Albert Jorkins, already the parents of Grimwold and Granville, had a third baby, Griselda Harmonia, whose birth was announced in the *Daily Prophet* (DP2).

**Jorkins, Bertha**

(1958? - 1994; Hogwarts c. 1969)

Two years ahead of Sirius, James, and their friends at Hogwarts, Bertha Jorkins was gossipy and not especially bright (GF27). She was a plump, scowling girl, and tended to whine about ill treatment from other students (GF30). After graduating Hogwarts, Bertha went to work for the Ministry of Magic, where she earned a reputation for being scatterbrained; when she turned up missing on a vacation to Albania in 1994, most people simply assumed she'd lost track of time and would come wandering back shortly (GF7).

   While on business, Bertha accidentally discovered that Barty Crouch, Jr. was being hidden in the Crouch household, and Crouch Sr. placed a strong Memory Charm on her to make her forget it (GF35). While on vacation in Albania, she stumbled across Peter Pettigrew, and he led her to Voldemort; there, Voldemort broke her Memory Charm, learned of Barty Crouch Jr.'s faithfulness and the Triwizard Tournament, and killed her (GF33). ·

**Jorkins, Stamford**

Ministry spokesperson, interviewed regularly by the *Daily Prophet* (DP4).

**Jugson**

Death Eater who fought in the Battle of the Department of Mysteries (OP35).

### junk shop

A shop in Diagon Alley filled with, well, junk (CS4).

# K

### Kappa

A water-dweller resembling a scaly monkey with webbed hands, a kappa will grab and strangle waders in its pond (PA8). According to Snape, the kappa is commonly found in Mongolia (PA9), though the Care of Magical Creatures textbook states that the kappa is a Japanese creature (FB).

### Karasjok Kites

A Norwegian Quidditch team that lost the 1956 European Cup to the Caerphilly Catapults (QA7).

### Karkaroff, Igor

Headmaster of Durmstrang and a former Death Eater. Karkaroff turned in other Death Eaters in order to save himself from Azkaban. Headmaster of Durmstrang and a former Death Eater. Karkaroff turned in other Death Eaters in order to save himself from Azkaban. Headmaster of Durmstrang and a former Death Eater. Karkaroff turned in other Death Eaters in order to save

himself from Azkaban. Headmaster of Durmstrang and a former Death Eater. Karkaroff turned in other Death Eaters in order to save himself from Azkaban.

**Karkus**

(d. 1995)

The Gurg of the giants in Europe, first contacted by Hagrid and Maxime in the summer of 1995. He was killed two days later by Golgomath, who tore off Karkus's head and threw it into the lake (OP20).

**Keddle, Gertie**

(1000s)

Lived on the edge of Queerditch Marsh in the eleventh century. She wrote rather complainingly in her diary about neighbours playing a primitive form of Quidditch, labeling every entry as the same day of the week, Tuesday (QA3).

**Keeper**

Quidditch player who guards the goal hoops; Oliver Wood (PS10) and later Ron Weasley (OP13) played this position for the Gryffindor team.

**Keeper of the Keys and Grounds**

Hagrid's title at Hogwarts, along with Gamekeeper (PS4).

**Kegg, Roland**

(b. 1903)

President of English Gobstones team (fw)


**Keitch, Randolph**

Played for the Falmouth Falcons; along with Basil Horton started the Comet Trading Company

in 1929. The two are also the creators of the Horton-Keitch Braking Charm (QA9).


**kelpie**

A carnivorous, shapeshifting water creature. The world's biggest and most famous kelpie is the

Loch Ness Monster, which is known to give wizarding authorities some trouble (FB).


**Kenmare Kestrels**

An Irish Quidditch team with leprechaun mascots, making it popular worldwide. Its most famous

player was Darren O'Hare, who played Keeper from 1947-1960 and invented the Hawkshead

Attacking Formation (QA7).


**Kent**

A southeastern English county where Dedalus Diggle (probably) set off shooting stars to

celebrate the downfall of Voldemort (PS1). The Wailing Widow (CS8) and Modesty Rabnott

(QA4) also each hailed from Kent.


**Kettleburn, Professor**

Care of Magical Creatures teacher until September, 1993, when he retired to spend time with

"his remaining limbs." Hagrid took over for him (PA6).

**Ketteridge, Elladora**

(1656 - 1729)

Discovered the properties of gillyweed by eating it, nearly suffocating, and sticking her head into a bucket of water (fw).

**Kevin**

2-year-old boy, hanging around his parents' tent bright and early in the morning at the Quidditch World Cup campground. He played with his father's wand and managed to enlarge a slug, much to his mother's dismay (GF7).

**keys**

One of the chambers which had to be crossed to get to the hiding place of the Philosopher's Stone was filled with hundreds of bewitched, jewel-like flying keys. In order to pass out of the chamber, Harry had to fly a broomstick to find the key which fit the lock of the door on the far side (PS16). Keys are also bewitched by wizards for Muggle-baiting -- they shrink so the Muggle owners can't find them (CS3).

**Kiely, Aidan**

Kenmare Kestrels Seeker (DP).

**Killing Curse**

*See* AVADA KEDAVRA.

**King's Cross Station**

Between Platform Nine and Platform Ten in this railway station is a barrier and a ticket collector's stand, but witches and wizards can push right through into Platform Nine and Three Quarters. There, under a wrought-iron archway with the name of the platform on it, they find the Hogwarts Express leaving on September 1 for Hogwarts and the start of term. The Express comes and goes periodically throughout the school year (PS6). Headmaster of Durmstrang and a former Death Eater. Karkaroff turned in other Death Eaters in order to save himself from Azkaban Headmaster of Durmstrang and a former Death Eater. Karkaroff turned in other Death Eaters in order to save himself from Azkaban about the chapter in book seven called KC..
*Rowling wrote Kings Cross into the stories because it was the place where her parents met; however, she admitted she was accidentally picturing the layout of Euston Station in her head while writing it (HPM).*

**Kirke, Andrew**

(Gryffindor, mid 1990s; Quidditch Beater, 1995-6)

Kirke was at least a second year during the 1995-1996 school year, and became a Beater on the Quidditch team after Fred and George were banned (OP21). Unfortunately he wasn't very good – the most memorable moment of his season was when he fell backwards off his broom in fright during a match against Hufflepuff (OP26).

**kitchens**

Staffed by over a hundred house-elves, the Hogwarts kitchens are located directly below the Great Hall and are just the same size. They have high ceilings and a great brick fireplace at one end, with mounds of brass pots and pans are heaped around the walls. There are also preparation tables directly below the four house tables in the Hall above, and when the time comes for the food to be served, it is magically transported from these, through the ceiling of the kitchen and onto the plates (GF21).

The kitchen is reached by taking the door to the right of the main staircase in the entrance hall, continuing on to a painting of a bowl of fruit, and tickling the pear until it giggles and becomes a door handle (GF21).

### Knarl

Very similar to a hedgehog, except that the knarl are very suspicious (OP31) and will wreak havoc on garden plants (FB). Fred and George also use the quills in their products (OP9).

### Kneazle (*NEE*-zul)

This very intelligent cat-like creature can detect unsavory or suspicious persons very well and will react badly to them. However, if a kneazle takes a liking to a witch or wizard, it makes an excellent pet. The kneazle has spotted fur, large ears, and a lion-like tail (FB). Crookshanks is part kneazle (Nr, JKR).

### Kneen, Goodwin

(twelfth century)

A wizard from Yorkshire who in the twelfth century wrote his cousin Olaf in Norway about playing a "spirited game of Kwidditch last Sunday night." He speaks of a player in the position of Catcher and a ball called a Blooder. Goodwin was married to Gunhilda (QA3).

### Kneen, Gunhilda

(twelfth century)

Wife of Goodwin Kneen who was to have played Catcher against the Ilkley team, but due to a case of dragon pox had to sit out the match. She was a bit upset when her husband came home late after celebrating their win, so she fired off some nasty jinxes at him, including one which removed his fingers temporarily (QA3).

### knee-reversing hex

During the eleventh century, Gertie Keddle wrote in her diary that she hexed a man who came to retrieve a leather-covered ball from her cabbage patch, and she'd "like to see him fly with his knees back to front, the great hairy hog" (QA3).

### Knightley, Montague

(1506 - 1588)

Wizard Chess Champion (fw).

### Knight Bus

(*PA3*)

(*OP24*)

**The Knight Bus**

The Knight Bus is a triple-decker, violently purple bus that provides "emergency transport for the stranded witch or wizard;" all they need to do is hold out their wand hand (PA3). It is also possible to book a seat on the Knight Bus for trips around Britain (PA14). The trips sound like fun but are actually rather awful; the bus starts and stops so quickly that inevitably spill and roll across the floor, and Madam Marsh always seems to be sick (OP24). Though there is a benefit: according to Stan, the bus travels anywhere you want to go, "as long as it's on land" (PA3).

The bus is driven by Ernie Prang, an elderly wizard in thick glasses, and the conductor is Stan Shunpike, a pimply eighteen-year-old. They sit in the front of the bus in armchairs (PA3). During the day, the bus is filled with armchairs for passengers as well (OP24), though at night the seats are replaced by a half dozen brass bedsteads on each level (PA3).

The name of the bus is a play on words; in London, the "Night Bus" is a service that runs overnight.

**Knights of Walpurgis**

Headmaster of Durmstrang and a former Death Eater. Karkaroff turned in other Death Eaters in order to save himself from Azkaban Headmaster of Durmstrang and a former Death Eater. Karkaroff turned in other Death Eaters in order to save himself from Azkaban. Headmaster of Durmstrang and a former Death Eater. Karkaroff turned in other Death Eaters in

**knitting charm**

Hermione bewitched knitting needles to knit elf hats, which sometimes even looked like hats (OP17).

### Knockturn Alley

A dingy alleyway with sketchy shops devoted to the Dark Arts, that connects to Diagon Alley near Gringotts. There are stores selling shrunken heads, live gigantic black spiders, and poisonous candles, and street vendors include an old witch with a tray full of whole human fingernails (CS4). Also in the alley is Borgin and Burkes, a shop where Tom Marvolo Riddle once worked and the Malfoy family seems to be regular clients (CS4, HBP6, HBP20).

### knotgrass

An ingredient in Polyjuice Potion (CS10), that is kept in the student store-cupboard in the Potions classroom. It also grows in the Forbidden Forest (OP30).

### Knut

A small bronze coin, and the smallest unit of wizarding currency; there are twenty-nine Knuts to a silver Sickle (PS5). One bronze knut is worth about £0.01 (US about 2 cents) (CR).

### Kopparberg

Kopparberg, a town in central Sweden, is the starting line for the annual broom race of Sweden, which has run for over 1000 years (QA2).

### Kreacher

An aged House-Elf whose family has served the Black family for generations. He was devoted to Sirius Black's mother and father, as well as their younger son, Regulus (OP6). When Regulus joined the Death Eaters, Kreacher's had an experience that changed his life. In need of a non-human, Voldemort forcibly brought Kreacher to a cave, where he forced Kreacher to drink a terrible potion so that he could hide his Horcrux there and left him for dead. Kreacher, however, was summoned by Regulus instead and told his master what had happened. Outraged, Regulus decided to return to the cave and steal the Horcrux. Unlike Voldemort, he himself drank the potion, and was dragged into the lake by Inferi. Thus, after nearly being killed himself, Kreacher was forced to watch his beloved master die (DH10). He was never the same, having been driven "round the twist" by the potion and the experience (OP5). For years after his masters died, he didn't clean Grimmauld Place at all (OP6).

When Grimmauld Place became headquarters for Order of the Phoenix in 1995, Kreacher was forced to serve Sirius, a master who treated him poorly and who he hated. Shortly before Christmas 1995, Sirius accidentally gave Kreacher permission to leave the house, whereupon Kreacher went another Black family connection, Narcissa Malfoy (OP37). Kreacher betrayed the Order as much as he was able, and eventually tricked Harry into thinking that Sirius was at the Department of Mysteries, which led to Sirius's death (OP32).

To Kreacher's horror, Sirius left his belongings to Harry, making Harry his new master (HBP3). After a year at Hogwarts, Kreacher returned with Harry to Grimmauld Place; there Harry listened to Kreacher's story and showed Kreacher kindness and generosity, giving him the locket that Regulus had substituted for the Horcrux in the cave (DH10). Kreacher was so overcome that

he transformed, almost overnight, into a friendly, efficient elf, once again proud to serve his master (DH11). He even showed up, unsummoned, for the Battle of Hogwarts; there he valiantly led the house-elves into battle, fighting in the name of his master and of Regulus Black, to help defeat the Dark Lord his masters had once revered (DH36).

### Krum, Grandfather

One of many who were killed by Gellert Grindelwald (DH8).

### Krum, Mr. and Mrs.

Viktor Krum's parents; his father has a hooked nose like his son, and his mother is "dark-haired." Mr. and Mrs. Krum travelled from Bulgaria to Hogwarts for the third and final task of the http://www.hp-lexicon.org/timelines/calendars/calendar_gf.html Triwizard Tournament (GF31).

### Krum, Viktor

(b. 1977; Bulgarian National Quidditch Team Seeker 1994, Durmstrang Triwizard Champion 1994-1995)

A famous international Quidditch player while still in school (GF8), Viktor Krum attended Hogwarts for the 1994-1995 school year, and represented Durmstrang as their Triwizard champion (GF16). Though a number of girls spent the year fawning over him (GF19), Krum became interested in Hermione, who accompanied him to the Yule Ball (GF23) and was the person he would "sorely miss," held hostage in the second task (GF26). Despite his surly nature and Ron's jealousy (OP21), Krum was always kind to Harry (GF37).