**Exhibit C**

# The Harry Potter Lexicon

**Steve Vander Ark**

The most complete and amazing reference to the magical world of Harry Potter

Steve Vander Ark

The Harry Potter Lexicon

RDR Books

*The Definitive Guide to All Things Potter*

The most trusted reference source on earth about the wonderful world of Harry Potter, Steve Vander Ark's unofficial encyclopedia will satisfy the curiosity of the most ardent Potter fan. A reader's guide, gazetteer, bestiary, handbook and tour of the Potter universe, this comprehensive work is perfect for readers, researchers, students, librarians and academic scholars alike. *The Harry Potter® Lexicon* is the first reference work that covers all seven books, including *Harry Potter® and the Deathly Hallows*, and draws from more than 40 in-depth media interviews.

**Steve Vander Ark**, a librarian and creator of the Harry Potter® Lexicon website and book, frequently keynotes academic conferences on the Harry Potter books. He has been interviewed by the *New York Times*, on the BBC, the *Today Show* and A & E. A lengthy interview with Steve Vander Ark is included on the DVD of *Harry Potter® and the Order of the Phoenix*.

**WINNER OF J.K. ROWLING'S FAN SITE AWARD**

**J.K. Rowling on the Harry Potter Lexicon website —**

*"This is such a great site that I have been known to sneak into an Internet café while out writing and check a fact... A website for the dangerously obsessive; my natural home."*

Harry Potter® and the names of all fictitious people and places are trademarks of Warner Bros. Neither the author, his staff members, www.HP-Lexicon.org nor the publisher is in any way affiliated with Warner Bros., Scholastic Books, Raincoast Books, J.K. Rowling or any other person or company claiming an interest in the Harry Potter®. The Harry Potter® Lexicon respects the intellectual property rights of others and expects all users of this book to do the same.

LITERARY REFERENCE / CRITICISM
$24.95

ISBN : 978-1-57143-174-5

9 781571 431745