**Exhibit D**



## Steve Vander Ark
Webmaster of HP-Lexicon.org

# The Unofficial Harry Potter Lexicon

The most complete and amazing reference to the magical world of Harry Potter

### The Definitive Guide to *All Things Potter*

The most trusted reference source on earth about the wonderful world of Harry Potter, Steve Vander Ark's unofficial encyclopedia will satisfy the curiosity of the most ardent Potter fan. A reader's guide, gazetteer, bestiary, handbook and tour of the Potter universe, this comprehensive work is perfect for readers, researchers, students, librarians and academic scholars alike. The Harry Potter® *Lexicon* is the first reference work that covers all seven books, including Harry Potter® and the *Deathly Hallows*, and draws from more than 40 in-depth media interviews.

Steve Vander Ark, a librarian and creator of the Harry Potter® *Lexicon* website and book, frequently keynotes academic conferences on the Harry Potter books. He has been interviewed by the *New York Times*, on the BBC, the *Today Show* and A & E. A lengthy interview with Steve Vander Ark is included on the DVD of Harry Potter® and the *Order of the Phoenix*.

### WINNER OF J.K. ROWLING'S FAN SITE AWARD

J.K. Rowling on the Harry Potter *Lexicon* website —

"*This is such a great site that I have been known to sneak into an Internet café while out writing and check a fact… A website for the dangerously obsessive; my natural home.*"

Harry Potter® and the names of all fictitious people and places are trademarks of Warner Bros. This book is not written, prepared, approved or licensed by Warner Bros., Scholastic Books or J.K. Rowling, nor is the author, his staff members, www.HP-Lexicon.org or the publisher in any way affiliated with Warner Bros., Scholastic Books, J.K. Rowling or any other person or company claiming an interest in the Harry Potter works.

LITERARY REFERENCE / CRITICISM
$24.95

RDR Books

ISBN 978-1-57143-174-5

Harry Potter® and the names of all fictitious people and places are trademarks of Warner Bros. This book is not written, prepared, approved or licensed by Warner Bros., Scholastic Books or J.K. Rowling, nor is the author, his staff members, www.HP-Lexicon.org or the publisher in any way affiliated with Warner Bros., Scholastic Books, J.K. Rowling or any other person or company claiming an interest in the Harry Potter works.