Exhibit F
Part 2 of 3



## BEACHAM'S SOURCEBOOKS

**FOR TEACHING YOUNG ADULT FICTION**

# Exploring Harry Potter

by Elizabeth D. Schafer



BEACHAM PUBLISHING CORP.

# CONTENTS

Editor's Introduction .................................. 1
    How Parents Can Use the Sourcebook ............... 2
    How Teachers Can Use the Sourcebook .............. 3
    How Student Readers Can Use the Sourcebook ........ 3
    How Librarians Can Use the Sourcebook ............. 4
    How Researchers Can Use the Sourcebook ............ 4

Author's Introduction .................................. 5
    Welcome to Harry's World ........................ 5
    Purpose and Organization of the Sourcebook .......... 7

**SECTION I: BEGINNINGS** ................... 11

**CHAPTER 1: POTTERMANIA** ...................... 12
    Harry's Appeal ................................. 13
    Sales, Prizes, and Fame .......................... 14
    Harry in Translation ............................ 16
    Harry's Fans ................................... 18
    Merchandise ................................... 19
    Harry in the Newspaper and on Screen ............. 19
    Harry's Detractors .............................. 20
    The Whitbread Prize Controversy ................. 21
    Reading for Research ........................... 21
    Internet Resources .............................. 22

**CHAPTER 2: INTERPRETATIVE BIOGRAPHY**
    **OF J. K. ROWLING** ........................... 23
    Early Life ..................................... 24

Early Career ................................... 26
Harry's Beginning .............................. 26
Finding a Publisher ............................. 29
Harry's Success ................................. 30
Harry Encouraging Reading Skills ................. 32
Objections to Harry Potter and Rowling's Response .... 33
Rowling's Creative Process ....................... 34
Her Personal Life Today ......................... 36
Vocabulary ..................................... 37
Reading for Research ............................ 38
Internet Resources .............................. 38

**SECTION II: READING HARRY** ............. 39

**CHAPTER 3: CHARACTERS AND THEMES** .......... 40
The Cast ....................................... 41
Harry versus Voldemort .......................... 42
Harry's Early Life ............................... 44
Harry the Hero ................................. 45
Harry's Heroic Transformation .................... 47
Harry, Ron and Hermione: The Wizardly Trio ........ 51
The Dursleys ................................... 55
Harry's Teachers and the Significance of Their Names ... 56
Harry's Peers ................................... 61
Adult Wizards .................................. 64
Magical Animals and Creatures .................... 67
Ghosts, Plants, and Personified Props ............... 69
Vocabulary ..................................... 71

**CHAPTER 4: SETTING** ......................... 72
Landscape and Distance .......................... 73

Welcome to Hogwarts ............................ 74
Life at Hogwarts ................................ 76
Hogwarts's Rooms and Architecture ................ 78
On Hogwarts's Grounds .......................... 80
Near Hogwarts .................................. 82
  Hogsmeade ................................... 82
  The Shrieking Shack ........................... 83
  The Tunnels .................................. 84
London Settings ................................. 84
Harry's Two Worlds .............................. 86
Unusual and Unseen Settings ...................... 88

**CHAPTER 5: SCHOOL LIFE** ..................... 90
School Days ..................................... 91
Hogwarts House Membership ...................... 92
Making the Grade ............................... 94
The Curriculum ................................. 95
Preparing for School ............................. 97
Between Classes ................................. 99
Outside of Class ................................ 101
Reading for Research ............................ 102
Internet Resources .............................. 102

**CHAPTER 6: FOOD** ........................... 104
Nourishing Thoughts ............................ 105
Reading for Research ............................ 107
Internet Sources ................................ 108

**CHAPTER 7: SPORTS** ......................... 109
The Sporting Life ............................... 110
Mount Your Brooms ............................ 111

Team Spirit .................................... 113
On the Sidelines ............................... 113
Reading for Research ........................... 114
Internet Sources ............................... 114

**CHAPTER 8: GEOGRAPHY** ......................... 116
Geographical Overview of the British Isles .......... 117
England ....................................... 118
Scotland ...................................... 120
Wales, Ireland, Europe, and Points Beyond .......... 123
Reading for Research ........................... 125
Internet Resources ............................. 125

**CHAPTER 9: MYTHOLOGY, LEGENDS,
AND FAIRY TALES** ............................ 126
Fantasy Framework ............................. 127
Patterns and Motifs ............................ 129
The Mythology Game: Can You Find
Where Harry Came From? ....................... 131
   Classical Mythology ........................... 131
   British Legends ............................... 139
   Fairy Tales ................................... 142
   Mythical Objects, Beasts, and Ceremonies ........ 145
Analysis of the Mythological Allusions ............. 146
   Potter As Myth ............................... 146
   Potter as Legend ............................. 148
   Potter as Fairy Tale ........................... 150
   Mythical Objects, Beasts, and Ceremonies ........ 153
Interpretations ................................ 156
Reading for Research ........................... 157
Internet Resources ............................. 157

## Chapter 1



# POTTERMANIA

*"Can you imagine what that feels like to get out of a car, and think normal book signing, and there's a thousand people outside screaming at you. It is amazing."* —J.K. ROWLING

*"You don't have to burn books to destroy a culture. Just get people to stop reading them."*
—RAY BRADBURY

## HARRY'S APPEAL

Reporters have referred to the phenomenal public reaction to the Harry Potter series as "Pottermania" and "Potterism." The books appeal to both male and female readers in different age groups, cultures, geographic areas, and entire countries. The novels have been incorporated into popular culture through use of terms such as "Muggle" and "Quidditch" and by references to characters and plots on television shows and in cartoons. Literary critics, book reviewers, educators, and librarians have speculated why the novels have attracted such a broad and diverse group of fans.

Arthur Levine, Rowling's American publisher, says he likes Harry's humanity and imagination. He emphasizes that people can identify with Harry's initial sense of hopelessness in Book I and then relief when he is rescued by Hagrid and learns that he is special. Most readers feel empowered by vicariously experiencing Harry's adventures in which he gains control over himself and his surroundings. Children consider Harry their friend because he reminds them of themselves. Harry is not perfect, experiences unfair treatment, and has both friends and enemies. Readers admire his resourcefulness in resolving problems. Some readers have admitted to achieving a goal, such as mastering a musical instrument, based on Harry's example of persistence and determination. Others have said they wished they had magical powers because they would be empowered to defend themselves against bullies.

Readers are enchanted by the different elements of fantasy, mystery, suspense, and horror mixed in with the realism of ordi-

nary school events at Hogwarts. They know that the books usually have happy endings and that Harry resolves conflicts with dignity, refusing to cheat on schoolwork or defeating his Quidditch foes with deceitful actions. Harry represents who the readers wish they were. The books' details and Harry's characterization enable readers to feel immersed in the story, almost like a dream some people explain, and fictionally interact with the protagonist.

## SALES, PRIZES, AND FAME

The Harry Potter series has achieved unprecedented bestseller status. The books have been included on every major bestseller list in Great Britain and the United States and dominated them for weeks. Rowling's books were the first children's books included on the *New York Times' Bestseller* list since E.B. White's *Charlotte's Web* in 1952. Beginning on November 28, 1999, Rowling's three novels were ranked in the first three positions on the *New York Times' Bestseller* list. When Amazon.com, both in the United States and Great Britain, offered internet customers the opportunity to pre-order Book IV in the spring of 2000, so many orders were placed that the unpublished book achieved bestseller status.

The commercial success of the series has resulted in the American publisher printing extraordinarily large first runs of half a million copies. Several paper mills and printing plants work overtime to meet the publisher's demands. Millions of copies of both hardback and paperback editions have been sold in the United States, and record-breaking sales have occurred in almost every country where the Potter series is sold. Many read-

ers, including children, are choosing to purchase hardcover editions instead of paperbacks because they plan on collecting the series and saving it for the future.

When Book III was released in Great Britain, the publisher asked stores to not sell the book until English schools were closed for the day to prevent truancy. Adults and children paced in anticipation for the appointed time. Reporters compared the frenzy to crowds forming on docks and waiting for ships carrying Charles Dickens' novels. Prior to the release day, a few stores dramatized the upcoming event by displaying Book III in a guarded cage or chaining it in the front window. Some stores hosted parties to celebrate the book's debut, and "Spot Harry" contests involved fans looking for actors dressed like Harry. Another publicity event involved a steam engine designed like the Hogwarts Express being displayed at King's Cross station in recognition of the paperback release of Book II.

Rowling has become famous. Thousands of fans flock to bookstores and stand in line for hours to meet her at book signings and readings. Sometimes Rowling's car has to circle the block until her assistants can clear a way for her to enter the store. Reporters have compared the crowd's reaction to her arrival to that of the Beatles' first America tour. Overwhelmed bookstores have resorted to handing out a specific number of tickets to limit the size of crowds. At a few stores, disgruntled fans have reacted angrily at not being admitted.

Publishers have released variations of the basic Harry Potter book. A boxed set of the first three volumes is available. Large print editions and Braille copies have also been produced. Book club editions are sold through groups with specific interests,

such as science fiction and fantasy book clubs or by school distribution. Rosie O'Donnell picked *Harry Potter and the Prisoner of Azkaban* as the inaugural selection of her Rosie's Readers children's book club. Both chain and independent bookstores prominently display the novels, stacking hundreds of copies above shelves and placing recommended books considered similar to the Potter series nearby.

In Great Britain, Germany, and Italy, copies with covers depicting photographs instead of artwork are intended for adult readers. These more mature appearing versions are popular among commuters who felt compelled to conceal the novels behind newspapers. Unabridged audiotapes and CDs of all three books feature the voice of Jim Dale, a Broadway actor whose credits include the movie *Pete's Dragon* (1977).

The novels have been honored with a variety of awards. Even the audio versions have received recognition, including being nominated for a Grammy. British children voted for Rowling as the winner of three consecutive Smarties Gold Awards. She also was selected Author of the Year at the British Book Awards.

## HARRY IN TRANSLATION

Harry has enchanted people worldwide, and his magic connects people from different cultures with a common bond. Imagination, humor, and empathy are not confined by geographical borders, skin color, or language. Even though Harry is a British schoolboy, his fears and joys are familiar to most humans regardless of where they live. People understand the universal feelings of shyness and insecurity as well as the concepts of respect and justice. The name Harry Potter is recognizable to native speakers of languages ranging from Arabic to Chinese.

Bloomsbury Publishing has exported books and contracted with foreign publishers, selling 30 million copies globally as of June 2000. The novels have been translated into at least 28 languages for sale in 130 countries, including Australia, Austria, Brazil, Bulgaria, Canada, China, Croatia, the Czech Republic, Denmark, Estonia, Finland, France, Germany, Great Britain, Greece, Holland, Hungary, Iceland, Indonesia, Israel, Italy, Japan, Korea, New Zealand, Norway, Poland, Portugal, Romania, Spain (in Castilian and World Catalan dialects), South Africa, Sweden, Switzerland, and the United States. The series has been included on bestseller lists throughout the world.

Although the Muggle and wizard cultures in which Harry lives are quite different from other cultures, readers nonetheless recognize universal concepts. The exotic details to readers outside Britain enhance the series' fantastical nature. While British readers acknowledge aspects of their own culture and even feel nostalgic or sentimental about boarding schools, foreigners perceive the story as a glimpse through a magical window into another world. They may identify with the humanity of the characters and the universality of the themes, but the specifics of the story are reminiscent of watching a documentary with explanatory subtitles.

## HARRY'S FANS

Harry Potter exists in yet another sphere separate from Muggles and Hogwarts: in fandom the factual and fictional worlds coexist in the form of fan clubs, small and large, and public events commemorating the series. Bloomsbury Publishing receives thousands of letters from fans, both children and adults, wanting to join the Harry Potter Fan Club. Members receive a certificate, embossed with Hogwarts' crest and motto, that declares the fan is "an honorary pupil of Hogwarts, a personal friend of Harry Potter's, a fierce opponent of the dark side and a thoroughly good egg."

The Unofficial Harry Potter Fan Club hosts a web page where fans can be sorted into one of the Hogwarts Houses. The site offers free Quidditch e-mail accounts and posts fan fiction and art. Interactive games, crafts, and articles are available on this page. The club also offers an on-line version of *The Daily Prophet* written by fans. Fans can read news and rumors and explore the numerous links to other Harry Potter sites. Another indicator of fan reaction to the series is how many people identify themselves with characters' names or a reference from the books as part of their e-mail address. Rowling occasionally schedules chats with fans on Scholastic's web page and answers questions.

While waiting for new novels to be released, fans join groups such as the Harry Potter Withdrawal Club sponsored by Joseph-Beth Booksellers in Cincinnati, Ohio, or other so-called Harry Potter Deprivation Clubs. Bookstores provide fans packets of information about the novels and suggestion lists of similar stories. Fans gather monthly to discuss those books. Young fans can also promote the books for more awards, such as voting for Nickelodeon's Annual Kids' Choice Awards.

## MERCHANDISE

Rowling's agent, Christopher Little, receives as many as one hundred inquiries daily from people wanting to use Harry Potter's name to market their goods. Most ideas are rejected because Rowling is protective of her creative property and does not want him to be crudely commercialized. And many readers also say that they prefer to imagine Harry instead of having action figures that depict him. So far, the major merchandising approval has been granted to Mattel and Hasbro to produce Harry Potter toys, broomsticks, board and video games, trading cards, candy, and electronics. Fans hope that Warner Brothers might build a Harry Potter theme park and that a cartoon might be produced.

## HARRY IN THE NEWSPAPER AND ON SCREEN

References to Harry in comic strips and on television programs indicate how the series is influencing popular culture. So far, "Family Circus" and "Peanuts" have featured characters praising Harry. Editorial cartoons in the *Cincinnati Enquirer* and the *New Yorker* have commented on the books' popularity and the potential for copycat books to be quickly produced. A *Newsweek* business article described the quick

success of a new business as being like Harry Potter.

Harry was mentioned in a "Saturday Night Live" skit. A father read part of a Potter novel to his daughter on the drama "Time of Your Life." In the television show "Once and Again," the Potter novels are twelve-year-old Jessie Sammler's favorite books. The final "Jeopardy" answer during that game show's college championship play was "which title character's school has the motto 'Never Tickle a Sleeping Dragon'?" but none of the contestants knew the question (they suggested "Who is Holden Caulfield?" and "Who is Pete of 'Pete's Dragon'?")

The movie version of Book I is scheduled for release in November or December of 2001. Steve Kloves (*Racing with the Moon*, 1984; *Flesh and Bone*, 1993) wrote the script. As of March 2000, Steven Spielberg decided not to direct the film, and Chris Columbus (*Home Alone*, 1990; *Mrs. Doubtfire*, 1993) was selected as director. Rowling insisted that the movie must be set in Great Britain and star a British actor playing Harry.

## HARRY'S DETRACTORS

See Chapter 15, Moral and Social Codes for a discussion of objections to Harry Potter novels by parents identifying themselves as conservative Christians.

## THE WHITBREAD PRIZE CONTROVERSY

Although Harry Potter survived banning, for the most part, he was the subject of an intense debate among British critics about his literary merits. In early 2000, the Whitbread Book of the Year rules were changed so that children's books could be considered for the prize. *Harry Potter and the Prisoner of Azkaban* won the children's award and challenged Seamus Heaney's translation of "Beowulf" for the main award. The judges engaged in bitter arguments, with the Heaney supporters attacking the Potter novel as being an inferior book. Newspapers reported how judges blamed the Potter books for encouraging adults to be immature. They said the book could not be considered a classic and that popularity should not be equated with excellence. The Potter promoters stressed that children's literature deserves to be respected and not belittled.

## READING FOR RESEARCH

Harris, Cheryl, and Allison Alexander, eds. *Theorizing Fandom: Fans, Subculture, and Identity*. Cresskill, NJ: Hampton Press, 1998. A study of how fans of books and popular culture organize and interact.

Holbrook, David. *Creativity and Popular Culture*. Rutherford, NJ: Fairleigh Dickinson University Press, 1994. Discusses how moral and ethical issues can affect children's creativity.

Jenkins, Henry, ed. *The Children's Culture Reader*. New York: New York University Press, 1998. Information about the role of mass media in children's lives.

## Internet Resources

American Library Association's Office for Intellectual Freedom
   http://www.ala.org/oif.html

The National Coalition Against Censorship
   http://www.ncac.org/

Internet Movie Data Base
   http://www.imdb.com

Log on to www.beachampublishing.com for many additional projects, discussion questions, writing and research ideas, websites, and bibliography.

# Chapter 2



# INTERPRETATIVE BIOGRAPHY OF J. K. ROWLING

*"I have very vivid memories of how it felt to be Harry's age."* —J.K. ROWLING

*"I wrote something that I knew I would like to read now. But I also wrote something that I knew I would have liked to have read at age 10."*
—J.K. ROWLING

## BOOKS BY ROWLING

*Harry Potter and the Philosopher's Stone*, Great Britain, 1997; published as *Harry Potter and the Sorcerer's Stone*, U.S., 1998
*Harry Potter and the Chamber of Secrets*, Great Britain, 1998, U.S., 1999
*Harry Potter and the Prisoner of Azkaban*, 1999
*Harry Potter and the Goblet of Fire*, 2000

## ABOUT THE AUTHOR

### — Early Life —

Joanne Kathleen Rowling has written fiction since she was a child and always aspired to be an author. The daughter of Peter and Anne Rowling, she was born on July 31, 1965, at the Chipping Sodbury General Hospital in Gloucestershire England. The Rowling family lived at Yate, near Bristol. Rowling describes herself as an introverted child who read books, invented stories, and lived in a fantasy world populated by imaginary friends. Her parents were avid readers who stocked their house with books, and Rowling recalls her father reading her *The Wind in the Willows* when she was sick with measles. She enjoyed telling the stories she made up to her younger sister Diana. They wanted a rabbit as a pet but never received one, and Rowling's first lengthy story, entitled "Rabbit," was about a hare who had the measles. Another story featured Diana falling into a rabbit hole where the rabbits took care of her. Foreshadowing her first book published twenty years later, she wrote a tale about seven enchanted diamonds.

The Rowling family moved from Yate to nearby Winterbourne where Rowling and her sister played with neighborhood children, including a family named Potter. Her friends called her Jo, which she liked, but she loathed the pronunciation of her last name because children teased her with jokes about rolling pins and rolling stones. Her father, a manager and engineer for Rolls-Royce, and her mother, a laboratory technician, relocated their family to Tutshill near the Welsh border town of Chepstow situated in the Forest of Dean. Rowling's parents, native Londoners, had dreamed of providing a country home for their daughters who roamed in the fields and explored the Wye River region. Rowling says she was a quiet, freckled, unathletic, bookish girl who wore glasses and earned mostly high grades at Tutshill Primary School. She initially despised Tutshill because her teachers thought she was dumb because she had not been taught fractions at her previous school.

At Wyedean Comprehensive, Rowling enjoyed English classes. She also read books written by Jane Austen (her favorite author), Elizabeth Goudge, Clement Freud, Paul Gallico, Ian Fleming, and Roddy Doyle for pleasure. Her mother gave her a copy of one of her favorite childhood books, Goudge's *The Little White Horse*, when Rowling was eight years old. During lunch, she spun stories for her friends as they ate, featuring them as courageous heroines who tried to perform acts of kindness but often became involved in humorous predicaments. Rowling privately dreamed of writing books and seeing them sold in stores, but she did not confide her hopes for fear people would discourage her, saying she lacked talent. Gaining confidence as she grew older, she became more vocal publicly but

was secretive about her writing as a teenager. She was selected Head Girl in her last year at school.

## — Early Career —

Rowling earned a French and Classics degree from Exeter University; she credits this education with later helping her invent clever fictional names. Her parents had advised her to focus on languages to become a bilingual secretary, a career that Rowling says she was ill-suited for because she was too disorganized. She preferred writing stories to taking minutes or typing correspondence. During her college studies, she was an auxiliary teacher in Paris to earn credits toward her degree.

For two years she was employed by Amnesty International in London to research human rights issues in Africa before moving to Manchester where her college boyfriend worked. Rowling attained an office position, first at the local university, then at the city's chamber of commerce. In 1980, her mother developed multiple sclerosis. Her mother's death in 1990, as well as a robbery and being fired from her job, resulted in Rowling reevaluating her life. Remembering her teaching assignment in Paris, Rowling considered returning to education as a career and took a class in teaching English as a second language.

## — Harry's Beginning —

Throughout her twenties, she continued to write fiction. During the pre-Harry Potter period that she considers to have been her writing apprenticeship, Rowling penned short stories

and finished two novels for adult readers, but she did not submit them to publishers because she questioned their literary merit. Rowling was focusing on a novel for adults when the idea about Harry Potter suddenly appeared in her thoughts. While sitting on a stalled train en route from Manchester to London in the summer of 1990, Rowling says "Harry just strolled into my head fully formed." She explains that "It's as mysterious to me as to anyone else." She used the four hour wait to think about him. She realized that he was a pre-adolescent, orphaned boy named Harry Potter who learned that he was a wizard, which explained why unusual things happened in his presence. The book's basic premise would be Harry's search for his identity while he countered evil villains to save good characters and preserve sanctuaries where they would be protected. Rowling decided that Harry's adventures would be addressed in seven books, each novel a part of an ongoing saga that described a year at a wizard school where he was invited to attend.

As soon as the train reached King's Cross station in London, she rushed home to jot down her ideas. During the next five years, Rowling outlined the plots for each book and began writing the first novel. She devised clever names for characters and settings and kept boxes of notes with details about her imaginary world. Through such extensive and exacting planning, Rowling was able to include what seemed to be inconsequential references to characters or events in early stories that actually