AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

**APPEARANCE**

Case Number: 07-9667

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RDR Books

I certify that I am admitted to practice in this court.

| 1/31/2008 | *signature* |
|---|---|
| Date | Signature |
| | Anthony T. Falzone |
| | Print Name / Bar Number |
| | Stanford Law School, 559 Nathan Abbott Way |
| | Address |
| | Stanford / CA / 94305 |
| | City / State / Zip Code |
| | (650) 736-9050 / (650) 723-4425 |
| | Phone Number / Fax Number |