**Stanford Law School**

Fair Use Project
Center for Internet and Society

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel 650 723-5205
Fax 650 723-4426
cyberlaw.stanford.edu

RECEIVED FEB - 8 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

VIA FAX (212) 805-7917

February 7, 2008

Hon. Robert P. Patterson, Jr.
U.S. District Court for the Southern District of New York
500 Pearl Street,
New York, NY 10007

**MEMO ENDORSED**

Re: **Warner Bros. Entertainment Inc., et al. v. RDR Books**
    **Case No.: 07 CV 9667 (RPP)**

Dear Judge Patterson:

We represent Defendant RDR Books in the above-entitled matter. I write regarding Defendant's opposition to Plaintiffs' motion for preliminary injunction due to be filed tomorrow, Friday February 8, 2008. Included with our opposition papers will be the declaration of David Harris and six supporting exhibits. The size of this declaration with exhibits totals more than 15 megabytes, and is too large to be filed electronically.

Defendant RDR Books therefore respectfully requests the Court's permission to file the Harris declaration and six exhibits in hard copy.

Sincerely,

Julie A. Ahrens

cc: Melanie Bradley

*Application Granted*
*So ordered*
*Robert P. Patterson*
*USDJ*
*2/8/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08