# EXHIBIT 1

**EXHIBIT FILED IN HARD COPY
WITH COURT CLERK**