# EXHIBIT 2

**EXHIBIT FILED IN HARD COPY
WITH COURT CLERK**