Warner Bros. Entertainment Inc. et al v. RDR Books et al

Doc. 48 Att. 3

# EXHIBIT 3

**EXHIBIT FILED IN HARD COPY
WITH COURT CLERK**