Warner Bros. Entertainment Inc. et al v. RDR Books et al

Doc. 48 Att. 4

# EXHIBIT 4

**EXHIBIT FILED IN HARD COPY
WITH COURT CLERK**