# EXHIBIT 6

**EXHIBIT FILED IN HARD COPY WITH COURT CLERK**