# EXHIBIT 7

**EXHIBIT FILED IN HARD COPY
WITH COURT CLERK**