# EXHIBIT 1

Warner Bros. Entertainment Inc. et al v. RDR Books et al								Doc. 49 Att. 1

Dockets.Justia.com

| DATE | PUBLICATION | RESPONSIVE | DESCRIPTION |
|---|---|---|---|
| 12/31/07 | People Magazine | No | Article about the top books and movies of 2007. |
| 12/17/07 | Pottercast – The Harry Potter Podcast | Yes | Interview goes into depth about the specific layout of Rowling's companion book. Interview also quotes Rowling saying it may be 10 years until the companion book is published. |
| 10/28/07 | The Sunday Telegraph (UK) | Yes | "Later, asked what she was going to write next, Ms Rowling said that it would not be the long-awaited Harry Potter encyclopedia . 'It's the first time in 10 years that I have no deadline,' she added. 'But I will always write.'" |
| 10/28/07 | The Sunday Telegraph (London) | Yes | "Later, asked what she was going to write next, Ms Rowling said that it would not be the long-awaited Harry Potter encyclopedia . 'It's the first time in 10 years that I have no deadline,' she added. 'But I will always write.'" |
| 10/24/07 | The Toronto Sun | No | Brief sentence mentioning she may write an encyclopedia. Most of the article is about the impact of publicly revealing that Dumbledore was homosexual. |
| 10/24/07 | The Ottawa Sun | No | Brief sentence mentioning she may write an encyclopedia. Most of the article is about the impact of publicly revealing that Dumbledore was homosexual. |
| 10/24/07 | The Gazette (Montreal) | | |
| 10/23/07 | Reuters News | No | Briefly mentions Rowling plans to write an encyclopedia. The article is mostly about Rowling's shock at the public's reaction after announcing her character Dumbledore was homosexual. |
| 10/23/07 | Reuters News | No | Briefly mentions Rowling plans to write an encyclopedia. The article is mostly about Rowling's shock at the public's reaction after announcing her character Dumbledore was homosexual. |
| 10/20/07 | The Daily Telegraph (Australia) | No | Briefly mentions Rowling has not begun to write the encyclopedia. |
| 10/16/07 | Los Angeles Times | Yes | Article is about a book tour for American school children. The article states: "When someone asked how a reported Harry Potter encyclopedia was going, Rowling simply laughed. "It's not coming along," she said, "and I haven't started writing it. I never said it was the next thing I'd do."" |
| 9/24/07 | The Capital (Annapolis, MD) | Yes | Although Rowling is not quoted, it says the encyclopedia could be published within 2 years: "Though Ms. Rowling plans on releasing an encyclopedia to tie up a few loose ends pertaining to characters in the revered series, that encyclopedia could come as late as two years from now, and the question is still unresolved." |
| 8/20/07 | Home News Tribune (East Brunswick, NJ) | No | Review of the seventh Harry Potter book, briefly mentions that Rowling plans to write an encyclopedia. |
| 8/6/07 | The Tech (University Wire) | No | Review of fifth Harry Potter film. |
| 8/3/07 | VNU Business Media, The Bookseller | No | Discusses the impact of the final Potter book in India. |
| 8/2/07 | The Washington Post (regional edition) | No | Quotes a child saying he's waiting for Rowling to complete her encyclopedia. |

| | | | |
|---|---|---|---|
| 8/2/07 | Contra Costa Times (California) | No | Quotations from school children about the Potter books. |
| 7/31/07 | Contra Costa Times (California) | No | Quotations from school children about the Potter books. |
| 7/30/07 | Newstex Web Blogs, Gryffindor Gazette | No | Briefly mentions that Rowling may write an encyclopedia. Mostly a plot review of the last Potter book. |
| 7/30/07 | Contra Costa Times (California) | No | List of quotations from child fans reacting to the plot of the last book in the series. |
| 7/29/07 | The Gazette (Montreal) | | |
| 7/29/07 | The Anniston Star | | |
| 7/27/07 | Harvard Crimson (University Wire) | No | Briefly mentions Rowling announced that she plans to write an encyclopedia. Mostly a plot review of the last Potter book. |
| 7/27/07 | Reuters News | No | Article mentions how many fans are mourning the end of the Potter series. |
| 7/27/07 | Evening News (Edinburgh) | No | Rowling is currently writing two fiction books, but is in no rush to publish them. |
| 7/26/07 | UPI (Edinburgh, Scotland) | Yes | States that Rowling is planning to write an encyclopedia, but isn't ready to start writing it. It quotes: ""I'm not going to do it tomorrow because I'd really like a break," Rowling said during the interview at Edinburgh Castle, "so you may be waiting."" |
| 7/26/07 | UPI | Yes | States that Rowling is planning to write an encyclopedia, but isn't ready to start writing it. It quotes: ""I'm not going to do it tomorrow because I'd really like a break," Rowling said during the interview at Edinburgh Castle, "so you may be waiting."" |
| 7/26/07 | Reuters News | No | Article mentions how many fans are mourning the end of the Potter series. Also mentions pirated copies of the book are being sold in China. |
| 7/26/07 | MSNBC, Countdown | No | Interview with Rowling about writing the final Potter book. |
| 7/26/07 | The Financial Times Limited | No | Article about the impact of the Potter books on book sales in general |
| 7/26/07 | Hindustan Times | No | Brief article outlining Rowling's basic plans for the encyclopedia. |
| 7/26/07 | Asian News International | | |
| 7/25/07 | World Entertainment News Network | | |
| 7/25/07 | Los Angeles Times | No | Briefly mentions Rowling plans to write an encyclopedia. |
| 7/25/07 | Newstex Web Blogs, Gryffindor Gazette | Yes | The article quotes Rowling: ""I need to be off ... writing," Rowling admitted in the interview, which took place Tuesday in Edinburgh, Scotland. "I think I probably will [do a Harry Potter encyclopedia.] ... The raw material is all in my notes. ... But I'm not going to do it tomorrow, because I'd really like a break. I want to take a break from publishing for a little while. You know, I've still got a young family [her 4-year-old son David Gordon and 2-year-old daughter Mackenzie Jean]. So you may be waiting."" The article also elaborates several new plot details that she plans to include in the encyclopedia. |
| 7/19/07 | South Bend Tribune | No | Description of events planned for Potter midnight release parties. |
| 7/19/07 | Newstex Web Blogs, CanuckFlack | No | Briefly mentions Rowling plans to write an encyclopedia. Suggests other companion books Rowling could write. |
| 7/18/07 | Daily Press (Newport News, VA) | No | Answers general questions from fans about the Potter series. |
| 7/15/07 | Sun-Sentinel (Fort Lauderdale, FL) | No | Briefly mentions that Rowling may write an encyclopedia. The article is mostly Rowling's responses to plot inquires regarding the seventh book in the series. |

| | | | |
|---|---|---|---|
| 7/12/07 | The Financial Times, The Statesman (Indiana) | Yes | Mentions that Rowling plans to write an encyclopedia, and quotes her agent saying that she retained all the rights to the series, including any companion books. The article also says there's been 190 unofficial companion books published, and quotes an author of one who said he did not profit greatly from it. |
| 7/9/07 | Windsor Star (Ontario) | | |
| 7/9/07 | The Vancouver Sun (British Columbia) | | |
| 7/9/07 | The Vancouver Sun (British Columbia) | | |
| 7/9/07 | Ottawa Citizen | | |
| 7/9/07 | National Post (The Financial Post) (Canada) | | |
| 7/9/07 | Edmonton Journal (Alberta) | | |
| 7/9/07 | The Daily Telegraph (London) | No | Briefly mentions Rowling plans to write an encyclopedia. The article is mostly about fans petitioning Rowling to continue writing Harry Potter fiction after the seventh book. |
| 7/8/07 | Sunday Tribune (South Africa) | No | Mentions that Rowling plans to write an encyclopedia, and quotes her agent saying that she retained all the rights to the series, including any companion books. The article also says there's been 190 unofficial companion books published, and quotes an author of one who said he did not profit greatly from it. Also says that sales of the encyclopedia would rival those of the books. |
| 7/1/07 | Newsday (Melville, NY) | No | Briefly mentions that Rowling may write an encyclopedia. The article is mostly Rowling's responses to plot inquires regarding the seventh book in the series. |
| 7/1/07 | Newsday (New York) | No | Briefly mentions that Rowling may write an encyclopedia. The article is mostly Rowling's responses to plot inquires regarding the seventh book in the series. |
| 5/27/07 | St. Louis Dispatch (Missouri) | No | General article about the publication of the final book. |
| 5/25/07 | The Globe and Mail (Canada) | Yes | Mentions at least a dozen new unofficial Potter books will be published this year. |
| 5/18/07 | VNU Business Media, The Bookseller | Yes | A Bloomsbury spokesman is quoted to say that Rowling has not confirmed any specific plans to them about publishing the encyclopedia |
| 5/16/07 | Fort Worth Star-Telegram (Texas) | No | Brief article mentioning Rowling plans to write an encyclopedia. |
| 5/15/07 | Hindustan Times | No | Brief article mentioned Rowling is preparing to write an encyclopedia, and sales of such a book would rival those of her previous novels. The article quotes her agent saying that Rowling retains all the rights to the series. |
| 5/15/07 | The Gazette (Montreal) | | |
| 5/14/07 | The Sunday Telegraph (UK) | | |
| 5/14/07 | The Vancouver Sun (British Columbia) | | |
| 5/14/07 | Sydney MX (Australia) | | |
| 5/14/07 | The Sun (England) | No | Brief article mentioning Rowling may write an encyclopedia. |
| 5/14/07 | Ottawa Citizen | | |

| | | | |
|---|---|---|---|
| 5/14/07 | MX (Australia) | No | Brief article mentioning Rowling may write an encyclopedia. |
| 5/14/07 | MX (Brisbane) | | |
| 5/14/07 | MX (Brisbane) | | |
| 5/14/07 | The Independent (London) | No | Brief article about Rowling donating money to help find a missing child. |
| 5/14/07 | Hindustan Times | No | Brief article mentioning Rowling may write an encyclopedia. |
| 5/14/07 | Evening News (Edinburgh) | No | Briefly mentions Rowling may write an encyclopedia. The article mostly quotes Rowling condemning websites posting spoilers to the upcoming final Potter novel. |
| 5/14/07 | Daily Star (UK 1st Edition) | No | Mentions that Rowling plans to write an encyclopedia, and quotes her agent saying that she retained all the rights to the series, including any companion books. |
| 5/14/07 | Daily Star (Scottish Edition) | No | Mentions that Rowling plans to write an encyclopedia, and quotes her agent saying that she retained all the rights to the series, including any companion books. |
| 5/14/07 | Daily Star (UK 1st Edition) | No | Mentions that Rowling plans to write an encyclopedia, and quotes her agent saying that she retained all the rights to the series, including any companion books. |
| 5/14/07 | Daily Star (Scottish Edition) | No | Mentions that Rowling plans to write an encyclopedia, and quotes her agent saying that she retained all the rights to the series, including any companion books. |
| 5/14/07 | The Calgary Herald (Alberta) | | |
| 5/14/07 | Hindustan Times, Asian News International | No | Brief article mentioning Rowling may write an encyclopedia. |
| 5/13/07 | The Sunday Telegraph (London) | No | Mentions that Rowling plans to write an encyclopedia, and quotes her agent saying that she retained all the rights to the series, including any companion books. The article also says there's been 190 unofficial companion books published, and quotes an author of one who said he did not profit greatly from it. |
| 5/13/07 | Sunday Express | No | Brief article mentioning Rowling may write an encyclopedia. |
| 9/14/05 | The Mirror | No | Brief article mentioning Rowling may write an encyclopedia. Article is a collection of facts about the series. |
| 8/7/05 | Daily Star (UK) | No | Brief article mentioning Rowling may write an encyclopedia. |
| 8/5/04 | Orlando Sentinel (Florida) | No | Brief article mentioning Rowling may write an encyclopedia. |
| 8/5/04 | The Mercury (Australia) | No | Brief article mentioning Rowling may write an encyclopedia. |
| 8/4/04 | The Times Union (Albany, NY) | No | Brief article mentioning Rowling may write an encyclopedia. |
| 8/4/04 | Pittsburgh Post Gazette (Pennsylvania) | No | Brief article mentioning Rowling may write an encyclopedia. |
| 8/4/04 | Calgary Sun (Alberta, Canada) | No | Briefly states that Rowling plans to write an encyclopedia and donate the profits to charity. |
| 8/3/04 | MX (Melbourne, Australia) | No | Briefly states that Rowling plans to write an encyclopedia and donate the profits to charity. |
| 8/2/04 | United Press International | No | Brief article mentioning Rowling may write an encyclopedia. |
| 8/2/04 | United Press International (London) | No | Brief article mentioning Rowling may write an encyclopedia. |
| 8/1/04 | Sunday Mirror | No | Brief article mentioning Rowling may write an encyclopedia. |
| 12/30/01 | The Sun Herald (Sydney, Australia) | | |

| | | | |
|---|---|---|---|
| 12/24/01 | The Vancouver Province (British Columbia) | | |
| 12/24/01 | Bristol Evening Post | | |