Warner Bros. Entertainment Inc. et al v. RDR Books et al

Doc. 49 Att. 4

# EXHIBIT 4

Dockets.Justia.com

Copyright 2007 Financial Times Information
All Rights Reserved
Global News Wire - Europe Intelligence Wire
Copyright 2007 Telegraph PLC Source : Financial Times Information Limited - Europe Intelligence Wire
The Sunday Telegraph (United Kingdom)

May 13, 2007 Sunday

**ACC-NO:** A2007051441-14B4D-GNW

**LENGTH:** 898 words

**HEADLINE:** AFTER THE FINAL BOOK, A NEW CHAPTER FOR HARRY AND JK

**BYLINE:** JAMES LANGTON

**BODY:**

WHATEVER the fate of Harry Potter in his final book, one thing seemed sure: there would be a parting of the ways from  J K Rowling.

Now, however, it appears that the seventh volume in the series may not spell the end of their relationship after all.

The multi-millionaire writer is understood to be preparing for one last look at the world of Harry, Hermione, Dumbledore and Voldemort after the publication of Harry Potter and the Deathly Hallows in July.

Using background notes from the past decade, Rowling, 41, is set to compile an encyclopedia of magic to create the  ultimate guide to the world of wizardry.

It would cover historical figures, such as the founders of Hogwarts school, along with elaborate genealogies of the  main characters.

It would also provide a chance to flesh out other figures who merit only a passing mention in the books.

In March, Rowling described her sadness at reaching the end of the series.

"I always knew that Harry's story would end with the seventh book, but saying goodbye has been just as hard as I always knew it would be," she wrote on her website.

"I've never felt such a mixture of extreme emotions in my life, never dreamed I could feel simultaneously heartbroken and euphoric."

But suggestions of the plan have now appeared on her website, JKRowling.com.

Despite telling fans that it was "highly unlikely" that she would write any more Harry Potter novels,  she wrote: "I might do an eighth book for charity, a kind of encyclopedia of the world so that I could use all the   extra material that's not in the books."

The tantalising possibility has been confirmed by her agent, Christopher Little, who said Rowling had "retained all the rights in the Harry Potter series" and pointed out that this included any companion books "which  she may indeed write herself".

The prospect of an authorised Harry Potter encyclopedia will have fans and booksellers salivating. Rowling's notes are believed to be almost as detailed as those made by JRR Tolkien for his fantasy Middle-earth, the setting of The Hobbit and his The Lord of the Rings trilogy.

Sales of the encyclopedia would almost certainly rival those of Deathly Hallows, which has advance sales of 1.5million on the internet store Amazon alone. It is tipped to break publishing records when it goes on worldwide sale   on July 21.

An industry of Harry Potter books already exists. In addition to the seven books by Rowling, there are estimated to  be about 190 Harry Potter-related titles cashing in on the success of the series, including What Will Happen in

Book 7?, a book of predictions from the Harry Potter fan site MuggleNet.com which has sold 300,000 copies in the US. Other titles include a business book called If Harry Potter Ran General Electric and Harry Potter and the Torah, which offers a Jewish perspective.

In 2001, Rowling wrote two slim companion Hogwarts schoolbooks. Quidditch Through the Ages and Fantastic Beasts and Where to Find Them have raised more than pounds 15 million for Comic Relief.

George Beahm, an American author who has written the bestselling Muggles and Magic: An Unofficial Guide to JK Rowling and the Harry Potter Phenomenon, said: "I certainly think there is room for more books given the place of the Harry Potter series in the fictional universe," he said. "For my part, I've made no great riches - but it's been a lot of fun."

Rowling, who as a penniless single mother living in Edinburgh in the early 1990s struggled to find a publisher for the first book, has seen her life transformed by the Harry Potter phenomenon. Now the richest woman in Britain with an estimated fortune of pounds 545 million, she is married to Neil Murray, a doctor.

The couple have two young children in addition to Rowling's daughter from her first marriage to Jorge Arantes, a Portuguese television journalist. Meanwhile, her writing talents have helped to create one of the world's most successful brands.

With reports that the author is in negotiations to build a Harry Potter theme park in Florida, the bespectacled boy wizard now rivals Disney's Mickey Mouse as a corporate cash machine.

The fifth film in the series, Harry Potter and the Order of the Phoenix, starring Daniel Radcliffe as Harry, opens on July 13 and is expected to rival newly-released Spider-Man 3 for the biggest box office opening weekend in history.

Potter in numbers

* J K Rowling is estimated to be worth pounds 545 million and is richer than the Queen

* The British edition of the seventh book, Harry Potter and the Deathly Hallows, is 608 pages. The super-sized US edition is 784 pages.

* Worldwide sales of the seven titles have now topped 300million.

* The books have been translated into at least 66 other languages, including Serbian, ancient Greek and Mandarin Chinese, where the hero is called Ha-li Po-te.

* About 500 copies of the first edition, the first printing of the original Harry Potter and the Philosopher's Stone, were published by Bloomsbury in 1997. Surviving copies now change hands for up to pounds 20,000.

* Rowling's fifth book, Harry Potter and the Order of the Phoenix, sold 6.9 million copies in the first 24 hours - more than The Da Vinci Code sold in that year.

* Of the four films released to date, three are in the top 10 of worldwide box office receipts.

* There are more than 400 licensed Harry Potter products, including video games and an iPod.

**LOAD-DATE:** May 14, 2007