Warner Bros. Entertainment Inc. et al v. RDR Books et al

Doc. 50 Att. 1

# EXHIBIT 1



Steve Vander Ark

### The Definitive Guide to All Things Potter

Based on the world-renowned *Harry Potter Lexicon* website, which attracts 25 million visitors each year, Steve Vander Ark's definitive encyclopedia is a popular and scholarly work. *The Lexicon* has been the subject of more than 1,000 articles from Bombay to Boston. Featured in *The New York Times*, the *London Times*, the *Los Angeles Times*, the *Washington Post*, the *International Herald Tribune*, the Associated Press, *USA Today*, *Library Journal*, and on CNN and Fox News, *The Lexicon* is written by an outstanding team of reference experts. *The Lexicon* is a comprehensive and entertaining work ideal for readers, researchers, students, librarians, and academics.

Librarian Steve Vander Ark is creator of the *Harry Potter Lexicon* website and this book. He frequently keynotes academic conferences on the Harry Potter novels in America, Canada, and the United Kingdom. Vander Ark has been interviewed by *The New York Times* and on NBC's *Today Show*, the BBC, and A&E.

Harry Potter and the names of fictitious people and places in the Harry Potter novels are trademarks of Warner Bros. Entertainment, Inc. This book is not written, prepared, approved, or licensed by Warner Bros. Entertainment, Inc., Scholastic Corporation, Raincoast Books, Bloomsbury Publishing Plc, or J.K. Rowling, nor is the author, his staff members, www.HP-Lexicon.org or the publisher in any way affiliated with Warner Bros. Entertainment, Inc., Scholastic Corporation, Raincoast Books, Bloomsbury Publishing Plc, J.K. Rowling, or any other person or company claiming an interest in the Harry Potter works.

LITERARY REFERENCE / CRITICISM
$24.95

RDR Books

ISBN : 978-1-57143-174-5

9 781571 431745

The Lexicon



# The Lexicon

### An Unauthorized Guide to Harry Potter Fiction and Related Materials

### by Steve Vander Ark

Harry Potter and the names of fictitious people and places in the Harry Potter novels are trademarks of Warner Bros. Entertainment, Inc. This book is not written, prepared, approved, or licensed by Warner Bros. Entertainment, Inc., Scholastic Corporation, Raincoast Books, Bloomsbury Publishing Plc, or J.K. Rowling, nor is the author, his staff members, www.HP-Lexicon.org or the publisher in any way affiliated with Warner Bros. Entertainment, Inc., Scholastic Corporation, Raincoast Books, Bloomsbury Publishing Plc, J.K. Rowling, or any other person or company claiming an interest in the Harry Potter works.