UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
WARNER BROS. ENTERTAINMENT INC. and         :
J.K. ROWLING,                                :          No. 07-CV-9667
                                             :          (RPP)
                                             :
               Plaintiffs,                   :
                                             :
        - against -                          :
                                             :
RDR BOOKS and DOES 1-10,                     :
                                             :
               Defendants                    :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF JANET SORENSEN IN OPPOSITION
### TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, JANET SORENSEN, declare and state that:

    1.     I am a tenured associate professor in the English Department at the University of California at Berkeley. I have been teaching and researching at the university faculty level for fourteen years. I teach British and American Literature from the seventeenth through twentieth centuries. My field of specialization is eighteenth-century British literary studies, with a particular interest in language, lexicons, and dictionaries. In addition to my book, *The Grammar of Empire in Eighteenth-Century British Writing* (Cambridge 2000), which examined literary and linguistic relations between England and Scotland, I have published numerous essays, including research on Dr. Johnson's *Dictionary*, on analyzing the languages of Sir Walter Scott's novels in the classroom, and on the language of Daniel Defoe's novels. I have read and reviewed a good number of manuscripts under consideration for publication at the scholarly presses of the University

1

of Chicago, the University of Pennsylvania, and Edinburgh and Cambridge Universities. Attached as Exhibit 1 is a true and correct copy of my current curriculum vitae.

**Guides and Lexicons: The Historical Context**

2.      I have read the Harry Potter novels and The Harry Potter Lexicon (hereafter referred to as the Lexicon), and I consider the Lexicon as part of a long tradition of lexicons and guides traceable back to at least the eighteenth century in Britain and the expansion of commercial print production of literature for a wide reading public. With the growth of literacy and the increased availability of printed texts, lexicons, glossaries, guidebooks, and keys provided—and continue to provide—a way into those texts for less educated readers and an enrichment of the reading experience for more seasoned readers.

3.      In studying earlier periods, it becomes clear that guides and lexicons for literary works, works indexing the created spaces, times, beings, and languages of particular works of literature, have been part and parcel of literary culture for at least as long as such works have been circulated commercially, and have appeared in relation to the most crudely popular as well as the most elevated of texts.  John Collier's runaway bestseller *Tim Bobbins Toy Shop* (1746) included and spawned lexicons of its dialect terms, Charlotte Lennox produced the significant *Shakespeare Illustrated* (1753-54), a guide to Shakespeare's plots and characters, and Samuel Richardson, the author of *Pamela*, produced his own *Pamela Illustrated*, with excerpts illustrating particular moral qualities alphabetically listed.  Richardson's novel, in turn, furnished the basis for many other writers, who produced, in less than a decade, over forty works in response to *Pamela*, including their own guides and "illustrations."

4.     In their early days, such guides were often referred to as "illustrations," and indeed, according to the *Oxford English Dictionary,* before "illustration" meant a picture in a book, its meanings included "to illuminate the mind" and "to make/evident by means of examples." Early guides, "illustrations," as they were called, imagined illuminating texts by selecting and, usually alphabetically, arranging material found in texts.

5.     To "illustrate" in this period also meant to "make lustrous," the "art of making brilliant, distinguished," and I cite this early meaning by way of asserting that early guides—"illustrations"—far from diminishing value, have added to the luster of the texts they complement. Richardson, although an incredibly successful writer, was often dismissed by his contemporary critics, who viewed the novel genre itself as a vulgar form. Yet to his legions of readers, his novels were cherished objects. Those readers sought and found texts that enriched their reading of Richardson, certainly contributing to the perceived value and unquestionable staying power of Richardson's creations.

6.     It might be illuminating for our present purposes to think about the Harry Potter books and the Lexicon in relation to literary works that bear a close resemblance to them. The novels of Sir Walter Scott (1771-1832), hugely popular throughout the nineteenth century, were often interrelated stories, many tied into the land and peoples of Scotland and England and featuring both real and fictional characters and places. As in the Potter books, in Scott's writings a very broad spectrum of characters and places developed in one novel return in later novels, and the use of a guide, in part simply to remind readers of those characters, their former adventures, and the places of action is particularly helpful. William Allen's *Illustrations of the Novels and Tales* (of Scott) appeared as early as 1820, while Robert Chambers' important *Illustrations of the Author*

3

*of Waverley* was published in 1823. Many more followed, cataloging Scott's memorable people and sites. And Scott, it should be pointed out, was an avid protector of his copyright, publishing a later Magnum Opus edition of his works in order to extend the copyright of his original publications. Yet early guides were published uncontested well within that period of copyright.

7. The guides and lexicons complementing Scott's works are especially important in revealing why it is often the case that lexicons and guides written by *someone other than the author* can be crucial. The first reason has to do with language. It is not always clear to a speaker of one language what will and will not be clear about their language—or "dialect"—to others. Scott, a native Scot and speaker of Scots, pioneered the use of dialect in fiction, reproducing a variety of regional English, Scots and Gaelic-influenced dialects in his novels. Yet it was not always apparent to him that—or which of—these terms would need explanations for a wider readership, or even that such terms needed consistent spelling. It was left to Scott's printers and later glossaries to codify and explain many of the terms Scott used, providing a vital point of access into the linguistic worlds of Scott. As I discuss below, for instance, the Lexicon provides invaluable material in its translations of British English for readers in the United States.

8. The second reason Scott's case shows why a third party is sometimes better situated to provide guidance and reference information is related to the question of general background material. Scott was famous for the extensive footnotes and reference materials he himself wrote and included with his novels. These documented, sometimes at great length, the geographical or historical significance of various settings, characters, and events. And yet, without a third party's guide to Scott's novels, without a distinct

voice offering geographical, historical, and linguistic help, Scott's writings can be nearly impossible for many readers to access. Several years ago I made the mistake of assigning an edition of Scott's *Rob Roy*—an edition that included Scott's notes and prefaces but without an accompanying lexicon and footnotes—and I can tell you my undergraduates were utterly at sea. Externally produced guides to Scott's works expand exponentially both the number of potential readers of Scott and the reading experience itself. Indeed, such guides are crucial teaching tools.

9. As one might expect, the works of Charles Dickens and Thomas Hardy, with their richly drawn networks of characters and places, have seen their own guides produced in response, such as William Parker's *On the Track of the Wessex Novels: A Guide to Hardy Country* (1924). Similarly, more recent writers who have given us vast and complex novelistic universes, such as Thomas Pynchon, have seen helpful guides to those worlds appear, such as Patrick Hurley, *Pynchon's Character Names, A Dictionary* (2008). Historically, then, these tools have been part of the vibrant life of literature, sparking dialogue and debate in response to the most compelling, important, and popular works of their day, and often generating, in turn, further books.

10. Such early authors and works might seem arcane, consigned to the dustbin of history, or, at best, the more tedious moments of the English major's curriculum. They are not. They established the terms upon which readers approach and make sense of printed texts. They demonstrate that from the opening moments of commercial print literary production, guides and lexicons, both those written by a text's author and those written by others, have been central to the reading experience. And lest we think that such publications flourished only in an era before copyright was an issue, we do well to

remember that as far back as 1710 the Statute of Anne had established new, important terms of authorial copyright (twenty one years), providing the basis for authors' protection of intellectual property.

**Guides and Lexicons—Contemporary Examples**

11.     More recently, and more directly adjacent to J.K. Rowling's Harry Potter books, are the works of those renowned fantasy writers J.R.R. Tolkien (1892-1973) and C.S. Lewis (1898-1963). Here we find baroque realms of fantasy extended over a series of books that have captivated legions of readers. And again we find a raft of handbooks, guides, and lexicons—alphabetically organized—furnished to aid readers as they enter and return to these rich, elaborate worlds. Some of these texts have been compiled by or with the assistance of the author themselves, as in *J.R.R. Tolkien, Master of the Rings: A Definitive Guide* and *A Working Tolkien Glossary* (co-written with Paul Hyde). Others, however, are completely independent productions, such as Colin Duriez's, *Tolkien and the Lord of the Rings: A Guide to Middle Earth* (2001) and Paul Ford's *Companion to Narnia* (2005). These bear the closest resemblance to the Lexicon, with alphabetical entries for characters, places, and elements of the unique worlds created by the authors whose works they complement. In Ford's *Guide to Middle Earth*, for instance, we find such entries as

> **Celeborn**
> A white tree which grew in Tol Eressea, a seedling of Galathilion. In a later age Nimloth grew from its seed.

This is an example of a short entry defining and describing elements of Tolkien's created universe, but more important items, such as main characters "Gollum" and "Morgoth" or, from Lewis's work, "Digory Kirke" or "Reepicheep" receive several pages of description.

12. What is striking is the sheer number of guides to be found to the works of both Lewis and Tolkien. A short (much abbreviated) list begins to provide a sense of the breadth of titles: Robert Foster, *A Complete Guide to Middle Earth: Tolkien's World from A-Z* (1971); Christina Skull, *J.R.R. Tolkien Companion and Guide* (2003); Karen Fonstad, *Atlas of Middle Earth* (1981); Erica Challis, *Peoples' Guide to J.R.R. Tolkien* (2003); David Day, *Guide to Tolkien's World* (1993); Peter Schakel, *The Way into Narnia: A Reader's Guide* (2005); E.J. Kirk, *The Chronicles of Narnia: Beyond the Wardrobe: The Official Guide to Narnia* (2005); Colin Duriez, *A Field Guide to Narnia* (2004); Martha Sammons, *A Guide Through Narnia* (1979); George Beahm, *Passport to Narnia: A Newcomer's Guide* (2005). All, it should be noted, have been published while Tolkien's and Lewis's works are still under copyright. Such a range of titles suggests that the market can and has sustained a high number of guides. Devoted readers, one suspects, seek out as many such works as they can find, each adding to the reading experience and the ongoing relationship to the text.

13. It seems, perhaps, too obvious to state that the high volume of guides published for the works of Tolkien and Lewis (or the other "great writers" I have cited) have not at all diminished the value of these important works. All of these writings continue to occupy positions of the highest value within the English literary canon. Recounting the literary history behind such guides, in fact, suggests that guides, from A to Z, have added not only to the perceived value of these important works but to the overall reading experience of generations of readers. How might we locate the Lexicon within that tradition?

**The Harry Potter Lexicon**

There are several ways to understand the value the Lexicon adds to the Harry Potter books and their reading.

14.     First, at the most basic level, the Lexicon is a ready resource for reminding readers of the hundreds of characters, objects, places, and events—and their myriad relationships— encountered in the books. I might illustrate this value with my own experience: I read and teach novels for a living, and I like to think of myself as an attentive reader. Yet when faced with the wonderful gallery of characters found in the Potter series, there have been moments at which my memory has needed a little jogging. When I came across Peeves and Filch, well into the first volume, *Harry Potter and the Sorcerer's Stone*, for instance, I drew a blank. I stopped, I paged back through the text until I found them mentioned and explained much earlier in the text. While I relish paging back through texts when, after reading a book I am doing textual analysis, on first reading, the experience is a little frustrating. This is particularly true in fictional works as narratively driven as those of the Potter series—page turners, as it were, where much of the reading pleasure derives from following through on the archly created moments of anticipation and plot turns. Having a quick guide for memory freshening would certainly make reading through the books, especially as the reader progresses into later volumes, much more gratifying.

15.     The second most obvious source of value in the Lexicon is the extensive reference material that provides outside information to readers. This material ranges from etymologies for invented terms and names found in the books, to explanatory notes on mythical references (from Greek through Nordic traditions), to "real world" geography, vernacular and slang language, and British culture from which the novels draw. The vast

sweep of the etymological and referential information would be helpful to a very wide range of readers indeed.

16. The **etymological information**, for instance, is one of the real strengths of the Lexicon. An educated adult reader is likely to be pleased and surprised to come across etymologies that explain the highly inventive names of spells, such as "Colloportus," which derives from the Latin "*colligo*, to bind together" and "*portus*, door"—and to discover, through these etymologies, that many of the spell names have Latin origins. The etymologies suggest a rich mixture of linguistic origins in the invented words of the book, such as "Fenris," the term naming werewolves in the book, which, we discover in the Lexicon, "comes from 'Fenriswold,' 'Fenrisulv,' 'Fenrisulf' the gigantic wolf of the God Loki in Scandinavian mythology." The creature known by the name "Metamorphmagus," the Lexicon notes, bears a name derived from "Greek prefex [sic] 'meta-' connotating change, 'morph' meaning 'form,' and 'magus' meaning 'wizard.'"

17. Further, the linguistic richness to which the Lexicon points is by no means limited to ancient languages. The vernacular, old and new, is part of the linguistic embarrassment of riches of this work unearthed in the Lexicon. The Lexicon, for instance, alerts us to the obscure but very amusing fact that Hagrid, a central character, is named for "an old English dialect word, "meaning you'd had a bad night. Hagrid's a big drinker. He has a lot of bad nights." I was particularly delighted to see noted in the Lexicon that "Dumbledore"—the surname of the headmaster of Harry's school—was an eighteenth-century English term for "bumblebee." This was a term I myself had come across in eighteenth-century glossaries I have studied, as were "Boggart" and "Banshee," which got me to wondering whether the author herself had made use of such lexicons as

9

Francis Grose's *Provincial Glossary* (1789). Learning the etymological origins of Dumbledore's full name ("Albus L. 'white,' especially the flat white of stones or clothing. 'Albion,' an ancient and poetical name for Britain comes from the same root. 'Pericival.' Knight of King Arthur's roundtable who was granted a glimpse of the Holy Grail. . . Wulfric A/S 'wolf power; or wolf ruler.' Also a 12thC. British hermit saint known for his miracles and prophesies") adds depth to an already complex character. The register of the combination of Latin, Anglo-Saxon, and early modern vernacular languages at work in this name also reveals the composite character of the Potter books' own mythological world. Truly, the etymologies offered up in the Lexicon are a treasury, a resource that might well lead to greater insights into the meaning(s) of the books. As well, not only a boon to any reader interested in language, the etymological information also would be an educational tool for readers just coming into a sense of language history and the layers of signification available in a single word.

18.     The Lexicon also boasts a wealth of **referential material**, something like cataloged footnotes, entirely absent from the Potter books themselves, from brief descriptions, such as those of "Merlin" and "Avalon," to the noting of an allusion to the *Chronicles of Narnia* in the name of "Harfang," to the observation that "Bellatrix" names "a brilliant star in the constellation Orion that is sometimes called 'the Amazon star.'" Finding "Aeaea" listed, with its allusion to the mythology of the ancient Greeks ("Aeaea was the home of famous sorcerer Circe") weaves an additional layer of significance into the story in alerting readers to the Potter books' use of a variety of myths, and indeed the extensive material for the entry for

> **Weird Sisters**, a term from Shakespeare's Macbeth, referring to the three witches who accost Macbeth and foretell the future when they hail him as 'King hereafter'.

> Also, in Norse mythology, there are three sister-goddesses of fate—the Norns—who are also referred to as the Weird Sisters. The Archaic term "wyrd' means 'fate' or destiny'

illuminates the intersections of mythologies in quite detailed and powerful terms.

19. As well, for less literate readers, there are helpful basic definitions, such as those for "antechamber, a small chamber adjacent to a larger room" and "augur, one who interprets omens based on the behavior of the birds" to "wright, an English craftsman." One finds hundreds of such etymological and referential entries in the Lexicon, and they add dramatically to the experience of reading the stories in pointing toward additional layers of meaning as well as educating both experienced and younger readers. It is helpful to think of these entries as something like footnotes, not only allowing early readers to decode meaning but also facilitating more sophisticated interpretive moves for more mature readers. Works both providing basic access to creative material and fostering more complex interpretation must surely be—have certainly historically been—the bedrock of a rich literary experience for diverse readerships.

20. The Lexicon is in fact especially helpful for the youngest readers of the books, providing excellent opportunities for school-age readers to educate themselves through reading the texts. The child of one of my colleagues, an (albeit precocious!) six-year old, was making her way through the Potter books before first grade. In the lexicon she would find information on places to which the books refer, from Australia and Brazil to Surrey, with entries such as "Albania A small European country along the Adriatic Sea," "Borneo An island near the Philippines and the South China Sea, Borneo was once covered in rainforests" and "Burkina Faso . . . a tiny country in western Africa" (this last reference might be information not immediately familiar even to adult readers). She would be

introduced to the mythologies of a variety of cultures (e.g., "abracadabra is a cabbalistic charm in Judaic mythology that is supposed to bring healing powers. One of its sources is believed to be from Aramaic avada kedavra, another is the Phoenician alphabet." Or "The Hanged Man is the name of a card found in a Tarot fortune telling deck. It signifies that the questioner is trapped or stuck in a position, perhaps between opposites."). She might even get her first taste for ancient history in such entries as "Assyria is an ancient name for an empire which no longer exists, mainly including modern-day Iraq, Syria, and Lebanon." Here we have a notion of a guide in the best and most immediate sense of that word—a knowledgeable readerly companion, acquainting readers with allusions and references and opening new horizons, especially for young readers.

21. A last subset of the etymological and referential materials I have been enumerating is the **cross-cultural "translation"** work that the Lexicon does for readers. Part of the charm of the Potter series is its continuing connection to spaces and activities of the real world, especially those of Great Britain. Without the Lexicon, some of that charm might well be lost on non-British readers, who might not know that "Barmy is British slang for crazy," that the British call Christmas lights "Fairy Lights," that "Flit is a synonym for 'flutter,' and is British slang for an effeminate man," or that Eton is a prestigious and expensive private school in England. Here one is reminded of Scott's works, some of which set decidedly fictional narratives within places and communities of seventeenth through nineteenth century Britain. Guides to Scott, such as those of Lockhart and Allen, enriched the experience of reading Scott by mapping the connections of the fictional works to the real worlds of England and of Scotland—itself something of a foreign land to Scott's English readers of the early nineteenth century. Similarly, in the

Potter books, English readers will likely immediately know what "smarmy" means, but the term requires translation for a young North American English speaker, a translation provided by the Lexicon. Knowing that "Bandon" is a small town in Ireland or that Bath is "located in southwestern England . . . [and is] so named because it was once home to an elaborate Roman public bath" would surely add to both the comprehension and enjoyment of readers unfamiliar with British and Irish geography.

22. If providing a basic reminder of elements of the text and discovering etymological/referential information are two major functions of the Lexicon, a third is **mapping and extending the wider universe** suggested by both the Potter books and their author. The appeal of the Potter books, at the end of the day, is their ability to conjure a complete and discrete universe. If one part of the value of the Lexicon is to map the relation of that created universe to the "outside world"—in some cases an outside world unfamiliar to certain readers—another critical part of its value is in corroborating and mapping the works' self-enclosed fictional universe. This mapping is so masterful that the Lexicon goes on to reason and speculate on relations established in the books. The Lexicon notes where shared names have no familial significance—"Lily Evans" is no relation to "Mark Evans." Alternatively, it hypothesizes relationships—"Miss S. Fawcett" is "possibly part of the Fawcett family of Ottery St. Catchpole." Arabella Figg's cats understand human speech "probably because they are part Kneazle." The snitch, a special ball used in the game of Quidditch, "has flesh memory so it can identify the first Seeker to touch it in the event of a disputed catch." The Lexicon goes on to observe, that this would mean that seekers (a position on a Quidditch team) "can't wear gloves." The "Forgetfulness Charm," the Lexicon imagines, might be the same as "Obliviate."

23. The mapping of the fictional universe of a prized work of fiction—a mapping so thorough that evidence of its seams provides a special thrill—is the peculiar obsession of a work's most ardent fans. Devotees of a particular created universe revel in a knowledge of that universe so comprehensive that they can identify, with evident pleasure, those moments that defy, in error, the bounds of that universe. Thus it is that the Lexicon's detection of internal contradictions, improbabilities, and outright mistakes ("Flints" as they are known in the argot of Potter fans) are of huge appeal to fervent Potter readers. And it is highly unlikely that any companion guide compiled by the works' author is likely to catalog such moments, pointing thus, again, to the value of a third party guide.

24. The Lexicon notes one such mistake in its entry for Flint itself—one character, Marcus Flint, was inadvertently included in one book too many, making him an "eighth year student" in a seven-year course (a mistake since corrected). It also notes that the "dates given on the chocolate frog cards are inconsistent with the dates given in *Fantastic Beasts* for both Muldoon and Clagg." In its entry for "Azkaban Fortress" it recalls for readers that "Ron states after Sirius black's break-out that 'no one's ever done it before'" and goes on to point out that "In fact, this isn't true. There was at least one escape before Siruis's. Barty Crouch, Jr. . . ." As well, the Lexicon discusses the significance of the Kings Cross train station in London in the book for the author, but also notes that the author actually had the lay-out of the Euston train station in mind.

25. More entries are to be found, however, not recording errors in the texts but mapping, instead, a fictional universe hinted at—yet clearly outside of—the directly represented fictional universe of the books themselves. Drawing from telecasts, websites,

formal interviews, and casual conversations, these entries point to a wider Harry Potter universe, even, than the one found in the books. The Lexicon includes the names of students who appear on early manuscript class lists, but not in the books, projected scenes of Dumbledore leading his students in song (again, not in the books, but suggested in conversation with the author), and limns a visual map for the geography of the Hogwarts school (also not specifically outlined in the books, but derived from the author's own map now posted on a website). The Lexicon even speculates that the zoo to which the Dursleys take Harry is located in Surrey—"Chessington's World of Adventure"—"it has both a reptile house and family of gorillas."

26. I would add here as an aside that another of the strengths of the Lexicon is its drawing from a vast archive of materials including interviews, broadcasts, and web or cyber-conversations regarding the books and their relation to the "real world." The Lexicon provides "insider" information, noting that Kings Cross Train Station is where Rowling's parents met, and, poignantly, alerting readers that the character Natalie MacDonald was named for a sick girl who corresponded with Rowling.

27. Last, although clearly subordinated to the referential material, moments of **critical interpretation** are in evidence in the Lexicon. These can be brief, as in creating original names for battles. They can be slightly more extended, as in the entry for Wingardium Leviosa: "Ron used it to levitate a mountain troll's club, which then fell on its head and knocked it out." This is, the Lexicon suggests, "an excellent example of how intention affects magic, Ron was able to use this spell on a club, even though the 'wing' portion of the spell seems specific to feathers." Not an isolated moment, the Lexicon self-deprecatingly admits, "Here we go, theorizing again."

15

28.     One finds a good example of more extended "theorizing" in the Lexicon's discussion of characters. "Longbottom, Neville," for instance, offers a critical interpretation of this central, but often underplayed character:

> Neville's bravery is different sort than Harry's. It is the bravery of children who keep trying even though they have repeatedly failed in the past. It is the bravery of the unpopular child who never succumbs to peer pressure, even from friends. . . . . Neville's turning point came when he joined Dumbledore's Army . . . [.] . . . under Harry's patient tutelage, Neville gained confidence.

Such entries provide a composite picture of the characters, drawing from a reading of the complete works and selecting those qualities the Lexicon deems unique and distinctive. They also make the interpretive move of identifying pivotal moments of transition and development for characters. Here the Lexicon pinpoints Neville's joining Dumbledore's Army.

29.     Similarly, the entry for "Lovegood, Luna" notes a transformation of her character and her relationship to Harry as she proves herself "over the course of the year," and proffers illustrative examples—"she took a stand in favor of believing Harry in front of a group of other . . . students" and "fought bravely against the death eaters." The passage makes stronger interpretive moves in asserting "perhaps Luna's greatest moment" was speaking to Harry about the loss of a parent, comforting him as he mourns his godfather. Finally, the entry suggests its own capstone phrase for this character, amending Luna's own credo "wit without measure is man's greatest treasure" to "Wit and faith and love are man's greatest treasure."

30.     Such instances go beyond cataloguing or providing important etymological and referential material. They move into the territory of literary analysis, and the entry for "Malfoy, Draco" might be the best example of this. To a callow reader, Draco could seem one-dimensional—Harry's nasty arch-nemesis. Most of the scenes with Draco depict

open antagonism with Harry and his friends, with Draco's hostile dialogue and aggressive scheming featuring largely. The entry for this character, however, steps back from an impressionistic reading and traces an arc in this character's fortunes and relation to Harry. If one might be tempted to dismiss this character, the entry reminds readers of some of his pathos—he is "frustrated," he is "frightened and isolated," his relationship with his parents is "difficult to determine," and at the end "he look[s] at a new world dawning ... a new world where [he] might not fit in." It is even the case that "He and Harry . . . did develop a certain level of respect and understanding of each other."

31.     The Lexicon wears such "theorizing" lightly. It observes that "it doesn't seem to bother" the Weasley family much that that they are called "blood traitors." It gives brief character interpretations of secondary characters, such as "Cadogan, Sir" who "is a silly fellow whose bravura outshines his common sense." Critical observations tend to be short, often of the "illustrative" kind, offering examples. In defining "Ancient Magic" as "complete self-sacrificial love [which] gives magical protection" it offers instances: "as we see both in the protection Lily gave her son by dying for him and the protection Harry gave to the rest of the Wizarding world by willingly going to his death for them."

32.     These interpretive moves are occasional—they are, finally, not the chief point of the Lexicon. Its main aim is to provide an accessible guide for a wide range of users, and in fact its entries in general tend to be concise and pithy, using only enough material from the texts to provide a thumbnail sketch of a term and relevant etymological and referential material not available from the texts themselves. This quality is what makes the Lexicon a resource likely to be within arms reach of readers as they make their way through the books themselves. I imagine the Lexicon helping readers to

construct the universe of the Potter books in their minds, to understand its rich connections to the wide world in which we live, and to encourage the impulse to imagine a universe beyond the one depicted in the books.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Berkeley, California

February 7, 2008

Janet Sorensen