# EXHIBIT 1

*CURRICULUM VITAE*
**Janet L. Sorensen**
Department of English          3001 Derby, Unit D
University of California, Berkeley      Berkeley, CA 94705
Berkeley, CA 94720            (510) 642-8907
jsorensen@berkeley.edu
September 2007

## EDUCATION AND EMPLOYMENT

| | |
|---|---|
| 2007-Present | Associate Professor, English, University of Californian, Berkeley |
| 2001-2007 | Associate Professor, English, Indiana University |
| 1994-2000 | Assistant Professor of English, Indiana University |
| 1996-1997 | External Research Fellow, Center for the Humanities, Oregon State University |
| 1994 | Ph.D. in English, SUNY/Buffalo (Exams passed with distinction.) |
| 1984 | B.A. with Honors in English, Northwestern University |
| 1982-83 | University of Sussex, Sussex, England |

## PUBLICATIONS (*refereed)

* *The Grammar of Empire in Eighteenth-Century British Writing.* Cambridge: Cambridge University Press. (2000). Reprint in paperback (2005).

*" 'Something Glee'd': Scott's Use of Language in the Waverley Novels" in Eds. Ian Duncan and Evan Gottlieb, *Approaches to Teaching Scott's Waverly Novels* (New York: MLA Publications. (in press).

* " 'Genuine Remains': The Scots Gaelic Language and Early Eighteenth-Century Narratives of Nostalgia" in Ed. Leith Davis, *Rewriting Nostalgia: Scotland, Print Culture and the Politics of Memory*, 1707-2000. Toronto: University of Toronto Press. (in press).

* "Figuring the People in Scottish and English Ballad Collections of the Eighteenth Century" in Ed. Claire Lamont, *Romanticism's Debatable Lands* (Basingstoke and New York: Palgrave. (2007), pages 80-91.

* "Varieties of Public Performance: Folk Songs, Ballads, Popular Drama and Sermons" In *The Edinburgh History of Scottish Literature*. 3 Vols. v. 2 Edinburgh: Edinburgh University Press. (2007) pages 133-142.

*"Orality's Silence: The Other Ballad Revival." *International Journal of Scottish Literature* 2 (2007), pages 1-14.

"Ossian Poems." In *Encyclopedia of British Literature*, Ed. Nancy Armstrong, Oxford

University Press. (2007), pages 167-172.

* "Vulgar Tongues: Canting Dictionaries and the Language of the People in Eighteenth-Century Britain." *Eighteenth-Century Studies*. (2004), pages 435-454.

*" 'Wow' and Other Cries in the Night: Samuel Johnson, Robert Fergusson, and the Politics of Language." In *Heaven-Taught Fergusson*, Ed. Robert Crawford. Edinburgh: Tuckwell Press. (2003), pages 117-132.

* "*Rob Roy*: The Other Eighteenth Century?" In *The Eighteenth-Century on Film*, Ed. Robert Mayer. Cambridge: Cambridge University Press. (2002), pages 192-210.

*"Internal Colonialism and the Novel." *Eighteenth-Century Fiction*. 15 (2002), pages 53-9.

*"Belts of Gold and Twenty Pounders: Robert Louis Stevenson's Textual Economies." *Criticism*. 42 (2001), pages 279-298.

*"Dr. Johnson Eats his Words: Resisting the Incorporating Body of English Print Culture." *Language Sciences* 22 (2000), pages 295-314.

*"Peripheral Visions: Remaking the Map of British Cultural History." Review essay. *The Eighteenth Century: Theory and Interpretation* 40 (1999), pages 68-79.

"Smollett, Language, and Cultural Identity," *Eighteenth-Century Scotland* 13 (1999).

*" 'I Talk to Everyone in My Own Way': Defoe's Economies of Identity." In *The New Economic Criticism,* Ed. Martha Woodmansee/Society for Critical Exchange. Routledge Press. (1999), pages 75-94.

*" 'Strange Orthography and Singular Diction:' Scott's use of Scots in *The Heart of Midlothian*." In *English Literature and the Other Languages*, Eds. Ton Hoenselaars and Marius Buning. Rodopi Press, Amsterdam and Atlanta. (1999), pages 63-74.

*"Writing Historically, Speaking Nostalgically: The Competing Languages of Nation in Scott's *Bride of Lammermoor*." In *Narratives of Nostalgia, Gender, and Nationalism*. Eds. Jean Pickering and Suzanne Kehde. Macmillan and New York University Press. (1997), pages 31-50.

"Relations between Cultural Studies and the Literary," *PMLA* forum 112 (1997).

"Reflections on Video Art," *Consider the Alternatives: Twenty Years of Alternative Art at Hallwalls* (New York, 1996), page 132.

*"*Lef*, Eisenstein, and the Politics of Form." *Film Criticism* XIX (Winter, 1994/95), pages 55-74.

"The Visual Politics of Hip Hop." *Afterimage* 21, no. 10 (1994), pages 11-12 (large format visual studies journal: 16" x 11").

"News with a View." in *The Next Five Minutes*, Amsterdam Cultural Studies, eds. (Paradiso, Amsterdam 1993). Reprint of original article in *Afterimage* 18, no. 10 (1991), pages 31-34. (large format).

"From Censorship to Access," *Afterimage* 19, no. 6 (1992), pages 14-16.

"Vulgar Tongues: Revaluing the Language of the Particular in Eighteenth-Century Britain" book-length manuscript (in progress).

**EDITED PUBLICATIONS**
Co-Editor (with Ian Duncan and Leith Davis) *Scotland and the Borders of Romanticism* (Cambridge University Press) (2004)
Guest Editor for special cluster of essays: "Internal Colonialism and the Novel" *Eighteenth-Century Fiction* 15 (2002)

**REVIEWS**
Beth Fowkes Tobin, *Colonizing Nature: The Tropics in British Arts and Letters 1760-1820* (Philadelphia: University of Pennsylvania Press, 2005) in *Clio* (2006).
Gerard Carruthers and Alan Rawes, eds., *English Romanticism and the Celtic World* (Cambridge University Press, 2003) in *Romanticism on the Web* (2005).
Linda C. Mitchell, *Grammar Wars: Language as Cultural Battlefield in 17th- and 18th-Century England* (Aldershot, England: Ashgate, 2002) Society for the History of Authorship, Reading and Publishing (2004). Susan Manning, *Fragments of Union: Making Connections in Scottish and American Writing* (Basingstoke and New York: Palgrave Press, 2002) in *Romantic Circles* (2003).
Anna Neill, *British Discovery Literature and the Rise of Global Commerce* (Basinstoke and New York: Palgrave, 2002) in *American Historical Review* (2003).
Suvir Kaul, *Poems of Nation, Anthems of Empire: English Verse in the Long Eighteenth Century* (University of Virginia Press, 2000) in *Journal of European and Germanic Philology* (2003).
Robert Crawford, ed. *Robert Burns and Cultural Authority* (Edinburgh University Press, 1998) in *Modern Philology* (2002).
Mary Waldron, *Jane Austen and the Fiction of Her Time* (Cambridge University Press, 1999) in *Modern Philology* (2003).

Richard Barney, *Plots of Enlightenment* (Stanford University Press, 1999) in
*NOVEL* (2001).
Leith Davis, *Acts of Union: Scotland and the Literary Negotiations of the British
Nation 1707-1830* (Stanford University Press, 1999) in *Wordsworth's
Circle* (in press).
Iain Chambers, Ed. *The Post-Colonial Question* (Routledge, 1996) in
*Passages* (1999).

**HONORS AND AWARDS**

| | |
|---|---|
| 2005 | National Endowment for the Humanities Fellowship, $40,000. |
| | Institute for Advanced Study Fellow, Edinburgh University. |
| 2002 | International Projects and Activities Grant, Indiana University. |
| | Fulbright Visiting Lecturer Award, India (declined). |
| | NEH Summer Stipend Fellowship Nominee, Indiana University |
| 2001 | Newberry Library Short-term Fellowship. $2,400. |
| 2001 | Indiana University Arts and Humanities Initiative Award. |
| 2000 | Indiana University Outstanding Junior Faculty Award. |
| 2000 | Indiana University Teaching Excellence Recognition Award. |
| 1998 | Indiana University Summer Faculty Fellowship. $6,000. |
| 1996-97 | External Research Fellowship, The Center for the Humanities, Oregon State University. Research theme: Culture and Empire. $35,000. |
| 1996-97 | Research Supplement Fellowship, Indiana University. $9,000. |
| 1995 | Indiana University Summer Faculty Fellowship. $6,000. |
| 1995 | NEH Summer Stipend Nominee, Indiana University. (1 of 3 nominees) (NEH program canceled). |
| 1995 | American Council of Learned Societies/American Society for Eighteenth-Century Studies Travel Grant. $500. |
| 1995 | Indiana University, Grant-in-Aid for research in Scotland. $1,750. |
| 1995 | Indiana University, Overseas Conference Award. $800. |
| 1994 | SUNY/Buffalo NEH Dissertation Fellowship Nominee |
| 1993-1994 | Graduate Assistantship, Graduate Group in Marxist Studies, SUNY/Buffalo. $8,000. |
| 1993 | Mark Diamond Research Grant for research in Scotland. $2,500 |
| 1988-1993 | Teaching Fellowship, SUNY/Buffalo. $8,000/year. |
| 1992 | The Folger Institute, Washington, D.C., Grant-in-Aid for participation in "Theories of Empire" Seminar directed by J.G.A. Pocock. $2,500. |

**INVITED LECTURES**

"Provincial Languages and the British National Imaginary," Duke University,
January 2005.

"Provinicial Languages and the British National Imaginary, University of California,
Berkeley, February 2005.

"Gothicizing the People: Representations of Provincial Languages in Eighteenth-
Century British Writing," University of Washington, April 2004.

"Scottish Popular Cultures of the Eighteenth-Century," Midwest Samuel Johnson
Society/Keogh Institute for Irish Studies, Notre Dame University, May 2002.

"Samuel Johnson and the Vulgar Tongues of Britain," University of Evansville, IN,
April, 2002.

"When Was Post-Nationalism?" Cultural Studies Neo-Nationalisms Conference,
Indiana University, February 2002.

"Revaluing the Vulgar Tongue: Producing and Incorporating Linguistic
Subcultures in Eighteenth-Century Britain," Institute for
Advanced Study, Indiana University, February, 2000.

"Colonial and National Literacies: Eighteenth-Century Scots Gaelic,"
University of Pennsylvania, February, 1999.

"Dr. Johnson Eats his Words: Resisting the Incorporating Body of English
Print Culture," Samuel Johnson Society, Central Region, Indiana University,
April, 1998.

"Tobias Smollett and English Print Culture," Center for the Humanities,
Oregon State University, April, 1997.

"Alexander MacDonald's Resistant Literacies," University of Oregon,
January, 1997.

"Language and Empire in the Highlands: The Strange Case of a Renegade
Schoolmaster," Oregon State University, October, 1996.

"The Grammar of Empire," University of Illinois at Urbana-Champaign,
February, 1996.

"Cultural Studies and Sociolinguistics," Cultural Studies Conference, Indiana
University, February, 1996.

"From Both Sides of His Mouth: Alexander MacDonald's Transnational
Literacies," Indiana University, Transnationalism: Cultural Contexts
January, 1996.

**COMPETITIVE CONFERENCE PAPER PRESENTATIONS**
"The Poetics of Sea Language," International Enlightenment Congress/Eighteenth-
Century Scottish Studies Meeting, Montpellier, France, July 2007.
"Orality's Silence," Modern Language Association, Philadelphia, PA, 2006.
"Ruins at Sea: William Falconer's *Shipwreck*," Midwest British Studies Association,

Indianapolis, IN, October, 2006.
"David Herd, David Hume, and the Politics of Scottish Ballad Collecting," Scottish
 Romanticism and World Literatures, Berkeley, CA, September, 2006.
"Moral Psychology and Representations of Scottish Song," Eighteenth-Century
 Scottish Studies Society, Williamsburg, Virginia, April, 2006.
"Figuring the People in Scottish and English Ballad Collections," American Society for
 Eighteenth-Century Studies, Montreal, Canada, April, 2006.
"Anachronizing the People and the "Obsolescent" Print of the Folk," British
 Association for Romantic Studies Biennial Conference, Newcastle, England,
 July, 2005.
"Popular Antiquities and the Phantom Cultures of Britishness," Institute for
 Eighteenth-Century Studies, Indiana University, Bloomington, May, 2005.
"Popular Antiquities and the Phantom Cultures of Britishness," Division
 on Comparative Eighteenth-Century Studies Session, Modern Language
 Association, Philadelphia, PA, December, 2004.
"Our Tars: The Cultural Work of Sea Language in Eighteenth-Century Britain," North
 American Society for Studies in Romanticism, Boulder, CO, September, 2004.
"Scots Vernacular and the Scottish Enlightenment," Discussion Group on Scottish
 Literature, Modern Language Association, New Orleans, December, 2001.
"Provincial Languages and Popular Antiquities," Romantic Nationalisms Conference,
 London, England, June, 2001.
"Smollett and the Perils of Canonicity," American Society for Eighteenth-Century
 Studies, New Orleans, LA, April, 2001.
Panel Respondent, "Empty Spaces" Division on Eighteenth-Century Studies, Modern
 Language Association, Washington, D.C., December, 2000.
"Curious Language," Northeast American Society for Eighteenth-Century Studies,
 Portland, Maine, October, 2000.
" Revaluing 'The Vulgar Tongue': Folk Language and the Uses of
 Subculture," American Society for Eighteenth-Century Studies,
 Philadelphia, April, 2000.
"Trans-National Origins of Scots-Gaelic Poetics," Modern Language
 Association, Division of Eighteenth-Century Studies Session, Chicago,
 December, 1999.
"Romantic Idioms," International Scott Conference, Eugene, OR, July, 1999.
Plenary Panelist, "Nationalisms and Nationalities," International Scott
 Conference, Eugene, OR, July, 1999.
"Canting Languages and Pidgin English: Rethinking Language Change and
 the National Lexicon," Modern Language Association, San Francisco,
 December, 1998.
"Figuring Print Production in Scots Responses to Johnson," Society for the
 History of Authorship, Reading, and Publishing, Vancouver, July, 1998.

"Dual Economies?: British Cultural Identity and Exchange in Stevenson,"
 Inter-disciplinary Nineteenth-Century Studies Conference, New Orleans,
 April, 1998.
Panelist in Round-table discussion, "Post-Colonial Theory and Eighteenth-
 Century Studies," American Society for Eighteenth-Century Studies,
 Notre Dame University, April, 1998.
"The Rule of Empire, the Custom of the Nation: Models of Linguistic
 Authority in Eighteenth-Century Britain," American Society for
 Eighteenth-Century Studies, Notre Dame University, April, 1998.
Panelist in Round-table discussion, "Cultural Studies and Literary Studies,"
 Cultural Studies Conference, Indiana University, February, 1998.
"Reconsidering 'Celtomania': Cultures of Internal Colonialism," Modern
 Language Association, Division of Later Eighteenth-Century Studies
 Session, Toronto, December, 1997.
"Internal Colonialism and the Dialectic of Linguistic Empire," Institute for
 Culture and Society, Marxist Literary Group, Oregon, June, 1997.
"*Rob Roy*: The Other Eighteenth Century?: Cinematic Representations of the
 Eighteenth Century," American Society for Eighteenth-Century Studies,
 Nashville, TN, March, 1997.
"Defoe and the Temporalities of the Market," Western Society for Eighteenth-
 Century Studies, Berkeley, CA, February, 1997.
"Language Change in the Highlands," Modern Language Association,
 Washington, D.C., December, 1996.
"The Project of Imperial Translation," Southeastern American Society for Eighteenth-
 Century Studies, Georgetown University, October, 1996.
"The Nation at the Periphery: Representations of Scots Culture in Tobias
 Smollett's *Humphry Clinker*," American Society for Eighteenth-Century
 Studies, Austin, TX, March, 1996.
"Speaking Nostalgically: Walter Scott's use of Scots 'Dialect' in *The Bride of
 Lammermoor*," Division on Linguistic Approaches to Literature
 Panel, Modern Language Association, Chicago, IL, December, 1995.
"From Hard Words to Native Words: Eighteenth-Century Dictionaries and
 Cultural Identity," Culture, Style and Language in Eighteenth-Century
 England Conference, St. Catharine's College, Cambridge, England,
 September, 1995.
"Scripting Identity: From Gaelic to English in the Highlands," Society for the
 History of Authorship, Reading, and Publishing, Edinburgh, Scotland,
 July, 1995.
"The Politics of Translation: The S.S.P.C.K. and the Gaelic/English Bible,"
 American Society for Eighteenth-Century Studies, Tucson, Arizona,
 April, 1995.
"Defoe's Economies of Identity," New Economic Criticism, Society for
 Critical Exchange, Cleveland, Ohio, October, 1994.
"The Law of the Word: Mapping the Body of the British Lexicon,"
 Modern Language Association, Toronto, Canada, December, 1993.
"The Law of the Word: Mapping the Body of the British Lexicon" East Central

   American Society for Eighteenth-Century Studies, Towson, Maryland,
    November 1993.
 "The Grammar of Empire: Johnson, the *Dictionary*, and Imperial Expansion,"
   American Society for Eighteenth-Century Studies, Providence, Rhode
   Island, April 1993.
 "Re-evaluating Identity Politics," *Representation, Identity, Culture* conference,
    Hallwalls Contemporary Arts Center, Buffalo, New York, November
    1992.
 "Antinomies of Civilization: Barbarism and Nationalism in Eighteenth-
    Century Theories of Language," American Society for Eighteenth-
    Century Studies, Seattle, April 1992.

## PANELS CHAIRED

 "Romanticism and/as Enlightenment," Scottish Romanticism and World Literatures,
   Berkeley, CA, September, 2006.
 "Britain's Debatable Lands," British Association for Romantic Studies,
    Newcastle, England, July, 2005.
 Chair and Respondent, session for Institute for Eighteenth-Century Studies,
   Indiana University, Bloomington, May, 2004.
 "Linguistic Effects of Globalization," Modern Language Association, New York,
   December, 2002.
 "Vulgar, Low, and Standard Languages," Modern Language Association,
   New Orleans, December, 2001.
 "Phantom Bodies and the Enlightened Public Sphere," American Society for
    Eighteenth-Century Studies, New Orleans, LA, April 2001.
 "Regionalism and Twentieth-Century Irish Drama," NEH-sponsored
    Conference: 100 Years of Irish Theater, Bloomington, IN, June 1999.
 "We Have Always been Modern," Cultural Studies Panel, American Society
    for Eighteenth-Century Studies, Notre Dame University, April 1998.
 "Joseph Conrad," Graduate Student Conference, Indiana University,
   February, 1998.
 "British Empire, Celtic Colonies," Institute for Culture and Society, Marxist
    Literary Group, Oregon, June 1997.
 "Futures," Cultural Studies Panel, American Society for Eighteenth-Century
    Studies, Nashville, TN, April 1997.
 "Colonialism, Language and Cultural Identity," American Society for
    Eighteenth-Century Studies, Austin, TX, April 1996.
 "The Grammar of Empire," Modern Language Association, Chicago,
    December 1995.
 "Globalism/Postcolonialism," Engendering Conversations: An Inter-
    disciplinary Forum, Indiana University, April 1995.

## TEACHING EXPERIENCE
 **Graduate**
 University of California, Berkeley
 246 Theories of the Novel

Indiana University
L736 The Age of Johnson—Popular Cultures and Enlightenment Britain
L736 The Age of Johnson—Language and Cultural Identities (1996)
L736 The Age of Johnson—Collective Cultures and Counter Publics (2000)
L639 British Fiction to 1800 (1996) (2003)
L631 British Literature 1660-1800 (2005)
L506 Issues and Motives of Literary Study (1998, 1999)
L486/586 Eighteenth-Century British Literature.
    Special Topic: Myths of Discovery (Oregon State University, 1997)
L790 Independent Study (Summers 1995, 1998, 1999)

**Undergraduate**
University of California, Berkeley
125A The British Novel from Defoe to Scott (lecture course) (Fall 2007)
Indiana University
L383 Literatures of the Commonwealth (1998)
L373 Interdisciplinary Approaches to Literature: Literatures and Histories of
    Scotland (1996)
L373 Interdisciplinary Approaches to Literature: Literature and Society (1995)
L371 Introduction to Literary Criticism (2000)
L347 British Fiction to 1800 1999)
L327 Later Eighteenth-Century Literature (1994, 2001)
E302 British and American Literature 1600-1800 (1999, 2002, 2005)
L298 English Literature from 1600 to 1800 (Spring and Fall 1995)
L204 Introduction to Fiction (1998, 2001)
L202 Literary Interpretation (1994, 1995, 2002)
L142 Introduction to Literature (lecture course) (1998)
L495 Individual Reading in English (Summer 1995, Fall 1999, Spring 2000)
Oregon State University
Literature and Empire in Eighteenth-Century Britain
State University of New York at Buffalo
Writing I: Social and Individual Identities (SUNY Buffalo, 1988-90)
    Language and Culture (SUNY Buffalo, 1990-92)
Writing II: The Emergence of the Modern Subject in the Novel
    (SUNY Buffalo 1988-90)
Analyzing Literature and Film (SUNY Buffalo 1990-92)
World Civilization I & II (SUNY Buffalo 1992-93)


**DISSERTATION COMMITTEES**
**Titles of Dissertations Chaired:**
JoEllen Delucia
"Spectres and Spectators in the Eighteenth Century"
Ph.D. 2007

Maureen Martin

"Greater England, Masculinity, and the Scottish Wild"
Ph.D. 2005
Co-Chair with Eileen Julien:
Ahmed Idrissi Alami,
"Moroccan and Anglo-French Travel Writing:
Asymmetrical Paradigms of Cultural Perception"
Ph.D. 2001

**Titles of Dissertations Chairing:**

Jeffrey Galbraith
"Literatures of Passive Obedience in Eighteenth-Century Britain"

**Dissertations Serving on:**
Adrianne Wadewitz, Kyle Schlabach, Celia Barnes-Rasmussen, Ioana Patuleanu, Kyoko Takanashi, Kevin Knott, Tera Gordon-Choate

**Titles of Dissertations Served on:**
Son-Moo Ryu, "Poetic Models of Community in Late-Eighteenth-Century Writing"
(Ph.D. 2005)

Beth Weisenberger
"The Figure of the Adolescent in British Romantic Writing"
(Ph.D. 2004)

Sara Maurer
"Narratives of Property in Victorian Fiction"
(Ph.D. 2003)

Andrew Libbey
"Nineteenth-Century Adventure Fiction and the Imperial Politics of the Sublime"
(Ph.D 2003)

Heather Frey,
" 'I Too Have Been a Wanderer': Travel Writing and Women's Literary Self Creation"
(Ph.D. 2002)

Laura Lovasc,
"Private and Public Claims to Knowledge: Words and Images in Late Eighteenth-, Early Nineteenth-century Britain" (Ph.D. 2001)

Leanne Maunu,
"Women Writing the Nation: Gender and Identity in Eighteenth-Century Britain"
(Ph.D 2001)

Katherine Gehr,

"Fictionalizing the Real and Realizing the Fictional:
Criminal narratives and the Rhetoric of gang Crime in Eighteenth-Century London"
(Ph.D. 2000)

Martin Harris,
"More Last Words: Studies of the Sequel in Eighteenth-Century British Literature"
(Ph.D. 2000)

Lori Branch,
"Rituals of Spontaneity in Eighteenth-Century Britain" (Ph.D. 2000)

Anne Bratach,
" 'The Thing Which Was Not': Genre, Epistemology, and English Prose Fiction
in the late Seventeenth and Early Eighteenth Centuries" (Ph.D. 1995)

## HONORS DIRECTOR
Joshua Walters (History)

## STUDENTS' AWARDS
| | |
|---|---|
| Jeffrey Galbraith | Folger Library Fellowship (2005) |
| JoEllen Delucia | American Society for Eighteenth-Century Studies Travel Award (2006) |
| | Institute for Eighteenth-Century Studies Fellowship (2005) |
| | Folger Library Fellowship (2003) |
| Maureen Martin | Dissertation Year Fellowship (2005) |
| Lori Branch | Dissertation Year Fellowship (1999) |
| | Mary Gaither Award, Best Graduate Paper in British Literature (for paper completed in my L736 Seminar, 1997) |
| Sean McDowell (assistant instructor for my L142 course), | |
| | Teaching Excellence Recognition Award (1999) |
| | COAS Outstanding Teaching Award (1998) |
| Abby Kitchen | University Honors Division, Senior Achievement Award |
| Karena Vincent | University Honors Division, Senior Achievement Award |
| Jason Cook | University Honors Division, Senior Achievement Award |
| Allison Powell | Outstanding Undergraduate English Major (1998) |
| Nicholas Marino | Outstanding Undergraduate English Major (1998) |

## SERVICE
### National/Professional
National Endowment for the Humanities Research Fellowships Juror (2006)
MLA Executive Committee (elected position), Division on Later Eighteenth-Century English Literature (2006-2011)
Eighteenth-Century Scottish Studies Society Vice President (elected position), (2006-2009)
MLA Executive Committee (elected position), Division on Language Change (1998-2003)

MLA Executive Committee (elected position), Discussion Group on Scottish
    Literature (1999-2001)
Articles editor, *New Dictionary of National Biography* (Oxford: Oxford
    University Press, in press).
Co-moderator (elected position), Cultural Studies Caucus of the American
    Society for Eighteenth-Century Studies (1995-1998)
External Reviewer, Promotion to Tenure, New York University (2006)
External Reviewer, Promotion to Full Professor, University of Richmond (2002)
External Reviewer, Social Science and Humanities Research Council of Canada
    Fellowship (2002, 2005, 2006)
Referee, University of Edinburgh Press, book manuscript (2003) (2007)
Referee, *Eighteenth-Century Fiction* (2003, 2004)
Referee, *Linguistica Antverpiensia* (2005)
Referee, *PMLA*, (2004)
Referee, Cambridge University Press (2006)
Referee, University of Chicago Press, book manuscripts (2001, 2004)
Referee, University of Pennsylvania Press, book manuscripts (2004, 2005)
Referee, The Ohio State University Press, book manuscripts (2004, 2005)
Referee, Broadview Press (2002)
Referee, Blackwell Press, Series Proposal: The Restoration and Eighteenth Century
    (2001).
Referee, *Modern Language Quarterly* (2001)
Referee, *Eighteenth-Century Life* (2000)
Referee, *Signs* (1999)
Referee, *European Romantics Review* (1998)
Referee, *Genders* (1996)
Editor-in-Chief, *Research and Society* (1993-1994)

**University**
Planning Committee, Institute for Eighteenth-Century Studies
    Annual Workshop (2005)
Bloomington Faculty Council (elected position) (2000-2002)
International Programs/Bloomington Worldwide Fellowship (2002-5)
Affirmative Action Hearing Board Panel (1998-9)
Lecture Sponsor, Horizons of Knowledge (issued invitations, procured
    Funding, arranged itineraries) for Professor Ian Duncan, (1998), Professor
    Helen Deutsch, (1998), Professor Deidre Lynch, (2000), Professor Penny
    Fielding (2005), Professor Kevis Goodman (2005)
Planning Committee for lecture series on Transnationalism
    (1994-1996)
Convener, Eighteenth-Century Studies Reading Group (1994-6, 1999-2000)
Applicants File Reader, Herman Wells Scholars Program (1998-2000)

**Department**
Director, Graduate Admissions and Fellowship Committee (2003)
Advisory Committee (elected position) (1998-1999, 1999-2000, 2002-2003)

    Advisory Committee Subcomittees
        Interim Chair Subcommittee (1998-1999)
        Travel Funding Subcommittee (1999-2000)
        Hiring Subcommittee (1999-2000)
Job Placement Committee (1999-2000)
Governance Committee (co-authored the department's Governance Document)
    (1998-1999)
Graduate Exams Committee (2001-2002)
Graduate Studies Committee (1998-2001, 2006-7)
Graduate Admissions and Fellowships Committee (1997-8, 2001-2002, 2005)
Search Committee, Nineteenth-Century British or American Studies (2005-2006)
Search Committee, Tarkington Chair (1999-2000)
Search Committee, American Studies Positions (1999-2000)
Search Committee, Literacy Studies Position (1995-1996)
Search Committee, Composition and Rhetoric Position (1995-1996)
Undergraduate Studies Committee (1994-1996)
Curricular Review Subcommittee (1994-1996)
Courson-Greeves Essay Prize Reader (1995)