# EXHIBIT 1

Steve Vander Ark
for the HP Lexicon

7/21/05

Dear Steve + the rest of the Lexicon team —



On behalf of the Scholastic Half-Blood Prince editorial staff, I'd like to say thank you for the wonderful resource your site provides for fans, students, and indeed editors + copyeditors of the Harry Potter series. We referred to the Lexicon countless times during the editing of HP6, whether to

verify a fact, check a timeline, or get a chapter & book reference for a particular event... We're all HP fans ourselves, of course, but you made our work immeasurably easier through the one-stop searchable HP encyclopedia the site offers. Please accept this as a token of our admiration & appreciation, and ever so many thanks again—
  All best wishes,
    Cheryl Klein



# ARTHUR A. LEVINE BOOKS
## AN IMPRINT OF SCHOLASTIC PRESS

Cheryl Klein

Associate Editor

557 Broadway, New York, NY, 10012-3999

Telephone (212) 343-4693 Fax (212) 343-4890

cklein@scholastic.com