Warner Bros. Entertainment Inc. et al v. RDR Books et al

Doc. 52 Att. 2

# EXHIBIT 2

Dockets.Justia.com

**The Harry Potter Lexicon**

**[Introduction TK]**

**Abbreviations used in this book**

All the information in the Harry Potter Lexicon comes from J. K. Rowling, either in the novels, the 'schoolbooks,' from her interviews, or from material which she developed or wrote herself. The novels are abbreviated as indicated on the list below, with a chapter number following. Page numbers are not used as pagination varied between editions.

**The Harry Potter books by J. K. Rowling:**

SS - Harry Potter and the Sorcerer's Stone

PS - Harry Potter and the Philosopher's Stone

CS - Harry Potter and the Chamber of Secrets

PA - Harry Potter and the Prizoner of Azkaban

GF - Harry Potter and the Goblet of Fire

OP - Harry Potter and the Order of the Phoenix

HBP - Harry Potter and the Half-Blood Prince

DH - Harry Potter and the Deathly Hallows

FB - Fantastic Beasts and Where to Find Them

QA - Quidditch Through the Ages

/f – from the film version of the book (e.g. PA/f)

/g – from the video game version of the book

**Other Canon sources:**

AOL - "America Online chat transcript," AOL.com, 19 October 2000.

AOK1 - "Magic, Mystery, and Mayhem: An Interview with J.K. Rowling," Amazon.com, Early spring 1999.

BFT - "The Noble and Most Ancient House of BLACK," a hand-drawn tree that Rowling donated to Book Aid International in January of 2006 and auctioned February 22, 2006.

BLC - "J.K. Rowing and the Live Chat", Bloomsbury.com, July 30, 2007.

BN - "Barnes and Noble & Yahoo! chat with J.K. Rowling," barnesandnoble.com, 20 October, 2000.

BP -  Blue Peter (CBBC), 12 March, 2001.

BP2 - 'Harry Potter: A Blue Peter Special.' Blue Peter (CBBC), July 20 2007.

CBC - Rogers, Shelagh. "INTERVIEW: J.K. Rowling," Canadian Broadcasting Co., October 23, 2000.

Con - J.K. Rowling interview transcript, The Connection (WBUR Radio), 12 October, 1999.

CR - "Comic Relief live chat", March 2001.

DP – Daily Prophet newsletters, written by Rowling for Bloomsbury's Harry Potter fan club (late 1990s)

EBF - "J K Rowling at the Edinburgh Book Festival", August 15, 2004.

ET - de Bertodano, Helena. "Harry Potter Charms a Nation." Electronic Telegraph, 25 July 1998.

FB - Fantastic Beasts and Where to Find Them

fw – Famous Wizard cards, created by Rowling for the EA video games

HC - Thomas, Sherry. "J.K. Rowling has the future mapped out for Harry Potter," The Houston Chronicle, 20 March 2001.

HE - Fry, Stephen. "Launch Day interview aboard the Hogwarts Express," Bloomsbury Press, July 8, 2000.

HE2 - Mzimba, Lizo. "JK Rowling talks about Book Four aboard the Hogwarts Express," BBC Newsround, November 2, 2001.

HPM - "Harry Potter and Me" (BBC Christmas Special, British version), BBC, 28 December 2001.

Ind1 - Williams, Rhys. "The spotty schoolboy and single mother taking the mantle from Roald Dahl," The Independent (London), 29 January 1999.

ITV - Edinburgh "cub reporter" press conference, ITV, 16 July 2005.

JKR - J.K.Rowling Official Site

Mac - Bethune, Brian. "The Rowling Connection: How a young Toronto girl's story touched an author's heart," Maclean's, 6 November 2000

NPC - National Press Club author's luncheon, NPR Radio, October 20, 1999.

Nr - on BBC Newsround, April 27, 2001

NR2 - Mzimba, Lizo. "Newsround talks exclusively to J.K. Rowling," CBBC Newsround, 19 September 2002.

PA/dvd - Interview with David Heyman, Steve Kloves, Mark Radcliffe, Alfonso Cuaron, and Jo Rowling, Prisoner of Azkaban DVD "Extra," November 23, 2004.

Pax - Paxman, Jeremy, interviewer. "JK's OOTP interview," BBC Newsnight 19 June 2003.

R4 - Fry, Stephen. "Living with Harry Potter," on BBC Radio 4, December 10, 2005.

RAH - Fry, Stephen. "J.K. Rowling at the Royal Albert Hall," 26 June 2003.

RC - Raincoast Books interview, Raincoast Books (Canada), March 2001.

Sch1 - Online chat transcript, Scholastic.com, 3 February 2000.

Sch2 - "About the Books: transcript of J.K. Rowling's live interview on Scholastic.com," Scholastic.com, 16 October 2000.

Scot2002 - Fraser, Lindsay. "Harry Potter - Harry and me," The Scotsman, November 2002.

SFC - Chonin, Neva. "Harry Potter's Wizard: Creator of children's book series tours Bay Area," The San Francisco Chronicle, October 30, 1999.

SLG - McGarrity, Mark. "Harry Potter's creator meets her public: Author J.K.Rowling answers questions from students at a school in Montclair," The Star-Ledger (Newark, NJ), October 16, 1999.

SN - "World Exclusive Interview with J K Rowling," South West News Service, 8 July 2000.

TLC - Anelli, Melissa and Emerson Spartz. "The Leaky Cauldron and MuggleNet interview Joanne Kathleen Rowling," The Leaky Cauldron, 16 July 2005.

Today1 - Vieira, Meredith. "JK Rowling One-On-One: Part One." Today Show (NBC) , 26 July 2007.

Today2 - Vieira, Meredith. "JK Rowling One-On-One: Part Two." Today Show (NBC) , 27 July 2007.

WP1 - Weeks, Linton. "Charmed, I'm Sure," The Washington Post, October 20, 1999.

WBD  "JK Rowling's World Book Day Chat," March 4, 2004.

**Other abbreviations:**

JKR - (when not used as a reference) J. K. Rowling

HPfGU - Harry Potter for Grown Ups

FAQ - Frequently Asked Questions

**standard indexing abbreviations:**

c. - circa (around the date given)

c.f. - compare with

ed. - editor

e.g. - for example

esp. - especially

ff. - and following

i.e. - in other words

L. - Latin (when used in explaining the origins of a word or name)

Eng. - English

NSOED - New Shorter Oxford English Dictionary

q.v. - see...

[sic] – the preceding, while in error, is used as it is in the books

# A

**Abbott**

Family name on a headstone in the graveyard in Godric's Hollow, probably ancestors of Hannah, since wizarding families tended to live close together in certain villages after the Statute of Secrecy went into effect in 1692 (DH16).

**Abbott, Hannah**

(b. circa 1980; Hufflepuff, 1991; Prefect 1995-1998)

A pink-faced blonde girl who wears her hair in pigtails (PS7), Hannah is a close friend of Ernie Macmillan (CS11, CS15), who shares her hobby of collecting chocolate frog cards (GF19). Both Hannah and Ernie became prefects in August of 1995 (OP10) and joined Dumbledore's Army that October (OP16). Hannah's mother was killed by Death Eaters (HBP11) during her sixth year at Hogwarts and Hannah left school. She returned in May of 1998 to fight in the Battle of Hogwarts (DH36).

**Abbott, Mrs.**

(d. 1996)

Hannah's mother. She was found dead in the fall of 1996, murdered by Death Eaters (HBP11).

**Abercrombie, Euan**

(b.1984; Gryffindor, 1995)

A small boy with prominent ears; it's implied that at the beginning of his first year that he believed the *Daily Prophet*'s smear campaign against Harry (OP11).

**Aberdeen**

Aberdeen is a city of about 100,000 people on the eastern coast of Scotland. Modesty Rabnott's sister Prudence lived in Aberdeen, according to a thirteenth-century letter on display in the Museum of Quidditch (QA4). During Harry's first trip on the Knight Bus, the bus moved to Aberdeen abruptly, spilling his hot chocolate (PA3).

**Abergavenny**

Abergavenny is a market town located in southeastern Wales on the English border. This is where the Knight Bus dropped off Madam Marsh on 6 August 1993 (PA3).

**Abominable Snowman**

Another name for the yeti, a magical creature from the mountains of Tibet (FB).

**Abraxan**

A breed of winged horse; the Abraxan is a gigantic, extremely powerful Palomino (FB). Madame Maxime, headmistress of Beauxbatons, breeds them (OP20), and the winged horses that pull her carriage are Abraxans. They drink only single malt whisky and require "forceful handling" (GF15).

**"abstinence"**

After over-indulging during the Christmas holidays, the Fat Lady decided that 'abstinence' would be the new password to get into the Gryffindor common room (HBP17).


**Abyssinia**

Another name for Ethiopia, and presumably the home of the Abyssinian Shrivelfig (PA7).


**Abyssinian shrivelfig**

Second-year Herbology students work with these plants, learning to prune them (CS15). When peeled, shrivelfigs are used as an ingredient in Shrinking Solution (PA7).


**Acanthia Way**

A street in Little Norton, and, at number eighteen, home of Doris Purkiss, the witch who told *The Quibbler* that Sirius Black was actually Stubby Boardman (OP10).


**Accidental Magic Reversal Squad**

A team of wizards, including Obliviators, who step in when Muggles have been exposed to magic or when magic goes wrong. The team members fix any damage, undo any magical effects, and modify the memories of the witnesses so they don't remember seeing anything unusual. The Squad was called in to 'puncture' Aunt Marge and put that situation to rights (PA3). They deal with cases of Splinching (GF6). The Squad is headquartered on Level Three of the Ministry of Magic, part of the Department of Magical Accidents and Catastrophes (OP7). *In early editions of book three, the Squad was referred to as the Accidental Magic Reversal Department (PA3).*

***Accio*** *(*AK-*ee-oh or* A-*see-oh)*

"Summoning Charm"

*"accio" L. send for, summon*

Causes an object to fly to the caster, even over quite some distance; the target object is said to have been Summoned. It would seem that the caster must know at least the general location of the object Summoned. Harry first learned the Summoning Charm for the First Task of the Triwizard Tournament, when he Summoned his Firebolt to him so he could fly around and past the Hungarian Horntail (GF20). An object can be placed under counter-enchantments to prevent it being summoned magically. The stone basin in the Horcrux cave and Hufflepuff's cup in Gringotts had both been placed under such counter-enchantments (DH10, (DH26). *The pronunciation of this spell has been debated by fans. The "official" pronunciation from Scholastic is "A-see-oh." This is the pronunciation used in the audio version of the books.*

## Accountant

Molly Weasley's second cousin is not a wizard but an accountant. This mundane profession is enough to embarrass the rest of the family; Ron says that they never talk about him (PS6). *In early drafts of book four, this second cousin was the father of Mafalda, a rude Slytherin girl. Rowling discusses the accountant cousin on her website, referring to him as a stockbroker who married a Muggle. She writes that he was very rude to the Weasleys. When he discovered that his daughter was a witch, he sent her to live at the Burrow for the summer after her first year at Hogwarts. This part of the story was eventually dropped (JKR).*

*Achievements in Charming*

A book with  sharp edges, as Harry learnt when Hermione kept snatching it away from him to "check that she had got the answer completely right" while he was testing her the day before their Theory of Charms O.W.L. (OP31).

**Acid Pops**

Magical sweets, sold at Honeydukes, which will burn a hole right through your tongue (PA10). One of the passwords for admittance to Dumbledore's office (HBP10).

**Ackerley, Stewart**

(Ravenclaw, 1994)

Hogwarts student (GF12).

**Ackerly Town Hall**

This town hall was the site of a concert which included the final performance of the unfinished "Wizarding Suite", composed by Musidora Barkwith. The exploding tuba featured in this concert blew the roof off the Ackerly Town Hall in 1902, and the piece has been banned from performance ever since (fw).

**aconite**

Extremely poisonous plant (hence its other name of wolfsbane). It is also called monkshood because the shape of the flowers somewhat resembles a monk's cowl (PS8).

**Acorn, the**

A tea leaf fortunetelling symbol, from *Unfogging the Future* pages five and six, which means "windfall, unexpected gold" (PA6).

**Acromantula**

A gigantic black spider (legspan may reach up to fifteen feet) with a poisonous bite, the Acromantula is an anomaly in the beast/being classification system. While capable of human speech, the Acromantula is classified as a beast rather than a being due to its violent tendencies. It is native to Borneo (FB), where it is believed to have been a wizard-bred species, serving as an example of why the Ban on Experimental Breeding was put into effect. While a student at Hogwarts, Hagrid raised an Acromantula named Aragog in the castle until he was found out, and he released it into the Forest (CS). An Acromantula was stationed at the center of the Triwizard Tournament maze, guarding the Triwizard Cup (GF31, OP16). Acromantulas fought on the side of the Death Eaters in the Battle of Hogwarts (DH32).

*"acro" from "akros" L. peak + "mantula" from "tarantula" Eng. a species of large black spider*

**Acromantula (Rune)**

A rune for the number 8, according to the book *Ancient Runes Made Easy*. A reference to the eight eyes of the giant spiders (JKR).

**Acromantula venom**

Almost impossible to collect from a living Acromantula because this highly useful venom dries out not long after an Acromantula's death. As a result, the venom may fetch as much as one hundred Galleons a pint (HBP22).

**action figures**

At the Quidditch World Cup, Ron bought a small model of Viktor Krum, the famous Bulgarian Seeker, which walked around and scowled (GF7) and even mimicked the real Viktor Krum's posture and way of walking (GF9). After Viktor Krum took Hermione to the Yule Ball, Harry found the arm of the little model lying on the floor of the boys' dormitory. Ron had apparently broken it (GF24). Bill and Fleur's wedding cake was topped with two model phoenixes that took flight when the cake was cut (DH8). Xenophilius Lovegood and his daughter Luna have delicately-made models of creatures, all flapping wings or snapping jaws, hanging from their ceiling at home. Harry couldn't recognize them after four years of Care of Magical Creatures lessons, so they must have been pretty odd (DH20).

*Advanced Potion-Making*

by Libatius Borage

The N.E.W.T.-level textbook for Potions during Harry's sixth year (HBP9), which cost nine Galleons brand-new (HBP11). The book was written around the year 1946  (HBP16). The book contains instructions for making the Draught of Living Death starting at page 10 (HBP9). The copy Harry borrowed had once belonged to someone calling himself 'the Half-Blood Prince' and was filled with scribbled notes (HBP9 ff.).

*Advanced Rune Translation*

Hermione was reading a copy of this after her pre-sixth-year trip to Diagon Alley; presumably it is one of the N.E.W.T.-level Ancient Runes textbooks (HBP7).


**"The Adventures of Martin Miggs, the Mad Muggle"**

A comic book Ron has in his bedroom at the Burrow the first time Harry visits (CS3).


**Aeaea**

In ancient Greece, the legendary island of Aeaea was the home of the famous sorceress Circe (fw).


**Aesalon, Falco**

An ancient Greek wizard who was the first recorded Animagus. He could transform himself into a falcon (fw).

*"falco" = L. "falcon"; in Muggle science this word is part of the scientific name of the species.*


**Aethonon**

A breed of winged horse, chestnut in color, which lives mainly in Britain (FB).


**Aging Potion**

Causes the person drinking it to grow older. The more Aging Potion one drinks, the more one ages. Fred Weasley, George Weasley, and Lee Jordan took a few drops of Aging Potion in an

attempt to fool the Age Line around the Goblet of Fire into thinking that they were a few months older. The Line wasn't fooled. They were thrown back out of the circle, after which they sprouted full beards (GF16).


**Age Line**

A thin golden line drawn on a floor, which affects anyone who crosses it if they are too young. Albus Dumbledore drew an Age Line around the Goblet of Fire to keep away anyone who was not yet seventeen years old (GF16).


**Agnes**

Patient in the Janus Thickey ward for permanent spell damage at St. Mungo's Hospital. Agnes' entire head is covered with fur and she barks instead of speaking. The Healer told her that her son would soon visit and had sent her several Christmas gifts (OP23).


**Agrippa, Cornelius**

(1486 - 1535)

Full name: Heinrich Cornelius Agrippa von Nettesheim. Agrippa appears on a Chocolate Frog trading card, which reads "celebrated wizard imprisoned by Muggles for his writing, because they thought his books were evil" (fw, PS6). Ron tells Harry that 'Agrippa' is one of the Chocolate Frog cards he is missing from his collection (PS6).


***Aguamenti*** (AH-gwa-MEN-tee)

*"agua" Sp./Portuguese water (from Latin "aqua") + "mentis" L. mind*

Charm that conjures a fountain or jet of clear water from the caster's wand. This spell can be used for putting out fires (HBP11, 17, 26, 28, DH12, 31).

**Aingingein**

An Irish broom game (QA2).

**Albania**

A small European country along the Adriatic Sea. Shortly after the founding of Hogwarts, Helena Ravenclaw, the daughter of Rowena Ravenclaw, stole her mother's diadem and hid it in a hollow tree in the forests of Albania. A thousand years later, the ghost of Helena revealed the hiding place to Tom Riddle, who recovered the diadem and turned it into a Horcrux (DH31). As Voldemort, Riddle fled to Albania when he lost his body in 1981 (GF33).

**Alderton**

Alleged Muggle-born accused of "stealing magic" and sent to Azkaban by the Muggle-born Registration Commission. Claimed to be the son of Arkie Alderton, a wizard (DH13).

**Alderton, Archibald**

(1568 - 1623)

Famous for blowing up the hamlet of Little Dropping in Hampshire while attempting to magically mix a birthday cake (fw).

**Alderton, Arkie**

Well-known broomstick designer (DH13). Probably the current proprietor (or his namesake) of "Arkie Alderton's Kwik-Repair Shop" for magical brooms (BLC).


**Algie, Great Uncle**

Algie tried to trick Neville into showing some magical ability as a child. Pushed him off the end of Blackpool Pier once and nearly drowned him. Algie held Neville out of an upstairs window when he was eight and accidentally dropped him, only to see the boy bounce all the way down the garden and into the road; this was cause for great rejoicing in the Longbottom family. Algie bought Trevor the Toad (PS7) and a *Mimbulus mimbletonia* (OP10) for Neville.


**Alguff the Awful**

Foul-smelling goblin nuisance who is well-known throughout the goblin world for trying to sell vials of his sweat to a Dungbomb manufacturer (fw).


**Alihotsy**

Magical plant; eating the leaves causes hysteria (FB).


**All-Africa Cup**

The top trophy among African Quidditch teams. It has been won twice by the Gimbi Giant-Slayers (QA8).


**All-England Best-Kept Suburban Lawn Competition**

In order to get the Dursleys out of the house so they could rescue Harry, the Order of the Phoenix sent a letter to Vernon telling him that he was on the short list to win a fictional All-England Best-Kept Suburban Lawn Competition and the family needed to attend the prize-giving. Tonks cheerfully announced that she'd sent the letter (OP3).

**All-England Wizarding Dueling Competition**

Alberta Toothill won the All-England competition in 1430 with a Blasting Charm. She defeated Samson Wiblin, who was the favorite to win (fw).

**alley behind the Leaky Cauldron**

Though nondescript, this alley is one of the primary gateways in Britain from the Muggle world into the wizarding world. Tapping the right combination of bricks in the wall opens a magical portal into Diagon Alley (PS5).

**alley between Wisteria Walk and Magnolia Crescent**

Located in Little Whinging a block or two from number four, Privet Drive, this alley has been the scene of two of the biggest collisions between Harry's Muggle home and the wizarding world. In August 1993, Harry fled down this alley after blowing up Aunt Marge. Here he saw Sirius in his Animagus form and accidentally hailed the Knight Bus (PA3). Two years later, in July 1995, two Dementors sent by Dolores Umbridge attacked Harry and Dudley in the alley (OP1).

***Alohomora*** (*AL*-o-ho-*MOR*-ah)

*"aloha" Haw. farewell + "mora" L. obstacle*

Charm that causes a locked door to open. Some doors are charmed in a way that makes them impervious to this spell (OP34).

**Amortentia**

*"amor" L. love + "tempto" L. to try to influence or tempt*

Amortentia is the most powerful love potion in the world (HBP9), recognizable by its distinctive mother-of-pearl sheen and by the fact that its steam rises in characteristic spirals. The potion smells differently to different people according to what attracts them (HBP9).

**amulets**

Lockhart claimed to have dealt with a case of Transmogrifian Torture in Ouagadougou by giving the townsfolk various amulets (CS9). When the students realized that a monster was attacking Muggle-borns, a booming trade in magical remedies and defenses was carried on in secret, including protective amulets. Most if not all of the items for sale were fake (CS11).

***Anapneo*** (ah-NAHP-nay-oh)

*"anapneo" Gr. "breathe"*

Spell that clears the target's airway, if blocked. Can be used when someone is choking (HBP7).

**ancient magic**

The old magic, also referred to as ancient magic, is magic which is not cast by wizards with wands. It is part of the "magical-ness" of the universe. This ancient magic cannot be altered or blocked by the actions of wizards. Rather, it must be taken into account and accepted as part of the way the world functions. In some cases, this magic can be invoked, but usually it simply exists when certain conditions are present, particularly as the intentions and attitudes of wizards. Some examples of ancient magic include:

- Complete self-sacrificial love gives magical protection, as we see both in the protection that Lily gave her son by dying for him (esp. GF33) and the protection Harry gave to the rest of the Wizarding world by willingly going to his death for them (DH34-36).
- Saving another person's life creates a life debt. Snape owed James a life debt because James saved him from meeting Lupin in werewolf form (PS17), a debt compounded by the fact that Snape caused the death of James years later. Snape turned to the side of good in part because of this debt (DH33). Wormtail owed Harry a life debt because the boy spared him in the Shrieking Shack (PA19). Several years later, Wormtail hesitated instead of killing Harry and died as a result (DH23).
- Dragons are protected by ancient magic that imbues their thick hides (GF20).
- Wandlore is a complicated and mystical form of magic which draws on ancient magic that few understand (DH24).


**Ancient Runes**

Magical symbols and hieroglyphs used for writing some old texts (DH7) and for other magical writing. Students at Hogwarts can take an elective class in Ancient Runes which is taught by Bathsheba Babbling. The textbooks for this class include various rune dictionaries, *Ancient*

*Runes Made Easy* (CS14, JKR), *Magical Hieroglyphs and Logograms*, and *Spellman's Syllabary* (OP26). Rune symbols are carved around the edge of Dumbledore's Pensieve (GF30).

Known runes:

Demiguise (zero) (JKR)

Unicorn (one) (JKR)

Graphorn (two) (JKR)

Runespoor (three) (JKR)

Fwooper (four) (JKR)

Quintaped (five) (JKR)

Salamander (six) (JKR)

Acromantula (eight) (JKR)

Hydra (nine) (JKR)

Ehwaz – partnership (OP31)

Eihwaz – defense (OP31)

### Ancient Runes Made Easy

Hermione began reading this during her second year, not long after signing up to take Ancient Runes the following year (CS14). One page of this book shows a collection of magical creature-related runes which stand for the numbers zero through nine. Interestingly, the symbol for the number seven is not identified because it has yet to be discovered (JKR).

**Andorra**

Located in the mountains between Spain and France, tiny Andorra is one of the smallest countries in the world. However, it has a Ministry of Magic (GF28) and participates in international affairs.

**Andros the Invincible**

This ancient Greek wizard is alleged to have produced a Patronus the size of a giant (fw).

**Anglesey**

Anglesey is an island off the west coast of Wales, almost due east across the Irish Sea from Dublin. It is one of the places the Knight Bus visited the first time Harry rode it (PA3) though the Knight Bus then moved abruptly to Aberdeen, on the other side of Britain.

**Animagi / Animagus**

*Animagus (an-i-MAH-jus OR an-i-MAY-jus)*

*"animal" L. animal + "magus" Pers. magic user*

*plural: Animagi*

An Animagus is a witch or wizard who has the ability to Transfigure herself/himself into an animal at will while retaining the ability to think as a human. Complex and difficult magic is required for this transformation. The magic is performed without a wand (e.g. PA19) or incantation. An Animagus' physical condition and appearance as an animal reflects his or her physical condition in human shape. For example, Peter Pettigrew's rat Animagus form lacked a toe on one of his front paws because he had lost a finger (PA19). McGonagall's cat form has

square markings around its eyes like her spectacles (PS1). The Improper Use of Magic Office maintains a register of all known Animagi (PA19).

## Animagi registry

The Improper Use of Magic Office maintains a register of all known Animagi. The register is a matter of public record; Hermione Granger at age thirteen could consult it for the information therein, including the names of registered persons (PA19*)*. For each known Animagus the Ministry records the kind of animal and distinguishing markings (GF26). The penalties for failing to register with the Improper Use of Magic Office are rather severe, as the threat of exposure as an unregistered Animagus was enough to persuade Rita Skeeter to take a year off from her job as a scandal-mongering reporter (GF37). There are only six names on the list from the twentieth century (PA19).

## Animagus Transfiguration

*"animal" L. animal + "magus" Persian: magic user*

The Transfiguration by which an Animagus changes between human and animal form. . The animal form is sometimes referred to as the witch or wizard's Animagus form.

## Annual Broom Race of Sweden

This internationally-famous event, which started in the tenth century, takes place in Sweden. Contestants race from Kopparberg to Arjeplog, a route which takes them through a Swedish Short-Snout dragon reservation. The prize is an enormous silver trophy in the shape of a Swedish Short-Snout (QA2).

**Annual *Daily Prophet* Grand Prize Galleon Draw**

In the summer of 1993, Arthur Weasley won this annual prize of 700 Galleons, which is the equivalent of £3500 (PA1).

**Annual International Wizarding Gardening Competition**

Includes many interesting divisions, including the Contorting Cereals competition (DP1).

**antechamber**

An antechamber is a small chamber adjacent to a larger room. There is an antechamber connected to the Great Hall, through a door behind the teachers' table, with a fireplace and many portraits (including that of the Fat Lady's friend Violet) (GF17, 31). After the Battle of Hogwarts, Voldemort's body was placed in a chamber off the Great Hall rather than let it lie with the bodies of those who had died defending the castle (DH36).

***Anthology of Eighteenth Century Charms, An***

One of the books that Harry, Ron, and Hermione examined while preparing for the second task (GF26).

**Anti-Burglar Buzzer**

Presumably this magical device or charm buzzes when anyone tries to steal the item it's attached to (GF8).

**Anti-Cheating spell**

Cast on quills at Hogwarts before exams (PS16).

**Anti-Dark Force Spell**

Whatever spell Quirrell cast to protect the Philosopher's Stone, Ron assumed it would be an 'Anti-Dark Force spell' of some kind. As it turned out, Quirrell had set a troll on guard because he was particularly good at defeating them (PS15).

**Anti-Disapparition Jinx**

Prevents someone from Apparating. Most wizarding dwellings are magically protected against unwanted Apparators, according to Albus Dumbledore, who confirmed that "you can't Apparate anywhere inside the buildings or grounds" of Hogwarts (HBP4). However, the Headmaster or Headmistress can temporarily lift the restriction from a specific area of the school for short periods, so that someone already within that area can Apparate to another place within the same area, although they cannot leave the area by Apparition (HBP18).

**antidotes**

There are antidotes for many poisons and for potions effects. Perhaps the most effective is a bezoar, which will act as an antidote to most poisons (PS8, HBP18, 19). Mandrakes are an ingredient in most antidotes (CS6).

**anti-gravity mist**

An innocent-looking magical mist which hovers above the ground. A person stepping into this mist immediately finds that up and down have reversed and they are hanging from the ground over the endless sky. Harry encountered this mist in the maze of the third task (GF31).

**anti-jinx**

Any of a variety of spells which are cast to reverse or block the effects of a jinx (PA12, OP9, HBP5).

**Antipodes**

Another name for the south Pacific region that includes Australia and New Zealand, the home of the Antipodean Opaleye dragon (FB).

**Antipodean Opaleye**

Species of dragon native to New Zealand (and Australia). The Opaleye has iridescent, pearly scales and glittering, multicolored eyes with no pupils. The flame of an Opaleye is bright red.

**antler jinx**

Causes the victim to sprout antlers. Pansy Parkinson was hit with this spell and had to miss some classes (OP30).

*Aparecium* (a-par-EE-see-um)

*"appareo" L. to appear*

Makes invisible ink become visible. Hermione tried this on Riddle's diary, but it had no effect (CS13).


**apothecary**

A shop selling potion ingredients in Diagon Alley (PS5).


**Apparition** (A-pa-RI-shun)

*from "appareo" L. to appear*

Apparition is an advanced spell used by fully trained witches and wizards to disappear from one place and appear almost instantly somewhere else. A person who uses this spell is said to Apparate, and they are referred to as an Apparator. The sensation of Apparating is like being squeezed through a thick rubber tube (HBP4). Apparition is difficult magic, and some wizards choose to stick with using brooms. Performed incorrectly, Apparition can result in the caster being "splinched", leaving part of one's body behind (GF5, DH14, DH19). According to Harry's Apparition instructor, Wilkie Twycross, this happens when the caster is insufficiently determined (HBP18). Apparition becomes more difficult as distance increases. Only highly trained wizards would try intercontinental Apparition (QA9). Even Voldemort didn't try it (DH23). Wizards must pass a test to obtain a license to Apparate. To take the test, the applicant must be of age in the wizarding world (at least seventeen) (HBP4). Wilkie Twycross taught a twelve-week class for sixth year students at Hogwarts in Apparition. He explained that there are three D's in performing Apparition: destination, determination, and deliberation. (HBP18).

Most wizarding dwellings are not magically protected from unwanted Apparators, but Apparating directly into a wizarding house is considered just as rude as kicking down the front

door (HBP4). According to Remus Lupin, it's impossible to track anyone who Apparates. If, however, a person grabs hold of a wizard as they Apparate, that person is taken along to the destination by Side-Along Apparition (DH11).

**Apparition, Side-Along**

A form of Apparition in which the Apparator touches someone else, such as a child too young to Apparate, and Apparates with that person as a "passenger" (HBP3, 4, 25, DH3, 11).

**Apparition Test Center**

To legally Apparate, a witch or wizard must be of age and must successfully pass a test to acquire a license. To pass the test, the candidate must successfully Apparate to a specified destination without splinching himself or herself (GF6, HBP22). The Ministry of Magic offers a twelve-week series of Apparition lessons from a Ministry of Magic instructor, presumably each year. The cost for these lessons in Harry's sixth year was twelve Galleons. The lessons begin in January and are open to all students who will be of age on or before 31 August (that is, before the next school year begins). The lessons take place every Saturday; extra, heavily supervised practice sessions can be arranged (HBP17). The test center is located on level six of the Ministry of Magic, part of the Department of Magical Transportation (OP7).

**Appleby Arrows**

Quidditch team from the small town of Appleby in northeast England, southeast of York. The team was founded in 1612. Their robes are pale blue with a silver arrow on the chest. The Arrows defeated the then-champion Vrasta Vultures in a sixteen-day upset match in 1932. The

team's supporters used to fire arrows into the air from their wands to celebrate goals, but this practice was banned in 1894. The Arrows are fierce rivals of the Wimbourne Wasps (QA7).

### Appraisal of Magical Education in Europe, An

This book discusses, among other things, Beauxbatons Academy of Magic (GF9, GF11).

### aquavirius maggot

Luna spotted pale blobs floating in the huge tank in the Department of Mysteries and incorrectly identified them as aquavirius maggots. They were in fact brains (OP34).

### Aragog

(c. 1942-1996)

A male Acromantula, acquired as an egg c.1942 by Hagrid from a traveller. Hagrid hid Aragog in a cupboard in the castle and reared him on table scraps until Aragog's existence was exposed by Tom Riddle. At that point Hagrid was expelled, but he managed to release Aragog into the forest, where the Acromantula spent the rest of his life. Hagrid later found a mate for Aragog named Mosag, and they had many offspring; the entire colony remained deep in the forest. Harry and Ron first encountered Aragog and his family in May of 1993 and barely escaped with their lives, although out of respect for Hagrid Aragog neither sought out humans as prey nor permitted his family to do so (CS15). At the end of his life, Aragog was the size of a small elephant; his coloration was mixed with grey and he had gone blind, evidently due to cataracts (CS15). Aragog died of old age in the spring of 1997 (HBP22).

*"ara" from "aranea" L. spider + "gog" from "Gog", a legendary giant*

**Arbroath**

A town on the east coast of Scotland.  In 1107, Guthrie Lochrin suffered much discomfort after flying a splintery broomstick from Montrose to Arbroath (QA1).

**Archie**

Old wizard with a penchant for flowered nightgowns when he had to dress as a Muggle. Archie refused to wear trousers at the World Cup campground, saying that he liked "a healthy breeze around his privates" (GF7).

**Arcus**

One of two wizards thought to have taken the Elder Wand from Loxias (DH21).

**Argentina**

Argentina is the second largest country in South America and features a little bit of everything, from mountains to coastline. Its national Quidditch team reached the World Cup quarterfinals within the last century (QA8).

**Argyllshire**

A map of Argyllshire, a county in western Scotland, hangs on the second floor of Hogwarts. This map is where the Fat Lady hid after Sirius Black attacked her (PA9).

**Arithmancy**

Arithmancy is a branch of magic that is concerned with the magical properties of numbers; someone who practices Arithmancy is called an Arithmancer. There have been famous Arithmancers in history who have added to magical knowledge. For example, in the 1200s, Bridget Wenlock, a famous Arithmancer, discovered the magical properties of the number seven (fw). An O.W.L. in Arithmancy is required to apply for a curse-breaker's job at Gringotts' (OP29). Arithmancy at Hogwarts is taught by Professor Vector. In her class, students are expected to write essays and to be able to understand complicated number charts, which are part of their homework (PA12). Hermione Granger appears to be the only Gryffindor in her year who attempted an O.W.L. in this subject (which is her favorite) (PA12, PA16).

**Arjeplog**

A small city in the foothills of the mountains in northern Sweden, Arjeplog has for over a millennium been the location of the finishing line for the annual broom race of Sweden (QA2). It is also less than three hundred miles away from a Swedish Short Snout dragon reservation, which is most likely in the higher parts of the mountains.

**Arkie Alderton's Kwik-Repair Shop**

This shop is the place to go for a wizard whose Nimbus 2000 "has a terrible knack of veering left" (BLC).

***Armando Dippet: Master or Moron?***

A bestselling biography written by Rita Skeeter about one of the headmasters of Hogwarts (DH13).

**armor**

Hogwarts contains many enchanted suits of armor, some of which stand on plinths around the castle (PA12), while others are in an armor gallery. They move on their own, muttering and creaking and watching as people pass by (e.g. CS5, GF15). At Christmas time mysterious lights (everlasting candles, evidently) shine from inside every suit of armor in the castle (PA11, HBP15). During some years they are bewitched to sing Christmas carols as well (GF22). The armor in the castle was summoned to fight against the Death Eaters in the Battle of Hogwarts (DH30).

**armor, goblin-made**

 Some armor in the wizarding world is made by goblins, and is quite valuable. (e.g.HBP20) According to Phineas Nigellus, goblin-made armor does not require cleaning, because goblins' silver repels mundane dirt, imbibing only that which strengthens it, such as basilisk venom. In this context, "armor" also includes blades such as swords (DH15).

**armor-bewitching charm**

Bewitches a suit of armor to sing Christmas carols. This charm was used as part of the Christmas decorations in 1994. Unfortunately, a suit of armor so enchanted is still not a particularly clever

thing, so many of them didn't know all the words to the songs. Peeves took to hiding inside the armor and filling in the gaps with very rude lyrics of his own invention (GF22).

**armor gallery**

Room filled with armor adjacent to the trophy room on the third floor of Hogwarts (PS9).

**Arnold**

Ginny Weasley bought a purple Pigmy Puff from her brothers' shop in Diagon Alley. She named him Arnold and took him along with her to Hogwarts in a cage (HBP6, 7, 11).

**arrows, wand**

Shoots arrows out of a wand. Supporters of the Appleby Arrows were fond of firing arrows out of their wands to celebrate goals. The dangerous practice was outlawed in 1894 (QA7).

**ash**

Ash is a magical wood used for both brooms (QA9) and wands (JKR).

**Ashwinder**

A thin grey serpent, found worldwide, with glowing red eyes which comes out of magical fires and lives long enough to lay fiery hot eggs in some dark and secluded spot. These eggs, while valued as potion ingredients, are very dangerous. If they are not found and frozen in time, they will set buildings on fire (FB).

**Ashwinder eggs, frozen**

Quite valuable, as they can serve as ingredients in love potions or may be eaten whole as a cure for ague. However, Ashwinder eggs are so flammable that they will ignite a dwelling within minutes if they are *not* frozen as soon as possible (FB).

*Asiatic Anti-Venoms*

Harry consulted this book while doing some fifth-year Potions homework (OP16).

**asphodel**

Powdered root of asphodel is used in the Draught of Living Death (PS8). This plant is traditionally associated with the afterlife and the underworld.

**Assyria**

Assyria was where his great-uncle Algie got Neville's *Mimbulus mimbletonia* (OP10). *Assyria is an ancient name for an empire which no longer exists, mainly including modern-day Iraq, Syria, and Lebanon. Perhaps wizarding governments recognize different borders and country names from their Muggle counterparts.*

**astrology**

The study of Astrology requires a careful study of star charts relating to the date of a person's birth. The students in Trelawney's Divination classes have to create complicated charts and determine which planets were where and how that all affects their lives. Based on astrological signs, Trelawney suggested (incorrectly) that Harry must have been born in midwinter (GF13).

**astronomical model**

Miniature versions of stars and planets, useful for studying astronomy, are valued by witches and wizards. A perfect, moving model of the galaxy in a large glass ball and globes of the moon were for sale in Diagon Alley (PA4). Trelawney used a miniature model of the solar system, contained within a glass dome, each of the moons glimmered in place around the nine planets and the fiery sun, all of them hanging in thin air beneath the glass to teach Divination (GF29). Hepzibah Smith had celestial globes in her collection (HBP20).

**Astronomy**

This class, taught by Professor Sinistra, meets at midnight at the top of the Astronomy Tower. Essays for the theory portion involve learning a lot of facts (Ron and Harry's fifth year essay on Jupiter's moons is the best example). During their practical O.W.L., the fifth years had to fill in a star chart by locating and correctly identifying various celestial bodies then visible in the sky (OP31).

**Astronomy Tower**

The Astronomy Tower is the tallest tower of Hogwarts. It is here that the students study Astronomy at midnight and where they took their Astronomy O.W.L. (OP31). The top of this tower is more or less directly above the front entrance of the castle (OP31). A steep spiral staircase leads to the top of the tower (PS14, OP31). The Battle of the Tower, during which

Dumbledore was killed, was fought in, atop, and at the base of this tower. Dumbledore's body fell from there to the ground (HBP27).

**Atlantic Ocean**

Just as with Muggles in airplanes, the crossing of the Atlantic Ocean by broomstick was an important milestone for wizards, as the distance is too great for safely Apparating. In 1935, Jocunda Sykes first accomplished this feat, riding an Oakshaft 79 (QA9). The Atlantic is also a natural habitat of the sea serpent and the Shrake (FB), and in the west near the Caribbean, the site of the Bermuda Triangle (DP3).

**Atmospheric Charm**

A spell which creates the weather effects seen in the magical windows of Ministry of Magic headquarters in London, and probably the spell which had gone wrong to make it rain in people's offices. Hermione says that it will be more difficult to fix than by simply casting *Finite Incantatem* (DH12). Arthur Weasley suggested using *Meteolojinx Recanto* (DH13).

**Atrium (Ministry of Magic, London)**

The Atrium is a large hall with fireplaces up and down both long walls. Down the left-hand side of the hall are gilded fireplaces through which witches and wizards arrive at the Ministry. The right-hand side contains gilded fireplaces as well, and these are used for departures. The floor is polished dark wood. The ceiling is peacock blue with golden symbols moving across it. Before the great duel here between Dumbledore and Voldemort, The Fountain of Magical Brethren stood halfway down the Atrium, a group of golden statues depicting a wizard, a witch, a centaur,

a goblin, and a house-elf, spouting water into the surrounding pool of water. During the time when Death Eaters took over the Ministry, a new statue stood there. It was a vast black sculpture of a witch and wizard sitting on thrones made of hundreds of naked Muggles, with the words MAGIC IS MIGHT on the base. At the end of the Atrium is a set of golden gates, next to which is a security stand. Eric Munch is usually on duty here. He registers the wands of visitors. Another smaller hall is beyond the gates and here there is a series of lifts. The Atrium is apparently Level Eight. The lifts provide access to the other levels, except the tenth (OP7, DH12).

**Aubrey, Bertram**

(Hogwarts, 1970s)

James Potter and Sirius Black once received detention for hexing Aubrey and causing his head to grow twice its normal size (HBP24).

**Augurey (Irish Phoenix)**

Thin and mournful-looking bird somewhat resembling a vulture, greenish-black in color, native to Britain and Ireland. Normally remaining hidden in its nest in brambles and thorns, the Augurey flies only in heavy rain. Its feathers repel ink. Its distinctive cry was once thought to be a death omen, but it is now known that the Augurey's cry foretells rain. The Augurey eats insects and fairies. *"augury" Eng. generally, the art of divination, but specifically, the art of the augur (one who interprets omens based on the behaviour of birds).*

**Auror Headquarters**

Auror Headquarters is located on Level Two of the Ministry of Magic. It consists of a series of open cubicles, each Auror being assigned a space to work. The cubicles are decorated with pictures of known Dark wizards, maps, clippings from the *Daily Prophet*, and other odds and ends (OP7).

**Aurors**

Sometimes referred to as Dark Wizard Catchers, the Aurors are an elite group of witches and wizards who battle the Dark Arts. They operate in some ways as soldiers but more often as intelligence agents, seeking out Dark wizards and defeating them, often in fierce wizard duels. Alastor Moody and Frank and Alice Longbottom were famous Aurors. The Aurors were responsible for bringing to justice many of the Dark wizards who supported Voldemort during the 1970s. They also battled the giants, killing many and driving the rest from Britain. Under the leadership of Bartemius Crouch senior, the Aurors were given sweeping powers during Voldemort's first rise to power. These allowed the Aurors to bypass the normal channels of justice and kill or capture enemy wizards using means nearly as vicious as those used by the Dark wizards they fought. Sirius Black was imprisoned during this time without a trial because of these policies (GF27). Barty Crouch junior, disguised as Moody, told Harry (GF25) and Hermione (GF29) that they had what it took to be Aurors. When he heard of Harry's ambition, Slughorn also said that Harry would make a good Auror (HBP15). Harry told McGonagall during his careers consultation that he wanted to be an Auror and she vowed to help him along that path (OP29). After the downfall of Voldemort, Harry became the Head of the Auror office (BLC).

Training to be an Auror takes three years after leaving Hogwarts; the Aurors ask for a minimum of five N.E.W.T.s, with nothing under "Exceeds Expectations" grade. Apart from Defense Against the Dark Arts, the recommended N.E.W.T.s include Charms, Potions (particularly the study of poisons and antidotes), and Transfiguration (OP29). If a candidate for Auror training has the required academic qualifications, he or she must pass a background check for a criminal record, and must pass "a stringent series of character and aptitude tests at the Auror office." These tests assess skill in practical defense, perseverance, and dedication, and the ability to react well to stress (OP29).

## Australia

Australia is both the smallest continent and its own country, located on a large island entirely in the southern hemisphere. Hermione sent her parents to Australia during the height of the war against Voldemort, to protect them from Death Eaters. She also modified their memories so they did not remember she existed (DH6). After Voldemort's final defeat she returned to retrieve them once more (BLC). Australia is home to a number of Quidditch teams, including the Thundelarra Thunderers and the Woollongong [sic] Warriors (QA8). The Antipodean Opaleye Dragon and the Billywig are native to Australia (FB).

## Australian League

Quidditch league that includes teams from Australia and New Zealand (QA8).

## Auto-Answer Quill

These magical quills are banned during O.W.L.s (OP31).

**Avada Kedavra** (uh-VAH-duh kuh-DAH-vruh)

"Killing Curse"

*"adhadda kedhabhra" -  Aramaic: "let the thing be destroyed"*

Causes instant death in a flash of green light. One of the Unforgivable Curses (GF14), said to be unblockable and with no counter-curse. This spell produces a jet (OP36) or flash (GF14) of green light, and a sound as though some huge invisible thing is rushing at the target (GF1, GF14). Harry is the only known person to survive the Killing Curse. Voldemort cast it on Harry three times, with disastrous results (esp. PS1, GF14, also GF34, DH17, 34).

The Killing Curse is a critical part of the magic which resulted in Voldemort's downfall. In the forest, Harry sacrificed himself for the others and was "killed" by Voldemort with a Killing Curse. Harry didn't die, however. Instead, the bit of Voldemort's soul residing in Harry was killed (DH34). Then, in the actual final showdown between Harry and Voldemort in the Great Hall, Harry cast a Disarming Charm to claim the Elder wand at the same time that Voldemort cast the Killing Curse. Because the Elder wand recognized Harry as its true master, Harry once again survived, but Voldemort was finally dead when his Killing Curse rebounded on him. In other words, Voldemort killed himself while Harry simply claimed his wand (DH36).

*NOTE: A number of alternate etymologies have been discussed for this spell.* Abracadabra *is a cabbalistic charm in Judaic mythology that is supposed to bring healing powers. One of its sources is believed to be from Aramaic* avada kedavra*, another is the Phoenician alphabet (*a-bra-ca-dabra*).*

**Avalon**

Avalon is a legendary island somewhere off the coast of England, which during the time of King Arthur was ruled by Morgan le Fay-- a queen, a dark sorceress, and Merlin's half-sister and enemy (fw).

**Avery**

(b. late 1920s)

A friend and follower of Tom Riddle while at Hogwarts (HBP17), Avery became one of the first group of Death Eaters in the mid-1950s (HBP20). He is probably the father of the Avery who attended Hogwarts with Severus Snape in the 1970s.

**Avery**

(b. circa 1960; Slytherin c. 1971)

Attended Hogwarts with Severus Snape (GF27). A Death Eater who "wormed his way out of trouble by saying he acted under the Imperius Curse (GF27); he was punished by Voldemort with the Cruciatus Curse once Voldemort regained a functioning body (GF33). Possibly the son of the Avery that attended Hogwarts with Tom Riddle.

*Avis* (*AH*-vis)

*"avis" L. bird*

Conjures a flock of small, twittering birds (GF18).

**Award for Special Services to the School**

Gold shield awarded to Tom Riddle for exposing Hagrid as the one who opened the Chamber of Secrets and released the monster. His award is kept in the trophy room at Hogwarts (CS13). Harry and Ron received Special Awards for Service to the School after they rediscovered the Chamber, defeated the basilisk, and rescued Ginny (CS18).

**Axminster**

A type of carpet. The Crouch family used to have a flying Axminster that seated twelve--before they were banned, of course (GF6).

**Azkaban Fortress**

Far out in the icy waters of the North Sea lies a tiny island that is home to one of the most horrible places on earth: Azkaban, the wizarding prison (PA3, Sch1). Azkaban is a terrible place. Prisoners for years were guarded by Dementors, horrible creatures who have been described as "sightless soul-sucking fiends." Dementors feed on positive emotions, draining the prisoners of hope and all good feelings and thoughts. The prisoners are forced to relive the darkest, most horrible memories of their lives. Some go mad; others simply despair and die (GF27).

Ron states after Sirius Black's break-out that "no one's ever done it before" (PA5). In fact, this isn't true. There was at least one escape before Sirius's. Barty Crouch Jr. used Polyjuice Potion to change places with his dying mother, who remained in Azkaban while he escaped (GF27, 33).

During Voldemort's return to power, the Dementors allowed the escape of a number of Death Eaters (OP25, DH5) and then eventually deserted Azkaban altogether to ally themselves with

Voldemort (HBP1). After Voldemort's defeat, new Minister for Magic Kingsley Shacklebolt saw to it that Dementors were no longer guarding Azkaban (BLC).

# B

**'Babbity Rabbitty and her Cackling Stump'**

A wizarding fairy tale from the book *Tales of Beedle the Bard* (DH7).

**Babayaga**

Russian hag in medieval times who lived in a hut that stood on giant chicken legs. She ate children for breakfast - and presumably for lunch and tea (fw).

**Babbling, Bathsheda**

Hogwarts Professor for the Study of Ancient Runes according to an early planning draft for Prisoner of Azkaban (JKR).

**Babbling Beverage**

Potion which causes the target person to talk nonsense (OP32).

**Babbling Curse**

Exact effect not mentioned, but one can assume it causes the victim to babble. Lockhart

supposedly cured a simple Transylvanian villager of this affliction (CS4).

**Backfiring Jinx**

The Office for the Detection and Confiscation of Counterfeit Defensive Spells and Protective

Objects got wind of one of these in Elephant and Castle in July 1996, but it was sorted out by the

Magical Law Enforcement Squad before they arrived on the scene (HBP5).

**Baddock, Malcolm**

(Slytherin, 1994)

Hogwarts student (GF12).

**badger**

The badger is the animal symbol for Hufflepuff house at Hogwarts (PS3, GF15, FB).

**Bagman, Ludovic "Ludo"**

Ludovic "Ludo" Bagman was a celebrated Beater for the Wimbourne Wasps c. 1980. When his Quidditch days were over, he joined the Department of Magical Games and Sports and eventually (c. 1993) became its head. He served in that capacity until his somewhat informal departure from the Ministry in late June 1995 under a cloud of gambling allegations (GF37).

At the height of his Quidditch career, Ludo was accused of passing information to Augustus Rookwood, an old friend of Ludo's father, as part of Rookwood's intelligence network. At his trial, Ludo admitted passing the information, but claimed that he didn't realize that Rookwood was actually working for Voldemort. Mad-Eye Moody, for one, had no trouble believing Ludo had been foolish rather than deliberately treacherous, saying he'd always been dim (GF30).

Though tall and powerfully built, Ludo even in the 1990s retains the look of an overgrown schoolboy, with round blue eyes, blond hair, and a rosy complexion. As a young man, he was lean and muscular, but after his retirement he put on a lot of weight (GF5, GF30).

Bagman's downfall came when he gambled heavily on the Quidditch World Cup final of 1994. He attempted to recoup financially by borrowing money from the goblins and placing still more bets. He used leprechaun gold to pay off witches, wizards, and a few goblins to whom he owed money, then spent most of the next year after the World Cup trying to avoid his angry creditors, among them Fred and George Weasley. Ludo's last-ditch effort to recoup was to place a large wager on the underdog in the Triwizard Tournament, Harry Potter, afterward concentrating on unethically using his position as a Triwizard judge to influence the outcome. When the Tournament ended in a draw, Ludo fled rather than face his goblin creditors (GF37).

*"ludo" = Latin for "play."*

*"bagman" = Eng. slang: While in the U.S. this carries the sense of "one who collects money, as for racketeers", in the U.K. it carries the meaning "traveling salesman".*

**Bagman, Otto**

Got into trouble with the Muggle Artifacts Office because of an 'unusual' lawnmower, but Arthur Weasley straightened things out for him. Out of gratitude, Otto's brother Ludo arranged the Weasleys' tickets to the Quidditch World Cup (GF5).

**Bagman (Sr.)**

Father of Ludo and Otto, friend of the Death Eater Augustus Rookwood (GF30).

**Bagnold, Millicent**

Minister of Magic before Fudge, from 1980-1990 (OP5, JKR).

**Bagshot, Bathilda**

(b. mid-1800s - d. 1997)

Author of the famous book *A History of Magic*. Bagshot lived in Godric's Hollow and was a neighbor of the Dumbledores. Her great-nephew was Gellert Gindelwald, who became friends with Albus Dumbledore on a visit to Bathilda's home in the summer of 1899. She died in the fall

of 1997 shortly after speaking with Rita Skeeter about Albus Dumbledore. Rita used Veritaserum to extract information from the old woman and stole some of her photographs for a tell-all book about the former headmaster (DH 18, 32, 35).

## Bagshot House

Now filled with the "odor of old age, of dust, of unwashed clothes and stale food," the Bagshot house was home to Bathilda Bagshot for many years. The house is located in Godric's Hollow, in between the town square and the Potter cottage (DH17). It was here that Grindelwald stayed when he came to Godric's Hollow in search of the Cloak of Invisibility, and when he befriended Albus Dumbledore (DH18, DH35).

Harry and Hermione visited this house in search of Gryffindor's sword and were tricked into thinking that Bathilda was still alive. The house at this point was in great disrepair, with peeling paint and an awful smell, though as Bathilda had been dead only a couple of months (DH22) it was probably beginning to fall into disrepair while she was still alive.

## balloons

Balloons can be enchanted to produce effects when they burst – or not to burst at all. Harry got a package of non-exploding luminous balloons in his Christmas crackers during his first year (PS12).  When the golden balloons burst at the end of Bill and Fleur's wedding ceremony, singing birds of paradise and tiny chiming golden bells flew out of them (DH8).

**Ballycastle Bats**

Quidditch team from Ballycastle, a town on the north coast of Northern Ireland. The Bats wear black robes with scarlet bats on the front. Fans of the Bats usually wear black as well. The captain of the team is Finbar Quigley (DP1). The team mascot is Barny the Fruitbat (QA7).

**Ban on Experimental Breeding**

Written in 1965 by Newt Scamander, this important law prevents wizards from creating new and dangerous creatures. Scamander was particularly proud of his work on this law which helped protect wizards and Muggles alike from untamable monsters which might be created by unscrupulous wizards (FB). In spite of this law, Hagrid bred a new species he called the Blast-Ended Skrewt in 1994 (GF24).

**Ban on Importing Flying Carpets**

Because the carpet is classified as a Muggle artifact, the Ministry has in place a Ban on Importing Flying Carpets. In 1994, Ali Bashir was trying to convince the Ministry to lift that restriction. This law falls under Arthur Weasley's jurisdiction in the Misuse of Muggle Artifacts Office (GF7).

**Banchory Bangers**

Quidditch team from Banchory, a town near the east coast of Scotland, which was known for its complete lack of skill and reckless shenanigans. These led to the disbanding of the team in 1814 (QA6).

**Bandon**

A small market town located in southern Ireland, roughly ten miles from the Celtic Sea, Bandon was presumably the home of the Bandon Banshee, which Gilderoy Lockhart claimed to have banished (CS6).

**Bandon Banshee, the**

The Bandon Banshee was supposedly defeated by Gilderoy Lockhart (CS6), but actually was defeated by a witch with a hairy chin (CS16).

**Bane**

Bane is a black-haired Centaur who dislikes and distrusts humans. He carried off Umbridge when she attacked Magorian (OP33). Bane fought against the Death Eaters in the Battle of Hogwarts (DH36).

**Bangladesh**

Located east of India on the coast of the Indian Ocean, Bangladesh is one of the world's most populated countries despite its tiny size. Bangladesh has a Ministry of Magic. Quidditch has never caught on much here, primarily because in this region flying carpets are used for transportation rather than brooms (QA8).

**Banishing Charm**

reverse of Summoning Charm

*Depulso* (PA/g)

Sends an object away from the caster; the target object is said to have been Banished (GF26).

**banshee**

A Dark creature with the appearance of a woman with floor-length black hair and a skeletal, green-tinged face. Its screams will kill. Seamus Finnigan is particularly afraid of banshees (PA7). The Bandon Banshee was supposedly defeated by Gilderoy Lockhart (CS6). The singer Celestina Warbeck performs with a backing group of banshees (DP4).

**Barbary, Heathcote**

(b. 1974)

Plays rhythm guitar with the popular wizarding band The Weird Sisters (fw).

**Barkwith, Musidora**

(1520-1666)

Barkwith was a famous composer whose 'Wizarding Suite' featured an exploding tuba. This unfinished work is now banned, ever since a performance in 1902 blew the roof off of the Town Hall of Ackerly (fw).

*"Musidora" = from "music"; "Bark" = might be connected to the idea that dogs bark when they hear music being played or sung poorly.*


**Barnabas the Barmy**

A moving tapestry of this wizard, depicting his foolish attempt to train trolls for the ballet, hangs on the seventh floor of Hogwarts Castle, opposite the entrance to the Room of Requirement (OP18, HBP20).

*"barmy" = British slang for "crazy"*


**Barnabus Finkley Prize for Exceptional Spell-Casting**

Albus Dumbledore won this prize during his years at Hogwarts (DH18).


**Barnsley**

The Five Feathers in Barnsley is home to Bungy the waterskiing budgerigar, about whom Harry heard a news story while listening to the Muggle news (OP1).


**Barnton Quidditch Team**

Barnton is a small village located east of Liverpool in western England. In 1883, an amateur Barnton team had goals made of different sized baskets. Those for their opponents were tiny while their own were "great wicker caves" which were easy to score into (QA6).


**Barny the Fruitbat**

Barny is the mascot of the Ballycastle Bats; he also appears in Butterbeer commercials ("Barny says: I'm just batty about Butterbeer!") (QA7).


**Baruffio**

Wizard who mispronounced a charm and suffered for it (PS10).


**Baruffio's Brain Elixir**

During the weeks before O.W.L.s, older students tried to make money selling aids to concentration and memory to gullible fifth years. Harry and Ron wanted to buy a bottle of Baruffio's Brain Elixir from Ravenclaw sixth year Eddie Carmichael, but Hermione confiscated

it and poured it down the toilet (OP31).

**Bashir, Ali**

Ali is a flying carpet merchant who was very interested in importing flying carpets into Britain. Arthur Weasley wouldn't allow it, so Ali tried to smuggle carpets in (GF7, 23).

**Basic Blaze Box**

One of the range of fireworks products offered by Weasley's Wizard Wheezes (OP28).

*Basic Hexes for the Busy and Vexed*

Harry and Hermione looked in this book while searching for a simple spell for dealing with a dragon (GF20).

**Basil**

Ministry wizard, wearing a kilt and a poncho in an attempt to dress like a Muggle, who worked at the Portkey terminus at the Quidditch World Cup (GF7).

**Basilisk**

A wizard-bred Dark creature of enormous power, this extremely poisonous giant serpent (up to fifty feet in length) is brilliant green in color with long thin saber-like fangs and bulbous yellow eyes. A basilisk can live for at least 900 years given an adequate food supply, and as it can eat most vertebrates (including humans), this is not difficult to achieve. The male can be distinguished from the female by the scarlet plume on its head, but basilisks are usually magically rather than normally bred. A Basilisk is created by hatching a chicken egg under a toad. Basilisk-breeding has been outlawed since medieval times and in the present day falls under the Ban on Experimental Breeding, but this law has rarely been broken even by Dark wizards, since only a Parselmouth can control a Basilisk (FB).

The Basilisk has extremely poisonous fangs. The only antidote for the poison is phoenix tears (DH6). Its stare can kill. Spiders flee from the Basilisk, but the great serpent fears the crowing of a rooster (CS16).

Salazar Slytherin placed a Basilisk in the Chamber of Secrets under Hogwarts castle. When unleashed by the Heir of Slytherin using Parseltongue in 1992, the basilisk searched the castle for its prey, Muggle-born students, which it apparently could identify by smelling their blood ("I smell blood..." the creature cried as it wandered the pipes). When its eyes were pecked out by Fawkes, it attacked Harry using its keen sense of smell. Harry killed the basilisk by thrusting a sword through the roof of its mouth. Harry's arm was pierced by one of the basilisk's fangs, the poison of which nearly killed him (esp. CS17).

**Basilisk venom**

One of the most potent magical substances known, Basilisk venom remains poisonous long after

the creature has died. It is one of the few substances able to destroy a Horcrux. Harry used a Basilisk fang covered with venom to destroy the Diary. Years later, Hermione used another fang to destroy Hufflepuff's cup, also a Horcrux. The only antidote to Basilisk venom is the tears of a Phoenix (CS17, DH6).

**Bat-Bogey Hex**

Enlarges an opponent's 'bogies' to bat-size, gives them wings, and sets them to attacking his or her face (OP6, 33, HBP7).

*'bogey' is British slang for 'booger', nasal mucous*

**Bath**

Located in southwestern England near Bristol, Bath was so named because it was once home to an elaborate Roman public bath. Ron told Harry a story he had heard of a witch in Bath who owned a book that had been bewitched so you could never stop reading it (CS13).

**bathrooms**

There are a number of bathrooms located around Hogwarts castle. On the second floor, a girls' bathroom is out of order because Moaning Myrtle haunts the place and frequently floods it. One of the sinks in this bathroom conceals the entrance to the Chamber of Secrets (CS9, 16). There are also bathrooms on the fourth floor (OP28) and sixth floor (HBP24), and an elaborate

Prefects' Bathroom on the fifth floor (GF23). The Room of Requirement created a bathroom for the students hiding from the Carrows during the 1997-1998 school year. However, the bathroom didn't appear until girls started turning up (DH29).

**bat, Beater's**

In Quidditch, the Beaters use enchanted wooden bats to hit the Bludgers in an effort to affect their flight (away from fellow team members and/or toward opposing team members). The enchantments are necessary because of the weight and composition of the Bludgers (QA6).

**Battles**

During the Second Wizarding War, battles were fought between Death Eaters and allies of the Ministry, including Aurors and members of the Order of the Phoenix. Some of these battles were single combats, but others were pitched battles between larger groups of combatants. In the end, the final defeat of Voldemort involved a huge battle at Hogwarts castle. The four main battles in the Second War have been given names for reference in the Lexicon. They are:

- **The Battle of the Department of Mysteries** – June, 1996, fought in the lower levels of the Ministry of Magic between Death Eaters, Dumbledore's Army, and the Order of the Phoenix. The battle ended in a spectacular duel between Voldemort and Dumbledore. Sirius Black was killed in this battle.

- **The Battle of the Tower** – June, 1997, fought on and around the Astronomy Tower of Hogwarts. Albus Dumbledore was killed in this battle, as was at least one Death Eater. Bill Weasley was seriously injured by Fenrir Greyback.

- **The Battle of the Seven Potters** – July, 1997, fought in the skies over southern England as the Order of the Phoenix tried to rescue Harry Potter from Privet Drive and was attacked by over thirty Death Eaters. Mad-Eye Moody was killed in this battle, as were several Death Eaters. Voldemort revealed his ability to fly and almost caught and killed Harry Potter.

- **The Battle of Hogwarts** – May, 1998, was the climactic final showdown between the side of good and the side of evil. Hogwarts castle was damaged in this battle and fifty people died defending it, including Fred Weasley, Tonks, Lupin, and Colin Creevey. The Death Eaters enlisted giants, Dementors, and Acromantulas to fight for them, while the defenders of Hogwarts included Centaurs, house-elves, students and their parents, shopkeepers from Hogsmeade, enchanted armor and statues and desks, and many others. In the end, Harry Potter killed Voldemort in the Great Hall (DH31-36).

**Bayliss, Hetty**

Muggle living in Norfolk; on 1 September 1992 she was sure she spotted a flying car while hanging out her wash (CS5).

**Beamish, Oswald**

(1850 - 1932)

Pioneer of goblin rights (fw).


**Beater**

A Quidditch player who protects other players from Bludgers while attempting to hit the Bludgers toward opposing players using a small bat. (QA etc.).


*Beaters' Bible, The*

by Brutus Scrimgeour

Kennilworthy Whisp cited this book in *Quidditch Through the Ages*, and Scrimgeour in turn provided a favorable blurb for Whisp's book in the front of QA. According to Whisp, the first rule in Scrimgeour's book is "Take out the Seeker" (QA6).


*Beating the Bludgers -- A Study of Defensive Strategies in Quidditch*

by Kennilworthy Whisp (QA)


**Beautifying Potion / Beautification Potion**

Potions to make the drinker more lovely in appearance (fw).

**Beauxbatons Academy of Magic**

One of at least three magical schools in Europe, Beauxbatons is a French school whose students participated alongside those of Hogwarts and Durmstrang in the Triwizard Tournament. Both male and female students wear sky-blue robes. The headmistress is Madame Maxime (GF15 ff.).

**Bedazzling Hex**

 A cloak with this hex cast upon it can function as in Invisibility Cloak (DH21).

**Beedle the Bard**

Accredited author of wizarding children's fairy tales including "*The Fountain of Fair Fortune*," "*The Wizard and the Hopping Pot*," "*Babbitty Rabbitty and her Cackling Stump,*" and "*The Tale of the Three Brothers*." (DH7, DH21).

**Befuddlement Draught**

*ingredients: sneezewort, scurvy-grass, and lovage*

Harry had to study the ingredients and their effects during his fifth year (OP18). Also known as a Confusing and Befuddlement Draught, similar in effect to a Confusing Concoction.

***Beginner's Guide to Transfiguration, A***

by Emeric Switch

The required textbook for Transfiguration for first and second year students at Hogwarts (PS5).

**Belby, Flavius**

(1715 - 1791)

Survived a Lethifold attack while in Papua New Guinea in 1782. He wrote about the experience, revealing for the first time the existence of this terrible creature and also the fact that a Patronus Charm will drive a Lethifold away. Belby had at one time been voted the president of the local Gobstones Club (fw, FB).

**Belby, Marcus**

(Ravenclaw, mid-1990s)

A "thin and nervous-looking" boy. A candidate for the Slug Club because his Uncle Damocles invented Wolfsbane potion (HBP7).

**Belch Powder**

Yet another delightful product to buy at Zonko's to antagonize Filch (PA8).

**Belcher, Humphrey**

A wizard who mistakenly thought a cheese cauldron would be a good idea (HBP10).


**Bell, Katie**

(b. 1978; Gryffindor, 1990; Chaser 1991-1997)

One of the three Chasers on the Gryffindor team during most of Harry's years at Hogwarts. Oliver Wood considered her to be a superb Chaser (PA8), along with Angelina Johnson and Alicia Spinnet, who are a year older than Katie (OP26). As a member of the team, Katie has taken her share of rough play, including a time when Montague of Slytherin intentionally grabbed her head instead of the Quaffle, nearly unseating her (PA15). Katie, along with Alicia and Angelina, joined the DA (OP17). In 1996, Katie was placed under the Imperius Curse by Madam Rosmerta to carry a cursed opal necklace to someone at Hogwarts. The parcel broke open as she argued with her friend Leanne. When Katie touched the necklace her body levitated as she writhed in pain, and then collapsed (HBP12); she had to be evacuated to St. Mungo's for quite a few weeks (HBP13). In May of 1998, Katie returned to the school to fight in the Battle of Hogwarts (DH30).


**Benedict, Brother**

Franciscan monk living in Worcestershire in medieval times, a Muggle who had an encounter with a Jarvey, but thought it was an overlarge ferret. It insulted him, and then bit him on the nose. His fellow monks thought he'd overindulged in turnip wine when he told them about it (FB).

**Benson, Amy**

A child from the orphanage whom Tom Riddle once terrorized in a seaside cave (HBP13).

**Bermuda Triangle**

An imaginary triangle formed by drawing lines between Miami, Bermuda, and San Juan, the Bermuda Triangle is a region of the western Atlantic Ocean famous for unexplained disappearances of ships and planes. Wizards know that the disappearances are caused by a sea monster (DP3).

**Bertie Bott's Every Flavor Beans**

One of the most famous sweets in the wizarding world is Bertie Bott's Every Flavor Beans. These beans are essentially the same as Muggle jelly beans but with flavors that Muggles would never expect. Bertie Bott's Every Flavor Beans was creating by inventor Bertie Bott quite by mistake. His original purpose was to create tasty candies from food but he accidentally included a pair of dirty socks in his experiment. Bertie recognized the sales potential of a candy that presented "a risk with every mouthful!" (fw). According to Ron, there are ordinary flavors like chocolate and peppermint and marmalade, but also more adventuresome ones like spinach and liver and tripe (PS6). George said he'd had a booger-flavored one. Dumbledore said that, in his youth, he ate a vomit-flavored one and was put off Bertie Bott's Beans for quite a while. Eventually he tried what he thought might be a "nice toffee," only to discover that the flavor was

actually ear wax (PS17). Bertie Bott's Every Flavor Beans are a popular sweet for kids at Hogwarts. They buy them from the lunch trolley on the Hogwarts Express and from Honeydukes in Hogsmeade. They give them for Christmas gifts and as gifts when someone is ill and in the hospital wing.

**Bethnal Green**

A district of London's East End, historically known as a poor area. Bethnal Green was where Willy Widdershins pranked Muggles with exploding toilets, which Mr. Weasley had to investigate (OP7).

**Bewitched Sleep**

Puts the target person into a deep sleep; subject is in a state almost like suspended animation and does not breathe for the duration of the spell. Dumbledore placed Cho, Ron, Hermione, and Gabrielle Delacour into this kind of sleep while they were "held hostage" by the merpeople in the lake (GF27). Fleur tried to put her dragon into some sort of enchanted sleep during the first task (GF20).

**bezoar**

A shriveled kidneylike "stone" (HBP18) that comes from the stomach of a goat, protects from most poisons (PS8, HBP18, 19).

**Bicorn**

Horn of this creature is used as a potion ingredient. The name "bicorn" suggests a creature with two horns. The Bicorn is a mythical demonic creature which eats human flesh (FB). Powdered bicorn horn is used in Polyjuice Potion (CS10).

**Bigfoot**

Another name for the yeti; the Bigfoot variety lives in the Pacific Northwest of the United States (FB).

*The Bigfoot and Yeti are the same magical creature in Rowling's world.*

**Bighead Boy**

Fred and George transfigured Percy's Head Boy badge to read this (PA4).

**Bigonville Bombers**

home: Bigonville, a small city in western Luxembourg

A Quidditch team known for high scoring (QA8). This team is possibly the same as Luxembourg's national team which defeated Scotland in the lead up to the World Cup in 1994 (GF5).

**Bilius**

Ron Weasley's Uncle Bilius saw a Grimm and died, twenty-four hours later (PA6), Ron's middle name (DH7), Fred missed him at the Wedding, saying he always good for a laugh. (DH8)

**Bill of Goblin Rights**

Subject of a meeting between the MoM and B.O.G. (DP3)

**Billywig**

A magical insect, native to Australia. It is about a half-inch long and vivid blue in color. A Billywig's sting causes giddiness and levitation. For this reason, the Billywig's sting is highly sought after by Australian wizards. Dried Billywig stingers are useful as a potion ingredient. These stingers are also thought to be an ingredient in Fizzing Whizzbees, a popular sweet (FB).

**binding/fastening magic**

Spells which fasten chains or ropes to restrain someone or something. Examples include magical chains which bind prisoners to the chair of the accused in the Ministry's courtroom (GF30, OP8, DH13) and the spell *Incarcerous* (OP33), which sends magical ropes to bind up a target. Quirrell

bound Harry with magical ropes by snapping his fingers (PS17). Snape bound Lupin with magical cords and then Lupin later used the same spell to bind Pettigrew (PS19).

**Binky**

Pet of Lavender Brown, a young rabbit that was killed by a fox in the fall of 1993. Lavender was convinced this was, as Professor Trelawney had predicted, "the thing she was dreading," though Hermione pointed out that logically this didn't make much sense (PA8).

**Binns, Professor Cuthbert**

History of Magic teacher, the only professor at Hogwarts who is a ghost. Binns enters the classroom through the blackboard. He is ancient and shriveled in appearance and is the semi-transparent, pearly-white color of a typical ghost. The story is that Binns was so old that one morning, upon waking up in front of the staff room fire, he simply went off to class, leaving his body behind. His routine has not varied a whit since. Binns' classes are remarkable only for their utter dreariness. He reads through endless details of goblin uprisings and other events "in a flat drone like an old vacuum cleaner" which puts everyone into a stupor (CS9, GF22, OP12).

*Professor Binns' first name 'Cuthbert' appears on a list Jo created while planning* Prisoner of Azkaban *(JKR)*

**Birch, Brevis**

Captain of the Tutshill Tornados  who blamed their loss to the Ballycastle Bats on a bout of sleeping sickness that affect the Keeper (DP2)

**Birmingham**

Birmingham is located in west-central England and, after London, is the country's second most populated city. The second time Harry rode the Knight Bus, the bus jumped from Grimmauld Place to "just outside Birmingham," according to Stan Shunpike (PA3).

**Bishop, Dennis**

A Muggle child from the orphanage whom Tom Riddle once terrorized in a seaside cave (HBP13).

**Biting Fairy**

Another name for the Doxy (FB).

**Black, Annis**

Black, who lives in a cave in a place called Deadmarsh, wrote a letter to the *Daily Prophet* protesting their portrayal of hags as flesh-eating monsters (DP1).

*"Black Annis" is the name of a legendary hag living in a cave in the Dane Hills in Leicestershire.*

*She dug the cave herself with claws as hard as iron. Black Annis is reputed to have eaten children and hung their skins on the walls of her cave.*


**The Black Family**

The Black family is one of the most prominent pure-blood wizarding families. They call themselves "The Noble and Most Ancient House of Black." The family motto is "Toujours pur" ("always pure") (OP6, BFT). Members of the Black family are well known throughout history, many being supporters of Voldemort. A tapestry hangs on the wall of number twelve Grimmauld Place that has, according to Kreacher, been in the family for seven centuries (OP6). On it the family's births, marriages and deaths are embroidered with gold thread; family members who have been disowned have been "blasted" from the fabric (a small burn like a cigarette burn is where their name should have been).

Known and notable members of the Black family:

- **Alphard Black** (died c.1976-77)
- Uncle to Sirius and Regulus. Alphard was their mother's brother; however he has been removed from the tapestry because he 'gave gold to his runaway nephew,' represented by a burn hole in the Black Family Tree.
- **Andromeda (Black) Tonks** (b. 1953)
- Mother of Nymphadora (b. 1973), sister to Bellatrix and Narcissa. Andromeda married Ted Tonks, a Muggle-born wizard. Sirius told Harry that Andromeda had been "blasted" off the Black family tapestry for that reason (OP6, BFT). Andromeda is similar in appearance to her sister Bellatrix, but has lighter-colored hair (CH5).

- **Araminta Meliflua**

- Sirius's mother's cousin who "tried to force through a Ministry Bill to make Muggle-hunting legal" (OP6).

- **Arcturus Black** (1884-1959)

- **Arcturus Black** (1901-1991) Grandfather of Sirius and Regulus.

- **Bellatrix (Black) Lestrange** (1951-1998) See Lestrange, Bellatrix.

- **Belvina (Black) Burke** (1886-1962)

- **Callidora (Black) Longbottom** (b. 1915)

- **Cassiopeia Black** (1915-1992)

- **Cedrella (Black) Weasley**

- Married to Septimus Weasley, a blood-traitor, and subsequently disowned.

- **Charis (Black) Crouch** (1919-1973)

- **Cygnus Black** (1889-1943)

- **Cygnus Black** (1929-1979) Father of Bellatrix, Andromeda and Narcissa.

- **Dorea (Black) Potter** (1920-1977)

- Married to Charlus Potter; they had one unnamed son (BFT). These could be James Potter's parents, although Jo has told us that "James's parents were elderly, were getting on a little when he was born… They were old in wizarding terms, and they died." (TLC) Dorea, on the other hand, was only 57 when she died.

- **Elladora Black** (1850-1931)

- This is likely the Aunt Elladora Sirius mentioned who started the family tradition of beheading house-elves when they got too old to carry tea trays (OP6).

- **Isla (Black) Hitchens**

- Disowned because she 'married Muggle Bob Hitchens' (BFT).

- **Lucretia (Black) Prewett** (1925-1992)

- **Lycoris Black** (1904-1965)

- **Marius Black** (1900s)

- Disowned for being 'a squib' (BFT).

- **Narcissa "Cissy" Black Malfoy** (b. 1955) See Malfoy, Narcissa

- **Orion Black** (1929-1979)

- Father of Sirius and Regulus; he heavily fortified the family home at number twelve Grimmauld Place, London. Married his second cousin, Walburga Black.

- **Phineas Nigellus** (1847-1925) See Black, Phineas Nigellus

- **Phineas Black**

- Disowned because he 'supported Muggle rights' (BFT).

- **Pollux Black** (1912-1990)

- **Regulus Black** (1906-1959)

- **Regulus Arcturus Black** (1961-1979) See Black, Regulus

- **Sirius Black** (1845-1853?) Older brother of Phineas Nigellus Black.

- **Sirius Black** (1877-1952) Oldest son of Phineas Nigellus Black.

- **Sirius** (1960 - June 1996) See Black, Sirius

- **Sirius' Grandfather Black**

- It is unclear which of Sirius' grandfathers this would have been, Arcturus Black or Pollux Black. Awarded Order of Merlin, First Class for "Services to the Ministry" Sirius says it was probably just because he gave them gold (OP6).

- **Walburga Black** (1925-1985)

- Mother of Sirius and Regulus, married to Orion Black. She was fanatical about purity of blood. Now that she is dead, her portrait hangs in Number 12 Grimmauld Place from which she shrieks and screams about "blood-traitors and Mudbloods" being in her house (OP4 etc.).

## Black Forest

The Black Forest has for centuries been a haven for vacationing nobility and working artists and writers. It is also home to Ellerby and Spudmore, a racing broom company that produces the Tinderblast and the Swiftstick (QA9). It is also the natural habitat of the Erkling (FB).

## blackboard, advertising

The Quidditch World Cup stadium had a huge blackboard upon which gold writing appeared as if written by a huge invisible hand. The space displayed advertising before the match, and then became a scoreboard once play commenced (GF8).

## Black, Phineas Nigellus

(1847 – 1925; Slytherin, c. 1858; later Headmaster)

Married to Ursula Flint, five children. Great-great-grandfather of Sirius Black, who has been known to refer to him as the least-popular Headmaster Hogwarts has ever had (OP6).

Phineas' portrait hangs in the Headmaster's office along with those of other previous Headmasters, and he rather grudgingly helps Dumbledore when pressed. His portrait also hangs in number twelve Grimmauld Place (OP37) Phineas is a snide, sarcastic fellow. He has little patience for the feelings and the problems of others, particularly young people, whom he finds tedious and self-absorbed (OP23). Phineas helped Snape keep a track of the movements of Harry, Ron, and Hemione when they were on the run from the Death Eaters because Hermione had placed his portrait from Grimmauld Place into her beaded bag (DH12, 15)

**Blackpool Pier**

There are now three separate piers at Blackpool, on the northwestern coast of England on the Irish Sea. The North Pier, however, was once referred to as Blackpool pier, and for nearly 150 years has been an entertainment center, now featuring a theatre, shops, restaurants, and bars. Apparently the Longbottoms have visited, for this was where Neville as a young boy was pushed off the end of the pier by his Great Uncle Algie to try to "force magic out of him"; he nearly drowned (PS7).

**Black, Regulus Arcturus**

(1961-1979; Slytherin, 1972)

Regulus was the younger brother of Sirius Black. Unlike his brother, Regulus was favored by his parents because he shared their pureblood prejudices; soon after leaving Hogwarts, he joined the Death Eaters. Regulus began to have a change of heart when he saw first hand what the Dark

Lord was doing. When Voldemort demanded the use of a house-elf, Regulus sent Kreacher, a family elf that he was very fond of. However, the elf was left behind to die by Voldemort on the secret island in the sea cave where he'd hidden the locket Horcrux. Regulus had commanded Kreacher to come back, however, so the elf returned. The story Kreacher told was the last straw and Regulus was determined to destroy Voldemort. From arrogant hints the Dark Lord had dropped, Regulus figured out what the locket was. Regulus ordered the elf to return to the island with him, substituted a fake horcrux for the real one, then told Kreacher to take the locket and destroy it. Regulus, who had drunk the potion in the stone basin to get to the locket, was attacked and drowned by the Infiri in the underground lake (DH10). He had forbidden Kreacher to tell anyone in the family what had happened, so they would be protected by not knowing.

**Black Sea**

The Black Sea, sandwiched between Ukraine and Turkey in Eastern Europe, was the site of a near-tragic accident in 1799 when a Ukrainian Ironbelly Dragon carried off a sailing ship. Thankfully, the ship was empty at the time (FB).

**Black, Sirius**

(1960-1996; Gryffindor, 1971)

James Potter's closest friend, Harry Potter's godfather and an Animagus, Sirius Black was falsely accused of betrayal and murder and imprisoned in Azkaban.

Sirius Black was the elder of two boys born to an aristocratic family that was fiercely proud of its pureblood status and vehemently anti-Muggle. Unlike his younger brother Regulus and just

about all of his ancestors, Sirius was sorted into Gryffindor and rejected his family's belief in pure-blood supremacy. By the time he was sixteen, he had completely severed ties with his family and was literally blasted off of the Black family tree. Ironically, two members of the family he so reviled proved to be far braver than he thought.

At Hogwarts, Sirius became close friends with fellow Gryffindors James Potter, Peter Pettigrew, and Remus J. Lupin, a werewolf. To keep Remus company in his werewolf state, the four boys secretly became Animagi during their fifth year. Given his name, it was probably no surprise that Sirius's Animagus form was a large black dog. At each full moon, the Marauders: Padfoot (Sirius), Prongs (James), Moony (Lupin) and Wormtail (Pettigrew) explored the school, its grounds, and even the Forbidden Forest and recorded what they learned in a magical map they called the Marauder's Map (PA18).

After finishing Hogwarts, Sirius and the other four Marauders joined Dumbledore's Order of the Phoenix, a small group of wizards and witches fighting to stop Lord Voldemort and the Death Eaters' reign of terror. During these desperate times, James Potter and Lily Evans married and started their family, unaware that a prophecy would cut their lives short. Soon after the death of James and Lily Potter, Sirius was framed by his old friend Peter Pettigrew for their betrayal and the murder of twelve Muggles during his attempt to escape Ministry law enforcement.

Twelve years later, Sirius escaped from Azkaban and convinced Harry and the Order of the Phoenix of his innocence; however, he was forced to remain a fugitive because there was no viable proof. This second captivity seems to have been more corrosive than Azkaban. Sirius chafed at his forced inaction. Harry longed for Sirius to be the father figure he craved, but Sirius seemed often more interested in regaining the camaraderie and urgency of his glory days.

Sirius was killed by his cousin Bellatrix in the Battle of the Department of Mysteries; his body fell through a mysterious veiled arch and could not be recovered (OP35).

In his youth, Sirius was good-looking in an elegant, casual way with dark hair and gray eyes; after his imprisonment he is often described as looking gaunt and unkempt.

*Sirius is the "Dog Star," the brightest star in the Canis Major ("Great Dog") constellation. From seirios (Greek) meaning "burning."*

**blackthorn**

A wand wood. Ron stole a blackthorn wand from the Snatchers that had captured him. He brought this along when he found Harry and Hermione again, and Harry used it on occasion since his own wand was broken. He didn't like the wand much, and it didn't work well for him (DH20).

**"bladvak"**

Word meaning "pickaxe" in Gobbledegook, the language of Goblins (GF24).

**blagging**

Quidditch foul: Grabbing onto the broom tail of another player (QA6).

**Blane, Balfour**

(1566 - 1629)

Wizard who established the Committee on Experimental Charms (fw).

**Blast-Ended Skrewt**

The Blast-Ended Skrewt is a strange hybrid creature bred by Hagrid at Hogwarts in the fall of 1994  by crossing manticores and fire-crabs. Newly-hatched Skrewts looked like pale, slimy, deformed, shell-less lobsters. They had no heads but had legs sticking out at odd angles. The creatures were about six inches long and smelled strongly of rotten fish. Sparks flew out from their ends every so often which propelled them forward a few inches. Some skrewts had stings--Hagrid suspected that these were the males--and the females had suckers on their bellies to suck blood (GF13). After two months, the skrewts were about three feet long and extremely ill-tempered. When kept together, they attacked and killed each other. They developed gray, shiny armor and began to look like a cross between giant scorpions and elongated crabs. They still expelled fire from one end, although since they had no heads it was difficult to determine which end that was. This blast of flame shot the skrewt in the opposite direction several yards (GF18).

By December, the skrewts were six feet long. They held their stings arched over their backs and were extremely dangerous and repulsive (GF21). By June, they were ten feet long and had become incredibly dangerous, fearsome creatures. They looked like gigantic scorpions with stings curled over their backs. Their armor reflected magic spells and it used its fiery blast to hurl itself at its foe. It's single undefended spot is its fleshy, armor-less underside. Hagrid placed a

full-grown skrewt in the maze for the third task of the Triwizard Tournament. Harry defeated it with a luckily-aimed Impediment Curse in its belly (GF31). Hagrid started in September with several hundred skrewts. By the following June, there were almost none left -- all we know of is the one that was in the maze. This isn't surprising since they have no mouths and apparently don't eat, added to the fact that they pretty much killed each other off. All in all, it would seem that Hagrid's experiment in breeding magical creatures wasn't much of a success. We might guess that the final remaining specimen, once it recovered from the curse, was released into the forbidden forest, where all wild things are released in the end (BP).

**Blasting Curse**

*See* CONFRINGO.

**blatching**

Quidditch foul: flying to intentionally collide with another player (QA6).

**Blenkinsop, Barnabus**

His obituary in the *Daily Prophet* offering a reward for information about what happened to him, since all that was found in his bed was a tin of anchovies (DP2).

**Blenkinsop, Timothy**

Puddlemere United supporter who was attended their match against the Holyhead Harpies and was caught in the ensuing riot. He still has a tail because of it (DP4).

**Bletchley, Miles**

(Slytherin, c.1989; Quidditch team Keeper)

Hit Alicia Spinnet from behind with a jinx in the library prior to the autumn 1995 Gryffindor-Slytherin match, but Snape refused to believe this despite fourteen eyewitnesses (OP19).

**Bletchley**

A Ministry of Magic employee whose office was raining (DH13).

**Blibbering Humdinger**

Unknown species of creature that most people don't believe to exist, although Luna Lovegood certainly does (OP12, 36).

**Blocking Jinx**

See Impedimenta.

**Blood Blisterpod**

Half of a small purple sweet, probably invented by Fred and George to be part of the Skiving Snackboxes. The other half stops the nosebleed. Fred accidentally gave the Blood Blisterpod half to Katie Bell during a Quidditch practice to stop her nosebleed, but it had quite the opposite effect (OP14).

*Blood Brothers: My Life Amongst the Vampires*

by Eldred Worple

Worple, the author of this autobiographical book, showed up at Slughorn's Christmas party with a vampire friend of his (HBP15).

**Blooder**

Archaic term for a Bludger (QA3).

**blood-flavored lollipops**

Sweets for sale at Honeydukes under a sign saying "Unusual Tastes". Hermione suspects that they're for vampires (PA10).

**bloodhound, albino**

The Department for the Regulation and Control of Magical Creatures keeps some albino bloodhounds around to be used against Nogtails (FB).

**Blood-Replenishing Potion**

Medical magic: this potion makes up for lost blood (OP22).

**blood-sucking bugbear**

When roosters were being killed at Hogwarts, Hagrid suspected that the culprit might be a blood-sucking bugbear, which doesn't sound like a good thing to have roaming around the henhouse (CS11).

**Blood Traitors**

Pure-blood families tend to be exclusive, looking down on those who are half-blood or Muggle-born. A pure-blood who doesn't hold these prejudiced views is called a blood traitor. The Weasley family has been branded 'blood traitors', although it doesn't seem to bother them much (OP6).

**The Bloody Baron**

(Slytherin c. 1000; now Slytherin ghost)

The Bloody Baron is a grim, silent, terrifying ghost who is covered with bloodstains. He is never heard to speak, although Harry does impersonate him once, using a hoarse whisper (PS16). The Baron is the ghost of a man who a millennium ago loved Helena Ravenclaw, the daughter of Rowena Ravenclaw. When Rowena lay dying, she sent the Baron to find Helena and beg her to come back. Helena refused and the Baron lost his temper and killed her. In his remorse, he committed suicide with the same knife, and now carries the bloody evidence of his crime on his ghostly clothing (DH31). Peeves, who respects the Baron for some unknown reason, calls him "Your Bloodiness" and "Mr. Baron." (PS16).

*In PS/f, the Bloody Baron is inexplicably depicted as rather frilly and goofy, not at all like the character in the books.*


**Bloxam, Beatrix**

(1794-1810)

Author of *The Toadstool Tales* series of children's books. These books have been banned because they cause nausea and vomiting. Bloxam appears on a Famous Wizard card (fw).

*Very possibly this is a reference to Beatrix Potter. There appears to be a discrepancy between the image of Bloxam on the card (as an elderly lady) and her birth and death dates which indicate that she died at the age of 16.*

**Bludd, Blodwyn**

(b. 1923)

Known as the "Vampire from the Valleys." Famous for singing to his victims in a sonorous bass baritone, before biting their necks (fw).

**Bludger**

A round jet-black iron ball, ten inches in diameter (slightly smaller than a Quaffle). The Bludger is one of the four balls used in playing the game of Quidditch (in which two Bludgers are used at any one time). A Bludger is enchanted to attack and attempt to unseat the nearest player, which is why Beaters attempt to knock Bludgers toward opposing players (PS10, QA6). Originally a Bludger was just a rock enchanted to make it attack the players as a modern Bludger does, but the use of rocks was abandoned in favor of other substances since Beaters' bats would eventually smash them into hostile gravel, complicating the match considerably (QA6).

**Bludger Backbeat**

A method of hitting the Bludger backwards, difficult to pull off with any precision but very effective for disorienting opponents, who don't expect a Bludger to come at them in that way (QA10).

**bluebell flames**

*"bluebell" flower with blue blossoms*

Creates a quantity of blue flame which can be directed to a specific place and carried around in a jar. Hermione is particularly good at portable, waterproof fires (PS11, 16, DH19).

**Bluebottle**

A type of broom, designed for family use, not for racing. The advertisement proclaimed "*The Bluebottle:  A Broom for All the Family*" (GF8).

**blurting**

Quidditch foul: locking broom handles with another player to pull him or her off course (QA6).

**boa constrictor**

Harry discovered to his surprise that he could talk to snakes while on a trip to the zoo with the Dursleys in June 1991. When Dudley pushed him away from the snake's tank, Harry inadvertently made the glass vanish and the snake escaped (PS2).

**boarhound**

Hagrid's pet Fang is a black boarhound, a Great Dane. A boarhound is a large breed of dog used in hunting wild boars. Like Hagrid, Fang looks much fiercer than he is.

*In the films, Fang is depicted as a Neapolitan mastiff, but in the books he's a Great Dane.*

**boar statues**

On either side of the wrought iron gates into the Hogwarts grounds stands a pillar topped by a statue of a winged boar (PA5, DH31).

**Boardman, Stubby**

The lead singer of the Hobgoblins, who retired c. 1980 after being hit in the ear by a turnip at a concert in Little Norton Church Hall (OP10).

**Bob**

Works at the Ministry, probably in the Department for the Regulation and Control of Magical Creatures, since he was riding the lift carrying a chicken that breathed fire (OP7).

**Bobbin, Melinda**

Hogwarts student who in 1996 was recommended as a member of the Slug Club because her family owns a large chain of apothecaries (HBP7).

**Bode, Broderick**

(c.1946 - 1996)

Sallow-skinned wizard with a mournful face who works for the Department of Mysteries (GF7, OP8). Injured late in 1995 when Lucius Malfoy Imperiused Bode into removing the Prophecy from the Hall of Prophecies (OP26). Bode lost the power of speech and thought he was a teapot. He was regaining his health at St. Mungo's (OP23) when he was assassinated by a Devil's Snare plant that strangled him to death (OP19, OP23, OP25).

**Bodmin Moor**

Located in Cornwall at the southwestern tip of England, Bodmin Moor is a historical farming region that also at one time featured a Quidditch pitch. A Golden Snitch escaped a match on Bodmin Moor and eluded capture for six months in 1884 (QA6).

**Bogrod**

Gringotts goblin on duty that when Harry, Ron, Hermione, and Griphook dropped in to break into a high security vault. Bogrod was Imperiused by Harry and was therefore quite a bit of help (DH26).

**Bodrod the Bearded**

Possibly the name of a Goblin rebel leader, but since it's Ron remembering names for an exam, possibly not (GF31).


**Body-Bind Curse**

An alternate name for the Full Body-Bind, *Petrificus Totalus* (PS17).


**Bodrig the Boss-Eyed**

Bodrig is the spokesgoblin of the Brotherhood of Goblins. He told the Daily Prophet that B.O.G. does not condone violence, all the while waving cheerily to those goblins being led away in chains for their violent behavior (DP3).


**Boggart**

A shape shifter that prefers to live in dark, confined spaces, taking the form of the thing most feared by the person it encounters; nobody knows what a boggart looks like in its natural state (although Moody recognized one using his magical eye to spot it as it hid in a corner desk at number twelve, Grimmauld Place. One wonders what it was that Moody actually saw...). A boggart appears to feed on the emotion of fear rather than simply deploying this ability as a defense mechanism, hence its classification as a Dark creature (PA7). Lupin taught his third year Defence Against the Dark Arts class to fight this with the Riddikulus spell (PA7), and used a boggart as a substitute for a Dementor in tutoring Harry (PA12), an experience Harry felt the

D.A. really needed in order to learn to cast the Patronus Charm under something resembling realistic conditions (OP27).

**boil cure potion**

*ingredients: dried nettles, crushed snake fangs, stewed horned slugs, porcupine quills (added after taking the cauldron off the fire)*

A very simple potion to cure boils is taught to first-years in their first Potions class with Snape (PS8).

**Bole**

(b. 1977, Slytherin 1989 , Quidditch Beater)

Wizard who deliberately fouled Alicia Spinnet in the 1993-94 Gryffindor-Slytherin Quidditch final, hitting her with a club, and then claiming he'd thought she was a Bludger (PA15).

**Bonaccord, Pierre**

First Supreme Mugwump of the International Confederation of Wizards. Bonaccord wanted to ban troll-hunting and grant trolls rights, possibly full "being" status, but since a tribe of Mountain Trolls had been causing a lot of trouble in Liechtenstein, their wizarding community contested Bonaccord's appointment, and refused to join the Confederation as a result (OP31).

*"Bon" = French for "good" + "accord" = harmony or reconciliation.*

**Bond of Blood**

The bond of blood is an extremely powerful ancient magic which is formed when a person sacrifices himself or herself for a family member, out of love. The sacrifice creates a lingering protection in the blood of the person who was saved. It is not activated, however, until the charm is actually cast, and it is not sealed and functioning until another member of the family accepts the saved person as his or her own. As with most ancient magic, the bond of blood is mysterious and very strong and is not completely understood by most wizards. Dumbledore decided to use the bond of blood to protect Harry against Voldemort. He cast the charm on Harry, and Petunia sealed it when she agreed to take Harry into her home. As a result, Harry was protected as long as he can call the Dursleys' house his home (esp. OP37). The spell broke when Harry left Number 4 Privet Drive for the last time just before his 17th birthday in July, 1997 (DH3).

**Bones, Amelia Susan**

(d. 1996)

Head of the Department of Magical Law Enforcement until her death. Bones was a short-haired witch who wore a monocle. She was known to be very fair (OP7, 8). She was a very powerful witch and when she was murdered, probably by Voldemort himself, the evidence suggested that she "put up a real fight" (HBP1).

**Bones, Edgar**

According to Moody, he was a great wizard. He was the brother of Amelia Susan Bones, uncle of Susan Bones, and member of the Order of the Phoenix in the 1970s (OP9).

**Bones, Mrs**

Grandmother of Susan Bones, killed by Death Eaters (BN).

**Bones, Susan**

(b. circa 1980; Hufflepuff, 1991)

Susan wears her hair in a long plait down her back. In October 1995, Susan became a member of Dumbledore's Army (OP16). In January 1996, she acquired a gruesome notoriety when the Death Eater escaped who had killed her uncle Edgar and his family. After the escape Susan told Harry that she now knew what he'd had to go through with everyone staring and talking about him (OP25). Susan was one of the DA members who helped Harry cope with Malfoy in the ambush on the Hogwarts Express (OP38).

**Bonham, Mungo**

(1560 - 1659)

A healer who founded St. Mungo's Hospital for Magical Ailments and Injuries (fw).

**Boniface, Brother**

Muggle Franciscan monk in Worcestershire who made turnip wine; fellow religious of Brother Benedict (FB).

**Boomerang, Ever-Bashing**

One of an extensive list of magical items banned at Hogwarts by Filch (GF12).

**boomslang**

An African snake, *Dispholidus typus*, with extremely nasty venom. The skin, which is mostly green in males and mostly brown in females, serves the snake well as camouflage, and is used for Polyjuice Potion. Snape keeps boomslang skin in his private stores (CS10, CS11, GF27).

**Boot, Terry**

(b. circa 1980; Ravenclaw, 1991)

Student in Harry's year who joined Dumbledore's Army in October 1995, apparently having heard about it from his friend of Michael Corner (OP16). Terry fought in the Battle of Hogwarts (DH31).

**Boothby, Gladys**

Created the Moontrimmer broomstick in 1901 (QA9).


**Borage, Libatius**

The author of *Advanced Potion-Making* in the 1940s.

*'libatius': variation of 'libation' to pour wine in honor of a god (an offering); later the word came to mean a beverage, especially an intoxicating beverage*

*'borage': a prickly herb with blue or purplish star-shaped flowers*


**Borgin**

Proprietor of Borgin and Burkes of Knockturn Alley; an oily, smooth-talking fellow who fawned on Lucius Malfoy but sounded less than impressed after his customers' departure (CS4). Draco visited his shop again in late July 1996 to force the shopkeeper to help him repair a broken Vanishing Cabinet, the duplicate of which was in the store. When Draco left, Borgin was visibly shaken (HBP6).


**Borgin and Burkes**

A shop located in Knockturn Alley which engages in the buying and selling of Dark Magic items (CS4, HBP6). Tom Riddle got a job there after leaving Hogwarts because it allowed him to search for magical artifacts (HBP20).

**Boris the Bewildered**

Statue on the fifth floor of Hogwarts near the Prefects' bathroom (GF23).

**Borneo**

An island near the Philippines and the South China Sea, Borneo was once covered in rainforests. Acromantulas are native to Borneo (FB).

**Bott, Bertie**

(b. 1935)

Inventor who, while experimenting with ways to create tasty candies from food, accidentally included a pair of dirty socks in one of his trials, and created the first of the many surprises found in Bertie Bott's Every Flavor Beans (fw).

**Bottom Bridge**

A bridge near the Lovegood house in Devon. Luna goes there to catch Freshwater Plimpies for soup (DH20, 21).

**Bouncing Bulbs**

Fourth years repot these in Herbology class (GF18).


**Bowtruckle**

A small (maximum height 8 inches) insect-eating tree-dweller with long sharp fingers (two on each hand), brown eyes, and a general appearance of a flat-faced little stickman made of bark and twigs, which serves well as camouflage in its native habitat. Found in western England, southern Germany, and Scandinavia, a Bowtruckle serves as tree-guardian for its home tree, which is usually a tree whose wood is of wand quality. The twiglike fingers of the Bowtruckle appear to be primarily an adaptation like that of a woodpecker's beak, allowing it to more effectively dig out its preferred food of wood lice from its home tree, but they also serve as an effective weapon against the eyes of an opponent. Although ordinarily peaceful, a Bowtruckle will attack a human if provoked (which includes perceived assaults upon the Bowtruckle's tree as well as the Bowtruckle itself). A witch or wizard seeking to take leaves or wood from a Bowtruckle-inhabited tree should offer woodlice or fairy eggs to the Bowtruckle to placate and distract it (OP13, FB).


**"Boy Who Lived"**

Harry's famous title, because he is the only wizard to ever survive a Killing Curse. And he's done it twice now, actually (PS1, DH34).

**Bozo**

A paunchy man working as a photographer for the Daily Prophet, Bozo was Rita Skeeter's co-conspirator during their coverage of the Triwizard Tournament (GF18, 19, 24).

**Bradley**

Ravenclaw Chaser, 1990s (OP30, OP31).

**Braga Broomfleet**

Quidditch team from Braga in Portugal which uses a unique Beater-marking system, making them one of the best teams in the world (QA8).

**Bragge, Barberus**

Chief of the Wizards' Council in 1262, attended a Quidditch match and offered 150 Galleons to whomever caught a Golden Snidget which he released onto the pitch (at that time, 150 Galleons was the equivalent of over a million Galleons today). Madam Modesty Rabnott of Kent took to the field in protest at the abuse of the small, defenseless bird; she caught the Snidget with a Summoning Charm and was fined ten Galleons. This incident began the practice of catching a live Golden Snidget as part of the game of Quidditch (QA4, fw).

*"Barberus" = similar to "barbarian" and "brag" means to boast about oneself. Each of these words suggests his character, which is bullying and crude.*

**Brain Room**

A long, rectangular room in the Department of Mysteries with low-hanging lamps, a few desks, and a huge tank of greenish liquid in which float a number of brains. Apparently the room is used to study thought or memory (OP34). When Summoned, the brains fly out of the tank, unspooling ribbons of thought like strips of film, which wrap themselves around the Summoner and cause quite a bit of damage (OP35). As Pomfrey says, thoughts can leave deeper scarring than almost anything else (OP38).

**Braithwaite, Betty**

Daily Prophet reporter who landed an exclusive interview with Rita Skeeter to talk about Skeeter's then upcoming book, *The Life and Lies of Albus Dumbledore* (DH2).

**Braking Charm**

Charm used on a broomstick to allow it to stop effectively. The Firebolt had an "unbreakable braking charm" (PA4).

**Bran the Bloodthirsty**

A giant from medieval times who lived in a castle on top of an enchanted beanstalk. Apparently fond of eating bread made with ground bones and washed down with the blood of an Englishman. Was slain by a boy named Jack (fw).

**Brand, Rudolf Quidditch**

Captain of the Heidelberg Harriers who, at the end of a famous week-long match with the Holyhead Harpies in 1953, proposed marriage to the Harpies' team captain, Gwendolyn Morgan; she whacked him over the head with her broom (QA7).

**Brankovitch, Maximus III**

Seeker for the Fitchburg Finches from Massachusetts, USA, who also captained the USA in several recent World Cups (QA8).

**Branstone, Eleanor**

(b. circa 1983; Hufflepuff, 1994)

Hogwarts student (GF12).

**Brazil**

The largest country in South America (and also the only one with a primary language of Portuguese, rather than Spanish). The boa constrictor which Harry freed from the zoo was native to Brazil, though it was bred in captivity (PS2). Bill Weasley once had a penfriend here as well (GF7). Brazil's national Quidditch team has reached the World Cup quarterfinals in the last century (QA8).

*Break With a Banshee*

by Gilderoy Lockhart

One of the many required textbooks for Defense Against the Dark Arts in Harry's second year (CS4).

**British and Irish Quidditch League**

The association of professional Quidditch teams in Great Britain. There are thirteen teams in the League, which was formed in 1674 to limit the number of games played, since it was becoming more and more difficult to hide the matches from the Muggles (QA7). The championship each year results in the awarding of the British and Irish Quidditch League Cup (QA7). The headquarters of the League is located on Level Seven of the Ministry of Magic in London (OP7).

**Broadmoor, Karl & Kevin**

World-famous Beaters for the Falmouth Falcons from 1958 to 1969. The Broadmoor brothers were notorious for their hard and rough style of play (QA7). *Broadmoor is the name of a prison for dangerous criminals in Britain.*

**Brockdale Bridge**

The Brockdale Bridge was less than ten years old when, thanks to Death Eaters, it collapsed in the summer of 1996, killing a large number of Muggles who were on it (HBP1).

**Brocklehurst, Mandy**

(b. circa 1980; Ravenclaw, 1991)

Sorted at the same time as Harry (PS7).

*Broken Balls: When Fortunes Turn Foul*

Harry saw a copy of this at Flourish and Blotts while buying his Divination textbook (PA4).

**Brookstanton, Rupert 'Axebanger'**

Hermione came across this name when she was searching for someone with the initials "R.A.B." (HBP30).

**Broom Race, Annual Swedish**

In this internationally-famous event, which started in the tenth century, contestants race from Kopparberg to Arjeplog, a route which takes them dangerously through a Swedish Short-Snout dragon reservation. The prize is an enormous silver trophy in the shape of a Swedish Short-Snout (QA2).

**Broom Regulatory Control**

Broom Regulatory Control is part of the Department of Magical Transport (OP7).

**brooms**

A flying broomstick is not simply a "normal" broomstick pressed into service as a mode of transportation. The flying broomstick is a magical item with built-in charms. The earliest known evidence of a broomstick enchanted to fly dates to 962 A.D.; brooms are thought to have been chosen because they are easily transported and concealed from Muggles (QA1). As time passed, they would also prove to be conducive to playing a number of sports. Most witches and wizards own at least one broom.

Flying on a broomstick, particularly one which accelerates as quickly as the Firebolt, must necessarily involve some form of magic protective field holding rider to broom and shielding against wind and inertial forces. Without this, it seems unlikely that anyone could hang on when a Firebolt accelerates from zero to 150 mph in only ten seconds (PA4). It also seems likely that

flying a broomstick doesn't involve actually sitting on the handle, which would be uncomfortable indeed. It seems that the rider actually floats a little ways above the handle. The spell which creates this effect is called the Cushioning Charm, invented by Elliot Smethwyk in 1820 (QA9).

For more about the history of broomsticks, please purchase the book *Quidditch Through the Ages*.  It's inexpensive and the proceeds go to charity. Information about broomsticks can be found particularly in chapters one and nine.

Broomsticks and broom sports hold a special place in the hearts of Hogwarts students. Quidditch matches are routinely attended by nearly every student and teacher in the school, and star fliers have near-celebrity status among the student body. One of the first classes students take at Hogwarts is flying, taught by Madam Hooch (PS8).

Brooms, even those owned by students, are normally stored in a broomshed by the Quidditch pitch (PS13), although when Harry gets a Firebolt he keeps it in his dormitory out of concern for its safety (PA15). This is probably smart, as the broomshed can get quite cold - Hagrid is seen outside on one cold fall morning defrosting the brooms from the shed (PS11). Hogwarts owns a number of brooms, but they are old and don't fly especially well; Harry dreads the thought of playing a Quidditch match on one after his broom is destroyed (PA10).  These brooms are used primarily for flying lessons, which first years take with Madame Hooch (PS9), though most of them can't fly very well (HBP11).

Broomsticks are certainly charmed objects. They even seem to be at least semi-sentient. The best ones seem to respond to thoughts. When Harry was nearly thrown from his broom during his first year, Hagrid said that a simple collision couldn't have caused it to act that way because "[c]an't nothing interfere with a broomstick except powerful Dark magic--no kid could do that to a Nimbus Two Thousand." This magic doesn't replace the skill of the flyer, of course, but rather

protects and enables them to fly with amazing speed and dexterity. Even when the rider has fallen off the broom, it doesn't fall from the sky, but rather it drifts off on its own (PS9, PA9).

**broomstick servicing kit**

Hermione bought Harry one for his thirteenth birthday, which included a *Handbook of Do-It-Yourself Broom Care*, a tin of Fleetwood's High-Finish handle polish, and Tail-Twig Clippers (PA1).

**Brotherhood of Goblins, The (B.O.G.)**

A group pressing for goblin rights, including the right to carry and use wands. Members of the B.O.G. were meeting with Ministry representatives in Chipping Sodbury when a small riot broke out. Some goblins apparently got hold of real wands and were transfiguring post boxes and litter bins into wildebeest and marching through the streets chanting B.O.G. slogans. The leader of the organization is Bodrig the Boss-Eyed (DP3).

**Brown, Lavender**

(b.circa 1980; Gryffindor, 1991)

The best friend of Parvati Patil, Lavender tends to squeal and giggle a lot, and generally gives the impression of being silly; she's keen on Divination, for instance, having been convinced of Trelawney's powers after a vague prediction on the first day of class turned out (from one point of view) to have predicted the death of her pet rabbit, Binky (PA8). Lavender was Ron's

girlfriend for few months in their sixth year. Their relationship consisted mostly of making out. Ron wanted desperately to end it after awhile, but didn't know how (HBP21, DH7). Lavender was a member of Dumbledore's Army. She fought in the Battle of Hogwarts (DH31).

**bruise-healing paste**

Medical magic: this is a thick yellow paste used to heal bruises. The twins gave some to Hermione to treat the bruises caused by their prototype punching telescope (HBP6).

**Brush, Self-Straightening**

Included on the Twigger 90 (QA9).

**Bryce, Frank**

(1917 - August 1994)

Elderly muggle caretaker of the Riddle house in Little Hangleton. Killed by Voldemort (GF1).

Resident of Little Hangleton for most of his life, except for his military service during World War II (in which he was wounded, leaving him with a certain amount of permanent disability). After the war he worked for the Riddle family as a gardener; he was 28 at time of their deaths (GF1). Bryce was initially blamed for the Riddle killings, but cleared of the charges. He continued to look after the house for fifty years until Voldemort returned and murdered him (GF1).

**Bubble-Head Charm**

Encloses the head of the caster with a bubble of breathable air, which is useful when swimming to the bottom of the Lake (GF26) or avoiding the stench of Stink Pellets and Dungbombs (OP29).

**bubbles, magical**

Magical bubbles filled with light float near the ceiling in St. Mungo's (OP22). A *Scourgify* spell cast on a person washes their mouth out with soap so that pink soap bubbles come out of their mouth (OP28). Flitwick uses a spell which pours non-bursting golden bubbles out of his wand to decorate for Christmas (PS11). When Ron's wand malfunctioned in class, it gave off purple bubbles (CS13). Droobles Best Blowing Gum creates bubbles that last for days (PA10).

**bubotuber**

A bubotuber is a plant that looks like a thick, black, giant slug (it even squirms slightly, although it sticks vertically out of the soil) with many large shiny swellings on it that are filled with a yellow-green pus that smells like petrol (GF13). As Professor Sprout taught her fourth-year students, the pus reacts oddly with human skin. Undiluted, it will raise horribly painful boils on contact (GF28), but properly diluted and processed can be used to cure acne (GF13). The pimple-curing properties of bubotuber pus were discovered by Sacharissa Tugwood (fw).

**Buckbeak**

Buckbeak is a grey hippogriff which was one of the group of the creatures Hagrid brought to his first Care of Magical Creatures lesson with the third year students in the fall of 1993. Harry Potter was the first student to attempt to befriend a hippogriff in that class, and Buckbeak was the animal he approached. Buckbeak accepted Harry's advance and allowed Harry to pat him and then fly on him above the paddock. After Harry rode Buckbeak, Draco Malfoy made an attempt. Draco hadn't been listening when Hagrid told the students not to insult hippogriffs, however, and Draco offended the creature with his boorish remarks about it. Buckbeak slashed Draco's arm with his talons in retaliation. Because of this attack, Buckbeak was sentenced to be executed in June 1994 (PA15), but escaped, carrying Sirius Black to freedom (PA22). When Black returned to Number 12 Grimmauld Place, Buckbeak lived in one of the bedrooms for a year (OP6). After Sirius's death, Buckbeak became the property of Harry, who gave the hippogriff to Hagrid. To make sure no one at the Ministry figured out that this was the same hippogriff as the one they condemned, Hagrid renamed him Witherwings (HBP3).

**Budleigh Babberton**

Budleigh Babberton is a small Muggle town with a war memorial in the square and a church. Horace Slughorn took up residence in a Muggle house there for a week while its owners were on holiday in the Canary Islands, and this is where Harry and Dumbledore visited him to convince him to return to teaching at Hogwarts (HBP4).

*There is no Budleigh Babberton in the Muggle world. Its namesake, however, is most likely Budleigh Salterton, a coastal town southwest of Exeter. Also nearby are Chudleigh and Ottery*

*St. Mary, two towns whose names Rowling similarly tweaked to create Chudley and Ottery St.Catchpole.*

**Bulbadox Powder**

Substance which causes the skin of a person who touches it to break out in boils. Fred Weasley put this in Kenneth Towler's pajamas during their O.W.L. year (OP12).

**Bulgaria**

A country in eastern Europe. The Bulgarian National Quidditch team played Ireland for the World Cup in 1994 (GF8).  Bulgaria's Minister for Magic is Mr. Oblansk. Bulgaria's best Quidditch team makes its home in Vrasta (QA8).

**Bulstrode, Millicent**

(b. circa 1980; Slytherin, 1991)

Member of Umbridge's Inquisitorial Squad in her fifth year (OP32). In her second year, Millicent partnered Hermione at the Duelling Club at Snape's direction, resorting to a headlock despite the standard "no contact" rule of wizard duelling, leaving some black hair on Hermione's robes in the process ... which the quick-witted Hermione saved for use in her Polyjuice Potion. Unfortunately, the hair was not Millicent's own; apparently she keeps a black cat (CS11, CS12).

Black-haired (or Hermione wouldn't have made her mistake), with a square build and heavy jaw, Millicent was "no pixie" in her second year (referring to her size and build); by their fifth year she was still able to physically overpower Hermione. Both Ron and Harry consider Millicent ugly; she reminds Harry in particular of a hag (CS11, OP32).

**Bulstrode, Violetta**

Her husband was the son of Phineas Nigellus Black and Ursula Flint (BFT). Probably an ancestor of Millicent, a Slytherin girl in Harry's year (PS7).

**bumphing**

Quidditch foul:  intentionally hitting a Bludger toward the crowd in order to halt the game momentarily and thereby denying an opposing Chaser a score (QA6).

**Bundimun**

A magical creature resembling a greenish fungus with eyes. An infestation of Bundimuns can destroy a house, as their secretions rot away the foundations. This same secretion, in diluted form, is used in some magical cleaning solutions (FB).

**Bundy, K.**

Hogwarts student, 1990s (QA).

**Bungs, Rosalind Antigone**

Hermione came across this name when she was searching for someone with the initials "R.A.B." (HBP30).

**Bungy the Budgie**

In the summer of 1996, Harry knew that Voldemort must not be attacking in the open yet because the Muggle television news was reporting on something as mundane as Bungy the budgie, a bird which could water-ski (OP1).

**Burbage, Charity**

(d. 1997)

Hogwarts Professor of Muggle Studies. She wrote an impassioned defense of Muggle-borns in the *Daily Prophet* during the summer of 1997; in retaliation, she was taken prisoner, then killed personally by Voldemort less than a week later at Malfoy Manor, at which point he offered her to Nagini as a meal (DH1). The *Daily Prophet* did not report her disappearance or death, but reported shortly after Harry's return to Privet Drive for that summer that Professor Burbage had resigned her job (DH2).

**Burke, Caractacus**

One of the founders of Borgin and Burkes, a shop in Knockturn Alley. Burke was one of the people that Dumbledore interviewed when he was piecing together the story of Merope (Gaunt) Riddle. Many years ago, Burke purchased a heavy gold locket from Merope that he knew once belonged to Salazar Slytherin, paying her ten Galleons even though he knew it was priceless. Caractacus is described as a small old man with a thatch of hair that covered his eyes (HBP13). Burke hired Tom Riddle when he was fresh out of Hogwarts to research and "persuade" owners of powerful, valuable magical objects to sell them to Burke. Burke was as surprised as anyone that Riddle vanished one day without leaving word (HBP20).

**Burke, Herbert**

Husband of Belvina Black, the daughter of Hogwarts Headmaster Phineas Nigellus Black. They had two sons and one daughter (unnamed) (BFT). Possibly related to Caractacus Burke of Borgin and Burke's.

**Burkina Faso**

 Burkina Faso is a tiny country in western Africa.  It has a Ministry of Magic. The Runespoor is native to this country (FB).  One of Gilderoy Lockhart's supposed adventures that took place in Burkina Faso, specifically in its capital, Ouagadougou. Whatever these attacks were, they were supposedly very similar to the attacks that stemmed from the opening of the Chamber of Secrets (CS9).

**burn-healing paste**

Medical magic: this is an orange paste is used to heal burns. Used by Madam Pomfrey to tend to burns during the Triwizard Tournament (GF20).

**The Burrow**

The Burrow is a wizard house, owned by the Weasley family. It's at least four stories tall, built so crazily that it must certainly be held up by magic. It's located outside of the village of Ottery St. Catchpole, but so well hidden that the postman may not even know where it is. It has a ghoul in the attic and gnomes in the garden.  Harry Potter loves this house and it has often served as a refuge for him. Bill and Fleur held their wedding in the yard of the Burrow (DH8).

- *Kitchen:* Molly Weasley's kitchen is small and rather cramped, with a scrubbed wooden table and chairs in the middle. There is a fireplace in the kitchen with cookbooks stacked on the mantelpiece. A clock with one hand stands against the wall and an old radio is tuned to the WWN (CS3).
- *Ron's Bedroom:* file:///C:/hp/www.hp-lexicon.org/quidditch/q_teams_britain.html - ChudleyLocated at the top of the house, on the fifth landing of the narrow staircase, just below the attic with its ghoul, the walls and sloping ceiling of Ron's room are covered with orange Chudley Cannons posters. His Cannons bedspread is a bit threadbare; it's emblazoned with the Chudley Cannons logo: two black C's and a speeding cannonball. There's a tank of frog spawn, a pack of self-shuffling playing cards, and other wonders here. The room has a sign on the door reading "Ronald's Room" (CS3).

- *Percy's bedroom:* Located on the second floor, his room has a window that opens out onto the garden (GF5). He spent a lot of time in his room. While he was at Hogwarts he spent his time writing letters to Penelope Clearwater, his girlfriend. After he left school, he worked on reports for his job at the Ministry of Magic in his room. Percy has now left home, of course, so his room is apparently vacant, but used to house visitors.

- *Fred and George's room:* This room is on the second floor. The twins did magical experiments in their room while they were in residence; mysterious explosions and noises emanated from it. They'd invented all sorts of interesting (and somewhat dangerous) magical items. When cleaning their room, their mother once discovered a stack of order forms they were using to sell their fake wands and magical candy to kids at school. Molly burned the forms. Now that the twins sleep in the flat above their shop, the room serves as something of a store room (HBP5).

- *Ginny's room:* On the third landing (CS3). When Hermione stays over, she sleeps in Ginny's room (GF5). Ginny has hung posters of Gwenog Jones and the Weird Sisters on the walls (DH7).

- *The Garden:* The garden outside the Burrow has gnarled trees lining the walls, plenty of weeds and overgrown grass, a large pond, and lots of gnomes (CS3). When the entire family is home during summer holidays and Hermione and Harry are staying as well, there are simply too many people for the small kitchen so they eat dinner in the garden (GF5, DH7).

- *The Shed and Chicken Coop:* Mr. Weasley has stuffed the shed with various Muggle artifacts which is likes to take apart and enchant just for fun. He used to park a Ford Anglia there several years ago, but the car has gone missing. He now has the pieces of

Sirius Black's flying motorbike in the chicken coop and he intends to put it back together (DH6).

- *The Broom Shed:* Described as an old stone outhouse, this small building is where the Weasleys keep their brooms. It would be this shed that Ginny broke into routinely and borrowed her older brothers' brooms to practice flying on. It is full of spiders (HBP4).

**Butterbeer**

Very popular drink served cold in bottles or hot by the mug ("foaming tankards of hot butterbeer") at the Three Broomsticks. House-elves can get drunk on butterbeer, but it doesn't have that effect on humans (GF28).

# C

**Cadogan, Sir**

A little knight in a painting that hangs in a seventh-floor corridor near the South Tower. He is a silly fellow whose bravura outshines his commons sense and who glories in quests and challenges. Sir Cadogan spent some time guarding the Gryffindor Common Room after Sirius Black attacked the Fat Lady (he was the only painting brave enough to take the job). He thought up ridiculous passwords and changed them on a daily basis. Sir Cadogan has a huge sword and a little fat pony (PA6, PA9, OP12). During the Battle of Hogwarts, he ran along the paintings, shouting encouragement to the defenders of the castle (DH31).

**Cadwallader**

(Hufflepuff, 1990s; Quidditch Chaser)

A burly Quidditch player who Luna misidentified during the match with Gryffindor. She thought his name might be Bibble or Buggins (HBP19).

**Caerphilly Catapults**

The Catapults, from the Welsh town of Caephilly, are remembered for their famous victory over the Karasjok Kites in 1956. Their most famous player is "Dangerous" Dai Llewellyn. They wear robes with light green and scarlet vertical stripes. The Catapults team was founded in 1402 (QA7). The team recently has some problems with Alasdair Maddock, one of their Chasers, who developed an unnatural interest in Muggle sports (DP3).

**café**

This all-night cafe on Tottenham Court Road was the first place to which Harry, Ron, and Hermione went after they were forced to make a quick escape from Bill and Fleur's wedding (DH9). It was described as "small and shabby," and had a layer of grease atop the Formica tables. Shortly after they arrived, Hermione unwittingly spoke Voldemort's name, and was quickly tracked by Death Eaters (DH20). Despite a quick attack on the part of Dolohov and Rowle, the trio was able to fight them off, modify their memories, and make a quick escape (DH9).

**Cairo**

Cairo is the capital of Egypt, as well as its largest city. At some point before Dumbledore graduated from Hogwarts, he won a gold medal for "Ground-Breaking Contribution to the International Alchemical Conference in Cairo" (DH18).

**Calming Draught**

Madam Pomfrey gave this to Hannah Abbott after she burst out crying in Herbology and said she was too stupid to take exams and should leave the school (OP27).

**Campbell, Angus**

Catapults replacement Chaser, and a pretty darn good one, so who needs Alasdair Maddock anyway? (DP3).

**Campbell, Lennox**

Seeker for the Montrose Magpies, who understandably missed a Snitch kicked at him by one of his Chasers (DP2).

**Campaign for Greater Freedom for Wizards**

Glinda Crook spoke for this group in the Daily Prophet, decrying the actions of the Ministry of Magic designed to reign in the actions of wizard-kind on Hallowe'en (DP).

**campground**

Located next to a wood and a twenty minute walk away from a "nice deserted moor" and the Quidditch World Cup Stadium, this campground was where the Weasleys set up their magical

tent the day before and the night after the match. It was looked after by Mr. Roberts, who had to receive regular Memory Charms (GF7) and who was captured and tortured by Death Eaters the night after the World Cup (GF9). There were other similar campgrounds in the vicinity as well. Three years later, Harry, Ron, and Hermione Apparated to the site, set up protections, spent the night, and quietly departed once again the following morning (DH14).

**Canada**

Canada is home to three of the most accomplished Quidditch teams in the world, based out of Haileybury, Moose Jaw, and Stonewall (QA8).

**Canary Creams**

Created by Fred and George and having the appearance and taste of ordinary custard creams, these sweets transfigure the eater into a huge canary. The effect is short-lived, however, since the person molts a few moments later and becomes his or her normal self. Neville ate one of these Canary Creams, much to the amusement of everyone in the Gryffindor common room (GF21).

**canary transfiguration hex**

A temporary hex to change someone into a giant canary (GF21).

**candle magic**

Candles are used for lighting in Hogwarts, and they are often used in magical ways. The Great Hall is lit with thousands of floating candles (PS7) Rita Skeeter uses magic to light a suspended candle when she's trying to conduct an interview in a broom cupboard (GF18).  Poisonous

candles are sold in Knockturn Alley (CS4). Strings of enchanted candles hang in the trees of Hogsmeade at Christmastime (PA10). Nearly Headless Nick's Deathday party was lit by black candles with thin blue flames (CS8). An everlasting candle is placed inside each suit of armor in the castle at Christmastime (PA11, HBP16).

**candy and sweets**

You never know what you might get when you buy sweets in the Wizarding world. Unusual tastes, magical effects, and strange ingredients are common. Bertie Bott's Every Flavor Beans will surprise you with flavors like ear wax and vomit (PS17). Acid pops will burn a hole through your tongue. Cockroach Clusters contain real cockroaches. And Drooble's Best Blowing Gum will fill the room with bluebell-colored bubbles that refuse to pop for days. The best place to buy magical candy is Honeydukes Sweet Shop in Hogsmeade (PA10).

**Capper, S.**

(Hogwarts student, 1990s)

Checked *Quidditch Through The Ages* out of the Hogwarts library (QA).

**"caput draconis"**

Password to get into the Gryffindor common room (PS7).

**car**

Although a car is defined as a Muggle artifact, and is therefore illegal to enchant under wizarding law (CS3), nevertheless there are a few enchanted cars in Britain. The Ministry of Magic has cars

that navigate traffic with magical ease (PA5, HBP6). Mundungus Fletcher "borrowed" a car to take the Weasleys to visit Arthur in hospital on Christmas day; he had magically enlarged it (OP23).

**cards, Exploding Snap**

Cards specially made for the game of Exploding Snap, such that the cards may blow up at any time. These cards are occasionally used to build a house of cards, which can get interesting (GF22).

**cards, Self-Shuffling playing**

Ron had a deck of these in his room at the Burrow (CS3).

**Care of Magical Creatures**

Students at Hogwarts start Care of Magical Creatures in their third year (PA6). They study the life cycles of various magical creatures, some of which can be rather dangerous. They learn to care for, feed, and manage the creatures, and also learn lore about them and how to use them (or parts of them) for magical purposes (GF24, PA6, OP13, etc.). The classes take place outdoors, although on one occasion the class was moved indoors when the weather was particularly bad. Some activities are conducted on the lawn or in the pumpkin patch near Hagrid's cabin, while other classes require a trip into the Forest. The class was taught by Professor Kettleburn until June 1993, then by Hagrid. Occasionally, Professor Grubbly-Plank substituted for Hagrid (GF24, OP11). The textbooks used are *Fantastic Beasts and Where to Find Them* (OP27) and *The Monster Book of Monsters* (PA4).

**Carmichael, Eddie**

(Ravenclaw, 1990)

Earned nine "Outstanding" O.W.L.s the year before Harry, Ron, and Hermione took theirs. He assured Harry and Ron that the credit belonged solely to Baruffio's Brain Elixir, but Hermione confiscated it before the boys could buy any -- quite possibly saving them a trip to the hospital wing in the process, considering the general quality of brain stimulants circulating that year (OP31).

**carpet, flying**

Flying carpets rather than brooms are the standard magical means of transportation in Asia and the Middle East (QA7). Flying carpets were once legal in Britain, but have been illegal for years since they are now on the Registry of Proscribed Charmable Objects. In other words, carpets are now defined in Britain as a Muggle artifact that it is illegal to enchant, so it is not lawful to import them (GF7).

**carriage, flying**

A huge powder-blue flying carriage as big as a house was used by the Beauxbatons students to attend the Triwizard Tournament at Hogwarts. The carriage was drawn by twelve gigantic Abraxans, which Madame Maxime (the headmistress of Beauxbatons) breeds (GF15, OP20, HBP30).

**carriages, horseless**

About a hundred carriages wait for arriving Hogwarts students along a rough, mud road near the railway station on September first each year, and take them back to the station at the beginning of the summer holidays. Most students consider them "horseless carriages" because they do not appear to be pulled by anything (PA5, GF11, GF12, GF37). They are actually pulled by Thestrals, which are visible only to those who have seen death. The Thestrals who pull the carriages are very well-trained, since they make the journey unassisted past the wrought iron gates and around the lake to the castle. The coaches smell of mold and straw (PA5).

*A 'horseless carriage' was a term used for early automobiles in the U.S.*


**Carrow, Alecto**

The sister of Amycus Carrow and part of the group of Death Eaters that invaded Hogwarts in June of 1997 (HBP27); Snape implies that they were never sent to Azkaban (HBP2). When Voldemort took over Hogwarts, Alecto Carrow became the Muggle Studies teacher (DH12). Before the final Battle of Hogwarts, Alecto was bound up by McGonagall and suspended in mid-air in the Ravenclaw common room (DH30). *Alecto was one of the three Furies in Greek mythology. Her name means 'unceasing in anger.'*


**Carrow, Amycus**

Alecto Carrow's brother, a squat, "lumpy" looking wizard with a lopsided leer and a wheezy giggle. Part of the group of Death Eaters that invaded Hogwarts in June of 1997 (HBP27). Snape implies that they were never sent to Azkaban (HBP2). When Voldemort took over the Hogwarts in the fall of 1997, Amycus was made the Defense Against the Dark Arts teacher, although he simply taught students to perform the Dark Arts (DH12). Before the final Battle of Hogwarts,

Amycus was bound up by McGonagall and suspended in mid-air in the Ravenclaw common room (DH30).

**cart, Gringotts**

To reach the deep underground vaults of Gringotts Wizarding Bank, a goblin whistles for a small cart in which he or she and the visitor ride. The cart is self-propelled and apparently steers itself along the underground passages, because the goblin doesn't steer as it winds its way along railway tracks in the floor. The cart has only one speed: "breakneck" (PS5, DH26).

**Catalonian Fireball Dragon**

A species of dragon found in Catalonia, a region in the northeastern tip of Spain (JKR).

*Though not mentioned in* Fantastic Beasts and Where to Find Them*, a sketch of the Catalonian Fireball can be found in the pages of* Dragon Breeding for Pleasure and Profit*, found on Rowling's website. Drawn along with the Portuguese Long-Snout, the Fireball brings the total number of known dragon species to twelve.*

**catapult**

U.S.: slingshot

There were winged catapults and Fanged Frisbees, left in the Room of Hidden Things, some still with enough life in them to hover halfheartedly over the mountains of other forbidden items (HBP24).

**Catcher**

Archaic term for Chaser, as found in a letter written by Goodwin Kneen (QA3).


**Catchlove, Greta**

(b. 1960)

Author of *Charm Your Own Cheese* (CS3, fw).

*On Rowling's website, in an advertisement on the Rumors page, the author of the book is listed as Gerda Curd. Apparently this author uses a penname which is more cheesy (JKR).*


**caterpillars**

Sliced caterpillars are used in Shrinking Solution (PA7).


**Caterwauling Charm**

*"caterwaul" Eng. to make a screaming noise like that of a cat during mating season*

When an unauthorized person enters the target area while the effect is running, a caterwauling noise will be set off like a siren alarm. Hogsmeade was under a Caterwauling Charm that would go off if anyone moved around outside while curfew was in effect (DH28).


**Cattermole, Alfred, Ellie, and Maisie**

Children of Reg and Mary Cattermole. Mary said that they were terrified that she wasn't going to return from her hearing before the Muggle-Born Registration Commission, but Yaxley said that the "brats of Mudbloods do not stir our sympathies" (DH13).


**Cattermole, Mary Elizabeth**

Wife of Reg Cattermole of Magical Maintenance at the Ministry of Magic. Her parents were greengrocers. Mary, a small woman with dark hair pulled back into a bun, was brought before the Muggle-Born Registration Commission to explain from whom she "stole" her wand (DH13). Harry and Hermione helped her escape and told her to flee the country with her family.

**Cattermole, Reg**

Reginald Cattermole works for Magical Maintenance at Ministry of Magic headquarters in London. He is a small, ferrety-looking man. He was going into work to stand with his wife as she faced the Muggle-Born Registration Commission, but Harry, Ron, and Hermione accosted him and gave him a Puking Pastille. He headed off to St Mungo's and Ron took his place. When the real Reg Cattermole returned, he found his wife in the midst of an escape from the Ministry. He accompanied her and hopefully escaped the country (DH12, 13).

**"cat's among the pixies, the"**

Mrs. Figg uses this expression. It's synonymous with the Muggle cliché "cat among the pigeons" (OP2).

**"Cauldron Full of Hot, Strong Love, A"**

"A Cauldron Full of Hot, Strong Love" is a song performed by Celestina Warbeck (HBP16) It is a "particularly jazzy number" with sentimental associations for Mrs. Weasley, as she and her husband danced to it when they were eighteen. Its lyrics include:

"Oh, come and stir my cauldron,

And if you do it right,

I'll boil you up some hot, strong love

To keep you warm tonight."

It features not only Celestina Warbeck, but also her chorus (HBP16).


**cauldrons**

Cauldrons are a basic item for any witch or wizard. These versatile items are used to brew potions, but can also be used to carry supplies, and, in a pinch, to clobber an attacker. Many cauldrons seem to be at least partially magical. Self-stirring, collapsible, and other cauldrons are for sale in a shop on Diagon Alley, for example (PS5). Gaspard Shingleton invented Self-Stirring Cauldrons (fw), a fact which the first years had to remember for their History of Magic exam at the end of the year (PS16). Cauldrons can carry a lot of books, which suggests that they might have enchantments on them to make them bigger on the inside than they are on the outside (CS4). Young Bruno Schmidt of Germany hit an Erkling over the head with his father's collapsible cauldron and killed it (FB). Percy spent a lot of time while working in the Department of International Magical Cooperation writing a report about the need to standardize cauldron thickness to prevent the market being flooded with defective thin-bottomed imported cauldrons (GF5). Fire-Crab shells, which resemble tortoise shells encrusted with jewels, are prized by unscrupulous wizards as magical cauldrons (FB).


**cauldron shop**

This shop on Diagon Alley, the closest one to the entrance from the alley behind the Leaky Cauldron, sells all sorts of cauldrons (PS5).

**Cauldron Cakes**

Something delicious sold on the Hogwarts Express (PS6, PA5, GF11) and baked by Bathilda Bagshot as a housewarming present for the Dumbledores (DH11).

**Cauldwell, Owen**

(b. 1983; Hufflepuff, 1994)

Hogwarts student (GF12).

**cave by the sea**

Somewhere along the coast of Britain, at the base of a huge cliff, is the cave Tom Riddle visited as a boy on a trip with his orphanage and where he later stored one of his Horcruxes. The cave had a large number of complex enchantments placed on it by Voldemort to keep others away from the Horcrux. A hidden door in the outer sea cave could only open if blood was splattered on the rock. The inner, larger cave held a lake filled with Inferi and a small island on which Voldemort placed a stone basin filled with a terrible potion. The only way to reach what was in the bottom of the basin was to drink the potion. Once the enchantments were in place, Voldemort took Kreacher with him to the cave, brought him across the lake in the boat, and made the house-elf drink the potion. He then deposited his Horcrux in the basin, departed the island, and left Kreacher behind to die. Kreacher managed to escape, though, when he was summoned back home by Regulus and he Apparated out. When Regulus learned what had happened, he was so infuriated he returned to the cave with Kreacher as well to steal the Horcrux; when he drank the potion himself, though, he ran to the lake to drink the water, and was dragged underneath and killed by the army of Inferi (DH10). The cave then remained empty for sixteen years, until Harry

and Dumbledore successfully retrieved what they thought was Slytherin's locket. Only when Harry looked at it later did he realized it was not the real locket but the one Regulus had left in place of the true Horcrux (HBP28).

**cave above Hogsmeade**

This cave, located in the mountains above Hogsmeade, was the place Dumbledore recommended Sirius Black hide so that he could keep an eye on Harry during the Triwizard Tournament. Harry, Ron, and Hermione visited Sirius there (GF27). The cave was later twice occupied by Hagrid, Grawp, and Fang when they were on the run from the Ministry of Magic (HBP8, DH31).

***Cave Inimicum*** (CAH-vay i-NIM-ee-kum)

*"cave" L.: beware + "inimicum" L.: enemies*

Protective spell cast by Hermione around the tent and campsite when the trio was on the run (DH14, 22).

**Cecilia**

The pretty, snobbish Muggle girl on a grey horse that Tom Riddle was with when he rode past the Gaunt family shack ("My God, what an eyesore!") (HBP10).

**ceiling, enchanted**

Some wizarding institutions have enchanted ceilings in their largest and most important rooms. The ceiling of Hogwarts' Great Hall is enchanted so that it mimics the sky outside (PS7). Lightning blasts across it during thunderstorms (GF12). It has appeared deep black and full of

stars (PS7, PA9) and covered with clouds of pewter gray (GF13). At times the enchantment has been modified for a special occasion. Warm, dry enchanted snow fell from it for a Christmas celebration (CS12) and colorful confetti rained down during Lockhart's Valentine's Day festivities (CS13). The ceiling of the Atrium of the Ministry of Magic also seems to be enchanted to resemble the sky outside. Golden symbols continually move across it "like some enormous heavenly noticeboard." It glows peacock blue early in the morning (OP7) and dark blue in the evening (OP34).

## Centaurs

Centaurs are very mysterious creatures. They avoid Muggles and wizards alike (FB). Centaurs watch and read the signs in the stars and planets and they do not take sides in the events unfolding around them. They prefer simply to observe (PS15). The centaurs have chosen to be considered Beasts by the Ministry (FB) and do not take part in governing at all. A number of centaurs live in the Forbidden Forest, including Ronan (PS15), Bane (PS15), Magorian (OP30) and up until Harry's fifth year, Firenze (PS15, OP27). In the final phase of the Battle of Hogwarts, when they thought Harry Potter had been killed, the centaurs attacked the Death Eaters on the lawn (DH36).

## Centaur Liaison Office

No centaur has ever actually used this service. In Ministry jargon, saying that an employee has been "sent to the Centaur Office" means that person is useless and about to be sacked (FB).

## chains, magical

This spell causes magical chains to snake out of a chair and bind a person to it. The chair in the Court of Magical Law has these magical chains on it (GF30, OP8, DH13).

### *Challenges in Charming*

One of the scholarly journals of the wizarding world; Albus Dumbledore had at least one paper published in it when he was still quite young (DH2).

## Chamber of Secrets

The Chamber of Secrets is a legendary secret room constructed by Salazar Slytherin to house a monster which would finish his "noble work." This noble work would be accomplished when his true heir would open the Chamber and release the monster which lived within to rid the school of non-pureblood students. According to the legend, Slytherin and Gryffindor argued over whether to allow Muggle-born students into Hogwarts. When Gryffindor apparently won, Slytherin left the school, but not before building the Chamber. Over the centuries, many great witches and wizards have searched for the Chamber but none found it. Eventually, the whole thing was assumed to be purely fiction.

It was not, however. The reason no one could find the Chamber is that it required someone to speak in Parseltongue to open its entrance, and this was a power which only a very few have ever had. Slytherin spoke Parseltongue and a thousand years later, his heir, Tom Riddle, also had that ability. Riddle spent several years discovering how to open the Chamber and when he did, he unleashed the monster on the school. The monster was a Basilisk, which Tom could control since it is a great serpent and spoke Parseltongue as well. There were a number of attacks on Muggle-born students, ending in the death of Myrtle in a second-floor bathroom.

Tom's plan backfired on him, however. When the girl died, the headmaster, Armando Dippet, decided to close the school. Riddle came from a Muggle orphanage and he would have had to live there if Hogwarts closed. So Riddle framed Hagrid for the crime of opening the Chamber. Hagrid was expelled and the school remained open.

The Chamber of Secrets is well hidden. The entrance is behind a sink in a bathroom on the second floor. There is a tiny snake figure scratched into the tap and when someone orders "open up" in Parseltongue, the sink recedes and a pipe appears. Sliding down this pipe takes one to an underground passage, probably located under the lake. There are bones of small animals here and Harry and Ron discover the shed skin of the Basilisk nearby when they venture down.

The Chamber itself is a huge temple-like room with pillars and carved serpents. There is a massive statue of Salazar Slytherin at the far end from which the Basilisk comes when summoned. Harry battled and defeated the Basilisk here on May 29, 1993 with the help of Fawkes the phoenix and the old school Sorting Hat.

During the Battle of Hogwarts, Ron and Hermione returned to the Chamber of Secrets to retrieve basilisk fangs to be used to destroy Horcruxes. Ron approximated Parseltongue from memory, having heard Harry say the word "Open" in Parseltongue to the locket a few months before (DH31).

**chambers of the Philosopher's Stone**

Located deep underneath Hogwarts, this series of chambers and passages was used to conceal the Philosopher's Stone and protect it from would-be thieves. Dumbledore placed the Stone there in August of 1991.  Then McGonagall, Sprout, Snape, and Quirrell added various protections. To top it off, Hagrid provided a giant, vicious, three-headed dog to guard the trap door entrance on

the third floor. A person wishing to get to the Stone had to get past the dog, then drop a considerable distance in the dark through a trap door, landing on a bed of Devil's Snare. If they escaped the Snare, they had to find the key to the next door in a chamber filled with keys, all flying on jewel-bright wings around a chamber. Once past that, a person had to play a game of chess with huge, enchanted, menacing chess pieces, taking the part of one of the pieces. A troll was in the next chamber, while the chamber after that held a complicated logic puzzle. Solving the puzzle would tell the person which potion to drink to pass through to the final chamber, where the Stone was hidden in the Mirror of Erised. All in all, stealing the Stone would be quite a feat. Amazingly enough, three twelve-year-old kids—Harry, Ron, and Hermione—managed it in May of 1992.  Clever kids, really. They might just amount to something (PS16, 17).

**chamber pot room, magical**

Getting up at 5:30 a.m.to go to the bathroom, Dumbledore chanced upon a room filled with chamber pots. He mentioned this to his dinner companions at the Yule Ball to show that even he didn't know all the secrets of the castle. Although he did not realize it, this room was the Room of Requirement (GF23).

**Chambers**

(Ravenclaw, 1990s; Quidditch Chaser)

Ravenclaw Chaser whose attempt at goal in the Quidditch final was deflected by Ron (OP31).

**Chameleon Ghouls**

These ghouls are known to pretend to be suits of armor (CS10).

**chameleon cloaks**

There were rumors that the Puddlemere United team was investigating chameleon cloaks for new robes (DP1).

**Chang, Cho**

(b. circa 1979; Ravenclaw, 1990; Quidditch team Seeker, 1993-7?)

Cho Chang is a popular, pretty Ravenclaw student who was Harry's girlfriend for awhile. She loves Quidditch – she has been a fan of the Tutshill Tornados since she was six -- and was the Seeker for the Ravenclaw Quidditch team. It was at the start of a match against Gryffindor that Harry first saw her. During the following year, Harry was an unwilling competitor in the Triwizard Tournament and was expected to ask a date to the Yule Ball. He tried to work up the courage to ask Cho, but by the time he managed it, she had already accepted an invitation from Cedric Diggory. She and Cedric became a couple after the Ball, much to Harry's chagrin. For the Second Task, Cho was placed into an enchanted sleep and held captive at the bottom of the Lake for Cedric to rescue. When Cedric was killed at the end of that year, Cho was devastated.

In her sixth year, Cho joined Dumbledore's Army along with her friend Marietta Edgecombe. At Christmas time, she and Harry kissed. He took her on a date on Valentine's Day, but it didn't go well. A few months later, Marietta exposed the D.A. to Umbridge and Cho tried to excuse her actions to Harry. He was unimpressed with her attitude and his feelings toward her cooled considerably. Their relationship ended, and Cho dated Michael Corner for awhile.

In the spring of 1998, Cho returned to Hogwarts to fight in the battle against Voldemort and the Death Eaters (DH29).

**Charing Cross Road**

Located in central London, Charing Cross Road is the site of the Leaky Cauldron. Harry walked down Charing Cross Road with Hagrid in PS5, and later rode down it on the Knight Bus (PA3) and in Ministry cars (HBP6).

**Charmers, Tchamba**

This Quidditch team from a small city located in the central region of Togo, is known for their ability to perform the difficult "reverse pass" (QA8).

***Charm to Cure Reluctant Reversers***

This spell comes from page twelve in Harry's *Handbook of Do-It-Yourself Broomcare,* which he was trying to remember to help him ignore Aunt Marge (PA2).

***Charm Your Own Cheese***

by Greta Catchlove (fw), also known as Gerda Curd (JKR)

The Weasleys keep a copy of this cookbook in their kitchen (CS3).

**Charms Club**

Vicky Frobisher tried out for the Gryffindor Quidditch team and did well, but she said that the Charms Club was more important to her so she didn't make the team (OP13).

**Charms**

A charm is a spell which adds to or changes the properties of an object. Charms are somewhat less scientific and more artistic and creative than transfiguration spells (JKR). A Charm might cause something to flash different colors. It might cause an object to levitate or even fly through the air. Charms can make a person laugh or dance or even create a bubble of breathable air around a person's head. In all of these cases, the object or the person doesn't really change, they just do something unexpected. Some Charms can be extremely powerful. The Fidelius Charm, for example, can completely hide a person or a place in such a way that no one can find them unless they are given the location by a Secret Keeper. Memory Charms can be so strong that they completely remove a person's memory or even damage his or her mind permanently. Flitwick teaches the Charms classes at Hogwarts (PS8, etc.).

**Charms Classroom**

Classroom where Flitwick teaches Charms. Because the effects of the students' magic attempts can be somewhat random and haphazard, Flitwick is resigned to being pummeled, smacked on the head, and Summoned across the room. It is located down the Charms corridor and has a window overlooking the front drive (OP30).

**Chaser**

Players who pass the Quaffle between them, trying to throw it through the goal to score; there are three on a Quidditch team (PS10, QA6, etc.).

**Cheering Charm**

A charm that cheers a person up. Cheering Charms were part of the Charms curriculum for the third-years (PA15). They were also part of the written Charms O.W.L. exam. Hermione worried that she hadn't written enough about them, but since she was considering including the countercharm for hiccups as part of her answer, it seems likely that she wrote more than plenty (OP31). Cheering Charms were invented by Felix Summerbee during the 1400s (fw).

**Cheese cauldron**

Not a good idea, despite what Humphrey Belcher thinks (HBP10).

**cherry**

Neville's new wand is made from this wood (HBP7).

**chess, wizard**

In wizard chess, the pieces are animated and fight for each square on the board under the command of the players. Individual pieces have distinct personalities. Some are more vicious than others. Many will bully and argue with an inexperienced player trying to order them around the board (PS12).

**chestnut**

Chestnut is a wand wood. Peter Pettigrew's wand was made of chestnut (DH24).

**Chimaera**

A vicious, bloodthirsty creature with a lion's head, a goat's body, and a dragon's tail. Chimaera eggs are classified as Class A Non-Tradable Goods. Dai Llewellyn, the famous Caerphilly Catapults player, was killed by a Chimaera while on holiday in Greece (FB). Fiendfyre sometimes takes the form of a chimera (DH31).

**China**

China is the most populated country in the world, with over one billion people. It is home to several species of magical creatures, including the phoenix and the Chinese Fireball dragon (FB). Tibet is also located in China. Two Chinese wizards of note were magical creatures specialist Quong Po and alchemist Dzou Yen (fw). China is also, presumably, the home of the Chinese Chomping Cabbage (OP16).

**Chinese Chomping Cabbage**

Hermione studied a diagram of this when the fifth years were researching potion ingredients in the library for Snape (OP16).

**Chinese Fireball** (Liondragon)

A species of dragon native to China. The Fireball is a scarlet dragon with a fringe of golden spikes around its face and protruding eyes. The blast of flame from a fireball forms a distinctive mushroom shape. Eggs of a Fireball are vivid crimson, flecked with gold (FB).

**Chipping Clodbury**

This town was the location of a late-night meeting between Ministry representatives and the Brotherhood of Goblins intended to discuss the creation of a goblin bill of rights. Things got a little out of hand (See Brotherhood of Goblins) (DP3).

*Chipping Clodbury does not actually exist in the Muggle world. Rowling almost certainly wrote it as a play on words for the town she grew up in, which was called Chipping Sodbury.*

**Chittock, Glenda**

(b. 1964)

Popular presenter of the W.W.N. (Wizarding Wireless Network) program *Witching Hour* (fw).

**Chizpurfle**

A magical parasite that lives in the fur or feathers of some magical creatures, and can also infest magical items (FB).

**Chocoballs**

Sweet sold at Honeydukes. They're filled with strawberry mousse and clotted cream (PA5).

**chocolate**

Chocolate has special properties. Not only does it make a wonderful treat but it also serves as a particularly powerful antidote for the chilling effect produced by contact with Dementors and other particularly nasty forms of Dark Magic. Lupin carries chocolate with him on the Hogwarts Express (PA5), which seems to suggest that he expected a problem with the Dementors, or perhaps that any Defense Against the Dark Arts specialist carries chocolate as a matter of course.

Madam Pomfrey, when she heard that Lupin had given Harry chocolate after his encounter with the Dementors, nodded approvingly and stated that "at last we have a Defense Against the Dark Arts professor who knows his remedies." She herself uses enormous blocks of Honeydukes' best chocolate as an antidote in the Hospital Wing (PA21).

**Chocolate Frog cards**

These cards, each bearing the face of a famous witch or wizard, come in Chocolate Frogs candy (along with a real chocolate frog). Hogwarts students collect and trade them. The faces on some of the cards are famous even to Muggles, although their magical abilities were not always recognized. Harry discovered Chocolate Frog cards during his first journey on the Hogwarts Express. In fact, he learned about Nicolas Flamel from the card of Dumbledore he got then, and only remembered it later when he gave a Chocolate Frog to Neville to cheer him up (PS13).

**Chorley, Herbert**

Chorley is a Muggle and a Junior Minister to the British (Muggle) Prime Minister. Chorley had a bad reaction to a Death Eater's Imperius Curse and began impersonating a duck. He was subsequently hospitalized at St Mungo's, where he attempted to strangle several Healers (HBP1).

**Christmas at Hogwarts**

Traditionally, twelve Christmas trees are set up in the Great Hall by Hagrid. Flitwick directs the decorating of the trees. Sometimes the armor in the castle is enchanted to sing carols. On Christmas morning, students still in the dormitories find a pile of presents at the foot of their bed, undoubtedly delivered by the house-elves during the night. There is a noontime Feast for staff

and any students who have stayed on over the holidays. The Feast always includes Cribbages Wizarding Crackers. In 1994, because of the Triwizard Tournament, the Great Hall was cleared for the Yule Ball from 8 pm until midnight. *The Weird Sisters* entertained (GF23).

**Christmas decorations**

Wizards use real, live fairies as fairy lights (U.S. Christmas light strings). Flitwick once decorated his classroom with them (PA10) and the garden was decorated with them for the Yule Ball (GF23). According to Fleur, choirs of wood nymphs serenade the students as they eat in the Dining Chamber at the Palace of Beauxbatons at Christmastime (GF23). Ornaments on Christmas trees can include luminous holly berries and "real, hooting, golden owls" (GF23). Also used are golden bubbles, everlasting icicles, enchanted snow, and—in the suits of armor—everlasting candles (q.q.v.).

**Chubb, Agatha**

Expert in ancient wizarding artifacts who found twelve lead Bludgers from the early sixteenth century in peat bogs and marshes (QA6).

**Chudley**

Home of the Chudley Cannons, Ron's favorite Quidditch team, which is regularly at the bottom of the British and Irish Quidditch League standings (CS3). *Though there is no Chudley in Britain, there is a Chudleigh. It is located in Devon not far from the likely location of Ottery St. Catchpole and the Burrow.*

**Chudley Cannons**

The Cannons are Ron's favorite Quidditch team (CS4) but they do tend to lose to the point where it's a cliché. Dumbledore once said that because he'd contracted a deadly curse, "death is coming for me as surely as the Chudley Cannons will finish bottom of this year's league." (DH33). The Cannons wear orange robes with a speeding black cannon ball and a double letter C on them. They hail from Chudley. The Cannons have won the league twenty-ojne times, but the last time was in 1892. As a result of this endless losing streak, the club motto, which used to be "We shall conquer", was changed in 1972 to "Let's all just keep our fingers crossed and hope for the best." (QA7) Some famous (and not so famous) players for the Cannons include Seeker Galvin Gudgeon (DP1), Beater Joey Jenkins (GF22), and Chaser Dragomir Gorgovitch, who transferred in 1995and since holds the record for the most dropped Quaffles (DH7). The manager is Ragmar Dorkins (DP1).

**Circe**

A famous enchantress of ancient Greece who lived on the island of Aeaea and was famous for transfiguring lost sailors into pigs (PS6, fw).

**Clabbert**

This arboreal creature resembles a cross between a monkey and a frog. Its smooth skin is mottled green. The Clabbert has short horns and a wide grinning mouth. Its long arms and webbed hands and feet allow it to move gracefully through the trees. On the Clabbert's forehead is a large pustule which flashes red when the Clabbert senses the approach of danger, particularly Muggles (FB).

**Clagg, Elfrida**

(1612 – 1687)

Chieftainess of Warlock's Council (JKR, fw), Clagg made the Golden Snidget a protected species and set up the Modesty Rabnott Snidget Reservation in Somerset (QA4).

*The dates given on Clagg's Chocolate Frog card conflict with information from QA4 which says she was the "Chief of the Wizard's Council" in the mid-1300s.*


**Clankers**

A number of small metal instruments, which when shaken make a loud, ringing noise like tiny hammers on anvil. Anyone visiting one of the high-security vaults at Gringotts must carry one of these, shaking it to make noise. The dragon guarding those vaults has been conditioned to back away at the sound, apparently by being taught to fear hot swords whenever it hears the Clankers (DH26).


**Clapham**

Clapham is an area of southwest London that, at number two, Laburnum Gardens, is home to Sturgis Podmore (OP14).


**Class A Non-Tradeable Goods**

The Ministry classifies some items this way, which means they can't be bought or sold. Dragon eggs fall into this category (FB).

**Class B Tradeable Materials**

The Ministry restricts trade in these materials because they are so dangerous. The Erumpent horn is banned for the reason that it will explode easily (FB, DH20, 21).

**Class C Non-Tradeable Substances**

Prohibited by Ministry regulations, but not as dangerous as Class A or B materials. Venomous Tentacula Seeds fall into this category (DH9).

**Classroom eleven**

Located along the ground floor corridor, opposite the Great Hall, this classroom was used by Firenze to teach Divination beginning in 1995. When students entered the classroom, they discovered that it had been magically transformed into a forest, complete with starry sky (OP27).

**classes at Hogwarts**

The following classes are offered at Hogwarts:

- Ancient Runes

- Arithmancy

- Astronomy

- Care of Magical Creatures

- Charms

- Defense Against the Dark Arts

- Divination

- Flying

- Herbology

- History of Magic

- Muggle Studies

- Potions

- Transfiguration

**cleaning solutions, magical**

Cleaning and polishing is usually accomplished with magical means, including various potions. Diluted Bundimun secretion is an ingredient of certain magical cleaning fluids (FB). "Mrs. Scower's Magical Mess Remover" is used so regularly (CS9) that Filch keeps crates of it in the castle (GF18). Use number twelve of dragons' blood is oven cleaner (SFC).

**Cleansweep Broom Company**

Founded in 1926 by Bob, Bill, and Barnaby Ollerton, the company's brooms quickly became the standard for Quidditch teams. The company is still making brooms today, although the Cleansweep brooms are not quite up to the standards of the top broom on the market, the Firebolt (QA9).

**Cleansweep series**

A series of sport broomsticks produced by the Cleansweep Broom Company beginning in 1926 (QA9). The current model is the Cleansweep 11, which came out in the summer of 1995 (OP9).

**Clearwater, Penelope**

(b. 1976; Ravenclaw, 1987; prefect 1992 – 1994)

Girlfriend of Percy Weasley, who calls her Penny; she has long curly hair (CS12). She was Petrified by a Basilisk May 8, 1993 (recovered: May 30th) (CS14). She appreciates the Firebolt as a first-class broomstick, and is serious enough about Quidditch to have bet Percy ten Galleons on the 1993 - 1994 Gryffindor-Ravenclaw match (PA13). *The text of CS14 has been corrected in current editions to put Penelope in the same year as Percy:*

*Old version: "Madam Pomfrey was bending over a **fifth**-year girl with long, curly hair."*

*Corrected version: Madam Pomfrey was bending over a **sixth**-year girl with long, curly hair."*


**Cliodna (Cliodne)**

Famous Irish Druidess who had three magical birds that used song to heal the sick. She was an Animagus who could take the form of a bird. Cliodna discovered the properties of Moondew (PS6, fw).


**Cloak of Invisibility**

One of the Deathly Hallows is the Cloak of Invisibility, according to legend a Cloak originally owned by Death himself. In fact, the Cloak was created many, many years ago by the Peverell brothers and belonged originally to Ignotus Peverell (DH21). Unlike any other Invisibility Cloak, this Cloak was perfect, never fading, and most importantly, always protecting and shielding others as well as its owner.  The Cloak was passed along the Peverell line for generations until it was given finally to the last living descendent of Ignotus: Harry Potter (DH35).


**clocks, magical**

In the kitchen of the Burrow was a clock with only one hand and no numbers. It was marked 'Time to make tea,' 'Time to feed the chickens,' and 'You're late!" (CS3). Also in the Burrow is a grandfather clock with nine hands. Located in the Weasley living room, this fine clock is completely useless if you need to know the time. Instead it has a hand for each of the Weasley family members. These hands point to inscriptions around the face which indicate where that person is at the moment. Some of the words on this clock are "home," "school," "work," "traveling," "lost," "hospital," "prison," and "mortal peril" (GF10). This clock can apparently change its size, since during the Second War, it was the size of a carriage clock and Molly was in the habit of carrying it around with her, even though it constantly said "Mortal peril" for her entire family (HBP5). In number twelve, Grimmauld Place was a somewhat more sinister grandfather clock. This rather nasty clock would shoot heavy bolts at passers-by (OP6, DH10).

**Clogg, Edgar**

Ghost who has been hanging around the Hogwarts Quidditch pitch as long as anyone can remember. Edgar was obviously a pretty good player in his day (Quidditch World Cup/g).

**clothing, Wizard**

For the most part, wizards wear robes, without Muggle clothing underneath (GF7). There are varying types of robes, including dress robes for fancy occasions (GF10) and Quidditch robes designed for athletes (PS11), and depending on weather traveling cloaks and hats can be added as well (DH11). At Hogwarts, school robes are plain and black (PS5) and seem to have something that identifies the house, although what this might be is never stated. Students do wear

pointed black hats as a regular rule (PS5, CS5). *It's worth noting that the robes seen in the films do not match those described in the books at all.*

**Club, The**

A tea leaf fortunetelling symbol, from *Unfogging the Future* pages five and six, which means "an attack" (PA6).

**cobbing**

Quidditch foul: excessive use of elbows (QA6, GF8, QA6).

**cockatrice**

A magical creature which is a combination of a rooster and a dragon or snake. A cockatrice went on a rampage in the Triwizard Tournament of 1792 (GF15).

**Cockroach Cluster**

Sweets for sale at Honeydukes, most likely with real cockroaches inside (PA10).

*Rowling is a Monty Python fan. These come directly from a sketch from Monty Python's Flying Circus.*

**Code of Wand Use**

Clause 3 of this Code says that no non-human creature is permitted a wand (GF9). This is a serious point of contention with the Goblins (DH24).

**Cokeworth**

The home of the Railview Hotel, where Vernon Dursley drives the family in a desperate attempt to escape Harry's letters from Hogwarts (PS3).

**Cole, Mrs.**

The matron of Tom Riddle's orphanage. She was interviewed c. 1937 by Dumbledore and told him the circumstances of Tom's birth and about his anti-social behaviour (HBP13). Described as a "skinny, harassed-looking woman" with a "sharp-featured face that appeared more anxious than unkind" (HBP13).

**Collapsible Cauldron**

Presumably a cauldron which can be made smaller, perhaps to make it easier to carry (PS5, FB).

***Colloportus*** (ko-lo-POR-tus)

*"colligo" L. to bind together + "portus" L. door*

Seals a door, making an odd squelching noise. Hermione, Harry, and several other members of the D.A. used this spell to try to block the attacking Death Eaters during the battle of the Department of Mysteries (OP35).

**Color Change Charm**

A Charm that is required during the practical portion of the Charms O.W.L. Possibly the same as the flashing paint charm. Harry mixed up the incantations for this charm and the Growth Charm,

accidentally making a rat grow alarmingly during his practical Charms O.W.L. He was supposed to turn it orange (OP31).

**Come and Go Room**

The House-Elves name for the Room of Requirement (OP18).

**Comet series**

A series of racing brooms built by the Comet Trading Company, beginning with the 140 in 1929. Other models in the series are the 180, 260, and 290 (QA9).

**Comet Trading Company**

Founded in 1929 by Basil Horton and Randolph Keitch, the Comet Trading Company was in direct competition with the Cleansweep Broom Company. The Comet featured a patented braking charm (QA9).

**Committee for the Disposal of Dangerous Creatures**

A Ministry committee that considers cases of brutality of magical creatures. They hold a hearing and consider evidence, then pronounce judgment. In the case of Buckbeak, they gave in to pressure from Lucius Malfoy and decided to execute the hippogriff. The Committee members that turned up at Hogwarts to carry out the sentence were Walden McNair and an elderly wizard who felt that he was getting to old for this sort of thing. Fudge came along as a witness (PA11, 16, 21).

**Committee on Experimental Charms**

This Ministry committee deals with unusual and potentially dangerous new spells (CS3). The committee was founded by Balfour Blane c. 1600 (fw). One of its current personnel, Gilbert Whimple, presently has horns, presumably from handling some dangerous magic (GF7).

*Common Magical Ailments and Afflictions*

A standard book of medical information for wizards, which Harry was quite sure wouldn't include a section about his scar hurting him (GF2).

**common rooms**

Each Hogwarts house has a common room, adjacent to its dormitories, where many students spend their free time. Each room is unique, reflecting the founder of the House and the characteristics of its students. Gryffindor and Ravenclaw each have a tower with a circular common room at the base (PS7, DH30); Hufflepuff has a "cosy and welcoming" common room near the kitchens (BLC); and Slytherin has a greenish dungeon underneath the lake (DH23). See Gryffindor Tower, Hufflepuff common room, Ravenclaw Tower, or Slytherin dungeon.

**Common Welsh Green**

Dragon species native to the higher mountains of Wales where it eats sheep. The Welsh Green is green in color, not surprisingly. It's flame comes out in narrow jets. The eggs are an earthy brown with green speckles (FB).

*Compendium of Common Curses and Their Counter-Actions, A*

The Room of Requirement contained a copy of this book during the D.A.'s first meeting there (OP18).

**Comstock, Magenta**

(1895 - 1991)

Experimental artist whose portraits' eyes not only follow the viewer around the room, but also follow them home. (JKR).

*Confringo* (kon-FRIN-go)

"Blasting Curse"

*"confringo" L. to smash, crush; to ruin, undo*

Causes the target to explode. In the All-England Wizarding Duelling Competition of 1420, Alberta Toothill defeated Samson Wiblin, who was the favorite, using a Blasting Curse (fw). Cast by Harry at the sidecar that had fallen off the flying motorbike; it exploded, knocking one Death Eater off his broom and making another fall back (DH4). Cast by Hermione in Bathilda Bagshot's house when Nagini was coming for her and Harry; the spell ricocheted around the room, exploding a mirror. The rebound nearly severed Harry's wand. She later referred to it as the Blasting Curse (DH17).

*Confronting the Faceless*

The N.E.W.T.-level textbook for Defense Against the Dark Arts during Harry's sixth year (HBP9).

***Confundo***   (kon_FUN-do)

"Confundus Charm"

*"confundo" L. to mix up, jumble together, confuse, bewilder, perplex*

Causes confusion. A person who is affected by this Charm is said to be Confunded.


**Confundus Charm**

See Confundo.


**Confusing Concoction**

A potion that third-years needed to brew for their exams (PA16).


**Confusing & Befuddlement Draught.**

*ingredients: sneezewort, scurvy-grass, and lovage*

Harry had to study the ingredients and their effects during his fifth year (OP18).


**Congo**

There are now two countries by this name: Congo and the Democratic Republic of the Congo, formerly known (and named in FB) as Zaire. They are neighbors in central Africa and share their name with the Congo River, which flows through them. The Tebo is native to this area (FB).


**Conjunctivitis Curse**

*"conjunctiva" L. connecting (as in membrane of the eye) + "-itis" L. inflammation*

A spell that affects the eyes and vision of the target. Sirius was going to suggest this spell to use against the Hungarian Horntail (GF19). Krum tried this during the first task, but the dragon went into such violent convulsions that she smashed some of her own eggs (GF20). Madame Maxime used this to force Golgomath's thugs to drop Hagrid when the giants became hostile with the ascension of the new Gurg (OP20).

**conjured items**

A spell that creates objects out of thin air.

McGonagall conjured up a large fan and instructed Ernie Macmillan to waft the Petrified Nearly Headless Nick to the hospital wing using it (CS11). Dumbledore conjured up hundreds of squashy purple sleeping bags when the students needed to spend the night in the Great Hall (PA9). As Gamp's Law of Elemental Transfiguration, to which food is one of the five exceptions (you can't create food out of nothing) (DH29) most things conjured out of thin air will disappear after a couple of hours (SN). Some exceptions to this are the sleeping bags, which survived a lot longer than just a couple of hours, and the leg of Neville's desk, which had been accidentally vanished (CS16) (although this may have been an instance of Reparo instead). "drawing up a chair" (conjuring a chair out of thin air) Dumbledore drew up comfy chintz armchairs (OP8) McGonagall draws up straight-backed, wooden chairs (OP22). Arthur Weasley drew up more chairs so his visitors could sit down in his ward at St Mungo's (OP8). Dumbledore literally drew up a chair for Trelawney to sit in at the Christmas feast in 1993 (PA11). He also drew up a chintz armchair for himself to sit in when representing Harry at his hearing before the Wizengamot. When Mrs. Figg arrived to testify, Dumbledore drew up another for her (OP8). Dumbledore conjured a tea tray in Hagrid's cabin (GF24). Dumbledore arranged the Great Hall for the

musical entertainment at the Yule Ball with "move objects" and this spell: "Dumbledore stood up and asked the students to do the same. Then, with a wave of his wand, all the tables zoomed back along the walls leaving the floor clear, and then he conjured a raised platform into existence along the right wall." (GF23) Bill and Charlie Weasley conjured up tablecloths for dinner in the garden at the Burrow (GF5). Fudge conjured two large glasses of amber liquid (one for himself, one for the Prime Minister) on the night he informed the latter of Sirius Black's escape from Azkaban (HBP1).

### Conjuring Spells

A form of Transfiguration that creates objects out of thin air. These spells are advanced magic – considered N.E.W.T. level at Hogwarts (OP13) – and even then the items generally last only a couple of hours (SN). We've seen dozens of items conjured, including most memorably, Dumbledore's comfy chintz armchairs in a Wizengamot hearing (OP8); Hermione's yellow birds that she later used to attack Ron (HBP14); a fan that McGonagall conjured to waft Nearly Headless Nick down the hall (CS11); and "hundreds of squashy purple sleeping bags" provided for students by Dumbledore (PA9). Not everything can be conjured, however – food, for example, is a notable exception, according to Gamp's Law of Elemental Transfiguration (DH29).

### Connolly

Irish National Side Quidditch team, Beater (GF8).

### Contorting Cereals

A category in the Annual International Wizard Gardening Competition; currently banned "until the fuss dies down" because the so-called crop-circles caused a sensation among Muggles worldwide (DP1).

**contract, magical**

This spell or spells makes a contract magically unbreakable. Placing a name in the Goblet of Fire constituted a binding magical contract. The people whose names were chosen were obliged to participate in the contest. Even Dumbledore couldn't undo this magic, since Harry was forced to compete in the Tournament when his name came out of the Goblet (GF16).

**Cooper, Buckley**

Wrote a letter to the *Daily Prophet* asking for legal advice in the running feud he's been having with his brother. He wonders if the Ministry would "turn a blind eye" if he kidnapped his brother's children and turned them into blood-sucking ferrets. In his response, Dempster Wiggleswade of the Department of Magical Law Enforcement strongly advised against doing that (DP3).

**Coopey, Howland**

Wrote a letter to the *Daily Prophet's Problem Page* asking for medical advice. He described his symptoms -- green and purple rash between his toes and sparks from his nostrils when he sneezes -- and wondered if it's anything to be concerned about. Professor Spleen responded that was a simple case of Dragon Pox (DP3).

**Coote, Ritchie**

(Gryffindor 1990s; Quidditch Beater 1996-7)

Coote is a "weedy-looking" fellow, but he "aims well." Harry put him on the team playing Beater along with Peakes (HBP11).


**Cork**

A Quidditch team from Cork, playing against the Lancashire team in 1385 in Lancashire, had to flee town to escape harm after winning the match (QA8). Cork is the second largest city in Ireland, located on its southern coast.


**Corner, Michael**

(b. circa 1980; Ravenclaw 1991)

Michael is a dark-haired boy who met Ginny Weasley at the Yule Ball and began dating her at the end of the 1994 - 1995 school year; through Ginny, Michael and his friends joined the D.A. (OP16). Michael sulked so much after Gryffindor defeated Ravenclaw in 1996 that Ginny dumped him, after which he took up with Cho Chang (OP38). Michael turned up to fight in the Battle of Hogwarts (DH29). *Michael Corner appeared on JKR's list of students in Harry's year (HPM) but was noted as a Hufflepuff on that paper.*

.

**Cornfoot, Stephen**

(b. circa 1980; Ravenclaw 1991)

Student in Harry's year (HPM).

*Stephen's name appears in the draft of the class list of Harry's year that Jo displayed during the "Harry Potter and Me" TV interview (HPM). According to the list he is Pure-blood. Stephen has never appeared in canon, but his name is listed here because he apparently existed in early plans for the books.*

**Cornwall**

The southwestern tip of England is the county of Cornwall, wherein lie Falmouth and Bodmin Moor. Cornwall makes up part of England's West Country, along with Devon and Somerset. Cornish Pixies, the type let loose in the classroom by Gilderoy Lockhart (CS6), are native to here, and in fact in the seventeenth century Dymphna Furmage experienced an 'unfortunate incident' with pixies while on holiday in Cornwall (fw).

**Cotswolds**

The Cotswolds is a small area in England famous for beautiful rolling hills, and which also contains Bath. Trolls have historically lived in the hills here; troll specialist Gondoline Oliphant was clubbed to death by trolls in the Cotswolds while she was sketching in 1799 (fw). Mould-on-the-Wold is almost certainly located in the Cotswolds (DH11).

**Cotton, Gregory**

Appleby Arrows Seeker who managed to come out of a scuffle with the Portee Seeker with the Snitch in his hand, only to have his head transfigured into a cabbage by his irate opposite number. There's nothing like some good healthy competition, is there (DP3).

**cough potion**

Medical magic: potions to treat a cough. Weasleys' Wizard Wheezes' Owl Order Service repackages some of their potions as cough potions to get them past security checks, such as Filch's blanket ban on their products at Hogwarts (HBP15).

**Council of Magical Law**

Likely another name for what was later called the Wizengamot, this Council was responsible for overseeing several key Death Eater trials following the initial fall of Voldemort in 1981. Overseen by Barty Crouch, Sr., Head of the Department of Magical Law Enforcement (GF27), these trials included the conviction of Barty Crouch Jr. and the Lestranges, a plea agreement with Igor Karkaroff, and the acquittal of Ludo Bagman and Severus Snape. Harry later watched all but the Snape trial in Dumbledore's Pensieve (GF30).

**Courtrooms, Ministry**

The Ministry courtrooms are located in the lower levels of Ministry headquarters in London. They are intimidating places. In some cases the accused persons are brought in by Dementors and find themselves sitting on a chair which chains their arms in place magically. The various judges and other members of the court sit far above the accused in rows of seats around the perimeter of the high-ceilinged chamber. Among other things, they have been used for hearings conducted by the Council of Magical Law (GF30), the Wizengamot and Harry's Hearing in Courtroom Ten (OP8), and the Muggle-Born Registration Commission (DH13).

**Crabbe, Mr.**

A Death Eater, the father of Vincent Crabbe. Like his son, Mr. Crabbe is a large fellow -- one of the two largest Death Eaters to attend Voldemort's 'rebirthing party' -- and a bit dim (GF33, OP26).

**Crabbe, Irma**

(1912-1990)

The wife of Pollux Black, and grandmother to Sirius and Regulus Black, along with Bellatrix Lestrange, Andromeda Tonks, and Narcissa Malfoy (BFT).

**Crabbe, Vincent**

(c. 1980-1998, Slytherin 1991, Inquisitorial Squad, Quidditch Beater 1995-1997)

Crabbe was a thickset Slytherin in Harry's year (PS6), and the son of a Death Eater (GF33). He was quite dense, although he seemed a little brighter than Goyle (PS9). He spent much of his career at Hogwarts, along with Goyle, trailing Draco Malfoy as something of a bodyguard for him; even in his sixth year he was still willing to be Polyjuiced as a young girl and stand lookout for a project he knew nothing about (HBP18). Beginning his fifth year he also played Beater on the Slytherin Quidditch team (OP19) and joined the Inquisitorial Squad (OP32).

Crabbe didn't seem to have much personality until his seventh year, when he "really got into" performing the Cruciatus curse on students in detention (DH29). By the end of the year he was finally willing to defy Malfoy, hurling dangerous curses like the Killing Curse in an attempt to be rewarded by Voldemort. However, he couldn't control his spells, and when he cast Fiendfyre in an attempt to kill Harry, he died in the resulting magical firestorm (DH31).

**Cragg, Elfrida**

Someone whose portrait hangs in St. Mungo's; Everard ran into her portrait to watch what happened to Arthur Weasley after he had been injured (OP22). *This is probably a misprint for Elfrida Clagg, the famous Chiefteness of the Wizard's Council in the 1600s.*


**Creaothceann**

A medieval broom sport popular in Scotland, Creaothceann consisted of wizards with cauldrons strapped to their heads attempting to catch falling rocks. The extreme death toll eventually led the Ministry of Magic to outlaw the game in 1762 (QA2).


**Creevey, Mr,**

A Muggle milkman (CS6) who has two sons who are wizards, Colin (CS6) and Dennis (GF12). During his first year, Colin took a lot of photographs to send home to his father (CS6).


**Creevey, Colin**

(1981-1997; Gryffindor, 1992)

Colin Creevey is a very excitable, rather short boy with mousy brown hair who was just tickled to death to discover that he was a wizard and to find out about Hogwarts (his father is a Muggle milkman, so Colin is Muggle-born). Colin is very excited to know the famous Harry Potter and in his first year took a lot of pictures of his idol. He even asked Harry to sign one, but Harry refused (CS5, CS6). Colin has been known to follow Harry around or to say "All right, Harry?" every time he sees him, just to hear Harry respond. Colin's heart is in the right place, certainly, but he does tend to get run over once in a while in the rush of events. He was Petrified by the

Basilisk in November of his first year, and wasn't cured until late May (CS). Colin and his little brother Dennis both joined Dumbledore's Army in October 1995, and learned to do defensive and some offensive magic from Harry (OP16). When it was time to set up defense of the castle in the Battle of Hogwarts, Colin tried to stay even though he was a sixth year and underage. McGonagall made him leave, but he snuck back in and joined the fighting. Colin was killed on the lawn outside the front door of the castle. Neville and Oliver Wood carried his body into the Great Hall during a lull in the fighting (DH34).

**Creevey, Dennis**

(b. 1983; Gryffindor, 1994)

The younger brother of Colin, and like Colin has "mousy" brown hair. Dennis is Muggle-born. Dennis was the smallest kid in his year when he arrived, and thus almost certainly the smallest kid in Hogwarts; he needed to stand on his seat in the Great Hall to be able to see the Goblet of Fire properly, and still only just came up to everyone else's eye-level (GF12, GF16). However, Dennis is another example of the Weasley twins' saying that "size is no guarantee of power" (OP6), in that he seems to know no fear. On his first-year journey across the lake in a storm, Dennis fell in and was rescued by the giant squid, which seemed to him to be all good fun (GF12). Dennis and Colin tried to modify a stack of magical "Support Cedric Diggory! / Potter Stinks" badges to say "Support Harry Potter!" instead, but all they could manage was to get them stuck saying "Potter Really Stinks" (GF19). Dennis, along with his brother, joined Dumbledore's Army in October 1995 and learned to do defensive and some offensive magic from Harry (OP16).

**Cresswell, Dirk**

Muggle-born; A gifted student while at Hogwarts, Cresswell went on to become the Head of the Goblin Liaison Office (HBP4). Cresswell was sent to Azkaban by the Muggle-born Registration Commission but escaped halfway to the prison by Stunning the Auror Dawlish. Cresswell met up with the goblins Griphook and Gornuk, and then with Ted Tonks and Dean Thomas, who were also in hiding (DH15). Cresswell was eventually caught and murdered, along with Ted Tonks and the goblin Gornuk, apparently by Death Eaters (DH22).

**Cribbage's Wizarding Crackers**

Part of the Christmas feast celebration, similar to the Muggle versions, but these are magical and contain very interesting and unusual things. When pulled, a wizard cracker goes off with a very loud blast like a cannon or a gunshot and emits a cloud of blue smoke, while from the inside explode whatever items the cracker contains (PS12, PA11, GF23). Some items found in Wizarding Crackers include a wizard chess set, grow-your-own-warts kit, and a pack of non-explodable luminous balloons (PS12).

**Croaker**

Arthur Weasley identified this wizard as being an Unspeakable, someone who works for the Department of Mysteries (GF7).

**Crockford, Doris**

A witch in the Leaky Cauldron on July 31, 1991, who was just so delighted to meet Harry Potter that she came back more than once to shake his hand (PS5).

**Cromer**

Cromer is a small, seaside town on the east coast of England, almost straight east of London, in Norfolk. In the early eighteenth century, this was the home of the feared Sea Serpent of Cromer, which was killed by Glanmore Peakes (fw).

**Cronk, Crispin**

(1795 - 1872)

Famous for keeping sphinxes in his backyard despite repeated warnings from the Ministry of Magic. The Ministry had the last laugh, as they eventually gave up and sent Cronk to Azkaban (fw). *"Cronk" = Australian slang for "fraudulent," particularly in talking about running racehorses [NSOED].*

**Crook, Glinda**

for the Campaign for Greater Freedom for Wizards

Quoted in the *Daily Prophet* decrying the actions of the Ministry of Magic designed to reign in the actions of wizard-kind on Hallowe'en (DP4).

**Crookshanks**

Crookshanks is a half Kneazle, half cat that Hermione purchased from Magical Menagerie in Diagon Alley before her third year at Hogwarts (PA4). He appears to be a large ginger cat with a squashed flat face, a bottle-brush tail and bandy legs.

Crookshanks' Kneazle ancestry accounts for his unusual intelligence and his ability to identify suspicious characters, most notably Pettigrew when disguised as Scabbers the rat (PA). But he also recognized and disapproved of cheating, judging by the way he stared at Harry and Ron when they were making up answers on their Divination homework (GF14).

*Rowling is allergic to cats but based Crookshanks on a disdainful, fluffy ginger cat she enjoyed watching on her lunch hours. Crookshanks' name refers to his bandy legs ('shank" is OE for leg, or shinbone). George Cruikshank (1792-1878) was a caricaturist who illustrated Charles Dickens' book* Oliver Twist.

**Cross-Species Switches**

Classification of Transfiguration magic in which one type of creature is Transfigured into another. The fourth years had to write an essay about using these after practicing transfiguring guinea fowl into guinea pigs (GF22). *Apparently it's easier to do the spell when the creatures have similar names (e.g. guinea fowl into guinea pigs), similar appearance (e.g. hedgehogs into pincushions), or both (e.g. beetles into buttons).*

**Crop-related charms**

The Ministry of Magic report "A Study into Muggle Suspicions about Magic" recommended that the International Confederation of Wizards impose an immediate ban on further crop-related charms until the fuss about so-called 'crop circles' -- really entries in the Annual International Wizard Gardening Competition -- died down (DP1).

**Cross, the**

A tea leaf fortunetelling symbol, from *Unfogging the Future* pages five and six, which means "trials and suffering" (PA6).

**Crouch, Bartemius "Barty", Sr.**

(d. June 1995)

Ministry official, famous for aggressively prosecuting Dark Wizards in the days of Voldemort's rise to power. His fervor led him to authorize methods almost as bad as those of the Death Eaters they were hunting; he allowed the Aurors to use the Unforgivable Curses, and imprisoned people like Sirius Black in Azkaban without a trial.

Crouch was much admired at the time, but fell from grace around 1982, after he sentenced his own son to Azkaban for being a Death Eater and for taking part in the torture of the Longbottoms. Instead of being made the next Minister of Magic, Crouch was moved out of the public eye to the Department of International Magical Cooperation where his prodigious language skills came in handy (GF7). Percy Weasley, whom Crouch mistakenly calls "Weatherby," became his assistant in 1994.

Crouch had a dreadful secret: as a favor to his dying wife, he had smuggled his son out of Azkaban, but then had to subdue and hide him from then on. Eventually, Barty Crouch, Jr. was freed by Voldemort and Barty Sr. was made captive. He later escaped and tried to warn Dumbledore of a plot to get to Harry, but his son caught and killed him.

Barty Crouch, Sr. had a poker-stiff bearing and severely parted his dark (later, gray) hair right down the middle and wore a precisely-trimmed Hitler-like toothbrush mustache.

*"crouch" O.Fr. 'crochir:' to become bent, crooked. To bend low, often for the purposes of stealth or concealment.*

**Crouch, Bartemius "Barty", Jr.**

Barty Crouch Jr. was the only child of Ministry official Barty Crouch, Sr. Barty Jr. was among Death Eaters who tortured the Longbottoms, and was caught and sent to Azkaban for the crime in the winter of 1981-82. Less than a year later, Barty Crouch Jr. was rescued by his mother who convinced his father to allow her to magically change places with the boy. Barty Sr. quickly realized the extent of Barty's allegiance to Voldemort, and went to extraordinary lengths to keep his son imprisoned at their home. This worked for over ten years, but Barty Crouch, Sr. was no match for the Dark Lord. Once Voldemort regained his powers, he came looking for his faithful servant.

Voldemort had gained quite a lot of information from his torture of Bertha Jorkins, which he used to create an elaborate plan to circumvent Dumbledore's powerful protections of Harry Potter. Barty Crouch's part of this plan was to take Polyjuice Potion to impersonate Mad-Eye Moody (an Auror, and the new Defense Against the Dark Arts instructor at Hogwarts), manipulate the Triwizard Tournament so Harry would enter and win, and then turn the Triwizard Cup into a Portkey to carry Harry to Voldemort.

The plan worked, and Voldemort was able to regenerate himself with Harry's blood, but Harry escaped Voldemort and returned to Hogwarts. Soon Crouch's disguise was revealed, 'Mad Eye' Moody was released, and after a dose of Veritaserum, Barty Crouch Jr. told the entire tale. In one of his many blunders, Cornelius Fudge allowed a Dementor give Crouch the Dementor's Kiss, leaving him worse than dead (June 24, 1995).

Barty Crouch Jr. was a pale young man with straw-colored hair and freckles.

*"crouch" O.Fr. 'crochir:' to become bent, crooked.  To bend low, often for the purposes  of stealth or concealment..*

**Crouch, Caspar**

Wizard who married Charis Black, and had one son and two daughters (BFT).

**Crouch, Mrs.**

Mrs. Crouch was a short, wispy witch, married to Barty Crouch Sr. She was ill and dying at the time her son was sent to Azkaban, and she convinced her husband to allow her to trade places with her son in the wizard prison. Mother and son drank Polyjuice Potion to take each other's appearance. She died shortly thereafter in Azkaban and was buried by the Dementors outside the walls under her son's name (GF27, GF30, GF35).

**Cruciatus Curse**

*See* CRUCIO.

***Crucio***  (KROO-see-oh)

Cruciatus Curse

This Unforgivable Curse is the most extreme method of torture in the wizarding world, causing almost intolerable pain (GF14). If used for extended periods of time, it is also capable of driving its subject insane; Death Eaters who performed this curse on Frank and Alice Longbottom landed them in the permanent resident ward of St. Mungo's Hospital, unable to recognize even their son

(GF30). Both Harry (GF34) and Hermione (DH23) have had it performed on them, and when the Carrows taught at Hogwarts they used it on students as punishment (DH29).

**Crumb, Gideon**

(b. 1975)

Plays bagpipes with the popular wizarding band *The Weird Sisters* (fw).

**Crumple-Horned Snorkack**

An elusive, non-flying creature which seems to be popular among readers of The Quibbler (OP13). Xeno and Luna Lovegood travelled to Sweden during the summer of 1996 to search for the Snorkack (OP38), and later obtained what was supposedly a Snorkack horn (DH20). However, they never found a Snorkack, and later in Luna's later career as a naturalist, she was finally forced to accept that the creatures don't actually exist (BLC).

**Crup**

Magical creature that strongly resembles a Jack Russell terrier, except that a Crup has a forked tail. Crups are extremely loyal to wizards and ferocious toward Muggles. They eat almost anything. Crup ownership requires a license and the owner must remove the extra tail with a painless Severing Charm to avoid Muggles noticing (FB).

**"Crying over spilt potions"**

Mrs. Figg uses this expression. It's synonymous with the Muggle cliché "no use crying over spilt milk" (OP2).

**crystal balls**

Method of Divination (PA15) and weapons (DH32).

**crystal bell jar**

Standing in a room in the Department of Mysteries is a huge bell jar filled with some sort of moving liquid. Inside, floating with the current, is a small bird. As the bird moves though its path, it changes from egg to baby bird to adult bird and back to egg. The jar is used to study time (OP34).

**Cuaditich**

Old term for Quidditch c. 1269 (QA4)

**Cuffe, Barnabas**

Editor of the *Daily Prophet* (HBP4).

**Cupboard Under the Stairs**

Harry's "bedroom" at the Dursleys for ten years; his Hogwarts letter was addressed to him here. The cupboard had spiders in it and when he awoke each morning he would be looking up at the underside of the stairs. Sometimes the Dursleys locked him in that cupboard for days at a time (PS3, DH4).

**Cup of Hufflepuff**

*See* HORCRUX.


**Curd, Gerda**

Author of *Charm Your Own Cheese* (possibly a penname, since the author's name on the famous wizard card is Greta Catchlove) (JKR).


**curse-breaker, Gringotts**

A very adventurous job involving breaking into ancient tombs and recovering gold (OP29). Bill Weasley was a curse breaker who lived and worked in Egypt for a few years after leaving Hogwarts (PA1, HBP5).


**Curse of the Bogies**

*"bogey" uncertain origin: "Old Bogey" = The Devil c. 1836; "bogle" Scottish phantom or goblin c. 1505 and "bogge" terror, possibly from "bwg" Welsh ghost and "bwgwl" fear.*

*Yeah, maybe. But more likely:*

*"bogey" British slang: booger*

Ron threatened to learn this curse, then use it on Hermione and Neville if they all got caught roaming the school at night on their way to a duel with Draco Malfoy (PS9)


**curses**

Spells which are cast for evil purposes are called curses (JKR). However, some curses are cast by people without evil intent. Harry Potter even used two of the three Unforgivable Curses during the Battle of Hogwarts.

***Curses and Counter-curses:***

***(Bewitch Your Friends and Befuddle Your Enemies with the Latest Revenges:***

***Hair Loss, Jelly-Legs, Tongue-Tying, and Much, Much More)***

By Vindictus Veridian

A book with a tempting title which Harry spotted in Flourish and Blotts on his first visit to Diagon Alley. He thought he might want to try some curses on Dudley, but Hagrid suggested he hold off for awhile (PS5).

**Cushioning Charm**

The Cushioning Charm creates an invisible "pillow" on the handle of a broom to make flying more comfortable. Invented by Elliot Smethwyk in 1820 (QA9). Hermione cast a Cushioning Charm when she, Bogrod, Harry, Ron, and Griphook were thrown from a Gringotts cart (DH26).

**Cyclops**

A one-eyed ancient Greek giant who lived in a cave at the foot of Mount Etna. With the help of several sheep, Cyclops was slain by the Greek hero, Odysseus (fw).

# D

**D.A., the**

Cho suggested that the group of students banded together to learn defense spells call themselves the Defense Association, or D.A. Ginny agreed with D.A. but suggested that it mean Dumbledore's Army (OP18).

**Dagworth-Granger, Hector**

Founder of the Most Extraordinary Society of Potioneers (HBP9).

*Daily Prophet*

The newspaper of the Wizarding World is called The *Daily Prophet*. It has been in existence since at least 1883, since *Quidditch Through the Ages* cites its coverage of Quidditch from that time (QA6). The current editor is Barnabas Cuffe (HBP4). It has offices in Diagon Alley (DP) and publishes an edition every morning. Evening editions are also printed, and these can apparently be delivered very quickly after an important story breaks, or perhaps the text of a copy of the *Prophet* delivered in the morning might change as the day wears on with the latest news using something similar to the Protean Charm which Hermione used on the fake Galleons. Typically, the *Prophet* is delivered each morning by owl post (PS5, GF28, OP12, HBP11). The *Prophet* is not the only publication in the Wizarding World, but it is almost certainly the most widely read. Stories in the *Prophet* often color public opinion to a great extent. When the *Prophet* published stories deriding Harry Potter and Dumbledore, most people in the Wizarding World believed what they read.

*Daily Prophet* **Grand Prize Galleon Draw, Annual**

This 700 Galleon prize was won in the summer of 1993 by Arthur Weasley. He took the family on a month-long trip to Egypt with most of the winnings (PA1).

**daisy roots**

Chopped daisy roots are used in Shrinking Solution (PA7).

**Damocles, Uncle**

Uncle of Marcus Belby who invented Wolfsbane Potion. Marcus's father and his Uncle Damocles have had a bit of a falling out of late (HBP4).

**dandelion juice**

Hagrid serves this beverage when Harry visited his hut after Sirius's death (OP38).

**"Dangerous" Dai Commemorative Medal**

Given each year to the Quidditch player who has been the most reckless, in honor of "Dangerous" Dai Llewellyn, a notably reckless player for the Caerphilly Catapults (QA7).

**Dark Arts**

The Dark Arts differ from other forms of magic in the intent of the wizard using it. Most magic is relatively neutral--it can be used for bad or good. Some magic, however, is evil in its intention through and through. Spells of this kind are often called curses. Curses are spells that are often intended to cause harm to another person. This intention to do harm places that spell into the realm of the Dark Arts. However, simply casting a Curse spell doesn't mean that a person is

using the Dark Arts. Ultimately, the true intention of the caster is what makes the difference. This is a difficult distinction to make in many cases. However, understanding the difference between acceptable and Dark magic is of key importance for witches and wizards in training, which is why Defense Against the Dark Arts is such an important class for students at Hogwarts. Some other schools have a reputation for teaching the Dark Arts, not simply Defense Against the Dark Arts; Durmstrang is such a school (GF11).

Dark Magic is more than simply curses. Magic that involves tampering with the free will of another person (*e.g.*, the Imperius Curse), or which kills another person (*e.g.*, Avada Kedavra) would be considered Dark Magic indeed. Voldemort spent years in magical research into ways of becoming immortal. This pursuit is also an example of Dark Magic because it tampers with the natural order of things.

### Dark Arts Outsmarted, The

A book found in the Room of Requirement when it was being used for the D.A. to practice (OP18).

### Dark Creatures

Dark creatures differ from other animals in several important ways:

- They are magical in nature.
- They often do not have a complete life cycle the way a typical animal would but exist simply as a physical extension of an evil intention.
- They seek actively to harm, often for no other reason than that's what they do (i.e., not for reasons of sustaining their own lives).

Dark creatures are not animals. They are actually another form of magical being. *Fantastic Beasts* refers to many of them as "demons," not in a religious sense, but because it describes a key aspect of them all: they exist to actively do harm and damage. This harm is different from the harm that, say, a manticore would do, since the manticore would be attacking someone to eat them. In other words, it is a predator and that's what predators do to survive. Dark creatures, on the other hand, aren't animals. They don't have life cycles in the same sense that normal animals have. They attack for the sake of hurting someone, not simply to eat. One way of thinking about it is to say that they are a physical embodiment of an evil, harmful intent. And if you think about the essence of magic being intent, Dark creatures are a physical embodiment of Dark Magic. Examples of Dark Creatures include Boggarts, Dementors, and Pogrebin (FB).

**Dark Detectors**

Magical devices which warn of the presence of enemies or of Dark Magic, such as Sneakoscopes and Foe Glasses (GF20) While useful, Harry is quick to point out that they can be fooled (OP18).

**Dark Force Defense League**

Lockhart is a member of this an organization which fights against the Dark Arts (CS6, GF31).

***Dark Forces: A Guide to Self-Protection, The***

By Quentin Trimble
First year textbook for Defense Against the Dark Arts classes at Hogwarts (PS5)

**Dark Items**

Magical items which are filled with Dark Magic. These include cursed items like the opal necklace Draco Malfoy obtained at Borgin and Burkes in Knockturn Alley (HBP12) and objects used for Dark rituals, such as Voldemort's Horcruxes (esp. HBP23). Dark Items can affect the people around them in negative ways. When Harry, Ron, and Hermione wore the locket Horcrux, it darkened their mood so much that Harry couldn't cast a Patronus and Ron abandoned his friends (DH15).

**Dark Lord, The**

A title used for Voldemort by his followers (esp. OP26). Voldemort was referred to as The Dark Lord in the prophecy made by Trelawney (OP37).

**Dark Mark** (spell)

*See* MORSMORDRE.

**Dark Mark**

The Dark Mark is a skull and snake symbol used by Voldemort. His followers cast it as a spell, using the incantation *Morsmordre*, to create a huge glowing green skull and snake floating over a house where they'd murdered (GF9, HBP27). Voldemort branded a Dark Mark on the left forearms of his inner circle of Death Eaters (DH23). This mark had magical properties. It grew darker and burned as Voldemort's power increased, so that the Death Eaters knew in 1994 that he was gaining strength (HBP2). The Mark allowed Death Eaters to pass through the gates of Malfoy Manor (DH1) and also allowed them to pass through a protective spell blocking access to the Astronomy Tower during the Battle of the Tower (HBP29). When the mark is pressed, it can

be used as a signal. Voldemort used it to call the Death Eaters to him in the graveyard of Little Hangleton (GF33). During the last year of the Second War, the Death Eaters were instructed to press it to call Voldemort if they captured Harry Potter (DH23, 28, 30).

**Dark Wizard Catchers**

Another name for Aurors (GF11).

**Davies, Roger**

(b. circa 1978; Ravenclaw, c. 1989; Quidditch captain and Chaser)

Roger Davies is a popular, athletic Ravenclaw student a year or two older than Harry. Roger went with Fleur Delacour to the Yule Ball; he appeared to be so besotted with her that he could barely think. He missed his mouth with his fork when he tried to eat and babbled stupidly in response to what she said. Later, he and Fleur spent some romantic time in the rose garden outside (GF22, GF23). Roger asked out Cho Chang in early February 1996 but she turned him down; Cho used the incident to try to make Harry jealous as they sat in Madam Puddifoot's with Roger and his current girlfriend sitting at an adjacent table, kissing and cuddling (OP25, OP30).

**Davis, Tracey**

(b. circa 1980; Slytherin, 1991)

Hogwarts student in the same year as Harry (HPM).

*Tracey Davis' name appears in the draft of the class list of Harry's year that Jo displayed during the "Harry Potter and Me" TV interview (HPM). The chart appears to indicate that Tracey is a Half-blood witch (HPM). Davis has never appeared in canon.*

**Dawlish, John**

Auror, very capable and self-assured. He left Hogwarts with Outstandings in all his N.E.W.T.s. Dawlish is described as a tough-looking wizard with very short, gray, wiry hair (OP27). Dawlish was susceptible to the Confundus Charm, according to Snape (DH1).

*The name "Dawlish" almost certainly came from the name of a seacoast town in Devon. It is located near Exeter, where JKR attended university. His first name was given to him by Rowling in a conversation with fans at the book release readings for book seven. Dawlish is named after John Noe of The Leaky Cauldron website.*


**Deadmarsh**

The hag Annis Black lived in a cave in Deadmarsh (DP).


**Dearborn, Caradoc**

Member of the Order of the Phoenix during the first war against Voldemort; missing and presumed dead (OP9).


**Death**

In the children's story 'The Tale of the Three Brothers,' the character of Death accosted thee brothers who tricked him into giving them amazingly power magical items: a invincible wand, a stone which could raise the dead, and a cloak of invisibility (DH21).


**d'Eath, Lorcan**

(b. 1964)

A part-vampire heartthrob singer, who most memorably recorded the song 'Necks to You.'
(JKR).

**Death Chamber**

A strange chamber deep in the Department of Mysteries where an ancient archway stands on a
dais. The archway holds a curtain or veil which moves as if touched by a gentle breeze. Some
people can hear voices coming from the archway, although there is apparently nothing behind it.
The voices are those of the dead, and the chamber and archway are used to study death (OP34,
35).

**Deathstick**

Legends tell of a powerful wand called the Deathstick, which some believe to be the same as the
Elder Wand, one of the Deathly Hallows (DH21).

**Death Eaters**

Voldemort used this name for his followers, undoubtedly as a reference to his personal quest to
conquer death. The original Death Eaters were Tom Riddles school friends, including boys
named Avery and Lestrange, but they weren't called that at school (HBP17). Some of that group
considered themselves to be friends of Tom Riddle, even as years later some Death Eaters
claimed to be close to Lord Voldemort, including Bellatrix. However, either as Riddle or as
Voldemort, the Dark Lord showed no sign of every having a friend, nor ever wanting one
(HBP13). After leaving school and beginning his transformation into Lord Voldemort, Riddle

gathered his followers around him again, and now he gave them the name Death Eaters. The group then included Nott, Rosier, Mulciber, and Dolohov (HBP20). When Voldemort was defeated in 1981, many of the Death Eaters were captured and imprisoned in Azkaban (GF30). Some, however, fled or claimed to have been under the Imperius Curse (GF27) in order to escape prosecution. In 1995, the inner circle of Death Eaters returned to Voldemort on his rebirth in the Little Hangleton graveyard (GF33). Shortly thereafter others of them broke out of Azkaban (OP25) and Voldemort's power grew. Some were recaptured after the Battle of the Department of Mysteries, but they were released again in 1997. In the final, climactic Battle of Hogwarts, many of these were either killed or captured and Voldemort himself was killed by his own Killing Curse (DH 30, 31, 36). Voldemort branded a Dark Mark symbol on the left forearm of his inner circle of Death Eaters (GF23, etc.)

### *Death Omens: What To Do When You Know The Worst Is Coming*

This book was for sale in the Divination section of Flourish and Blotts. The manager told Harry not to read it or he'd start seeing death omens everywhere. Since Harry had already been seeing a large black dog very much like the one shown on the cover of this book, these words weren't very helpful (PA4).

### Deathday Party

Nearly Headless Nick held a huge party to celebrate his 500th Deathday on October 31, 1992. He invited ghosts from all over the country, as well as Harry, Ron, and Hermione. All the food was spoiled or burnt or otherwise unfit for human consumption. The party was crashed by members of the Headless Hunt, much to Nick's chagrin. Harry, Ron, and Hermione stayed only a short

while, then slipped out to find something edible for dinner after nearly freezing in the unnaturally cold dungeon full of ghostly guests (CS8).

**Deathly Hallows, The**

The Deathly Hallows are the source of one of the most storied legends in the wizarding world. We first hear of them from Xenophilius Lovegood, who has Hermione read 'The Tale of the Three Brothers' from *The Tales of Beedle the Bard,* the book bequested her by Dumbledore (DH21). There are three Hallows: the Elder Wand, the Resurrection Stone, and the Cloak of Invisibility. In his quest for Voldemort's Horcruxes, Harry soon discovers that the Hallows are real - and Mr. Lovegood's assertion that Antioch, Cadmus, and Ignotus Peverell were the three brothers of the story proves to be true as well. He also learns the incredible story of the Hallows' recent history, and of the quest undertaken by Dumbledore and Grindelwald to unite them once more.

*The Elder Wand:* The Elder Wand, originally owned by Antioch Peverell, has the most storied history of the Hallows. It has cropped up through the centuries under different names, including the Deathstick and the Wand of Destiny (DH21). At one point it was owned by Gregorovitch, the wand-maker who made Viktor Krum's wand, and stolen from him by a young, blond Grindelwald (DH18), though at the time Gregorovitch did not know who he was (DH14). This most likely happened sometime in the early twentieth century. As Grindelwald gained power, word got back to Dumbledore in Britain that he had obtained a "wand of immense power" - the Elder Wand (DH35). He used it for destructive purposes, though, and in 1945 Dumbledore challenged him to a duel and defeated him, landing Grindelwald in prison for the rest of his life and winning Dumbledore both widespread notoriety and the Elder Wand (PS6, DH35).

Dumbledore used the wand until his death in 1997. Upon his death, Dumbledore intended for Severus Snape to become the master of the Elder Wand, but failed to take into account that, as his death was pre-planned, Snape had not truly defeated him. Instead the wand's rightful master became the wizard who had disarmed Dumbledore just prior to his death: Draco Malfoy. When Harry stole Malfoy's wand during a confrontation in the Malfoy Manor (DH23), he became the master of the wand, though neither he nor Malfoy had ever touched or used it (DH36). The wand itself was buried with Dumbledore and stolen from his grave by Voldemort (DH24). Voldemort, however, never became the true master of the wand. Believing that the master was Snape, he killed him (DH32) before his final confrontation with Harry, when he died and the wand passed into Harry's possession once and for all (DH36). Harry only used the Elder Wand for one spell - *Reparo* - when he used it to fix his own broken wand. Beyond this he intends to die naturally without using it, instead returning it to Dumbledore's tomb in the hopes that there will never again be a true master of the Elder Wand, and that therefore its powers will be depleted (DH36).

*The Resurrection Stone:* The Hallow that Dumbledore most craved when he was young (DH35), the Resurrection Stone has had comparatively few recent owners. It was passed down from Cadmus Peverell through the generations, and made into a ring (HBP10). This ring was still in the family in the early twentieth century, owned by Marvolo Gaunt, who believed the symbol on it to be the Peverell coat of arms (HBP10). It was later stolen by Tom Riddle, turned into a Horcrux (HBP17), and eventually hidden in the ruins of the Gaunt House (HBP23). Albus Dumbledore sought out this Horcrux to destroy it, but before he could do so his desire to see his parents and sister got the better of him, and he put the ring on, enacting a terrible curse. He quickly destroyed the ring, but the damage was done - the curse had rendered his hand useless,

and nearly killed him as well (DH33, DH35). He passed the stone along to Harry in his will, hidden inside a Golden Snitch (DH34).

Harry was walking to meet Voldemort and give up his life, he pulled the Resurrection Stone from the Snitch, turned it over in his hands three times, and met shadows of his parents, Sirius Black, and Remus Lupin. He later dropped the stone in the woods accidentally (DH34), and decided not to return and search for it, in the hopes that it too would be lost forever (DH36).

*The Cloak of Invisibility:* Unique among Invisibility Cloaks, this cloak is blessed both with everlasting invisibility and a unique protection for its owner, where other cloaks can become torn and fade over time. Originally owned by Ignotus Peverell, it too was passed down through the generations, eventually landing in the hands of James Potter and then Harry. The fact that Harry inherited the cloak, coupled with the presence of Ignotus's grave in Godric's Hollow (DH16), strongly implies that Harry is descended from the Peverells. We already know that Voldemort himself is descended from them as well. Harry still owns this Hallow today.

*Dumbledore and Grindelwald's Quest for the Hallows:* Inseparable from the story of Harry's attempt to reunite the Hallows is the story of two other wizards who tried to do so a century earlier - Albus Dumbledore and Gellert Grindelwald. Grindelwald found Dumbledore in Godric's Hollow, where he had come searching for Ignotus's grave, and they plotted together to master death through reuniting the Hallows and overtake the Muggle world, all "for the greater good" (DH35). In the midst of the plan, however, Aberforth Dumbledore confronted his brother Albus about his plans, and in the ensuing fight their sister Ariana was killed and Grindelwald fled. After many years of building power and killing people, Grindelwald was finally defeated by Albus Dumbledore, and spent the rest of his life in Nurmengard prison. When Voldemort came searching for the Elder Wand, Grindelwald denied that he had ever had it (DH35). Albus

Dumbledore became probably the first wizard in over a thousand years to see all three of the Hallows, in winning the Elder Wand from Grindelwald, borrowing James Potter's Cloak of Invisibility before returning it to Harry, and then later finding the Resurrection Stone embedded in the Peverell ring, which Voldemort had hidden in the ruins of the Gaunt House. The three artifacts were in the same room simultaneously at points (Dumbledore wears the ring and carries his wand, while Harry has his invisibility cloak in his bag, in HBP10) and Harry ends the story as the rightful master of all three. However the Hallows were never truly reunited by a single master, as Harry dropped the stone in the woods prior to gaining physical possession of the Elder Wand. If Harry succeeds in his plan to die as master of the Elder Wand and the ring is indeed lost, the ability to unite the Hallows and thereby conquer death will be lost forever (DH34, DH35, DH36).

**Decoy Detonators**

Small horn-like devices on short legs which, when dropped, run off some distance away and then emit a loud bang and pour out acrid black smoke (HBP6, DH13) *Reminds me of an old greenish-gold AMC Gremlin I owned back in the 1970s...*

**Decree for the Restriction of Underage Wizardry**

Because of a lack of full training and sometimes a lack of common sense (HBP19), underage wizards are not allowed to use magic out of school (CS5, PA3, etc). The Decree making this a law, passed in 1875 (OP8), is designed to protect the students and their families and also to avoid breaches of the most important wizarding law, the Statute of Secrecy. There are exceptions to this law in a case where the young witch or wizard is in a life-threatening situation (OP7). The

Ministry keeps track of any underage magic by placing a Trace on each student. This magical effect allows them to know if an underage wizard casts a spell of any kind (DH4). The Trace automatically ceases when the person turns seventeen (DH7).

**Defense Against the Dark Arts**

This class is one of the most important at Hogwarts in that it teaches students to identify and deal with Dark magic. In a sense, it teaches them to fight evil. Since the mid-1950s, Hogwarts has had a new Defense Against the Dark Arts teacher every year because of a jinx put on the job by Tom Riddle. As a result, the curriculum and quality of instruction varied widely from year to year, although the basic subject matter was prescribed by the Ministry (GF14). Students learned about Dark magic spells and creatures. They also learned to use offensive and defensive spells—how to duel, in other words. Other wizarding schools actually teach the Dark Arts. Durmstrang has this reputation. During the 1997-1998 school year, Amycus Carrow changed the Hogwarts class into simply Dark Arts and taught the students to cast the Cruciatus Curse (DH29).

**Defense Against the Dark Arts classroom**

Located on the first floor (CS6), the Defense Against the Dark Arts classroom has windows, or did until the pixies broke them to escape. It also has an iron chandelier, or did until it fell from the ceiling under the weight of Neville hanging by his ears (CS6).

**Defense Against the Dark Arts professor's office**

While the classroom is on the first floor, the Defense Against the Dark Arts professor's office is on the second (CS6). Since each year there is a new teacher in that post, the office has undergone

a makeover every September. Gilderoy Lockhart put up pictures of himself (CS6). Lupin stored various items for his classes, including a Grindylow in a tank (PA). Crouch, pretending to be Moody, brought in a Foe Glass, Sneakoscopes, and other Dark Detectors. (GF). Umbridge overwhelmed the room with doilies, frills, lace, and put on the wall a series of plates with pictures of cats on them (OP13).

**defensive charge**

This unnamed magical effect produced something like an electrical charge around Harry, making Uncle Vernon let go of his neck (OP1).

**Defensive Charm**

Fulbert the Fearful, who feared everything, ironically died when one of his Defensive Charms backfired on him (fw). Training for the Magical Law Enforcement Squad includes learning the latest Defensive Charms (DP).

***Defensive Magical Theory***

By Wilbert Slinkhard

The textbook Umbridge assigned to her Defense Against the Dark Arts students. They did no practical exercises, just read the book, which taught how NOT to use offensive magic. In other words, it was totally worthless (OP15).

**Deflagration Deluxe**

One of the range of fireworks packages available from Weasley's Wizard Wheezes. It cost twenty Galleons (OP28).

**Deflating Draught**

Snape keeps some of this handy in the Potions lab in case some Swelling Solution would happen to spill. Good thing, as it turned out, because somehow a Filibuster firework landed in Goyle's cauldron full of Swelling Solution (CS11).

*Defodio* (deh-FO-dee-oh)

"gouging spell"

*"defodio" L. dig down, hollow out*

Cast by Harry, Ron, and Hermione to help the dragon enlarge the passageway to escape out of Gringotts (DH26).

**Delacour, Apolline**

Married to Monsieur Delacour and mother of Fleur and Gabrielle Delacour. Apolline was present for the Third Task of the Triwizard Tournament held at Hogwarts (GF31). She also attended the wedding of her daughter, Fleur, to Bill Weasley (DH8). Madame Delacour, who is at least part Veela, is described as being a beautiful blonde woman and accomplished at household spells (DH6). *Apolline = derived from the male Apollo who was, among other things, the god of beauty.*

**Delacour, Fleur**

(b. circa 1977; Beauxbatons, c. 1988)

Fleur is a very beautiful girl who attended Beauxbatons Academy of Magic. She is part Veela and was the Beauxbatons champion in the Triwizard Tournament (GF16). After leaving school, Fleur took a job at Gringotts in London to improve her English—and to be a bit closer to Bill Weasley, who she had met during the Triwizard Tournament the year before (OP4). In the summer of 1997, Fleur became engaged to marry Bill (HBP5), which bothered Mrs. Weasley and Ginny, who had trouble seeing past her Veela-inspired good looks and somewhat self-centered attitude. However, when Bill was injured terribly, they all saw her depth of love for him and realized that they'd misjudged her (HBP29). The wedding took place at the Burrow on August 1 (DH8). Bill and Fleur moved to Shell Cottage, where they harbored a number of fugitives and victims of the Death Eaters. Fleur is a very capable witch who contributed to the Order and the defeat of Voldemort (DH4, 25). *"Fleur Delacour" means "flower of the court" in French, according to JKR (AOL).*

**Delacour, Gabrielle**

(b. 1986)

Fleur's younger sister. Harry thought at the time of the second task, when she served as hostage for her sister, that Gabrielle looked no more than eight (GF26). According to Fleur, Gabrielle talks about Harry all the time (HBP5).

**Delacour, Monsieur**

Married to Appoline Delacour and father of Fleur and Gabrielle Delacour. Attended the Third Task of the Triwizard Tournament (GF31). Monsieur Delacour is described as shorter, plump, and as having a little, pointed black beard (DH6).

**Delaney-Podmore, Sir Patrick**

A bearded ghost; leader of the Headless Hunt. Delaney-Podmore wrote to Nick denying his request for membership in the Hunt because he wasn't actually headless, only nearly so. Sir Patrick and the Hunt arrived at Nick's 500th Deathday party on horseback, then interrupted Nick's speech by playing a game of Head Hockey. Nick bitterly refers to him as "Sir Properly Decapitated-Podmore." (CS8).

*Deletrius* (deh-LEE-tree-us)

*"deleterius" L. destroy, eradicate*

Erases the ghost images of spells revealed by *Priori Incantato*. Possibly can be used to remove other spell effects as well. Amos Diggory used this to erase the ghost image of the Dark Mark he had caused to be emitted from Harry's wand (GF9).

**Deluminator**

Small magical object that looks like a cigarette lighter. When clicked, the Deluminator sucks all light from a place. When reversed with another click, balls of light fly back out of the Deluminator and restores the light or lights that were extinguished (PS1, OP3). It also has other powers, which are a bit less mundane: it transports a person magically to be with someone who says their name. Ron, who wanted to return to Harry and Hermione but could not find them,

heard Hermione's voice coming from the Deluminator on Christmas morning - the first time either she or had Harry had spoken his name since his departure. When Ron then clicked the Deluminator, in addition to putting out the lights it made a ball of pulsing bluish light appear outside his window, resembling the light from a Portkey. When the ball of light floated into him - it was hot - it gave him the knowledge he needed to Apparate to their location. It did so again when he failed to make contact and activated it again (DH19). According to Rufus Scrimgeour, the Deluminator was designed by Albus Dumbledore and is both valuable and rare, possibly even unique (DH7). *In the earlier editions of the books, this device was called a Put-Outer. The new name, which fits the style of names in the books much better, was first used when book seven was released.*

**Dementors**

Dementors are some of the most terrible creatures on earth, flying tall black spectral humanoid things with flowing robes. They "infest the darkest, filthiest places, they glory in decay and despair, they drain peace, hope, and happiness out of the air around them," according to Lupin (PA10). Dementors affect even Muggles, although the Muggles can't see the foul, black creatures. Dementors feed on positive human emotions; a large crowd is like a feast to them. They drain a wizard of his powers if left with them too long. They were the guards at Azkaban and made that place horrible indeed. The Ministry used Dementors as guards in its courtrooms as well (GF30, DH13). There are certain defenses one can use against Dementors, specifically the Patronus Charm. A Dementor's breath sounds rattling and like it's trying to suck more than air out of a room. Its hands are "glistening, grayish, slimy-looking, and scabbed". It exudes a biting, soul-freezing cold (PA5).

**Dementor's Kiss**

A Dementor's last and worst weapon is called the Dementor's Kiss. The Dementor puts back its hood and clamps its jaws on the mouth of the victim and sucks out his soul, leaving him an empty shell, alive but completely, irretrievably "gone" (PA12, PA20).

**Demiguise**

The Demiguise is a peaceful, herbivorous creature that can make itself invisible. It resembles an ape with large, black eyes and long, silky hair. This hair can be woven into Invisibility Cloaks. The Demiguise is native to the Far East (FB).

**Demiguise (Rune)**

A rune for the number zero, according to the book *Ancient Runes Made Easy*. A reference to the fact that a Demiguise can make itself invisible (JKR).

**Demiguise Derby**

Organized by the notorious goblin con man ('con goblin,' actually), Urg the Unreliable. Urg ran off with all the takings (fw).

**Dennis**

A Muggle boy, living in Little Whinging, who is part of Dudley's gang (PS3).

***Densaugeo*** (den-sah-OO-gi-oh)

*"dens" L. tooth + "augeo" L. grow*

Causes the victim's teeth to enlarge grotesquely. Hermione was hit by this spell from the wand of Draco Malfoy. Draco and Harry had begun fighting in the corridor, but the curses missed and hit Hermione and Goyle. (GF18).


***Deprimo*** (de-PREE-mo)

*Etymology uncertain, but perhaps related to "primer", Eng. something used to ignite an explosive charge*

Blasts a hole through the target object. Hermione used this spell to blast a hole through the sitting room floor of the Lovegoods' house (DH21).


**Derek**

(b. 1982; Hogwarts student, 1993)

Stuck at Hogwarts in his first year, Derek was startled when Dumbledore passed him the chipolatas at Christmas dinner, breaking the ice a bit (PA11).


**Derrick**

(b. 1977; Slytherin, 1988; Quidditch Beater)

A Beater on the Slythyerin Quidditch team (PA15, OP19).


**Dervish and Banges**

A magical equipment shop on the High Street in Hogsmeade (PA5, GF27).

**Derwent, Dilys**

(1722 – 1741; St. Mungo's Healer; Headmistress of Hogwarts, 1741 – 1768)

Derwent has long silver ringlets. Dumbledore says she was a "celebrated" Headmistress which is why copies of her portrait hang not only in Dumbledore's office but in the main admitting area for St. Mungo's (OP22).

*Descendo* (deh-SEN-doe)

*"descendo" L. descend, come down*

Causes something to descend or lower itself. Cast by Ron to lower the ceiling hatch and ladder leading to the Burrow's attic, which was very handy (DH6). Cast by Crabbe on a fifty-foot high pile of junk in the Room of Requirement, to make it fall over, which was not handy at all (DH31).

**Despard, Dragomir**

The pseudonym Ron used when he accompanied Hermione—Polyjuiced into Bellatrix—into Diagon Alley and Gringotts. Along with the fake name, Hermione gave Ron a Transfigured look: long wavy hair, a beard and mustache, and heavy eyebrows. Harry said that he wasn't really his type, but he'd do (DH26).

**Detachable Cribbing Cuffs**

Banned items during O.W.L. exams, not surprisingly (OP31).

**Detentions**

In years past, punishments for rule-breaking at Hogwarts were severe indeed. Filch speaks longingly about being allowed to suspend guilty students by their wrists from the ceiling for a couple of days (PS15). He still begs Dumbledore for the chance to hang a student up by the ankles (CS8) and keeps a set of chains all polished up and hanging from the ceiling in his office just in case. Molly Weasley recalls the night when she and Arthur were caught out of their common room taking a moonlight stroll; she escaped capture, but Arthur was caught and punished by the caretaker, Apollyon Pringle, and "still has the marks" (GF31).

Nowadays, the punishments do not typically involve physical torture - Dumbledore will not knowingly allow a student to be manhandled with impunity (OP27) - but nevertheless they can be extremely unpleasant. Filch, for example, was ready to lock Harry and Ron in the dungeons on their very first day when he caught them trying to open the door into the forbidden third floor corridor and wouldn't believe that they were lost (PS8). Teachers are given the freedom to choose the type of punishment they mete out, and Snape makes good use of this power to make life miserable for miscreants. Professor Moody overstepped this power, however, when he Transfigured Malfoy into a ferret and bounced him around the Entrance Hall (GF13). Umbridge far overstepped her power as a teacher during her tenure as 'Hogwarts High Inquisitor' and then Headmistress, but left Hogwarts at the end of the 1995-96 school year (OP12ff).

Punishments vary according to the nature of the crime. Some infractions result in points being deducted from the offender's House. For other more serious offenses, detentions are handed out. Teachers may assign detention tasks as they wish and some detentions have been actually dangerous. If a student refuses to accept the detention, they can be expelled. Large hourglasses stand in the Entrance Hall, showing the number of House Points each House has accumulated (PS15).

**Deverill, Barnabas**

One-time possessor of the Elder Wand who was killed by Loxias (DH21).

**Deverill, Philbert**

Manager of Puddlemere United who was as mystified as anyone when the team hit a winning streak (DP).

**Devil's Snare**

Devil's Snare is a dangerous plant composed of a mass of soft, springy tendrils and vines that possess some sense of touch. Devil's Snare uses its creepers and tendrils to ensnare anyone who touches it, binding their arms and legs and eventually choking them. The harder a person struggles against Devil's Snare, the faster and more tightly it binds them; if they relax, it will not kill them as quickly. Devil's Snare prefers a dark, damp environment and shrinks away from fire, so a well-placed flame spell such as "bluebell flames" will drive it away from its victims. First year students at Hogwarts learn about Devil's Snare in Herbology classes.  Harry, Ron, and Hermione encountered Devil's Snare in the chambers of the Philosopher's Stone (PS16).  A cutting of Devil's Snare, passed off as a potted Flitterbloom, was used to murder Broderick Bode in St. Mungo's (OP22, 25). Devil's Snare is mentioned in the Rumours advert for the Toots, Shoots 'n' Roots radio program (JKR).

**Devon**

A county located in England's West Country, Devon was where Shuntbumps, a now-defunct broomstick sport, once rose to popularity (QA2). Nicolas and Perenelle Flamel make their home there (PS13). Chudley, home of the Cannons, and the Burrow are located in Devon. Ilfracombe, the site of the famous Ilfracombe Incident of 1932, is found along the northern coast of Devon (fw, FB).

**Diadem of Ravenclaw**

Rowena Ravenclaw wore a magical diadem which was supposed to impart wisdom. Her daughter Helena stole the diadem and ran off to Albania, where she hid it in a hollow tree in the forest there. Eventually, the diadem was recovered by young Tom Riddle, who killed an Albanian villager and used that murder to turn the diadem into a Horcrux. He hid that Horcrux in the Room of Hidden Things. The diadem was a thin tiara engraved with the words "Wit beyond measure is man's greatest treasure." Harry managed to retrieve it but it was destroyed by Fiendfyre (DH29, 31).

**Diagon Alley**

Tapping just the right brick in the wall behind the Leaky Cauldron pub in London ("Three up...two across...") will reveal an archway which is a portal into Diagon Alley, a long cobbled street where is to be found a strange and exciting assortment of shops and restaurants, some of which have tables outside with brightly colored umbrellas. Diagon Alley is fairly large. There are a large number of shops of many varieties. Witches and wizards travel to Diagon Alley from all over Britain to spend the day shopping. Near Gringotts is a sidestreet called Knockturn Alley where are to be found shops dealing with the Dark Arts.

**The Diary of Tom Riddle**

One of the more interesting and dangerous Dark Magic items is the diary of Tom Riddle. This simple diary, originally purchased by Riddle in a Muggle shop on Vauxhall Road in London, was actually a Horcrux. Tom Riddle, who would soon thereafter become Lord Voldemort, placed one torn piece of his soul into the diary, hoping to preserve the work he'd done for years to find and open the Chamber of Secrets.

The diary appeared blank, but when someone wrote onto its blank pages, Tom Riddle as he was during his years at Hogwarts wrote messages back. Lucius Malfoy had kept the diary for years until he had a chance to plant it on Ginny Weasley, slipping it into her Transfiguration textbook. Tom used the diary to influence Ginny into reopening the Chamber and loosing the Basilisk. Harry Potter defeated this memory version of Tom Riddle by plunging the broken, poisoned fang of the Basilisk into the diary. When he did this, all the ink spewed out of it and with it poured out the Dark Magical enchantment (CS17). One of Voldemort's Horcruxes was destroyed.

The stained and torn remnants of the diary were returned to Lucius Malfoy by Harry Potter (CS18).

**Didsbury**

Didsbury is a suburb of Manchester, in northwest England. It was the home of warlock D.J. Prod, a satisfied Kwikspell customer quoted on their packaging (CS8).

*Diffindo* **(dih-FIN-doe)**

"Severing Charm"

*"diffindo" L. cleave, open*

This very useful spell cuts something open or apart.


**Diggle, Dedalus**

A member of the Order of the Phoenix in both the first and second wars against Voldemort (OP3, OP9), this wizard was in the Leaky Cauldron when Hagrid brought Harry in on July 31, 1991 (PS5). Diggle once bowed to Harry in a shop (PS5), much to Petunia Dursley's horror. He lives in Kent and, according to Minerva McGonagall, has never had any sense (PS1). Diggle served as an escort for Vernon, Petunia, and Dudley Dursley, getting them to safety when the enchantment of Harry's protection was broken. While he was taking care of the Dursleys, his house was searched by Death Eaters and burned down (DH11).


**Diggory, Amos**

Ministry Official who worked for the Department for the Regulation and Control of Magical Creatures. Amos was a ruddy-faced wizard with a scrubby brown beard. He took a great deal of pride in his son, Cedric, even to the point of being somewhat rude about it to Harry. Other than that, Amos was a genial man who was on friendly terms with Arthur and Molly Weasley, although he didn't recognize the Weasley children, so the two families were apparently not close friends (GF6). When in his official capacity, however, he could be very stern and perhaps even go overboard a little. His tone with Winky when he interrogated her is very severe; he called her "elf" instead of using her name (GF9). When Cedric was killed, Amos was overcome and couldn't even talk with Harry, but cried through the entire interview. His wife spoke gently to

Harry, however, and make it clear that they didn't blame him (GF37).


**Diggory, Cedric**

(1977-1995; Hufflepuff, 1989; Prefect 1993; Quidditch Captain and Seeker, 1993-5)

Cedric Diggory was an extremely handsome boy with gray eyes. He was quite tall and the quiet type. In 1993, when he was a Fifth Year, he took over as Captain and Seeker of the Hufflepuff House Quidditch team. He was a very good student and a Prefect (PA9). In 1994, he took Cho Chang to the Yule Ball and they were romantically involved (GF23). Cedric was selected by the Goblet of Fire to represent Hogwarts in the Triwizard Tournament (GF16), which indicates that he was also well on his way to becoming a powerful wizard. He competed honorably and did well, finally tying Harry Potter for the Triwizard Cup. However, he was killed by Wormtail on Voldemort's command when the Cup turned out to be a Portkey taking them to a lonely graveyard (GF32). Dumbledore eulogized Cedric at the Leaving Feast with the famous "Remember Cedric Diggory" speech:

> "Remember Cedric.  Remember, if the time should come when you have to make a
> choice between what is right and what is easy, remember what happened to a boy who
> was good, and kind, and brave, because he strayed across the path of Lord Voldemort.
> Remember Cedric Diggory" (GF37).

*Possibly a nod to one of the main characters in C. S. Lewis' Narnia tales, Digory Kirke.*


**Diggory, Mrs.**

Mrs. Diggory is Cedric Diggory's mother. She is not as emotional as her husband. When Cedric died, she was at Hogwarts and met with Sprout, the head of Hufflepuff House, Dumbledore, and

then Harry. She thanked Harry for bringing Cedric's body back and refused to take the Triwizard prize, a bag of gold (GF37).

**Dillonsby, Ivor**

Wizard interviewed by Rita Skeeter for her book *The Life and Lies of Albus Dumbledore*. Claims he discovered eight uses of Dragon's Blood when Dumbledore "borrowed his papers" (DH2). Ivor is of the opinion that Bathilda Bagshot is senile (DH18).

**Dimitrov**

Bulgarian National Team Chaser (GF8).

**Dingle, Harold**

Hogwarts student, 1990s

Tried to sell what he claimed was powdered dragon claw to other students as a study aid; Hermione confiscated and destroyed them because they were really dried Doxy droppings (OP31).

**Dippet, Armando**

Former headmaster of Hogwarts (until the mid-1950s), Dippet was nearly bald and, somewhat feeble (CS13). His portrait hangs in Dumbledore's office (OP37, fw).He was totally taken in by Tom Riddle.

**Diricawl**

This plump, flightless bird, native to Mauritius, which escapes danger by vanishing in a burst of feathers. Muggles knew this bird as the "dodo" and believe that it is extinct, being unaware of its ability to vanish at will. Because this belief (and associated guilt) has spurred more enlightened attitudes toward the animal world among many Muggles, wizards have encouraged it (FB).

**Dirigible Plums**

Some sort of fruit growing near the Lovegood house. The plum looks like an orange radish and supposedly helps a person wearing one to accept the unusual (DH20) which is undoubtedly why Luna wears them as earrings (OP13).

**Disapparate** (dis-AP-a-rate)

*"dis-" opposite of, from L. "apart" + "appareo" L. to appear*

Apparition, from the point of view of the place a wizard is leaving.

**Disarming Charm**

*See* EXPELLIARMUS

***Dissendium*** (dis-EN-dee-um)

*"dissocio" L. to part or separate*

Opens the secret door in the statue of the hump-backed witch. Harry learnt this word from the Marauder's Map. It is said aloud while the statue is tapped with the caster's wand (PA10).

**Disillusionment Charm**

*"disillusion" Eng. to lose faith*

A charm which hides the true, magical nature of something. For example, Hippogriffs and winged horses may be kept by wizards as long as they perform a Disillusionment Charm on them regularly so that Muggles won't notice anything strange about them (FB).

**dittany**

One of the plants found in *One Thousand Magical Herbs and Fungi* (PS14), and which historically has indeed been believed to have magic powers. Essense of Dittany is used to heal wounds (e.g. HBP24, JKR). Harry, Ron, and Hermione go through quite a lot of it while searching for Horcruxes (DH14, 17, 27).

**Divination**

Divination is a branch of  magic which attempts to foresee future events. Many in the wizarding world consider this branch of magic to be imprecise at best (PA6). There are several types of Divination. The most imprecise is what is commonly known as "fortunetelling," and this is what Trelawney teaches at Hogwarts. Her class, held in the North Tower, consists of learning to read palms, peer into crystal balls, and look for meaning in dreams and tea leaves (PA6). They spend quite a bit of time on Astrology as well (GF29). The second kind of Divination is what is practiced by the centaurs. They analyze the stars and other portents to determine large scale and long term events (OP27). They don't appear to get it right much more often than the fortunetellers, however. The third type of Divination is called Seeing. This is true Divination, although what the Seer reveals is usually in the form of a Prophecy which then itself requires some interpretation. A Seer, one who possesses the Inner Eye, doesn't seem to have control over

their Seeing (PA16).

**Dobbs, Emma**

(b. 1983)

A new Hogwarts student Harry watched being Sorted (GF12).

**Dobby**

"A Free Elf"

(b. June 28, year unknown; d. March 1998)

Dobby was a house-elf, for years indentured to the Malfoy family, until his admiration for Harry Potter goaded him into trying to warn Harry against coming to school in his second year because he knew what Lucius was planning with the diary. Dobby interfered with Harry's life a number of times that year with less than successful results, but in June he earned his freedom when Harry tricked Lucius Malfoy into giving the elf a sock (CS18). Dobby then came to work at Hogwarts, where he actually received payment for his labors (GF21) and was *much* more successful at helping and protecting Harry. Dobby was particularly fond of socks and has begun using his earnings to buy yarn and knit them himself (GF23). Dobby proved a stalwart and devoted assistant to Harry over the next years. He found Gillyweed for Harry for the Second Task (GF26), he revealed the location of the Room of Requirement (OP18), and he helped Kreacher spy on Draco Malfoy. His last great service to Harry came in March of 1998 when he was sent by Aberforth Dumbledore to the Malfoy manor. He rescued Luna, Griphook, Ollivander first, then came back to rescue Harry, Ron, and Hermione. As he was Apparating them out of Malfoy Manor, Bellatrix Lestrange hurled her silver knife at Dobby, and he arrived at Shell Cottage

mortally wounded. His last words were "Harry Potter" (DH23). Harry dug Dobby's grave by

hand, overlooking the sea, and set a stone over it saying "HERE LIES DOBBY, A FREE ELF"

(DH24).

**Dodderidge, Daisy**

(1467 - 1555)

Builder and first landlady of the Leaky Cauldron. Daisy wanted to create a gateway between the

Muggle world and Diagon Alley. Her inn became famous for its welcoming atmosphere (and for

the connection to Diagon Alley, of course) (fw).

**'Dodgy Dirk'**

A Muggle inhabitant of Ilfracombe who insists to this day that a "dirty great flying lizard"

attacked him on the beach. He is the only Muggle who seems to remember that attack by a

dragon in Ilfracombe in 1932; all the other Muggles involved were given Memory Charms by a

wizarding family which happened to be on holiday there that day (FB).

**Doge, Elphias**

(b. circa1899)

Old wizard the same age as Dumbledore, with a wheezy voice and silver hair (DH8). Doge was

part of the original Order of the Phoenix and volunteered again when Voldemort once again

came to power. Doge was part of the Advance Guard that helped Harry in his escape from

number four, Privet Drive in 1995 (OP3). Doge was a Special Advisor to the Wizengamot and

longstanding friend of Albus Dumbledore who wrote the latter's obituary for the *Daily Prophet*

(DH2). Doge was disinclined to cooperate with Rita Skeeter in her preparation of *The Life and Lies of Albus Dumbledore* (DH8), and was referred to by her as "Dodgy" (DH2) and "Dogbreath" (DH18).

**Dolohov, Antonin**

(d. 1998?)

Dolohov was one of Tom Riddle's friend after leaving school, one of the original Death Eaters (HBP20). He was sent to Azkaban for the murders of Gideon and Fabian Prewett (OP25). Dolohov escaped from Azkaban early in 1996, along with Bellatrix Lestrange and several other high-security prisoners, and rejoined Voldemort. He participated in the Battle of the Department of Mysteries and was recaptured. Dolohov's "specialty attack" was a jet of purple light cast in a zigzag pattern which causes severe internal injury (OP31). Released again from Azkaban, Dolohov attacked Harry, Ron, and Hermione in a café on Tottenham Court Road (DH9), During the Battle of Hogwarts, Dolohov killed Remus Lupin (DH31, BLC) but was finally taken down by Flitwick (DH36).

**Dom**

The "ball" (actually the gallbladder of a goat) used in playing Aingingein (QA2).

**door-opening spell**

Sends a jet of sparks out of the wand, opening the target door. Lupin used this spell to open the door of the staff room wardrobe, which contained a Boggart his class was to confront (PA7).

**Dopplebeater Defence**

Beater tactic which involves both Beaters hitting the same Bludger at the same time, resulting in a particularly nasty attack (QA10).

**Dorkins, Mary**

Muggle news reporter who filed a report on a water-skiing budgy (OP1).

**Dorkins, Ragmar**

Manager of the Chudley Cannons, who collapsed in shock when they beat the Falcons in a recent match (DP).

**Dorny, J.**

(Hogwarts, 1990s)

Student who checked *Quidditch Through The Ages* out of the Hogwarts library (QA).

**Dorset**

Dorset is a county located on the southern coast of England that includes Wimbourne, home of the Wasps Quidditch team. It is where Newt Scamander, author of *Fantastic Beasts and Where to Find Them*, lives with his wife Porpentina and their pet Kneazles. It is also the native home of the Porlock (FB).

**Dot**

Resident of Little Hangleton, who remembered Frank Bryce as a child, who (when the rumor

began spreading that he was responsible for the Riddles' deaths), was quick to say that she thought he had a horrible temper, and to support her opinion with childhood reminiscences. When Frank was released after questioning, she maintained that "if he had any decency, he'd leave here, knowing as how we knows he did it" (GF1).

## Double Eight Loop

A maneuver used by Keepers to defend all three goals; it involves flying in a figure eight formation around the goal posts at a high rate of speed (QA10).

## double-ended newt

When Hermione buys Crookshanks at the Magical Menagerie, a wizard is inside being advised on double-ended newts. Aside from this, we don't know what they are (PA4).

## Doxy (Biting Fairy)

The Doxy is a small fairy-like creature that is covered with black hair. Doxies have sharp venomous teeth (FB). They are pests which can infest houses, taking up residence in the draperies. Removing them requires a good supply of Doxycide. It's a good idea to have an antidote for Doxy venom on hand as well (OP6). Their eggs and droppings may be used as potion ingredients, but with almost certainly adverse effects. Their eggs, black in color, were used by Fred and George when they were developing Skiving Snackboxes (OP6) Eating a pound of doxy eggs for a bet put McLaggen in the hospital. (HBP11) Doxie eggs are a favorite food of bowtruckles. (DH28)

**Doxycide**

Black liquid, usually delivered by spray bottle, used to knock out Doxies so that they can be safely disposed of. The effects last quite a long time. Molly Weasley provided each of the children a spray bottle of Doxycide with which to help clear the infestation of Doxies from the draperies of the drawing room in number twelve, Grimmauld Place (OP6).

**Draught of Living Death**

*ingredients: asphodel in an infusion of wormwood; valerian roots, sopophorous bean*

A very powerful sleeping potion. Snape mentions this potion in Harry's first potions class (PS8). Then coincidentally in fifth year it is the first assignment Prof. Slughorn gives the Advanced Potions class. Harry does well using the Half-Blood Prince's directions scribbled in the margins of his book (HBP9). The story of Leticia Somnolens using this potion on a Famous Hag card may explain the legend of Sleeping Beauty (fw).

**Draught of Peace**

*ingredients: includes powdered moonstone and syrup of hellebore*

Tricky potion which is O.W.L. standard, taught in fifth-year Potions, calms anxiety and soothes agitation (OP12).

**dream interpretation**

Divination method taught by Professor Trelawney at Hogwarts; uses the text book *The Dream Oracle*, by Inigo Imago (OP12, 13).

**Dudley, Vernon**

Fake name Harry uses as an alias to hide his identity from Greyback and the Snatchers (DH23).


**Duel, Wizard's**

Dueling exists as a sport in the same way that fencing is a sport in the Muggle world. While it is a friendly sporting competition, it is essentially a form of combat. Wizard dueling has rules and competitions, but in a battle, the same skills come into play in life or death struggles. Dumbledore allowed Lockhart to start a Dueling Club at Hogwarts during the 1992-1993 school year, perhaps in part because he saw trouble coming in the wizarding world and therefore the need for training students in the art of battle. Lockhart taught the formalities of dueling: bowing, holding the wand in a certain way, and flourishing the wand in the attack. Harry found himself, two years later, facing Voldemort in a desperate duel to the death. Voldemort used the Imperius Curse to force Harry to bow and obey the other niceties of dueling. Harry, who had learned to resist the Imperius Curse, used the moment to duck for cover. The following year, Harry began teaching dueling techniques as part of his Defense Against the Dark Arts study group, the DA. He was so successful that some of the students he'd taught fought well against experienced Death Eaters in the battles of the Second Wizard War.


**Dugbog**

This strange creature, native to Europe and the Americas, looks like just another hunk of dead wood floating in the marshes in which is lives. The Dugbog has finned paws and sharp teeth with which it attacks small mammals. The Dugbog is particularly fond of Mandrakes (FB).

**Duke, Kirley**

(b. 1971)http://www.hp-lexicon.org/wizworld/music.html

Plays lead guitar with the popular wizarding band The Weird Sisters (fw). He is the son of

Catriona McCormack (QA7).


**Dukelow, Matilda**

A fan of the Holyhead Harpies, Matilda saw Puddlemere United Chaser Wilda Griffiths

disappear during a match and assumed she'd turned herself invisible, which is against the rules.

It took awhile for Matilda to realize that Wilda had been kidnapped (DP).


**Dumbledore, Aberforth**

(b. 1883 or 1884, Hogwarts 1895)

Aberforth Dumbledore was a tall, thin, grumpy-looking old man with a great deal of long grey

hair and a beard (OP16). Like his famous brother Albus, he wore glasses (HBP12) and had blue

eyes (DH). Aberforth, the son of Percival and Kendra, was three years younger than his brother

Albus Dumbledore and one year older than their sister, Ariana (DH2, DH28). He was very close

to Ariana, and after Ariana was hurt (when Aberforth would have been about seven), Aberforth

shared the duty of looking after Ariana with their mother. After the dual tragedies in 1899 of the

deaths of Kendra and then Ariana, Aberforth blamed Albus, going so far as to break Albus' nose

at Ariana's funeral (DH18), and felt that Albus had been too focused on his personal glory to take

his unglamorous responsibilities to their sister seriously enough (DH28).

Aberforth was the barkeep at the Hogs Head in Hogsmeade and was also a member of the

original Order of the Phoenix.He is a morally ambiguous character. He hobnobs with the dodgy

clientele and indulging in illegal activities himself (HBP12). When Harry, Ron, and Hermione came into Hogsmeade trying to enter Hogwarts, Aberforth rescued them from Death Eaters, but then argued that Harry should cut and run. Grudgingly, he helped them enter the castle and also allowed many other fighters to enter through his pub to defend Hogwarts. When the Battle of Hogwarts started in earnest, Aberforth joined the fight against the Death Eaters (DH31 ff.).

**Dumbledore, Albus Percival Wulfric Brian**

(1881-1997; Gryffindor, 1892; Transfiguration teacher, 1920s-1940s; Headmaster, 1950s-1997)
Albus Dumbledore was the Headmaster of Hogwarts for close to forty years, a time period that encompassed both of Voldemort's attempts to take over the Wizarding world. Considered to be the most powerful wizard of his time, Dumbledore was awarded the Order of Merlin, First Class, and was the Supreme Mugwump of the International Confederation of Wizards as well as the Chief Warlock of the Wizengamot.

Although in his later years Albus Dumbledore was known as much for his eccentricity, gentle humor and unfailing kindness as his magical abilities, he was deeply ashamed of some of the things he did -- and thought -- in his youth. He learned the hard way about the seductiveness of power, and its costs, and spent the rest of his life trying to understand and contain the darker impulses in Wizarding society.

Dumbledore was the oldest of the three children of Kendra, a Muggle-born witch, and Percival Dumbledore, a wizard. When Albus was ten and Aberforth was eight, tragedy born of the friction between the Muggle and Wizarding worlds struck the family and changed it forever. Albus's six-year-old sister Ariana was beaten by three Muggle boys when she frightened them by performing magic. She survived, but was so badly injured that her development was

permanently damaged. Her brother Aberforth recounts that "she wouldn't use magic, but she couldn't get rid of it; it turned inward and drove her mad, it exploded out of her when she couldn't control it."

When their father Percival was sent to Azkaban for attacking the boys that injured Ariana, Kendra decided to keep her daughter's condition a secret and moved the family from Mould-on-the-Wold to Godric's Hollow where the family kept to themselves. Albus, and later Aberforth, would attend Hogwarts, but Ariana remained hidden, and her magic untrained and uncontrolled.

Albus went on to be a stand-out student at Hogwarts, and was about to go on a grand tour of the Wizarding world with Elphias Doge in 1899 when Ariana accidentally killed their mother Kendra. Instead of traveling the world and launching a great career, Albus stayed to care for Ariana. That summer he met young Gellert Grindelwald and became entranced with Gellert's visions of Wizard supremacy, and his search for the three Deathly Hallows: The Elder Wand, the Cloak of Invisibility, and the Resurrection Stone. Ariana was neglected while Albus and Gellert discussed Wizard takeovers "for the greater good" of the world. Eventually, his brother Aberforth confronted them about Ariana, a fight ensued, and Ariana was killed. Gellert fled, and Albus realized his folly.

Instead of conquering the world, Albus avoided politics and concentrated on scholarship, discovering the twelve uses of dragon's blood, and exploring alchemy with Nicholas Flamel. At some point in the 1930s he became a professor at Hogwarts where he taught Transfiguration. In 1938, Tom Riddle was admitted to Hogwarts. While others were impressed with his brilliance, Dumbledore began to be disturbed by Tom's fascination with power and cruelty toward others. As Europe descended into totalitarianism and war, Tom Riddle became fascinated by similar ideas of Wizard supremacy. He changed his name to Lord Voldemort, and began gathering

objects of power and seeking ways to cheat death. After Dumbledore's spectacular defeat of his onetime friend Grindelwald in 1945, Albus Dumbledore became the only wizard that Voldemort feared.

When Lord Voldemort and the Death Eaters began their brutal subjugation of  Wizarding society in the 1970s, and the Ministry of Magic could not cope, Dumbledore (now Hogwarts Headmaster) formed the Order of the Phoenix to fight for the rights of Muggles and Muggle-born wizards. The Order suffered tremendous losses, but prevailed when Voldemort's power was broken by Lily Potter's instinctive self-sacrifice for her infant son Harry, "the boy who lived." Dumbledore delivered the orphaned Harry to his Muggle aunt for protection, and a ten-year period of relative peace began.

Unfortunately for nearly everyone, Voldemort survived and eventually regained enough of his strength to try again to realize his monstrous ambitions. Dumbledore realized that the Wizarding world's best hope lay in an eleven-year-old boy named Harry Potter who had just begun his schooling at Hogwarts, for Harry had been prophesied to be the one with "the power to vanquish the Dark Lord" before his birth. This time, Dumbledore had an unlikely ally, former Death Eater and Potions Master Severus Snape.

Harry was "Dumbledore's man" from the very beginning; Dumbledore had much more difficulty with the relationship. Instead of a pawn to prepare for sacrifice, he had a neglected, loving, courageous child who needed to be both confident and selfless enough to do the unthinkable. At Harry's first Christmas, Dumbledore gave Harry his father's Cloak of Invisibility, a rare object of unusual power, and then stood back and waited to see what he did with it. This odd, detached teaching method was very effective with Harry, but it also enabled

Dumbledore to make an "old man's mistake" and delay fully disclosing the complete details and implications of Trelawney's prophecy to him.

Dumbledore made another mistake, but this one was fatal. As Harry was learning to trust his friends, his power and his instincts, Dumbledore had begun the hunt for Tom Riddle's Horcruxes and discovered that he wasn't immune to the lure of the Deathly Hallows after all. He already had the Elder Wand (taken from Grindelwald in battle), Harry had the legendary Cloak of Invisibility, and there in the Peverell ring Horcrux was the Resurrection Stone which would allow him to see his parents and sister again. He put the ring on his right hand. After containing the damage, Snape later told Dumbledore that "There is no halting such a spell forever. It will spread eventually, it is the sort of curse that strengthens over time." Dumbledore had about a year left to shape events before he died.

Severus Snape had lived up to his word to Dumbledore so many years ago, and protected Harry's life while maintaining his credibility with Voldemort. Now, at this crossroads, Dumbledore ruthlessly compelled Snape to promise one more thing -- to kill him, if needed, to maintain his cover and spare young Draco Malfoy the experience. Snape agreed, though this clearly repelled him.

During his last year of life, Dumbledore showed Harry how to hunt for Horcruxes, and left clues about the Deathly Hallows for Harry and his friends to work out for themselves. He knew Harry well enough by then to be sure that – unlike himself – Harry would not be tempted by the Hallows for long. Dumbledore was killed by Severus Snape in June of 1997 and buried in a white marble tomb on the grounds of Hogwarts.

*Skills and special knowledge:*

- Alchemy

- Transfiguration

- Some Legilimency (OP38)

- Can cast spells without a wand

- Can become invisible without a cloak (PS12)

- Can send messages with his Patronus (GF28), a phoenix (JKR)

- Spoke Mermish (GF26) and recognized Parseltongue (HBP10)

- Wand: The Elder Wand, one of the three Deathly Hallows (DH)

*Appearance:*

- Sparkling blue eyes

- Long and very crooked nose (broken twice)

- Auburn hair that eventually turned silver, worn long and flowing with an even longer beard and a mustache

- Wore half-moon glasses, long robes with high-heeled, buckled boots, and a watch with twelve hands and little planets instead of numbers

- Scar on his knee shaped like the London Underground

- Likes a pair of warm socks

***"Albus"*** *L. 'white,' especially the flat white of stones or clothing. "Albion," an ancient and poetical name for Britain comes from the same root.*

***"Percival"*** *Knight of King Arthur's roundtable who was granted a glimpse of the Holy Grail. Albus shares this name with his father and Percy Weasley.*

***"Dumbledore"*** *18th C Eng. word for 'bumblebee.' Rowling says she imagines him wandering around the castle humming to himself.*

*"**Wulfric**" A/S. 'wolf power' or 'wolf ruler.' Also, a 12thC British hermit saint known for his miracles and prophecies.*

*"**Brian**" This may be a reference to "Monty Python's The Life of Brian," poking fun at the pretentiousness of all of his other names.*

## Dumbledore, Ariana

(1884 or 5 - 1899)

Younger sister of Albus Dumbledore (DH2, DH28); daughter of Kendra and Percival Dumbledore. At the age of six, she was attacked by three young Muggles who had seen her performing magic and had panicked; she was so traumatized by the incident that she never recovered, and required constant care and supervision for the rest of her life. Since she could no longer control her magic and was thus a threat to wizarding secrecy, her family were desperate to conceal the full extent of her difficulties to prevent losing custody of her to St. Mungo's; her father went to Azkaban rather than admit to his reasons for attacking the Muggles who had hurt her, and her mother went to a lot of trouble to keep their neighbors at a distance after that, going so far as to relocate the family to Godric's Hollow (DH2, DH28). Aberforth and her mother were her principal caregivers; upon their mother's death when Ariana was fourteen, Aberforth wanted to drop out of Hogwarts to take over looking after her, even though he would only have been fifteen himself at the time, but Albus (then eighteen) insisted that Aberforth should go back to school in September. Unfortunately, Albus then met Gellert Grindelwald and was caught up in their joint plans to change the world, to the neglect of his responsibilities to Ariana. The same summer that Kendra Dumbledore died, the three young men then had a very violent quarrel which escalated into a duel; Ariana, upset by all the magic, attempted to intervene and was

accidentally killed; it was never known who had struck the fatal blow (DH28).

**Dumbledore, Kendra**

(d. summer 1899)

Mother of Albus, Aberforth and Ariana Dumbledore; wife of Percival. In Rita Skeeter's gossipy book *The Life and Lies of Albus Dumbledore*, she is described as being "proud and haughty." She moved the family from Mould-on-the-Wold to Godric's Hollow after her husband Percival was imprisoned at Azkaban for attacking Muggles (DH11). Kendra was accidentally killed by her fourteen-year-old daughter Ariana, who was mentally unstable. She is buried in the churchyard in Godric's Hollow (DH16).

**Dumbledore, Percival**

Father of Albus, Aberforth and Ariana Dumbledore; husband of Kendra. He got the reputation of being a Muggle-hater when he attacked the three Muggle boys who severely traumatized his daughter Ariana c. 1850, and was sent to Azkaban (DH2, DH28).

**Dumbledore's Army**

When Professor Umbridge refused to allow her students to actually perform any magic but merely to read the theory behind it, Hermione came up with the idea of asking Harry to teach Defense Against the Dark Arts to a group of willing students outside of class. He agreed somewhat reluctantly and the group held an initial meeting on October 5th at the Hog's Head tavern in Hogsmeade. After that, Dobby helped Harry find a room called the Room of Requirement and the group began to hold regular training sessions. They decided to call

themselves the DA, which initially stood for Defense Association but which quickly was changed to Dumbledore's Army. The members of the group signed a parchment which, unbeknownst to them, was jinxed. If any of them revealed what was happening, they would suffer a serious attack of pimples on their faces. In order to alert the members to an upcoming meeting, each person was given a fake Galleon. The serial numbers of the fake Galleon would change to show the date and time of the upcoming session and the Galleon would become warm. Over the course of the year, the members of the DA learned a variety of spells, jinxes, and charms, including the simple ones like *Expelliarmus*, and some very difficult ones, like the Patronus Charm. Even Neville and the Creevey brothers became quite accomplished, thanks to careful teaching by Harry. Meetings ended in April when Marietta Edgecombe betrayed them to Umbridge and they were raided by Draco Malfoy and other Slytherins. The discovery of the DA eventually led to the dismissal of Albus Dumbledore as Headmaster of Hogwarts (OP27).

In June, when several members of the DA accompanied Harry, Ron, and Hermione to London on thestrals to attempt to rescue Sirius Black, the found themselves engaged in a pitched battle with a group of Death Eaters in the Department of Mysteries. They fought bravely and well, suffering a number of injuries while defending Harry. None of the group was killed, thankfully, due to the timely arrival of members of the Order of the Phoenix. In the climactic Battle of Hogwarts, the members of the DA comported themselves well. At least two members, Fred Weasley and Colin Creevey, were killed in that battle (DH31, 36).


**Dungbomb**

When thrown, one of these magical stinkbombs gives off a putrid odor, which is handy for creating a diversion or just annoying Filch.

**dungeons**

The lower levels of Hogwarts castle are mostly dungeons. One large dungeon room is used as a potions classroom. The dungeons connect to the Slytherin common room, which is under the lake, and to Snape's office and quarters.

**Dunstan, B.**

Hogwarts student, 1990s (QA) who checked *Quidditch Through The Ages* out of the Hogwarts library (QA).

**Durmstrang Institute**

*Headmaster:* Igor Karkaroff

*Uniform:* furs, blood-red robes

The Durmstrang Institute is a magical school located in a castle in the north of Europe. The Durmstrang castle is not as big as Hogwarts, having only four floors. Its fires are only lit for magical purposes. The grounds are quite extensive and include lakes and mountains (GF23). Durmstrang has the reputation of teaching Dark Arts, and it does not admit Muggle-born students (GF11). Gellert Grindelwald was a student here once, and he carved "his" symbol - actually the symbol representing the Deathly Hallows - into one of the walls, where it remains today (DH8).

*The name Durmstrang comes from the German phrase "Sturm und Drang" which translates to "Storm and Stress." The phrase refers to a movement in German literature in the late 1700s which emphasized "subjectivity and the unease of man in contemporary society"*

***Duro*** (DUR-oh)

*"duro" L. to harden, solidify*

Turns the target object to stone. Hermione cast this on a tapestry that two pursuing Death Eaters were about to hit, which they did with a satisfying crunch (DH32).

**Dursley, Dudley**

(b. June 23, 1980)

AKA "popkin," "sweetums," "Dinky Duddydums," "Ickle Diddykins,"  "Dudders," "Diddy," and "Big D"

Dudley Dursley is Harry Potter's Muggle cousin, and the only son of Vernon and Petunia Dursley of number four Privet Drive, Little Whinging, Surrey. Dudley, in extreme contrast to Harry, has been grossly overindulged by both his mother and father. Petunia pets him and coddles him and turns a blind eye to his bullying. Vernon, on the other hand, encourages his son's manipulations [cunning?], greed and violent behavior.

Dudley attends a private school named Smeltings and spends his school holidays terrorizing Harry and the younger children of the neighborhood with his gang. As Harry grew in power and confidence, however, he became less of an easy mark. Then the summer they were both fifteen, Harry saved Dudley from attacking Dementors, and Dudley got a first-hand taste of uncontrolled evil and of Harry's bravery. When they part two years later (perhaps forever), Dudley astounds Harry by showing concern for his safety and thanking him for saving his life.

Dudley has thick blond hair. He was obese as a child, but is large and "muscular" by the time he turns seventeen.

*The name 'Dursley' comes from a town in Gloucestershire, England. Rowling chose the name because it sounded "dull and forbidding."*

**Dursley, Aunt Marjorie "Marge"**

Miss Marjorie Dursley is Vernon Dursley's loathsome sister. She lives in the country, in a house with a large garden where she breeds bulldogs but appears to have no other type of employment. Even though she is not Harry's blood relation, he has been forced to call her "Aunt" all his life. Marge needs no wand to torture Harry. When Aunt Marge visits she unrelentingly taunts him, insulting his mother ("a bad egg") and father ("a wastrel"), and making light of their deaths. Vernon has told his sister that Harry attends St. Brutus's Secure Center for Incurably Criminal Boys; she does not know that Harry is a wizard.

Marge eats ("Excellent nosh, Petunia!") and drinks excessively. When inebriated, she is even more abusive to Harry. The summer he turned thirteen, Harry lost his temper with Marge and inflated her like a balloon, then ran away from home. The Ministry of Magic had to step in to deflate her and modify her memory (PA3).

Marge looks a lot like her brother Vernon: "large, beefy, and purple-faced," with a mustache, "though not as bushy as his."

**Dursley, Petunia (Evans)**

(b. late 1950s)

Aunt Petunia is Lily (Evans) Potter's older sister, and the wife of Vernon Dursley. The Dursleys live at number four Privet Drive, Little Whinging, Surrey.

When they were younger, Petunia and Lily were very close, so when Lily began to show signs that she was a witch, Petunia was frightened; when Lily got the invitation to Hogwarts, Petunia was so unhappy about being separated from her sister that she wrote a letter to Dumbledore and asked if she could attend (of course, she couldn't). By the time Lily and James were killed, Petunia's loneliness and disappointment had hardened into jealousy and an utter revulsion of magic. It didn't help that both Lily and Petunia learned first about magic from an odd, intense neighborhood boy named Severus Snape; wizardry will always be "freakish" to Petunia.

As an adult, Petunia is a nosey gossip who dotes on her son Dudley, keeps an obsessively immaculate house, and defers to her smug, blustering husband. Uncharacteristically, she also agreed to Dumbledore's written request to take Harry in when he was orphaned, knowing it would seal the powerful charm that would protect him until he was seventeen. She didn't, unfortunately for Harry, promise to love him. From the beginning, Petunia's treatment of Harry was cruel and reprehensible. In stark contrast to her overindulgence of her own child, Harry was treated like an unwanted servant (CS2).

Petunia Dursley is a tall, very thin blond with a long neck and an angular face.

**Dursley, Vernon**

Vernon Dursley is the husband of Harry's aunt Petunia. Like her, he is also a Muggle. In fact, he's about as Muggle as a person can get. He has no use for imagination at all. He wears his most boring tie to work and sits at his desk with his back to the window. Vernon Dursley considers it a good morning if he's yelled at a few people. He is the director of Grunnings, a firm that makes drills. The Dursleys live at number four Privet Drive, Little Whinging, Surrey.

Petunia granted Harry "houseroom" over Vernon's objections. If Petunia thinks that magic is "freakish," Vernon considers it "dangerous nonsense." He considers Harry something to be ignored, controlled, or locked away; indeed his sister Marge's dog "Ripper" was treated better than Harry.

Whenever Uncle Vernon is reminded how little power he has over the Wizarding world, he becomes unhinged and Petunia often takes over.

Vernon is a large, beefy man with very little neck and a bushy black mustache. *He is Rowling's least favorite character.*


**Durmstrang ship**

The students from Durmstrang arrived at Hogwarts aboard a magical sailing ship which rose from the depths of the Hogwarts lake, obviously having traveled from one body of water to another by magic (GF15).


**Dust & Mildewe**

Publisher in 1963 of the book *The Philosophy of the Mundane: Why the Muggles Prefer Not To Know*, by Professor Mordicus Egg (FB).


**dwarfs**

Short, surly-looking fellows who were hired by Lockhart to play the role of "card carrying cupids" and deliver Valentines to the students. They were quite aggressive about their well-wishing, even resorting to tackling students and sitting on them to force them to listen to the affectionate message due them (CS13). *The status of 'dwarf' in the Harry Potter universe is*

*unclear. This is the only place where they are mentioned.*

**Dzou Yen**

(4th Century B.C.)

Chinese Alchemist (fw).

# E

**eagle**

The symbol representing Ravenclaw house, as well as Rowena Ravenclaw herself (GF15).

**Eargit the Ugly**

The goblin representative at a Wizard's Council summit in the 14th century (fw).

**earmuffs**

These have to be worn when working with Mandrakes, as their cry is fatal (CS6).

**Edgecombe, Madam**

Works in the Floo Network Office. Madam Edgecombe helped Fudge police the fires of Hogwarts while Umbridge was High Inquisitor. Marietta Edgecombe is her daughter (OP27).

**Edgecombe, Marietta**

(Ravenclaw, c. 1990)

A friend of Cho Chang's with curly, reddish-blonde hair, Marietta was dragged to D.A. meetings by Cho and signed her name to the parchment that listed members of the group (OP16). However, when she later betrayed the group to Umbridge, she discovered the parchment had been jinxed, and her face broke out in nasty pimples spelling the word "SNEAK" (OP27). Even months later, the pimples were still visible (HBP7).

**Edible Dark Marks**

A product sold at Weasleys' Wizard Wheezes. According to the promo, "they'll make anyone sick!" (HBP6)

**Educational Decrees**

During Umbridge's memorable year at Hogwarts, the Ministry of Magic passed seven Educational Decrees to help her take more and more control over the school. Among other things, these gave the Ministry the power to appoint teachers (OP15), banned student organizations (OP17), prevented teachers from giving students information unrelated to their

subjects (OP25), banned the *Quibbler* (OP26), and promoted Umbridge from teacher to High Inquisitor (OP15) to Headmistress (OP28).

**Eeylops Owl Emporium**

A dimly lit shop which, according to the sign, sells tawny, screech, barn, brown, and snowy owls. Hagrid bought Hedwig here for Harry on his eleventh birthday (PS5).

**Egbert the Egregious**

One-time possessor of the Elder Wand, who slaughtered Emeric the Evil to gain its possession (DH21).

**egg, golden**

A heavy object in the shape of a dragon's egg, retrieved by each of the four champions during the first task of the Triwizard Tournament (GF20). After the event, opening the egg provided a clue for the second task: a wailing that, when the egg was held underwater, could be properly heard as a merpeople's song (GF25).

**Egg, Professor Mordicus**

Author of *The Philosophy of the Mundane: Why Muggles Prefer Not to Know* (FB).

**Egypt**

A country steeped in magical history, where Bill Weasley worked as a curse breaker for Gringotts. The Weasleys visited him there and toured the pyramids, seeing unbelievable curses the old Egyptian wizards had put on tombs (PA1). Phoenixes and sphinxes are native to Egypt (FB).

**Ehwaz**

An Ancient Rune, meaning *partnership,* that Hermione mixed up on her O.W.L., confusing it with Eihwaz. She fretted that this could ruin her entire grade, but she managed to scrape an Outstanding anyway (OP31).

**Eihwaz**

An Ancient Rune that translates to mean *defense* (OP31).

**Elder Wand**

The most powerful and deadly of the Deathly Hallows (q.v.).

**Elephant and Castle**

One of the many places that Willy Widdershins pranked Muggles with an exploding toilet (OP7).

**Elfric the Eager**

Was responsible for an uprising that first-years learned about, so he was probably a goblin (PS16).

**Elixir to Induce Euphoria, An**

A sunshine-yellow potion that Harry brewed during a three-student Potions class, when Slughorn asked for "something amusing." It has occasional side effects of excessive singing and nose-tweaking, though these can be counterbalanced by a spring of peppermint (HBP22).

**Elixir of Life**

Potion made with the use of the Philosopher's Stone. It extends life, though it requires that the drinker consume it regularly to maintain immortality (HBP23). Nicholas Flamel lived over 650 years by drinking it (PS13), and Voldemort attempted to steal the Philosopher's Stone in order to create the Elixir and regain his body (PS15).

**Elkins, Elveira**

Witch who wrote to the *Daily Prophet* Problem Page because she could not make a simple

Fixing Charm 'stick' (DP3).

**Ellerby**

Black Forest manufacturer (with Spudmore) of the 1940 Tinderblast broom (QA9).

**Ellis Moor**

A moor with a Quidditch stadium. As happens on occasion, a recent match here had to be relocated when Muggles were camping nearby (DP4).

**elm**

A wand wood that was used to make Lucius Malfoy's wand (DH1).

**Elphick, Wilfred**

(1112 - 1199)

Famous for being the first wizard to be gored by an Erumpent (fw).

**Emeric the Evil**

One of many wizards to possess the Elder Wand, and then be slaughtered over it (DH21).

***Enchanted Encounters***

by Fifi LaFolle

A series of wizarding romance novels (JKR).

***Enchantment in Baking***

The Weasleys keep a copy of this in their kitchen (CS3).

***Encyclopedia of Toadstools***

A book stocked by Flourish and Blotts that hit Lucius Malfoy in the eye during a fight with Arthur Weasley in the store. Hopefully it's a very heavy book (CS4).

**England  National Quidditch Team**

The English National Quidditch Team was slaughtered by Transylvania during a 1994 World Cup qualifying match, 390-10 (GF5). Ludo Bagman played for the team, many years ago (GF30).

***Engorgio*** (en-GOR-gee-oh)

"Engorgement Charm"

*"engorger" French: swallow greedily*

A fairly commonplace charm that is used to enlarge objects; a particular version of an Engorgement Charm was involved in the Ton-Tongue Toffee that Fred and George "accidentally" dropped in front of Dudley (GF4).

**Enid, Great Aunt**

A relative of Neville Longbotom, possibly married to Uncle Algie (PS7).

**Enlargement Charm**

After Harry's interview with the *Quibbler* was published, Fred and George placed an Enlarging Spell on the cover of one issue, and hung it on the wall of the Gryffindor common room. They also bewitched it to spout phrases like "Eat dung, Umbridge" (OP26).

***Ennervate*** *(EN-er-vayt)*

Spell cast on a person who has been Stunned, to bring them back to a normal state of consciousness and control (GF9). *The name of this spell was changed to Rennervate to make the etymology less confusing. Some editions of the book had given the spell as 'Enervate' which would mean exactly the opposite of 'Ennervate', which means to give nerve or courage to something.*

**Entrail-Expelling Curse**

Apparently this curse, invented by Urquhart Rackharrow in the 1600s, causes the victim's insides to come out of them. Yes, you read that correctly. Ew. (OP22).


**entrance hall**

The oak front doors of Hogwarts lead directly  into an absolutely enormous entrance hall (CS15), "so big you could have fit the whole of the Dursleys' house in it" and with a ceiling that, at night, can't be made out for its height (PS7). Nearly the entire school can fit in it, and it memorably did the night Fred and George left dramatically, flying into the sunset (OP29).


**Entrancing Enchantments**

Presumably some kind of love spell; Lockhart suggested that Flitwick was an expert in these, much to Flitwick's embarrassment (CS13).


**Entwhistle, Kevin**

(Ravenclaw, 1991)

*Kevin's name appeared in an early draft of the class list of Harry's year. He is Muggle-born. Despite his presence on the list, Kevin has never appeared in canon (HPM).*

***Episkey*** (eh-PIS-key)

*"episkeyazo" Greek: to repair*

A type of healing spell that repairs damage, such as a broken nose (HBP8) or a bleeding mouth (HBP14).

***Erecto*** (e-REK-toh)

*"erecto" L. erect, set up*

A useful spell that Hermione uses to erect a tent (DH14).

**Erkling**

A small elf-like creature native to the Black Forest. It has a high-pitched laugh that attracts children, which the creature then eats. Recent controls on the creatures by the German Ministry of Magic have thankfully curtailed these killings (FB).

**Errol**

An old, decrepit gray owl belonging to the Weasley family. He often collapses unconscious after deliveries, making it easy to confuse him with a feather duster. Just a hint: if it has claws and a beak, it's probably Errol (CS4).

**Erumpent**

A huge African magical beast resembling a rhinoceros. Its horn contains an explosive fluid, frequently leading male Erumpents to blow each other up during mating season (FB). Apparently the horn of a Crumple-Horned Snorkack is similar to that of the Erumpent, except for the blowing up part (DH20).

**Ethelred the Ever-Ready**

Medieval wizard known for being easily offended, who frequently cursed innocent bystanders (fw). *The name likely comes from Aethelred II, "the Unready," a king of England, who far from being too aggressive was noted for trying to buy his way out of trouble.*

**Eton**

Eton College is a famous private boys' boarding school in England. Justin Finch-Fletchley once told Harry that his name was down for Eton before he found out he was a wizard and elected to attend Hogwarts instead (CS6).

***Evanesco*** (ev-an-ES-ko)

"Vanishing Spell"

*"evanesco" L. to disappear*

A spell that doesn't just make objects invisible, but makes them go away completely "into non-being" (DH30). It seems to be a handy everyday spell for many wizards, though it isn't taught until the fifth year (OP13). It is also likely the spell Harry unwittingly used on the snake's tank at the zoo, causing Dudley to fall in (PS2).

**Evans, Lily**

See Potter, Lily Evans

**Evans, Mark**

A boy who lives near Privet Drive, who, at age ten, was beaten up by a fifteen-year-old Dudley (OP1). Despite his last name, he is unrelated to Lily's family (JKR).

**Evans, Mr. & Mrs.**

Prents of Petunia Evans Dursley and Lily Evans Potter, who were proud to discover that Lily was a witch (PS4) and enjoyed the wizarding world (DH33). Both died sometime between 31 July, 1971 (DH33) and 31 October, 1981 (OP37).

**Evans, Petunia**

*See* DURSLEY, PETUNIA EVANS.

### Evening Prophet, the

Presumably a late edition published by the *Daily Prophet,* this newspaper carried news of Muggles spotting a flying Ford Anglia after Harry and Ron flew the car to Hogwarts (CS5).

### Everard

A sallow-faced wizard with a short black fringe, and a celebrated former headmaster of Hogwarts. His portraits now hang in the headmaster's office and the Ministry of Magic (OP22).

### Ever-Bashing Boomerangs

Became the four hundred thirty-seventh item to be banned at Hogwarts at the start of Harry's fourth year (GF12).

### Everlasting Elixirs

Studied in sixth-year Potions; information on these can be found in *Advanced Potion-Making* (HBP15).

**Everlasting Icicles**

A Christmas decoration often hung from trees and banisters at Hogwarts (PS12, GF22).

**Everlasting Ink**

Over the years, a number of visitors to Godric's Hollow have used this ink to sign messages on the sign commemorating the fall of Voldemort in 1981 (DH17).

**Exmoor**

A Quidditch stadium on this West Country moor once took anti-Muggle precautions a bit too far, casting an Invisibility Charm on the entire stadium. This unfortunately prevented wizards, as well as Muggles, from seeing the match (DP2). Also the site of a "*Singing Sorceress*" concert by Celestina Warbeck (JKR).

***Expecto Patronum*** (ex-PEK-toh pa-TROH-num)

"Patronus Charm"

*"expecto" L. expect or look for + "patronus" Medieval L. patron saint, symbolizing a patron or assistant*

Spell that conjures a Patronus, a silvery phantom which in its strongest ("corporeal") form takes the shape of an animal (OP27). The Patronus is the embodiment of the positive thoughts of the

caster, and consequently is the only known defense against dementors (PA12). The animal form

is unique to each witch or wizard; it is well-known that Harry's Patronus takes the form of a stag

(DH28). Harry learned to conjure a Patronus from Lupin, in order to defend himself against

dementors. In order to cast it, he had to focus on a "single, very happy memory" (PA12). He first

cast a fully successful Patronus defending Sirius Black from dementors (PA21), but used the

charm many times over the years that followed. Harry later taught the spell to the D.A. (OP27),

but even today it's the only spell Hermione has trouble with (DH12). The Patronus Charm was

adapted by Dumbledore for the Order of the Phoenix to use as a messenger (JKR). When cast

correctly, it appears talking with the voice of the wizard who cast the spell (DH7). This allows

communication which, unlike owls or use of the Floo Network, is undetectable by the Ministry

of Magic (JKR).

*Expelliarmus* (ex-pel-ee-AR-mus)

"Disarming Spell"

*"expelo" L. to drive out + "arma" L. weapon*

The most basic of defensive spells, *Expelliarmus* causes an opponent's wand to fly out of his or

her hand (PA19), or occasionally blasts the opponent backwards (CS10). This was the spell

Harry chose to begin his first D.A. lesson, to aide in basic defense (OP18). Despite its lack of

power, the Disarming Spell has had some unforeseen consequences. Harry survived his first duel

with Voldemort by casting this spell and interlocking their wands, (the *Priori Incantatem* effect),

buying Harry time to escape (GF34). Years later Harry also learned that an *Expelliarmus* spell

can "defeat" a wizard, changing his wand's allegiance; through this Draco Malfoy, in disarming

Dumbledore, mastered the Elder Wand and inadvertently prevented Voldemort from capturing the wand's power (DH35). Over his childhood Harry tended to over-rely on *Expelliarmus,* to the point where Death Eaters identified it as his signature move. When he discovered that using the spell betrayed Harry's identity (DH4), Lupin urged him to refrain from using it in the future (DH5). Despite this, though, Harry eventually turned *Expelliarmus* on Voldemort one final time, using the simple spell to defeat the Dark Lord once and for all (DH35).

**Exploding Bonbons**

A delicious and dangerous sweet sold at Honeydukes (PA10).

**Exploding Fluid**

A liquid contained naturally in the horn of an Erumpet that, obviously, explodes (FB).

**Exploding Snap**

A wizarding card game made more interesting by the fact that the cards occasionally blow up (GF22).

***Expulso*** (ex-PUL-soh)

*expello (expuli expulsum ) L.: to drive out, expel, force out, banish.*

A spell which creates an explosion. Thorfinn Rowle used this spell to blow up a table in the Muggle café on Tottenham Court Road, since Harry was invisible and therefore difficult to curse directly (DH9).

**Extendable Ears**

An invention of Fred and George's that allow listening in on conversations from long distances and through closed doors, though they are foiled by Imperturbable Charms. Extendable Ears look like long flesh-colored strings, one end of which is inserted into the ear. The command word is "Go!" and the other end wriggles off toward whatever needs listening to (OP4).

**Extinguishing Spell**

A spell used by dragon keepers to put out inadvertent fires (GF19).

**eye, magical**

Mad-Eye Moody has a magical eye that allows him to see in all directions, as well as see through walls, ceilings, and Invisibility Cloaks (GF25, OP9). After his death, Umbridge stole the eye and used it to spy on her employees in the Ministry of Magic; that is, until Harry stole it (DH13). He later buried it under a tree in the woods (DH14).