# EXHIBIT 4

# L

## Laburnum Gardens

A street located in Clapham, London, which at number two is home to Sturgis Podmore (OP14).

## Lachlan the Lanky

A statue of this wizard stands on the seventh floor of Hogwarts Castle, just to the right of the top of the stairs leading down to the floor below, between the stairs and the Fat Lady's portrait (OP13).

## LaFolle, Fifi

(1888 - 1971)

Author of the Enchanted Encounters series (JKR). *J.K. Rowling's Wizard of the Month for October 2005. This was the first new character not featured on a Famous Wizard card. LaFolle's image on Jo's website bears a striking resemblance to romance writer Barbara Cartland.*

## Lake, the

Before the castle lies a large lake which is home to the giant squid, merpeople, and grindylows. First years approach the castle for the first time across this lake in magically self-propelled

boats (PS6). During the Battle of Hogwarts, the Lake's water was splashing and foaming, as if in a storm, though the night was windless (DH32).

## Lancashire

Lancashire was the site of a Quidditch match in 1385 that didn't go too well for the local team; a team from Cork beat them soundly and the fans of the Lancashire team chased them out of town (QA8). Lancashire is a county in northwestern England, which contains Blackpool Pier and is quite possibly where the Longbottoms are from.

## Lancelot

Cousin of Aunty Muriel who worked at St Mungos around 1900. He told Muriel that the Dumbledores never brought Ariana into the hospital, which naturally made Muriel suspect the worst. After all, *not* going to the hospital certainly suggests that someone is sick, doesn't it (DH8).

## Landlady of the Green Dragon

In 1973, proprietor of the Green Dragon Inn, who shacked up with Janus Thickey after he faked his own death by Lethifold attack (FB).

## *Langlock* (LANG-lok)

*"lang" Eng. language (which derives from L. lingua tongue, language) + "lock" Eng. to fasten*

A jinx that glues the target's tongue to the roof of his or her mouth (HBP19).

**Languages**

>**Fairy**— Fairies use what sounds like a form of buzzing to communicate among themselves (FB).

>**Giant**— The giants speak their own language; some do not speak English, and possibly do not speak any human language. However, enough surviving giants speak English that a translator can be found if the giants care to permit a visitor to communicate (OP20).

>**Gobbledegook**— Goblin language, which is described as sounding rough and gutteral (GF24, DH15).

>**Mermish**— Merfolk language used above water (FB, GF7); Merfolk speak human languages underwater. It sounds like horrible screeching if heard in air (GF21). Dumbledore can speak Mermish (GF26).

>**Parseltongue**— The language of snakes which sounds like extended hissing (HBP10).

>**Troll**— The Trolls' crude form of language consists of grunts (from the viewpoint of a human listener, at any rate), although some can be trained to speak a few words of English (FB).

**Lawson, Artemius**

Outspoken notorious campaigner for the suppression of trolls. He objects to letting them wander free, referring to trolls as creature who weigh a ton and have brains the size of a bogey. He has a point (DP2).

**Leach, Nobby**

Minister of Magic from 1962-1968 (JKR).

**The Leaky Cauldron**

A small, shabby-looking inn on Charing Cross Road, London, sandwiched between a big book shop and a record store. The Leaky Cauldron is apparently not in Diagon Alley itself; it does serve as a "bridge" between the two worlds, however. The pub was built by Daisy Dodderidge around 1500 "to serve as a gateway between the non-wizarding world and Diagon Alley" (fw). The innkeeper is named Tom (PS5, HBP6, 13). The Leaky Cauldron has rooms to let upstairs and a bar and dining room on the ground floor (PA3, 4, 5).

**Leanne**

(Hogwarts student, 1990s)

Friend of Katie Bell's (HBP12). Leanne was with Katie in October 1996 when she touched the cursed opal necklace while visiting Hogsmeade.

**leaping toadstools**

The second year Herbology students worked with these (CS14).

**leech**

A small slug-like creature that lives in water. Leeches attach themselves to other creatures and suck their blood. Leeches are used as potion ingredients (CS10, 11); both sliced and in the form of leech juice (PA7).

**leek jinx**

Results in leeks growing out of the target's ears (PA15).


***Legilimens*** (le-JIL-i-menz)

*"legens" L. reader + "mens" L. mind*

Incantation for performing Legilimency (OP24). This term is also used for a wizard who has learned the art of Legilimency, sensing the thoughts of another person. Dumbledore and Snape are both experts at this form of magic (OP37). Voldemort is also an accomplished Legilimens (HBP2).


## Legilimency

Legilimency, a branch of magic not normally taught at Hogwarts (at least, not at Ordinary Wizarding Level), is the ability to extract emotions and memories from another person's mind. Although the word literally translates as 'mind-reading', this is considered a naive interpretation of the art by its practitioners. Someone who practices Legilimency is known as a Legilimens.


Legilimency is easier when the spell-caster is physically near the target, and when the target is off-guard, relaxed, or otherwise vulnerable. Eye contact is often essential, so it is useful for a Legilimens to verbally manipulate his or her target into meeting the Legilimens' eyes, with the fringe benefit that the target's emotional state may bring relevant associated memories to the surface (OP24, OP26).


## Leg-Locker Curse

See Locomotor Mortis.

**leprechaun**

A tiny vegetarian creature resembling a little (maximum height 6 inches) green human, the leprechaun is one of the occasional anomalies of the beast/being classification system. Although they alone of the "little people" have the ability to speak human language, they are classified as beasts, and have remained in that category as they have never requested re-classification (although they appear to have made no political statement by this, unlike centaurs and merpeople. They are able to produce a gold-like substance that vanishes after an hour or two (GF8, GF28) which they think is funny (but Ron Weasley doesn't). Leprechauns are the Irish National Quidditch Team's mascots (GF8).


**Lestoat, Amarillo**

(1776-1977)

Flamboyant american vampire. Author of A Vampire's Monologue - intended to bore the reader into a stupor making him/her easier prey for vampires (fw). *'Lestoat' is a pun on the name 'Lestat,' the main character of Anne Rice's vampire novel Interview with a Vampire.*


**Lestrange**

(b. late 1920s)

One of the earliest (c.1955) members of the Death Eaters (HBP20); attended Hogwarts with Tom Riddle (HBP17). Probably related to Rabastan and Rodolphus Lestrange, who attended Hogwarts with Severus Snape.

**Lestrange, Bellatrix (Black)**

(1951-1998; Slytherin c.1962)

"Bella" was the oldest daughter of Drusella Rosier and Cygnus Black of the "Noble and Most Ancient House of Black." Her sisters are Narcissa (Black) Malfoy and Andromeda (Black) Tonks. A particularly enthusiastic member of Voldemort's inner circle of Death Eaters, Bella relishes causing pain, especially when her victims are powerless; her "specialty" is the unforgivable Cruciatus Curse. As Dumbledore says, Bella likes to "play with her food before she eats it" (DH33).

She is capable of tremendous loyalty. During Voldemort's first reign of terror, Bella and Lucius Malfoy were so high in Voldemort's trust that they were each entrusted with one of his Horcruxes. Bella was given the Hufflepuff cup which she secured in the Lestrange family vault deep in Gringotts.

Having successfully avoided capture and imprisonment in the immediate aftermath of Voldemort's fall, she (together with three other Death Eaters) attempted to find and restore Voldemort, torturing  Frank and Alice Longbottom into madness for information. For this she was given a life sentence in Azkaban prison (GF27, GF33), where she was held until her escape more than fourteen years later. After her escape, Bella took part in the Battle of the Department of Mysteries, where she managed to defeat her cousin Sirius, sending him falling through the ancient veiled archway in the Death Chamber (OP35).

Bellatrix's snarling conversations with fellow Death Eater Severus Snape in the beginning of Book 6 (HBP2) set up the story's central question: Whose man is Snape? In the end, she goaded him into taking an Unbreakable Vow with Narcissa to protect Draco and kill Albus Dumbledore if Draco failed.

After Dumbledore's death, Snape was ascendant in Voldemort's trust, and the Malfoys and Bella are singled out for humiliation; Bella was taunted and told to "prune" the Muggle-born and Half-blood members of her family tree. So when Greyback and the snatchers finally captured Harry, Ron and Hermione with the Sword of Gryffindor, she panicked that the Gringotts vault had been breached and delayed sending for Voldemort because she feared his anger. With Dobby's help, Harry, Ron and Hermione (and others) escaped the mansion and knew exactly where to find one of the last Horcruxes. To Harry's deep sorrow, Bella killed Dobby with her silver knife. Bella survived Voldemort's fury and later fought in the Battle of Hogwarts where she was killed in a memorable duel with Molly Weasley.

Bella had the aristocratic Black good looks: tall with black hair and (in her case) heavily-lidded eyes and air of arrogance; although as with Sirius, Azkaban left its mark (GF30, OP25). *"Bellatrix" L. 'female warrior;' also the name of a brilliant star in the constellation Orion that is sometimes called "the Amazon star."*

**Lestrange, Rabastan**

(Slytherin, early 1970s)

A Death Eater; brother of Rodolphus Lestrange (GF30, OP6). Rabastan and his brother Rodolphus were captured by the Ministry of Magic after their attack on the Longbottoms (November or December 1981) and given a life sentence in Azkaban (GF27, GF33); however, they escaped when the Dementors turned against the Ministry in January 1996 (OP25).

**Lestrange, Rodolphus**

(Slytherin, early 1970s)

A Death Eater, brother of Rabastan, husband of Bellatrix (GF27, GF30, OP6). Rodolphus and his brother Rabastan were captured by the Ministry of Magic after their attack on the Longbottoms (November or December 1981) and given a life sentence in Azkaban (GF27, GF33); however, they escaped when the Dementors turned against the Ministry in January 1996 (OP25).

**Lethifold** (living shroud)

This dangerous beast resembles a half-inch-thick black cloak which moves along the ground at night, hunting its prey. It attacks sleeping humans, smothers them, and then digests them, all in their bed, leaving no trace at all. The only known defense against a Lethifold is a Patronus Charm. Thankfully, this frightening creature is rare, only found in the tropics (FB).

*Levicorpus* (leh-vi-COR-pus)

*"levo" L. to lift up, raise + "corpus" L. body*

Dangles the target person upside-down by the ankle in mid-air. A spell developed by the Half-Blood Prince, the incantation for which was written down in his old Potions textbook without a description of the effects (but fortunately with the counter-jinx); Harry very rashly cast this on Ron without a clear idea of what the effects would be (HBP12). The counter-jinx is *Liberacorpus*. Hermione used this to elevate Harry high enough to reach the Horcrux in the Gringotts vault (DH26).

**Levitation Charm**

A basic charm (OP31) that allows the target to float up to five feet above the ground.

*Possibly the same as "Wingardium Leviosa" (q.v.).*

**Levski**

Bulgarian National Team Chaser for the 1994 World Cup (GF8).

**Li, Su**

(Ravenclaw 1991 – 1998)

*Su's name appears in the draft of the classlist of Harry's year that Jo displayed during the "Harry Potter and Me" TV interview (HPM). According to the classlist she is half-blood. Su has never appeared in canon, but her name is listed here because she apparently existed in early plans for the books.*

***Liberacorpus*** (lee-ber-ah-COR-pus)

*"liber" L. free + "corpus" L. body*

Counter-jinx to *Levicorpus*. A spell developed by the Half-Blood Prince, the incantation for which was written down in his old Potions textbook without a description of the effects, alongside the spell for which it is a counter-jinx (HBP12, DH26). When cast on someone hanging by their ankle from the *Levicorpus* spell, the person crashes to the ground.

**library, the**

The Hogwarts library, on the fourth floor, contains tens of thousands of books on thousands of shelves (PS12). Included in its many sections are an Invisibility Section (CS11), a section with information about dragons (PS14), and a Restricted Section at the back, set off with a rope. A

signed note from a teacher is required to peruse that section of the library; it contains books of Dark Magic only used by older students studying advanced Defense Against the Dark Arts. The library books have various spells on them to prevent students from defacing or stealing them (QA). Madam Pince is the kind of librarian who sees herself as the guardian and protector of the books, at odds with the students who try to use them. Her demeanor does not suggest that she would be very helpful. In fact, when Hermione, Ron, and Harry were looking for information about Nicolas Flamel, they decided they wouldn't even ask her. The library closes at 8 pm (GF20). Don't even think of eating chocolate in there.

**library book spells**

Madam Pince puts a variety of spells and curses on the books in the Hogwarts library to make sure that kids don't damage them. Doodling on a page, for example, will set the book to beating a person about the head (QA). How Hermione ever managed to rip a whole page out of a library book (CS16) is a mystery.

**Liechtenstein**

A tiny, mountainous country located between Austria and Switzerland, Liechtenstein is home to only about 33,000 people. Though it has not played a central role in Muggle history, it did have a place in wizarding history: the warlocks of Liechtenstein refused to join the International Confederation of Wizards at its first forming. Harry's History of Magic O.W.L. asked why this was the case, though he never did come up with the answer (OP31).

**Licorice Wands**

Sweet sold from the snack trolley on the Hogwarts Express (PS6). This was among the list of sweets' names Harry said when trying to guess the password into Dumbledore's office (GF29).

### Life and Lies of Albus Dumbledore, the

by Rita Skeeter

This biography is 900 pages long, and was completed a mere four weeks after Dumbledore's death in June 1997. Chapters 9 - 12 discuss his mother and sister. Chapter 16 discusses the uses of dragon's blood and argues that Dumbledore might not have been the first to find some of them after all. An entire chapter is devoted to his relationship with Harry Potter (DH2). The book also has a chapter entitled "The Greater Good", quoted in its entirety in DH18, discussing Albus Dumbledore's friendship with Gellert Grindelwald.

### Liondragon

Another name for the Chinese Fireball dragon (FB).

### Little Dropping

A hamlet in Hampshire which was blown up by Archibald Alderton when he tried to mix a birthday cake (fw).

### Little Hangleton

A town of massive importance to recent wizarding history and yet unknown to most modern wizards, Little Hangleton is found about six miles from its neighbor, Great Hangleton, and is the location of the Riddle House, where Tom Marvolo Riddle killed his father, Tom Riddle, and

his grandparents in the summer of 1944 (HBP10) and Frank Bryce in 1995 (GF1). It is also the location of the graveyard where Voldemort regained his body in 1995 (GF32). Nearby, in a copse on the hillside, was the Gaunt House, wherein lived the Gaunt family, the last remaining descendants of Salazar Slytherin (HBP10).

**Little Norton**

At a 1980 Hobgoblins concert in Little Norton church hall, lead singer Stubby Boardman was hit in the ear by a turnip, prompting him to retire (OP10).

*Little People, Big Plans*

by Ragnok the Pigeon-toed, an activist for Goblin rights (DP3).

**Little Red Books**

Publishers of a number of wizarding books, including *A History of Magic* by Bathilda Bagshot, 1947 (FB, PS5), *Home Life and Social Habits of British Muggles* by Wilhelm Wigworthy, 1987 (FB), and *Why I Didn't Die When the Augurey Cried* by Gulliver Pokeby, 1824 (FB).

**Little Whinging**

A quiet, perfectly normal suburb of London, where the houses are large and square (OP1), and where you'll find the perfectly normal residence of number four, Privet Drive, home of the perfectly normal Dursley family (PS1).

**Liverpool**

A famous port town on the western coast of England, Liverpool was the site of a Celestina Warbeck concert in 1999 (DP2). As late ticket-holders raced to the event, there was a three-broom crash over the Mersey River, which runs through Liverpool.

**Living Shroud**

Another name for the Lethifold (FB).

**Livius**

One of two wizards who, according to history, might have taken the Elder Wand from Loxias (DH21).

**Llewellyn, "Dangerous" Dai**

Famous Quidditch player for the Caerphilly Catapults. He was known for his reckless and foolhardy style of play. His biography was written by Kennilworthy Whisp (QA). Tragically, he was eaten by a Chimaera while on holiday in Mykonos, Greece. The St. Mungo's ward for treating magical bites is named for him (OP22).

**Lobalug**

A sea creature consisting of a poison sac and a spout, the Lobalug is used as a weapon by merpeople (FB).

**Loch Lomond**

Perhaps the most famous loch in Scotland, Loch Lomond is home to merpeople. Mirabella Plunkett fell in love with a merman from Loch Lomond (fw).

**Loch Ness**

Loch Ness is, of course, the home of the Loch Ness Monster - actually a kelpie that prefers to take the form of a sea serpent. Loch Ness is the largest loch in Scotland. Its famous monster is notorious for showing off for Muggles (FB). In fact, the Ministry has been looking to relocate the monster - so far the only known wizard to offer a habitat was Rubeus Hagrid, who offered the Hogwarts lake (DP1).

**Lochrin, Guthrie**

Scottish wizard who, in 1107, talked about suffering "splinter-filled buttocks and bulging piles" as a result of riding a broomstick (QA1).

**Locked Room**

This room, connected to the circular entrance chamber in the Department of Mysteries, stayed locked despite everyone's best efforts. Even Harry's magical penknife from Sirius couldn't open it, and its blade melted away in the attempt. Harry later learned that the room houses a force which Dumbledore described as "at once more wonderful and more terrible than death, than human intelligence, that the forces of nature." That force is love (OP37).

**Locket of Regulus Black**

Knowing that Voldemort had a Horcrux hidden in a sea-side cave (see *Locket of Slytherin*), Regulus Black enlisted Kreacher to help him destroy it. Voldemort had used Kreacher to place the Slytherin's locket Horcrux in the cave, and so Kreacher was able to help Regulus find it again. Regulus died in the cave, but Kreacher escaped, having replaced the true locket with a false one, leaving a note for the Dark Lord to find (DH10).

In the spring of Harry's sixth year, Dumbledore and Harry set out to retrieve the locket, not knowing what Regulus had done. Although the cave was heavily guarded by enchantments, they were able to retrieve the locket. Dumbledore was severely weakened by the effort and died later that night at the hands of Severus Snape (HBP26, HBP27). Harry gave the locket to Kreacher as a gift earning his deep respect and gratitude (DH10). The gesture changed Kreacher forever and he became Harry's loyal house-elf.


**Locket of Slytherin**

A heavy gold locket carrying Salazar Slytherin's mark (an ornate serpentine S), the locket was inherited by Merope Gaunt Riddle. She pawned it during her pregnancy to Borgin and Burkes, from whom it was subsequently purchased by Hepzibah Smith, and subsequently stolen by Tom Riddle upon her murder (HBP20). He turned this locket into a Horcrux, and put it inside a cave he had once visited during his days in the orphanage (HBP26).

The locket was later removed from its hiding place by Regulus Black and Kreacher, who together substituted another locket for the original and left a note for Voldemort. (See Regulus; Locket of Regulus Black.) Kreacher tried and failed repeatedly to destroy the locket as Regulus Black had ordered him to do (DH10). It was later found at number twelve Grimmauld Place during the summer before Harry's fifth year (OP6). The locket Horcrux was destroyed by Ron

with the Sword of Gryffindor but not before images rose from it to taunt Ron about his deepest fears (HD19).

**Lockhart, Gilderoy**

Defense Against The Dark Arts professor, expert in memory charms. Lockhart is the author of rather a lot of books. Lockhart is obsessed with himself and his image. In his books, he tells of his exploits fighting various types of magical creatures, but the truth is that he simply interviewed the folks who really dealt with the creatures, then performed Memory Charms on them. In June of 1993, while in the Chamber of Secrets, Lockhart accidentally blasted himself with the Memory Charm he was aiming at Ron and Harry. He lost his memory entirely as a result. Lockhart is currently a resident of the Janus Thickey Ward (Ward 49, a closed, long-term ward for patients with permanent spell damage) at St. Mungo's Hospital, where he tends to wander off and get lost (OP23). Hospital ward-mates include Alice and Frank Longbottom, Neville's parents. He has recently mastered "joined-up" writing. He gets fan mail all the time, although he has no idea why.

**Locomotion Charms**

A series of spells which use the word 'locomotor' for moving objects around. Usually the objects name is part of the incantation. Parvati and Lavender practice these as they get ready for their O.W.L.s (OP31).These probably include *Locomotor* spells.

***Locomotor***. (lo-co-MO-tor)

*"loco" L. from a place + "motionem" L. motion*

Moves an object. Typically, the spell word "Locomotor" is followed by a target word, which is the object to be moved (e.g. "*Locomotor* trunk!") (OP3, 26, DH30).


***Locomotor Mortis*** (lo-co-MO-tor MOR-tis)

"Leg-Locker Curse"

*"loco" L. from a place + "motionem" L. motion + "mortis" L. death*

Locks together the legs of the victim, making him or her unable to walk (PS13).


## London

Located in southeastern England, London is one of the largest and most famous cities in the world.  For Muggles, it is the center of British commerce and government, and for wizards and witches things are no different. London is the location of the Ministry of Magic, St. Mungo's Hospital, and the Museum of Quidditch.  It is also where Grimmauld Place is, near King's Cross Station (OP10).


## Longbottom, Alice

Wife of Frank and an Auror as well. Alice is a round-faced woman; her son Neville looks a lot like her. Her hair is wispy and gray. Just after the first fall of Voldemort in 1981, she was tortured by Bellatrix Lestrange and a group of Death Eaters and driven insane. Alice is currently at St. Mungo's, in Ward 49. She doesn't recognize her son, although she does realize that he is someone she likes and gives him bubble gum wrappers for gifts. Gran, Frank's mother, thinks of them as rubbish, but we get the feeling that Neville would save every single

one if he could (OP23). Alice, along with her husband, was a member of the original Order of the Phoenix. They escaped Voldemort three times (OP9).


**Longbottom, Augusta "Gran"**

Neville's grandmother who is raising him in the absence of his parents. She is a forceful, strong woman who wears green robes, a fox-fur scarf, a distinctive hat topped with a stuffed vulture, and carries a large red handbag (PA7). Neville loves her, but he's a bit scared of her as well. She is Frank's mother and she treats both Neville and his parents very unsentimentally. When Alice gives Neville a bubblegum wrapper, Gran dismisses it and tells Neville to throw it away. The boy pockets it, however. Neville came into his own after joining the D.A., and Augusta was quoted in the *Daily Prophet* saying very positive things about him. In the spring of 1998, Death Eaters sent Dawlish to try to take her into custody. It didn't go so well for Dawlish. As a result, a few weeks later Dawlish was still in the hospital (DH29) while Gran fought in the Battle of Hogwarts (DH31).


**Longbottom , Frank**

Auror, popular in the Wizarding World, who fought against Voldemort and his supporters during the 1970s. He and his wife were captured by Death Eaters shortly after the fall of Voldemort (c.1981). They were subjected to the Cruciatus Curse in an attempt to force them to tell where the defeated Dark Lord had fled to (GF30). They were driven insane and are now at St. Mungo's Hospital for Magical Maladies and Injuries. They do not even recognize family members. (GF31, OP23). Frank and Alice were members of the original Order of the Phoenix (OP9).

**Longbottom, Grandfather**

Under interrogation, Neville tells Umbridge that he can see Thestrals because he saw his Grandad die (OP21).


**Longbottom, Harfang**

On the Black Family Tree, Harfang Longbottom married Callidora Black, daughter of Arcturus Black. No dates for Harfang, but Callidora was born in 1915 and appears to still be alive (no death date) (BFT).

*In the Chronicles of Narnia, the House of Harfang was the large (even by giant standards) castle of a clan of Northern Giants.*


**Longbottom, Neville**

(b. July 30, 1980; Gryffindor 1991)

Neville is the son of Frank and Alice Longbottom, famous and well-liked Aurors who were tortured into madness by the Death Eater Bellatrix Lestrange. The Longbottoms are one of the few pureblood families in the Wizarding world. Neville is a staunch friend of Harry Potter's, and a true Gryffindor.  Neville is described as "round-faced" and he looks like his mother (OP23).

   A Gryffindor, but Neville's bravery is a different sort than Harry's. It is the bravery of children who keep trying even though they have repeatedly failed in the past. It is the bravery of the unpopular child who never succumbs to peer pressure, even from friends. And it is the bravery of a person who doesn't parade their personal tragedies even when it might make their

life easier. Even during his most embarrassing blunders, Neville maintained a quiet dignity that eventually made him an effective leader. When Dumbledore awarded last minute points to Gryffindor their first year, he saved Neville's for last, making him the hero breaking the tie with Slytherin and winning the House Cup for Gryffindor (PS17).

After his parents were institutionalized when he was an infant, Neville was raised by his grandmother Augusta. She and the rest of his extended family worried that Neville was a Squib (a non-magical child of a wizarding family) because he showed so little aptitude for magic (PS7). Once at Hogwarts, this did not improve. Neville was rather forgetful and often had serious trouble performing magic; it didn't help that Professor Snape relentlessly singled Neville out for ridicule. While broom-flying (PS9) and Potions were problems, Neville excelled at Herbology. Perhaps his ineptness was compounded by using a hand-me-down wand, his fathers. After it was broken during the Battle of the Department of Mysteries, he got a new one from Ollivander, cherry and unicorn hair, perhaps the last one Ollivander sold before being abducted by the Death Eaters (HBP7).

Neville's turning point came when he joined Dumbledore's Army during his fifth year at Hogwarts. Under Harry's patient tutelage, Neville gained confidence and mastered quite a few Defense Against the Dark Arts spells. Mere months later, Neville, along with Luna, Ginny, Hermione, Ron and Harry took part in the running battle in the Department of Mysteries against a band of Death Eaters that included his nemesis Bellatrix Lestrange. Although Neville was wounded, in the end he was the only other student left standing besides Harry (OP35). He also fought bravely a year later when Hogwarts itself was infiltrated by Death Eaters and their minions (HBP28).

Naturally, it was Neville who protected the weak and led the resistance at Hogwarts while Harry, Ron and Hermione were hunting Horcruxes. He remembered how Harry's dogged assertiveness gave others hope and encouraged the same thing amongst the beleaguered students. Neville's Gran, who had always shown little faith in him, sent a letter saying she was proud of him (DH29). In the final battle at Hogwarts, it is Neville who utterly defied Voldemort ("I'll join you when hell freezes over"), drew Gryffindor's sword from the hat, and slew Nagini – the last Horcrux (DH36).

Neville eventually became the Herbology professor at Hogwarts (BLC).

The prophecy: Harry and Neville were born one day apart to parents that repeatedly resisted Voldemort, so initially, both boys could have been the child of Trelawney's prophecy. *"The one with the power to vanquish the Dark Lord approaches ... Born to those who have thrice defied him, born as the seventh month dies."* However, it was Harry that Voldemort marked, and Harry that was the Chosen One (JKR).

**long goal**

A Quidditch goal shot from well outside the scoring area. The Vrasta Vultures are known for this (QA8).

**Lord Voldemort (Tom Marvolo Riddle)**

*See* VOLDEMORT

**Loser's Lurgy**

Luna suggests that Zacharias Smith is suffering from this (probably imaginary) ailment during her commentary on the Quidditch match (HBP19).

**Love Potion**

*ingredients: may include frozen Ashwinder eggs (FB)*

Does not really cause the person who drinks it to fall in love with someone, as it is impossible to manufacture or imitate love. A love potion simply causes the drinker to develop a powerful infatuation or obsession with the target (HBP9). The duration of the effects of a love potion vary depending on such factors as the weight of the person drinking the potion and the attractiveness of the person with whom the potion is supposed to make the drinker obsessed (HBP6). The effects of a love potion wear off naturally over time, but can be renewed by administering further doses of potion (HBP10). A love potion can be administered so that the consumer becomes obsessed with the target even if the target is not present when the love potion is consumed (HBP18). The effects of an item spiked with love potion can strengthen the longer the item is kept before consumption (HBP18). After an antidote to a love potion is consumed, it seems that the drinker does not forget what he or she did while under its influence, which can be terribly embarrassing (HBP18).

**Lovegood, Mrs.**

(d. circa 1990)

Married to Xenophilius, the editor of *The Quibbler*, Mrs. Lovegood is the mother of Luna, who says she was "a quite extraordinary witch" who liked to experiment. Killed when one of her

spells went badly wrong; Luna, who saw the accident happen, was nine years old at the time (OP38). Mrs. Lovegood looked something like her daughter (DH21).


**Lovegood, Luna**

 (b. 1981; Ravenclaw 1992; Dumbledore's Army)

Luna Lovegood is a witch in Ginny's year who is considered a bit weird by her classmates. She comes by this reputation honestly: Luna simply isn't like the other kids at all. She dresses unusually, she proclaims her strange beliefs openly, and in some ways she seems to be completely out of touch with what's going on around her. She has a somewhat bizarre sense of appropriate social behavior. For example, for a Quidditch match where the students wave banners and wear rosettes in team colors, Luna sports a hat with a life-sized lion's head on it which roars very realistically (OP19). While commentating a match she ignored such mundane things as the score and speculated on possible ailments afflicting the players (HBP19).

Luna takes after her father in having a very open mind and consequently a number of unusual beliefs. Luna also has some unusual habits: putting her wand behind her ear for safekeeping, wearing odd items as jewelry such as a necklace of butterbeer corks and radishes for earrings. As it turns out, the "radishes" are Dirigible Plums, which the Lovegoods cultivate and believe to "enhance the ability to accept the extraordinary" (DH20).

Luna is often the butt of jokes. Her peculiar habits and odd beliefs make her the target of teasing and ridicule. She is called Loony Lovegood behind her back. Others steal her possessions all through the year and she is forced to put up notices on the last day of term, asking for her things back. Through it all, Luna is surprisingly patient and accepting. She doesn't fight back or even seem to notice, although she is certainly aware of much of the

teasing. She knows that her nickname is Loony, for example, but mentions it to Harry in a very matter-of-fact way (OP38).

Harry met Luna for the first time aboard the Hogwarts Express on September 1, 1995. He, Ginny, and Neville shared a compartment with her on the train (OP10). She was reading a copy of The Quibbler magazine upside down. She informed the others that her father is the editor of The Quibbler, a magazine which most in the Wizarding World consider a joke. She laughed a little too loud; she stared at the other kids, and generally made an odd traveling companion. Harry privately thought, when Cho happened by their compartment to say hello, that he would much rather have been sitting with "cooler" kids than Luna and Neville.

Luna has straggly, waist-length, dirty blonde hair, very pale eyebrows and protuberant eyes that gave her a permanently surprised look (OP10).

Luna can see Thestrals (OP10), having witnessed her mother's death when she was nine (OP38). Harry was unsure about her, especially when it turned out that she was the only one that he knew who could see the Thestrals. She told him that he was as sane as she was, which wasn't all that comforting to hear. Over the course of the year, Luna proved to be a faithful friend to Harry and his friends. She supported the Gryffindor team against every other house except Ravenclaw. She took a stand in favor of believing Harry in front of a group of other fourth and fifth year students. She joined the DA and worked hard. That training paid off in the Battle of the Department of Mysteries, during which she fought bravely against the Death Eaters in June 1996 -- the only non-Gryffindor member to do so (OP35).

Perhaps Luna's greatest moment, however, came at the very end of the school year. Harry was suffering terribly from the loss of his godfather and he spent a frantic few hours trying to find some way to contact Sirius. He tried methods similar to séances and contacted ghosts to try

to talk to the dead but found comfort in none of these things. When Luna encountered Harry, she spoke of the comfort which she has in knowing that she will see her dead mother again, which brought true comfort to Harry (OP38). Just like being able to see Thestrals, Luna and Harry both heard whispers from behind the veil in the Department of Mysteries (OP35).

Interestingly, Luna seems to be more serene and composed than most of her peers. She often stares off into the distance and seems detached from what is going on around her. Her deeply-held beliefs, although not understood or accepted by those around her, do give her a certain dignity. By the end of the 1995-1996 school year, she was much more accepted as a friend and comrade by Harry, Ron, and Hermione.

Luna lives with her father Xenophilius Lovegood, in a house shaped like a "rook" or round castle, near Ottery St. Catchpole. The interior is decorated eccentrically as one would expect from Luna, with bright paintings on everything. On her bedroom ceiling she painted pictures of Harry, Ron, Hermione, Ginny, and Neville's faces and entwined them with a golden chain of the repeated word "friends". This touched Harry deeply (DH20).

Her mother was a "quite extraordinary" witch who loved to experiment. When Luna was nine years old, one of her mother's spells went rather horribly wrong and she was killed. Luna still misses her terribly sometimes, but she finds comfort knowing that she'll see her again one day in the afterlife (OP38).  Luna resembles her mother (DH20).

Luna came into her own during her sixth year at Hogwarts. With Harry, Ron, and Hermione gone from school, she joined Ginny and Neville to revive the D.A. and resist the Death Eaters' influence at Hogwarts. She was kidnapped on the Hogwarts Express on her way home for the Christmas holidays (DH25) because of what Mr. Lovegood had been writing in The Quibbler, and imprisoned in the cellar at the Malfoy Mansion along with Ollivander. She was helpful in

their efforts to escape the Malfoy Mansion, and then fought bravely, again, at the Battle of Hogwarts (DH31).

After leaving Hogwarts, Luna goes on to become a very famous wizarding naturalist, studying new species of cratures and marrying a fellow naturalist, named Rolf, a grandson of the great Newt Scamander (BLC).

It was Luna who suggested the lost diadem of Ravenclaw might be the remaining Horcrux (DH29). She was fond of reciting the phrase that is inscribed on the diadem: "Wit without measure is man's greatest treasure." Perhaps in Luna's case, the phrase would be better quoted as "Wit and faith and love are man's greatest treasure. (OP10)" Luna possesses all of these without measure and has proven to be a treasure indeed.


**Lovegood, Xenophilius**

Editor of *The Quibbler*, father of Luna Lovegood; widower since c. 1990. Unusually open-minded, to the point where The Quibbler is not taken seriously, he agreed to publish Rita Skeeter's exclusive interview giving Harry Potter's version of the events surrounding Voldemort's return in June 1995 (OP25). After the Ministry of Magic and the *Daily Prophet* changed their tune about Voldemort's return in June 1996, Mr. Lovegood sold the interview to the *Daily Prophet* for a very good price. Later, during Voldemort's second rise in the Wizarding World, *The Quibbler*'s editorial policy was to steadfastly support Harry, to impress upon the Wizarding World that it's everyone's first duty to help Harry.

He appears to be something of a naturalist, because he apparently used the money from the sale of the Harry Potter interview to *The Daily Prophet* to finance a trip to Sweden with his daughter to try to catch a Crumple-Horned Snorkack (OP38), and in general his magazine

seems to expend a lot of effort on stories about—unusual—magical beasts. He obtained what he believed to be the horn of a Crumple-Horned Snorkack, "an enormous, gray spiral horn, not unlike that of a unicorn." Hermione recognized that this horn was in fact an Erumpent horn, a "Class B Tradeable Material" prone to "explode at the slightest touch."
Unfortunately, Hermione was right; a poorly-aimed Stunning Spell from Xenophilius hit the Erumpent horn, setting off an explosion that demolished his home.

It is from the mouth of Xenophilius that we first hear of the Deathly Hallows, identified as such (DH20). Harry, Ron and Hermione go to visit Mr. Lovegood a couple of days after Christmas, 1997, to ask him to explain the symbol he was wearing on his egg-yolk-colored cloak at the wedding of Bill Weasley and Fleur Delacour, and which Viktor Krum denounced as "Grindelvald's sign" (DH8). Mr. Lovegood explained that the symbol, an eye circumscribed by a triangle with a single vertical line through it, was worn by believers in and seekers of the Deathly Hallows to identify themselves to one another (DH21). He encourages Hermione to read aloud from the book *The Tales of Beedle the Bard*, her inheritance from Dumbledore, the "*Tale of the Three Brothers*," which sets forth the myth associated with the Deathly Hallows. An in-depth discussion amongst the Trio and Xenophilius ensues about the three Deathly Hallows, their nature, provenance and possible locations.

Xenophilius' daughter, Luna Lovegood, was kidnapped on the Hogwarts Express on her way home for the Christmas holidays (DH25) because of what Mr. Lovegood had been writing in *The Quibbler*. She was imprisoned in the basement of the Malfoy mansion. In an attempt to ingratiate himself with her captors and secure his daughter's release, Xenophilius summoned Death Eaters to his home hoping to exchange Harry for his daughter. The Death Eaters Travers and Selwyn failed to capture Harry, Ron and Hermione, and before the Trio's escape Hermione

used the *Obliviate* charm to wipe Mr. Lovegood's memory of their visit, in anticipation of his likely interrogation by the Death Eaters.

Hermione devised for the Trio a plan of escape that allowed the Death Eaters a glimpse of Harry before they Disapparated out of the ruins of Mr. Lovegood's home. Hermione hoped that the glimpse of Harry would convince the Death Eaters they had not been summoned to the Lovegood home on a wild goose chase, and therefore inspire their leniency towards Xenophilius. Mr. Lovegood ended up captured and imprisoned, as confirmed on *Potterwatch*, likely incarcerated in Azkaban, a repository for Voldemort's enemies since his take-over of the Ministry of Magic, and subsequently released at Voldemort's fall.


**Lovegood House**

Located in the hills near Ottery St. Catchpole, the Lovegood house looks something like a castle tower, tall and black. The cluttered rooms inside are circular and have been painted with colorful designs of flowers and insects. A wrought-iron staircase runs up the center of the tower, connecting the rooms. The ground floor is the kitchen. The first floor is a combination living room and workplace, the next above that is Luna's bedroom, which she had decorated with five portraits of Harry, Ron, Hermione, Ginny, and Neville (DH21).


**Loxias**

A dreadful fellow, Loxias once owned the Elder Wand after killing Barnabas Deverill. He was defeated by one of two wizards, Arcus or Livius, and the bloody history of the wand stops there (DH21).

**Ludicrous Patents Office**

This office is part of the Department of Magical Games and Sports and is located on Level Seven of the Ministry of Magic (OP7).


**Lufkin, Artemisia**

(1754 - 1825)

First witch to become Minister for Magic, serving from 1798-1811 (fw).


***Lumos*** (LOO-mos)

*"lumen" L. light*

Causes a small beam of light to shine from the end of the caster's wand (CS15).


**lunascope**

Some kind of astronomical model or instrument which shows the phases of the moon.

Dumbledore kept a lunascope in his office (OP37). Invented by Perpetua Fancourt (fw).


**Lupin, Nymphadora**

See Tonks, Nymphadora


**Lupin, Remus John**

(1960 – 1998; Gryffindor. 1971; Prefect, 1975; Order of the Phoenix)

Harry, Hermione and Ron saw Professor Remus J. Lupin for the first time on the Hogwarts Express, wearing extremely shabby wizard's robes. He looked ill and exhausted; Ron observed,

"He looks like one good hex would finish him off." But Lupin is a capable wizard. He drove one of the dementors of Azkaban from the compartment and earned Madam Pomfrey's approval for having given the students chocolate to help them recover from the shock (PA5).

Professor Lupin's classes gave the students their first true experience with Defense Against the Dark Arts and Dark Creatures. His teaching style, building confidence with knowledge with kindness and humor, made his classes the most popular (PA7). To assist Harry with the dementors, Remus Lupin taught him the Patronus Charm, working with Harry one-on-one to help him develop the skills necessary to use this difficult spell (PA12). He spent time with Harry, becoming a mentor and a friend. Perceptive and even-tempered, Lupin deflected Snape's hatred and gave poor Neville Longbottom his first moment of glory when facing the Boggart. The truth of Professor Lupin's illness continued to elude all except Hermione, who, after Lupin disrupted the confrontation between Harry and Sirius Black in the Shrieking Shack, exposed Lupin as a werewolf (PA18). Thoughtful and introspective, Lupin revealed some of his own difficult life and the history of the group of friends which included James Potter and Sirius Black, and of the Marauder's Map (PA18) . James called Lupin's affliction his "furry little problem." (HBP16).

Harry learned that Professor Lupin is "Moony", one of the creators of the Marauder's Map. To prove the truth of their story, Remus and Sirius forced Peter Pettigrew (Scabbers) to return to human form and the sad story of Pettigrew's betrayal of Lily and James Potter unfolded (PA18). But racing to the rescue, when the map showed Sirius Black dragging Ron and Peter into the Whomping Willow with Hermione and Harry in pursuit, Remus had forgotten the Wolfsbane Potion, so that when he later transformed he was subject to uncontrolled dementia. Pettigrew escaped into the woods and Harry used the Patronus Charm to save Sirius, Hermione

and himself from the dementors (PA20). Concerned for the safety of the students, Remus Lupin resigned and left Hogwarts. Since Lupin left Hogwarts he hasn't appeared to have steady work; however during the fall and winter of 1996 (HBP15) he was working for the Order of the Phoenix, trying to infiltrate the normally secretive community of werewolves, led by Fenrir Greyback, the werewolf that bit Remus as a small child (HBP16).

As they spend time together working for the Order, Lupin and Tonks begin to develop a romantic relationship. Lupin resists, worried that he would be condemning her to a life as an outcast. When Bill Weasley is disfigured during the Battle of the Tower, but Fleur fiercely proclaims that it doesn't matter, Tonks confronts Lupin and tells him that Lupin's condition shouldn't matter for them either. He eventually relents, and he and Tonks are married in the summer of 1997 in a private ceremony (DH1).

Lupin struggles even after they are married with the consequences of the decision. Tonks becomes pregnant, making the situation even more difficult for him, worrying that the baby will be a werewolf too. Finally, Lupin meets Harry, Ron, and Hermione at Grimmauld Place and offers to come with them. Harry tells him off, calling him a coward for abandoning his family, and Lupin storms out. In the end, Lupin stays with Tonks. He joins Lee Jordan and others in broadcasting the *Potterwatch* radio show to spread the truth about what's going on; Lupin's code name is Romulus (DH22). When his son is born, Lupin celebrates with the rest of the Order members at Shell Cottage.

In the final climactic Battle of Hogwarts, Lupin joins the fray, leaving Tonks and baby Ted with her mother. Tonks can't stand to be far from the action, however, so she also arrives at Hogwarts. As the battle rages, Lupin is killed by Dolohov and Tonks is killed by Bellatrix (DH36, BLC).

**Lupin, Teddy**

(b. 1998; Hogwarts, 2009)

Son of Lupin and Tonks (DH11). Apparently from the photos, he's a metamorphmagus like his mother, since his hair keeps changing colors (DH25). Teddy's parents and his grandfather (Ted, who he is named after) were killed in the Second War and Teddy was raised by his mother, Andromeda Black Tonks (BLC). He is a frequent visitor to Harry and Ginny Potter's house. After Hogwarts, he becomes romantically involved with Victoire Weasley, the daughter of Bill and Fleur (DH/e).

**Luxembourg**

A tiny European country sandwiched between France, Germany, and Belgium, Luxembourg had a Quidditch team that slaughtered Scotland's team in the World Cup playoffs of 1994, according to Charlie Weasley (GF5). Bigonville, the home of the Bombers, is also located in Luxembourg.

**Lynch, Aidan**

Irish National Quidditch Team Seeker for the 1994 World Cup (GF8).

**M**

**MacBoon**

Family that, according to legend, was transformed into the Quintapeds ("Hairy MacBoons")

that now roam the Isle of Drear (FB).

**Macdonald, Magnus "Dent-Head"** http://www.hp-lexicon.org/quidditch/quidditch.htmlhttp://www.hp-lexicon.org/quidditch/q_teams.html

Spearheaded a campaign to reintroduce the violent game of Creaothceann in the 1960s, but the effort failed. Good thing, really (QA2).

**MacDonald, Mary**

(Hogwarts, 1970s)

Student at Hogwarts at the same time as Lily Evans and Severus Snape. She was allegedly attacked with Dark Magic by Mulciber while at school, outraging Lily (DH33).

**MacDougal, Morag**

(Hogwarts, 1991)

A young witch or wizard who was Sorted as a member of Harry's class (PS7). According to an early list of Harry's classmates that Rowling displayed during an interview, Morag's name may originally have been Isabel MacDougal. If so (and this document can't really be considered canon), she is a Ravenclaw student from a pure-blood family (HPM).

**MacFarlan, Hamis**

http://www.hp-lexicon.org/quidditch/quidditch.html

Captain of the Montrose Magpies from 1957 to 1968, after which he became the Head of the Department of Magical Games and Sports (QA7).

**MacFusty clan**

Family of wizards who live in the Hebrides Islands and traditionally care for the Hebridean Black dragons of the islands (FB).


**Mackled Malaclaw**

A creature of the shore and coastline, resembling a lobster. The malaclaw's bite gives the victim bad luck for up to a week (FB).


**Macmillan, Ernie**

(b. 1980; Hufflepuff, 1991; Prefect 1995; Dumbledore's Army)

Though sort of a pompous fellow, Ernie's heart and loyalties are in the right place. Harry first met him in his second year, when Ernie took the lead among the Hufflepuffs in attempting to protect Muggle-born Justin Finch-Fletchley (CS11). Although at first he believed Harry to be the Heir of Slytherin, Ernie saw reason when Hermione was Petrified, and gave Harry a public apology, which was accepted (CS15).

Ernie became a prefect in his fifth year, together with his close friend Hannah Abbott (OP10). At the beginning of that year, when the Daily Prophet's smear campaign was at its height and Umbridge was torturing Harry in nightly detentions, Ernie spoke up very loudly and publicly in support of Harry and Dumbledore, in front of a grateful Harry (OP13). Ernie later suited action to words and joined Dumbledore's Army (OP16), even joining the group that cursed Malfoy on the Hogwarts Express at the end of the year (OP38). He later fought in the

Battle of Hogwarts, leading the crowd that wanted to stay at school and fight (DH31) and helping save Harry's life with a Patronus (Ernie's was probably the boar) (DH32).

**MacMillan, Melania**

(1901-1991)

Wife of Arcturus Black, and Sirius Black's paternal grandmother (BFT).

**Macnair, Walden**

A Death Eater who sports a black moustache. In the years between the first and second wars against Voldemort, Macnair worked as an executioner of dangerous creatures for the Ministry of Magic (PA16, PA21, GF33). The summer after Voldemort's return, he sent Macnair to liaise with the giants; his attempts went somewhat better than Hagrid's (OP20). According to a (non-canon) planning chart for Order of the Phoenix, Macnair was the one visiting Bode at St. Mungo's on Christmas Eve (JKR). It seems likely, then, that Macnair was the "friend" who brought Bode the Devil's Snare that killed him (OP25).

Macnair participated in both the Battle of the Department of Mysteries (OP38) and the Battle of Hogwarts (DH36). He didn't seem particularly successful in either case, ending up with a wand jabbed into the eyehole of his mask (OP38) and crumpled on the ground of the Great Hall, having been thrown into a wall by Hagrid (DH36).

**Madam Malkin's Robes for All Occasions**

A Diagon Alley shop next door to Flourish and Blotts, and the primary seller of Hogwarts school robes (PS5). Harry has a knack for running into Draco Malfoy here, much to Madam

Malkin's dismay (HBP6). During one summer sale, the store sold robes which were spangled, self-ironing, beautifying, slimming, fattening, lengthening, temperature-adjusting, and plain, and offered a free frog-skin belt with every purchase (DP1).

**Madam Primpernelle's**

Located at 275 Diagon Alley, this company brews Beautifying Potions. They recently advertised in the *Daily Prophet* classifieds, looking for a Junior Potion mixer (DP).

**Madame Puddifoot's Tea Shop**

A small, cramped tea shop with decor on the tacky side of frilly (such as floating golden cherubs throwing pink confetti), located just off High Street in Hogsmeade. The only Hogwarts students who seem to patronize the place are trysting couples. Cho suggests it for her Valentine's Day date with Harry; somehow, he never seems to develop a desire to return (OP25).

***Madcap Magic for Wacky Warlocks***

One of the books that Harry, Ron, and Hermione examined while preparing for the second task of the Triwizard Tournament (GF26).

**Maddock, Alasdair** http://www.hp-lexicon.org/quidditch/quidditch.htmlhttp://www.hp-lexicon.org/quidditch/q_teams.html

Chaser for the Montrose Magpies who gets a bit over-interested in Muggle sports. Following

attempts to dribble the Quaffle like a basketball and hit the Quaffle with his head like a football player, he was discharged from the team (DP).

**Madley, Laura**

(Hufflepuff, 1994)

A girl sorted during Harry's fourth year (GF12).

**Maeve, Queen**

Medieval witch from Ireland who trained young witches and wizards there before the establishment of Hogwarts (fw).

**manager of Flourish and Blotts**

A much-put-upon wizard who has to deal with books assigned by Hogwarts teachers, like the Invisibile Book of Invisibility ("cost a fortune, and we never found them") or the Monster Book of Monsters, which spent the summer attacking him and each other. He comes across as honest, recommending once that Harry not buy a book he's looking at on Death Omens (PA4).

**Mafalda**

*A character who never appeared in the books, though Rowling originally wrote her to be in GF. Mafalda was a Weasley cousin, a Slytherin, who came to stay with the Weasleys for a summer. She was quite annoying, though an intellectual match for Hermione (JKR).*

**Magic**

Magic is what sets folks in the wizarding world apart from their Muggle neighbors. Magic is the heart and soul of the wizarding culture in the same way that science and technology are the heart and soul of Muggle culture. Where a Muggle would pound a stake into the ground using a sledge hammer (a simple machine), a wizard would use a wand. Both the Muggle and the wizard view their choice of tool as completely and utterly logical and ordinary, although each would find the other's tools fascinating and even mysterious.

The basic concepts of magic are fairly simple -- even a two-year-old wizard can do some form of magic -- but the inherent power and potential for misuse are great indeed. It is for this reason that promising young witches and wizards are sent off to Hogwarts and other schools of magic to refine their craft and learn the art and responsibility of their power. At Hogwarts, students learn a variety of magical specialties as well as general theory and the history of magic in their world.

There are five fundamental branches of magic taught at Hogwarts: Charms, Herbology, Potions, Transfiguration, and the Dark Arts (taught at Hogwarts as "Defense Against the Dark Arts"). Other branches we know of include Arithmancy, Divination, Legilimency, medical magic, Magizoology, and Occlumency (PS8, OP31, see individual entries for more references).

**Magi-Me-More**

A pill that is advertised as making a wizard feel younger, improving their power and concentration. Thank goodness for Healer's warnings, though: "Side effects include dizziness, vomiting, and tusks." Pays to read the fine print sometimes (JKR).

**'Magic is Might'**

Slogan adopted by the Voldemort-controlled Ministry of Magic in 1997 to justify the oppression of Muggles and Muggle-borns. A huge black stone statue in the Ministry atrium paid homage to this idea, depicting a witch and wizard sitting on a throne made from suffering, naked Muggles in their "rightful place" (DH12).

**Magical Accidents and Catastrophes, Department of**

A Ministry department, located on level three of the Ministry of Magic, that includes the Accidental Magic Reversal Squad, Obliviators, and generally anyone who deals with breaches of the Statute of Secrecy (DH23).

*Magical Drafts and Potions*

by Arsenius Jigger

On the booklist for Hogwarts first-years in 1991 (PS5)

**Magical Equipment Control**

A ministry department that once issued a warning about sub-standard wands, which were sold by a street peddler named "Honest Willy" Wagstaff (DP).

*Magical Hieroglyphs and Logograms*

Book that Hermione sits reading in the common room during her fifth year, most likely for Ancient Runes (OP26).

**Magical Games and Sports, Department of**

Formed in the wake of the Statute of Secrecy in 1692, to oversee Quidditch regulations and ensure that the sport did not attract Muggle attention (QA5); among other things they oversee Quidditch rules and penalties, and set up anti-Muggle precautions on Quidditch pitches (QA6). The department was once overseen by Hamish MacFarlan (QA7) but more recently was led by Ludo Bagman (GF7). It helped organize the Quidditch World Cup and the Triwizard Tournament, along with the Department of International Magical Cooperation (GF7, GF12). Other sports are also overseen by this Department, but let's face it, what's Gobstones compared to Quidditch?

**Magical Law Enforcement, Department of**

The largest department in the Ministry of Magic (FB), headed once by Barty Crouch, Sr. (GF27) and more recently by Amelia Bones (OP8), Pius Thicknesse (DH1), and Yaxley (DH12). All other departments within the Ministry, with the exception of the Department of Mysteries, are more or less answerable to it (FB). The department essentially fills the purpose of Muggle police, military, intelligence, and courts, and its head is something of a "number two" in the Ministry, to the Minister of Magic himself.

   The Department of Magical Law Enforcement has six primary branches: Auror Headquarters, the Wizengamot, the Magical Law Enforcement Squad, the Improper Use of Magic Office, Magical Equipment Control, and Misuse of Muggle Artifacts (OP7, FB). After Voldemort's return to power it also created a new branch, headed by Arthur Weasley: the Office for the Detection and Confiscation of Counterfeit Defensive Spells and Protective Objects (HBP5). When the Death Eaters took over the Ministry, another new office was set up called the Muggle-Born Registration Commission, headed by Dolores Umbridge (DH13).

**Magical Law Enforcement Squad**

Headed at one time by Bob Ogden (HBP10), this squad is within the Department of Magical Law Enforcement and serves as a basic police force for the wizarding world. Among other positions, it employs Hit Wizards to handle dangerous criminals such as Sirius Black (PA11).

**Magical Maintenance**

An office that oversees the basic functions of the Ministry of Magic headquarters, including its windows (OP7, DH12). They've been known to make the weather hurricanes when they want a pay increase (OP7). The departments employees include Reg Cattermole (DH12).

*Magical Me*

by Gilderoy Lockhart

Lockhart's autobiography, which apparently had just come out in the summer of 1992, since he was doing book signings for it at the time (CS4).

**Magical Menagerie**

Diagon Alley pet shop where Hermione bought Crookshanks. The walls are covered with cages and the place is noisy with the sounds of all the animals. The proprietor is a witch who wears heavy black spectacles. She offers advice and sells things like rat tonic (PA4).

*Magical Theory*

by Adalbert Waffling

Required textbook for first-years, possibly for Charms (PS5).


**Magical Transportation, Department of**

Located on level six of the Ministry of Magic, this office regulates Portkeys, Brooms (OP7), the

Floo Network (OP27), and Apparition (GF6), among other things.


*Magical Water Plants of the Mediterranean*

Barty Crouch Jr., disguised as Mad-Eye Moody, gave Neville a copy of this book after the first

Defense Against the Dark Arts lesson of Neville's fourth year (GF14); it discusses gillyweed,

and Crouch hoped Neville would tell Harry about it and help him complete the second task

(GF35).


*Magick Most Evile*

A library book in the restricted section that refers to Horcruxes in its introduction, but only to

call them "the wickedest of magical inventions" and to say that the book will not speak of the

subject further. It let out "a ghostly wail" when Hermione slammed it shut in irritation

(HBP18).


**magizoology**

A branch of magic about which Newt Scamander is quite passionate (FB); at Hogwarts it's

taught in the form of Care of Magical Creatures classes (PA5).

**Magnolia Crescent**

"Several streets away" from Privet Drive (PA3), Magnolia Crescent is a street on which several of Dudley's friends probably live, as he bade them goodbye "at the entrance to Magnolia Crescent" when they were all walking home (OP1).

**Magnolia Road**

Also found in Little Whinging, Magnolia Road is on the opposite side of Magnolia Crescent from Privet Drive (OP1). On this street is a park, where Dudley and his gang have broken all but one of the swings, and where Harry once sat thinking about Sirius and Cedric (OP1).

**Magorian**

Acts as the leader of the Centaurs of the forest. He is not as rash as Bane, but he does not trust humans (OP30). After a great deal of hesitation, he decided, along with Bane and Ronan, to join in the Battle of Hogwarts and fight against the Death Eaters (DH36).

**Mahogany**

A wand wood that Mr. Ollivander used to make James Potter's first wand, which was "excellent for Transfiguration." That would have been of help to James as an Animagus (PS5).

**Maidenhead**

In a *Daily Prophet* story about out-of-control Hallowe'en celebrations, a Maidenhead barbecue is mentioned as an example of a wizarding party gone awry, as there were several loud

explosions and a vampire came, "showed an alarming interest in the neighboring Muggles' daughter, and was only persuaded back over the fence by the offer of a raw steak" (DP).

**Majorca**

A Mediterranean vacation spot where the Dursleys wanted to buy a vacation home (CS1) and where Petunia's friend Yvonne once vacationed (PS2).

**Malcolm**

(b. 1980)

Malcolm is one of Dudley's gang, which certainly tells you something about Malcolm (PS3, OP1).

**Malécrit**

Playwright who wrote "Hélas, Je me suis Transfiguré mes Pieds" ("Alas, I have Transfigured my Feet") (QA8)

*"malécrit" is French for "badly written"*

**Malfoy, Abraxas**

Draco's grandfather who died of dragon pox (HBP9).

**Malfoy, Draco**

(b. 5 June 1980; Slytherin, 1991; Quidditch Seeker 1992-1995; Prefect, 1995; Inquisitorial Squad)

Draco Malfoy is the son and only child of Lucius and Narcissa Malfoy and was a student at Hogwarts in the same year as Harry Potter. He is a rival of Harry, actively trying to undermine him in any way he can. Draco has white-blond hair and a pale, pointed face. He owns an eagle owl which made almost daily deliveries of sweets from home. Draco became the Slytherin Quidditch Seeker after his father made a generous donation of Nimbus 2001 brooms to the team (CS7).

Draco met Harry Potter for the first time at Madam Malkin's robe shop in Diagon Alley on July 31, 1991. Draco confided to Harry that he was planning on bullying his parents into buying him things he wanted, which reminded Harry strongly of his cousin Dudley. When Draco saw Hagrid through the window of the shop, Draco spoke disparagingly of him, calling him an oaf and a servant (PS5).

This attitude about other people put Harry off considerably. Those comments were followed by another intolerant speech about witches or wizards born of Muggle families. Aboard the Hogwarts Express, 1 September 1991, Draco introduced himself to Harry and suggested that Harry would be better served being friends with Draco than with Ron Weasley, whose family he obviously despised. He then held out his hand to shake Harry's, but Harry didn't take it, instead responding, "I think I can tell who the wrong sort are for myself, thanks." (PS6). These two events set the stage for a rivalry between the two boys which continued through every school year.

Draco was seldom seen without his two friends, Crabbe and Goyle, who were much larger than he and functioned as bodyguards. Their relationship was not a friendship between equals. Draco was clearly the leader and he seemed to look down on the other boys as being ignorant and slow (which is true). They served his purposes, however, and they gave Draco a sounding

board for his virulent speeches against Potter, Hermione Granger, and the Weasleys. He also employed them to do his dirty work on occasion.

Draco was constantly frustrated by the attention given to Harry. His father cautioned Draco that it is not prudent to seem to be an enemy of Potter, who everyone in the wizarding world considers to be a hero, but Draco finds it impossible to be friendly with Harry. Especially galling to Draco is the fact that Muggle-born Hermione Granger outperforms Draco in lessons and Harry out-flies him in Quidditch. The teachers seemed to give Potter a lot of leeway when it comes to rule-breaking. To top it all off, Harry is a celebrity whose picture appears in the *Daily Prophet* and who is treated in a familiar, friendly way by the Minister of Magic himself (at least he was, until the summer of 1995).

Draco is something of a whiner, or at least he is not above using a relatively minor injury to his own advantage. When a hippogriff slashed his arm in the fall of 1993, Draco used this as an excuse to skip a week's worth of lessons, to force other students to do his work for him, and to avoid having to play a tough Quidditch match in unfavorable weather (PA6). He is also not above using offensive or hurtful language to others, including the term "Mudblood" which is highly offensive (CS7).

It is difficult to determine Draco's relationship with his parents. He is certainly spoiled, judging by the way he bullied Lucius, his father, into buying him a racing broom and by the large amounts of sweets and other gifts he receives from home on an almost daily basis. His mother does care about him, enough anyway to nix the idea of his traveling far away to attend Durmstrang instead of Hogwarts (GF11), and she was frantic when she found out that Voldemort had a special plan in mind using Draco (HBP2). At the Quidditch World Cup, Draco was treated to a seat in the Top Box by his parents (GF8). His father is a Death Eater, and

apparently high up in Voldemort's ranks, and he councils and cautions his son in how to appear respectable in Hogwarts society but also how to advance the cause against Dumbledore. Lucius sends Draco press clippings which could prove useful in embarrassing or harassing Potter or the Weasleys (CS13). Lucius advised Draco, when the Chamber of Secrets had been opened in 1992-3, to keep a low profile and let the Heir of Slytherin get on with it.

He is a good student, although he wishes that Hogwarts actually taught how to perform Dark Magic, not just defend against it. He is a very capable Quidditch Seeker.

The 1996 imprisonment of Draco's father had a profound effect on his life. His father's failure to obtain the Prophecy from the Department of Mysteries infuriated Voldemort. Unfortunately for Draco, Voldemort's attention turned to Lucius' only son. Sometime after his 16th birthday, Voldemort gives Draco an assignment that no adult had been able to achieve: circumvent Hogwarts' security and murder Albus Dumbledore.

Draco initially appeared proud and cocky, but his mother secretly went to Snape and pleaded with him to protect Draco -- and to "carry out the deed that the Dark Lord has ordered Draco to perform" if it seems that Draco will fail (HBP2).

Later, we know that Draco was so frightened and isolated that he even sought solace from Moaning Myrtle (HBP21). Even Harry notices a difference: Draco is losing weight, paler and has dark circles under his eyes (HBP22). For all this time, having talked the talk, now Draco is being required to act on it and it is terrifying. (TLC) For Draco, the stakes were impossibly high: Voldemort would have his whole family killed if Draco failed. Even knowing that, Draco was unable to kill the Headmaster. Snape did the job for him, then grabbed Draco and escaped (HBP27).

Draco went back to Hogwarts for his seventh year, now a Death Eater and not particularly favored by the Dark Lord. His family was bullied and mocked, even while their home was being used as headquarters and as a prison. He had watched one of the teachers killed in front of him and then eaten by Nagini (DH1). What he got up to during that turbulent year is uncertain, but by the time he was home for his Easter holidays (DH23) and Snatchers captured Harry, Ron, and Hermione, he gave only half-hearted help in identifying his schoolmates. When the Death Eaters attacked the school, however, Draco stayed inside the castle to try to capture Harry Potter, probably to try to make up for all the other failings of his family. He, Crabbe, and Goyle caught up with Harry, Ron, and Hermione in the Room of Lost Things. In the ensuing confrontation, Crabbe wildly used magic he couldn't control, setting Fiendfyre loose. Draco and Goyle managed to make it to temporary safety while Crabbe was killed. Harry, on a broomstick, swung back and saved Draco's life just as the Fiendfyre was about to devour them (DH31).

After the Battle, when Voldemort was dead, the Malfoy family sat in the Great Hall together, unsure if they were welcome to be there, but ignored by the rest of the people gathered. Narcissa had aided Harry Potter in order to be able to get into the castle to save her son, and now she, Draco, and Lucius looked at a new world dawning before them, a new world where they might not fit in (DH36).

Things did change somewhat. Over the next nineteen years, Draco married and had a son named Scorpius (DH/e). He and Harry did not become friends, but they did develop a certain level of respect and understanding of each other (BLC).

*"Draco" is Latin for 'dragon'. "Malfoy" is French for 'bad faith'*

**Malfoy, Lucius**

(b. circa 1954; Slytherin 1965; Prefect, 1969)

Lucius was a Death Eater during Voldemort's first "reign of terror," however after the Dark Lord disappeared, Malfoy "came back saying he'd never meant any of it" (CS3). Lucius revived his old allegiances when Voldemort rose to power once again (GF9).  Lucius Malfoy used his position in the wizarding world to wield considerable power in the Ministry of Magic. When Fudge was minister, he acquiesced to Lucius, impressed with the "purity" of his wizarding blood and sizable sums of Galleons he donated.

His son Draco Malfoy was Harry Potter's archrival at Hogwarts. He remained staunchly against admitting non-pure-blood witches and wizards into Hogwarts and he used his influence (and money) to try to force changes there. He considered Dumbledore to be a very poor headmaster and even succeeded in getting him temporarily removed from that position (CS14).

He hatched a plan to interfere at Hogwarts by slipping an old diary of Lord Voldemort's into Ginny Weasley's school books. This indeed caused trouble when Tom Riddle, through the diary, used Ginny to open the Chamber of Secrets and unleash the Basilisk into the school, "petrifying" several students.  However Harry saved Ginny and destroyed the diary (CS17), which turned out to be a Horcrux.

The Malfoys had a house-elf named Dobby who was "bound to serve one house and one family forever" (CS2) until Harry tricked Lucius into releasing him (CS18).  Dobby became a devoted and helpful friend to Harry after that.

After retaking his place as a Death Eater on June 24, 1995, Lucius participated in the attack on Harry in the graveyard of Little Hangleton (GF33). That attack didn't go as planned but

Harry wasn't believed. Lucius then resumed his privileged position with respect to the Ministry, especially influencing Fudge (OP9).

Lucius led the Death Eaters in the battle in the Department of Mysteries, but failed to obtain the prophecy. He was captured and was sent to Azkaban (OP38). His failure at the Department of Mysteries infuriated Voldemort, so the Dark Lord developed a plan to use Lucius' only son Draco to kill Dumbledore, assuming that Draco would be killed in the attempt (HBP2). Harry believed that even though he is only sixteen, Draco was made a Death Eater to replace his father (HBP7) and he was correct.

Voldemort's power grew and he released the Death Eaters from Azkaban, including Lucius Malfoy. However, Lucius was in disgrace and the family was abused and mocked by Voldemort. The family home, Malfoy Mansion, became headquarters for the Death Eaters (DH1). The abuse of the Malfoys, especially when Voldemort forced Draco to torture other Death Eaters who had earned the Dark Lord's wrath, cause the Lucius and especially Narcissa to silently rebel. This came to fruition in the forest, after Voldemort had hit Harry with a Killing Curse. When Voldemort demanded to know if Harry was in fact dead, Narcissa knelt down next to Harry and asked him if Draco was still alive. When Harry said that he was, she lied to Voldemort and said that Harry was dead (DH36). Lucius, with his wife alongside, ran through the battles raging in the castle, calling for their son. Their only loyalty left was to their family, and in the end, they sat huddled together in the Great Hall, just glad to have survived.

Lucius has the same pale, pointed face and identical cold, gray eyes to his son Draco (CS4). Also like his son, he was a Slytherin prefect while at Hogwarts.

His wife Narcissa (Black) was a cousin to Sirius Black and sister to Bellatrix (Black) Lestrange and Andromeda (Black) Tonks.

Lucius' wand was Elm with a dragon heartstring core, but Lord Voldemort took it from him, and it was destroyed by Harry's wand (DH4) leaving him wandless.

*'Lucius'=common first name among Roman nobility; possible reference to Lucifer. Lucius was the name of a Roman emperor who fought against King Arthur in legend.*

*'Malfoy'=bad faith (RAH).*


**Malfoy Manor**

Located in southwestern England in Wiltshire (OP15), Malfoy Manor is a "sumptuously decorated," "handsome manor house" with extensive grounds (DH1). Draco Malfoy grew up here with his parents, Lucius and Narcissa, and their house-elf Dobby, until Dobby was freed in 1993 (CS18). At some point during his 1996-1997 ascent to power, Voldemort decided to begin using the Malfoy Mansion as a base for Death Eaters (DH1). He wasn't around much himself, but a number of Death Eaters stayed there and prisoners were kept in the cellar under the drawing room (DH1, DH23, DH26).

Harry, Ron, and Hermione had one of their many close brushes with Voldemort here in 1998; Harry and Ron were held in a cellar while Hermione was tortured, until they were rescued by Dobby, getting away just in time before Voldemort arrived (DH23).


**Malfoy, Mrs.**

Unnamed woman, married to Draco Malfoy. She is the mother of their son Scorpius. Given the Malfoys' prejudices, it's safe to assume that she's a pure-blood (DH/e).


**Malfoy, Narcissa Black**

(b. 1955; Slytherin, c. 1966; Death Eater)

Lucius' wife and Draco's mother; blonde, blue eyes, with a look on her face as if there were something smelly under her nose (GF8). Narcissa's father is a descendent of Phineas Nigellus Black. Her sisters are Bellatrix (Black) Lestrange and Andromeda (Black) Tonks. Draco wanted to go to Durmstrang instead of Hogwarts, but Narcissa didn't want him going to school so far away from home (GF11). Narcissa is presumably the source of the sweets and cakes Draco has delivered to him daily from home while at Hogwarts (GF13). A few weeks after her husband's imprisonment (OP38), Narcissa paid a visit to Severus Snape, her sister Bellatrix in tow (HBP2). There, she deliberately went against Voldemort's orders and told Snape that Voldemort intended to use Draco to strike at the heart of those opposing him. Narcissa is frantic with worry and pleads with Snape to "do it" instead of Draco. Snape offers to "help" Draco, but Narcissa insists on a vow -- an Unbreakable Vow:

- to "watch over my son, Draco, as he attempts to fulfill the Dark Lord's wishes?"
- to "protect him from harm."
- to "carry out the deed that the Dark Lord has ordered Draco to perform" if it seems that Draco will fail.

When Narcissa realized what Voldemort was intending—that Draco would die as punishment for Lucius' failure to recover the Prophecy, she altered her allegiance to some extent. Her number one priority became the survival of her family. Lucius was a broken man after Azkaban and the punishment the Dark Lord had meted out on him. Her son was terrorized. She became the strong one, holding them together as Voldemort used their home as his base of operations (DH1). Her change of loyalties came to a head in the Forest during the Battle of

Hogwarts. When Harry Potter was supposedly killed, she ran forward to see if he were really dead. She whispered to Harry, "Is Draco still alive?" When he said yes, she lied to Voldemort and said that Harry was dead (DH35). As the battle continued inside the castle, Narcissa and Lucius ran through the melee shouting for their son and not caring about anything else. After the Battle, they sat huddled as a family in the Great Hall. Narcissa had her victory.

*"Narcissa" is the feminine form of the name Narcissus of Greek mythology. Narcissus fell in love with his own reflection and died gazing at himself.*

**Malfoy, Scorpius**

(b. 2006; Hogwarts, 2017)

Son of Draco Malfoy, and similar to him in appearance (DH/e).

**Malkin, Madam**

Proprietor of a robe shop in Diagon Alley called Madam Malkin's Robes for All Occasions. She is a squat witch who is generally very friendly (PS5), though she becomes alarmed when wands are drawn in her shop (HBP6).

**mallowsweet**

Centaurs burn this, observing the fumes and flames to refine the results of their stargazing (OP27).

**Mandrake** (Mandragora)

A plant used to make Mandrake Restorative Draught, a powerful restorative returns people who have been Transfigured or Petrified to their original state (CS9). Mandrake seedlings are tufty little plants, purplish green in color, with what look like tiny babies growing where the roots would be (CS6). After several months they reach full maturity (evidenced by when they start trying to move into each other's pots), and can be used for potions (CS14). The cry of the Mandrake is fatal to humans – even as a baby, the howls can knock a person out for a couple of hours – so special care must be taken when growing them (CS6). Sprout led a charge in the Battle of Hogwarts of students in earmuffs, about to hurl Mandrakes over the walls (DH31).


**Manticore**

A sentient creature, capable of intelligent speech but classified as a beast due to violent tendencies. A manticore has a human-like head, a lion's body, and the venomous tail of a scorpion. Its skin repels virtually all known charms, so it is extremely difficult to subdue by magic (FB). In 1296, a manticore seriously wounded someone but was let off because no one dared go near it (PA11).


**maple**

A wand wood used on occasion by Ollivander; Harry tries a maple wand when he's purchasing his own, but it doesn't work well for him (PS5).

**Marauders**

Self-assigned nickname for James Potter, Sirius Black, Remus Lupin, and Peter Pettigrew, who wrote the Marauder's Map (PA17, HBP21).

**Marauder's Map**

A magical map of Hogwarts Castle that, when activated with the words "I solemnly swear that I am up to no good," shows the entire castle and grounds of Hogwarts, as well as the location of people within the school – a mischief-maker's best friend (PA10). When not in use, the map looks like a blank parchment, and if anyone who doesn't know the code tries to get it to reveal its secret, it scribbles insults instead – especially if it's Snape (PA14).

The map was created by Remus Lupin, Peter Pettigrew, Sirius Black, and James Potter during their years at Hogwarts, and was at some point confiscated by Filch, who didn't know how to activate it but guessed that it was a magical item of some power. The map was snatched from Filch's filing cabinet by Fred and George Weasley who put it to good use for years until they bequeathed it to Harry in December of 1993 (PA10). During the long weeks that Harry, Ron, and Hermione spent on the run, looking for Horcruxes, Harry used the map to stare at the little dot labeled "Ginny Weasley" and wonder if she could feel him thinking about her (DH16). After years of providing safety for Harry and for the D.A. (OP18), the map was stolen once again – this time out of Harry's desk by his son, James (BLC).

**Marchbanks, Madam Griselda**

http://www.hp-lexicon.org/images/wombat/wombat-cover.jpg(b. mid-1800s)

Elderly witch, head of the Wizarding Examinations Authority (OP31) and elder of the Wizengamot, although (together with Tiberius Ogden) she resigned the latter office in protest at the appointment of Umbridge as 'Hogwarts High Inquisitor' (OP15). Madam Marchbanks in June 1996 was tiny and stooped, her face so lined it appeared draped in cobwebs. She is at least a decade Dumbledore's senior, since when he was about seventeen, she was already working for the Wizarding Examinations Authority and personally administered his N.E.W.T.s (OP31).

**Marius**

Wizard bearing a Probity Probe in front of Gringotts who utterly failed to stop the break-in of the Lestrange vault or the break-out of the dragon (DH24).

**Marjoribanks, Beaumont**

(1742 - 1845)

Marjoribanks was a pioneer in the field of Herbology. He collected and classified many rare and magical plants. Marjoribanks is also credited with discovering Gillyweed, although Elladora Ketteridge had discovered it about a century earlier (fw).

**Mars Bars**

Harry's idea of a real treat – that is, until he visited the trolley on the Hogwarts Express and discovered wizarding sweets (PS6).

**Marsh, Madam**

An elderly witch who seems prone to motion sickness, but nevertheless braves the Knight Bus.

During Harry's first trip on the bus, Madam Marsh simply seemed queasy (PA3)., but two years later Harry rode with her once again and she became ill and vomited; she was let off first, which suited the other passengers just fine (OP24).

**Martha**

A Muggle girl working at Tom Riddle's orphanage, looking after various children who had chicken pox at the time of Dumbledore's first meeting with Riddle (HBP13).

**Masking Fog**

One of the methods used to hide Quidditch pitches from Muggles (DP).

**Mason, Mr. and Mrs.**

Builder and his wife, who were dinner guests of the Dursleys' on Harry's twelfth birthday – an unfortunate night for all parties involved (CS1). *Their surname refers to someone who works in brick and stone, fitting for a builder.*

**Mauritius**

Mauritius is a tiny island nation famous both in the Muggle and wizard worlds as the home of the Diricawl, which Muggles refer to as the dodo. Though Muggles believe that the bird died out over a century ago, wizards are aware of the Diricawl's ability to vanish at will, and so realize that the magical creatures still do, in fact, exist (FB).

**Maxime, Madam Olympe**

Headmistress of Beauxbatons Academy in France, respected both for her work at her job (GF29) and for her wizarding power (OP20). Though she's a half-giant with the height to prove it, she publicly denies her ancestry (GF23) and runs counter to all stereotypes of giants, as she dresses elegantly in silk and jewels, and is an excellent dancer (GF29). During her year at Hogwarts for the Triwizard Tournament, Madam Maxime became good friends with Rubeus Hagrid, and may have even shared his romantic interest in her, though whether her interest was genuine or a simple desire to get inside information on the Tournament was open to interpretation. Most likely, the truth fell somewhere in between (GF19, GF23, GF28).

Despite her hesitations to admit her giant heritage, Maxime agreed to go with Hagrid as an envoy to the giants in the summer of 1995. Though it was a rough journey, she managed it well (OP20). Madam Maxime also returned to Hogwarts in 1997 to attend Dumbledore's funeral, where she and Hagrid greeted each other warmly (HBP30).


**McBride, Dougal**

Seeker for the Pride of Portree, who lost a match to the Appleby Arrows when (according to McBride) Arrows seeker Gregory Cotton placed a Jelly-Fingers curse on him (DP).


**McClivert clan**

Archrival family to the MacBoons, headed by Dugald McClivert. According to legend they turned all of the MacBoons into Quintapeds, and were promptly wiped out by the ferocious monsters (FB).

**McCormack, Catriona** http://www.hp-lexicon.org/quidditch/quidditch.htmlhttp://www.hp-lexicon.org/quidditch/q_teams.html

Chaser/Captain for the Pride of Portree, led the team to two league wins in the 1960s. She played for Scotland thirty-six times. She has a daughter, Meghan, and a son, Kirley Duke (QA7).

**McCormack, Kirley**

(b. 1971)

Son of the famous Chaser Catriona McCormack, Kirley is lead guitarist for the Weird Sisters using (QA7). He goes by the stage name of Kirley Duke (fw).

**McCormack, Meghan** http://www.hp-lexicon.org/quidditch/quidditch.htmlhttp://www.hp-lexicon.org/quidditch/q_teams.html

Daughter of Catriona; currently plays Keeper for the Pride of Portree (QA7).

**McDonald, Natalie**

(Gryffindor, 1994)

*Hogwarts student (GF12) whose name comes from a Canadian girl who, when she was very sick, wrote to J.K. Rowling. Rowling wrote back and told her some of the secrets of the books to come, but Natalie had died by the time the letter arrived. Natalie's mother responded and she and Rowling have since become friends. Jo sorted Natalie into Gryffindor as a tribute (Mac).*

**McGonagall, Minerva**

(born c. 1925, Gryffindor c. 1937, Transfiguration professor beginning December 1956, Order of the Phoenix, Generally Awesome Person)

Still to come.

**McGonagall's office**

Located on the first floor of Hogwarts (PS15), with a window overlooking the Quidditch pitch (PA9). McGonagall also has a fireplace with a mantelpiece (CS18) that can be connected to the Floo Network (HBP18). She also keeps a tin of biscuits on her desk (OP12, OP19), tartan decorations, and more often than not these days, the huge silver Quidditch Cup (OP19).

**McGuffin, Jim**

Muggle weatherman on the evening news Vernon Dursley was watching on 1 November 1981 (PS1).

**McKinnon, Marlene**

(d. July 1981)

A member of the Order of the Phoenix in the 1970s, Marlene and her whole family were killed by Voldemort's supporters (PS4, OP9), including Travers (GF30), shortly before Voldemort's downfall (DH10).

**McLaggen, Cormac** http://www.hp-lexicon.org/quidditch/quidditch.htmlhttp://www.hp-lexicon.org/quidditch/q_teams.html

(Gryffindor, 1990; Substitute Quidditch Keeper, 1996)

A "large, wiry-haired youth" and member of the Slug Club. Has a famous "Uncle Tiberius" who was a favorite student of Horace Slughorn's (HBP7). During his seventh year Cormac tried out for Keeper of the Gryffindor Quidditch team, but was beaten out by Ron for the position when Hermione Confunded Cormac during the tryouts (HBP11). Cormac did not accept this defeat gracefully. In fact, he displays the downside of Gryffindor bravery: arrogance and foolhardiness. When he finally did get in a game, he was so busy telling everyone else what to do that he failed at his own job, and gave Harry a cracked skull to boot, losing the match for the team (HBP19).

**McLeod, Cormack**

Manager of the Montrose Magpies who fired his Chaser, Alasdair Maddock, when it became clear that his interest in Muggle sports was interfering with his play (DP).

**McTavish, Tarquin**

(b. 1955)

McTavish was "imprisoned for crimes against Muggle neighbor, who was discovered trapped inside McTavish's kettle" (JKR)

**Meadowes, Dorcas**

(died c. 1981; Order of the Phoenix)

Member of the Order of the Phoenix who was killed personally by Voldemort (OP9).

**Medal for Magical Merit**

Given to Tom Riddle fifty years ago. Since Tom was one of the brightest wizards ever to attend Hogwarts, this award may be one for achievement in academic studies (CS13).

**Medical magic**

Performed by Healers (OP22), or occasionally mediwizards (GF8) or witch doctors (DP), medical magic is an impressive branch of magic. There is one wizarding hospital in Britain, St. Mungo's Hospital for Magical Maladies and Injuries (OP22), in addition to a hospital wing at Hogwarts (PS8). Between these two places, we've seen broken bones healed (PS9) and regrown (CS10), teeth both shrunken (GF23) and regrown (DH5), the common cold instantly cured (CS8) and the deeply scarring power of thoughts overcome (OP38). Recent innovations also prevent werewolves from fully transforming (PA18), show some improvement even on patients with permanent spell damage (OP23), and help transfigure Hermione back from a life as a cat (CS13), and it's all done with treatments ranging from elaborate potions (OP38) to chocolate (PA5).

**Mediterranean Sea**

Somehow merpeople (including the Greek Sirens), the hippocampus and the sea serpent manage to live in this heavily trafficked sea undetected. The Mediterranean Sea is also the natural habitat of gillyweed, which we know because it's described in *Magical Water-Plants of the Mediterranean* (GF35).

**Mediwizard**

Mediwizards were present to treat injuries at the Quidditch World Cup; they seem to differ

from Healers in the way that Muggle paramedics, or perhaps athletic trainers, differ from doctors (GF8).

**meeting hall**

In the fourteenth century, this was the site of a Wizards' Council (precursor to the Ministry of Magic) meeting with all creatures that had been classified as "beings," which according to Burdock Muldoon's calculations was all creatures with two legs. The meeting didn't go very well, or indeed take place at all, as the goblins brought every two-legged creature they could find - some of which caused quite a ruckus (FB).

**megaphone, magical**

Device used by Lee Jordan to give Quidditch play-by-play (PA15).

**Mega-Mutilation Part Three**

Video game Dudley was fond of. It does sound like something he'd like (GF2).

**Meliflua, Araminta**

Cousin to Sirius Black's mother; she tried to force through a Ministry Bill to make Muggle-hunting legal (OP6).

**Memory Charm**

*See* OBLIVIATE.

**Memory Potions**

Jobberknoll feathers are key ingredients in these (FB).

*Men Who Love Dragons Too Much*

Harry and Hermione tried this book while searching for a simple spell for dealing with a dragon, but couldn't find anything (GF20).

**Merlin**

A Charms specialist sometimes known as "The Prince of Enchanters;" Merlin is unquestionably the most famous wizard of all time (PS6, fw). Merlin was part of the Court of King Arthur (King Arthur once ruled the land that is now part of England). He believed that wizards should help Muggles and therefore created the Order of Merlin to support laws protecting and benefiting Muggles (fw).

**"Merlin's Beard!"**

An exclamation of surprise, referencing to the famous magician Merlin, used frequently by Arthur Weasley (GF7). There are number of other variations on this as well (DH12).

**Mermish**

The language of merpeople (FB), which wizards can sometimes speak as well – Barty Crouch Sr. (GF7) and Albus Dumbledore included. It sounds like screeching above water, but underwater simply sounds croaky (GF26).

**Merpeople**

Merpeople are sentient beings who live underwater in lakes and seas, although they can breathe air for short periods of time. Merpeople are intelligent folk who have developed their own culture and social structures and have a great love of music (FB, GF26). Merpeople are found all over the world, including the Lake near Hogwarts (GF26), Loch Lomond (fw), and the Mediterranean Sea (FB). The merpeople of Hogwarts - who are selkies - have greyish skin and long, wild, dark green hair. Their eyes are yellow, as are their broken teeth, and they wear thick ropes of pebbles around their necks (GF26). There are other types of merpeople around the world, including the Sirens of Greece (FB).

   Merpeople live in underwater villages, which consist of crude stone dwellings stained with algae. The houses often have gardens of week around them, and a few even have a pet grindylow tied to a stake in the front yard (GF26). Merpeople in other regions sometimes have different pets as well; in 1949, some merpeople caught a hippocampus off the coast of Scotland and domesticated it, for instance, and Merpeople sometimes use lobalugs as weapons. (FB).


**Merrow**

Another name for merpeople (FB).


**Merrythought, Galatea**

Defence Against the Dark Arts professor from c. 1895 to c.1945. Soon after graduating from Hogwarts, Tom Riddle asked Headmaster Armando Dippet if he could remain and teach because Professor Merrythought was retiring after teaching for "nearly fifty years" (HBP20).

**Mersey River**

There was a three-way broom crash over this river involving wizards racing to get to a

Celestina Warbeck concert in Liverpool (DP).


**Merwyn the Malicious**

Medieval wizard known for creating many nasty jinxes and curses (fw).


**metal-charmer**

A wizarding occupation analogous to that of a Muggle blacksmith. Bowman Wright, inventor

of the Golden Snitch, was a metal-charmer (QA4).


**Metamorphmagus**

*Greek prefix "meta-" connotating change, "morph" meaning "form," and "magus" meaning*

*"wizard."*

Metamorphmagi are born with the ability to change their appearance at will. Nymphadora

Tonks is a Metamorphmagus (OP3), as is her son, Teddy Lupin (BLC).


**Metamorph Medal**

A necklace marketed by a street vendor as allowing you to change your appearance at will; in

reality, it turns you orange and makes you sprout tentacle-like warts. While technically that is a

change in appearance, it is not likely what the customer had in mind (HBP5).


***Meteolojinx Recanto*** (mee-tee-OH-lo-jinx ree-CAN-toh)

*"meteorologia" Gr. meteorology + "jinx" + "recanto" L. to recant; to charm back, charm away*

One of the spells used by Magical Maintenance to control the weather at the Ministry of Magic; in this case, it halts rain (DH13).


**Midgen, Eloise**

(Hogwarts, early 1990s)

Tried to curse off her acne and had to have her nose reattached by Madam Pomfrey (GF13). To this day, Harry, Ron, and Hermione speak of her as the standard against which really bad acne must be measured. Eloise may be in Hufflepuff, since the Hufflepuffs chatted about her in a very familiar way in Herbology class (GF13).


**Miggs, Martin**

Fictional character in a wizarding comic book that Ron was reading, *The Adventures of Martin Miggs, the Mad Muggle* (CS3).


**"Might as well be hanged for a dragon as an egg"**

This is analogous to the Muggle expression about being "hanged for a sheep as a lamb". The sense of it is that if one is to be punished severely for a minor offence, one might as well go ahead and commit a more serious offence that won't be punished much more severely (OP2).


**Millamant's Magic Marquees**

Company that set up an enormous tent for Bill and Fleur's wedding. According to Molly, "they're very good" (DH6).

**Mimsy-Porpington, Sir Nicholas de**

The full name of the Gryffindor house ghost. See Nearly Headless Nick.

*Mimbulus mimbletonia*

A very rare Assyrian plant that resembles a gray cactus, but with boils where the spines would have been. The boils are a defensive mechanism that spews Stinksap upon contact. This plant is a particular favorite of Neville Longbottom's, who received one as a present from his Great Uncle Algie for his 15th birthday. Like its owner, the plant grew a lot over that year (OP10, OP11, OP38).

**Minister of Magic**

The head of the Wizarding government is the Minister for Magic. This is a position of great honor and prestige. It is also a position of great responsibility. Unfortunately, the actions of recent Ministers resulted in much suffering and misery in the world, Fudge's refusal to admit that Voldemort had returned and attempts to discredit Dumbledore and Harry being the most glaring example of this. The offices of the Minister and support staff are on Level One of Ministry headquarters.

Known Ministers of Magic:
- 1798-1811: Artemisia Lufkin, first witch to become Minister for Magic (fw)
- 1811-1819: Grogan Stump, who came up with the Being/Beast/Spirit divisions of the Wizarding World (FB, fwhttp://www.hp-lexicon.org/about/sources/source_cards.html)
- 1819-1865: unknown
- 1865-1903: Faris "Spout-Hole" Spavin (JKR)

- 1903-1962: unknown

- 1962-1968: Nobby Leach (JKR)

- 1968-1980: unknown

- 1980-1990: Millicent Bagnold

- 1990-1996: Cornelius Fudge, sacked when Voldemort's return was revealed

- 1996-1997: Rufus Scrimgeour, killed by Death Eaters

- 1997-1998: Pius Thicknesse, under the Imperius Curse

- 1998 ff. : Kingsley Shacklebolt


**Ministry Cars**

The Ministry of Magic has cars that navigate traffic with magical ease, that they loan to Harry on the rare occasion that he's in their good graces (*PA5*, *HBP6*).


**Ministry of Magic Decree of 1631**

Legislation that forbade all "Non-Human Magical Beings" from carrying wands (JKR).


**Ministry of Magic headquarters**

The headquarters of the Ministry of Magic is located in the heart of London. The actual structure is all underground, although magical windows show whatever weather Magical Maintenance has chosen for the day, from bright sunshine to hurricanes.

*Visitors' Entrance:* A visitor to the Ministry of Magic comes to a broken-down red telephone box located on a dingy street which has several shabby offices, a pub, and a wall covered with graffitti. When the telephone in the box is dialed (62442, the word M-A-G-I-C), the welcome witch's voice answers, not from the phone but from the air as

if the person is standing right there. Visitors must state their business, upon which a silver badge pops out with the visitor's name and purpose of visit. Then the telephone box drops down like a lift for about one minute, after which the visitor is in the Atrium.

*The Atrium:* The Atrium is a large hall with fireplaces up and down both long walls. Down the left-hand side of the hall are gilded fireplaces which witches and wizards can use to arrive at the Ministry. The right-hand side contains gilded fireplaces as well, and these are used for departures. The floor is polished dark wood. The ceiling is peacock blue with golden symbols moving across it. The Fountain of Magical Brethren lies halfway down the Atrium. A group of golden statues, depicting a wizard, a witch, a centaur, a goblin, and a house-elf, spout water into the surrounding pool of water. At the end of the Atrium is a set of golden gates, next to which is a security stand. Eric Munch is usually on duty here. He registers the wands of visitors. Another smaller hall is beyond the gates and here there is a series of lifts.

*Floor Guide:*

- Level One: the offices of the Minister for Magic and other administrative staff.

- Level Two: Department of Magical Law Enforcement

- Level Three: Department of Magical Accidents and Catastrophes

- Level Four: Department for the Regulation and Control of Magical Creatures

- Level Five: Department of International Magical Cooperation

- Level Six: Department of Magical Transportation

- Level Seven: Department of Magical Games and Sports

- Level Eight: The Atrium

- Level Nine: Department of Mysteries

- Level Ten: Courtrooms. This level can only be reached by the stairs to the left of the door which leads to the Department of Mysteries on Level Nine. Courtroom Ten was

first seen during Harry's first forays into Dumbledore's Pensieve, when he witnessed various Death Eater trials (GF30). Dungeon-like corridors lead to Courtroom Ten. The walls of the courtroom are dark stone. In the center of the room is a chair covered in chains that stands below rows of high benches on which the Wizengamot sit.

**Minsk**

Hagrid and Madame Maxime passed through Minsk on their way to meet the giants in the mountains, and while there Hagrid "had a sligh' disagreement with a vampire" (OP20). The fact that Hagrid and Madame Maxime passed through Minsk (a city in Belarus) means that the mountains they were visiting were very likely in Russia, and that they travelled - mostly as Muggles - across the entire length of Europe.

**Mirror of Erised**

A magnificent mirror, as high as a classroom ceiling, with an ornate gold frame, standing on two clawed feet. The inscription carved around the top reads "Erised stra ehru oyt ube cafru oyt on wohsi," which is "I show not your face but your heart's desire" written backwards (that is, in what is called 'mirror writing'). When you look into the mirror, you see the deepest, most desperate desire of your heart. The mirror has trapped people who can't bear to stop staring into it, unsure if what they see is going to actually happen. Harry sees his family in the Mirror; Ron sees himself as Head Boy and Quidditch champion (PS12).

Dumbledore used the power of the Mirror to protect the Philosopher's Stone, by casting a spell that allowed only someone who saw themselves finding the stone – but not using it -  to get it. Harry fell into this category, and when he looked into the Mirror, he suddenly found the

stone in his pocket (PS17). As Dumbledore later explained to him, very, very few wizards on earth could possibly have accomplished that feat (HBP23).

**mirrors, talking**

The Weasleys have a talking mirror on the kitchen mantelpiece at the Burrow which, uh, gives advice in grooming (CS3). There was also one in room 11 of the Leaky Cauldron when Harry stayed there, which spoke in a wheezy voice. When he tried to flatten his unruly hair, it told him "You're fighting a losing battle there, dear" (PA4).

**mirrors, two-way**

Before Harry left for Hogwarts after the 1995 Christmas holidays, Sirius gave him a package and told him to use it if he wanted to talk. Harry never even opened it, firmly deciding not to use whatever it was so that he wouldn't encourage Sirius to leave Grimmauld Place and be put in danger (OP24). After Sirius' death the next June, Harry rediscovered the package at the bottom of his trunk and opened it to find a small, dirty, square mirror with a message scribbled on the back, explaining that it was one of a pair that allowed communication (OP38). Harry threw it down and broke it in despair.

After Sirius's death, Mundungus Fletcher stole his two-way mirror, later selling it to Aberforth Dumbledore (BLC). Albus Dumbledore told Aberforth what it was, and Aberforth used it to keep an eye on Harry by way of Harry's now-broken but still partly functional two-way mirror (DH28). It was via this that Aberforth knew to send Dobby to save Harry from the Malfoy manor (DH23).

**Misericordia, Cordelia**

(1298-1401)

Hag representative at fourteenth century summit of Wizard's Council (fw).


**Mistletoe**

The front yard of the Lovegood house has a sign advertising "PICK YOUR OWN

MISTLETOE" (DH20), though Luna has been known to claim that mistletoe is often infested

with Nargles (whatever those are). When Dobby decorated the Room of Requirement with

mistletoe, though, Harry managed to put his Nargle concerns aside and put it to good use

(OP21).


**Misuse of Magic Office**

This appeared on the first W.O.M.B.A.T. exam as an answer choice, implying that it is a

Ministry department (JKR). However this was likely an erroneous confusion between the

Misuse of Muggle Artifacts office and the Improper Use of Magic Office, the latter of which is

what the test should probably read instead.


**Misuse of Muggle Artifacts Office**

A two-person office in the Department for Magical Law Enforcement at the Ministry of Magic,

not even considered important enough to get its own window (OP7). The office, consisting of

Arthur Weasley and Perkins, is charged with keeping enchanted items out of the hands of

Muggles, and crafting legislation that determines legal, and illegal, uses for Muggle items

(CS3). Arthur Weasley worked in this office for years, along with an old warlock named Perkins.


**Mnemosyne Clinic for Memory Modification**

With the slogan, "Helping witches and wizards find their marbles since 1426," the Mnemosyne Clinic advertises in the *Daily Prophet* that they perform charms to help fix up faulty memories (DP).


**Moaning Myrtle**

(d. 1943; Ravenclaw c. 1941)

Myrtle was a Ravenclaw (JKR) student at Hogwarts in 1943 when she was killed by the Basilisk from the Chamber of Secrets. She was been hiding in the bathroom after being teased by Olive Hornby, when she heard someone come in and heard that person speaking. Realizing it was a boy, so she opened her stall to tell him to get out of the girls' bathroom – only to find herself face to face with the Basilisk (CS16). It was then hours before anybody found her body (GF25).

After her death, Myrtle decided to haunt Olive Hornby to make her pay for teasing her, and followed Olive around until the Ministry had to step in and stop her (GF25). She then returned to the site of her death, a toilet, which she has haunted ever since, crying and splashing water whenever she feels the least bit miserable. Peeves in particular loves to pick on her and make her cry (CS8), and Ron seems particularly adept at causing offense (CS9).

Myrtle took quite a shine to Harry Potter, offering to share her toilet with him if he died (CS17) and spying on him when as he bathed in the prefects' bathroom (GF25). More recently

been meeting Draco Malfoy, too, in the boys' bathroom. Although she is a rather strange confidant, Draco complains that he's lonely and people pick on him (HBP21, HBP24).

**_Mobiliarbus_** (MO-bi-lee-AR-bus)

*"mobilis" L. movable + "arbor" L. tree*

Moves a tree (*PA10*). The basic spell for moving something starts with the "Mobili-" prefix. It is up to the caster to be able to tack on the correct Latinate word for the object to be moved, in this case a tree.

**_Mobilicorpus_** (MO-bi-lee-COR-pus)

*"mobilis" L. movable + "corpus" L. body*

Moves a body. Again the basic spell for moving something starts with the "Mobili-" prefix, and in this case, the Latin word for "body" is tacked on the end. Remus Lupin used this spell to levitate Snape's unconscious body for transport back to school from the Shrieking Shack (*PA19*). Unfortunately for Snape, Sirius Black then took over managing the levitation while Lupin covered Wormtail with his wand, and for some reason Sirius didn't seem to be very careful about keeping Snape from bumping into things (*PA20*).

**Mockridge, Cuthbert**

Head of the Goblin Liaison Office (GF7).

*Modern Magical History*

Harry is mentioned in this book, according to Hermione Granger, who at age eleven had read it (PS6).

**Modesty Rabnott Golden Snidget Reservation**

Established in the fourteenth century in Somerset to protect a dwindling population of Golden Snidgets (dwindling because they were being hunted for sport as well as killed in Quidditch matches), the Reservation was named for Modesty Rabnott, who famously saved a Snidget from a Quidditch match in 1269 (QA4).

**Moke**

A small magical lizard that can shrink at will (FB).

**Mokeskin Pouch**

Harry receives one of these from Hagrid for his seventeenth birthday, as Hagrid explains that only the owner can retrieve items from within this rare object (DH7). Harry keeps it around his neck the rest of the year, keeping items that hold particular meaning to him: the Marauder's Map, Regulus Black's locket, his broken two-way mirror (DH7), and later a letter from his mother (DH10), a Snitch, and his broken wand (DH18).

**money**

There are three basic types of coins in the wizarding world: the gold Galleon, the silver Sickle, and the bronze Knut. There are seventeen Sickles to a Galleon and twenty-nine Knuts to a Sickle, which makes for some rather confusing math (PS5).


**Mongolia**

Mongolia is mentioned as a country where flying carpets are the norm and Quidditch is treated largely with "some suspicion." Also, when Snape took over Defence Against the Dark Arts for Lupin during Harry's third year, he ruffled through papers and criticized a student for an incorrect answer, saying that "the kappa is more commonly found in Mongolia" (PA9). As it turns out, he was wrong - kappas are Japanese, which Harry and Ron were more than happy to point out in the margins of Harry's copy of *Fantastic Beasts and Where to Find The*m (FB).


***Monster Book of Monsters, The***

Required textbook for Care of Magical Creatures in Harry's third year. The book attempted to bite anyone who touched it, causing rather a lot of problems for the manager of Flourish and Blotts (PA4). Harry later learned that the trick was to stroke the spine (PA6).


**Montague**

(Slytherin, c. 1989; Quidditch Chaser/captain; Inquisitorial Squad)

Member of Umbridge's Inquisitorial Squad who made the mistake of trying to take House Points from the Weasley twins without witnesses, and consequently was stuffed by them into the first floor Vanishing Cabinet; he reappeared some days later jammed into a toilet on the fourth floor, after which he was confused and disoriented for a long time (OP19, OP28, OP30).

**Montgomery sisters**

(Hogwarts students, 1990s)

Twin sisters whose 5-year-old brother was bitten by Fenrir Greyback in the spring of 1997 because their mother would not help the Death Eaters. The boy died at St. Mungo's (HBP22).


**Montmorency, Laverne de**

(1823 - 1893)

Invented a number of love potions (fw)


**Montrose**

Montrose is a small port town with about 10,000 residents found on the eastern shores of Scotland, between Aberdeen and Dundee. More importantly, however, it is home of the Montrose Magpies. It was also the origin of Guthrie Lochrin's now-famous broom flight to Arbroath in 1107, which gave him "splinter-filled buttocks and bulging piles" (QA1).


**Monstrose Magpies**

The most successful Quidditch team in history, which has won the British and Irish league thirty-two times and the European Cup twice. Their robes are black and white, with one magpie on the chest and another on the back (QA7).

**Moody, Alastor "Mad Eye"**

Retired Auror, considered one of the best Dark Wizard catchers the Ministry has ever had. Moody came on staff for a year at Hogwarts, but spent it at the bottom of a magical trunk, unbeknownst to anyone but the imposter who put him there (GF). Moody is a member of the Order of the Phoenix. Mad-Eye is noted for his paranoia, particularly in regard to food and drink, but also wand safety; this last may be related to his own missing leg (GF, OP3), but that is mere speculation. Moody takes command of any operation he's associated with. He's brusque and efficient and anticipates the moves of the Death Eaters. He organized the rescue of Harry Potter from Privet Drive for the last time at the end of July, 1997, but was killed in the ensuing battle (DH4, 5). His body was never recovered. However, Harry Potter discovered his magical eye affixed to Dolores Umbridge's office door and took it. He buried the eye under a tree in a nameless forest (DH15). Moody's favorite expression was "Constant vigilance!"

**Moon**

(Hogwarts 1991)

A student in the same class as Harry, though sorted into a different house (PS7).

**Mooncalf**

A strange creature that lives in a burrow. It only comes out at the full moon, when it dances on its enormous flat feet, sometimes leaving intricate patterns in wheatfields (much to the confusion of Muggles). The silvery dung of the mooncalf, if collected before the sun comes up, makes an excellent fertilizer (FB).

**moon frog**

Someone interviewed by *The Quibbler* claimed to have a bag of moon frogs substantiating his claim that he had flown to the moon on a Cleansweep 6 (OP10).

**Moonshine, Regulus**

A professor who claimed to have developed a potion that would decrease the hag's natural desire for human flesh. He had several chunks of flesh missing himself, thanks to his test subjects (DP).

**Moontrimmer**

A popular Quidditch broom during the first half of the twentieth century, designed by Gladys Bootby. It was able to fly higher than most of its predecessors (QA9).

**Moony**

Remus Lupin (Werewolf) gained this nickname as part of the Marauders.

**moors**

A moor is a broad tract of open land, often high but poorly drained, with patches of heath and peat bogs. Of the heather moorland in the United Kingdom, most of it lies in North Yorkshire, Wales, Cumbria and Dartmoor (with some moorlands in the far West Country in the county of Cornwall). Godric Gryffindor hailed from "wild moor" according to the Sorting Hat, and could accordingly have been from the any of these regions (GF12).

**Moose Jaw Meteorites**

A Canadian Quidditch team, and one of the most accomplished teams in the world. The team is well known for flying around with sparks flying from their brooms after a victory, though they have been threatened with disbandment for doing so too close to Muggle villages (QA8).

**Mopsus**

Ancient Greek soothsayer from mythology, who defeated the Seer Calchas (fw).

**Mopsy**

*A character initially included in GF, who was a batty dog-owner living on the outskirts of Hogsmeade, and adopted Sirius Black, thinking him a stray. She was cut because she "added nothing to the plot" (JKR).*

**Moran**

Witch who was an Irish Quidditch Team Chaser, one third of the famous "Troy, Mullet, and Moran" (1994) (GF8).

**Mordaunt, Ethelbard**

Wizard whose next door neighbor, Elladora Guffy, was overly fond of practical joke spells. She had a habit of charming Mordaunt's garden furniture to do things like spin unexpectedly. Ethelbard sent a letter complaining about Guffy to the *Daily Prophet* (DP).

**Morgan le Fey, 'Morgana'**

A bird animagus and King Arthur's half sister. She was a dark sorceress and Merlin's enemy, and affected many events during her time. She was queen of the island of Avalon, and she had great skill as a healer (fw). She appeared on one of the first Chocolate Frog trading cards Harry Potter ever saw (PS6).

**Morgan, Gwendolyn**

Captain of the Holyhead Harpies during their week-long defeat of the Heidelberg Harriers in 1953; when the match finally ended and her opposite number proposed marriage to her, she concussed him with her broom (QA7).

**Morgan, Valmai**

Holyhead Harpies Chaser who replaced Wilda Griffiths on the team, after she left for a 1000 Galleon fee to join Puddlemere United (DP).

**Morholt**

An ancient giant, and brother of the King of Ireland. Wounded Tristan, the Celtic hero, with a poisoned sword when the latter tried to kill him (fw).

***Morsmordre*** (mors-MOR-druh)

"The Dark Mark"

*"mors" L. death + "mordere" L. to bite*

Conjures an immense glowing skull in the sky, comprised of green sparks, with a snake coming out of the skull's mouth. This spell is known only to Death Eaters, who send it up in the sky when they kill. The Dark Mark caused panic at the Quidditch World Cup in 1994, when it was conjured by Barty Crouch Jr. using Harry's wand (GF9).

**Mortlake**

A Ministry raid on his house in August 1992 turned up some extremely odd ferrets (CS3).

**Mosag**

An Acromantula, who Hagrid found as a wife for Aragog (CS15). Together they raised a family that eventually wouldn't even let Hagrid come near without trying to eat him (HBP22).

**Most Charming Smile Award**

This somewhat silly award is given out by *Witch Weekly* Magazine. It has been won five times by Gilderoy Lockhart, and is quite possibly the only genuine accomplishment he's ever mustered (CS6).

**Mostafa, Hassan** http://www.hp-lexicon.org/quidditch/quidditch.htmlhttp://www.hp-lexicon.org/quidditch/q_teams.html

Chairwizard of the International Association of Quidditch in 1994, when he served as referee for the World Cup. Mostafa is small, skinny, and bald, with a huge mustache (GF8).

**Most Extraordinary Society of Potioneers**

Founded by Hector Dagworth-Granger. Slughorn asked Hermione if perhaps she was related to him (HBP9).

*Moste Potente Potions*

Illustrated; contains (among other things) the instructions for making Polyjuice Potion, and is discussed (though not intended to be used) in second-year Potions. For a copy, see the Restricted Section of the Hogwarts library, but bring a note signed by a professor (CS9).

**motorcycle, flying**

This amazing machine was once owned by Sirius Black. It's huge, big enough to carry Hagrid (or perhaps it magically expands as necessary to accomodate its rider (PS1)). Later Arthur Weasley got hold of it, and customized it still further (DH4).

**Mould-on-the-Wold**

A town where the Dumbledore's family lived when he was young, and where Ariana was attacked by Muggles and destroyed (DH11).Very likely this town is in the Cotswolds.

**Mountain Troll**

The "largest and most vicious" type of troll (FB).

**Moutohora Macaws**

New Zealand's most famous professional Quidditch team, with red, yellow, and blue robes. The team has a phoenix mascot named Sparky (QA8).

**Mrs. Scower's Magical Mess Remover**

A magical cleaning product stored in various broom cupboards around Hogwarts (GF18), we've only seen it used once – and it didn't work (CS9).

**"Mudblood"**

A derogatory term used by "pure-blood" wizards to describe someone of Muggle descent (CS7). Once considered absolutely foul, the term unfortunately became more common during Voldemort's second war against the wizarding world.

**Muffliato** (muf-lee-AH-to)

*"muffle" Eng. to deaden a sound, making it more difficult to hear*

A spell Harry learned from the Half-Blood Prince's notes in his potions book that fills the ears of people nearby with an unidentifiable buzzing, so that the lengthy conversations can be held without being overheard. Hermione disapproved of it and would refuse to hold conversations when Harry used it (HBP12). She later relented, and used it regularly herself (DH7, DH14).

**Muggle**

A word used to describe all people who are non-magical, and have no wizarding ancestry (PS4). For many generations Muggles lived in full awareness of wizarding society; that changed in 1692 with the International Statute of Wizarding Secrecy, when the international

wizarding community chose to go into hiding and begin a campaign to conceal its existence from the Muggle world (QA5). Today, for the most part, Muggles are completely oblivious to the entire society of magical people which exists alongside their own, going so far as to routinely create non-magical reasons for things that happen to them. Many wizards look upon Muggles with disdain, viewing them as lesser beings (DH12), while others, like Arthur Weasley, simply seem to think they're kind of cute (CS3).

To most witches and wizards, Muggle society is essentially unknown. Hogwarts even offers a class in Muggle Studies (CS14), taught most recently by Quirinius Quirrell (BLC), Charity Burbage (DH1), and Alecto Carrow (DH12). Despite this, though, wizards remain largely ignorant, and their attempts to act like Muggles can be humorous indeed (GF7).

**Muggle-baiting**

Considered a game by some wizards, but it's one Arthur Weasley despises. It consists of setting Muggles up for confusion through casting spells they don't understand, such as making keys shrink so they can't find them (CS3).

**Muggle-borns**

A term used for people of magical ability whose parents were Muggles, like Hermione Granger or Lily Evans (HBP4). During the second war against Voldemort this was a dangerous thing to be, as the Ministry of Magic, led by Dolores Umbridge, tracked down Muggle-borns and tried to imprison them; many fled the country (DH13).

**Muggle-born Registration Commission**

Project spearheaded by Dolores Umbridge that, while technically conducting trials accusing Muggle-borns of "stealing" magical abilities, was in reality little more than an excuse to throw Muggle-born witches and wizards into Azkaban (DH13). After Voldemort's defeat, Umbrridge was tried for crimes against Muggle-borns and locked up in Azkaban herself (BLC).

**Muggle guard**

Magical device that acts as an alarm when touched by a non-magical hand (DP). One such device is the Muggle-deterring-gate, however this has not been approved by the Ministry of Magic (JKR).

**Muggle Protection Act**

A law written in part by Arthur Weasley while he was head of the Improper Use of Magic Office (CS4). We don't know exactly what it entails, but knowing Arthur, it is probably a very good law.

**Muggle-Repelling Charm**

See *Repello Muggletum*

**Muggle Studies**

A Hogwarts class taught recently by Quirinius Quirrell (through 1990), Charity Burbage (through 1997), and Alecto Carrow (1997 - 1998). Its textbook is *Home Life and Social Habits of British Muggles*, and classwork includes charts showing Muggles using levers to lift heavy objects, understanding the importance of electricity to Muggle technology, and so on. The

emphasis, like Arthur Weasley's enthusiasms, appears to focus solely on the physical aspects of life without magic, without mention of cultural differences (PA13).

### *Muggles Who Notice*

by Blenheim Stalk

A book about Muggles and their reactions to magic (FB)

### Muggle-Worthy Excuse Committee

A branch of the Department of Magical Acccidents and Catastrophes, responsible for generating alternate stories to explain magical disasters (OP7).

### Mulciber

Either there are two Death Eaters named Mulciber, or a single one who failed a whole lot of grades. The first went to school with Voldemort and escorted him to Hogsmeade the night he applied to teach at Hogwarts (HBP20); the second a friend of Snape and Avery when he was in school some twenty years later (DH33). One of them was an Imperius Curse specialist and had already been captured by the time Karkaroff came to trial -- much to Karkaroff's dismay, who was busy trying to trade Mulciber's name for his own freedom (GF30). One also fought in the Battle of the Department of Mysteries (OP35). Which is which? We don't know, and it's hard to see how Barty Crouch would have, seeing as how nobody ever distinguishes between them.

### Muldoon, Burdock

(1429-1490; Chief of the Wizards' Council, 1448-1450)

Muldoon declared that any creature who walked upon two legs qualified as a "being" and was therefore entitled to share in governing and have legal rights. Unfortunately, this rather crude definition failed to screen out a large number of undesirable, but bipedal, creatures, while eliminating races such as centaurs and merpeople from consideration; the goblins demonstrated the flaws of the definition by example, producing as many disruptive two-legged magical creatures as possible for the subsequent meeting (FB). *The dates given on the chocolate frog cards are inconsistent with the dates given in* Fantastic Beasts *for both Muldoon and Clagg.*

**mulled mead**

A favorite drink of Hagrid's (PA10).

**Mullet**

Witch who was the Irish National Team Chaser, one third of the famous "Troy, Mullet, and Moran" (GF8).

**mummy**

Mentioned only once as existing within the wizarding world, when it appears as Pavarti Patil's boggart (PA7), though the Weasleys did tour the tombs of Ancient Egypt (PA1). Perhaps Pavarti simply feared mummies from watching Muggle horror movies as a child.

**Mumps, Zacharias**

(c. 1400)

In 1398, Zacharias Mumps wrote a description of Quidditch which closely matches the current

form of the game (QA).

**Munch, Eric**

A badly-shaven watchwizard at the Ministry of Magic, who during the day sits at the security desk in the Atrium where visitors are required to present their wands for registration (OP7). He arrested Sturgis Podmore on charges of trespass and attempted robbery upon catching him outside the Department of Mysteries at one o'clock in the morning on 31 August 1995 (OP14).

**Murcus, Merchieftainess**

The leader of the community of merfolk in the Hogwarts lake. She is on speaking terms with Dumbledore, which is saying something since she speaks Mermish (GF26).

**Muriel** (1890-present)

A great aunt of the Weasleys who looks like a "bad-tempered flamingo," Muriel is quite a character. She attends Bill and Fleur's wedding, but talks loudly throughout it and doesn't seem to have a filter, telling Hermione she has skinny ankles and George that his ears are lopsided (DH8). However, she offers her goblin-made tiara for Fleur to wear in the wedding (HBP29) and offers her house as a safe place for members of the Order of the Phoenix to hide from Death Eaters, even when that means the entire Weasley family moving in (DH5, DH24).

**Murray, Eunice**

(d. 1942)

Seeker for the Montrose Magpies who once asked for a faster Snitch because "this is just too

easy" (QA7).

## Murtlap

A rat-like water creature with tentacles on its back (FB). Its tentacles can be made into a yellow liquid, Essence of Murtlap, which soothes and heals cuts and other wounds; Hermione recommended this after Harry left his detention with Umbridge with cuts on the back of his hand, and it helped the pain immensely (OP15). Harry later recommended the same treatment to Lee Jordan, who in turn suggested it to the Weasley twins when they were seeking a solution to the problem of the boils caused by their prototype Fever Fudge (OP18, OP26).

## Museum of Quidditch

Somewhere in London is a museum displaying historical artifacts demonstrating the evolution of Quidditch, from a pre-Cushioning Charm medieval broomstick (QA1) to the dairy of Gertie Keddle, who lived on Queerditch Marsh (QA3) to a letter from Modesty Rabnott herself, discussing the use of the Golden Snidget in the game (QA4).

## musical box

This mysterious object sat on the shelves in number twelve, Grimmauld Place, and when wound made everyone sleepy until Ginny slammed it shut (OP6).

## Mykonos

A small island off the southeast coast of Greece, Mykonos was at one point home to the Chimaera. Dai Llewellyn was eaten by a Chimaera while on holiday in Mykonos (FB).

**Myrtle**

See Moaning Myrtle.


**Myrtle's Bathroom**

The gloomiest, most depressing bathroom Harry has ever entered, though its poor light and maintenance probably have something to do with the fact that it is haunted by Moaning Myrtle. Harry, Ron, and Hermione brew Polyjuice Potion here, which is easy since nobody ever uses it (CS9), and Harry and Ron later discover that the entrance to the Chamber of Secrets is through a tap in one of the sinks (CS16).


**Mysteries, Department of**

Deep in the lowest level of the Ministry of Magic lies the Department of Mysteries. Here wizards called Unspeakables go about researching some of the deepest mysteries of existence, exploring and experimenting in various chambers which are clustered around a central, circular room lined with doors (OP24, OP34). Among the forces explored are time, death, the brain, the planets, and love (OP35, OP37).


Because of the secret nature of the work done in the Department of Mysteries, rumors arise about what goes on there. Luna Lovegood, believing *The Quibbler*, has stated that Cornelius Fudge "uses the Department of Mysteries to develop terrible poisons, which he secretly feeds to anybody who disagrees with him" (OP18). A slightly more, er, coherent legend is that of a Hall

of Prophecy. Though nobody knows what is is, Harry learns firsthand when he visits in June of 1996 (OP34, OP35).

The Department of Mysteries is accessed via the lifts from the Atrium. A simple, bare corridor leads to a plain black door. This door opens into the circular room with twelve plain, black, handleless doors all around it. The room is lit with candles burning blue. The floor is polished so that it almost looks like standing water. When the door to the circular room is closed, the walls of the room revolve rapidly, making it impossible to determine which door is which. The doors open easily with a push out, except for one, which is always kept locked (OP34, OP37).

More information on the Department of Mysteries can be found within the entries for each of its rooms: the Brain Room, the Death Chamber, the Hall of Prophecy, the Locked Room, the Planet Room, and the Time Room.

# N

### Nagini

A snake belonging to Lord Voldemort. As a Parseltongue, Voldemort has unusual control over any snake; however, his attachment to and control over Nagini multiplied when, in 1994, he turned the snake into a Horcrux (HBP23). Voldemort at that point was also regularly drinking a

potion made from unicorn blood and Nagini's venom, which was brewed by Wormtail and helped strengthen him (GF33) until he fully regained his body later in the year (GF32).

Nagini is also an unusually powerful snake. It was able somehow to take the form of Bathilda Bagshot, spotting Harry and Hermione at Godric's Hollow and enticing them to follow, nearly straight into the clutches of Lord Voldemort. Once the fake Bathilda had Harry alone in the bedroom, she "transformed" into the snake and attacked (DH17).

When Voldemort realized that Harry was after his Horcruxes, he kept the snake with him. Eventually he encased Nagini in a magical sphere to protect her from attack. After Voldemort thought he'd killed Harry, he approached Hogwarts castle with the snake once again around his neck. Neville Longbottom stepped forward and challenged the Dark Lord, who praised the boy's courage and invited him to join the Death Eaters. Voldemort Summoned the Sorting Hat and placed it on Neville's head and set it ablaze, but Neville instead pulled the Sword of Gryffindor out of the Hat and used it to kill Nagini, thereby destroying that Horcrux (DH36).

**Nagnok**

(17th or 18th centuries)

A Gringotts goblin who was killed accidentally when the Ministry of Magic sent an untrained security troll into the bank (JKR).

**Nargle**

A creature that Luna believes infests mistletoe (OP21).

**Nastily Exhausting Wizarding Tests (N.E.W.T.s)**

At the end of seventh year, each student sits a Nastily Exhausting Wizarding Test (N.E.W.T.) for each of the classes he or she takes. These are standardized tests administered by the Wizarding Examinations Authority, given at the same time and apparently in the same way that O.W.L.s are given to fifth-year students. Passing scores on various N.E.W.T. exams are required for a number of professions in the wizarding world (PA16).

*Nature's Nobility: A Wizarding Genealogy*

Sirius' family kept a copy of this (OP6). Hermione at some point borrowed it from Kreacher; it lists the pure-blood families that have died out in the male line (DH22).

**Nearly Headless Nick** (Sir Nicholas de Mimsy-Porpington)

The nickname of the ghost of Sir Nicholas de Mimsy Porpington, a wizard who died in a botched execution on October 31, 1492. He was hit forty-five times in the neck with a blunt axe, but a half-inch of skin and sinew remained connecting his head to the rest of his body (CS8). Nick wears a doublet, a dashing plumed hat, and a tunic with a ruff to hide the fact that his head is nearly severed (GF12, OP38). Nearly Headless Nick is the resident ghost of Gryffindor House and is always helpful to Gryffindor students (PS7). He also takes great pride in being the ghost who best knows Harry Potter (HBP8). He also occasionally entertains at Hogwarts banquets by reenacting his own botched beheading (PA8). On Hallowe'en of 1992, a five hundredth deathday party was held in Nick's honor, and was attended by ghosts from all over the country, in addition to Harry, Ron, and Hermione. Unfortunately, the Headless Hunt

arrived and stole the show, rubbing in Nick's disappointment in being unable to join the Hunt (CS8).

**Nettles, Madam Z.**

An apparently happy customer of Argus Filch's Kwikspell course. Before Kwikspell, she "had no memory for incantations and my potions were a family joke!" (CS8)

**"Never Tickle a Sleeping Dragon"**

The school motto, which appears on the crest, is "Draco dormiens nunquam titillandus," which means "Never tickle a sleeping dragon." *Rowling has said that she wanted the Hogwarts school motto to be "good solid practical advice" (HE).*

**newt**

Mentioned as a potion ingredient during Harry's research for the second task (GF26). Neville also bought a rotting newt tail as a talisman against Slytherin's monster. It wouldn't have worked, although since he was a pure-blood, he really didn't need it anyway (CS11).

**N.E.W.T.s**

See Nastily Exhausting Wizarding Tests

***New Theory of Numerology***

A book, Harry's Christmas present to Hermione during their fifth year (OP23).

**New Zealand**

The Antipodean Opaleye dragon is native to New Zealand (FB). Quidditch is also popular here, thanks to a seventeenth-century visit by English wizards, who came to study magical plants but played Quidditch in their free time. New Zealand Quidditch teams, including the Moutohora Macaws, play in the Australian Quidditch League (QA8).

**Niffler**

A black fluffy long-snouted creature which burrows in dirt as if it were water. Although nifflers are gentle and even affectionate, they are strongly attracted to anything shiny, which can make them difficult to control (GF28). They can be very useful for finding treasure, and are often kept by goblins for this purpose (FB). They can also be useful for giving an evil headmistress her comeuppance (OP31).

**Nigellus, Phineas**

see Black, Phineas Nigellus

**Nimbus Racing Broom Company**

Company that, from 1967 to 1993, was the leader in producing high-end sport brooms. Models have included the Nimbus 1000, the first broom capable of reaching 100 miles per hour and turning 360 degrees on a single point; the Nimbus 1001, 1500, and 1700, which each improved on the design (QA9); the Nimbus 2000, which was Harry's first broom, given to him by Professor McGonagall (PS10); and the Nimbus 2001, which Lucius Malfoy bought for the Slytherin Quidditch team, securing Draco a spot as the team's Seeker (CS7).

**"Noble and Most Ancient House of Black, the"**

The self-appointed title of the Black Family, a proud group of pure-bloods, that also titles their family tree (OP6).


*Noble Sport of Warlocks, The*

by Quintius Umfraville

Written in 1620, this book on Quidditch includes a diagram of the seventeeth century pitch, and makes clear that the position of Keeper had evolved by the author's time to the responsibilities it includes today (QA6).


**Nogtail**

Dark Creature (classified as a demon) resembling a piglet, but stunted with narrow black eyes, a thick stubby tail, and long legs. Nogtails sneak into pig farms and suckle ordinary pigs, enacting a curse on the farm for as long as they remain; the only foolhardy way rid the farm of them is to chase them off with a pure white dog (FB).


**Non-Human Magical Beings**

A broad category of creatures that are forbidden from carrying wands, according to the Wand Ban of 1631 (JKR).


**Norbert/Norberta**

A dragon hatched from an egg and raised for two weeks by Rubeus Hagrid, in his hut at

Hogwarts. He obtained the egg from someone he thought was a stranger at the Hog's Head (PS14), though in reality it was Quirrell in disguise, needing information (PS17). Two weeks into raising Norbert Hagrid realized he'd have to give it up, and shipped it off to a dragon reservation in Romania (PS14). There Charlie Weasley and his co-workers later realized that Norbert was female, and re-christened her Norberta (DH7).

**Norfolk**

A seaside county in east-central England and is full of fens, which makes it a possible home for Salazar Slytherin. It was the home of Cyprian Youdle, a Quidditch referee who was killed during a match in 1357 due to a curse from the crowd - the most recent such death on record (QA6).

**Norris, Mrs.**

A cat owned by Argus Filch, who helps him patrol the corridors at Hogwarts. Mrs. Norris is a scrawny gray cat with "bulging, lamp-like eyes" that are always on the lookout for troublemakers (PS8), and she doesn't seem to be completely fooled even by Harry's Invisibility Cloak (PS16). Filch dotes on her, talking to her constantly and calling her "my sweet," and they have an inexplicable connection that brings Filch running whenever Mrs. Norris spots a student out of line (CS8). Mrs. Norris was the first victim of Slytherin's basilisk when the Chamber of Secrets opened in 1992 (CS8), though most students didn't mind as "it was the dearest ambition of many to give Mrs. Norris a good kick" (PS8).

**North Sea**

Sea northeast of Britain, home to the Lobalug and Merpeople (FB). Azkaban fortress is located on an island in the middle of the North Sea (HBP1).

**North Tower**

Trelawney's residence and the Divination classroom (PA16); a silver ladder has to be climbed through a trap door to access this part of the castle (PA6).

**Norway**

Quidditch has been played in this country for centuries, as documented by a twelfth-century letter sent to Olaf (QA3) and a verse written by Norwegian poet Ingolfr the Iambic, describing the sport in the 1400s (QA8). Norway is also home to the Norwegian Ridgeback dragon (FB).

**Norwegian Ridgeback**

Dragon species, native to Norway, which has black scales and characteristic black ridges along its back. The horns of a Ridgenback or bronze. Hagrid once obtained a black Ridgeback egg and hatched it, naming the baby Norbert (PS14, FB).

**Nose-Biting Teacup**

A product sold at Zonko's Joke Shop (PA14).

**Nosebleed Nougat**

The most popular of Fred and George's Skiving Snackboxes, which gives a nosebleed designed to get students out of class (HBP6). One end, the Blood Blisterpod, causes the bleeding, and

swallowing the other end stops it immediately (OP14).

### *Notable Magical Names of Our Time*

A book in the Hogwarts library in which Harry, Ron, and Hermione unsuccessfully searched

for Nicholas Flamel (PS12).

### Nott

A longtime Death Eater (HBP20) stunned by Hermione early on during the Battle of the

Department of Mysteries (OP35). His son is Theodore Nott, a Slytherin in Harry's year (JKR).

### Nott, Theodore

(b. 1980; Slytherin, 1991)

Son of the Death Eater Nott, Theodore is described as "weedy-looking" (OP26) and "a clever

loner who does not feel the need to join gangs, including Malfoy's." He can see thestrals (JKR).

### Nottingham

A goblin family was murdered near Nottingham during the first war against Voldemort (OP5).

### Nottinghamshire

A north-central English county and the home of Kennilworthy Whisp, the author of *Quidditch

Through the Ages* (QA).

### *Nox* (noks)

*"nox"* L.: *"night"*

Spell which extinguishes the wandlight cast by *Lumos* (PA17).


## Number four, Privet Drive

The home of Vernon and Petunia Dursley, their son Dudley, and for sixteen years their nephew Harry Potter. Located in Little Whinging, Surrey, the house is large, square, and "perfectly normal" and kept immaculately clean and boring at all times (PS1, OP3). On the ground floor it has a sitting room and a kitchen, each with a fireplace (GF4), and the first floor has four bedrooms and a bathroom. Under the stairs is a cupboard, full of spiders (PS2), which served as Harry's bedroom until just before his eleventh birthday (PS3).

This house played a crucial role in protecting Harry throughout his childhood. As his mother had sacrificed herself for him, the blood that she, Harry, and her sister Petunia shared meant that as long as Harry called Privet Drive his home, Voldemort could never touch him there (OP37). This protection broke immediately the day that Harry departed for the last time (DH4).


## Number twelve, Grimmauld Place

An Unplottable London house on a shabby Muggle street, Grimmauld Place has been handed down through the generations of a prominent pure-blood wizarding family, the Blacks (OP6). The last family to really live here was Walburga and Orion, the parents of Sirius and Regulus; after they died in 1981, the house fell into disrepair, looked after only by Kreacher, the family house-elf who's "round the twist" (OP5). The house itself is quite large, and rather scary-looking, with rows of house-elf heads mounted on the wall and creepy décor (OP4). In the

basement, a large kitchen has room enough for meals for a couple dozen people, and upstairs several levels lead to many bedrooms, a drawing room, and an attic (OP6). Perhaps the most distinguishing feature, though, is an enormous portrait of Walburga Black on the ground floor that screeches about "mudbloods and filth" whenever it's awoken (DH11). In 1995 Sirius Black offered the house as headquarters for the Order of the Phoenix; a Fidelius Charm was placed upon it, with Dumbledore as Secret Keeper, to hide it from Death Eaters. The Order set out to clean the house, but filled with pests and Dark Items, it was slow going (OP6). It remained headquarters for the Order until Sirius's death a year later, at which point his will left the house to Harry (HBP3). After that, the building was used sporadically as a hideout (DH9) but the headquarters of the Order of the Phoenix was transferred to the Burrow (DH6).

### *Numerology and Gramatica*

Hermione has a copy of this, not surprisingly (PA16).

## Nundu

A lethal gigantic leopard, native to East Africa. Whole villages have been wiped out by the nundu's breath, and at least a hundred wizards working together are required to subdue one (FB).

## Nurmengard

A prison built by Gellert Grindelwald, with his slogan – "For the Greater Good" – over the door. Though it was designed to hold his enemies, he ended up there himself after being defeated by Albus Dumbledore (DH18). It was here that Voldemort sought Grindelwald out, in

search of the Elder Wand, and killed him (DH23).

**Nutcombe, Honoria**

(1665 - 1743)

Founder of the Society for the Reformation of Hags (fw).

**O**

**oak**

A wand wood, which Ollivander used to make Hagrid's wand (PS5). *Rowling assigned it to Hagrid because the oak tree is considered 'King of the Forest' "and symbolizes strength, protection and fecundity" (JKR).*

**Oakby, Idris (Wizards)**

(1872-1985)

Founder of the S.S.S. – Society for the Support of Squibs (JKR).

**Oakshaft 79**

A broom created by Elias Grimstone in 1879. It was later used for the first Atlantic broom crossing, by Jocunda Sykes in 1935 (QA9).

**Oblansk (or Obalonsk), Mr.**

The Bulgarian Minister for Magic, who watches the Quidditch World Cup along with Cornelius Fudge in the top box. He understands English, but pretends not to (GF8).


**Obliteration Charm**

Hermione used this to smooth snow over, making it look as though she, Harry, and Ron hadn't just walked on it (OP20).


***Obliviate*** (oh-BLI-vee-ate)

"Memory Charm"**,** "Memory Modifying Charm"

*"oblivisci" L. forget*

This charm modifies or erases portions of a person's memory, and is remarkably common in the wizarding world. The Ministry of Magic has a team of Obliviators, who erase the memories of Muggles who have seen evidence of magic (PS14); in some cases this can be done on a large group of people at once (fw). Memory Charms can be reversed (DH6), though in some cases not without permanent brain damage (GF33). One wizard particularly accomplished at Memory Charms is Gilderoy Lockhart, who heard stories of heroism, wiped the memories of those involved, and took credit for he acts himself. When he tried to do the same on Harry and Ron, though, his spell backfired and his memory was permanently erased (CS16). There are two kinds of Memory Charms. One changes memories while the other totally erases them (BLC).

*This explains why Hermione says she's never cast a Memory Charm before (DH9) when she'd modified the memories of her parents a few weeks before.*

**Obliviator**

Title given to Ministry employees who cast Memory Charms on Muggles, helping keep the Statute of Secrecy intact (GF7). Their headquarters is on level three of the Ministry of Magic (OP7).

*Obscuro*

*"obscure" L.:*

Hermione used this spell to place a blindfold on Phineas Nigellus Black, to prevent his knowing the whereabouts of the trio and reporting them back to Snape (OP15).

**Obscurus Books**

Publishing company which has existed at least since 1918, when Augustus Worme published the first edition of *Fantastic Beasts and Where to Find Them*. Its offices are currently located at number 18a, Diagon Alley, according to the title page of the book (FB).

**Occamy**

A beautiful, carnivorous creature native to India and the Far East, resembling a winged snake, but plumed, having two legs, and reaching up to fifteen feet in length. As occamy eggshells are formed from pure soft silver, the occamy's reputation for aggression may be overstated, as most of its interaction with humans probably has consisted of defense of its eggs (FB).

*Occlumency*

*occulto – L. to hide, conceal, cover + mens – L. mind*

Occlumency, "an obscure branch of magic," is the art of magically defending the mind against external penetration, sealing it against magical intrusion and influence - the defensive counter to Legilimency. A practitioner of Occlumency is referred to as an Occlumens. Elementary Occlumency involves clearing the mind of thought and emotion, so that the Legilimens can find no emotional ties to memories that the target wishes to conceal. In its more advanced form, Occlumency allows the user to suppress only feelings and memories that contradict what the user wishes a Legilimens to believe, thus allowing the Occlumens to lie without self-betrayal (OP24).

Severus Snape is a skilled Occlumens, having survived as a spy among the Death Eaters, despite Voldemort's notoriety as a skilled Legilimens. Dumbledore also knows enough Occlumency that he can teach it if he wishes to (OP37). After several months of Occlumency lessons with Snape that Dumbledore dubbed a 'fiasco' (HBP4), Harry finally learned himself how to close his mind in the wake of Dobby's death two years later, resisting Voldemort's thoughts except when necessary (DH24).

**Oddpick, Winkus**

Wrote an editorial for the *Daily Prophet* titled "Why can't goblins be more like elves?" after the Chipping Clodbury riot (DP).

**Odo the Hero**

After drinking quite a lot of wine, Hagrid and Horace Slughorn sang a lachrymose song about

Odo, a wizard who died young (HBP22). Hagrid and Charlie Weasley sang the song at Bill and Fleur's wedding as well (DH8).

**Office for the Detection and Confiscation of Counterfeit Defensive Spells and Protective Objects**

A Ministry office created in the wake of Voldemort's return, and headed by Arthur Weasley. He had ten people reporting to him, and they rooted out fake defensive items that were being sold to capitalize on the public's fear of Voldemort (HBP5). *The Ministry meets the threat of Voldemort's return by…creating new bureaucracy.*

**Office of Misinformation**

A Ministry office that spreads false information among Muggles in the wake of a serious breach in the Statute of Secrecy. The office's biggest ongoing project is spreading news that the Loch Ness Monster is a fake (FB).

**Official Gobstones Club**

This club has an office on level seven of the Ministry of Magic; no word on what about the club makes it official (OP7).

**O'Flaherty**

The name Professor Binns uses to refer to Seamus Finnigan; he doesn't seem to know his students particularly well (CS9).

**Ogden, Bob**

(c. 1920s)

A "short, plump man" who worked for the Department of Magical Law Enforcement (HBP10). Ogden wore glasses so thick that they made his eyes look like specks. Dumbledore interviewed Ogden during his search for information about Tom Riddle's family; Ogden had visited the Gaunt house to follow up after Morfin Gaunt attacked Muggle Tom Riddle, and there been attacked himself (HBP10).

**Ogden, Tiberius**

Wizengamot elder who resigned in protest when Fudge appointed Dolores Umbridge as the first Hogwarts High Inquisitor (OP15); friend of Professor Tofty of the Wizarding Examinations Authority (OP31).

**Ogden's Old Firewhisky**

A very strong drink that, unlike butterbeer, can only be consumed by adults (GF10, OP16). Once they are of age, Harry, Ron, and Hermione drink it in remembrance of Mad-Eye (DH5) and again to celebrate the birth of Teddy Lupin (DH25).

**Ogg**

Gamekeeper at Hogwarts during Molly Weasley's era, probably the man who held the job before Hagrid. Molly seemed to be rather fond of him (GF31).

**Oglethorpe, Dunbar**

(b. 1968 )

Chief of Q.U.A.B.B.L.E., the Quidditch Union for the Administration and Betterment of the British League and its Endeavors (fw).

**ogre**

Ron and Hermione think they see an ogre at the Three Broomsticks (PA8).

**O'Hare, Darren**

Keeper for the Kenmare Kestrels from 1947 - 1960; he captained the Irish National Team and invented the Hawkshead Attacking Formation (QA8).

**Olaf**

(1100s)

Norwegian cousin of Goodwin Kneen of Yorkshire in the 1100s. Kneen wrote to him describing the 12th Century version of "Kwidditch" (QA3).

***Olde and Forgotten Bewitchments and Charmes***

A spellbook that Harry, Ron, and Hermione examined while preparing Harry for the second task of the Triwizard Tournament (GF26).

**Oldridge, Chauncey**

(1342 - 1379)

The first known victim of Dragon Pox (fw). *However, Gunhida Kneen suffered a bout of*

*Dragon Pox 250 years before that, according to Fantastic Beasts and Where to Find Them.*

*Perhaps Oldridge is the first to actually die from the disease.*

**Oliphant, Gondoline**

(1720 - 1799)

A famous troll expert who was clubbed to death in the Cotswolds (fw).

**Ollerton, Barnaby, Bill, and Bob**

Brothers who founded the Cleansweep Broom Company in 1926. Theirs was the first racing broom to be mass-produced, and changed the market (QA9).

**Ollerton, Gifford**

(1390-1441)

Famous giant slayer; killed the famous giant Hengist of Upper Barnton (fw).

**Ollivander, Mr.**

An old wandmaker – "the best" – who owns a shop in Diagon Alley (HBP6). He has eerie, moon-like eyes and makes Harry a bit uncomfortable, as he seems just as fascinated by the power of wands used for evil as those used for good. Ollivander remembers every wand he has ever sold, and greets people by rattling off the specifications of their wands (PS5, DH24).

Ollivander was kidnapped shortly after Voldemort's return was made public, in summer 1996; Voldemort was in search of information about his and Harry's wands (HBP6, DH5). He was held captive in Malfoy Manor for a year and a half, tortured, and forced to make wands

(DH24). He escaped with the help of Dobby (DH23) and hid at Auntie Muriel's for the remainder of the war (DH26).

**Ollivander's** - Makers of Fine Wands since 382 BC

 A narrow and shabby little shop in Diagon Alley, with a window display consisting off a single wand on a faded purple cushion. Inside, the walls are lined floor to ceiling with thousands of narrow boxes, and the furniture consists of a single spindly chair (PS5). Ollivander's closed shortly after the beginning of the Second War, when he was kidnapped by Voldemort (HBP6, DH5).

**Omnioculars**

Look like brass binoculars, except that they are covered in all sorts of weird knobs and dials; they were sold at the Quidditch World Cup for ten Galleons. They can be set to replay action, zoom, slow down play, and overlay magical words that provide commentary (GF7).

***One Minute Feasts - It's Magic!***

The Weasleys keep a copy of this book in their kitchen (CS3).

***One Thousand Magical Herbs and Fungi***

by Phyllida Spore

A textbook required by Snape for Potions classes at all levels (PS5, HBP25).

**Oona** (1100s)

Innkeeper in Yorkshire in the 1100s. She provided the local "Kwidditch" team with the barrels they used for goals and afterwards, gave free mead all night to celebrate the team's victory over Ilkley (QA3).

**Oppugno** (oh-*PUG*-noh)

*"oppugno" L. to attack, assault*

After conjuring a flock of canaries, Hermione used this spell to force them to attack Ron, shortly after she discovered him snogging Lavender Brown (HBP14).

**Orchideous** (or-KID-ee-us)

*"Orchideae" L. name for the orchid plant family*

Mr. Ollivander used this spell to test Fleur's wand at the Weighing of the Wands; it made a boquet of flowers come out of the wand's end (GF18).

**Order of Merlin**

Although we now think of the Order of Merlin as an award, it was originally conceived by Merlin himself as an organization which made rules against using magic on Muggles (fw).

**Order of the Phoenix**

A group originally formed by Dumbledore in the 1970s to fight Voldemort, the Order was revived in 1995 when Voldemort returned to power (OP5). The organization had limited success during the first war against Voldemort, when a large number of its members were killed

(OP9). However, when the group reformed it was positioned to lead the fight against Voldemort and his Death Eaters, despite often being forced to work against the Ministry of Magic as well (OP5). Because of this the Order operated in utmost secrecy, with headquarters hidden under the Fidelius Charm first at number twelve, Grimmauld Place (OP4) and later at the Burrow (DH6), and its members communicated using only the Patronus Charm (DH9).

During the second war against Voldemort, the Order's primary charge was the protection of Harry, though many of its members did not fully understand his importance to the mission. Indeed, the last words Dumbledore spoke to Lupin and Kingsley were, "Harry is the best hope we have. Trust him" (DH5). Though some of its members were killed, the Order ultimately saved hundreds of lives and led the battle that ultimately led to Voldemort's final defeat (DH36).

**Ordinary Wizarding Levels (O.W.L.s)**

At the end of fifth year, each student sits an Ordinary Wizarding Level (O.W.L.) for each of the classes he or she takes. These are standardized tests administered by the Wizarding Examinations Authority, and scores can affect both the classes students may take in the future (HBP5) and their potential career choices (DP). Each O.W.L. has a theory portion, and for applicable classes a separate practical portion is given, so that many O.W.L.s are in two parts (OP31).

There are six possible scores on each test; passing grades include Outstanding (O), Exceeds Expectations (E), and Acceptable (A); failing grades range from Poor (P) to Dreadful (D) to

Troll (T). Though Harry first thinks this last one is a joke, imagining receiving T's in all of his O.W.L.s does lead him to resolve to work much harder (OP15).

**Ornithomancy**

A branch of Divination, on which Umbridge quizzes Trelawney when she is on probation (OP25).

**orphanage**

This "shabby but spotlessly clean" London orphanage was where Tom Marvolo Riddle spent the first eleven and a half years of his life. The orphanage was run by Mrs. Cole and gave the orphans some freedom, as even at age ten or eleven they were able to wander around London and taken on coastal holidays (HBP13).

Albus Dumbledore visited this orphanage in 1938, when Riddle was eleven, to offer him a place at Hogwarts (HBP13). Hogwarts felt more like home to Riddle than the orphanage ever had; he even put in a request with Armando Dippet, the Hogwarts headmaster, to let him stay at Hogwarts for the summer, though he was turned down (CS13).

Harry, Ron, and Hermione visited the orphanage briefly in 1997 in search of Voldemort's Horcruxes; they discovered that it had been torn down several years before and replaced by an office building (DH15).

**Ottery St. Catchpole**

A small Muggle town along the River Otter in Devon, Ottery St. Catchpole is nevertheless home to a number of wizarding families (DH16). Included among these families are the

Lovegoods, the Fawcetts, the Diggorys, and the Weasleys, who live in the Burrow on the outskirts of town (GF6).

**Ouagadougou**

A small city in Burkina Faso, Ouagadougou is mentioned by Gilderoy Lockhart as the site of one of his fictitious exploits, where he claims there were "a series of attacks" similar to the basilisk's attacks during the opening of the Chamber of Secrets (CS9).

**owl nuts**

Treats that Harry and Ron keep a stock of for their pet owls; sold at Eeylops Owl Emporium (HBP6).

**owl post**

Considered by wizards to be "the normal way" of communicating, owl post refers to a system where wizards send messages and parcels to one another tied to the legs of owls (GF3), or occasionally other large birds (PA1). Owls can travel much more quickly than Muggle mail delivery. Extremely urgent messages are sometimes sent this way (PS16) and even letters sent from Scotland to Romania can have a reply back within a few days (PS14), though it does take Harry many weeks to hear back from Sirius when he's hiding in the tropics (GF15).

Some magic is used by owls in finding their recipients. Hedwig, for example, is able to easily locate Sirius Black when he is on the run from the Ministry of Magic, even though Aurors are unable to do so (PA2). Hedwig also routinely hunts Harry down in Hogwarts, in Gryffindor Tower or even his classes (OP17), and Pigwidgeon successfully delivers a letter to

Harry on the moving Hogwarts Express (PA22). However, wizards cannot send an owl to someone they want to find and then "follow" the owl to discover the person's whereabouts (JKR).

**Owlery, the**

The Owlery, where Hogwarts school owls and owls belonging to students live, is located on the top of West Tower. It is a circular stone room with open archways rather than windows, and perches rising high into the air, holding hundreds of owls (GF15).

**owls**

Owls in the wizarding world are regarded both as pets and as the primary method of communication. They are of course used to deliver letters and packages as part of owl post service, but to wizards they mean more than that. On many occasions Harry thinks of Hedwig as a friend, especially when the two of them are locked into number four, Privet Drive together (OP3). Owning an owl is also something of a status symbol and owls reflect their owners' wealth; the Weasleys' owl, Errol, is old and frequently collapses at the ends of journeys (PA1) while the Malfoys have an enormous, handsome eagle owl (PS8).

Wizarding owls have some magical powers (JKR) and are generally very intelligent. It is clear they understand instructions in English, and they even seem to be able to read names written on messages (OP14). They also know who their deliveries are to and where they'll be, like the school owl that waits for Harry in his dormitory (GF18) and the owl that delivers a *Daily Prophet* and knows to ruffle through Hagrid's coat pockets for payment (PS5). They're

not quite perfect, though, evidenced when one owl flies into a closed window despite two others figuring it out and coming down the chimney instead (OP2).

Owls' behavior is similar to that of Muggle owls, sleeping during the day (GF15) and hunting at daybreak (GF29). Their emotions, however, can be very human. At varying times we've seen owls work hard to look dignified and important (PA1), fly around in celebration of Voldemort's downfall (PS1), carry a fellow owl when he's passed out (PA1), and fly urgent messages at top speed (OP2). We also see Hedwig get upset with Harry for a variety of reasons, and stay mad for quite some time (CS7, GF18) - though she's also known to be affectionate (PS8).

**P**

**Pacific Ocean**

One of the natural habitats of the sea serpent (FB).

*pack!*

A spell that causes items to assemble themselves into a trunk. Tonks used it to pack Harry's trunk when he was leaving the Dursleys' house, though it was a bit sloppy (OP3).

**Paddington Station**

On Harry's eleventh birthday, after touring Diagon Alley for the first time, Hagrid took Harry here so he could catch a train back to the Dursleys. Before Harry's train departed, the two ate at

a hamburger restaurant in the station (PS5).  *Okay, I want to see Hagrid fit into a booth a MacDonalds…*

**Padfoot**

Nickname the Marauders gave Sirius Black, due to his Animagus form of a large dog (PA18)

**Painswick**

A crowd of three hundred gathered in this historic village in 1836 to watch Xavier Rastrick tap-dance - a performance made famous when he vanished in the middle of it and was never seen or heard from again (fw).

**Paisley**

A witch in Paisley wrote to Harry shortly after his interview with *The Quibbler*, announcing Voldemort's return, to say she believed him (OP26).

**Palmistry**

A method of Divination taught to third-years; Trelawney, of course, mentioned that Harry has the shortest lifeline she's ever seen (PA12)

**paper airplanes**

These pale violet pieces of paper are used for interdepartmental memos in the Ministry of Magic, flying around the building themselves. The Ministry switched to these from owls because of the mess the birds cost flying to and fro indoors (OP7).

**paper shop**

A Muggle shop in Ottery St. Catchpole that Fred and George enjoy visiting, because there's a pretty Muggle girl who works there who enjoys Fred's card tricks (HBP16).

**Papua New Guinea**

Flavius Belby, was attacked by a Lethifold while on holiday in Papua New Guinea in 1782; he survived and produced a rare written account of the attack (FB).

**Paracelsus** (par-a-SELL-sus)

A "secretive wizard" about whom little is known (fw). There is a bust of him in a Hogwarts corridor that Peeves has been known to drop on people's heads (OP14).

**parchment**

Wizards write on scrolls of parchment, rather than Muggle paper (OP3). *Actual parchment is very thick and heavy, made from the skin of sheep or goats. With the rate they go through parchment in the wizarding world, someone much be raising and skinning a lot of sheep.*

**Paris**

 Gladrags Wizardwear has a location in Paris (along with London and Hogsmeade) (GF8). *Also, in an early, handwritten version of PS, Rowling mentioned that Flamel was spotted at the opera in Paris in 1762 – though this line never made it into the final book (JKR).*

**Parkin's Pincer**

This Quidditch move, reportedly invented by the original Parkin family who founded the Wigtown Wanderers, involves three Chasers flying from three different directions at an opposing Chaser (QA10).

**Parkin, Walter**

(c. 1422)

Wizarding butcher whose four sons and three daughters were the original Wigtown Wanderers Quidditch team; Walter would stand on the sidelines with a wand on one hand and a meat cleaver in the other, which intimidated the opposing team (QA7).

**Parkinson, Pansy**

(Slytherin, 1991; prefect, 1995; Inquisitorial Squad 1995-1996)

Described by Harry as "a hard-faced Slytherin girl" (PS8) and as having a face like a pug (PA6, GF27). She is the ringleader of a "gang of Slytherin girls" (OP25), and she dotes on Draco Malfoy; she showed considerable concern when he was gored by a hippogriff during their first Care of Magical Creatures lesson (PA6), and was Draco's date for the Yule Ball (GF23).

Pansy's true colors – not to mention her sheer stupidity – showed through the night of the Battle of Hogwarts, when she heard Voldemort's demands for Harry to be turned over, and yelled for someone to grab him. McGonagall made sure she was the first one out the door (DH31).

**Parseltongue**

Parseltongue is the language of snakes; to a human who cannot speak it, it sounds like hissing without taking a breath (GF1). There are only a few wizards who can speak Parseltongue, and it is something for which Salazar Slytherin was famous (CS11). Tom Riddle inherited this ability from Slytherin through the Gaunts (HBP10), and used it, among other things, to control the basilisk from the Chamber of Secrets (CS17). When Voldemort failed to kill Harry and instead implanted a piece of his soul in Harry's forehead, he also made Harry a Parselmouth (OP37, DH33). Harry discovered this when he unwittingly spoke to a boa constrictor in the zoo (PS2), and it made Hogwarts students nervous when they discovered his ability at the Dueling Club, thinking him to be the heir of Slytherin (CS11). As time went by, Harry found that Parseltongue was a very handy skill to have. The Locket Horcrux, for example, only opened when asked to open in Parseltougue. However, once Voldemort killed the piece of his soul that lived within Harry (DH35), Harry lost the ability to speak Parseltongue forever (BLC). Dumbledore also spoke Parseltongue (BLC); now that he is gone, Slytherin's line has died out, and Harry has lost the ability, we know of no Parseltongues in the magical world. *No wait, RON still knows how to say "Open," right?*

**Patented Daydream Charms**

Sold at Weasleys' Wizard Wheezes, and according to Hermione, "really extraordinary magic." They give a realistic, undetectable, thirty-minute daydream (HBP6).

**Patil, Padma**

(Ravenclaw, 1991; prefect, 1995; Dumbledore's Army)

Identical twin sister of Parvati, though they are in different houses (GF12). She attended the

Yule Ball with Ron Weasley (GF24) and joined the D.A. with her sister (OP16), also fighting in the Battle of Hogwarts (DH29).

**Patil, Parvati**

(Gryffindor, 1991; Dumbledore's Army)

Identical twin sister of Padma (GF22) and best friends with Lavender Brown (PS10). She has long dark hair which she wears in a plait, and Dean Thomas considered her and her twin to be the best-looking girls in their year (GF23). Both Parvati and Lavender are rather entranced by Divination, lapping up every word of Professor Trelawney's (PA6); their love of Trelawney is compensated for, though, by their distaste for Hagrid's classes (GF24). Their favorite pastime is giggling, with a bit of gossiping thrown in for good measure (GF22, OP13, HBP13). Pavarti also attended the Yule Ball with Harry Potter (GF23). Parvati was one of the first students to join Dumbledore's Army (OP16), and was able to produce quite a good Reductor Curse (OP19). She also took part in the Battle of Hogwarts (DH32).

**Patonga Proudsticks**

A Ugandan Quidditch team that contributed a record six players to the national squad (QA8).

**Patronus Charm**

See *Expecto Patronum.*

**Pauncefoot, Randolph**

Fan of the Magpies who didn't care so much if their Chaser wanted to give Muggle sport a try, although he pointed out that you have to be a bit mental to play golf (DP3).

**Paws, Mr.**

One of the pet cats, or perhaps Kneazles, of Mrs. Figg (PS2).

**Payne, Mr.**

A campground manager at the site where the 1994 Quidditch World Cup was held; the Diggorys stayed on his campsite (GF7).

**Peakes, Glanmore**

(1677 - 1761)

Famous slayer of the Sea Serpent of Cromer (fw).

**Peakes, Jimmy**

(Gryffindor, 1994; Quidditch team Beater)

A "short but broad-chested third-year boy;" he is two-thirds Ron's height. Plays Quidditch "ferociously" (HBP11).

**Peasegood, Abraham**

(1700s)

American wizard who invented the game of Quodpot (QA8).

**Peasegood, Arnold**

Obliviator for the Accidental Magic Reversal Squad (GF7) and trained Hit-Wizard (DP). Arnie arrested three goblins at the Chipping Clodbury riot and suffered a minor attack of boils (DP).

**Peeves**

A poltergeist – not a ghost, but an "indestructible spirit of chaos," that haunts the halls of Hogwarts (JKR). He is a little man dressed in loud, outlandish clothes including a bell-covered hat and an orange bow tie, and is completely solid-looking, in contrast to the transparent ghosts (CS8, GF12). He swoops around the corridors and in the classrooms of the castle causing mischief and trouble wherever he can.

Most of the time, Peeves's jokes are in good fun; he answers to no one (except maybe the Bloody Baron) and particularly enjoys pestering Filch (PS7, PS9). His jokes, which usually involve dropping things on people, are fairly predictable; as Nearly Headless Nick says, "Subtlety has never been Peeves's strong point" (OP14). However, he also takes a sort of wicked pleasure in far more serious situations, getting very excited by the opening of the Chamber of Secrets (CS11) and the impending execution of Sirius Black (PA21).

Peeves is also well-known for his rhymes and songs; when he thinks Harry is unleashing the monster of Slytherin, he sings "Potter, you Rotter" for months with a matching dance routine (CS13), and at Christmastime he likes to hide in suits of armor, filling in the words they don't know as they attempt to sing Christmas carols (GF22). After Voldemort's defeat, Peeves flew around singing:

> *We did it, we bashed them, wee Potter's the one,*
>
> *And Voldy's gone moldy, so now let's have fun!*

It is widely known that Filch would love nothing more than to get rid of Peeves once and for all (CS8), but unfortunately for him Peeves "comes with the building" (TLC) and will likely be around for a long, long time.


**penfriend**

A young wizard in Brazil wrote back and forth with Bill Weasley years ago, but got quite upset when the Weasleys couldn't afford an exchange trip and sent Bill a cursed hat that made his ears shrivel up (GF7).


**penknife**

For Christmas in 1994, Sirius gave Harry a handy penknife with attachments to unlock any lock and undo any knot (*GF23*). He used it to break into Umbridge's office twice (OP29, OP32) but when he tried it on the locked door in the Department of Mysteries, it melted (OP34).


**Pennifold, Daisy**

(c. 1711)

Came up with the idea of bewitching a Quaffle to fall slowly through the air to allow Chasers to keep it in play more easily. This redesigned Quaffle is known as the Pennifold Quaffle (QA6).


**Pennyfeather, Miss**

Binns called Parvati Patil this. One wonders how he manages to assign grades if he doesn't even know the students' names (CS9).

**Penrose, Professor Phoebus**

Professor Penrose headed a committee that produced a report entitled "A Study into Muggle Suspicions About Magic." He contended that "Muggles are more observant than we might like to think." The report discusses crop circles (actually 'Contorting Cereals'), escaped Quaffles that Muggles have labeled UFOs, and the ongoing problem of hiding the kelpie in Loch Ness (DP).

**Pensieve**

A shallow stone basin with odd runes and symbols carved around the edge. When in use, a silvery light shines from its contents, which are bright, whitish silver, and cloud-like, moving ceaselessly. Harry thought the stuff in the basin looked like "light made liquid - or like wind made solid." Actually it was memories, stored in this basin to keep Dumbledore's head from becoming overcrowded; when he touched the surface of the silvery pool, Harry was sucked in and able to watch the memories from inside (GF30).

The Pensieve is a useful tool. Dumbledore used it to show Harry excerpts he had collected from Riddle's life, that pointed to the story of the Horcruxes (DH10, DH23), and Harry later used it to learn Snape's story as well, and discover that it was his place to sacrifice himself for Voldemort (DH33). When giving Harry Occlumency lessons, Snape also used the Pensieve to store memories he didn't want Harry to see, though this didn't work out so well (OP28).

**Pepper, Octavius**

Disappeared in the early spring of 1997, as reported by the *Daily Prophet*. It was implied that the disappearance was connected to an attack by Death Eaters (HBP21).

**pepper breath**

Harry came across this charm while searching for a weapon against the dragon in the first task of the Triwizard Tournament, but decided it would only increase the creature's firepower (GF20).

**Pepper Imps**

Tiny black candy that makes you "Breathe fire for your friends!" (PA5, PA10)

**Peppermint Toads**

Peppermint creams shaped like toads ("hop realistically in the stomach!") (PA10)

**Pepperup Potion**

A potion invented by Grover Hipworth that cures the common cold (fw). It leaves steam coming out of the drinker's ears, which, in the case of the redheaded Ginny Weasley, makes it rather look as though her head is on fire (CS8).

**Perkins**

A "stooped, timid-looking old wizard with fluffy white hair" who works with Arthur Weasley at the Ministry (OP7). Perkins lent a couple of tents to Arthur for the Quidditch World Cup (GF7), and because of his lumbago never asked to have them back (DH14).

**Perkins**

The name by which Professor Binns mistakenly refers to Harry (OP17). How out of touch must a professor be not to know Harry Potter's name?

**Perks, Sally-Anne**

(Hogwarts 1991)

Sally-Anne seems to have disappeared between Harry's first year and Harry's fifth year. Although she was sorted just before him (PS7), when the names were read off for O.W.L.s, the list skipped over Miss Perks (OP31). It is possible that she has left Hogwarts.

**Permanent Sticking Charm**

A rather annoying charm, really, that sticks things to walls so they cannot be removed (OP6). Walburga Black fastened her own portrait to the walls of Grimmauld Place, a spell which even the accomplished wizards of the Order of the Phoenix couldn't reverse (OP6). Though Sirius complained, she might have learned the trick from him when he permanently stuck Gryffindor banners and posters of Muggle girls in bikinis all over his room to annoy her (DH10).

**Peru**

Peru is the most Quidditch-crazed country in South America, and even has an internationally acclaimed team in Tarapoto (QA8), though its national team was flattened by that of Ireland in the World Cup semifinals in 1994 (GF5). Instant Darkness Powder is also imported from Peru (HBP6), and the Peruvian Vipertooth dragon is native to here (FB).

**Peruvian Instant Darkness Powder**

A powder imported by Weasleys' Wizard Wheezes for defensive use (HBP6); when thrown, it casts the surrounding area into a blackness that wandlight cannot penetrate (HBP29).

**Peruvian Vipertooth**

A small, fast dragon species that has an alarming taste for humans. The Vipertooth is copper-colored with black ridges and short horns and fangs. The Vipertooth is extremely venomous. (FB).

***Peskipiksi Pesternomi*** (pes-kee *PIK*-see pes-ter-*NO*-mee)

"pesky" + "pixie" + "pester" + "no" + "me"

Lockhart's version of a Freezing Charm, though when he tried it on the escaped Cornish Pixies, it had no effect. The spell words certainly don't fit the usual format, so it seems likely that Lockhart was making the whole thing up on the spot (CS6).

**Pest Advisory Board**

A Ministry office that keeps a list of known pests (JKR).

**Petrification**

*"petrificare" L. to make into stone, from "petra" L. rock*

Not a spell so much as a magical effect, caused by seeing the reflected eyes of a basilisk (looking at the eyes directly is deadly). It essentially turns the looker into a statue, until he or she is revived with a Mandrake Restorative Draught (CS9).

***Petrificus Totalus*** (pe-*TRI*-fi-cus to-*TAH*-lus)

"Full Body Bind", "Body-Bind Curse", or "full" (UK) / "Full" (US) Body-Bind Curse"

*"petrificare" L. to make into stone + "totalis" L. entire*

A spell that turns the victim's entire body rigid, that Hermione reluctantly cast on Neville when he tried to stop them going after the Philosopher's Stone (PS16). It's also a favorite spell of the D.A., though it's easily released by another witch or wizard (OP35).


**Pettigrew, Peter "Wormtail"**

(1960 – 1998; Gryffindor, 1971; Order of the Phoenix; Death Eater)

One of the Marauders who was in the same class as, and hung out in school with, James Potter, Sirius Black, and Remus Lupin. He was not as skilled a wizard as his friends, and seemed to hang out with them largely because he idolized them (PA10). With them, though, he learned to become an Animagus (turning into a rat and earning the nickname "Wormtail"), helped write the Marauder's Map (PA17, PA18), and joined the Order of the Phoenix (OP9).

It soon became apparent, though, that Pettigrew was not so much a friend to James, Sirius, and Remus, as hanging out with them because of their power and skill. When he was presented with the opportunity, Pettigrew joined the Death Eaters, secretly spying on the Order. When he was made the Secret-Keeper protecting James and Lily, he betrayed them, sending them to their death; soon afterward he framed Sirius for the crime, destroying Sirius' life as well as he was sent to Azkaban (PA19).

After framing Sirius for betraying James and Lily, Pettigrew transformed into a rat and stayed that way for twelve years, living as Percy and then Ron's pet, Scabbers, in order to hide from the Death Eaters who thought he had betrayed Voldemort. When Sirius escaped Azkaban

and eventually cornered Pettigrew, he and Lupin tried to kill him, though Harry stopped them (PA19). Though Wormtail escaped (PA20), he then owed Harry a life debt (PA22).

After his escape, Wormtail ran off to Albania to find Voldemort and nurse him back to health, and eventually restored him to power. In making the potion he was forced to cut off his own hand, which Voldemort soon replaced with a powerful silver hand in its stead (GF33). From this point on Wormtail was something of a lowly servant to the Death Eaters (HBP2, DH1). He met Harry again in Malfoy Manor and tried to kill him on the spot, but when Harry reminded Wormtail of his life debt, Wormtail hesitated – and that was enough for the hand created by Voldemort to sense the failing, turn back on its owner and kill him on the spot (DH23)

## Peverell, Antioch, Cadmus, and Ignotus

Though the extent to which the story is factually accurate is unknown, these are the three brothers in the wizarding fairly tale, "The Tale of Three Brothers." Legend (and, it seems, fact) holds that they were the original owners of the Deathly Hallows: Antioch of the Elder Wand, Cadmus of the Resurrection Stone, and Ignotus of the Cloak of Invisibility. Their story is not widely known among wizards, but to Hallows seekers, they are revered (DH21).

Though the Elder Wand changed hands through bloody battles, the Resurrection Stone and Cloak of Invisibility were handed down through the generations, allowing us to trace at least a piece of the lineage of the Peverells; Cadmus's Stone was eventually owned by the Gaunts (HBP10), and Ignotus's cloak by Harry Potter (DH35). Thus, Cadmus's last descendant was likely Voldemort, and Ignotus's only current remaining heirs, Harry and his children.

**Philosopher's Stone** (U.S.: Sorcerer's Stone)

A fabulous magical item, and the goal of alchemists and wizards for centuries. There was only one such stone known to be in existence, created by Nicolas Flamel c. the fourteenth century. The Philosopher's Stone gives transforms metal into gold, and can be used to create the Elixir of Life; thus, unlimited riches and immortality (PS14). Rather a nice payoff, but perhaps it isn't as perfect as it seems, as Dumbledore says: "Humans tend to choose the things that are worst for them" (PS17). The Stone became the object of Voldemort's desire in his quest for immortality, and it was only through the intervention of Harry and his friends that Voldemort didn't obtain it from its hiding place in Hogwarts (PS17).

*The name of the stone was changed to "Sorcerer's Stone" by the book's American publishers, as this was thought to better appeal to a wide audience.*

**_Philosophy of the Mundane, The: Why Muggles Prefer Not to Know_**

by Professor Mordicus Egg

Book about Muggles and the way they so easily convince themselves that magic doesn't exist (FB).

**Philpott, Arkie**

Arkie ran afoul of a Probity Probe at after the goblins tightened security at Gringotts (HBP6).

**Phoenix**

The phoenix is a magical bird about the size of a swan. It has crimson feathers on its body and a golden tail as long as a peacock's. Its claws and beak are gleaming gold and its eyes are black.

The scarlet body feathers glow faintly in darkness, while the golden tail feathers are hot to the touch (FB, CS17). The birds are rare, found in Egypt, India, and China, and are rarely domesticated (FB), though Dumbledore has a pet phoenix, Fawkes (CS12).

Phoenixes have interesting magical abilities. They can carry great weight (CS17) and have the ability to vanish and reappear in another place, in a burst of flame (OP22). They also have a powerful song, 'increasing the courage of the pure of heart and striking fear into the hearts of the impure' (FB). Phoenixes also have a unique regenerative ability, being reborn from their own ashes following each death (CS12), and are extremely loyal: Fawkes, has saved both Dumbledore's life (OP36) and Harry's (CS17).

Two powerful magical substances also come from the phoenix; phoenix tail-feathers are used as wand cores, including feathers from Fawkes at the heart of both Harry's wand and Voldemort's (PS5, GF36); and phoenix tears are an immensely powerful healing solution, serving as an antidote even to basilisk venom (DH6).

**photograph potions**

If photographs are developed in certain potions, the resulting images will move; Colin Creevey discovered this during his first year at Hogwarts, and was pretty excited about it (CS6).

### *Piertotum Locomotor*

A variation on the *Locomotor* spell, that McGonagall used to send the armor and statues of Hogwarts into Battle against the Death Eaters (DH30).

## Pigwidgeon ("Pig")

Ron's owl, a tiny bird, possibly a Scops owl. "Pig," as he is called, is very excitable. He annoys Ron (GF5) and irritates Hedwig, who apparently doesn't think Pig has the proper bearing and manners for a post owl (GF3). Pigwidgeon was given to Ron by Sirius Black, who used Pig for a delivery and suggested that Ron keep him in exchange for the pet rat that Ron lost (PA22). Ginny gave Pig his name and it stuck, although Ron would have liked to have changed it (GF5).

**Pilliwickle, Justus**

(1862 - 1953)

Celebrated head of the Department of Magical Law Enforcement (fw).

**Pillsworth, Bernie**

Most likely a senior member of Magical Maintenance, at the Ministry of Magic. Ron, disguised as Reg Cattermole, was sent to find him when he couldn't get an office to stop raining (DH13).

**Pince, Madam Irma**

Librarian at Hogwarts who looks like an underfed vulture (CS10) with a shriveled face (OP29), and is very strict and suspicious. She is highly suspicious of students, placing nasty spells on books to make sure they're returned on time (QA) and getting irate when library rules are broken (OP29). She is attracted to Argus Filch (HBP30).

*Rowling has apologized to librarians for writing Pince stereotypically unhelpful, saying that she had to do so because of all the times she needed the trio to be forced to search for information. "If they'd had a pleasant, helpful librarian, half my plots would be gone" (HCG).*

**Pimple Vanisher**

A WonderWitch product sold at Weasleys' Wizarding Wheezes, guaranteed to work in ten

seconds (HBP6). Apparently Marietta Edgecombe has yet to discover it (HBP7).

**Pinkstone, Carlotta**

(b. 1922)

Famous for campaigning to lift the Statute of Secrecy, revealing the wizaring world to

Muggles. She has been imprisoned multiple times for defying the Statute (JKR).

**Pips, Dagbert**

Proprietor of Pumpkins R Us, who complained to a *Daily Prophet* reporter that a restriction on

Hallowe'en celebrations would hit pumpkin-growers particularly hard (DP).

**pitch**

Name given to a Quidditch field. Pitches are oval-shaped, five hundred feet long, and eighty

feet wide (QA6).

**Pittiman, Radolphus**

Biographer of Uric the Oddball (FB).

**Pixie**

Native to Cornwall, these mischievous creatures are a bright electric blue in color. They are

very rude (CS6, FB).

**Placement Charm**

The only way to control a kelpie is to use this charm to put a bridle on it (FB).


**Planet Room**

Located in the Department of Mysteries, the Planet Room is described as an "odd place" even by Luna Lovegood. It was a dark room in which even wizards float sometimes. Defending herself against Death Eaters, Luna used the Reductor Curse to blow up Pluto while she was there (OP35).


**Platform 9 3/4**

A hidden platform in Kings Cross Station in London, and the home platform of the Hogwarts Express. The platform is reached by running through the solid barrier between platforms nine and ten, which transforms into a wrought iron archway. Through the archway, the scene is like one from a hundred years ago: a beautiful scarlet steam train sits waiting, with hundreds of families crowding the steam-filled platform, loading trunks into the cars, and saying goodbye to their children for the start of the school year (PS6, DH/e).

*Platform 9 ¾ is filled with romantic imagery, and intentionally so; Rowling's parents met at King's Cross Station, and it became part of her "childhood folklore" that she wanted to include in Harry's life (HPM). This romanticism is reflected in many scenes, such as when the train pulls out of the station for the first time with Ginny Weasley running after it, waving (PS6), or when Harry sends his children off to school, and he finds himself still waving as the train rounds the corner and twists out of sight (DH/e).*

**Platt, Yardley**

(1446 - 1557)

A famous serial goblin-killer (fw).


**PlayStation**

Dudley owned a PlayStation, until he threw it out the window in a fit of rage. His favorite game was *Mega Mutilation Part Three* (GF2).


**Plimpy**

A kind of fish, shaped like a ball with two long, rubbery legs and webbed feet. If you happen to spot a plimpy with its legs tied in a knot, you will know that merpeople are around (FB). The stream near Bottom Bridge, behind the Lovegoods' house, contains Freshwater Plimpies that Xeno uses to make soup (DH20). Luna carries a Gurdyroot to ward off Gulping Plimpies (HBP20).


**Plumpton Pass**

This seemingly careless Quidditch move, where the Seeker catches a Snitch up a sleeve, is named for the fastest Snitch catch in British history, when Roderick Plumpton's did so in 1921 (QA10).


**Plumpton, Roderick**

(1889 – 1987)

Seeker for the England National Team and the Tutshill Tornados (fw). Holds British record for fastest capture of Golden Snitch during game: three and a half seconds, which he maintains was totally intentional and not sheer dumb luck (QA10).

**Plunkett, Josiah**

Quidditch referee for the match between the Pride of Portree and the Appleby Arrows during which one Seeker transfigured the other's head into a cabbage. The excuse given to Plunkett, apparently, was that the cabbage-headed Seeker had cast a Jelly-Fingers curse on the first Seeker during their race for the Snitch, so he deserved to be "cabbaged" (DP3).

**Plunkett, Mirabella**

(b. 1839)

Famous for falling in love with a merman in Loch Lomond while on holiday. When her family forbade her to marry him, she transfigured herself into a haddock and was never seen again (fw).

**pocket watch**

Dedelus Diggle carried a magical pocket watch that shouted to him when time was running short. It unnerved Uncle Vernon, who was already rather unsure about Diggle (DH3). It is a wizarding world tradition for parents to give their son a pocket watch on his seventeenth birthday. On Harry's birthday, he received one from the Weasleys that had once belonged to Fabian Prewett (DH7), and he treasured it the rest of his life (DH/e).

**Pocket Sneakoscope**

See Sneakoscope.


**Podmore, Sturgis**

Square-jawed wizard with thick straw-colored hair. Member of the Order of the Phoenix and part of the Advance Guard that helped Harry escape from number four Privet Drive (OP3). Podmore was on guard duty at entrance of the Department of Mysteries on August 31, 1995 when he was apprehended by the Ministry and sent to Azkaban for six months (OP14).


**Pogrebin**

These annoying little creatures are native to Russia. They love to follow people around, infusing them with a sense of hopelessness until the human collapses, at which point the pogrebin attempts to devour them. The Pogrebin resembles a grey rock with a small hairy body and it hides by crouching down and pretending to be nothing but a harmless stone (FB).


***Point Me***

"Four-Point Spell"

A simple spell, performed with the wand laying flat on the open palm of the caster. When the words are spoken, the wand rotates to point north. Harry learned it from Hermione and used it to keep himself oriented in the Triwizard maze (GF31).

**Poke, Royden**

One of the representatives of the Department for the Regulation and Control of Magical Creatures at a meeting with the Brotherhood of Goblins in Chipping Clodbury that erupted into a riot. Poke was quoted in the next day's *Daily Prophet* as saying "Don't ask me what started it. I thought we were getting along fine until I heard the first explosion" (DP).

**Pokeby, Gulliver**

(1750-1839)

Author of *Why I Didn't Die When The Augurey Cried*; and an expert on magical birds. He was the first to identify the meaning of the Augurey song (FB, fw).

**Poland**

The home of Josef Wronski, the most famous Seeker in Quidditch history. His local team was based in Grodzisk (QA8).

**Poliakoff**

Male student from Durmstrang, treated with disdain by Karkaroff despite the fact that he must have been a rather talented wizard to make the Durmstrang short list for the Triwizard Tournament. Karkaroff only paid attention to his star pupil, Viktor Krum (GF16).

**Polkiss, Piers**

(b. 1980)

Dudley's best friend, described as "scrawny, with a face like a rat" (PS2), who attends Smeltings with Dudley (PS3).

**Polyjuice Potion**

*"poly" Gr. many + juice*

A muddy brown potion (HBP9) described as "complicated" (CS10), though Hermione managed to brew it during her second year (CS12) and during the war on Voldemort, it seemed almost commonplace. The potion transforms the drinker to look exactly like someone else, requiring only that they have a bit of that person to add to the potion, usually hair (CS12). However, the potion only lasts an hour each time it is drunk (GF35). For obvious reasons, Polyjuice Potion can cause major security headaches (HBP3).

Harry learned about Polyjuice Potion as a second-year, when he and Ron took it to become Crabbe and Goyle and sneak into the Slytherin common room (CS12). This was far from the last encounter they had with the potion; they saw Barty Crouch Jr. impersonate Mad-Eye Moody for an entire year at Hogwarts (GF35), Crabbe and Goyle Polyjuice themselves as little girls to serve as lookouts for Malfoy (HBP21), Hermione become Bellatrix Lestrange (DH26), and, memorably, six people at once become Harry (and casually strip in front of everyone) (DH4).

Polyjuice Potion only works on humans (DH5). When Hermione accidentally took some with cat hair, it resulted in an incomplete, semi-permanent transformation that required skilled medical treatment and actually got Moaning Myrtle to laugh (CS13).

**Pomfrey, Madam Poppy**

The Hogwarts school matron (U.S.: "nurse"), who is very adept with curing spells, potions, herbs, and other remedies. Harry thinks of her as "a nice woman, but very strict" (PS17). Among other things we've seen her regrow bones (CS10), cure a poisonous dragon bite (PS14), fix Eloise Midgen's nose after she cursed it off (GF13), remove beards (GF16), and shrink overgrown teeth (GF23). In fact, she's only been stumped once – by the pimple charm, cast by Hermione, that left the word "SNEAK" tattooed on Marietta Edgecombe's forehead. Madam Pomfrey "couldn't make the slightest improvement" to that one, though one wonders how hard she was really trying (OP28). It is true, though, that patients with severe injuries are transferred to St. Mungo's (OP32), and that Dumbledore trusts Snape more than Madam Pomfrey to heal injuries sustained by severe Dark Magic (HBP13).

Madam Pomfrey works hard to protect her patients' peace and quiet, not hesitating even to throw out Dumbledore over an excited patient (PS17). When she is overruled on this front, she becomes very agitated (PA21). She has been the matron at Hogwarts for a long time, as she was there when the Marauders were in school (PA18).

**Pontner, Roddy**

Wizard who bet on the World Cup with Ludo Bagman (GF7).

**Porlock**

Found in Dorset, England and in southern Ireland, this short, shaggy creature walks on two cloven-hoofed feet and feeds on grass. Its small arms end in four fingers. The porlock lives to guard horses, though it is seldom seen by humans (FB).

**Portable Swamp**

Planted by Fred and George in a corridor at Hogwarts, to get back at Umbridge. When she attempted to discipline them, they quit school and flew off in a blaze of glory (OP29). As Umbridge couldn't remove the swamp, Filch had to punt students across it the rest of the year (OP30). Once Umbridge was gone Flitwick "remembered" how to get rid of it, and did so in a few moments, though he left a bit roped off under the window, saying it was a "really good bit of magic" (OP38).

**Porskoff Ploy**

Quidditch move where a Chaser makes as if to dart upward with the Quaffle, drawing an opposing Chaser upwards, then drops the Quaffle to another Chaser (GF8).

**Porskoff, Petrova**

Famous Chaser from Russia who invented the Porskoff Ploy (QA10).

**Portkey**

An enchanted object, typically a piece of seemingly worthless junk, which when touched will transport a person to a preprogrammed location (GF6). An object can be transformed into a Portkey by the *Portus* spell, but the caster must be authorized to do so (OP36). The Portkey Office is part of the Department of Magical Transportation at the Ministry of Magic and creates all authorized Portkeys (OP7). It is a commonly held belief that releasing a Portkey in transit will cause "death or serious injury," though we don't know whether this is actually true (JKR).

**portraits**

Wizarding portraits are very life-like, as the wizards depicted within them are able to talk and hold conversations. However, the wizards are not as fully realized as ghosts, they more "repeat catchphrases" from the wizards's life. The most life-like portraits exist in the head's office at Hogwarts, as the previous heads of the school leave their "aura" in that room (EBF). We see evidence of this in the portraits of Phineas Nigellus (DH15) and Dumbledore (DH33), which seem to repeat much more than the usual catchphrases so evident in the portrait of, say, Walburga Black (OP6).

**Portree**

See Pride of Portree.

**Portsmouth**

The home of Elias Grimstone, who in 1879 made the first Oakshaft 79 broomstick (QA9).

**Portuguese Long Snout Dragon**

A breed of dragon not listed in *Fantastic Beasts and Where to Find Them,* though it appears in *Dragon Breeding for Pleasure and Profit.* The Long Snout has scales of light green and black eyes, found in the North around Geres, an area of rocky summits and valleys (JKR).

***Portus*** (*POR*-tus)

*"portus" L. door*

A spell that turns an object into a Portkey. It is heavily regulated, though we've seen Dumbledore perform it when needed (OP22).

**possession**

A powerful magical ability seemingly unique to Voldemort; he possessed Harry briefly once, in an attempt to persuade Dumbledore to kill him (OP36), though he found this painful because Harry's soul was so pure (HBP23).

   A soul or soul fragment that has no body can also possess people; Voldemort did this with a number of animals after his body was destroyed (GF33) and later with Quirrell, for nearly a year (PS17). It can also happen with Horcruxes, when a person gets too close to one (DH7), as happened with Ginny Weasley and Tom Riddle's diary (CS17).

**post office (wizarding)**

The only wizarding post office we ever hear of is located in Hogsmeade.  At least three hundred owls, from Great Grays to tiny Scops ("Local Deliveries Only"), wait to carry messages. They sit on shelves that are color-coded, depending on how fast you want your letter to get to its destination (PA8). It is also referred to as an "Owl Office" (PA22).

**post office (Muggle**)

A Muggle post office in Ottery St. Catchpole has been helpful to the Weasleys on occasion, in sending a letter to Harry via Muggle post (GF3) or to order Muggle taxis to take them to Kings Cross (GF11). This might also be where Ron placed an ill-fated phone call to Harry, yelling into the phone and getting Harry in a fair amount of trouble with the Dursleys (PA1).

**potion-making kit**

Hogwarts students use these (GF10), although curiously they aren't listed on the supply list sent to first-years (PS5).

**Potions**

Potions are magical liquids created by mixing various ingredients in a cauldron according to very specific rules; they can only be brewed by someone of magical ability (HCG). These mixtures must usually be drunk to give their magical effect. The ingredients in potions range from the mundane (caterpillars, pomegranate juice) to the bizarre and fantastic (Ashwinder eggs, unicorn horns) (PA7, OP17, FB, PS15), and the procedures for creating some potions can be complicated and time-consuming; Felix Felicis, for example, has to brew for six months (HBP24).

Potions is one of the seven fundamental classes at Hogwarts, taught starting first year (PS8). Severus Snape was the Potions Master at Hogwarts from c. 1980 to the fall of 1996. Horace Slughorn, an earlier Potions Master, came out of retirement for the following two school years (OP15, HBP4, HBP8, DH30).

**Potions classroom**

A "creepy" room in the Hogwarts dungeons, with "pickled animals floating in glass jars all around the walls" (PS8). In the corner stands a gargoyle with water pouring from its mouth into a basin, for washing hands (PA7). As it's in the basement, the room can get cold enough in the winter to see your breath (PS12).

**Potter, Albus Severus**

(b. 2006; Hogwarts, 2017)

Middle child of Harry and Ginny Potter, named for Albus Dumbledore and Severus Snape. When he begins Hogwarts he's quite nervous about being sorted into Slytherin, thanks in large part to the goading of his older brother James; Harry reassures him that the Sorting Hat will take his choice into account if he wants it to (DH/e).

**Potter, Charlus**,

(twentieth century)

Husband of Dorea (Black) Potter and father of one son (BFT). It is doubtful that Charlus is Harry's grandfather because Jo has told us that James's parents "were old in wizarding terms" when they died, (TLC), but Dorea died at age 57 (BFT).

**Potter cottage**

On the outskirts of Godric's Hollow, the house where James and Lily Potter lived with their son Harry when they were attacked by Voldemort (DH16). It had been protected by the Fidelius Charm, but Peter Pettigrew had been made Secret Keeper and betrayed the secret to Voldemort (PA19). Voldemort found the house and killed James and Lily, but when he tried to attack Harry the curse rebounded on him and blew apart part of the house's second floor. The house was then left in this state as a monument to Voldemort's downfall, and a memorial to James and Lily (DH16, DH17).

**Potter, Dorea (Black)**

(1920-1977)

Daughter of Cygnus and Violetta (Bulstrode) Black, sister to Cassiopeia, and wife of Charlus Potter; they had one son (BFT).

Three older siblings: two brothers Pollux (1912-1990) and Marius (disowned, dates unknown), one sister Cassiopeia (1915-1992)  (BFT). It is doubtful that Dorea is Harry's grandmother because Jo has told us that James's parents "were old in wizarding terms" when they died, (TLC), but Dorea died at age 57 (BFT).


**Potter, Ginny Weasley**

Presumably Ginny Weasley's married name after she married Harry Potter (DH/e). See Weasley, Ginny.


**Potter, Harry James**

Still to come.


**Potter, James**

(b. circa 2005; Gryffindor, 2016?)

The oldest son of Harry and Ginny Potter, named for Harry's father. He seems to have inherited a bit of Weasley – interrupting his cousins while snogging (DH/e) – as well as a bit of his namesake, stealing the Marauder's Map from his father's desk (BLC).


**Potter, James "Prongs"**

(27 March, 1960 – 31 October, 1981; Gryffindor, 1971; Quidditch Chaser; Order of the Phoenix)

The father of Harry Potter, and nearly identical to him in appearance except with hazel eyes (OP28). He was a descendant of Ignotus Peverell and the only child of wealthy, elderly parents, who were very kind and who both died shortly after he left Hogwarts (OP6, TLC, AOL). James was a "pampered" child (TLC), and could be cocky and somewhat cruel in his childhood (OP28). He "deflated his head a bit" his seventh year, was named Head Boy, and started dating Lily Evans, who he later married (PS4, OP9, OP30). He was twenty when his son, Harry, was born on July 31, 1980.

At Hogwarts, James was very popular; he was a Quidditch chaser (Sch2) and rather liked to show off (OP28). He was best friends with Sirius Black, Remus Lupin, and Peter Pettigrew; they were known for mischief (PA10) and dubbed themselves the "Marauders" (PA17). When they learned that Lupin was a werewolf, James, Sirius, and Peter set out to become Animagi so they could join him; they succeeded in their fifth year (PA18); James earned the nickname "Prongs" because his Animagus form was a stag (PA22).

As popular as he was, James also had a sworn enemy at Hogwarts: Severus Snape. Sirius and Lupin attributed Snape's attitude toward James to jealousy (OP29), though it was true that James started bullying Snape from the moment they met, mocking him and calling him "Snivellus" (DH33). However, when Sirius played a joke on Snape and sent him toward Lupin in his werewolf form, James stepped up and saved his life (PA19). Snape's resulting life debt to James only made him hate James all the more (PS17), and when James ended up dating and marrying Lily – who Snape had loved his entire life – it sealed Snape's hatred for good (DH33).

A lifelong despiser of the Dark Arts, James was extremely loyal to Dumbledore and enthusiastically joined the Order of the Phoenix and fought against Voldemort (OP9, OP30). Together he and Lily escaped Voldemort three times, but a prophecy made by Sybill Trelawney marked Harry for death, and Voldemort came after the Potters (OP37). They were tipped off and used the Fidelius Charm to hide themselves, but James put his faith in the wrong person – Peter Pettigrew – and was betrayed (PA19). Voldemort killed him and Lily on October 31, 1981, in their cottage at Godric's Hollow (DH17).

**Potter, Lily**

(b. 2008; Hogwarts, 2019)

Youngest child and only daughter of Harry and Ginny Potter, named for Harry's mother, Lily. Like her mother twenty-eight years earlier, Lily was jealous as she stood on Platform 9 ¾, watching her older brothers go off to Hogwarts (DH/e).

**Potter, Lily Evans**

(30 January, 1960 – 31 October, 1981; Gryffindor 1971, Slug Club, Order of the Phoenix)

The mother of Harry Potter, who shared with Harry the most striking aspect of her appearance, her brilliant green, almond-shaped eyes (OP28). Lily was born to a Muggle family and grew up with her sister, Petunia, not far from Spinner's End. Through a friendship with Severus Snape, Lily discovered that she was a witch (DH33), a fact which allowed her to attend Hogwarts and made her parents very proud (PS4), though Petunia was quite jealous. Despite once thinking him an "arrogant toerag" (DH33), Lily started dating James Potter in their seventh year and married him shortly thereafter (OP30); her only son, Harry, was born on July

31, 1980, when Lily was twenty.

As young girls, Lily and Petunia were good friends; however, once Lily was invited to Hogwarts and Petunia told she couldn't attend, a rift grew between them that never healed. Lily's best friend soon became Severus Snape, though he was a Slytherin; they maintained this friendship until he grew too immersed in the Dark Arts and determined to join the Death Eaters, which Lily couldn't understand. Though Lily didn't know it, Snape was in love with her, and his heart broken when she started dating James in her seventh year (DH33).

Lily was considered by her teachers to be "bright," "vivacious," and a very gifted witch, especially at Potions (HBP4). She was Head Girl of Hogwarts her seventh year (PS4), and also very pretty (DH34). Dumbledore believed that though Harry looked very much like James, his deepest nature was one he had inherited from Lily (DH33).

Lily, along with James, joined the Order of the Phoenix after Hogwarts and fought against Voldemort (OP9, OP30). Together they escaped Voldemort three times, but a prophecy made by Sybill Trelawney changed everything. Overheard by Snape and reported to Voldemort, it soon meant that Voldemort was seeking out the Potters in order to kill them (OP37, HBP25). When Snape realized this, he asked Voldemort to spare Lily; however, when Voldemort arrived on October 31, 1981, Lily refused to step aside and let Voldemort kill Harry, sacrificing herself instead. Unknown to Voldemort, this choice gave Harry the protection he needed to survive the Killing Curse. Voldemort was destroyed, and Harry was given the tools he needed to live under his mother's protection for sixteen years, and eventually defeat Voldemort for good (OP37, DH33, DH36).

**Potter, Mr. & Mrs.**

James's parents were wealthy and elderly when he, their only son, was born; they considered him a "gift" and pampered him throughout his childhood (TLC, AOL). They were kind enough to let James's best friend Sirius Black come live with the family, as well, after he ran away from home (OP6). Mr. Potter was a Gryffindor, though we don't know about his wife (DH33). Both died around the time that James was married and Harry born, as they were gone before James was killed in 1981 (TLC).

### *Potterwatch*

A radio show hosted by Lee Jordan (code name: 'River') during the second war against Voldemort. Hidden behind a different password each week on the Wizard Wireless, the show discussed news that was being covered up by the *Daily Prophet* and other mainstream media, and reported on the resistance being put up by the Order of the Phoenix (DH22).

### Potts, Nugent

Quidditch referee in 1894 we was hit in the nose by a stray arrow from the wand of an overly-enthusiastic Appleby Arrows fan (QA7).

### *Powers You Never Knew You Had and What To Do With Them Now You've Wised Up*

One of the books that Harry, Ron, and Hermione examined while preparing for the second task of the Triwizard Tournament (GF26).

### Practical Defensive Magic and Its Use Against the Dark Arts

Harry's Christmas present from Sirius and Lupin in his fifth year (OP23). Just guessing that Sirius supplied the funds, while Lupin actually went out and purchased the book.

### Practical Household Magic

by Zamira Gulch

A book of solutions to everyday magical problems (DP3).

### Practical Potioneer, the

One of the scholarly journals of the wizarding world; Albus Dumbledore had at least one paper published in it when he was still quite young (DH2).

### Prang, Ernie

Elderly, bespectacled driver of the Knight Bus (PA3). *He was named for Rowling's grandfather Ernie.*

### Predicting the Unpredictable: Insulate Yourself Against Shocks

A book in the Divination section of Flourish and Blotts (PA4).

### prefects

Starting fifth year, one boy and one girl in each Hogwarts house are named prefects, giving them duties supervising younger children and assisting the teachers in maintaining discipline.

Ron and Hemrione were the Gryffindor prefects in Harry's year (OP9); Dumbledore didn't give it to Harry because he thought he "had enough responsibility to be going on with" (OP37).

**prefects' bathroom**

The "fourth door to the left of the statue of Boris the Bewildered on the fifth floor" (GF23). Inside there is an enormous white marble bathtub, the size and depth of a swimming pool, with a diving board. The tub is also lined with over a hundred taps, releasing various types of perfumed bubble bath. Harry used this bathroom, after Cedric gave him the password, to listen to his golden egg underwater and find out what the second task would be (GF25).

*Prefects Who Gained Power*

A book that, for some reason, interested Percy (CS4).

**Prentice, Mr.**

A Muggle neighbor of the Dursleys, known to Mrs. Figg (OP2).

**Prewett, Fabian and Gideon**

Brothers of Molly Prewett Weasley (JKR, OP9). Among the "best witches and wizards of the age, they were killed during the Voldemort years (PS4). It took five Death Eaters, including Antonin Dolohov, to bring them down (OP25); Moody said they died like heroes (OP9).

**Prewett, Ignatius**

Husband of Lucretia Black and a paternal uncle of Sirius Black. (BFT).

**Prewett, Molly**

Molly Weasley's maiden name (JKR).


**Pride of Portree**

A Quidditch team founded in 1292, with deep purple robes and a gold star. They won the league twice in the 1960s, captained by famous Chaser Catriona McCormack. Her daughter Meghan is a Keeper on the current squad (QA7).


**Prime Minister**

The Prime Minister of the United Kingdom is one of the only Muggles to whom wizards intentionally reveal their existence. It is frustrating for him, particularly when things are going badly in the wizarding world and he is powerless to do anything about it. The current Prime Minister (as of 1996, HBP1) has had conversations with the Minister for Magic several times, regarding breakouts from Azkaban, the Quidditch World Cup, and the war on Voldemort (HBP1).


**Primpernelle, Madam**

Witch who produces a line of Beautifying Potions from Diagon Alley (DP).


**Prince, Eileen**

Severus Snape's mother, a witch (HBP13). Described as skinny and "simultaneously cross and sullen, with heavy brows and a long, pallid face" (HBP25). Captain of the Hogwarts Gobstones

Team (HBP25). Her husband was Tobias Snape, a Muggle who treated her badly and "doesn't like anything, much", according to his son (HBP30).


**Pringle**, **Apollyon**

Caretaker at Hogwarts when Arthur and Molly Weasley attended (1960s), preceding Argus Filch. He punished Arthur (for being caught out at night with Molly) in a way that left permanent scars (GF31).


**printing press, magical**

Xenophilius Lovegood runs a magical printing press in his home to churn out copies of the *Quibbler*. It was a strange magical contraption covered in magically moving knobs, gears, and wheels, sort of like an animated workbench (DH20).


*Priori Incantatem*

"Reverse Spell Effect"

When two wands are forced to duel that have core material from the same single creature, the result will be "*Priori Incantatem*," a display in sequence of the last spells one of the wands cast (GF36). Which wand will show the spell effect depends on the willpower of the two wizards involved. When Harry dueled Voldemort in the Little Hangleton graveyard, he forced Voldemort's wand to show its recent victims, including his parents (GF34).


*Prior Incantato* (prye-*OR* in-can-*TAH*-toe)

*"prior" L. former, earlier, preceeding + "incantatare" L. to bewitch or enchant*

A spell that, when cast on a wand, forces it to emit a ghost image of the last spell it cast. The images can be dispelled using *Deletrius* (GF9).

**Pritchard, Graham**

(Slytherin, 1994)

A student sorted into Slytherin at the start of Harry's fourth year (GF12).

**private hospital**

London hospital where the Dursleys took Dudley to have his tail removed (PS6).

**Privet Drive**

A street in Little Whinging, Privet Drive is a "perfectly ordinary" Muggle street with boring, boxy houses. It is also, at number four, home to the Dursley family (PS2).

**Probity Probes**

Used to scan wizards for Dark items upon entering Gringotts. Described as "crude" (DH26), they're known for being stuck up careless wizards'… well, never mind (HBP6).

**Prod, Demetrius. J.**

Warlock living in Didsbury who was excited about the Kwikspell course. In a testimonial for Kwikspell, he wrote, "My wife used to sneer at my feeble charms, but one month into your fabulous Kwikspell course and I succeeded in turning her into a yak! Thank you, Kwikspell!" (CS8). Probably the same person as the late Demetrius J. Prod.

**Prod, Demetrius J.**

Died on November 27, "very noisily," after an argument with his wife Elsie over the washing-up (DP).

**Prod, Elsie**

Widow of Demetrius J. Prod (DP). No mention of her being turned into a yak. Apparently, she got better.

**Prongs**

James Potter's nickname among his closest friends.

**Prophecy**

A prophecy is a very unusual magical effect where a Seer give information, often in a cryptic form which then itself requires some interpretation. A Seer, one who possesses the Inner Eye, doesn't seem to have control over their Seeing. Trelawney, for example, only made actual Prophecies twice, although she made plenty of claims about everything from troubles ahead for various students to Neville breaking a teacup. In each case when she made an actual Prophecy, Trelawney went into a trance and spoke in a completely different voice. Both times, after speaking the Prophecy, she didn't remember a thing about it. Prophecies are recorded and stored in glass spheres in the Hall of Prophecies in the Department of Mysteries.

**Protean Charm** (*PRO*-tee-an)

*"protean" Eng. able to readily assume a different form, from Proteus, a sea god from Greek mythology who could change his shape rapidly*

A complex charm that Hermione cast on fake Galleons, used by the D.A. to communicate meeting times. When Harry changed the numbers on his coin, they automatically changed on the others. A very advanced N.E.W.T.-level spell (OP19).


**Protego** (pro-*TAY*-go)

"Shield Charm"

*"protego" L. to defend*

Spell that creates a magical barrier to deflect spells. It is perhaps the most basic defensive charm, and the first one used by the Order of the Phoenix to defend the Burrow after the fall of the Ministry of Magic (DH9); it can be very powerful (DH36). Shield Charms can also create a physical barrier to wizards; for instance, Harry casts it after Ron returns to prevent Hermione's attacking him (DH19).


**Protego Horribilis**

A more advanced Shield Charm, cast by Flitwick to help defend Hogwarts from oncoming Death Eaters (DH30).


**Protego Totalum**

A semi-permanent version of the Shield Charm, cast routinely by Hermione to protect the trio's campsites (DH14).

**Proudfoot**

Auror stationed at Hogwarts during Harry's sixth year, along with Tonks, Dawlish and Savage (HBP8).

**Prudence**

Sister of Modesty Rabnott, living in Aberdeen. When Modesty was fined so much that she lost her house, she went to live with Prudence (QA4).

**Ptolemy, Claudius**

Famous wizard, face on a Chocolate Frog trading card (PS6, fw).

**Public Information Services**

A department within the Ministry of Magic that, it seems, could stand to be improved (JKR).

**Pucey, Adrian**

(Slytherin, 1989 or 1990; Quidditch Chaser)

Since he was on the Slytherin team during Harry's first year (PS11), he was at least a year ahead of Harry; since he was still there during Harry's fifth year (OP19), he's no more than two years ahead of Harry, assuming he's up to scratch academically.

**Puddifoot, Madam**

The owner of a small tea shop in Hogsmeade, described as a "very stout woman with a shiny black bun" and the kind of taste in decorating that involves doilies (OP25).

**Pudding Lane**

The street where the Great London Fire of 1666 started; however, there is some debate as to whether it began in a Muggle bakery (as Muggles believe) or in the basement of the house next door, where a young Welsh Green dragon was being kept (JKR).

**Puddlemere United**

Dumbledore's favorite Quidditch team (QA), managed by Philbert Deverill. The team recently changed its robes from mud brown to the current kingfisher blue (DP). Oliver Wood joined this team as a reserve Keeper after leaving Hogwarts in 1994 (GF7).

**Puffapod**

Plant with fat pink pods with seeds that burst into flower if dropped (PA8).

**Puffskein**

A long-tongued custard-colored little furball that makes a calming purring noise. These pleasant creatures are often kept as pets, particularly by wizarding children; Ron Weasley used to own one until Fred used it for Bludger practice (FB). Weasleys' Wizard Wheezes breeds and sells miniature puffskeins called Pygmy Puffs (HBP6).

**Puking Pastilles**

Perhaps the most dramatic of the Skiving Snackboxes sold by Weasleys' Wizard Wheezes. Eating the orange end makes you puke endlessly until you eat the purple end, and instantly

stop. Fred and George had some trouble testing them, as their original version of the orange end made them puke so violently they had trouble swallowing the purple end (OP6).

**Pumpkin Fizz**

Some type of treat that Fred and George brink back from Hogsmeade (PA13).

**Pumpkin juice**

Usually served iced, available on the Hogwarts Express and at Hogwarts (CS5, PA6). It seems to be the drink of choice for wizarding children, giving way to butterbeer (PA8) and then firewhisky (DH5) as they age.

**Pumpkin Pasties**

Treat sold on the Hogwarts Express (PS6).

**Pumpkins R Us**

In a *Daily Prophet* article on Ministry laws cracking down on Hallowe'en celebrations, Dagbert Pips, the proprietor of Pumpkins R Us, was interviewed, clearly upset at restrictions he feared might hurt his business (DP).

**pure-blood**

According to some wizards (mostly pure-bloods themselves, funnily enough), being a "pure-blood" – that is, not descended from any Muggles – is an elite status symbol. It's a form of

racism, really, but families like the Malfoys (CS7), the Blacks (OP6), and the Gaunts (HBP10) have clung to it for generations and refuse to marry anyone of Muggle descent.

### Purge and Dowse, Ltd.

An old abandoned department store in Muggle London, Purge and Dowse, Ltd. is actually a false front that prevents Muggles from seeing St. Mungo's Hospital for Magical Maladies and Injuries. Wizards enter by talking to the dilapidated mannequin in the window, then walking straight on through the glass (OP22).

### Purkiss, Doris

In the summer of 1995, *The Quibbler* printed an interview with Doris Purkiss, who claimed that Sirius Black was really Stubby Boardman, and that Stubby had been enjoying a romantic dinner with her the day of the murder of the Potters and therefore had an alibi (OP10).

### Put-Outer

See Deluminator.

### Pye, Augustus

Trainee Healer on the Dai Llewellyn Ward of St. Mungo's who tried to heal Arthur Weasley's snakebite in December 1995. He was very interested in "complementary medicine" (using Muggle techniques along with the magical approaches). He and Arthur decided to give stitches a try, but something in the wound kept dissolving them, so they didn't work (OP23). Molly was not impressed.

**Pygmy Puff**

Sold by Fred and George in Weasleys' Wizard Wheezes, Pygmy Puffs are miniature puffskeins, "round balls of fluff in shades of pink and purple," that sell so quickly they "can't breed them fast enough." (HBP6) Ginny convinced her mother to buy one for her, and she named it Arnold. Arnold is frequently seen riding around on Ginny's shoulder in the Gryffindor common room, often with a hopeful Crookshanks trailing behind (HBP14).

**pyramids**

The famous pyramids in Egypt were protected largely by spells cast by ancient wizards - the Weasley family toured some of them when they visited the country in the summer of 1994, where they saw, among other things, mutant skeletons of Muggles who had broken in and "grown extra heads and stuff," according to Ron (PA1). Fred and George also tried to shut Percy in a pyramid, but unfortunately were spotted by Mrs. Weasley (PA4).

**Pyrites, Arthur**

A servant of Voldemort, quite a dandy wearing white silk gloves.

*He was a character Rowling included in early drafts of PS1, but discarded eventually. His name means "fool's gold" (JKR).*

**Q**

**Q.U.A.B.B.L.E.**

See 'Quidditch Union for the Administration and Betterment of the British League and its Endeavors.'

**Quaffle**

A seamless red leather ball, twelve inches in diameter, that is used in playing the game of Quidditch (QA6). The Quaffle is the ball with which Chasers score goals (PS10), and due to the nature of the game must be caught and thrown one-handed, since the player must at the same time control his or her broomstick (QA3). A number of enchantments are placed on the ball in order to aid the Chasers who throw and catch it, including a spell that makes it fall slowly through the air and a Gripping Charm (QA6).

**Quaffle Drops**

Apparently a statistic kept in Quidditch. The record for the most naturally belongs to a member of the Chudley Cannons, Dragomir Gorgovitch. He broke the record shortly after transferring to the team "for a record fee" c. 1995 (DH7).

**Quaffle-pocking**

A Quidditch foul applying to Chasers, which means a penalty for tampering with a Quaffle (QA6).

**Quality Quidditch Supplies**

Harry Potter's favorite shop in Diagon Alley. He visited it often when he stayed for three weeks

at the Leaky Cauldron, since that summer the new Firebolt racing broom had been introduced and the shop had one on display (PA4). Quality Quidditch Supplies also displayed a full set of Chudley Cannons robes in the front window (CS4).

## Queerditch Marsh

Eight hundred years ago, a group of witches and wizards used a damp stretch of nettle-filled ground called Queerditch Marsh as a place to play a new game they had invented, involving broomsticks and a "big leather ball." Soon they added a couple of heavy rocks, bewitched to try to knock players off their brooms. The whole business was observed by a witch named Gertie Keddle who wrote about what she saw, in badly spelled Saxon, in her diary. That diary is now on display in the Museum of Quidditch in London, for over the centuries that followed this simple game evolved into modern Quidditch – a name still derived from this lowly marsh (QA3).

### *The Quibbler*

The tabloid newspaper of the Wizarding World, edited by Luna Lovegood's father, Xenophilius (DH8). It publishes an edition every month (OP26), usually filled with wild, silly, and bizarre stories about famous people, particularly involving conspiracy theories (OP10). However, in the spring of 1996, the magazine also printed Harry's story of Voldemort's return, which began to change the public perception of Dumbledore, Harry, and the Ministry of Magic (OP26).

Later, after Voldemort's ascendancy during the Second Wizarding War, *The Quibbler* urged the Wizarding World to support Harry Potter at a time when the Voldemort-controlled Ministry of

Magic had declared Harry Potter to be "Undesirable Number One" (DH13). This editorial policy led to the kidnap of Luna by Death Eaters, in an attempt to pressure Xenophilius Lovegood to toe the Ministry of Magic/Voldemort line. The pressure worked, in so far as Xenophilius prepared a run of *The Quibbler* featuring a front-page picture of Harry "emblazoned with the words *Undesirable Number One*," although it is unclear whether this issue ever went out by owl post because Xenophilius was captured and imprisoned the day of the print run (DH21).

**Quiberon Quafflepunchers**

A French Quidditch team that is known for its shocking pink robes, flamboyant play, and frequently winning the French league (QA8).

**Quick-Quotes Quill**

A quill that is enchanted to be set up on a sheet of paper without human support, which when activated will write an exaggerated account of whatever is said in its presence. Rita Skeeter famously carries an acid-green Quick-Quotes Quill in her crocodile skin handbag (GF18).

**Quidditch**

Quidditch, "the sport of warlocks," is the premier sport of the wizarding world. Its name comes from Queerditch Marsh, where the game originated in the 1000s (QA3). It is a fast, dangerous, exciting game in which two teams flying on broomsticks compete for points scored by throwing a ball through hoops on either end of a large grassy pitch (PS10). Quidditch is played by kids on broomsticks in the back apple orchard (HBP6), by teams of students at Hogwarts (PA15),

and by professional athletes whose exploits are followed avidly all over the world. The World Cup matches attract hundreds of thousands of fans (GF8).

The rules of Quidditch are fairly simple. It is played up on broomsticks up in the air, with three goal posts at either end of the pitch. There are four balls: a Quaffle, which scores ten points when thrown by one of three Chasers through a goal post; two Bludgers, which are batted around by two Beaters in an attempt to knock the other players off their brooms; and the tiny, elusive, Golden Snitch, which, when caught by the Seeker, is worth 150 points. The only other player is the Keeper, who guards the hoops (PS10). Though the rule book outlines seven hundred fouls, most of them fundamentally involve interfering unfairly with the opposing team (QA6).

The colorful history of this thousand-year-old sport is detailed in the excellent book, *Quidditch Through the Ages*, written by Kennilworthy Whisp and now available in a Muggle edition as well (QA).

**Quidditch Cup**

Awarded each year to the top House Quidditch team at Hogwarts. Gryffindor won the cup three times during Harry's tenure on the team (PA15, OP30, HBP24), in addition to two years in which it was not awarded (CS14, GF12).

**Quidditch stadiums**

Teams in Britain do not have their own home fields for matches. Instead, Quidditch stadiums have been erected on a number of deserted moors, and players and fans come from all over Britain to attend these matches. Various charms and magical effects have been used, with

varying degrees of success, to prevent Muggles from accidentally discovering these stadiums. For more, see Bodmin Moor, Ellis Moor, Exmoor, Ilkley Moor, or Yorkshire Moors.

### *Quidditch Teams of Britain and Ireland*

Hermione gave a copy of this book to Harry as a Christmas present during their fourth year (GF23); it was one of the books he tried reading as a distraction while cooped up in number four, Privet Drive after the Dementor attack before his fifth year (OP3).

### *Quidditch Through the Ages*

by Kennilworthy Whisp

A general reference work about Quidditch, first lent to Harry during their first year by Hermione (PS11), who'd read it for tips before the Gryffindors' first flying lesson (PS9). It has since been produced for Muggles, and is highly recommended by Albus Dumbledore, among others (QA).

## Quidditch Union for the Administration and Betterment of the British League and its Endeavors (Q.U.A.B.B.L.E.)

The head of this organization is Dunbar Oglethorpe (fw).

## Quidditch World Cup

An enormous international event played every four years since 1473 (QA8), though this fails to explain how 1994 saw the four hundred and twenty-second such event (GF8). At any rate, that year it was held on a deserted moor in Britain, with Harry, Hermione, and the Weasleys in

attendance for a spectacular match between Ireland and Bulgaria. In that match, Ireland's superb Chasers scored seventeen goals to the Bulgarians' one, but Bulgaria's star Seeker, Viktor Krum, caught the Snitch – ending the match with a final score of Ireland 170, Bulgaria 160 (GF8).

The Ministry of Magic spent a year leading up to the event magically constructing a huge stadium for the Quidditch World Cup. With immense gold walls and seating for 100,000, it was an impressive place (GF8). Included among the planning were elaborate Muggle-repelling charms, two hundred Portkeys, and arrivals staggered over two weeks so Muggles wouldn't get suspicious (GF6).


*Quietus* (KWY-uh-tus)

*"quietus" L. quiet, peaceful*

Reverses the effect of *Sonorus*, making the caster's voice normal in volume. Ludo Bagman used this in conjunction with *Sonorus* to allow himself to speak to large crowds at the World Cup and at the Triwizard Tournament (GF8).


**Quigley**

Beater for the Irish National Quidditch Team (GF8). *Like the other members of the Irish National Team, Quigley is named for one of JKR's friends (JKR).*


**Quigley, Finbar**

Captain of and Beater for the Ballycastle Bats, and possibly the same person as Quigley of the Irish National Quidditch Team (DP).

**Quijudge**

A fourteenth-century title for a Quidditch referee (QA6).


**quill**

Members of the wizarding community use quill pens and parchment for writing rather than modern Muggle pens and paper. Various birds' feathers may be used to create such quill pens, ranging from eagles (GF2) to pheasants (OP16), to phoenixes (OP37). Quills are also commonly placed under more elaborate enchantments. For example, Umbridge had a quill that she used for detentions, that wrote in blood and etched the phrase being written into the back of the writer's hand (OP13). Harry still has scars on his hand from this quill, ironically reading "I must not tell lies" (HBP16).

There is also a magical quill at Hogwarts, which detects the birth of every magical child and records the names down in a large parchment book. Professor McGonagall checks this book annually, to know which children need to be sent owls as they approach their eleventh birthdays (Sch1).

Other types of magical quills include Auto-Answer, Quick-Quotes, Self-Inking, Smart-Answer, and Spell-Checking.


**Quince, Hambledon**

(b. 1936)

Developed a theory that "wizards originate from Mars, Muggles from mushrooms." For some reason, it's controversial (JKR).

**Quintaped**

A highly dangerous carnivore covered in thick reddish-brown hair, having five clubfooted legs and a low-slung body. It has a particular taste for humans (FB).

One of the most dangerous of magical beasts, the quintaped is found only on the Isle of Drear off the north tip of Scotland. There is a fascinating legend about the origin of quintapeds, which involves a feud between two wizarding clans and a poorly thought-out magical attack. The reader is urged to read the full account in a reputable source such as *Fantastic Beasts and Where to Find Them* by Newt Scamander. The Isle of Drear has been made Unplottable to protect the unwary (FB).


**Quintaped (rune)**

With an ancient symbol looking at a Quintaped head-on, this is the rune for the number five, thanks to the creature's five legs. The meaning appears in *Ancient Runes Made Easy* (JKR).


*Quintessence: A Quest*

Required reading in sixth-year Charms, but not the only textbook for that class since the students were expected to have read it before Christmas (HBP15).


**Quirke, Orla**

(Ravenclaw, 1994)

Hogwarts student (GF12).

**Quirrell, Professor Quirinus**

A young wizard with a "brilliant mind," Quirrell was a professor of Muggle Studies, and later of Defence Against the Dark Arts, at Hogwarts (PS5, BLC). In between holding these two posts he took a year off to gain experience dealing with Dark Arts (PS5); unfortunately during this time he met Voldemort in Albania, and by the time he returned to Hogwarts, he was possessed by the Dark Lord. To mask his newfound allegiance he faked a stutter and an eye twitch, hoping nobody would suspect him (PS17), though he certainly made Dumbledore suspicious (DH33).

Quirrell spent the 1991-1992 school year – Harry's first at Hogwarts – working on an attempt to steal the Philosopher's Stone, and thus bring Voldemort back to life. His first attempt to steal it, from Gringotts, was thwarted when Hagrid took it from the vault first (PS8) and it was after this that Voldemort decided to possess him (PS17). As Voldemort's face was sticking out the back of his head, Quirrell had to wear a purple turban the entire school year to hide him (PS7).

After a year of (rather blundering) work, Quirrell learned all he needed and decided to try to steal the Philosopher's Stone from Hogwarts, though he was thwarted by the Mirror of Erised. When Harry followed and was able to get the stone, Quirrell tried to attack him – but blistered terribly upon touching Harry's skin. Dumbledore later explained that Harry was protected by his mother's sacrifice (PS17), and Quirrell, abandoned by Voldemort, died (GF33).


**Quod**

A modified Quaffle used in the American sport, Quodpot, which explodes if it is in play too long before being placed in the "pot" of Quodpot solution (QA8).

**Quodpot**

An American variant of Quidditch invented by Abraham Peasegood. Has eleven players per side and an exploding ball called the Quod (QA).

**Quong Po**

(1443 – 1539)

A Chinese Magical Creatures Specialist, Quong Po studied Liondragons and discovered the uses of their powdered eggs (fw).