# EXHIBIT 5

Dockets.Justia.com

R

**rabbit**

There was a fat white rabbit in the Magical Menagerie that transformed itself into a top hat and back again, either a magical creature or simply one enchanted to perform this bit of Transfiguration (PA4). Lavender Brown also had a young pet rabbit at home, named Binky, which was killed by a fox during her third year (PA8).

**Rabnott, Modesty**

(c. 1200s)

Tried to stop Barberus Bragge from his barbaric treatment of a Golden Snidget, only to be fined ten Galleons for her trouble (a huge amount of money in those days). The Modesty Rabnott Golden Snidget Reservation in Somerset is named after her (QA4).

**Rackharrow, Urquhart**

(1612 - 1697)

Inventor of the Entrail-Expelling Curse; a portrait of this nasty-looking wizard hung in the Dai Llewellyn Ward in St. Mungo's (OP22).

**Radford, Mnemone**

(1562 - 1649)

Radford developed Memory Modifying Charms and was the first Ministry of Magic Obliviator (JKR).

**Radulf**

(1100s)

A Yorkshire blacksmith who was roped into playing Catcher for the local team in their Quidditch match with Ilkley in the 1100s. Radulf took a "Blooder" to the head in that game (QA3).

**Ragnok**

A goblin of some influence, apparently. Bill, who works at Gringotts and therefore has some connection to the goblins, was trying to convince Ragnok to support Dumbledore, but was having limited success (OP5). Possibly the same goblin as 'Ragnok the Pigeon-Toed' (DP).

**Ragnok the Pigeon-Toed**

Author of *Little People, Big Plans*, and an activist for Goblin rights (DP).

**Ragnuk the First**

A goblin king c. 1000 A.D. who, according to goblin legend, was the true owner of the sword of Gryffindor, and the one who Godric Gryffindor stole it from (DH25). The legend is untrue (BLC), however, it may have provoked a bloody goblin rebellion of the 17th or 18th centuries (JKR).

**Railview Hotel**

A gloomy-looking Muggle establishment in Cokeworth, to which Vernon Dursley took his family while attempting to avoid Harry's Hogwarts letters. Of course, the letters found him there anyway (PS3).

**Ramora**

Powerfully magical silver-coloured fish from the Indian Ocean, the Ramora is a protected species that is a guardian of seafarers, as it is capable of anchoring ships. It is protected from poaching by international wizarding law (FB).

**Rapier**

Fred (or perhaps George) Weasley's code name when he appears on *Potterwatch*, though Lee Jordan initially tried to call him 'Rodent' instead (DH22).

**Rastrick, Xavier**

(1750 - 1836)

A flamboyant wizarding tap-dancer; in the midst of a performance in Painswick, he vanished unexpectedly and was never heard from again (fw).

**rats**

In the Magical Menagerie was a cage full of black rats which were busy jumping rope with their tails; the saleswitch implied that they would live longer than a common rat's three-year lifespan (PA4).

**Ravenclaw, Helena**

The daughter of Rowena Ravenclaw, who stole her diadem and ran off to Albania, hiding it there under a tree. She was eventually killed by the Bloody Baron and became a ghost, now known as the Grey Lady of Ravenclaw (DH31).

**Ravenclaw House**

One of the four houses of Hogwarts, valuing above all else wit and learning (PS7, GF16). The head of Hufflepuff is Professor Filius Flitwick (HBP29), and the house ghost is the Grey Lady, Helena Ravenclaw (DH31). Its shield is blue and silver and features an eagle (GF15).

**Ravenclaw, Rowena**

(c. 1000)

One of the four founders of Hogwarts, "best remembered for her intelligence and creativity" (fw) and widely considered the most brilliant witch of her time (JKR). Ravenclaw was good friends with Helga Hufflepuff (OP11) and had a single daughter, Helena (DH31). Her favorite phrase was, "Wit beyond measure is man's greatest treasure," and she selected students for Ravenclaw house accordingly (DH29). She also invented the ever-changing floor plan for Hogwarts (fw).

Ravenclaw was famous for having a diadem that bestowed wisdom when worn. Though it was stolen by her daughter, Helena, and lost for a thousand years, wizards have long coveted its powers (DH31).

**Ravenclaw Tower**

Located on the west side of the castle (OP18); the entrance is a door at the top of a tightly

winding spiral staircase that leads up from the fifth floor. The door has neither handle nor keyhole, but a talking bronze knocker in the shape of an eagle. Rather than asking for a conventional password, the knocker will ask a question; if answered correctly, the knocker will compliment the person on the answer and the door will swing open (DH29).

The common room, like the other House common rooms, is decorated in House colours (blue and bronze silk wall hangings, in this case, and a midnight-blue carpet decorated with stars). The room is wide, circular, and very airy, with a domed ceiling painted with stars, and walls with graceful arched windows that provide a spectacular view of the surrounding mountains. There is also a plinth on which stands a life-size statue of Rowena Ravenclaw wearing her diadem (DH29).

Ravenclaw Tower, with Gryffindor Tower, is either the second or third tallest tower in Hogwarts (HBP27, DH30).


**Red Cap**

Small, goblin-like/dwarflike creatures, Red Caps love bloodshed, and will attempt to beat to death Muggles lost in dungeons or on battlefields on dark nights. (As red caps can be repelled easily by charms and hexes, Muggles rather than adult wizarding folk face the most danger from them) (PA8, FB).


**razor, enchanted**

Bill and Fleur gave Harry one of these for his seventeenth birthday. According to Monsieur Delacour, "it will give you ze smoothest shave you will ever 'ave" (DH7).

### *Recent Developments in Wizardry*

A Hogwarts library book in which Harry searched for Nicholas Flamel; he wasn't in there (PS12), as he was over six hundred fifty years old at the time (PS13).

### *Reducio* (re-DOO-see-oh)

*"redusen" Middle Eng. diminish, from "reducer" Old Fr. bring back to the source, from "reducere" L. bring, lead*

Causes an Engorged object to return to its normal size; Barty Crouch Jr., disguised as Moody, used this after demonstrating the Unforgivable Curses on enlarged spiders (GF14).

### *Reducto* (re-DUC-toh)

"Reductor Curse"

*"redusen" Middle Eng. diminish, from "reducer" Old Fr. bring back to the source, from "reducere" L. bring, lead*

A sort of blasting spell that has at various times been used to create a hole in a hedge (GF31), smash shelves of prophecies (OP35), and reduce a table to dust (OP19). Handy spell, that.

### Re'em

Native to the wilds of North America and the Far East, this extremely rare golden-furred giant ox has blood that gives the drinker immense strength. However, since demand far exceeds supply, Re'em blood is found on the open market only rarely (FB).

### Refilling Charm

A N.E.W.T.-level Charm used to refill glasses; Harry successfully cast it for the first time to keep Slughorn and Hagrid's glasses full after Aragog's burial (HBP22).

**Regerminating Potion**

A green potion sold by Tilden Toots and marketed on his show, 'Toots, Shoots 'n' Roots.' It can apparently be used along with a Rejuicing Potion to revive a dead Flitterbloom (JKR).

**Registry of Proscribed Charmable Objects**

This defines carpets as a Muggle item, at least in Britain; consequently it is illegal to bewitch one to fly (GF7).

**Regulation and Control of Magical Creatures, Department of**

A self-explanatory department at the Ministry of Magic, with a lot on its plate. This is the group responsible for overseeing all living things, from goblins and house-elves to ghosts (FB). The many things it has to worry about include hiding magical creatures like the Loch Ness Monster from Muggles (FB), regulating the creation of new magical breeds (GF24), and dealing with creature-related crises (HBP1). The department takes up the entire fourth level of the Ministry of Magic (OP7), and its employees include Amos Diggory (GF6).

**Rejuicing Potion**

A red potion sold by Tilden Toots and marketed on his show, 'Toots, Shoots 'n' Roots.' It can apparently be used along with a Regerminating Potion to revive a dead Flitterbloom (JKR).

***Relashio*** (re-LASH-ee-oh)

*"rilascio" It. - to release, to relax, to issue*

Spell that forces a person or object to release whatever it is holding, be it a wizard (HBP10), chains (DH13), or a Grindylow. Interestingly, when shot underwater, it sent a plume of boiling water to accomplish the desired effect (GF26).

**Reluctant Reversers, A Charm To Cure**

This spell is on page twelve of the *Handbook of Do-It-Yourself Broom Care* (*PA2*).

**Remembrall**

A glass ball the size of a large marble. In its default state (when nobody is touching it), a Remembrall is full of white smoke. When picked up and held in a person's hand, a Remembrall will glow scarlet if there's something the person has forgotten to do (PS9). Remembralls are banned from the examination hall at Hogwarts (OP31).

**remorse**

Once a wizard has split his or her soul, as Voldemort did in killing hundreds of people and creating seven Horcruxes, remorse is the only way for the wizard's soul to be put back together. According to *Secrets of the Darkest Art,* "you've got to really feel what you've done…. Apparently the pain of it can destroy you" (DH6). Voldemort was unable to reassemble his soul this way, of course (DH36), though apparently Gellert Grindelwald showed remorse in his later years. Whether it was enough for his soul to become whole again, we don't know (DH35).

### Rennervate (REN-er-vayt)

*"en-" Old French from "in-" L. cause to be + "nerves" Eng. c.1603 strength, from "nervus" L. nerve*

Spell used to revive a person who has been hit by a Stunner (GF9, GF28, GF35). In early editions of GF, the spell was written *Ennervate.*


### Reparo (re-PAR-oh)

*"reparare" L. repair, restore*

A useful common spell that undoes damage to an object, fixing anything from wood (GF5) to ceramics (OP15) and glass (GF11). Doesn't work so well for Hagrid trying to repair the sidecar to the flying motorcycle, though (DH4).


### Repello (re-PEL-oh)

*"repello" L. to repel*

A basic Repelling Spell, used to keep an item away. In the days before the Golden Snitch, Quidditch spectators had to use these spells to keep Snidgets on the field of play during a match (QA4).


### Repello Muggletum (re-PEL-oh MUG-ul-tum)

*"repello" L. to repel + "Muggletum"*

There are a number of different Muggle-Repelling Charms, including those which are placed on the Quidditch World Cup Stadium (GF8) or wizarding schools (GF11). This incantation is probably one of the most basic of such charms, though we don't know its exact effect on

Muggles. Hermione casts this spell routinely when protecting the trio's campsite from Death Eaters (DH14).

**reservations**

Though it's implied that there are a number of magical reservations worldwide, we only know of four specifically: a fire-crab reservation in Fiji (FB), the Modesty Rabnott Golden Snidget Reservation, in England (QA4); a Romanian Longhorn Dragon Reservation in Romania, where Charlie Weasley works (JKR); and a Swedish Short-Snout Dragon Reservation in Sweden, through which an annual broom race runs (QA2).

**restoring spell**

Forces an Animagus who has transformed into animal form to revert to his or her human form. The spell's effect is a bright blue-white flash of light. Lupin and Sirius cast this spell together to change Scabbers back into Peter Pettigrew (PA19).

**Resurrection Stone**

See entry under Deathly Hallows

**Reusable Hangman**

A product sold at Weasleys' Wizard Wheezes, this game features a wooden man and an authentic reusable gallows. The product's tagline reads, *"Spell it or he'll swing!"* (HBP6).

**Revealer**

"Eraser"-like object that makes invisible ink visible. Hermione owns one (CS13).


**Reverse pass**

Quidditch play for which the Tchamba Charmers are particularly well known, involving the Chaser throwing the Quaffle over his or her shoulder (QA8).


**Reverse Spell Effect**

See *Priori Incantatem*


**Revulsion Jinx**

Hermione used this jinx to force Yaxley to let go of her during her escape from the Ministry of Magic. At the time there was a flash of purple light (DH13, DH14).


**Re-Visibility Spectacles**

The Ministry of Magic handed these out to spectators for a Quidditch match between the Falmouth Falcons and the Pride of Portree, as an Invisibility Charm had been put on the stadium. Unfortunately the idea didn't work out too well and most people missed the match (DP).


***Rictusempra*** (ric-tu-SEM-pra)

"Tickling Charm"

*"rictus" L. gaping mouth, grin + "sempra" L. always*

Causes a person to laugh uncontrollably. Harry cast this spell on Draco at the Dueling Club (CS10).

***Riddikulus*** **(ri-di-KYOO-lus)**

"boggart banishing spell"

*"ridiculum" L. joke, from "ridere" L. to laugh*

A simple charm requiring force of mind, this spell requires the caster to visualize his or her worst fear (and thus, the form a boggart takes for them) in an amusing form while reciting the incantation. When performed correctly, this forces the boggart to take on an appearance which will inspire the laughter that forms an effective defense against the creature (PA7). It was tested on the Defence Against the Dark Arts O.W.L. (OP31).

**Riddle family**

An unpleasant, wealthy family who lived in Little Hangleton fifty years ago, in a large manor house on a hill (GF1). The son, Tom, caught the eye of Merope Gaunt on regular rides past the Gaunt House, and she brewed a love potion, convincing him to marry her. Together they had a son – Tom Marvolo Riddle – but the moment Merope stopped feeding him love potion, Tom Riddle ran off, leaving her alone, and returned to live with his parents (HBP10). Years later the son, now beginning to call call himself Voldemort, sought the Riddle family out and killed them all in revenge (HBP17), using his father's death to create a Horcrux (BLC).

**Riddle, Tom Marvolo**

*See* VOLDEMORT.

**Riddle House**

House located on a hill overlooking Little Hangleton, and the home of Voldemort's grandparents and his father, Tom Riddle. The summer after Tom Marvolo Riddle's fifth year at Hogwarts (c. 1943), he learned of his Muggle ancestors through Morfin Gaunt and murdered them in their drawing room. Ownership of the house changed hands several times in the following years, but nobody stayed for long as they all agreed it had "a nasty feeling about it," and we don't know who owns it now, though the Muggles in town believe it's a wealthy man who keeps it "for tax reasons." Whether the owner is a Muggle, a Death Eater, or Voldemort himself, it has been sitting abandoned for years; the inside now has a "smell of decay" and a layer of "dust that lay thick upon the stone" (GF1).

In the summer of 1994, Voldemort returned to the house with Wormtail and Nagini to use it as a makeshift headquarters. The night they entered the house, Frank Bryce saw light on inside and came to investigate; it was then that Voldemort murdered him (GF1). Voldemort regained his body the following year, in the nearby town graveyard (GF32).


**Riddle of the Potions**

A challenge set by Snape to protect the Philosopher's Stone. With seven bottles of potion lay this poem:

> *Danger lies before you, while safety lies behind,*
>
> *Two of us will help you, whichever you would find,*
>
> *One among us seven will let you move ahead,*
>
> *Another will transport the drinker back instead,*
>
> *Two among our number hold only nettle wine,*
>
> *Three of us are killers, waiting hidden in line.*

*Choose, unless you wish to stay here forevermore,*

*To help you in your choice, we give you these clues four:*

*First, however slyly the poison tries to hide*

*You will always find some on nettle wine's left side;*

*Second, different are those who stand at either end,*

*But if you would move onward, neither is your friend;*

*Third, as you see clearly, all are different size,*

*Neither dwarf nor giant holds death in their insides;*

*Fourth, the second left and the second on the right*

*Are twins once you taste them, though different at first sight* (PS16).

**Ridgebit, Harvey**

(1881 - 1973)

A Dragonologist famous for catching a Peruvian Vipertooth and establishing a Romanian dragon sanctuary (JKR).

**Ring of Peverell**

Set with the Resurrection Stone, this ring was passed down through the descendants of Cadmus Peverell, eventually ending up in the hands of Marvolo Gaunt. Marvolo waved this ring in the face of Bob Ogden to prove his blood status when Ogden came to the Gaunt House, investigating a crime that Morfin had committed (HBP10). The ring was later stolen by Tom Riddle, who used his father's murder to turn it into a Horcrux (BLC) and hide it in the ruins of the Gaunt House.

There it was later discovered and destroyed by Albus Dumbledore (HBP23).

For more on the stone encased in this ring, see Resurrection Stone under the entry for Hallows, Deathly.

## Ripper

Of Marjorie Dursley's twelve dogs, the evil-tempered Ripper is her favorite. She takes him with her when she goes visiting, because she says he pines for her when she's not there. Ripper enjoys drinking from Marge's saucer and chasing Harry up trees (PA2).

### *Rise and Fall of the Dark Arts, The*

Harry is mentioned in this book, which Hermione had read before meeting him for the first time on board the Hogwarts Express (PS6). It also discusses the Dark Mark (GF9).

## River

The host of the one-year wizarding radio program *Potterwatch,* River is actually a code name for Lee Jordan (DH22).

## Rivers

Hogwarts student in Harry's year.

*This last name appears in the draft of the classlist of Harry's year that Jo displayed during the "Harry Potter and Me" TV interview (HPM). This name cannot be considered canon, however, because the notes on this document conflict in too many places with the stories as they were actually published.*

**River Troll**

A type of troll (FB). The differences between River Trolls, Forest Trolls, and other types are unknown.

**Robards, Gawain**

Head of the Auror Office of the Ministry of Magic, replacing Rufus Scrimgeour when he became Minister for Magic (HBP15).

**Roberts family**

A Muggle campground manager and his wife and two children who had a most peculiar couple of days in August 1994, though they've forgotten all about it (GF7, GF9).

**robes**

See clothing, wizard.

**Robins, Demelza**

(Gryffindor, 1990s; Quidditch Chaser)

A quality Chaser for a Gryffindor team that won the House Cup in 1996-1997 (HBP24), Demelza is "particularly good at dodging Bludgers" (HBP11).

**rock cake**

A kind of fruitcake. It's supposed to look something like a rock, and even to have a hard surface,

but not to resemble a rock *quite* as closely as Hagrid's version seems to (PS8).

## Rodent

While hosting *Potterwatch,* Lee Jordan initially used this code name to refer to Fred Weasley. A quick background conversation, though, revealed that Fred actually wanted to be called Rapier, so to keep the show moving, Lee relented (DH22).

## Romania

An important country for dragon enthusiasts - it is home to the Romanian Longhorn, and Charlie Weasley works there tending dragons on a reservation (PS14).

## Romanian Longhorn dragon

A dragon species with dark green scales and a "long, glittering golden horn" that is a valuable potion ingredient (FB).

## Romanian Longhorn Dragon Reservation

Somewhere in Romania, presumably in the mountains, is a reservation where Charlie Weasley works (PS6), founded by Harvey Ridgebit (JKR). It doesn't seem to just be home to Romanian Longhorns, as Charlie's crew brought at least one dragon for the Triwizard Tournament in 1994, and none of the dragons were Longhorns (GF19). We also know that Norbert, a Norwegian Ridgeback, was sent there as a baby when Hagrid realized he could no longer handle raising him (PS14).

**Romulus**

On *Potterwatch,* this was the code name for Remus Lupin (DH22). For anyone with a knowledge of Muggle history, this wouldn't have been a hard one to guess, as Romulus – the founder of Rome, according to legend – had a twin named Remus.

**Ronan**

Red-haired Centaur who talked to Hagrid during his search for a wounded unicorn (May 1992). Ronan was present also when Harry, Hermione, and Hagrid entered the forest to visit Grawp (OP30). Ronan fought in the Battle of Hogwarts (DH36).

**Rookwood, Augustus**

Pockmarked, stooped Death Eater and Ministry wizard working in the Department of Mysteries; friend of Ludo Bagman's father. Rookwood was turned in to the Ministry of Magic by Igor Karkaroff c. 1981 (GF30). He escaped from Azkaban during the mass breakout of January 1996 and took part in the Battle of the Department of Mysteries in June, 1996 (OP25, OP35). He fought in the Battle of Hogwarts, killing Fred Weasley (DH32) before finally being leveled himself by Aberforth Dumbledore (DH36). *In first British editions of OP, Rookwood's name is erroneously given as Algernon.*

**Room of Requirement**

Also called the Come and Go Room; a magical room which can only be discovered by someone who is in need. It is located on the seventh floor, opposite a tapestry showing Barnabas the Barmy trying to teach trolls to dance the ballet. To make the Room appear, a person has to walk

past the section of blank wall three times concentrating hard on what is needed (OP18). The room provides exactly what the person needs, from the size and shape down to the individual objects that are needed within it – anything except food (DH29).

The room has presented itself as a chamber pot room for Dumbledore when he had a full bladder (GF23), a broom cupboard where Fred and George hid from Filch (OP18), and an elf-sized bedroom when Winky has drunk too much (OP18). But it has also served two critical functions in recent years: the Room of Hidden Things and the headquarters of Dumbledore's Army.

When Harry prepared to start teaching the D.A. and needed a place where Umbridge couldn't find him, he found a room ready for teaching Defence Against the Dark Arts lessons. It contained bookcases, cushions, and even, when Harry suddenly realized he needed one, a whistle (OP18). The group spent the year here training for battle (OP27). Two years later, the room was needed for a much more serious purpose – the protection of D.A. members – and transformed into a room with hammocks, a secret passageway to the Hog's Head, a Wizard's Wireless, and even a bathroom, all decorated lavishly with Gryffindor, Ravenclaw, and Hufflepuff hangings (DH29). The secret passageway was used during the Battle of Hogwarts to bring in fighters and evacuate students (DH31).

The room's other important purpose was for hiding things – it was in here that Draco Malfoy hid the Vanishing Cabinet he eventually used to sneak Death Eaters into the school (HBP27), and where Harry once dropped the Half-Blood Prince's copy of *Advanced Potion-Making* (HBP24). More importantly, though, this room was used by Voldemort to hide the diadem of Ravenclaw; years after it was hidden, Harry found it here, and Crabbe's *Fiendfyre* destroyed it (DH31),

leaving only one Horcrux that still had to be destroyed (DH36).

**room-sealing spell**

Snape used a powerful magic spell like this to seal his office, a charm that only a powerful

wizard could break (GF25).

**ropes, magical**

Ropes are sometimes conjured from thin air to bind a person; Quirrell did this to Harry, for

example, in front of the Mirror of Erised (PS17), and Dumbledore did it to bind Barty Crouch Jr.

after 'outing' him (GF36). Womtail also memorably conjured these to bind Harry to the

headstone of Voldemort's father (GF32).

**Roper, S.**

Hogwarts student in Harry's year.

*This last name appears in the draft of the classlist of Harry's year that Jo displayed during the*

*"Harry Potter and Me" TV interview (HPM). This name cannot be considered canon, however,*

*because the notes on this document conflict in too many places with the stories as they were*

*actually published.*

**rosewood**

A wand wood that was used to make Fleur Delacour's wand (GF18).

**Rosier**

One of the earliest members of the Death Eaters (as early as c. 1955), along with Nott, Mulciber, and Dolohov (HBP20). Probably related to Evan Rosier.

**Rosier, Druella**

Druella was the wife of Cygnus Black, and had three daughters: Bellatrix Lestrange, Andromeda Tonks, and Narcissa Malfoy (BFT).

**Rosier, Evan**

(born c. late 1950s or early 1960s, died c. 1980, Slytherin)

Attended Hogwarts with Severus Snape (GF27), so he was probably a child of the elder Rosier.

Killed along with Wilkes by Aurors "the year before Voldemort fell" (c. 1980) (GF27, GF30).

**Rosmerta, Madam**

The proprietor of the Three Broomsticks in Hogsmeade since at least the 1970s, though she's still young-looking. She is well known by witches and wizards from all over, including the teachers from Hogwarts, rowdy groups of warlocks and goblins, and even the Minister for Magic himself (PA10). She has been described as "a curvy sort of woman" (PA10) and "pretty" (GF19). Ron gets a bit red in the face when he gets near her (PA10), a fact which Hermione is only too happy to point out (HBP12).

Rosmerta's life took a dark turn during the 1996-1997 school year when she was put under the Imperius Curse by Draco and/or the Death Eaters trying to infiltrate Hogwarts. Among other things, she herself placed the Imperius Curse on Katie Bell in an attempt to have her take the opal necklace to Dumbledore (HBP27).

**rowboat spell**

Propels a rowboat along without oars. Hagrid used his umbrella to cast this spell and "speed things up a bit" when he and Harry were coming back from the Hut-on-the-Rock (PS5). Possibly it is this spell which propels the fleet of small boats from the dock near Hogsmeade station to Hogwarts castle (PS6).

**Rowle, Thorfinn**

A large, blonde Death Eater who broke into Hogwarts the night Albus Dumbledore was killed (HBP28). He showed up again later that summer, following Harry, Ron, and Hermione into a café along with Antonin Dolohov; after failing to capture Harry that day, he was punished severely by Voldemort (DH9).

**Royal**

On *Potterwatch,* this was the code name for Kingsley Shacklebolt (DH22).

**Rufford, Grugwyn**

Disgruntled member of the National Welsh Gobstones Team, who complained to the *Daily Prophet* because they didn't cover the Welsh victory over Hungary. The editor responded that this was because people thought Gobstones was "deeply boring" (DP).

**Runcorn**

Hogwarts student in Harry's year.

*This last name appears in the draft of the class list of Harry's year that Jo displayed during the "Harry Potter and Me" TV interview (HPM). This name cannot be considered canon, however, because the notes on this document conflict in too many places with the stories as they were actually published.*

### Runcorn, Albert

A tall, bearded wizard who works for the Ministry of Magic, and who is fairly imposing. He unwittingly played a part in Harry, Ron, and Hermione's infiltration of the Ministry when Hermione gave him a Nosebleed Nougat, convinced him to go home, and took some of his hairs to add to Polyjuice Potion for Harry (DH12). While impersonating Runcorn, Harry discovered that he was someone who was turning in "Mudbloods," and who Mr. Weasley disliked (DH13).

### rune dictionary

An untitled book that Hermione carries around during her fourth year (GF20). Possibly it is her copy of *Ancient Runes Made Easy.*

### Runespoor

A livid orange and black, three-headed snake native to Burkina Faso, where several forests are designated as preserves for its sole use. The runespoor is unique among known magical beasts for producing its eggs through its mouths. Runespoors rarely live to a great age, as each head contains an independent brain serving a different purpose, and they tend to attack each other. The Runespoor's eggs are used for making potions which enhance mental ability (FB).

**Runespoor (Rune)**

According to *Ancient Runes Made Easy,* the rune symbol for the number three is an icon of a Runespoor, a three-headed snake (JKR).

**Rune Stones**

A method of Divination, which Umbridge forces Trelawney to demonstrate when she's on probation (OP25).

**Russia**

Home to the Nogtail and Pogrebin (FB), as well as to at least one Quidditch team for which Petrova Porskoff played (QA10).

**Ryan, Barry**

Keeper for the Irish National Quidditch Team (GF8). Made a spectacular save against Poland's top Chaser, Ladislaw Zamojski in 1995 (OP19).

**S**

**Sage**

Centaurs burn this herb, observing the fumes and flames to refine the results of their stargazing (OP27).

**Sahara Desert**

A place where Quidditch referees tend to turn up after fans transform their brooms into Portkeys (PS11).

**St. Brutus's Secure Centre for Incurably Criminal Boys**

A muggle boarding school that Vernon Dursley publicly claims Harry attends, so neighbours and relatives don't wonder about his strange behaviour or disappearances (PA2).

**St. Mungo**

See Bonham, Mungo.

**St. Mungo's Hospital for Magical Maladies and Injuries**

Founded in late 1500s or early 1600s by Mungo Bonham (fw), St. Mungo's Hospital is located in London disguised as an old department store called "Purge and Dowse, Ltd" that has "Closed for Refurbishment" signs hanging on its doors. To gain entrance, a wizard speaks to the dummy in the window and walks into the glass when it nods.

Once inside it resembles a Muggle hospital, with a welcome witch and sign stating which floors treat a variety of magical ailments. Patients showing strange (and often humorous) problems wait in a reception area or hurry along for treatment.

Healers (the Muggle equivalent of doctors and nurses) wear lime green robes bearing an emblem of a crossed wand and bone. Portraits of prominent witches and wizards hang around the building and wards are named for noted Healers or patients.

St. Mungo's has six floors, each dedicated to different types of afflictions including: Artifact accidents, Creature-induced accidents, magical bugs (contagious maladies), Potion or Plant poisonings, and Spell Damage. Arthur Weasley was treated on the *'Dangerous' Dai Llewellyn Ward*" for Serious Bites, after being attacked by Nagini in the Ministry (OP22).

On the way to the Visitor's Tearoom on the fifth floor, the trio was surprised to meet Gildroy Lockhart who was now a permanent resident of the *Janus Thickey Ward* on the fourth floor. They also saw Neville Longbottom with his Gran visiting his parents there in a very touching moment Christmas Day (OP23).


**Salamander**

A small, brilliant white, fire-dwelling lizard that feeds on flame, although it can survive up to six hours outside a fire if regularly fed pepper. A salamander lives only as long as the fire from which it sprang, scampering along burning logs and among the coals, and its colour appears blue or scarlet depending on the heat of the fire in which it appeared. Salamander blood has powerful curative and restorative properties (FB, CS8).


**Salamander (rune)**

An icon of a salamander forms the rune symbol for the number six – as salamanders can survive for only six hours outside a fire. A picture can be found in *Ancient Runes Made Easy* (JKR).


**Salem**

A group of witches from the Salem Witches' Institute came to the Quidditch World Cup in 1994; Harry noticed them while walking by their tent (GF7).

**Sanguina, Lady Carmilla**

(1561-1757)

A female vampire who used her victims' blood for bathing, in the hopes that it would help her stay young and beautiful (fw).

*Sanguina = Latin, sanguineus "of blood," also "bloody, bloodthirsty."*


**Sanguini**

Vampire who attended Slughorn's Christmas party with his friend Eldred Worple (HBP15).


***Salvio Hexia*** (SAL-vee-oh HEX-ee-ah)

*"salvia" L. without breaking + "hexia" hexes*

One of the many spells that Hermione, and sometimes Harry, routinely cast around their tent while they were on the run from Death Eaters (DH14, DH22). The effect is unknown, but the wording suggests that this affects the various other spells being cast.


**Sardinia**

A subcommittee of sorcerers from Sardinia did something of historical relevance at some point in time, though we have no idea what or when. Nevertheless, the subcommittee was the subject of the lecture Professor Binns had begun when Hermione interrupted him to ask about the Chamber of Secrets (CS9).


***Saucy Tricks for Tricky Sorts***

One of the books that Harry, Ron, and Hermione examined while preparing for the second task (GF26).

**Savage**

An Auror stationed at Hogwarts during Harry's 6th year, along with Tonks, Dawlish and Proudfoot (HBP8).

**Sawbridge, Almerick**

(1602 - 1699)

Famous for conquering the river troll that was terrorizing crossers of the Wye River (fw).

**Scabbers**

A pet rat beloging to Ron Weasley, inherited from his older brother Percy. Ron often complained of his uselessness (PS6), although when Hermione's new cat, Crookshanks, took an interest in Scabbers Ron was quite upset (PA4). It later turned out that Scabbers was actually Peter Pettigrew, an Animagus, a Death Eater, in disguise – and after being revealed by Sirius Black and Remus Lupin, Peter ran off to Albania to find Lord Voldemort (PA19, GF33). For more, see Pettigrew, Peter.

**Scabior**

A Snatcher who, along with Fenrir Greyback, captured Harry, Ron, and Hermione and brought them to the Malfoy Manor. He was the one who realized exactly who they had captured (DH23).

**Scalerot**

According to *Dragon Breeding for Pleasure and Profit,* Scalerot is an affliction that can affect dragons, where their scales seem flaky and fall off. It can be treated by rubbing the area with sea salt, tar, and white spirit (JKR).

**Scamander, Luna Lovegood**

Presumably Luna's married name after, many years out of school, she married Rolf Scamander (BLC).

**Scamander, Rolf**

The grandson of Newt Scamander, and husband to Luna Lovegood (BLC).

**Scamander, "Newt" Artemis Fido**

(1897 - present)

Author of *Fantastic Beasts and Where To Find Them* (PS5) and a number of other books.

**Scamander, Porpentina**

Wife of Newt Scamander, lives in Dorset; they have three Kneazles, named 'Hoppy,' 'Miller,' and 'Mauler' (FB).

**Scandanavia**

A natural habitat for bowtruckles, horklumps, and trolls (FB).

**Scarpin's Revelaspell**

See *Specialis Revelio*


**Schmidt, Bruno**

A child from Germany who hit an Erkling over the head with his father's collapsible cauldron and killed it, which was fortunate because Erklings eat children (FB).


**Scintillation Solution**

A witch who found the Kwikspell course helpful wrote that people were now begging for her recipe for Scintillation Solution (CS8).


**scoring area**

Areas of a Quidditch pitch – one on each end – that are marked off by curved lines around the goals. According to the rules, only the Keeper and one Chaser may be within this area at a time (QA6).


**Scotland**

The extremely dangerous game of Creaothceann was played in Scotland during the Middle Ages, but was banned in 1762 because of the tremendous number of fatalities (QA2). Scotland, of course, is also the home of Hogwarts School.


***Scourgify*** (SKUR-ji-fy*)*

*"excoriata" L. 'to be stripped of'*

A cleaning spell; Tonks used it to clean out Hedwig's cage (OP3), and James Potter used this spell to "wash out" Snape's mouth when the latter called Lily a Mudblood (OP28).

**Scouring Charm**

A cleaning spell that Hermione taught Neville, to clean frog guts from under his fingernails (GF14). Probably the same thing as *Scourgify*.

**screaming yo-yo**

Added to Filch's list of 437 objects forbidden inside Hogwarts castle at the start of the 1994 - 1995 school year (GF12).

**Screechsnap**

A semi-sentient plant that wriggles and squeaks uncomfortably when given too much dragon dung manure. The fifth years worked with seedlings of this plant in Herbology (OP25).

**Scrimgeour, Brutus**

Author of *The Beater's Bible*; also wrote a promotional blurb for the front of *Quidditch Through the Ages* (QA).
*'Scrimgeour' = a Scottish clan name. It probably originated from a nickname meaning 'skirmisher' (a version of "escrimeur," French for "swordsman"), which is fitting for a bat-wielding Quidditch Beater.*

**Scrimgeour, Rufus**

(d. 1 August 1997; Minister of Magic, July 1996-August 1997)

Rufus Scrimgeour was head of the Auror Office of the Ministry of Magic when he was tapped to replace Fudge as Minister of Magic. Scrimgeour took over at a dangerous time, when the return of Voldemort had been revealed and the Wizarding world was in turmoil. Scrimgeour was a warrior and took the threat of the Dark Lord very seriously indeed, but his approach to the situation was not all that different from that of his successor. He created new bureaucracy and printed warning pamphlets and, when quick successes didn't happen, arrested innocent people to make it look like he was doing something. He pestered first Dumbledore and then Harry to get "The Chosen One" to be seen supporting the Ministry, thereby bolstering its image in the public eye. When Harry wouldn't cooperate, Scrimgeour became angry and said that it was time the boy showed some respect. Harry responded that it was time Scrimgeour earned it. When the Ministry fell to the Death Eaters on 1 August 1997, Scrimgeour was killed. Reports indicate that he died under torture, refusing to reveal where Harry was (DH11).

Scrimgeour was described as having a leonine air about him. His tawny hair had streaks of gray in it. He wore wire-rimmed spectacles and walked with a limp (HBP1).

**Scrivenshaft's Quill Shop**

A shop in Hogsmeade, which Hermione has visited at least once (OP16).

**scrofungulus**

Some type of magical disease, listed on the directory in the lobby of St. Mungo's Hospital (OP22).

**sealing spell**

Seals a roll of parchment with a touch of the wand. Used by Umbridge to seal the pink parchment note she sent to McGonagall by way of Harry; McGonagall slit it open with her wand when she received it (OP12).

**sea serpent**

A gigantic (can grow to a hundred feet in length), snake-like beast with a horselike head and a body rising in humps out of the sea as it moves through the water; found in the Atlantic, Mediterranean, and Pacific Oceans. Contrary to dramatic Muggle legends, there is no record of a sea serpent ever harming a human (FB).

**"second"**

In a proper wizard's duel, each wizard has a "second," who takes over for them if they die. When Malfoy challenged Harry to a duel in their first month of school, Ron volunteered to be Harry's second, and Malfoy picked Crabbe to be his (PS9).

**second hand robe shop**

Mrs. Weasley took Ginny here to buy her robes for Hogwarts (CS4).

**Secrecy Sensor**

This sensor resembles a collection of old-fashioned television aerials. The fake Moody had one in his office, that he said picked up vibrations of evil approaching (GF20). Filch used one on incoming and outgoing students on Hogsmeade weekends during Harry's sixth year as well

(HBP12).

### *Secrets of the Darkest Art*

A book once found in the Hogwarts library, that Dumbledore later banned and kept in his private office instead. It gives instructions for making – and destroying – a Horcrux. Hermione says it's a horrible book, and turns the pages gingerly, as if examining rotting entrails (DH6).

### *Sectumsempra* (sek-tum-SEM-pra)

*"sectus" L. past participle of "seco", to cut "sempra" L. always*

A spell invented by Severus Snape "for enemies" (HBP21), that produces slashing cuts on the enemy in question (HBP24). Considered to be Dark Magic; anything severed from a target's body by this spell cannot be grown back by magic, according to Molly Weasley (DH5). Harry cast this on Draco Malfoy, not knowing what it did, and earned detentions for the rest of the year (HBP24). Snape also cast this at the wand-hand of a Death Eater who had been aiming at Remus Lupin's back, but missed and hit George Weasley instead, permanently removing one of his ears (DH5, DH33).

### security troll

Trolls are often used as guards in the wizarding world, since they don't have brains for much else. Training security trolls was one of the career pamphlets that were offered to fifth years when they were preparing to make decisions on which N.E.W.T.-level classes they would take (OP29). We've seen security trolls guard everything from Gringotts vaults (DP1) to the portrait of the Fat Lady at Hogwarts (PA14).

**Seeker**

Quidditch player whose objective is to spot and catch the Golden Snitch, earning 150 points for his or her team and ending the game. Harry plays this position on the Gryffindor Quidditch team (PS10).

**Seer**

The Inner Eye, or the ability to prophesy, is a rare gift. A wizard with this gift is called a Seer. Trelawney does have some small measure of this talent, but it has surfaced only twice that we know of (PA22). She is, however, the great-great-granddaughter of a very famous and very talented Seer, Cassandra Trelawney (OP15). It also seems that there have been quite a number of Seers throughout history, judging by the thousands upon thousands of prophecies recorded in the Hall of Prophecy (OP34).

*Self-Defensive Spellwork*

The Room of Requirement contained a copy of this spell book during the D.A.'s first meeting there (OP18).

**self-correcting ink**

One of many items banned for use during exams at Hogwarts (OP31).

**self-fertilizing shrubs**

Harry and other fifth years had to write an essay on self-fertilizing shrubs for Professor Sprout

(OP14).


**self-shuffling playing cards**

Ron had a deck of these in his room at the Burrow (CS3).


**self-stirring cauldrons**

Many cauldrons seem to be at least partially magical. Self-stirring, collapsible, and other

cauldrons are for sale in a shop on Diagon Alley, for example (PS5).


**self-straightening brush**

A flashy feature on the Twigger 90 broom, though not one that made the broom particularly

useful, as it still became known as a broom owned by "wizards with more Galleons than sense"

(QA9).


**Selwyn**

A Death Eater who participated in the chase for Harry upon his removal from Privet Drive

(DH4). Selwyn's day job is working for the Ministry – when Xenophilius alerts the Ministry to

having Harry Potter in his house, Selwyn is one of the two officials that comes to investigate

(DH21). The Selwyn family is apparently a very old pure-blood family. When Umbridge parades

around the Ministry wearing Slytherin's locket, she claims the S stands for Selwyn, a family to

which she claims to be distantly related (DH13).


**"sent to the Centaur Office"**

This catchphrase is an inside joke in the Department for the Regulation and Control of Magical Creatures, in the Ministry of Magic. Though a Centaur Liaison Office indeed exists within the department, no centaur has ever used it; as a result being "sent to the centaur office" is a euphemism for a person who is about to be fired (FB).

***Serpensortia*** (ser-pen-SOR-sha)

*"serpens" L. serpent + "ortus" L. past participle of "ortir", to come into existence*

Causes a large serpent to burst from the end of a wand. Draco cast this spell at Harry during the Duelling Club on Snape's suggestion; when the serpent moved to attack Justin Finch-Fletchley, Harry yelled for it to go back, revealing to the whole school that he was a Parselmouth (CS10).

**Severing Charm**

*"Diffindo" (?)*

Spell to cut something.

Ron used this spell to remove the lace from the neck and sleeves of his used dress robes (GF23).

**shack**

A shack that the *Daily Prophet* described it as "up north where Igor Karkaroff's body was found after he deserted the Death Eaters. The Dark Mark was hovering in the sky above (HBP6).

**Shacklebolt, Kingsley**

Tall, bald black wizard who has a deep slow voice and wears a single gold hooped earring. Part of the Advance Guard that helped Harry in his escape from the Dursley house to 12 Grimmauld

Place (OP3). A member of the Order of the Phoenix and an Auror, he and Arthur pretend not to know each other at work (OP7). Although Kingsley was supposed to be the Auror in charge of the search for Sirius Black, his search was a sham; the Ministry never found him (OP4-9). Shackebolt fought at the battle of the Department of Mysteries (OP35). He was reassigned to security for the muggle Prime Minister (HBP1) and Vernon Dursley asked why he couldn't be their escort to safety as well (DH3). His patronus is a silver lynx (DH8). He became Minister of Magic after Voldemort's defeat (DH36), employing Harry Potter to help reform the Ministry and appointing Harry to head of the Auror Department (BLC). Together they led the Ministry and the wizarding world into much better times.

*Name meaning: Shacklebolt="bolt which passes through the eyes of a shackle" (OED) in heraldry, the shacklebolt symbolizes "victory; one who has taken prisoners or rescued prisoners of war."*


**Shell Cottage**

"A lonely and beautiful place," Shell Cottage is a quaint seaside home to Bill and Fleur Weasley. It sits on a cliffside with a view of the sea, an airy backyard, and the sound of the waves pulsating through the house (DH25).

Located on the outskirts of Tinworth, in Cornwall (DH23), the house is not large – the upstairs has just three small bedrooms, and downstairs, a modest kitchen and a sitting room with a fireplace. Protected by the Fidelius Charm, it is the place to which Harry, Ron, and Hermione retreat after narrowly escaping the Death Eaters at Malfoy Manor (DH24), and where they stay while they make plans with Griphook to steal Voldemort's Horcrux from Gringotts (DH25).

At the end of the garden, a small mound of red earth (DH25) covers a grave for one of the

bravest heroes of the wizarding world – Dobby the house-elf. Harry buried him here after he was killed in the escape from Malfoy Manor. The inscription on his smooth, white tombstone reads "HERE LIES DOBBY, A FREE ELF" (DH24).

**"sherbet lemon"** (US: lemon drop)

Muggle sweet that Dumbledore is fond of (PS1). One of the sweet names used as a password to the Headmaster's office (CS11).

**Shield Charm**

See *Protego*.

**Shield Cloaks, Shield Gloves, and Shield Hats**

Though Fred and George initially developed Shield Hats as a joke item, the Ministry of Magic unexpectedly bought five hundred of them, intending them to be used as protection for its staff. As a result, the twins decided to expand into this more serious line of defense merchandise. Though not much help against serious curses, they do repel "minor to moderate hexes or jinxes" (HBP6).

**Shimpling, Derwent**

(b. 1912)

Comedian known for his boldness; he once ate an entire Venomous Tentacula as a bet. Though he lived, he's still purple (fw).

**Shingleton, Gaspard**

(b. 1959)

Invented the Self-Stirring Cauldron (fw).


**Shock Spell**

Spell used at St. Mungo's to treat mental illnesses. One reader of *The Quibbler* wrote Harry after his interview was published and suggested that he needed a course of Shock Spells at St. Mungo's, since he was obviously a nutter (*OP26*).

*This is clearly a reference to electric shock therapy, a technique used in the treatment of mental illness in the Muggle world. Some see it as a bit barbaric, but it does produce results in some cases.*


**Shooting Star**

The cheapest racing broom ever released as of 1955, but the buyer got what was paid for; the Shooting Star's ability to accelerate and to achieve respectable altitudes didn't hold up well over the long haul (QA9). Ron had an old Shooting Star that Harry noted was often "outstripped by passing butterflies" (CS4); since the manufacturer, Universal Brooms Ltd., went out of business in 1978 and the observation about the Shooting Star's speed was made in 1992, the decrepitude of the old Shooting Star was not perhaps surprising (QA9). The Hogwarts school brooms include Shooting Stars as well (PA10).


**Shrake**

A magically-created species of saltwater fish, found in the Atlantic Ocean, which is covered in

spines and which deliberately seeks out and destroys Muggle fishing nets. The first Shrake were supposedly created in the 1800s by a group of wizard fisherfolk who had been insulted by Muggles (FB).

**Shrieking Shack**

Falsely rumored to be "the most haunted building in Britain" (PA5), the Shrieking Shack is a favorite stop on any Hogsmeade visit (PA8). However, the wails that were once heard emanating from this creepy building were not a ghost, but rather Remus Lupin transformed into a werewolf. The shack, in fact, was built when he came to Hogwarts, allowing him to transform a safe distance away from the other students (PA18). The shack cannot be broken into from the outside, though Fred and George have tried (PA14); it must be entered instead through a tunnel, the mouth of which lies under the Whomping Willow (PA17).

**Shrinking Solution / Shrinking Potion**

Harry had to write a particularly nasty essay on Shrinking Potions as one of his holiday assignments for Potions the summer before his third year (PA1). Administered to Trevor in Potions, the toad didn't just become smaller but turned into a tadpole; this was apparently the expected effect (PA7).

**shrunken heads**

There were shrunken heads in a window display in Knockturn Alley when Harry accidentally got lost there (CS4); Crabbe also had a shrunken head confiscated when he arrived for his sixth year

at Hogwarts (DH11). *It's unclear exactly what they do, or why anybody would want one. Maybe to hang from the rear-view mirror, I don't know.*

**Shunpike, Stan**

Young, pimply conductor of the Knight Bus whose accent is Cockney. He wears a purple uniform, has large protruding ears, and quite a few pimples. Stan is about 18 years old (PA3).

Stan was arrested in the fall of 1996 for "suspicion of Death Eater activity" (HBP11), shocking and outraging members of the Order of the Phoenix (HBP15). Harry used Stan's situation repeatedly as an example of why he was unwilling to work with Scrimgeour (HBP16, HBP30).

Stan escaped from Azkaban during a hushed-up mass breakout in 1997, and spent the rest of the year fighting with the Death Eaters and helping out Snatchers, clearly under the Imperius Curse (DH4, DH23).

*shunpike" = British slang - a "shunpike" is a side road used to avoid the toll on or the speed and traffic of a superhighway. Stan = named after one of JKR's grandfathers, Stan Volant.*

**Shuntbumps**

A broom sport popular in Devon, which basically consisted of wizards trying to knock each other off their brooms (QA2).

**Sickle**

A unit of wizarding currency. There are seventeen Sickles to a Galleon, and one silver Sickle is worth twenty-nine Knuts, or roughly £0.29 (US about 58 cents).

**Side-Along Apparition**

A form of Apparition in which the person Apparating touches someone else, such as a child too young to Apparate themselves or a wizard without a wand, and Apparates with that person as a sort of passenger. It is mentioned in a Ministry leaflet, as something to practice with children as a safety precaution (HBP3)**.**

*Silencio* (si-LEN-see-oh)
"Silencing Charm"
*"silencio" L. to be quiet*
A charm taught to fifth-years (OP18) that Voldemort used to great effect, at times silencing entire crowds with one wave of his wand (DH36). Fwoopers are also sold with Silencing Charms cast on them, as otherwise their songs will drive listeners insane (FB).

**Silver Arrow**

Produced by Leonard Jewkes sometime after the development of the Moontrimmer, this broom achieved higher speeds than either the Moontrimmer or the Oakshaft 79; its maximum speed of 70 miles per hour with a decent tailwind was very good for its time (QA9). Madam Hooch once had one and remembers it fondly. She compared the Firebolt to it in a way that suggests that the Silver Arrow had a slim handle which might have been made of ash (PA13).

**Sinistra, Aurora**

Professor of Astronomy at Hogwarts (CS11).

*'Aurora' is given in an early planning draft for Prisoner of Azkaban available on JKR's website. However, we cannot consider this canon because other information on this page changed by the time the book was actually published (JKR scrapbook). Aurora was the Ancient Roman goddess of the dawn ('Eos' in Greek). Sinistra" = the name of a magnitude 3.5 star in the constellation Ophiuchus, the Serpent Handler. "*

### Sites of Historical Sorcery

Book that mentioned some notable buildings in Hogsmeade (PA5).

### Skeeter, Rita

(b. circa1951)

Rita Skeeter is a reporter for the *Daily Prophet* who is known for her brutally honest (and sometimes scathingly dishonest) reporting style. She uses a Quick-Quotes Quill to write in flowery prose filled with innuendoes and veiled accusations (GF18). Rita was a reporter at the Death Eater trials after the first fall of the Dark Lord and has filled the pages of the *Daily Prophet* with her snide and nasty words. She once called Dumbledore an "obsolete dingbat." She covered the Triwizard Tournament at Hogwarts, concentrating her efforts on Harry. However, she met her match in Hermione, who discovered that she was an unregistered Animagus (she can turn into a beetle) and used that information to blackmail Skeeter into not writing anything for a year (GF37).

It was a year later that Hermione called on Skeeter to write something, this time an expose on Harry's experiences fighting Voldemort . Because the official Ministry line was that Harry was

delusional, Hermione put the interview into *The Quibbler* (OP25). The story turned the tide of public opinion toward Harry.

After Dumbledore's death, Skeeter wrote a 900-page tell-all biography of the Headmaster in just a few weeks. She used Veritaserum to get old Bathilda Bagshot to tell her about Dumbledore's childhood (DH18). Skeeter stole photographs from Bagshot as well, and then wrote the story which sensationalized everything and implied that Dumbledore had dabbled in the Dark Arts and contributed to the death of his sister. The name of the book is *The Life and Lies of Albus Dumbledore* (DH2). It should fit nicely on the shelf next to an earlier book of hers, *Armando Dippet: Master or Moron* (DH13).

Rita Skeeter has blonde hair set in rigid curls. She wears jeweled spectacles and carries a crocodile-skin handbag holding a parchment and her Quick-Quotes Quill. Her long fingernails are painted red (GF18).

*"skeeter" = slang term for a mosquito; "rita" = similar to "writer" and is a slant rhyme to "mosquito."*


# S


## Skele-Gro

*"skeleton" + "grow" (sounds like a brand name)*

A potion used by Healers to regrow bones. The effect takes about eight hours and can be quite painful. Harry had to go through this after Lockhart tried to mend his broken arm, and

accidentally removed the thirty-three bones in that arm instead (CS10). Griphook is treated with Skele-Gro to mend his broken legs at Shell Cottage (DH24).

**skeletons, dancing**

According to the rumor mill at Hogwarts, Dumbledore booked a group of dancing skeletons as entertainment for the Halloween feast during Harry's second year. Harry never confirmed the rumor, as he didn't attend the feast that year (CS8).

**skinning**

A Quidditch foul, defined as intentionally colliding with another player while flying. Dimitrov, a player on the Bulgarian National Quidditch Team, got called for this foul during the Quidditch World Cup (GF8).

**Skively, Harold**

In a letter to the *Daily Prophet*, the appropriately-named Skively suggested that the Wizarding community celebrate a day to honor Merlin, since, as he put it, he "could do with an extra day's holiday around August." (DP)
*Skive=To avoid doing one's task or duty; to "skive off" is to skip, as in skipping classes at school.*

**Skiving Snackboxes**

One of the most popular products of Weasleys' Wizard Wheezes, Skiving Snackboxes are a variety of sweets that make the wizard who eats them intentionally ill. Each sweet also comes with an antidote, allowing the wizard to fake illness for as long as necessary, and then, hidden

safely away, cure themselves instantly. As the advertisement states, you can then "pursue the leisure activity of your own choice during an hour that would otherwise have been devoted to unprofitable boredom" (OP6).Skiving Snackboxes include Fainting Fancies, Fever Fudge, Nosebleed Nougat, and Puking Pastilles (OP6, OP18).

**Skull, the**

One of the signs that can be read from a cup of tea leaves in Divination. It means "danger in your path." Naturally, it's one of the signs Trelawney sees in Harry's teacup (PA6).

**Sleekeazy's Hair Potion**

Hermione used this to style her hair for the Yule Ball, though she finds it's "way too much bother to do every day" (GF24).

**Sleeping Draught/Potion**

When Harry and Ron needed to impersonate Crabbe and Goyle, Hermione filled two chocolate cakes with Sleeping Draught to knock them out (CS12). Harry also took a Sleeping after his ordeal watching the return of Voldemort; it may or may not have been the same potion, but it was purple (GF36). The dragons are also given Sleeping Draughts when they are transported, though they presumably need a lot more potion than Crabbe or Goyle. Well, maybe (GF19).

**Slinkhard, Wilbert**

Author of *Defensive Magical Theory*, an utterly worthless book assigned for Defense Against the Dark Arts classes by Umbridge (OP9).

**Sloper, Jack**

(Gryffindor, 1990s)

A Gryffindor student in the mid-1990s and a replacement Beater on the Quidditch team after Fred and George were given lifetime bans. He wasn't very good – his most memorable moment of the season was missing a Bludger and hitting Angelina in the mouth with his bat instead (OP26).

**Sloth Grip Roll**

Quidditch maneuver that involves a player rolling upside down to avoid a Bludger (QA10). Harry learned this move early in his fifth year (OP17).

**Slug Club**

While teaching at Hogwarts, Horace Slughorn hand-picks favorite students from those who have influential parents, or who he believes will be important one day, and invites them to social networking events. This group casually calls itself the "Slug Club," and through this club Slughorn ensures that he has friends in high places and receives his share of lavish gifts Horace Slughorn has taught Potions twice at Hogwarts, and both times he created the club (HBP4, HBP7). Harry and Hermione routinely received invitations to these events, though Ron was left out, and rather miffed (HBP14).

**slug-vomiting charm**

Causes the victim to belch up slugs. Ron tried to hit Malfoy with this curse after Malfoy had

called Hermione a Mudblood, except as Ron's wand had been damaged earlier, the spell backfired and left him puking slugs into a bucket (CS7, OP19).

**Horace E. F. Slughorn**

(Slytherin, year unknown; Potions Master, until 1981, then again from 1996; Head of Slytherin house)

Horace Slughorn taught potions at Hogwarts and was head of Slytherin house during Armando Dippett's headmastership and part of Dumbledore's. During that time, he founded the "Slug Club", his person collection of wizards and witches in whom he saw potential or whose connections might be useful to him. Among these was Tom Riddle, the future Voldemort. He was also fond of Lily Evans, the future Mrs. Potter. He retired from teaching after the 1980-81 school year.

At the beginning of Harry's sixth year at Hogwarts, Dumbledore and Harry convince Slughorn to come out of retirement to teach Potions. He begins the "Slug Club" again, and is naturally interested in recruiting Harry. Harry is eventually able to play upon Slughorns emotions enough to retrieve an important memory about Voldemort that Slughorn has been hiding: a conversation in which Tom Riddle reveals his plan to create seven horcruxes (HBP22). After Dumbledore's death, Slughorn continues to teach and resumes his post as head of Slytherin (DH31).

Slughorn is of short stature with a shiny, bald head, prominent eyes, large belly, enormous silvery walrus-like moustache (HBP4, 7). He wears lavish, old-fashioned clothes: waistcoats with gold buttons during the day and luxurious velvet smoking jackets when at home. When he

was younger he had thick, shiny, straw-colored hair (HBP17) and a gingery-blond moustache (HBP23).

**Slytherin common room**

Located in the dungeons under the lake (TLC) accessed through a sliding stone door concealed in the wall. The password is "pure-blood". It's a long, low underground room with rough stone ceiling and walls, and high-backed chairs. It is lit by round, greenish lamps hanging on chains and a fireplace with an elaborately carved mantelpiece (CS12).

**Slytherin House**

One of the four houses of Hogwarts, valuing above all else cunning and use of any means to achieve their ends. (PS7). The head of Slytherin was Professor Severus Snape (GF36) although Slughorn stands in after the Battle on the Tower (HBP29) and becomes Head of Slytherin after Snape's defection (DH). The house ghost is the Bloody Baron (CS8). Its shield is green and silver, and features a snake (GF15). Slytherin House has the unseemly reputation for producing wizards prone to the Dark Arts (PS5) and supporting pure-blood supremacy ideals (OP7). Famous Slytherins include Tom Riddle, Lucius and  Draco Malfoy, Phineas Nigellus. Regulus Black, and Bellatrix Black Lestrange.

**Slytherin, Salazar**

(c. 900s)

One of the four founders of Hogwarts, Salazar Slytherin was a very powerful wizard. He had many unique skills. He was one of the first recorded Parselmouths and an accomplished

Legilimens. According to the Sorting Hat's song, Slytherin came from the fens, which are located in the eastern portion of England, East Anglia and in particular Norfolk.

Salazar Slytherin believed that only pure-blood witches and wizards should be allowed to attend Hogwarts. He got into an argument with Godric Gryffindor about this and eventually left the school. There was a legend that Slytherin built a secret chamber somewhere in Hogwarts that only his true heir would be able to open. This chamber, called the Chamber of Secrets, contained a monster that would finish his "noble purpose" of killing all the Muggle-born students at Hogwarts. As Slytherin's heir, Tom Riddle did open the Chamber and released the monster, a basilisk. Harry Potter defeated the basilisk with the help of Fawkes the phoenix and the sword of Gryffindor (CS).

Even in the twentieth century, the conflict between Gryffindor and Slytherin is played out in the rise of Voldemort, Slytherin's heir, and his defeat by Harry Potter, a "true Gryffindor."


**Smallest Bedroom**

One of the four bedrooms in number four, Privet Drive, which the Dursleys gave to Harry after his first Hogwarts letter came addressed to him at the Cupboard Under the Stairs. They were made more than a little nervous by the fact that his next letter – the next day – came addressed to him in the Smallest Bedroom instead (PS38).


**Smeek, Enid**

A witch who lived in Godric's Hollow at the same time as the Dumbledore family. She was quoted in *The Life and Lies of Albus Dumbledore* as saying that Aberforth Dumbledore used to throw goat dung at her, and that Bathilda Bagshot is "nutty as squirrel poo" (DH18).

**Smeltings School**

Vernon Dursley's alma mater, and now Dudley's school. The Smeltings uniform includes a maroon tailcoat, orange knickerbockers, a straw boater hat, and a knobbly stick for hitting things (and people) with (PS3).


**Smethley, Veronica**

One of many witches who wrote fan mail to Lockhart (CS7).


**Smethwyck, Elliot**

Created the Cushioning Charm in 1820; prior to this riding a broomstick could be a rather painful experience (QA9).


**Smethwyck, Hippocrates**

Healer-in-Charge on the Dai Llewellyn ward at St. Mungo's Hospital when Arthur Weasley was there recovering from a snake bite (OP22).


**Smethwyck, Leopoldina**

(1829 - 1910)

First British witch to referee a Quidditch match (fw).


**Smith, Hepzibah**

(d. late 1940s)

An immense, "very old, very rich witch" who collected magical antiques and befriended Tom Marvolo Riddle in his role at Borgin and Burkes. She lived in a grand house, filled with so many possessions that it was difficult to walk through. Hepzibah made the mistake of showing him two highly prized relics, the cup of Hufflepuff and the locket of Slytherin, and he killed her, stealing the artifacts and framing her house-elf, Hokey, for the murder (HBP20).

**Smith, Mr.**

The father of Hogwarts student Zacharias Smith. Described as "haughty-looking." (HBP30).

**Smith, Zacharias**

(Hufflepuff, 1990s; Quidditch Chaser; Dumbledore's Army)

A real winner of a guy, Zacharias joined Dumbledore's Army after overhearing Ernie and Hannah talking about it, and was immediately a constant skeptic, not shutting up until Fred and George threaten him with a "long and lethal-looking metal instrument" (OP16) and Harry pointed out that *Expelliarmus,* a spell Zacharias scoffed at, had saved his life while dueling with Voldemort (OP18).

A year later, he was hardly a year wiser, pestering Ginny for details about the Department of Mysteries until she got fed up and nailed him with a Bat-Bogey Hex (HBP7). Zacharias also commentated for a Quidditch match that year, making the Gryffindors so mad that the moment the match ended, Ginny barreled straight into him on her broom (HBP14). Finally, Zacharias ended his illustrious Hogwarts career in style by not only being the only D.A. member not to fight in the Battle of Hogwarts, but by beating down first years to be the first one out when the school was evacuated (DH31).

**Smythe, Georgina**

Witch who writes in to Tilden Toots' herbology radio show "Toots' Shoots 'n' Roots" to ask about a sick Flitterbloom plant (JKR). *The name is only heard, not seen in print, so it may also be spelled 'Smithe'.*

**snails**

Poisonous orange snails were for sale in the Magical Menagerie; they could have been streelers (PA4, FB).

**Snape, Eileen Prince**

Presumably the name of Eileen Prince, after she married Tobias Snape. See Prince, Eileen.

**Severus Snape**

(January 9, 1960-May 1998; Slytherin 1971)

Severus Snape was a conundrum to all who know him: cruel to his most vulnerable students, yet respected by his colleagues; Dumbledore's confidant, healer and murderer; the only person known to have been both a dedicated Death Eater and a full-fledged member of the Order of the Phoenix.

Severus Snape was the only child of Tobias Snape (a Muggle), and Eileen Prince Snape (a witch). The Snape household on Spinner's End in an industrial part of northern England was not a happy one. Tobias Snape frequently unleashed his anger on his wife, and Severus, their wizard child, was neglected or worse. When he was about 9 years old, young Severus discovered

another magically gifted child at the neighborhood playground, and fell in love with green-eyed Lily Evans's generous nature and her daring and tried to forget that she was a "Mudblood," a Muggle-born witch (DH33).

Severus and Lily attended Hogwarts together from 1971 to 1978, but Severus was sorted into Slytherin and Lily was sorted into Gryffindor. Their other classmates included James Potter, Sirius Black, Remus Lupin, Bertha Jorkins and the children of the Death Eaters Avery and Mulciber. Students in other years included Regulus Black and Lucius Malfoy. This was the decade of Voldemort's first rise to power, and the student body at Hogwarts reflected the turmoil of the larger world. Blood status was fair game for schoolyard taunts and many young students were fascinated by Voldemort's power and ideas. Snape, who allegedly arrived at Hogwarts knowing more curses than most upperclassmen, was one of these students. At any rate, Lily grew more and more disturbed as her old friend Severus developed friendships with a group of Muggle-hating Slytherins, especially Avery and Mulciber.

Snape and James Potter quickly developed a loathe/loathe relationship, partly because they were both attracted to Lily Evans, partly because James was so strongly against the Dark Arts. James and his best friend Sirius nicknamed Snape "Snivellus," and taunted him about his unkempt appearance. Both boys rarely lost an opportunity to hex one another (OP28, 29).

Over the years. Snape spent a lot of time following James and his friends around, trying to find ways to get them expelled. When Snape became too curious about where Lupin went every month, Sirius Black tricked him into entering the passage under the Whomping Willow to find out. He would have been killed by Lupin as werewolf -- or wound up a werewolf himself -- if James Potter hadn't realized what was happening and pulled him back. Far from being thankful, Snape deeply resented being in debt to James (PS17).

Snape's worst memory was of an incident that happened during his fifth year at Hogwarts. The day everyone took their O.W.L.s, James and Sirius snuck up on Severus and humiliated him in front of all the other students. Lily was nearby and stopped James, but Severus, angry and embarrassed, lashed out at Lily and called her the unforgivable -- a Mudblood. He apologized to her later, but she would have none of it. Severus could not have Lily's friendship and still have his Muggle-hater friends.  Lily severed her ties with her childhood friend and married James Potter three years later, but Snape would always love her (OP28).

As they reached majority, Snape and many of his Slytherin cohorts became Death Eaters. It is not known to what extent he participated in Voldemort's reign of terror, although he always remained in good standing with Voldemort. On Voldemort's orders, Snape applied for a Hogwarts professorship in the winter or spring of 1980 and while eavesdropping on her interview, overheard part of Trelawney's prophecy regarding "the one with the power to vanquish the Dark Lord" and passed the part he heard on to his master (HBP25).

This small act was to be a turning point for Snape: when Snape learned that based upon the prophecy that Voldemort planned to attack the Potters to destroy James and Lily's infant son, he was terrified. Snape went to Dumbledore to warn him of the pending attack and to ask him to keep Lily safe. After the Potters were betrayed Snape was so full of remorse that he offered his complete allegiance to Dumbledore, on the condition that Dumbledore never reveal it to anyone (DH33). Snape was to stay undercover as a Death Eater, provide Dumbledore with inside information, and protect Harry at the same time.  This was something Snape was ideally suited for: he was such an accomplished Occlumens that even Voldemort could not see his thoughts. As Dumbledore later told Snape, "To give Voldemort what appears to be valuable information while withholding the essentials is a job I would entrust to nobody but you." (DH33). The downside for

Snape was that he would be open to accusations of cowardice, something he became extremely sensitive to.

However, Dumbledore would not need Snape's spying skills for many years to come; Voldemort's physical body was destroyed when the Avada Kedavra curse he aimed at one-year-old Harry Potter rebounded on him. His mother Lily's self-sacrifice seconds before had unexpectedly protected her son. When the Ministry put the Death Eaters on trial after Voldemort's fall, Dumbledore vouched for Snape's loyalty and Snape was never imprisoned (GF30).

For the next 16 years Severus Snape was the Potions Master at Hogwarts and head of Slytherin House, a position of considerable authority and respect. His teaching style was based on intimidation and bullying. He favored students of his own house while actively undermining the efforts of students from Gryffindor. The other professors knew that Snape had been a Death Eater, but all seemed to feel that Dumbledore's trust was sufficient proof that Snape no longer subscribed to Voldemort's goals.

When Harry started school, Snape took an instant dislike to this child he was charged to protect. Unfortunately for Harry, he looked just like Snape's rival James Potter -- with the exception of his mother's green eyes. Snape was also cruel to Neville Longbottom for no discernable reason except perhaps that he could sense that Neville was afraid of him.

From Harry's point of view, Snape's words were often at odds with his behavior. Despite petty harassment, points taken, and detentions given, Snape repeatedly protected Harry from Quirrell (PS11), stymied Umbridge's attempt to force Harry to drink Veritaserum (OP32) , and never took advantage of his innumerable chances to kill him. When Voldemort regained his powers at the end of Harry's fourth year, Snape was able to satisfy the Dark Lord of his loyalty

and reestablish his position among the Death Eaters. His role was to use his position at Hogwarts and his membership in the Order of the Phoenix to bring information on Harry and Dumbledore to Voldemort. Only Bellatrix, Voldemort's most fanatical follower, harbored any doubts that Snape was a true Death Eater (HBP2).

During Harry's fifth year, Snape tutored Harry in Occlumency at Dumbledore's request, under cover of Remedial Potions. The lessons went badly and ended abruptly when Snape caught Harry peaking at the memories he had stored in the Pensieve for safekeeping (OP24, 28). Harry did not learn how to close his mind to Voldemort in time, and despite the fact that both of them glimpsed bits of each other's deprived childhoods, neither one seems to have gained any empathy for the other. Harry certainly wasn't the "pampered little prince" that Snape thought him.

Disaster struck in the summer of 1996 when Dumbledore began hunting for Voldemort's Horcruxes and couldn't resist trying on the cursed Peverell ring. Snape rushed to his aid, but could not permanently contain the damage. Snape estimated that Dumbledore had less than a year to live, but was shocked by the Headmaster's response. Since Voldemort had plans to kill Dumbledore anyway (using young Draco Malfoy), Dumbledore told Snape to kill him before anyone else could, and thus spare Draco and maintain his cover. Snape saw the necessity and grimly agreed (DH33). Later that summer, a frantic Narcissa and a snarling Bellatrix trapped him into making an Unbreakable Vow to protect Draco and "carry out the deed that the Dark Lord ... ordered Draco to perform." (HBP2). Snape's role was inescapable. It is Snape who murders Albus Dumbledore, the most powerful wizard of his age, the Headmaster who trusted him and hired him, and Harry's last remaining father figure (HBP27). Snape escaped with Draco and fled to safety (HBP28).

Snape had other instructions from Dumbledore, including a double cross that would hopefully protect Harry once he reached his majority and had to leave Privet Drive. It worked, but 'Mad Eye' Moody was killed and Snape (flying with the attacking Death Eaters), missed a shot and cursed George's ear off (DH4, 5).

Dumbledore also instructed Snape to protect the children at Hogwarts as much as he could once Voldemort took control. Even though Snape was made Headmaster, his was no simple task because Voldemort had placed the Carrows at Hogwarts too. Alecto replaced the murdered Charity Burbage and turned Muggle Studies into a class where Muggle-haters were indoctrinated in Voldemort's propaganda. Amycus became the Defense Against the Dark Arts professor and used it to teach the Dark Arts instead (DH29).

Once Snape was ensconced in the Headmaster's office, he could communicate with Dumbledore in a limited way via his portrait. This was how Snape knew when to get Gryffindor's sword to Harry in the forest. Snape was told that "it must be taken under conditions of need and valor—and he must not know that you give it!" so he hid the sword in an icy pond and used his doe Patronus to draw Harry to its hiding place (DH19). Snape's tenure as Headmaster ended just before the final battle when McGonagall and Flitwick confronted Snape, and he escaped by flying out an open window (DH30).

Snape flew to Voldemort in the Shrieking Shack where he begged to be allowed to find Harry Potter first. Voldemort did not suspect his motives, but killed him anyway in an erroneous attempt to gain mastery over the Elder Wand (DH32). Severus Snape was a consummate spy and he died a perfect spy's death: his cover intact, his final briefing delivered, remembering the woman he loved.  Harry was able to use Snape's final intelligence to kill Voldemort once and for all. Harry also made sure that the Wizarding world knew the true role of Severus Snape.

*Appearance*

- Black, greasy, shoulder length hair

- Black eyes

- Sallow, pale complexion

- Other features: long, hooked nose, scowl; Dark Mark on left forearm but not always clearly visible.

- Young Severus was skinny with a thin face and long hair that hadn't been cut for a while. He tended to wear mismatched clothes that were either too short or were clearly borrowed from his parents.

*'Severus' has obvious connotations of severity and strictness. There are also several saints with the name 'Severus.'*

*'Snape' is a village in North Yorkshire near Hadrian's (aka Severus') Wall with a building known as 'Snape Castle.' There is another Snape Village that is near Saxmundham, northeast of Ipswich near the Alde River.*

*snape (v.) - 'to be hard upon, rebuke, snub,' c.1300, from Old Norse sneypa 'to outrage, dishonor, disgrace.' (etymonline)*

*sneap: to nip; pinch; put down; repress; snub (phrontistery).*

*Other names: 'Sev' which was Lily's nickname for him, 'Snivellus,' used by James to ridicule him; the 'Half-blood Prince' a pun Snape made on his mother's maiden name.*


**Snape's office and private stores**

A dimly lit room in the dungeons (CS5), with walls lined with glass jars filled with different colored potions and slimy bits of plants and animals (OP26). A rather alarming number of people

break into Snape's private stores here, from Hermione (CS11) to Dobby (GF27) to Barty Crouch Jr. (GF35), though naturally Snape suspected Harry every time (GF27). Harry and Snape also met here for Occlumency lessons during Harry's fifth year (OP26); they were not exactly a smash success, unless you are referring to the jar Snape threw at Harry kicking him out of the office (OP30).

**Snape, Tobias**

The Muggle father of Severus Snape, his wife (a witch) was named Eileen Prince (HBP30). Tobias may be the person with the hooked nose that Harry saw terrorizing Snape's mother in one of his memories (OP26).

**Snargaluff**

This plant looks like a gnarled stump most of the time but has "long, prickly, bramblelike vines" that attack when it is touched. Inside, though, it has grapefruit-sized pods that, when poked with something sharp, emit dozens of small squirming tubers (HBP14). One of these plants sits in the garden of the Lovegoods' house (DH20). They were among the plants that Professor Sprout used to help attack the Death Eaters in the Battle of Hogwarts (DH30).

**Snatchers**

After Voldemort took over the Ministry of Magic, a large number of "Mudbloods" had to stay on the run to avoid persecution at the hands of the government. Small groups of wizards – Snatchers – then made it their business to capture those on the run, collecting the reward money of five Galleons per capture (DH23). Ron had a run-in with one group of Snatchers and escaped by

claiming he was Stan Shunpike (DH19); later Harry, Ron, and Hermione had another run-in and were less fortunate, being captured and brought to the Malfoy Manor. The Snatchers who made this capture included Fenrir Greyback and a wizard named Scabior, among others (DH23).

**Sneakoscope**

A device which looks something like a gyroscope and which gives off a whistling sound when someone untrustworthy is around. Harry has received one of these as a birthday present twice; one a cheap souvenir Ron bought in Egypt (PA1) and the other from Hermione, to warn of intruders while on the run from Voldemort (DH7).

**Snell, Barnaby**

A fan of the Chudley Cannons who was quoted in the *Daily Prophet* in disbelief after the team defeated the Wigtown Wanderers, ending a seventeen-game losing streak (DP3).

**Snidget**

A small, spherical bird which can fly with amazing agility, changing speed and direction almost instantaneously. Its golden feathers and red, jewel-like eyes are so prized that at one time the Snidget was hunted almost to extinction. The fact that a Snidget became such an integral part of the game of Quidditch (and usually died when it was caught) didn't help matters either. The Snidget became a protected species; there are now severe penalties for harming or even capturing one. Snidget reserves have been set up worldwide, and a magical device, the Golden Snitch, has replaced the live bird in Quidditch (FB, QA).

**Snitch**

A walnut-sized golden ball with silver wings, invented by Bowman Wright in the 1300s to replace the Golden Snidget in Quidditch. A Snitch is bewitched to avoid capture for as long as possible while remaining within the boundaries of the pitch. The capture of the Golden Snitch ends the game and gives the team whose Seeker caught it 150 points, which usually determines which team wins the game (QA4). Snitches also have a unique flesh memory charm cast on them, so that in the event of a close call, referees can tell which Seeker first caught the ball (DH7).

**snitch jinx**

A delayed-action jinx which writes the word "sneak" across someone's face in pimples if they break an agreement they sign. This jinx may be an invention of Hermione Granger. She used it to jinx the parchment that D.A. members used to sign up, and when Marietta Edgecombe blabbed to Umbridge, the word "sneak" broke out in purple pimples on her face instantly (OP16). They were still there even months later (HBP7).

**snitchnip**

Quidditch foul which happens when any other player than the Seeker touches the Golden Snitch (QA6).

**snow, enchanted**

A magical imitation snow, which unlike real snow, is warm and dry. It is sometimes made to fall from the enchanted ceiling of the Great Hall as a Christmas decoration (CS12).

**snowball, bewitched**

Snowballs can be bewitched to fly around and hit things. Fred and George, for example, bewitched snowballs to bounce repeatedly off Quirrell's turban, unwittingly hitting Voldemort in the face. They received detention for it, but in hindsight, boy was it worth it (PS12).


**Snowy**

One of Mrs. Figg's cats (or perhaps Kneazles), of whom she forced Harry to look at pictures when he stayed at her house on Dudley's birthdays (PS2).


**snuffbox**

There was a silver snuffbox filled with Wartcap powder in the drawing room of number twelve Grimmauld Place that bit Sirius as he was trying to clean the house out (OP6).


**Snuffles (Sirius Black)**

Sirius asked Harry, Ron, and Hermione to refer to him as this when talking among themselves about him, so that if they were overheard, the security risk would be minimized (GF27).


**Society for Distressed Witches**

Founded in the 1800s by Dorcas Wellbeloved (fw).


**Society for the Promotion of Elfish Welfare (S.P.E.W.)**

Founded in 1994 by Hermione Granger in response to what she saw as gross injustice in the

treatment of house-elves. The Society didn't exactly catch on among Hogwarts students, but she persevered (GF15). Eventually she started knitting hats and socks which she left lying around Gryffindor tower, hoping to free some unsuspecting elf who picked them up while cleaning the common room (OP14). Once the elves discovered the hidden garments, they were deeply offended and refused to clean Gryffindor Tower anymore. Dobby gladly picked up the slack, though, and did all the cleaning himself (OP18).

**Society for the Reformation of Hags**

Founded by Honoria Nutcombe around 1700 (fw).

**Society for the Support of Squibs (S.S.S.)**

This society was founded by Idris Oakby, most likely sometime in the early- to mid-twentieth century (JKR).

**Society for the Tolerance of Vampires (S.T.V.)**

This society has a candle-lit office in London. They advertised for someone to run the office, with preference to be given to applicants with a garlic allergy (DP2).

**Somerset**

In the summer of 1996, a group of Death Eaters, together with at least one giant, caused widespread destruction in Somerset that the Muggles blamed on a hurricane (HBP1).

**Somnolens, Leticia**

This spiteful medieval hag was jealous of the king's daughter and caused her to prick her finger on a spindle tainted with a Draught of the Living Death. A young wizard who had smeared his lips with Wiggenweld potion kissed the princess, though, and brought her out of her trance (fw).

*Somnolens = "somnolence," which means "sleepiness." This story is a nod to the fairy tale "Sleeping Beauty".*

### Sonnets of a Sorcerer

Everyone who read this cursed book spoke in limericks for the rest of their lives (CS13).

### Sonorus (so-NO-rus)

reverse: *Quietus*

*"sonorus" L. loud*

Spell which makes the caster's voice carry over long distances. Ludo Bagman used it when he commentated for the Quidditch World Cup (GF8) and the Triwizard Tournament (GF31).

### sopophorous

A "shriveled bean" that is one of the ingredients in the Draught of Living Death. It exudes more liquid when crushed with the flat side of a silver knife, rather than cut up, as Harry discovers in the notes of the Half-Blood Prince (HBP9).

*L. spoor, deep sleep or sleeping potion*

### Sorcerer's Saucepot

In the Rumours tabloid on jkrowling.com, an advertisement for tickets to see Celestina Warbeck proclaims that the Sorcerer's Saucepot "is offering three additional tour dates on the 11th, 12th, and 13th of this month." Exactly what the Sorcerer's Saucepot is, is unknown (JKR).


**Sorcerer's Stone**

*Name given to the Philosopher's Stone by U.S. publishers. See Philosopher's Stone for info.*


**Sorting Hat**

Originally the pointed wizard's hat of Godric Gryffindor, the Sorting Hat was bewitched by all four of the founders of Hogwarts with brains and some amount of personality (GF12). Its function is to determine which of the four houses each new student will enter. It does so at the beginning of the start-of-term feast, when it is placed on a stool in front of the Great Hall and sings a song of introduction, explaining the basic criteria for each house. One by one, first year students place the Hat on their heads, and the house for which they are best suited is proclaimed. In Harry's case, it took his choice into account, placing him in Gryffindor when he asked not to be in Slytherin (PS7).

According to Nearly Headless Nick, who has seen five hundred years of Sortings, the Hat feels itself responsible for warning the school when danger is on the horizon. As it sits in the Head's office during the school year, it certainly has an awareness of what the school is facing (OP11). At the start of Harry's fifth year, with Voldemort having returned, the Hat's song takes on a more somber tone:

> *Though I must fulfill my duty*
>
> *And must quarter every year*

*Still I wonder whether sorting*

*May not bring the end I fear.*

*Oh, know the perils, read the signs,*

*The warning history shows,*

*For our Hogwarts is in danger*

*From external, deadly foes*

*And we must unite inside her*

*Or we'll crumble from within*

*I have told you, I have warned you....*

*Let the Sorting now begin* (OP11).

We have twice seen the Sorting Hat perform a different function, delivering the sword of Godric Gryffindor to a "worthy" Gryffindor student (DH7). The first came after Fawkes brought Harry the Sorting Hat in the Chamber of Secrets, and he pulled the sword out from within and used it to kill Slytherin's basilisk (CS17). Then, some five years later, Voldemort tried to destroy the Sorting Hat, igniting it while it sat on the head of Neville Longbottom, and Neville too was able to pull out the sword, this time killing Nagini (DH36). As Dumbledore explains, "only a true Gryffindor could have pulled *that* out of the hat" (CS18).

According to a popular historical theory on the W.O.M.B.A.T. exam, the Sorting Hat was "stolen and substituted by a group of delinquent students in 1325," and remains lost to this day. The theory has not yet been proven, and is probably not, true (JKR).

**Sparky**

A rare tamed phoenix, Sparky is the mascot of the famous New Zealand Quidditch team, the Moutohora Macaws (QA8).

**Spattergroit**

"A most grievous affliction of the skin… that will leave you pockmarked and gruesome" (OP23), Spattergroit is a nasty, very contagious wizarding disease. A wizard who has been afflicted becomes covered in purple blisters, to the point of being nearly unrecognizable. Once the disease spreads to his uvula, he also loses his ability to talk (DH6). The Weasleys faked that Ron had this disease to hide the fact that he was on the run; the trick fooled the Ministry for well over six months (DH25).

**Spavin, Faris "Spout Hole"**

Minister of Magic from 1895-1903. Spavin was mentioned in the third W.O.M.B.A.T. test posted on jkrowling.com (JKR).

*Spavin=a swelling of a horse's hock joint that results in lameness; 'Faris' is a Muslim name meaning 'horseman,' or 'knight.' Spout=to utter a speech, especially in a pompous manner.*

*Specialis Revelio*

This spell – probably the incantation for Scarpin's Revelaspell – reveals the enchantments of an object or potion. Hermione uses it to inspect Harry's copy of *Advanced Potion-Making* for Dark Magic (HBP9), and during a potions lesson on Scarpin's Revelaspell, we see Ernie Macmillan using the same incantation on his potion as well (HBP18).

**Spectrespecs**

A pair of "psychedelic spectacles", given away free by *The Quibbler* during Harry's sixth year.

Luna was wearing them when Harry met her on the Hogwarts Express (OP10).


*Spellman's Syllabary*

One of the many books Hermione consulted as she worked on her Ancient Runes homework in the common room (OP26). *A syllabary is a set of symbols where each one represents a specific syllable. The title of this books suggests that the words used to cast spells are sometimes represented by sets of symbols other than our usual alphabet. However, since English and Latin are not well suited at all for a syllabary, this book might actually be designed for use with another language or perhaps a separate spellcasting language which is built with sound chunks which have discrete magical meanings.*


**Spellotape**

Used to repair magic items. Ron used Spellotape to hold the pieces of his broken wand together throughout 1992, but while it allowed the wand to operate, the wand malfunctioned frequently (CS6). *Spellotape is a play on words which is lost to Americans, as "Sellotape" is a British word for what Americans would call "scotch tape."*


**Sphinx**

Native to Egypt, this human-headed creature has a lion-like body, the capacity for human speech, and an innate love of puzzles and riddles, but due to its violent tendencies it has been placed in the 'beast' rather than the 'being' category (FB). A female sphinx was stationed in the Triwizard

maze both to guard the closest approach to the center and to provide a hint about the last monster guarding the Triwizard Cup. She required an answer to a riddle; once the riddle was solved, she calmly let Harry pass by (GF31).

Gringotts has also been known to place sphinxes to guard some of the vaults, much to the consternation of those who want access to their valuables and aren't particularly good at riddles (DP1).

## Spinks

*Both 'Spinks' and 'Spungen' were names Rowling considered for Draco Malfoy's last name. They appear together in the draft of the classlist of Harry's year that Jo displayed during the "Harry Potter and Me" TV interview (HPM). These names have never been used in the books and cannot be considered canon.*

## Spinner's End

Spinner's End is a street in an unnamed dark industrial Muggle town, most likely somewhere in northern industrial England. It is on this street that Snape's brick row house sits, and down which Narcissa Malfoy ran - with Bellatrix Lestrange in pursuit - to seek him out (HBP2). This is the house Snape grew up in as well, and the childhood home of Lily and Petunia Evans was not far away (DH33).

## Spinnet, Alicia

(b. 1978; Gryffindor, 1989; Quidditch Chaser 1991-1996)

A staple on the Gryffindor Quidditch team during Harry's first five years at Hogwarts, Alicia was a strong Chaser whose talent was discovered by Oliver Wood (PS7, PA8).

**Spleen, Professor Helbert**

A Healer at St. Mungo's Hospital, Professor Spleen also writes for a *Daily Prophet* advice column. In one such issue, he gives advice to a wizard with Dragon Pox (DP3).

**Splinching**

One of the hazards of Apparition is the risk of Splinching, or leaving part of yourself behind. According to Ministry Apparition instructor Wilkie Twycross, it "occurs when the mind is insufficiently determined," or not concentrating fully on the desired destination (HBP18). Though in some cases it can be almost comical, such as when Ron accidentally Apparated without his eyebrows on his Apparition test (HBP22), more extreme cases can be very serious. Ron lost a chunk of his arm and a lot of blood Apparating out of the Ministry of Magic in a pinch (DH14), and a couple of wizards who tried Apparating without a license left so much of themselves behind the Accidental Magic Reversal Squad had to get involved in order to put them back together (GF6).

**Splinter and Kreek's**

An advertisement in one of Rowling's *Daily Prophet* newsletters describes Splinter and Kreek's as a place at which to "buy your second-hand brooms", including "Shooting Stars, Comet 220s, Cleansweep Fives." So this is presumably a second-hand broom shop, though it's possible they

sell new brooms as well. The location, interestingly, is never given; it is likely located in Diagon Alley, but we don't know for sure (DP4).

**Sponge-Knees Curse**

During the September 1999 riot that took place during the Puddlemere/Holyhead Quidditch match, a group of Puddlemere supporters were using this curse "in retaliation" to the Jelly-Brain Jinx, according to one member of the crowd (DP4).

**Spore, Phyllida**

Author of *One Thousand Magical Herbs and Fungi* (PS5).

*"spore" = English for "reproductive cell of some kinds of plants."*

**Sprout, Pomona**

(b. May 15, year unknown; Hufflepuff, Head of House)

A squat little witch with fly-away gray hair who teaches Herbology at Hogwarts. In the greenhouses, Sprout must deal with a wide variety of magical plants, some of which are very strange and even dangerous. She handles them all with aplomb, even the Venomous Tentacula. Her robes and fingernails are often earthy (CS6), and her hat is patched (HBP14).

Professor Sprout also serves as Head of Hufflepuff House (GF36), and in true Hufflepuff spirit, proclaimed after Dumbledore's death, "I feel that if a single pupil wants to come, then the school ought to remain open for that pupil."(HBP29). She is kind and nurturing to the students, and surely encouraged Neville's penchant for Herbology because he was anxious to show her his *Mimbulus mimbletonia* (OP10).

She contributed a Devil's Snare to help guard the Philosopher's Stone (PS16), cultivated Mandrakes to cure the petrified Basilisk victims (CS9, 11, 18), tended to the injured Whomping Willow (CS6), and during the Battle of Hogwarts she led Neville and other students to attack the Death Eaters with the most vicious and threatening plants in the greenhouses (DH31).

*Sprout=English "to germinate, for example, a seed; also a young plant."*

*Pomona=Roman goddess of fruit trees*


**Spudmore**

Black Forest manufacturer (with Ellerby) of the 1940 Tinderblast broom (QA9).


**Spungen**

See Spinks.


**Squabbs Syndrome**

According to *Dragon Breeding for Pleasure and Profit,* this is a disease contractible by dragons that is characterized by a lack of fire. It can be treated with hot baths, chili powder and pepper, and four crates of rum daily (JKR).


**squeaking sugar mice**

After Harry's story of Voldemort's return was published in the *Quibbler,* Umbridge was enraged but most of the other Hogwarts teachers were quite pleased. Unable to speak to Harry about it, thanks to an Educational Decree, they instead showed their pleasure in other ways – in Flitwick's

case, this meant quietly passing Harry a box of squeaking sugar mice in the back of a Charms class (OP26).

## Squib

A non-magical person born of wizarding parents, and a much rarer phenomenon than a Muggle-born witch or wizard. We know of two Squibs; Arabella Figg and Argus Filch.

A Squib is not a Muggle. Born to a wizarding family, a Squib simply has such a low level of magical power that he or she is essentially unable to do any magic at all. However, while a Squib cannot cast spells, we know that Filch is able to see poltergeists (PS9) and Mrs. Figg is able to access the Ministry of Magic (OP8), so they are able to do some things ordinary Muggles cannot. Squibs cannot, however, attend Hogwarts, and thus are never truly able to live within the wizarding world (JKR).

Being a Squib has long been considered an extreme embarrassment. When it was discovered that the Dumbledore family was hiding their young daughter, Ariana, it was widely assumed that they were doing so because she was a Squib and they did not want the public to find out (DH11). Today some Squibs are able to find niches within wizarding society; Filch works at Hogwarts, for example, and Mrs. Figg breeds and trades cats and Kneazles (JKR).

*"squib" - Eng. a dud firework that won't ignite properly*

## Squib Rights

A movement that, at some point in the last two centuries or so, held a march that sparked major pureblood riots (JKR).

**staff room**

Guarded by stone gargoyles (OP17), this room, located off the Entrance Hall in Hogwarts (PS16), is a fairly reliable place to find teachers. Harry and Ron also hid in here and overheard McGonagall say that Ginny had been taken into the Chamber of Secrets (CS16).

**Stainwright, Erica**

A disgraced 1950s housekeeping guru who made a fortune selling 'cleaning' potions that really generated more mould and grime (JKR).

**Stalk, Blenheim**

(b. 1920)

Author of *Muggles Who Notice* (published 1972), Stalk is a well-known expert on Muggles and author of many books (FB, fw).

***Standard Book of Spells, The***

by Miranda Goshawk

Series of books with a different edition for each year at Hogwarts; one of these can be found on the booklist every year (PS5, PA4, GF10, OP9, HBP9).

**Starfish and stick**

Quidditch maneuver used by the Keeper to protect as large an area as possible. To accomplish this move, the Keeper hangs by one hand and one foot from his or her broom, extending the other hand and foot as far out as possible (QA10).

**Starfish Without Stick**

A Quidditch move that "should never be attempted" (QA10).


**Starkey, Hesper**

(1881 - 1973)

Famous witch who studied moon phases, and their relation to potions (fw).


**statues**

Along with armour, portraits, and tapestries, the halls of Hogwarts are also filled with a number of statues, from famous wizards to gargoyles (GF23, OP17). When preparing the castle for battle against Voldemort, Professor McGonagall used the *Piertotum Locomotor* spell to bring the statues to life and send them into battle.

Other notable statues include the Fountain of Magical Brethren in the atrium of the Ministry of Magic (OP7), which Dumbledore used and destroyed in his duel with Voldemort (OP36); an enormous black stone Magic is Might statue, depicting wizarding domination over Muggles, that later took its place (DH12); and a statue of James, Lily, and Harry Potter that sits in the town square of Godric's Hollow, visible only to wizards (DH16).


**St. Brutus's**

See Saint Brutus's.


**Stealth Sensoring Spells**

Spells to detect anyone sneaking past them. Can be placed on physical objects such as doors. After two Nifflers had been placed in her office, Umbridge placed Stealth Sensoring Spells on her door, which detected Harry and Hermione as they broke in to use the fire (OP32).

**Stebbins**

(Hufflepuff, 1990s)

Snape takes ten points from Stebbins after catching him in the roses with a Ravenclaw girl ('Fawcett') during the Yule Ball (GF23).

**Stebbins**

A Hogwarts student in the same year as James Potter and his friends. Flitwick has to order him to sit down while he is collecting their O.W.L.s in Snape's memory (OP28).

**Stichstock**

An ancient German broom sport in which players tried to puncture a dragon bladder (QA2).

**Stimpson, Patricia**

A Hogwarts student in Fred and George's year. George mentions that she had a minor breakdown when they were coming up to O.W.L.s (OP12).

**Stingers**

A title given to fans of the Wimbourne Wasps Quidditch team, who traditionally buzz during matches to distract the other team (QA7).

**Stinging Hex**

A fairly low-powered hex that causes a stinging pain in the victim. When under assault by Snape's Legilimency, Harry found it almost impossible to resist the intrusion until Snape happened upon the memory of Harry's kiss with Cho Chang. The resistance he felt to Snape viewing this memory translated into a Stinging Hex that broke Snape's spell. Harry had not consciously decided to perform that spell, so it seems unlikely that that he actually spoke any words. It would seem instead that this hex was purely an extension of his intention to fight Snape off (OP24).

**Stink Pellet**

Joke item that releases a nasty smell when dropped. Evidently a Zonko's product sold in Hogsmeade, and definitely one of the many, many items Filch does not like having in the castle (PA8).

**Stinksap**

When the *Mimbulus mimbletonia* is prodded, its defense mechanism kicks in, spraying Stinksap all over its surroundings. Harry discovered this unpleasant fact when Neville attempted to prod his new *Mimbulus* on the Hogwarts Express, and he got drenched in Stinksap (OP10).

**St. Mungo's Hospital**

*See* SAINT MUNGO'S HOSPITAL

**stoat sandwiches**

Definitely not a British delicacy. JKR made this up. A stoat is a small mammal similar to a weasel which is found in Britain and Ireland. It is not usually eaten by humans, in sandwiches or any other form. Nevertheless, Hagrid makes these and offers them to his guests (PS14).

**Stoatshead Hill**

Located outside Ottery St. Catchpole, this is a nondescript hill with a few pieces of trash littered around it. It is where Harry, Hermione, and the Weasleys met up with Amos and Cedric Diggory and caught a Portkey - an old boot - to the Quidditch World Cup (GF6).

**Stonewall High**

The public high school serving Little Whinging, Stonewall High is the school Harry would have been sent to had he never received his letter for Hogwarts. Dudley would not have joined him; he instead attended Smeltings, a private school (PS3). The uniforms for Stonewall High are a drab gray, which Aunt Petunia attempted to create for Harry by dyeing some of Dudley's old clothes. Dudley also tells us that it is a Stonewall tradition to "stuff people's heads down the toilet the first day," though since this is coming from Dudley, the truth of the statement is hard to know (PS3).

**Stonewall Stormers**

A Canadian Quidditch team, one of the most accomplished in the world (QA8).

**stooging**

This Quidditch move was once legal, but was reclassified as a foul in 1884. It is a tactic where two Chasers ram the opposing Keeper aside so the third can score a goal (QA6).

**Streeler**

Giant African snail that changes colour every hour, and deposits a trail of venom as it moves that kills and shrivels all vegetation over which it passes, and which can kill Horklumps. It is often kept as a pet (FB).

**Strengthening Solution**

Apparently this potion takes a few days to make, since the fifth year Potions students making it had to allow their mixtures to mature over a weekend (OP17). At the end of the lesson, when his potion was congealing foully and smelling strongly of burned rubber, Harry was given a homework assignment of writing an essay on how and where he went wrong (OP17).

**Stretching Jinx**

Mrs. Weasley said before their sixth year that Harry and Ron had grown so much that they looked as though they'd had this jinx put on them (HBP5).

**Stroulger, Edgar**

(1703 - 1798)

Invented the Sneakoscope (fw).

**Strout, Miriam**

Healer in charge of the Janus Thickey ward (a closed, long term ward for patients with permanent spell damage) at St. Mungo's Hospital at the time of Broderick Bode's assassination (OP23, OP25). She is quite chatty and is described as being "motherly-looking." She treats Lockhart (a resident in the same ward) affectionately, but as a child. Other charges in her care include Agnes, a woman whose entire head is covered with fur (she also barks), and Alice and Frank Longbottom (OP23).

**Stubbs, Billy**

An orphan at Tom Riddle's orphanage, who had chicken pox at the time of Dumbledore's first meeting with Riddle. According to Mrs. Cole, the day after Tom and Billy had had an argument; Billy's pet rabbit was found hanging from the rafters (HBP13).

**_'Study into Muggle Suspicions About Magic, A'_**

This study, undertaken by the Ministry of Magic and spearheaded by Professor Phoebus Penrose, determined that Muggles are less stupid than is generally assumed by wizards. The findings were published in the _Daily Prophet_ (DP).

**_Study of Recent Developments in Wizardry, A_**

Not surprisingly, Nicolas Flamel isn't mentioned in this book (PS12).

**Stump, Grogan**

(1770-1884)

Appointed Minister of Magic in 1811 and served until 1819. Decreed that "a being was any

creature that has sufficient intelligence to understand the laws of the magical community and to bear part of the responsibility in shaping those laws." In so doing he settled a long-standing debate dating back to the 14th century. Stump created the three divisions of the Department for the Regulation and Control of Magical Creatures: Being, Beast, and Spirit (FB). Stump was a very popular Minister of Magic (fw).

***Stupefy*** (STOO-puh-fye)

"Stunner" "Stunning Spell" "Stupefying Charm"

*"stupefacio" L. to make senseless, from "stupeo" L. stunned*

reverse: "Rennervate"

A commonly used spell that shoots a red bolt of light and renders a witch or wizard unconscious (GF9). Harry learned this spell for the third task of the Triwizard Tournament, with a little help from poor Ron, who had to be reawakened on the floor over and over (GF29). Harry later taught the spell to the D.A. as well (OP21).

**Substantive Charm**

Seamus Finnigan, the day before Harry's year's first O.W.L., was reciting the definition of this charm aloud (OP31).

**sugar quills**

Treat sold at Honeydukes that is particularly easy to sneak into class (PA5). Sometime around 1996, deluxe sugar quills were also released, which Hermione says "would last hours" (HBP12).

**Sumbawanga Sunrays**

A popular Tanzanian Quidditch team known for its formation looping (QA8).


**Summerbee, Felix**

(1447 - 1508)

Invented Cheering Charms (JKR).

*"felix" = Latin for happiness*.


**Summerby** (wizard)

(Hufflepuff, 1990s; Quidditch Seeker)

The year after Cedric Diggory's death, Summerby took over as the Hufflepuff Seeker (OP26).


**Summers** (wizard)

(Hufflepuff, 1990s)

Like Fred and George Weasley, he tried taking an Aging Potion in order to put his name in the

Goblet of Fire, and was sent to the hospital wing with a beard (GF16).


**Summoning Charm**

*See* ACCIO.


**Sun, the**

One of the symbols that can be read from a cup of tea leaves, according to *Unfogging the Future*. It means "great happiness." Ron thinks he sees it in Harry's teacup, but Trelawney of course begs to differ (PA6).

**Supersensory Charm**

This spell seems to let the caster sense things out of his or her line of sight. Ron says that he can use this spell instead of looking in the wing mirrors when driving a car (DH/e).

**superstitions**

We learn of a few wizarding superstitions from Ron, which he says his mother is "full of." They include "May-born witches will marry Muggles," "Jinx by twilight, undone by midnight," and "Wand of elder, never prosper" (DH21).

**Supreme Mugwump**

The head of the International Confederation of Wizards is called the Supreme Mugwump. Dumbledore held that post for years (PS4), although he was temporarily removed from it during 1995 (OP15) and reinstated in June of 1996 (OP38). The first Supreme Mugwump was Pierre Bonaccord (OP31).

*The term "Mugwump" refers to a leader, derived from an Algonquian (a language of one of the American Indian tribes) word meaning "great chief."*

**Surrey**

A county in England just southwest of London, Surrey is the location of Little Whinging, and

thus is the county in which Harry grew up (PS3).

**Sweden**

Home of a world-famous annual broom race from Kopparberg to Arjeplog (QA2). Luna Lovegood and her father also took a trip to Sweden in the summer of 1996 to search for the Crumple-Horned Snorkack, a creature that, well, may or may not exist (OP38).

**Swedish Short-Snout dragon**

A silvery-blue dragon with brilliant blue flames, that lives in the uninhabited mountains of Sweden (FB). There is a reservation for these dragons there, as the path of the Annual Broom Race passes through it (QA2).

**Sweeting, Havelock**

(1634 - 1710)
Unicorn expert (fw).

**Sweetwater All-Stars**

A U.S. Quidditch team, based in Texas, that recently gained international notoriety when they defeated the Quiberon Quafflepunchers after a five-day match (QA8).

**Swelling Solution**

The second year students were making this when Harry threw a firecracker into Goyle's cauldron to create a diversion. Where the solution splashed, people's arms, noses, eyes, and other body

parts were enlarged grotesquely. The antidote was a Deflating Draught (CS11).


**Swiftstick**

A broom produced by Ellerby and Spudmore, who had earlier released the Tinderblast, in 1952.

It was never used for Quidditch because of its inability to ascend powerfully (QA9).


**Switch, Emeric**

Author of *A Beginner's Guide to Transfiguration* (PS5).

*"switch" = English "to change one thing for another."*


**Swivenhodge**

A broom sport that originated in Herefordshire (QA2).


**Sword of Gryffindor**

Goblin made, silver with large rubies in the hilt (CS17). The Sorting Hat magically produced this

powerful weapon, once owned by Godric Gryffindor, for both Harry and Neville in their time of

need.  Dumbledore claimed only a true Gryffindor could do this (CS18). Harry used it to kill the

Basilisk, which imbued the sword with venom.  This made the Sword useful for destroying

Horcruxes (DH6).  Ron used it to destroy the locket Horcrux (DH19), and Neville used it to cut

off Nagini's head (DH36). Dumbledore left the sword to Harry in his will (DH7), and he used it

to bribe Griphook into helping break into Gringotts (DH26).  Griphook double crossed them, but

the Sorting Hat foiled his attempt keep the sword.

**Switching Spell**

A category of Transfiguration spells that swap one thing for another. Hermione knew quite a bit about Switching Spells already in her first year, and gained some house points for it from McGonagall (PS9). Neville wasn't particularly adept at these, managing to somehow switch his own ears onto a cactus during Transfiguration class (GF15).

**Sykes, Jocunda**

(b. 1915)

Famously became the first witch or wizard to fly across the Atlantic Ocean on a broomstick, in 1935. She rode an Oakshaft 79 (QA9).

**Sylvanus, Mylor**

*Non-canon: this name appears (along with Oakden Hobday) on an early planning chart for Order of the Phoenix in a list as the fifth of the Defense against the Dark Arts Professors.*

**T**

**Taboo**

Immediately upon taking over the Ministry of Magic, the Death Eaters placed a Taboo on the word "Voldemort," making it illegal to speak the name and allowing them to immediately track anybody who did so. They reasoned that only serious opposition such as members of the Order

of the Phoenix would use it (DH20). This caused problems for Harry, Ron, and Hermione, who were first tracked down in Tottenham Court Road (DH9) and later caught by Snatchers (DH22).

*The choice of name for this effect is clever; there was already a social taboo on saying the name before the spell was ever cast.*

**Tadfoal**

The young of the Hippocampus is called a Tadfoal (FB).

*from "tadpole," the immature form of a frog + "foal," the young form of a horse*

**Tail-Twig Clippers**

"Gleaming silver," these clippers were one of the highlights of a Broomstick Servicing Kit that Hermione gave Harry for his thirteenth birthday (PA1).

**'Tale of the Three Brothers, the'**

A wizarding fairy tale from the *Tales of Beedle the Bard,* this story gives the background for the legend of the Deathly Hallows. In it, three brothers manage to escape Death, who in his cunning offers to grant each a wish, thereby creating the Elder Wand, the Resurrection Stone, and the Cloak of Invisibility. The first two brothers each then have their death brought about by the objects they asked for, while the third uses the Cloak to escape death until he reaches old age (DH21).

Though the story serves the purpose of a "morality tale," it also provided the back story of three real brothers – Antioch, Cadmus, and Ignotus Peverell – that eventually gave Harry part of

the information he needed to defeat Voldemort (DH35). This was undoubtedly the reason that Dumbledore left the *Tales of Beedle the Bard* to Hermione in his will (DH7).

### Tales of Beedle the Bard, the

Bequeathed to Hermione Granger by Albus Dumbledore, this book contains a number of children's fairy tales written in ancient runes (DH7). It later became clear that the reason Dumbledore left Hermione the book was the instructive nature of 'The Tale of the Three Brothers' (DH21, DH35).

### talismans

With the Chamber of Secrets opened and Slytherin's monster on the loose, Hogwarts saw a "roaring trade" in talismans that supposedly safeguarded students who purchased them (CS11). Given that nobody knew what the monster was, though, it seems unlikely that any of them worked.

### talon-clipping charm

A charm used for dragon care. Harry found this spell in a book in the Hogwarts library when researching ways to overcome the Hungarian Horntail in the first task (GF20).

### *Tarantallegra* (TAIR-an-tuh-LEG-ruh)

*"tarantella" It. dance associated with the tarantula, from Taranto, a city in Italy + "allegro" It. fast*

A spell that forces the victim's legs to do a crazy dance, which Draco cast on Harry at the

Dueling Club (CS10) and Dolohov used on Neville during the Battle of the Department of Mysteries (OP35).

**tarantula**

Lee Jordan had a tarantula on Platform Nine and Three Quarters at the start of Harry's first year (PS6). They're sold, among other places, in Knockturn Alley (CS4).

**Tarapoto Tree-Skimmers**

A Peruvian Quidditch team, and the most famous team in South America (QA8).

**Tchamba Charmers**

A Quidditch team based in Togo, who are famous for their ability to do the difficult reverse pass (QA8).

**teakettle, biting**

Arthur Weasley turned up a couple of these on one of his nighttime raids (CS3).

**tea leaves**

A method of Divination where a witch or wizard drinks the tea from a cup, and the leaves that remain in the bottom form shapes which can be read. Trelawney started Harry's first Divination class teaching this method. Among her favorite symbols? The club (a forthcoming attack), the skull (danger ahead), and – of course – the Grim. All of these symbols are listed in *Unfogging the Future,* on pages five and six (PA6).

**tea set, enchanted**

When an old witch died and her tea set was sold to some Muggles, the teapot started going crazy and squirting tea around the room, while the sugar tongs clamped themselves to a man's nose. Clearly this took some sorting out on the part of the Misuse of Muggle Artifacts Office (CS3).

**Tebo**

Like the Diricawl, the Tebo is a creature that can become invisible at will. It is a warthog-like creature native to central Africa (FB).

**Ted**

Newsreader on the evening news, November 1, 1981 (PS1).

**Tenebrus**

One of the thestrals who live in the Forbidden Forest. Tenebrus was the first to be born there and is Hagrid's favorite (OP21).

*Tenebrus = "tenebrous" which is English for "dark."*

**tents**

The magic tents the Weasleys set up in the campground at the Quidditch World Cup looked normal from the outside, but inside were quite large, with a small kitchen and bunk beds. Other folks used tents which were more obvious in their magical nature, with, for example, chimneys (GF7). Harry, Ron, and Hermione used tents like these (including one of the same ones) to camp

each night while they were on the run from the Ministry of Magic (DH14).

***Tergeo*** (TAIR-zhee-oh)

*"tergeo" L. to wipe off, to wipe dry; to scour, clean*

A spell which is used to siphon off that which is unwanted, whether dried blood (HBP8), dust (DH17), or grease (DH6). Ron seemed fairly proud of his ability to use this spell, or at least of thinking to use it, when he cleaned up an old oven-cleaner rag  and offered it to Hermione as a handkerchief (DH6).

**Terrortours**

Located at 59 Diagon Alley, Terrortours plans very, er, adventurous holidays, to places like the Bermuda Triangle and Transylvania (DP).

**theoretician**

One noted magical theoretician was Adalbert Waffling, with whom Dumbledore kept in touch as a student at Hogwarts (DH2). Waffling wrote a book titled, as one might guess, *Magical Theory* (fw).

***Theories of Transubstantial Transfiguration***

Library book read—and doodled in—by Albus Dumbledore, which promptly beat him in the head because of the library book spells put on it by Pince (QA).

**Thestrals**

Thestrals are huge winged horses with white shining eyes, dragonish faces and necks, and skeletal black bodies (FB). They are invisible to anyone who has not seen death, which means that few of the students in Hagrid's Care of Magical Creatures classes could see them during Harry's fifth year. Contrary to superstitions that they are unlucky, though (OP21), they have an amazing sense of direction and move magically fast through the air (OP34). Hogwarts has a herd, which pull the Hogwarts carriages (OP10) and Dumbledore occasionally flies (OP21). They have also been used for transport missions by Dumbledore's Army (OP34) and the Order of the Phoenix (DH4).

**Thickey, Janus**

In 1973, Thickey left a note on the bedside table for his wife, claiming that he had been killed by a Lethifold. Janus was shortly thereafter discovered five miles away, living with the landlady of the Green Dragon. (FB) A ward for patients with spell damage in St. Mungo's Hospital is now named for Janus (Gilderoy Lockhart and the Longbottoms reside there), which suggests that he might have come out of this incident a little worse for the wear (OP23).

*"Janus" was the two-faced deity after whom the month of January was named.*

**Thicknesse, Pius**

Head of the Department of Magical Law Enforcement (DH1) until the death of Rufus Scrimgeour, after which he became Minister for Magic (DH13). Unfortunately, he had been placed under the Imperius Curse by Yaxley earlier in the summer (DH1), which meant that from this point through the rest of the war, control of the Ministry was effectively in the hands of Voldemort. Pius has long black hair and beard streaked with silver and a large, overhanging

forehead (DH12). He fought with the Death Eaters in the Battle of Hogwarts and was cursed creatively by Percy Weasley who hollered as he fired off the spell, "Did I mention I'm resigning?"

**Thief's Curse**

An unspecified bit of nastiness which can be cast on someone who steals something. People who stand too long reading *Quidditch Through the Ages* in a shop without buying it might find themselves the object of this curse (QA).

**Thief's Downfall**

A waterfall that can be released over the track at Gringotts that has the effect of washing away all enchantment and magical concealment. This was released against Harry, Ron, Hermione, and Griphook during their raid on the Lestranges' vault. It removed the effects of Polyjuice Potion from Hermione, of a number of small charms and Transfigurations from Ron, and lifted the Imperius Curse from Bogrod, whom they had compelled to accompany them. It did not, however, damage Harry's Invisibility Cloak or other magical items that they had with them (DH25).

**third-floor corridor**

Forbidden corridor where Fluffy guarded the trapdoor to the hiding place of the Philosopher's Stone. It was off-limits to all students during that year. Well, at least to any who didn't want to die painfully (PS7).

**Thomas, Dean**

(Gryffindor, 1991; Substitute Quidditch Chaser, 1996-1997; Dumbledore's Army)

A classmate of Harry's and best friends with Seamus Finnigan (GF7). He is a black Londoner who grew up as a Muggle, and thus has always been a fan of football (PS9). At Hogwarts, Dean and Seamus tend to goof around in class a bit (CS6), and both are quite friendly to Harry (PA8). Dean's home life is kept fairly separate from Hogwarts, and he doesn't tell his parents much about what goes on at school (OP11). He dated Ginny Weasley for a good portion of his sixth year (OP38), but they broke up over petty quibbling (HBP24).

When Harry began being attacked by the Ministry, Dean quietly sided with Harry, despite Seamus being an outspoken critic, and joined Dumbledore's Army (OP16). He clearly admired Harry for publishing his story in the *Quibbler* (OP26), and later told other wizards that he firmly believed Harry to be the Chosen One (DH15).

Dean's father was actually a wizard, though he never told his family this as he feared their safety; when Dean was a young boy, his father was recruited by Death Eaters and killed when he refused to join, though Dean always thought he had simply walked out (JKR). As a result, when the Ministry began rounding up Muggle-borns, Dean went on the run (DH15). He was captured by Snatchers, until Harry, Ron, and Hermione helped him escape to Shell Cottage (DH23). He stayed there, becoming friends with Luna Lovegood (DH25), until returning to Hogwarts to join in the battle against Voldemort (DH29); in that battle, Dean dueled Antonin Dolohov and knocked out at least one Death Eater (DH32).

**Thomas, Mr.**

Biological father of Dean Thomas, a wizard who walked out on his Muggle wife and infant son

to protect them from the Death Eaters. Thomas was eventually killed by the Death Eaters when he refused to join their cause (JKR). Sadly, his son doesn't know why his father left, or even who he was (DH15).

**Thomas, Mr. and Mrs.**

Dean's parents, who didn't know anything about any deaths at Hogwarts as of the beginning of the 1995 - 1996 school year, because their son didn't see fit to tell them (OP11). Mr. Thomas is Dean's stepfather; Dean's biological father was a wizard who was killed by Death Eaters (JKR).

**Three Broomsticks, The**

A well-known inn in Hogsmeade and a frequent haunt of Hogwarts students. It's warm and comfortable, packed every time Harry goes in, and is a great spot to drink butterbeer (PA10), although they also serve firewhisky (GF25), gillywater, mulled mead, red currant rum, and even cherry syrup and soda with ice and an umbrella (PA10). The owner of the bar is Madam Rosmerta, who Ron enjoys watching (HBP12), much to Hermione's annoyance.

**Three D's**

Strategy for learning Apparition, at least as taught by Wilkie Twycross, wherein wizards need to focus on the desired Destination, be Determined, and move with Deliberation. As this was pretty much the extent of Wilkie's instruction, he earned a few nicknames starting with D as well (HBP18).

**Thruston, Orsino**

(b. 1976)

Drummer for The Weird Sisters (fw).

**Thundelarra Thunderers**

Australian Quidditch team which has dominated the Australian League for most of the last century (QA8).

**Thurkell, Thaddeus**

(1632 - 1692)

A wizard who had seven sons, all Squibs, whom he promptly turned into hedgehogs (fw).

**tiara, goblin-made**

Molly Weasley's Auntie Muriel owns this tiara, which bears a slight resemblance to the diadem of Ravenclaw (DH29). She loaned it to Fleur Delacour for her wedding with Bill Weasley (DH8), and when it took Fleur a few months to return it, Muriel was convinced that she had stolen it (DH25).

**Tibbles, Mr.**

One of Mrs. Figg's cats, Kneazles, of whom Harry has seen quite a few pictures (PS2). He also kept an eye on Mundungus Fletcher, alerting Mrs. Figg the moment he abandoned his post; not that she could do anything when Harry was attacked by dementors (OP1, OP2).

**Tiberius**

Uncle of Cormac McLaggen. Tiberius was a favorite student of Horace Slughorn's. Avid hunter; his hunting buddies include Bertie Higgs and Rufus Scrimgeour, and he holds high office in the Ministry of Magic (HBP7).

**Tibet**

With Scotland, one of the two most frequent offenders of the statute of secrecy. Whereas Scotland struggles with its Loch Ness Monster, in Tibet it is the Yeti which is frequently sighted (FB).

**Tickling Charm**

*See* RICTUSEMPRA.

**Time Room**

One of the more fascinating rooms in the Department of Mysteries, the Time Room has clocks on every surface and is filled with "beautiful, dancing, diamond-sparkling light." The light stems from a crystal bell jar containing a hummingbird, cycling between full size and its infant form of an egg (OP34). When one of the Death Eaters falls into the jar later, his head goes inside and cycles between the form of an infant and a fully grown man (OP35). The Time Room also contains a glass-fronted cabinet full of hourglasses (OP35) – the Ministry's entire stock of Time-Turners, or did, until it was blasted over during the Battle of the Department of Mysteries, shattering every them (HBP11).

**Time-Turner**

The Time-Turner is a small silver hourglass worn on a chain around the neck. It's a very powerful and dangerous magical item which literally turns back time for the user, one hour per inversion of the glass. They are strictly controlled by the Ministry of Magic, though Hermione received permission to use one for the 1992-1993 school year, allowing her to attend multiple classes at once (PA21). Time-Turners are dangerous but can be very useful tools. Unfortunately, Neville smashed the Ministry's entire stock during the Battle of the Department of Mysteries (OP35, HBP11). *Rowling said that the Time-Turner was a tricky invention to work into the stories because it created a lot of plot problems. Having all the Time-Turners destroyed during the battle at the end of book five solved those problems.*

**Timms, Agatha**

Owner of an eel farm, who bet with Ludo Bagman over the Quidditch World Cup match (GF7).

**Tinderblast**

*See Broomsticks.*

**Tinworth**

A village in Cornwall that, though a Muggle village, is home to a large number of witches and wizards (DH16). Shell Cottage, where Bill and Fleur make their home, is on the outskirts of Tinworth (DH23).

**"Tiptoe Through the Tulips"**

A Muggle song that Vernon Dursley hummed while manically boarding up the cracks around the front and back doors of number four, Privet Drive, trying to keep Hogwarts letters from reaching Harry (PS3).

**toads**

Toads are allowed as pets for students at Hogwarts, but they're out of fashion, so if you have one, you're likely to be laughed at for it. Nevertheless, Neville has a toad named Trevor, a gift from an older family member (PS6). Despite their unpopularity, judging from Mundungus' story on Harry's first night in Grimmauld Place, toads (at least in bulk) are valuable enough to go to quite a bit of trouble to steal (OP5).

**toadstools, leaping**

The second year Herbology students worked with these (CS14).

***Toadstool Tales***

by Beatrix Bloxam

A series of childrens' books now banned in the wizarding world because they have been found to cause nausea, sometimes to the point of actual vomiting (fw).

*This would seem to be a reference to Beatrix Potter, whose best-known work is The Tale of Peter Rabbit.*

**Todd, Sidney**

An 83-year-old fan of the Montrose Magpies, who supported the decision to release Alasdair Maddock after he was caught dabbling in basketball, football, and golf (DP).

**toenail-growing hex**

One of the Half-Blood Prince's self-invented spells, that causes rapid toenail growth. Harry tried it out on Crabbe, to great effect  (HBP12).

**Tofty**

Member of the Wizarding Examinations Authority, friend of Tiberius Ogden, and an examiner for Harry during his practical Astronomy, Charms, and Defense Against the Dark Arts O.W.L.s and History of Magic theory O.W.L. Tofty wears pince-nez, and appeared to be the oldest and baldest examiner, with a quavery old voice (OP31).

**Toke, Tilly**

(1903 - 1991)

Recipient of the Order of Merlin First Class as a result of the Ilfracombe dragon attack of 1932. When an errant Welsh Green dragon attacked a beach full of sunbathers. Tilly and her family were credited with saving Muggle lives as well as wiping their memory afterwards. (FB, fw).

**Tom**

Bald, toothless old innkeeper of the Leaky Cauldron (PS5, PA3, PA4).

**Tongue-Tying Curse**

Mad-Eye Moody set up one of these in number twelve, Grimmauld Place, after Snape killed Albus Dumbledore (DH6). His intent was to tie Snape's tongue so he couldn't reveal the house's location to other Death Eaters, but Snape never entered the house after this happened (BLC). The curse did give a curious sensation to Harry, Ron, and Hermione when they entered, though, rolling their tongues back on themselves before realizing that they weren't Snape (DH9).

**Tonks, Andromeda Black**

Though a sister of Bellatrix Lestrange and Narcissa Malfoy (and very similar in appearance to Bellatrix), Andromeda married a Muggle-born, Ted Tonks, was promptly blasted off the Black family tree (BFT, DH5), and had a daughter, Nymphadora (OP6). Andromeda helped the Order of the Phoenix during their war against Voldemort, a war in which her husband, daughter, and son-in-law, Remus Lupin, were all killed (DH22, DH34). She then single-handedly raised her grandson, Teddy Lupin, though she had plenty of help from family friends (BLC, DH/e).

**Tonks, Nymphadora**

(b. 1973; Ravenclaw, 1984; Auror, 1994)

Tonks is a pretty young woman with a heart-shaped face. Her hair changes color, but is often bubble-gum pink. Her father calls her 'Dora.'

Nymphadora, or 'Tonks,' as she prefers to be called by friends, is an Auror and a member of the Order of the Phoenix. She was not part of the original Order of the Phoenix as she was too young. Tonks was part of the Advance Guard that helps Harry in his escape from the Dursley house; she carried his trunk slung under her broom. (OP3-9, 35).

Tonks is the daughter of Sirius Black's favorite cousin, Andromeda, who married a Muggle-born wizard, Ted Tonks. Andromeda was removed from the tapestry of the Black family tree as a result of her marriage (so Kreacher does not feel the need to obey her even though she is family). That means that Tonks' aunts are Narcissa Malfoy and Bellatrix Lestrange, whether any of them wants to admit it or not.

While at Hogwarts, Tonks was not made a Prefect. She said that it was because she lacked certain "necessary qualities," specifically the ability to behave herself. However, she must have been a very capable student in spite of her fondness for mischief, since becoming an Auror requires high marks in many subjects. After leaving Hogwarts in the summer of 1991, Tonks had to undergo an additional three years of training to become an Auror, only qualifying a year ago (summer of 1994).

Tonks is a Metamorphmagus, which means that she can change her appearance at will. She uses this ability in service to the Order, but it also helped her qualify as an Auror ("I got top marks in Concealment and Disguise during Auror training without any study at all, it was great.").However, she is very clumsy and she had more difficulty with Stealth and Tracking.

During the Battle of the Department of Mysteries, Tonks fired spells down on the Death Eaters in the Death Room, but was hit by a spell and injured severely. She recovered from her wounds after a stay in St. Mungo's. She was sufficiently healed to join Mad-Eye and Lupin on the platform in King's Cross as they met Harry from the train.

However, a few months later when Harry meets her at the Burrow, it is clear that Tonks is extremely unhappy. She has let her hair go a mousy brown, and looks "drawn, even ill." (HBP5) Harry at first supposes that she is distraught over Sirius' death but finds out later (HBP29) that she has fallen in love with Remus Lupin.

During Harry's sixth year at Hogwarts, Tonks was stationed there along with Aurors Proudfoot, Savage, and Dawlish to guard the school. She fought in the Battle of the Tower.

During the summer of 1997, Lupin and Tonks were married. He regretted this afterwards because he feared what association with him would do to his wife and her family. When Tonks became pregnant that fall, he was terrified that he had brought doom on Tonks and the unborn child and considered leaving her in the care of her parents. He didn't leave, and the baby was born healthy some months later. They named him Teddy after her father.

During the Battle of Hogwarts, Tonks followed Lupin to join the battle. Both she and her husband were killed, Tonk struck down by Bellatrix Lestrange. Teddy was raised by his grandmother (BLC).

**Tonks, Ted**

(d. 1997)

Muggle-born wizard, father of Nymphadora and husband of Andromeda. He was described by his daughter as a "right old slob," in contrast to the Dursleys, whose house seemed unnaturally clean to Nymphadora (OP3). Andromeda's marriage to Ted resulted in her being disowned by the Black family (OP6). Ted Tonks had fair hair and a large-ish belly (DH5). During the war on Voldemort, Ted tried to run from the Ministry (DH15), but was sadly caught and killed (DH22).

**Tonks house**

Home to Ted and Andromeda Tonks, this house was one of many safe locations set up by the Order of the Phoenix in preparation for Harry's seventeenth birthday and removing him from Privet Drive. Harry and Hagrid flew here on Sirius's motorbike, crashing in the back garden, and

stayed for only a few minutes before catching a Portkey to the Burrow (DH5). It's possible that this is the same house in which Andromeda later raised Teddy Lupin, after Ted, Nymphadora, and Remus Lupin had all passed away (BLC).

**Ton-Tongue Toffees**

Imbued with an Engorgement Charm, these sweets make a person's tongue swell up to ten times its normal size. It took six months for the twins to develop them, which didn't please their mother as they were supposed to have been studying for their OWLs at the time (GF5). However, the sweets did have a rather enjoyable effect on Dudley (GF4).

**Toothflossing Stringmints**

Some sort of candy-type item sold at Honeydukes, that Hermione says her parents would love – presumably because they're dentists (PA10).

**Toothill, Alberta**

(1391-1483)

Used a Blasting Curse to defeat Samson Wiblin and win the All-England Wizarding Dueling Competition of 1430 (fw).

*Toots, Shoots, 'n' Roots*

An award-winning radio program, hosted by Tilden Toots, that most likely broadcasts on the Wizarding Wireless Network (WWN). *The tail end of one episode can be heard on*

*jkrowling.com, where Tilden gives a tip on rejuvenating a Flitterbloom before signing off for the day (JKR).*

**Topsham**

The home of Madam Z. Nettles, a witch who used Kwikspell to improve her magical abilities. Her statement is part of the Kwikspell literature that Harry once read in Filch's office (CS8).

**Tottenham Court Road**

When the Ministry of Magic fell in the middle of Bill and Fleur's wedding celebration and the Burrow was bracing for attack, Hermione grabbed Harry and Ron and Apparated to the first place she thought of – Tottenham Court Road. Here they changed clothes and ducked into a café, where they were soon unexpectedly ambushed by Death Eaters. After handling that crisis, they Apparated to the relatively safer Grimmauld Place instead (DH9).

*It's interesting that this was the place that "popped into" Hermione's head. The Tottenham Court Road underground station is adjacent to Charing Cross Road, home of the Leaky Cauldron. It's possible that this was the station she and her parents would have used to reach Diagon Alley, and also the station used by Harry and Hagrid when they visited prior to Harry's first year (PS5).*

**'Toujours Pur'**

The motto on the Black family crest, meaning "always pure" – a reference to the family's blood status, as those who marry Muggles are blasted off the family tree (OP6).

**Towler, Kenneth**

(Hogwarts, 1989)

A student who took his O.W.L.s at the same time as Fred and George, who developed boils as the test approached. Granted, the boils had a lot more to do with the Bulbadox Powder Fred had put in his pyjamas than with the stress of the test (OP12).


**Toyohashi Tengu**

A Japanese Quidditch team that has a tradition of burning its broomsticks after a defeat (QA8)


**toy broomsticks**

Two small girls at the Quidditch World Cup were playing with toy broomsticks that barely lifted them high enough for their toes to be clear of the grass (GF7). Harry thought little of it at the time, but later discovered that he himself had received one of these toys for his first birthday, from his godfather Sirius, and loved it immediately (DH10).


**Trace, the**

A charm, placed on all underage wizards that detects magic performed in their vicinity. The Trace is automatically removed when a wizard turns seventeen (DH7), a fact that even the Voldemort-led Ministry of Magic couldn't overcome in Harry's case (DH11). It caused some problems for the Order of the Phoenix in getting Harry safely out of Privet Drive (DH4).


**Transfiguration**

The complex magic of changing one object into another (PS7), conjuring or Vanishing objects

(OP13), or changing the fundamental nature of an object.  Transfiguration has been part of magic since ancient times, when Circe famously turned lost Greek sailors into pigs (fw). Transfiguration is subject to rules, though; for example, Gamp's Law of Elemental Transfiguration has five main exceptions, one of which is that food cannot be conjured from thin air (DH15).

Transfiguration is one of the seven primary subjects at Hogwarts that all first- through fifth-year students are required to take, and was most recently taught by Minerva McGonagall for over forty years (OP15, DH30). Fifty years ago, and likely immediately prior to McGonagall's tenure, it was taught by Albus Dumbledore (CS13).

**Transfiguration classroom**

McGonagall's lessons tend to be very work-focused, so Harry doesn't seem to notice his surroundings much, aside from McGonagall's desk that she transforms into a pig on his first day of class (PS8). The classroom is quite far away from Umbridge's office, though (OP32).

*Transfiguration Today*

A magazine that Dumbledore published in when he was young (DH18), and nearly one hundred years later, still read (DH33).

**Transforming Spells**

These have to be adapted for Cross-Species Switches, at least according to a homework assignment fourth-years had to do for Transfiguration (GF21).

**Transmogrifian Torture**

*"trans" L. across + ? "transmogrify" Eng. verb c.1656, from L. to change or alter greatly and often with grotesque or humorous effect*

When Mrs. Norris was stunned by the basilisk, Gilderoy Lockhart pronounced with certainty that she was dead, killed by the Transmogrifian Torture. Immediately thereafter, Dumbledore informed everyone that she wasn't in fact dead, but Petrified, and Lockhart pointed out that he knew this all along. Knowing Lockhart, it is distinctly possible that there is no such thing as the Transmogrifian Torture (CS9).

**Transylvania**

The Quidditch team from Transylvania played Flanders in the first ever Quidditch World Cup final in 1473, a match famous for a wide array of fouls that included the Transylvanian captain releasing a hundred blood-sucking vampire bats onto the field (QA8); over five hundred years later the national team flattened England in a slightly more fairly contested match (GF5).

As of Christmas, 1994, Transylvania was to sign an International Ban on Dueling (GF23).

**Transylvanian Tackle**

A Quidditch move that is technically legal because no contact is made. However, this fake punch to the nose can be extremely disconcerting for an opposing player (QA10).

***Travels With Trolls***

by Gilderoy Lockhart

One of the many worthwhile required textbooks for Defense Against the Dark Arts in Harry's

second year (CS4).


**Travers**

Death Eater who Murdered the McKinnons, according to Karkaroff during his own trial; he had already been captured by the Ministry (GF30). Travers later escaped and went back to work at the Voldemort-controlled Ministry of Magic (DH13); he also had a most unfortunately timed encounter with a woman who he thought was Bellatrix Lestrange, going into Gringotts, though it was actually Hermione preparing to break into Bellatrix's vault. Harry quickly placed him under an Imperius Curse and made him hide in a crack in the wall of the cave tunnels (DH26).


**Trelawney, Cassandra**

Great-great-grandmother of Sibyll Trelawney. Cassandra was a "very famous, very gifted" Seer in her day (OP37).

*Cassandra was a Trojan seer gifted with true prophecy, but cursed (by Apollo) so that no one would ever believe her. The people of Troy ignored her warnings not to allow the Trojan Horse within the city's walls, a mistake that allowed the Greeks to capture Troy (EM).*


**Trelawney, Sibyll Patricia**

Sibyll Patricia Trelawney is the Divination professor at Hogwarts. She is the great-great-granddaughter of Cassandra Trelawney, a very gifted, very famous Seer. (OP37) Hermione considers her to be nothing but an old fraud, and Harry is starting to believe that too. Trelawney, according the Dumbledore, has made exactly two accurate predictions since coming to Hogwarts. In 1979, Dumbledore went to interview her at the Hog's Head in Hogsmeade. He

was not particularly impressed until, to his surprise, she apparently fell into a trance and spoke these words:

> *The one with the power to vanquish the Dark Lord approaches ... Born to those who have thrice defied him, born as the seventh month dies ... And the Dark Lord will mark him as his equal, but he will have power the Dark Lord knows not ... And either must die at the hand of the other for neither can live while the other survives ... The one with the power to vanquish the Dark Lord will be born as the seventh month dies...*

Severus Snape was eavesdropping on this conversation and he reported the first part of the Prophecy to the Dark Lord. Voldemort immediately began searching for this threat, and centered his attention on the child of Lily and James Potter. (OP 37) A record of this Prophecy was kept in the Department of Mysteries ever since.

Many years later, in June of 1994, Trelawney again fell into a trance. This time she said:

> *It will happen tonight. The dark lord lies alone and friendless, abandoned by his followers. His servant has been chained these twelve years. Tonight, before midnight... The servant will break free and set out to rejoin his master. The dark lord will rise again with his servants aid, greater and more terrible than ever he was. Tonight... Before midnight...the servant...will set out...to rejoin...his master....*

This second prophecy came true that evening when Peter Pettigrew, who had been masquerading as a rat, escaped and went to Albania to find the vanquished Voldemort.

True prophecies those may be, but Trelawney doesn't even remember making them. Her version of Divination is fortunetelling. She likes to start off her classes by predicting the death of someone in the class. She teaches a variety of Divination methods including reading tea leaves and reading the crystal ball, all in a tower classroom that is overheated with a perfumed fire and

filled with stuffed furniture and little tables. Harry hates her class and Hermione actually quit taking it in disgust. McGonagall has little use for Trelawney's brand of magic, and quite honestly Dumbledore doesn't expect much of it either.

Umbridge, in the 1995-6 school year, having been made Hogwarts High Inquisitor, first put Trelawney on probation, then fired her. In a horrible scene, Umbridge tried to throw her right out the front doors with the students looking on, but Dumbledore stepped in and said that she could stay living at Hogwarts. When Umbridge had been removed, Trelawney apparently got her job back. She spent the next school year having to share the position with Firenze, who she called an old nag, but her complaints and warnings went unheeded by Dumbledore or anyone else in the school. At one point she was walking around with Tarot cards, talking about the Lightning-Struck Tower card, which was prescient indeed, but no one noticed. During the Battle of Hogwarts, Trelawney found a good use for her stock of crystal balls. She used her want to fire them from the balcony above the entrance hall, smashing them specatacularly onto the heads of Death Eaters. She flattened Greyback this way (DH36).

*In ancient times a Sibyl was a prophetess who, in a state of ecstasy and under influence of Apollo, prophesied without being consulted. The spelling of Trelawney's first name is spelled differently in the British version than it is in the U.S. version. The British version has "Sybill" while the U.S. version has "Sibyll."*

**Tremlett, Donaghan**

(b. 1972)

The Bass player for the Weird Sisters, and a big Kenmare Kestrels supporter (fw, JKR).

According to the *Daily Prophet* he was married in the fall of 1995 (OP14).

**Trevor**

Neville Longbottom's pet toad, who as a young student at Hogwarts he was constantly losing (PS6) and who he apparently brought to class (PA7).

**trick wands**

*See fake wands*

**Trimble, Quentin**

Author of *The Dark Forces: A Guide to Self Protection* (PS5).

**Trip Jinx**

Draco Malfoy used a Trip Jinx to catch Harry in the seventh floor corridor, running away from the Room of Requirement (OP27)

**Triwizard Cup**

Awarded to the winner of the Triwizard Tournament and held as an honor by the victorious school until the next tournament. In the 1994-1995 tournament, the cup was made into a Portkey, that transported the winner into a graveyard in Little Hangleton for a date with Voldemort (GF32).

**The Triwizard Tournament**

The Triwizard Tournament is a famous contest between the schools of Hogwarts, Durmstrang,

and Beauxbatons. It originated some 700 years ago as a friendly competition between the three schools. Each school took turns hosting the Tournament, which took place every five years, until it was discontinued due to a high number of deaths. It consisted of a series of tasks given to a single champion from each school, designed to test their magical and mental capabilities. Modern witches and wizards grew up only hearing stories of these great magical contests of years gone by (GF16).

In 1994, the contest was reinstated, and held over the 1994-1995 school year at Hogwarts (GF16). The champions, selected by the impartial Goblet of Fire, were Cedric Diggory from Hogwarts, Fleur Delacour from Beauxbatons, Viktor Krum from Durmstrang, and Harry Potter, also from Hogwarts (GF17). The first task, on November 24, 1994, required champions to steal a golden egg from a nesting dragon (GF20); the second, on February 24, 1995, required them to each rescue a hostage from a merpeople village in the lake (GF26); and the third, on June 24, 1995, required champions to navigate a hedge maze filled with dangerous obstacles, with the winner being the first to touch the Triwizard Cup (GF31). There was also a Yule Ball held on Chistmas, another traditional part of the tournament (GF23).

The tournament in 1995 was won, in a tie, by Cedric Diggory and Harry Potter (GF31). However, the third task was unfairly tampered with by Barty Crouch, Jr. to allow Harry to win (GF35), and the Triwizard Cup was a Portkey that transported Harry and Cedric to Little Hangleton, where Cedric was killed (GF32). Though Harry received the thousand-Galleon prize, the event was a catastrophe (GF36).


**troll**

There are three types of trolls mountain, forest, and river (FB). They are all tall, stupid creatures

with an awful smell (PS10), and speak a unique language (GF7). As eleven-year-olds, Harry, Ron, and Hermione inadvertently came across a troll that had been let into Hogwarts by Quirrell, and only just managed to knock it out – an experience that cemented their friendship (PS10).

Trolls participate in wizarding society to some extent, mostly as security guards (PA14, OP30). However, due to their low intelligence, they are not recognized as magical beings (FB). This has caused some recent conflicts between the Troll Rights Movement and wizards favoring the creatures' continued suppression (DP).

**Troll (language)**

Apparently this is actually a language, as Percy Weasley names it as one of the two hundred or so languages that Mr. Crouch can speak. As Fred points out though, it's hard to imagine it's all that difficult to learn (GF7).

**Troll Rights Movement**

An organized movement, spearheaded by Miss Heliotrope Willis, that campaigns for the rights of trolls. They often use trolls to forcefully break up meetings of wizards that oppose their views. The movement's members also do get clubbed on occasion, though, trolls being what they are (DP).

**trophy room**

Hogwarts has a trophy room on the third floor where all the old awards, trophies, statues, cups, plates, shields, and medals are kept in crystal display cases. There is also a list of all the head boys and girls (PS9, CS7, CS13). Peeves likes to bounce around the trophy room (PA10, GF25).

**Troy**

Irish Chaser, one third of the famous "Troy, Mullet, and Moran" (GF8).


**trunks**

The luggage of choice in the wizarding world, at least among Hogwarts students and teachers. They are quite large – Harry can barely lift his when he's younger (PS6) and it's long enough to fit a broomstick (PA15). Some have far more space in them than is obvious; Moody's trunk, for example, has six trunk-sized compartments and a seventh that's as deep as a pit (GF35). However those carried by young students don't seem to have these types of abilities, as Hermione mentions in her second year that she couldn't fit all the books she wanted to bring in hers (CS9). Even Trelawney has to carry two (OP26).

Harry's trunk usually sits at the foot of his bed in Gryffindor Tower (GF12), and he often keeps it locked (PA15). Not being the cleanest of wizards, he never once cleaned his trunk out entirely in his six years of school, waiting instead until he is preparing to hunt Voldemort's Horcruxes and doesn't plan to bring his trunk at all (DH2).


**Truth Potion/Serum**

Truth Potion (GF27), Truth Serum (FB), and Veritaserum (GF27) are all names for potions which force the drinker to tell the truth. The ingredients often include Jobberknoll feathers (FB). See Veritaserum for more.


**tuba, exploding**

This musical instrument featured prominently in *The Wizard Suite,* composed by Musidora Barkwith. Unfortunately during its first performance, it blew the roof off of Ackerly Town Hall (fw).

**Tufty**

One of Mrs. Figg's cats and/or Kneazles, which Harry isn't too fond of (PS2).

**Tugwood, Sacharissa**

(1874 - 1966)

A witch who invented Beautifying Potions and learned ways to cure pimples (fw).

*saccharine" = English for overly sweet.*

**Turkey**

Turkey's national Quidditch team was defeated by England in a match in the early 1980s, thanks in part to a performance by Ludo Bagman (GF30).

**Turpin, Lisa**

(Ravenclaw, 1991)

A girl who was sorted along with Harry's class, just before Ron (PS7).

**Tutshill Tonados**

Cho Chang has supported the Tornados since she was six years old, though according to Ron, the team's recent success means it has a lot of bandwagoners (OP12). The team has recently been

captained by Brevis Birch and included Keeper Merwyn Finwick, and according the the *Daily Prophet* they have a 900-year history (DP), though more responsible reporting reveals the team was actually founded in 1520 (QA7).

### Twelve Fail-Safe Ways to Charm Witches

According to Ron, this book "explains everything you need to know about girls." He received a copy from Fred and George, and gave Harry a copy for his seventeenth birthday (DH7). Judging by his behavior, it includes advice on giving compliments and acting concerned for the girl's feelings.

### Twiddle, Mallory

Mallory Twiddle wrote a letter to the *Daily Prophet*, complaining that Gringotts was using Sphinxes to guard its high security vaults. Apparently, Twiddle had encountered one of these guardians and had spent a frustrating hour trying to figure out its riddles. Eventually, the Sphinx chased him out of the bank (DP).

### Twigger 90

A gimmicky broom produced by Flyte and Barker in 1990, the Twigger 90 warps under high speeds and thus has never been used for Quidditch (QA9).

### Twilfit and Tattings

A competitor to Madam Malkin's, probably located in Diagon Alley or Knockturn Alley. Narcissa and Draco Malfoy leave to shop there after they encounter Harry, Ron, and Hermione

in Madam Malkin's (HBP6).

**Twitchy Ears Hex**

Harry was hit with this hex as fourth-years practiced Hex-Deflection in Defence Against the

Dark Arts (*GF28*)

**Twonk, Norvel**

(1888 - 1957)

A hero who was killed while he saved a Muggle child from a manticore (fw).

**Twycross, Wilkie**

Apparition Instructor from the Ministry of Magic who earned some rather unpleasant nicknames,

most starting with the letter D. Twycross is oddly colorless. He is thin and wispy, almost as if a

breath of wind could blow him away (HBP18).

**Ubbly's Oblivious Unction**

A topical treatment for scars that Madam Pomfrey prescribed for Ron, to heal the welts left by a

brain that attacked him in the Department of Mysteries (OP38).

**Ug the Unreliable**

A goblin notorious for, well, unreliability. After organizing the Demiguise Derby, he ran off with

the takings (fw).

**Uganda**

Currently the premier Quidditch-playing nation in Africa, Uganda's national team recently participated in the Quidditch World Cup with six members of their most prominent team - the Proudsticks, based in Patonga (QA8). Their national team also defeated Wales in recent World Cup competition (GF5).

**Ugga**

(1100s)

Quidditch Beater on a twelfth-century Yorkshire team who wasn't quick enough with his club, resulting in Radulf taking a "Blooder" to the head (QA3)

**Ukrainian Ironbelly dragon**

A metallic grey dragon with long talons, the Ukranian Ironbelly is the largest breed of dragon in the world. An Ironbelly once carried off an entire Muggle sailing ship from the Black Sea, though it was thankfully empty (FB).

**Umbridge-itis**

A fake (though fun) disease that swept through Hogwarts after Umbridge took over as headmaster and Fred and George Weasley quit school. The illness was actually caused by Fred and George's Skiving Snackboxes, but Umbridge never figured this out and eventually resigned herself to letting students "leave her classes in droves" (OP30).

**Umbridge, Dolores Jane**

Dolores Jane Umbridge is Senior Undersecretary to the Minister of Magic (OP8). She has held this position under Cornelius Fudge and also under Pius Thicknesse (which suggests that she held the same post during Scrimgeour's tenure). During the 1995-1996 school year, she took the assignment of Defense Against the Dark Arts teacher at Hogwarts.

Umbridge was a force to be reckoned with for Harry Potter even before he caught his first glimpse of her. She was a strong proponent of the Ministry's efforts to discredit Dumbledore and silence Harry Potter, so she eventually took the law into her own hands and sent two Dementors to Little Whinging to attack Harry. When he used a Patronus to defend himself and his cousin, she made sure he was brought in for a hearing for performing Underage Magic. Umbridge was at the hearing and watched in frustration as Dumbledore swung the opinions of most of the Wizengamot toward Harry.

Partly in response to this failure of her plans, she conspired with Fudge to find a way to control both the boy and the Headmaster. The Minister assigned her to teach at Hogwarts and to train the students in the theories of dueling and defense but not train them in actually using the spells. Fudge feared that Dumbledore would raise an army from the students. Ironically, it was Umbridge's persecution of the students, particularly Harry, and her refusal to allow them to learn offensive spells, which convinced the students to train themselves in secret, creating the D.A.

Umbridge also tried to control the staff, and when her efforts to interfere were rebuffed, she appealed to Fudge who made her the High Inquisitor. In this position she bullied other staff, overruling them and browbeating them, and eventually sacking Trelawney and Hagrid. She also tortured students who earned detentions, forcing them to cut the words "I must not tell lies" into their skin with a magical quill.

When the D.A. was discovered, Dumbledore took the blame and left the school, and Umbridge became the Headmistress. By this time, however, the students and staff had begun to fight back and Umbridge found herself facing a low level mutiny, led joyfully by Fred and George Weasley.  The more she cracked down, the more the rebellion took hold and flourished. In the end, Umbridge's battle with the students took her into the Forest where she was carried off by Centaurs. She left Hogwarts castle in disgrace some days later.

When the Death Eaters took over the Ministry, Umbridge found herself among like-minded people. She developed the policy of sending Muggle-borns to Azkaban and chaired the Muggle-Born Registration Commission. After the war, she was arrested and charged with crimes against Muggleborns. She was sent to Azkaban (BLC).

Dolores Umbridge is a short, squat woman who looks something like a toad. She has a broad, flabby face and bulging eyes. She wears an Alice band or a bow in her hair which almost gives the impression of her having a large fly on her head (OP8). Her voice is like that of a little girl, falsely sweet, and she uses a silly little cough to get attention. She decorates with lace and doilies and the color pink. Her office wall has an array of plates with gaudy, brightly-colored kittens cavorting on them.

Umbridge is prejudiced against anyone of mixed race, whether that be half-giants, werewolves, or Muggle-borns. She is more than willing to break the law if it suits her purposes. She's basically an awful, awful person.

*"Dolor" = Latin for pain, sadness, grief, resentment.*

*Umbridge = homonym for the English word 'umbrage:' to take offense, from Latin "umbra" shade, shadow, ghost.*

*Note: In an early planning chart for* Order of the Phoenix, *Umbridge's first name was originally 'Elvira.' (JKR scrapbook)*

**Umbridge's office, Ministry of Magic**

Disguised as a Ministry official and hiding under his Invisibility Cloak, Harry snuck into Umbridge's office in search of Slytherin's locket. He didn't find the locket there, but he did learn of his status as "Undesirable Number One" and read that Arthur Weasley was being tracked by the Ministry. The office itself was eerily familiar to Harry, filled with lace, flowers, and sickeningly cute kittens. It also, notably, had the late Mad-Eye Moody's magical eye attached to the door so Umbridge could spy on her employees – at least until Harry stole it back (DH13).

**Umfraville, Quintius**

(1600s)

Wrote *The Noble Sport of Warlocks* in 1620 (QA6).

**Umgubular Slashkilter**

Something that Cornelius Fudge had in 1995 – according to Luna Lovegood, anyway. It's probably a creature of some kind, but who really knows… (OP18).

**Unbreakable Charm**

Hermione cast this charm on the jar in which she imprisoned Rita Skeeter in beetle form (GF37).

**Unbreakable Vow**

A magical contract, overseen by a caster, that if broken results in death (HBP16). As each clause of the oath being sworn is agreed to, a thin tongue of brilliant red flame shoots from the bonder's wand and winds itself around the joined hands of the participants. Snape swore an Unbreakable Vow to Narcissa Malfoy with Bellatrix Lestrange as Bonder, agreeing to help Draco Malfoy in his pursuit of killing Dumbledore, and do the act himself should Draco fail (HBP2).

**uncontrollable giggling**

This condition is listed on the directory that stands in the lobby of St. Mungo's Hospital. Interestingly, it's listed as an example for "Potion and Plant Poisoning," the department on the third floor of the hospital (OP22). Perhaps this could be the result of eating Alihotsy, which causes hysteria.

**underground stations**

Harry has taken the underground (the London subway) three times, visiting stations at Paddington Station, Diagon Alley (PS5), Grimmauld Place, the Ministry of Magic (OP7), and St. Mungo's Hospital (OP22). The wizards escorting him tend to have trouble getting through these stations; Hagrid got stuck in a ticket barrier (PS5), for example, and Arthur Weasley couldn't figure out how to buy tickets (OP7).

**underwater ship**

The students from Durmstrang arrived at Hogwarts aboard a magical ship which surfaced in the center of the Lake. It looked something like a bizarre, ghostly shipwreck (GF15). The Durmstrang students slept on the ship over the course of the year (GF16).

**Undesirables**

This term was used by the Voldemort-run Ministry of Magic to label their most wanted "criminals," who were most likely actually all members of the Order of the Phoenix. Harry discovered upon sneaking into Umbridge's office that his title was "Undesirable Number One" – we never learn officially who the other Undesirables were (DH13).

**Undetectable Extension Charm**

Hermione placed this "tricky" charm on her handbag in preparation for hunting Horcruxes. It allowed her to carry a large number of useful items, including what Ron jokingly calls a "mobile library" (DH6), in a small pouch (DH9). It's unclear exactly how this charm works, but it's interesting to watch Hermione's handbag expand enough to squeeze a portrait through the opening (DH12), while still being small enough to hide the whole thing in her sock (BLC).

***Unfogging the Future***

by Cassandra Vablatsky

Required textbook for Divination in Harry's third year (PA4). Ron and Harry were still using it as a reference book when working on Divination essays the following year, although perhaps not quite as their teacher imagined (GF14).

**Undetectable Poisons**

One of the many things that third years have to write an essay on for Snape's Potions class. The essay was due shortly after returning from the Christmas holiday, and was described as "nasty" (PA12).


**Unforgivable Curses**

Name given to three curses – the Cruciatus, the Imperius, and the Killing Curse – the use of which will result in a life term in Azkaban (GF14). They are all used extensively by Death Eaters, and occasionally by Harry himself (DH26, DH29).

*When a reader asked J.K. Rowling why she had Harry use Unforgivable Curses, she answered that he is "flawed and mortal, just like Snape" and is subject to "anger and occasional arrogance." These flaws, combined with an extreme situation, led him to bad decisions (BLC).*


**unicorn**

A white (when fully mature) horse-like creature with a single horn on its head. Fourth years study unicorns in Care of Magical Creatures (GF24, GF26). Various parts of the unicorn - the horn and tail hair in particular - are used as potion ingredients (PS15) and as wand cores (PS5). Silver unicorn horns cost twenty-one Galleons each at the Apothecary in Diagon Alley (PS5) and the tail hairs are ten Galleons apiece (HBP22).

The unicorn's blood, a silvery-blue color, can be drunk to extend life indefinitely, though according to Firenze the life will be forever cursed for killing something so defenseless and pure (PS15).


**Unicorn (Rune)**

According to *Ancient Runes Made Easy,* the Unicorn rune symbolizes the number one, thanks to the animal's single long, straight horn (JKR).

**United States**

Quidditch is not particularly popular here thanks to Quodpot - a game invented by Abraham Peasegood which is played almost exclusively in the U.S. – though there are a few good teams and the country has participated in the last two Quidditch World Cups (QA8). The clabbert and the doxy are both native to the U.S. (FB).

**Unplottable**

Spells can be cast on buildings (like number twelve, Grimmauld Place, OP6) or even much larger areas (like the entire Isle of Drear, FB) that make them Unplottable – that is, they become impossible to include on maps. This simultaneously serves as an anti-Muggle charm and a precaution against wizards (OP6).

**Unspeakables**

Wizards, including Rookwood (GF30), Broderick Bode (OP25), and Croaker (GF7), who work in the Department of Mysteries and are forbidden to discuss what they do (OP24).

**U-No-Poo**

A Weasleys' Wizard Wheezes product (of course) that causes constipation – and is the source of a rather interesting display in the front window of the store (HBP6).

**Upper Barnton**

In the 1400s Upper Barnton was the home of Hengist, a giant killed by Gifford Ollerton (fw).


**Upper Flagley**

A Yorkshire village with a high concentration of wizards living among the Muggles (DH16). Harry, Ron, and Hermione check in here when looking for Horcruxes, but don't find any hints (DH22).


**Urg  the Unclean**

(1700s)

Leader of several goblin rebellions (fw).


**Uric the Oddball**

A medieval wizard famous for his weirdness, who once convinced himself he was a ghost, wore a jellyfish for a hat, and at one point listened to Fwooper song for three months straight (FB, fw). Despite seemingly never doing anything of importance, though, he was covered in first-years' History of Magic classes (PS8).


**Urquhart**

(Slytherin, 1990s; Quidditch captain, 1996-1997)

Interestingly Urquhart captained the Slytherin Quidditch team during Harry's sixth year despite never having been previously mentioned as a player (HBP14). *Urquhart is the name of a castle located along Loch Ness in Scotland.*

V

**Vablatsky, Cassandra**

(1894 - 1997)

Celebrated Seer and author of *Unfogging the Future* (PA4).

*"Cassandra" was the mythological daughter of Priam and Hecuba, given the power of prophecy by Apollo, but when she spurned him, he added the curse that her prophecies should not be believed. "Vablatsky" comes from Madam Helena Blavatsky, 1831 - 1891, who brought Eastern philosophical ideas to the West, founded the Theosophy movement.*

**Vaisey**

(Slytherin, 1990s; Quidditch Chaser, 1996-1997)

A Slytherin Quidditch player who Ron described as their best goal-scorer in 1996, despite his never having been previously mentioned. He was hit by a Bludger just before the match with Gryffindor that year and couldn't play (HBP14).

**valentine, singing**

Lockhart's idea of a Valentine's Day treat was to send dwarfs, dressed as cupids, roving about the school delivering cards and singing love messages to various students. One of the nasty-tempered dwarves tackled Harry in the hall and sat on his legs to sing him a rather embarrassing song, which famously described his eyes as green like a fresh pickled toad (CS13).

**Valentine's Day**

Apparently celebrated annually in the wizarding world just as in the Muggle world, Valentine's Day has produced a couple of memorable occasions for Harry. The first was during Harry's second year, when Gilderoy Lockhart turned Valentine's Day into a "morale-booster," decorating the Great Hall in disgustingly pink tones and dressing in pink robes himself. He also sent dwarfs carrying valentines around the school, including one particularly embarrassing singing valentine that was sent anonymously to Harry. Fred and George spent the rest of the day making sure Harry didn't forget it (CS13). Three years later, Harry had his first-ever date on Valentine's Day, going to Hogsmeade and Madam Puddifoot's with Cho Chang. This Valentine's Day didn't end so well either, as Harry and Cho got in a fight and she left crying, long before the end of the date. Harry instead spent the afternoon with Hermione and Luna, giving an interview to Rita Skeeter (OP25).

**vampire**

Though not wizards themselves, vampires are able to mix somewhat in the wizarding world – they occasionally attend social events (HBP16) and products like blood-flavored lollipops are marketed for them (PA10) – but a close watch has to be kept to ensure they don't attack innocent bystanders (HBP16, DP). Generally speaking, though, they seem to be feared by wizards. Lockhart bragged about subduing a vampire in one of his books (CS10), for example, and they were covered in Lupin's Defense Against the Dark Arts classes (PA14).

**Vance, Emmeline**

(d. 1996)

Member of the Order of the Phoenix, both in the 1970s and in the 1990s. She was part of the Advance Guard that escorted Harry from number four, Privet Drive to number twelve, Grimmauld Place (OP3, OP9). She is described as a stately-looking witch with an emerald green shawl. She was brutally murdered by Death Eaters in the first weeks of the Second Wizarding War (HBP1); Severus Snape claimed to Bellatrix that he was the one who betrayed her (HBP2).

**Vane, Romilda**

(Gryffindor, 1993)

A Gryffindor with dark eyes and long, dark hair, Romilda made it very obvious in her fourth year that she was pursuing Harry Potter (HBP7). Among other things she tried out for the Gryffindor Quidditch team (HBP11) and put a strong love potion in chocolates she gave Harry, which had inadvertently disastrous results when Ron ate them by mistake (HBP18).

**Vanishing Cabinet**

A valuable piece of furniture, of which there happens to be a pair in Hogwarts and in Borgin and Burkes. When working properly, these allow transport between them (HBP27). The Hogwarts end of these cabinets was broken when Nearly Headless Nick persuaded Peeves to drop it over Filch's office in 1992 (CS8); nevertheless, it was still kept on the first floor, and in 1996, when Montague tried to dock points from Fred and George Weasley as a member of the Inquisitorial Squad, they shoved him into it, neither knowing nor caring where they'd sent him (OP28). As it turned out, since the cabinet was broken, Montague only made it halfway to Borgin and Burkes and was stuck in between for weeks before he managed to Apparate out (HBP27).

Hearing Montague's story, Draco Malfoy realized that fixing the Hogwarts cabinet would mean he could bring Death Eaters into the school. He thus secured the cabinet at Borgin and Burkes and, working in the Room of Requirement, spent a school year fixing the Hogwarts cabinet. When he finally succeeded, a number of Death Eaters joined him in the castle to battle with the Order of the Phoenix (HBP29). Oddly, the cabinet remained in the Room of Requirement a year later when Harry returned in search of the diadem of Ravenclaw, though it was soon destroyed by Fiendfyre (DH31).

**vanishing sickness**

We don't know exactly what this illness is, though we could probably make a guess. It is listed on the directory in the lobby of St. Mungo's Hospital, under magical bugs, as something you would get treated on the second floor. Dragon pox and scrofungulus are listed here as well (OP22).

**Vanishing Spell**

*See* EVANESCO.

**Vargot**

(d. 1792)

A goblin rebel, though there is an unverified historical theory that when he died, Vargot was discovered to be a renegade house elf (JKR).

**Varney, Sir Herbert**

(1858 - 1889)

A Victorian vampire who attacked London women during the 1880s, until he was captured and killed by the Department for the Regulation and Control of Magical Creatures (fw). *This is probably supposed to imply that Jack the Ripper was actually a vampire who was taken care of by the Wizarding community, even though the Muggles never knew who it was. The Ripper murders took place in 1888.*

**vault 711, vault 713**

Gringotts Vaults. Vault 711 belongs to Sirius Black (PA22). Vault 713 is where Dumbledore hid the Philosopher's Stone (PS5).

**Vauxhall Road**

On this Muggle street in London, there was once a newsagent's where Tom Marvolo Riddle bought his diary (CS13). This diary, of course, is the one Riddle later turned into a Horcrux - and which Harry destroyed with the fang of the basilisk (HBP23).

**Vector, Septima**

Arithmancy professor at Hogwarts (PA12, GF13, HBP24).

*Professor Vector's first name appears on a list Jo created while planning Prisoner of Azkaban; however, her first name cannot be considered canon because other information on this page changed by the time the book was actually published (JKR scrapbook)*

**veela**

Magical creatures that have the ability to drive men uncontrollably wild, especially when they "turn on" their charm or perform the sensual dance for which they're known (GF8, GF22). However, when they get angry, they turn into a sort of bird-monster that throws fire. A group of veela served as the mascots for the Bulgarian National Quidditch Team at the Quidditch World Cup, though they were kicked out when they distracted the referee (GF8).

Veela hair can be used as a wand core substance, though Ollivander thinks it makes for tempermental wands (much like the creatures themselves); Fleur Delacour, who is part veela, has a wand with a core that is made from one of her grandmother's hairs (GF18).

*The veela are based on Eastern European nature spirits of legend:*

*"Vily" are Slovak fairies who can take the form of birds.*


**vegetable gardens**

Hogwarts keeps these near the greenhouses (PA21). A sudden inspiration while under the influence of Felix Felicis leads Harry here, where he finds Professor Sprout and Professor Slughorn picking vegetables – naturally, it was exactly who he needed to see (HBP22).


**Venomous Tentacula**

Spiky, dark red plant that when teething, reaches out vines toward people (CS6). The twins bought seeds of this plant from Mundungus Fletcher for use in their Wheezes (OP9).


**Veritaserum**

*"veritas" L. truth*

The most powerful Truth Serum available, this colorless, odorless potion (which looks like plain water) forces the drinker to tell the truth (HBP9). Though controlled by strict Ministry guidelines (GF27), Dumbledore used some on Barty Crouch Jr., forcing him to tell his story of impersonating Moody and doctoring the Triwizard Tournament (GF35). Umbridge also tried to use Veritaserum to interrogate Harry, though Snape gave her a fake potion (OP37).

**Verity**

A young witch with short blonde hair who worked as a shop assistant at Weasleys' Wizard Wheezes in Diagon Alley during the summer before Harry's sixth year (HBP6).

**vine**

The wood that, along with a dragon heartstring core, constitutes Hermione Granger's wand. The wand, though, was taken by Bellatrix Lestrange when Hermione was captured and brought to Malfoy Manor (DH26), and she probably had to get a new one. It's likely that, as is the case with Ron, her new wand is of a different wood.

*After assigning Harry a wand made of holly, Rowling discovered that she had unintentionally given him a wood that corresponded with his birth date according to Celtic lore. Thus, she decided to do the same for Ron and Hermione. Since Hermione's birth date falls into September, Celtic lore assigns her vine wood, and thus this is what her wand is made of (JKR).*

**Violet** ("Vi")

The Fat Lady's best friend, a wizened, pale old witch whose painting is located in the antechamber off the Great Hall (GF17).

**Viridian, Vindictus**

Author of the book *Curses and Counter-curses (Bewitch Your Friends and Befuddle Your Enemies with the Latest Revenges: Hair Loss, Jelly-Legs, Tongue-Tying, and Much, Much More)* (PS5).

*To be 'vindictive' is to want revenge or to want to take things out on someone.*

*"viridis" = Latin for "green" (suggests the idea of being "green with envy").*


**visitors' entrance, Ministry of Magic**

Down a side road from a busy street in the heart of London stands a telephone box, which is missing several panes of glass. It is surrounded by run-down offices and a pub, and not at all a grand or impressive entrance. However, when a wizard dials 6-2-4-4-2 (spelling "MAGIC") and states his name, he receives a visitors' badge and the telephone box lowers into the earth, dropping the visitor off in the beautiful Atrium of the Ministry of Magic (OP7). Harry uses this entrance twice; the first time his badge reads *"Harry Potter, Disciplinary Hearing"* (OP7), and the second time it reads *"Harry Potter, Rescue Mission."* Strangely, the telephone booth lets them in even though the Ministry is clearly closed and empty (OP34).


**visitors' tearoom, St. Mungo's Hospital for Magical Maladies and Injuries**

According to the sign in the St. Mungo's lobby, this room is located on the fifth floor of the hospital along with the hospital shop (OP22). This is where Harry, Ron, Hermione, and Ginny try to sneak off to when Molly is getting angry at Arthur for attempting to have stitches; however, they never make it as they run into Gilderoy Lockhart en route (OP23).

**Voldemort, Lord**

(December 31, 1926 - May 1998)

Tom Marvolo Riddle was the son of Merope Gaunt (a descendent of Salazar Slytherin) and Tom Riddle, a handsome, wealthy Muggle from Little Hangleton who Merope ensnared with a love potion. When her husband found out she was a witch he abandoned her while she was pregnant (HBP10). She died shortly after giving birth to Tom.

Tom Riddle, the half-blood orphan, was to transform himself into Lord Voldemort and take control of the Wizarding world by manipulating the festering relationship between pureblood and Muggle-born wizards. Eventually he would lose all – not because he lacked power, but because of his ruthless methods, his inability to love or trust anyone but himself, and his belief in his own infallibility. As he told Quirrell, he believed that "there is no good and evil, there is only power, and those too weak to seek it." (PS17).

For the first eleven years of his life, Tom was raised in a clean but grim Muggle orphanage in London. As he got older, he began to steal things and appeared to cause "nasty" things to happen to the other children and to pets around the orphanage (HBP13).

Once at Hogwarts, Tom was sorted into Slytherin House and swiftly became known as an unusually brilliant student. A handsome boy, he was much admired by everyone, with the exception of the Transfiguration professor, Albus Dumbledore. Secretly, Tom was obsessed with his Slytherin heritage and with finding the ways he might cheat death. He found the entrance to the Chamber of Secrets in his sixth year and released Slytherin's basilisk within it, killing a student named Myrtle. Riddle didn't learn the complete story of his birth until he tracked down

and visited his uncle Morfin Gaunt the summer after Myrtle died. In revenge he went to the Riddle mansion in Little Hangleton and murdered his father and grandparents (GF1).

When he returned to Hogwarts for his seventh year, he researched Horcruxes and came to the conclusion that if one Horcrux was good, seven would be better (HBP23). He made his first two Horcruxes with the murders of Myrtle and his father. He was only seventeen.

After leaving Hogwarts in 1945, Riddle surprised everyone by working at a dark magic shop named Borgin and Burkes on Knockturn Alley. His job there was to ferret out items of value and obtain them at the lowest price possible. He was very good at this, but he abruptly left this job and disappeared after he killed Hepzibah Smith for a gold locket that belonged to Slytherin, and the gold cup that belonged to Helga Hufflepuff (HBP20). About this time, Albus Dumbledore defeated the dark wizard Gellert Grindelwald in a spectacular duel and became the only wizard that Riddle ever feared.

Riddle disappeared for over ten years; when he returned he was known as "Lord Voldemort." By the early 1970s, Voldemort had a growing legion of followers he called "Death Eaters," and he was so fearsome that few dared speak his name. In addition to his Death Eaters, Voldemort formed alliances with dark creatures such as werewolves and dementors; he also controlled armies of Inferi (animated corpses).

Voldemort's first reign of terror lasted eleven years. During this time, Voldemort and his minions attacked anyone who resisted or who defended the rights of Muggles and Muggle-born wizards, and marked the gruesome scenes of torture and murder with the Dark Mark lest anyone else think to stand in their way. Whole families were wiped out and many others went into hiding. The Ministry could not cope with the situation, so Albus Dumbledore began organizing the resistance, creating the group that became known as The Order of the Phoenix (OP6, 9).

In the late 1970s, Voldemort was to recruit two young Death Eaters who would turn on him in different ways. Severus Snape and Regulus Black joined the Death Eaters for different reasons, but both of them came to realize that they could not support Voldemort's methods or stand by when he hurt the ones they loved. Regulus, furious about Voldemort's abuse of Kreacher, was to die trying to sabotage one of Voldemort's Horcruxes (DH10), and Snape became a double agent for Dumbledore after Voldemort decided to attack Lily Potter (DH33). Ironically, Snape was the one who told Voldemort of the prophecy he overheard identifying a child who would have the power to vanquish the Dark Lord. Snape was horrified when Voldemort decided that the Potter's child Harry was the child of the prophecy.

Dumbledore would not need Snape's skills for many years to come; Voldemort's physical body was destroyed when the Avada Kedavra curse he aimed at one-year-old Harry Potter rebounded on him. His mother Lily's self-sacrifice seconds before had unexpectedly protected her son (PS1). Voldemort's Horcruxes worked, but for nearly a decade he could only live by possessing the bodies of others (PS17).

In the summer of 1991 Voldemort managed to possess Hogwarts professor Quirinus Quirrell, who was in Albania to get first hand experience with Dark creatures and got more than he bargained on. Once back in England, Voldemort kept his strength up by consuming unicorn blood, but he needed a more lasting solution (PS15). He decided to steal Flamel's Philosopher's Stone for the elixir it would make, but Dumbledore got to it first and hid it at Hogwarts. Voldemort (still sharing Quirrell's body) and Harry met again in front of the Mirror of Erised when they both broke through the stone's protections and battled for possession of the stone. There, Voldemort learned of a second layer of protection from Lily's sacrifice: Voldemort could

not touch Harry without intense pain. Dumbledore rescued Harry in time, and Voldemort abandoned Quirrell to die. Dumbledore and Flamel later destroyed the stone (PS17).

By 1994, Voldemort had developed new plans to fully regenerate his body. He had also acquired two more followers: Peter Pettigrew (on the run after his Scabbers disguise was broken) and the snake Nagini (soon to be a Horcrux). With Pettigrew's help he made a temporary potion with unicorn blood and Nagini's venom to achieve a rudimentary body (a scaly baby-like form). However, full regeneration required a potion made from bone from his father (easy), flesh from a servant (easy), and blood from an enemy (which would have been easy if he hadn't decided to get it from Harry).

Together Voldemort and Pettigrew found an informant named Bertha Jorkins, tortured her for her knowledge, and killed her (GF1). With the information taken from Bertha, Voldemort rescued Barty Crouch, Jr. and hatched an elaborate plan to bypass all of Harry's protections and bring him to the Little Hangleton graveyard for the rebirthing. It worked. Not only did Voldemort's potion recreate his physical body, he could now touch Harry without excruciating pain. Voldemort called a conference of his surviving Death Eaters and demanded their renewed allegiance (GF32).

When Voldemort tried to duel with Harry he got another surprise: his and Harry's wands shared the same core (one of Fawkes' phoenix feathers), and neither one could overpower the other. This created the conditions for *Priori Incantatem*, and the shades of Voldemort's last victims were pulled from his wand. With help from the shades of Harry's mother and father, Harry was able to escape to safety (GF34).

After this debacle, Voldemort wanted no more surprises. He remembered the prophecy that Snape had overheard so many years before and decided to concentrate on solving the mystery

that was Harry Potter before re-launching his takeover. His efforts centered on the official record of the prophecy known to be stored in the Ministry of Magic's Department of Mysteries.

The prophecy wasn't an easy thing to steal; attempt after attempt failed, and Voldemort's anger mounted. Eventually Voldemort tricked Harry into coming to the Department of Mysteries and had a select band of Death Eaters led by Lucius Malfoy waiting to snatch the prophecy orb once Harry found it (OP34). This plan failed too, for many reasons, but mostly overconfidence. Malfoy didn't get the prophecy soon enough and it was destroyed in the battle. And even though his Death Eaters outnumbered Harry and his school friends two to one, they couldn't do what they needed to before members of the Order of the Phoenix arrived to even the numbers.

The battle seemed over when Dumbledore arrived and deftly captured most of the Death Eaters, until Voldemort appeared and attacked Harry directly. Dumbledore found them in the nick of time and drew Voldemort into battle. Eventually, Dumbledore wrapped Voldemort in a suffocating mass of water, and Voldemort disappeared. For a few seconds, it appeared that Dumbledore had won. When Harry broke cover, Voldemort possessed him and dared Dumbledore to kill the both of them. Voldemort's possession was so excruciating that Harry became certain of death and his thoughts turned to the loved ones he would soon see again. Unexpectedly, this surge of love and longing was anathema to Voldemort and forced him out of Harry's body. Voldemort was able to touch Harry and possess him, but Harry's loving heart and acceptance of death proved to be inimical to Voldemort (OP37). The Dark Lord had lost his chance to hear the whole prophecy, and nearly a dozen of his most elite Death Eaters were captured and sent to Azkaban.

Voldemort then began to plot Dumbledore's assassination and the takeover of Hogwarts. Toward this end, he made sixteen-year-old Draco Malfoy a Death Eater, and told him to kill his

Headmaster and get a small army of Death Eaters into Hogwarts. Draco's worried mother added some extra insurance – she secretly made an Unbreakable Vow with Severus Snape for Snape to protect Draco and kill Dumbledore if Draco failed (HBP2). It took the whole school year, but Draco nearly did it. He created an entrance into Hogwarts with vanishing cabinets, and managed to corner Dumbledore and disarm him. Dumbledore knew Draco was no murderer, though, and convinced him to lower his wand, at which point Snape arrived and fulfilled his vow (HBP28). What Voldemort didn't know was that before he died Dumbledore had learned about the Horcruxes, shared the information with Harry, and that the ring Horcrux had already been destroyed. (Voldemort already knew about the diary.)

With Dumbledore out of the way, Voldemort had the freedom he needed to take over the Ministry and Hogwarts, and to try once and for all to kill Harry. First, he freed Lucius Malfoy and the others from Azkaban. He then set up headquarters in the Malfoy mansion, and organized the infiltration and silent coup of the Ministry (DH1); Severus Snape, ascendant in his Master's eyes for the murder of Dumbledore, was made the Headmaster of Hogwarts. Snape had also brought crucial information about when the Order of the Phoenix was going to move Harry from safety at 4 Privet Drive. On the given day, Voldemort and his Death Eaters were ready and waiting, but instead of one Harry and a heavy guard, there were seven guarded look-alikes, and Voldemort was thwarted again (DH4).

Now that the Ministry was under his control, Voldemort set about creating a police state. Propaganda was disseminated promoting suspicion and fear of Muggle-born wizards to justify stripping them of their wands and their rights. Everyone had to prove their ancestry and neighbors were encouraged to inform on neighbors. Voldemort also encouraged wizards to use magic openly against Muggles. Voldemort's regime is best symbolized by the Ministry's new

motto "Magic is Might" and the statue installed in the Ministry's entrance: a gargantuan black carving of a witch and wizard enthroned upon masses of naked Muggles (DH12).

Voldemort had another problem to solve: how to find a wand that would be effective against Harry. He had known for several years that due to the twin cores that his own wand of yew and phoenix feather wouldn't work, so first he tried Lucius Malfoy's wand, but it was destroyed (DH4). Then, by torturing Ollivander (a captive of Voldemort's for over a year), Voldemort learned of an invincible wand called the Elder Wand, the Wand of Destiny, or the Deathstick, and he set about trying to find it. He tracked it first to the European wandmaker Gregorovitch (DH7) , then to Gellert Grindelwald, (still imprisoned at Nurmengard) (DH24), and then, to Dumbledore. Voldemort went to Hogwarts, split open the tomb, and took possession of the wand from Dumbledore's dead hands(DH24).

When Harry, Ron and Hermione broke into Gringotts and stole the Hufflepuff cup from the Lestrange family vault (DH26), Voldemort finally realized that Dumbledore and Harry knew about the Horcruxes and frantically began to visit all his hiding places to no avail: the ring was gone, as was the locket. Counting the diary and the cup, four Horcruxes were gone, leaving only the Ravenclaw diadem and Nagini between him and ignominious death (or so he believed). Voldemort gathered his army and attacked Hogwarts where the diadem was hidden, but Harry got to it first (DH29).

Before unleashing his army, Voldemort gave the teachers and students at Hogwarts an ultimatum: give Harry up, and the school would be untouched. The midnight deadline passed, and the school was attacked by Death Eaters, werewolves, giants and Acromantulas, with Voldemort commanding from the Shrieking Shack. Harry sought him there and witnessed Voldemort's cold-blooded murder of Severus Snape simply for the reason that he thought it

would give him a stronger connection with his new wand. While Voldemort left to deliver another ultimatum to Hogwarts, Harry collected Snape's seeping memories and took them to Dumbledore's Pensieve to experience them (DH33). Finally, Harry knew why Snape hated James, why Voldemort initially tried to spare Lily, and how well Snape had protected Harry's life. He also learned that he himself contained a Horcrux and that his life had to be sacrificed if Voldemort was to truly die. Harry put on his Cloak of Invisibility, invoked the Resurrection Stone, and walked with the shades of his dead family and friends to Voldemort, who quickly killed him (DH34).

In reality, Voldemort only killed the Horcrux inside Harry, and Harry was sent to a place between life and death. There, he was able to speak with Dumbledore and see what remained of Voldemort's soul – a horrible, flayed infant-like creature whimpering in pain. Harry made the decision to go back into battle to see if he could weaken Voldemort further, or kill him (DH35). He was aided by a surprising ally: Narcissa Malfoy was told to make sure Harry was indeed dead – which she confirmed even though she could feel his heart beating – once Harry whispered to her that Draco was still alive and safe.

Even the display of Harry's apparently dead body could not bring the valiant forces inside Hogwarts to surrender. Molly Weasley defiantly slew Bellatrix, Neville Longbottom beheaded Nagini, Voldemort's last Horcrux, and Harry revealed himself and slew Voldemort (DH36). Voldemort died once and for all. He was the last surviving descendent of Salazar Slytherin.

*Students of the subtle science of wandlore will discuss the final duel between Harry Potter and Voldemort for years to come. After Dumbledore's death, the true master of the Elder Wand was not Snape, but Draco, who disarmed Dumbledore in the tower at Hogwarts. Then, once Harry disarmed Draco while at the Malfoy mansion, he became the true master and it would not harm*

*him. When Harry used the* Expelliarmus *during the duel, it called the Elder Wand to its true master, and bounced Voldemort's* Avada Kedavra *back and killed him.*

*Details*

- When young, was tall and handsome with jet black hair  and dark eyes
- After he split his soul several times and delved into other dark magic, he became distorted and waxy-looking, with bloody eyes
- Before regeneration of his body, he looked like a reddish-black, scaly, child with a snake-like face and red eyes.
- After the rebirthing potion, he looked like a chalky white, tall, skeletal man with unusually long fingers, red eyes and snake-like slits for a nose
- High-pitched, cold laugh
- Wand: yew wood, 13 ½" long, core consists of one of Fawkes' (phoenix) feathers; later, he wielded the powerful Elder Wand, though it did not accept him as owner
- Skills: Parselmouth, Legilimens, flying without a broom

*'**Tom'** was his Muggle father's first name (CS13).*

*'**Marvolo'** was his maternal grandfather's name.*

*'**Riddle'** means a difficult problem or to pierce with many holes.*

*'**Voldemort'** Fr. "flight from death;" Tom began using "Lord Voldemort" in secret a few years after he began his schooling at Hogwarts (HBP13). "I am Lord Voldemort" is an anagram for "Tom Marvolo Riddle."(CS17)  Pronounced VOL-duh-more (the final 't' is silent, according to Rowling). Film pronunciation: VOL-duh-mort.*

*Other names: 'You-Know-Who,' 'He Who Must Not Be Named,' 'The Dark Lord.'*

**Voldemort's potions**

In order to return to his body, Voldemort had Wormtail make him two different potions. The first, consisting of unicorn blood and snake venom milked from Nagini, nursed him back to health (*GF1, GF33*); the second, which included bone from his father, Harry's blood, and Pettigrew's hand, restored him to life (GF32). However, Voldemort used Harry's blood for this, blood which had his mother's protection in it. By taking the Blood Bond as part of himself, Voldemort reinforced the connection between Harry and himself, and created another bond that would prevent Harry from dying as long as Voldemort was alive.

**Volkov**

Bulgarian National Team, Beater at the World Cup of 1994 (GF8).

**Von Nettesheim, Heinrich Cornelius Agrippa**

(1486 - 1535)

Though a talented wizard, Agrippa was imprisoned by Muggles who feared his writing (fw). When he started Hogwarts, Ron had every Chocolate Frog Card except this one and Ptolemy's (PS6).

*In the Muggle version of history, Agrippa was a German soldier and physician, and an adept in alchemy, astrology, and magic. In his book* De Occulta Philosophia (1531)*, Agrippa encouraged the study of magic, explaining the world in terms of cabalistic analyses of Hebrew letters and Pythagorean numerology; he believed that magic was the best means to know God and nature.*

***Voyages With Vampires***

by Gilderoy Lockhart

One of the many, many required textbooks for Defense Against the Dark Arts in Harry's second year (CS4).

**Vrasta Vultures**

Quidditch team that lost the European Cup to the Appleby Arrows in 1932 (QA7), and is famous for the "long goal," which is shot from outside the scoring area (QA8).

**Vulchanov**

Beater who played for the Bulgarian National Team during the 1994 Quidditch World Cup (GF8).

**W**

**Wadcock, Joscelind**

(b. 1911)

A famous Puddlemere United Chaser (fw).

*Waddiwasi* (wah-di-WAH-see)

*"vadd" Swedish. a soft mass + "vas y" Fr. go there*

A useful spell that Lupin used to shoot gum out of a keyhole and up Peeves's nose (PA7).

*Some magic theory here, because we're geeky enough to try to work this stuff out:*

*The "useful spell" that [Lupin](#) was showing them was undoubtedly the "wasi" part, in this case with a target word attached, "wad." Again we see how important intention is to magic, since the wad was directed into [Peeves'](#) nose by intent with the "go there" part of the spell. In another situation, the spell might be "stolawasi" to send a robe into a student's trunk, but it would only work if the student focused his mind on where he wanted the robe to go.*

**Waffling, Adalbert**

([1899](#) - [1981](#))

Adalbert was the author of *Magical Theory* ([fw](#)). *He would have enjoyed that little bit of theorizing one entry back, I'll bet.*

*The dates given for Waffling do not work when we learn in DH that Dumbledore corresponded with him while in school. Dumbledore had left Hogwarts by the time Waffling was born, according to these dates.*

**Wagga Wagga Werewolf**

The object of one of [Gilderoy Lockhart](#)'s adventures, if you believe the [Lockhart](#) version of the story (CS10).

**Wagstaff, "Honest Willy**

Street peddler who was accused by the [Ministry](#) of selling defective [wands](#) and loose-bottomed cauldrons in [Diagon Alley](#). The [wands](#) caused burns to a number of people (DP1).

**Wagtail, Myron**

(b. [1970](#))

Lead singer for [The Weird Sisters](#) (fw).

**Wailing Widow**

A ghost from Kent that attended Nearly Headless Nick's five hundredth deathday party (CS8).

**Wakanda**

An "elderly witch" with blonde hair that "resembled an anthill," who presumably works at the Ministry of Magic. When Harry and Ron infiltrated the Ministry, disguised as Runcorn and Reg Cattermole, they were riding the lift when they ran into Arthur Weasley mid-conversation with Wakanda. Arthur seemed to be sympathizing with the witch, though disagreeing, but it's hard to know exactly since he broke off mid-conversation upon seeing Runcorn. Runcorn seems to have that effect on people (DH13).

**Wales**

The Welsh National Quidditch team was defeated by Uganda in World Cup play in 1994 (GF5), though their Gobstones team did manage to defeat Hungary (DP1).

**walnut**

A wand wood that Ollivander used to create an "unyielding" wand for Bellatrix Lestrange (DH24).

**wands**

In the wizarding world, a magic wand is the key to a wizard's power, a "vessel" that channels the magical energy of its owner (HCG); though wizards can do some magic without one, it is far less controlled (CR). Wands are made of wood, with a core made from a powerful magical substance like unicorn tail hair, dragon heartstring, phoenix tailfeather (PS5), veela hair (GF18), or others, depending on the nationality of the wandmaker (HCG). Though every witch and wizard owns a wand and wands have existed since at least 382 B.C. (PS5), wandlore is still considered a mysterious branch of magic, where much remains unknown (DH24).

There is a close relationship between each wand and its owner, starting the moment the wand "chooses" the wizard that will govern it (PS5, HCG). Though any wizard could use almost anything to channel their energy, it is a wand that has an affinity with its owner – that is, which has learned magic along with the owner, a "mutual quest for experience" – that produces the best results (DH24). However, a wand's allegiance can change, when its owner is killed or otherwise vanquished (DH24, DH36).

At the end of the twentieth century the case of Harry Potter and Lord Voldemort pushed the boundaries of wandlore farther than ever before. Their wands had cores from the same phoenix (GF36) and they even shared Voldemort's soul (DH33). The first time their wands did battle, their brother cores created a Priori Incantatem effect, which forced Voldemort's wand to emit shadows of the last spells it had cast (GF36), and when Voldemort later tried to use a different wand to kill Harry, Harry's holly wand, remembering Voldemort, acted of its own accord and snapped the wand he was using (DH4, DH33). Ollivander, though widely considered the best wandmaker in the world (HCG), had never before heard of such an occurrence (DH24).

Currently it is illegal for any creatures other than witches and wizards to own a wand, pursuant to the Wand Ban of 1631 (JKR). Goblins in particular have been lobbying for changes to this law, but to the best of our knowledge it remains enforced to this day (DP3, DH24).

**Wand Ban of 1631**

This piece of legislation forbids magical beings other than humans from carrying wands (JKR).

**wand effects**

Though this category of spells is unnamed, generally speaking wizards seem to be able to shoot things out of their wands at will, be it for celebration, decoration, or simply to get attention. Examples range from Dumbledore's purple firecrackers (PS10) to Ollivander's smoke rings and fountain of wine (GF18), Hermione's streamers that decorated for Harry's birthday (DH7), and arrows that Appleby Arrows fans shot in the air for centuries to celebrate goals (QA7).

*Wanderings With Werewolves*

by Gilderoy Lockhart

One of the many, many required textbooks for Defense Against the Dark Arts in Harry's second year (CS4).

**Wand of Destiny**

See Deathly Hallows

**wand sparks**

A basic spell that emits red or green sparks from the wand, used as a signal. This was a spell that first-years learned (PS15) that is used as a signal even by adult wizards (OP3).

**wand evaluator**

Though this instrument is never named, the visitors' registration desk in the Ministry of Magic has one of these for checking in visitors' wands. Though the instrument is brass and looks like half a set of scales, it doesn't actually tell the wand's weight but its length, its core, and the length of time it's been in use. The Ministry then keeps the information, returning the wand to the wizard (OP17).

*Chapter eighteen of Harry Potter and the Goblet of Fire is also named "The Weighing of the Wands," though Mr. Ollivander's process of checking the wands of the Triwizard Champions doesn't seem to involve any sort of weighing device, or indeed measuring the weight at all (GF18).*

**wand writing**

Emits an animated ribbon from the tip of the wand that spells words or forms numbers; Dumbledore used this effect to form the words of the Hogwarts School Song, so everyone could sing (PS7).

**War of the Roses**

A popular historical theory holds that this war initiated thanks to a wizarding conflict – actually neighbors fighting over a Fanged Geranium (JKR).

**Warbeck, Celestina**

(b. 1917)

Known as the "Singing Sorceress" (CS3), Celestina Warbeck is, with the Weird Sisters, one of the two most well-known recording artists in the wizarding world (fw). Her hits include "A Cauldron Full of Hot, Strong Love" and "You Charmed the Heart Right Out of Me" (HBP16), and she also recorded a version of the Puddlemere United team anthem as a benefit for St. Mungos (QA7). Concerts she has played include Liverpool (DP2) and Exmoor (JKR), and she is known to perform with a group of backup banshees (DP4). Miss Warbeck also sings Christmas Concerts on the WWN, which the Weasley family listens to enthusiastically (more or less) (HBP16).

**Warlock**

*A word used more or less interchangeably with 'wizard,' though it usually seems to refer to an older wizard. Dumbledore is Chief Warlock of the Wizengamot (OP5), a term that commands respect, and Ernie Macmillan proudly proclaims that he is descended from nine generations of warlocks (CS11). Yet, while in the Leaky Cauldron, Harry contrasts "venerable" wizards to a group of "wild-looking" warlocks (PA4), and a book in the Hogwarts library is titled* Madcap Magic for Wacky Warlocks *(GF26). Thus, the connotations of the word, aside from 'old,' are hard to tease out.*

**Warlocks' Convention of 1709**

This convention, apparently common knowledge in the wizarding world, outlawed dragon breeding (PS14).

**Warning Whistle**

Described as a "gimmick" by *Quidditch Through the Ages,* the Warning Whistle is a broomstick feature that was first included on the Twigger 90, manufactured by Flyte and Barker. Though flashy, the broom unfortunately didn't work too well (QA9).


**Warrington, (C. ?)**

(b. 1977, Slytherin 1988, Quidditch Chaser, Inquisitorial Squad)

Described by Dean Thomas as "that big bloke from Slytherin who looks like a sloth" (GF16). Probably the same as the C. Warrington who checked Quidditch Through the Ages out of the library (13 November) (QA). While a member of the Inquisitorial Squad (and coincidentally just before a big match with Gryffindor), Warrington suffered an attack that left him with a horrible skin ailment which made him look as though he had been coated in cornflakes (OP30).


**Wartcap powder**

When Sirius Black was bitten by a snuffbox that contained Wartcap powder in number twelve, Gimmauld Place, his hand quickly "developed an unpleasant crusty covering like a tough brown glove." It didn't seem painful, though, and was quickly remedied by a swish of his wand. George snuck the box into his pocket after Sirius tried to discard it, so it's possible that the powder is now an ingredient in some Weasleys' Wizard Wheezes products as well (OP6).


**Watkins, Fabius**

Montrose Magpies captain and Chaser, who died when he collided with a helicopter. (JKR).

**Wazlib, Roonil**

Eight months after buying a Spell-Check Quill from Fred and George, Ron discovered that the charm was wearing off. It changed his writing to spell 'belligerent' beginning with a B-U-M, 'augury' with an O-R-G, and his own name as Roonil Wazlib. Fortunately, Hermione was willing to spend about twenty minutes correcting all the misspellings in the essay Ron was writing for Snape (HBP21). Probably that same night, Ron also used the same quill to write his name inside his copy of *Advanced Potion-Making.* This was less than fortunate for Harry, who later borrowed Ron's book and tried to claim it as his own. When Snape discovered the name 'Roonil Wazlib' inside the front cover, Harry tried to claim it as his nickname. Snape, of course, wasn't convinced (HBP24).

**Weasley, Arthur**

(b. February 6, c. 1950; Gryffindor; Order of the Phoenix)

An easy-going, middle-aged wizard with a passion for Muggles, and whose dearest ambition is to learn how airplanes fly. Arthur is a thin, balding man who wears glasses and long robes, and whose hair is a characteristically Weasley shade of red (CS3). Arthur met Molly Prewett in Gryffindor and quickly fell in love; they eloped soon after graduation and eventually had seven children (HBP6). He raised his family to wear the "blood traitor" label with pride (DH24), and it's consistently evident that his wife and children are the most important things in his life (DH5).

Arthur worked for years in the Misuse of Muggle Artifacts office at the Ministry of Magic, a job that, though it doesn't pay well, he loves (GF11). He is particularly fascinated by Muggle technology, collecting batteries and plugs (GF4) and quizzing every Muggle-born he meets about anything from "escapators" to bus stops (CS4). He also enjoys enchanting Muggle objects, such as a Ford Anglia he bewitched to fly (CS5). He was eventually promoted to Head of the Office for the Detection and Confiscation of Counterfeit Defensive Spells Protective Objects, but always missed his old job (HBP5). Arthur's laid back attitude and eccentric ways can get him in trouble with his wife at times, though most of it is probably deserved (CS3).

Unlike most wizarding pure-bloods, Arthur puts no stock in blood status, instead judging his friends and enemies based on their actions toward others. Generally he seems very well-liked, chatting comfortably with most Ministry employees (GF7, OP7). This contrasts sharply, however, with his palpable contempt for Lucius Malfoy (GF8), and he all but attacks Runcorn, after the wizard lands Dirk Cresswell in Azkaban (DH13).

Staying true to his beliefs, Arthur became a very active member in the Order of the Phoenix when Voldemort returned (OP6). One evening, while on guard duty outside the Department of Mysteries, he was attacked by Voldemort's snake, Nagini, and nearly died (OP21). After some time in St. Mungo's, he fortunately made a full recovery, though not before making an attempt at receiving Muggle stitches exasperated his wife (OP23, OP24).

*Rowling has said that she originally planned for Arthur to die when he was attacked by Nagini, but changed her mind (BLC).*


**Weasley, Barny**

Though not a real person, Barny's name got thrown around a bit as a pseudonym during the war against Voldemort. This was the name Harry assumed during Bill and Fleur's wedding, when he was Polyjuiced to look like a red-headed Muggle boy from Ottery St. Catchpole (DH8). It also popped up when Harry, Ron, and Hermione were captured by Snatchers and didn't want to give their real names. Instead, they gave their names as Vernon Dudley, Barny Weasley, and Penelope Clearwater. Unfortunately, the Snatchers weren't fooled for long (DH23).

**Weasley, William Arthur "Bill"**

(b. November 29, 1970; Gryffindor, 1982; Prefect, 1987; Head Boy, 1989; Order of the Phoenix)
The oldest son of Arthur and Molly Weasley, Bill is a caring, noble wizard who can't resist a bit of "adventure and glamour" (HBP5). Slim and tall, Bill dresses as though for a rock concert (GF5), and is a capable wizard, earning O.W.L.s in all twelve subjects (CS4). When there was trouble at the Quidditch World Cup, Bill rolled up his sleeves and waded into the fray in support of the Ministry wizards (GF9), and when Mad-Eye Moody was killed, Bill was the first to volunteer to try to recover his body (DH5).

After leaving Hogwarts, Bill went to Egypt to work as a curse-breaker for Gringotts (CS4). However, when Voldemort returned he requested a transfer to a desk job in London so he could join the Order of the Phoenix (OP4). He joined the Order in battling Death Eaters at Hogwarts in June of 1997; during the fight he was savaged by Fenrir Greyback. However, he survived with only some scarring and a penchant for raw meat (HBP29).

While working in London, Bill started dating Fleur Delacour (OP6) and a year later they became engaged, much to his mother's dismay (HBP5). However, after Bill was attacked by Greyback and Fleur affirmed her love for him, even Mrs. Weasley came around (HBP29). They

were married on August 2, 1997 at the Burrow (DH8), moved to a beautiful seaside cottage near Tinworth (DH23), and later had a daughter, Victoire (DH/e, BLC).

Bill has an easy-going charm and gets along well with his family; Charlie was the best man at his wedding (DH6) and his house was the only place Ron felt he would be welcomed after he ran out on Harry and Hermione (DH20). He also treats his mother with respect, though he held his own when she wanted to get rid of his fang earring or trim his hair (GF10). He also believed very strongly in the mission of the Order of the Phoenix, graciously allowing his cottage to overflow with house guests though he didn't know what was going on. Harry felt bad relying so much on Bill and on Fleur, but neither ever complained (DH24, DH25).


**Weasley, Charlie**

(b. December 12, 1978; Gryffindor 1984; Quidditch Captain/Seeker; Order of the Phoenix)

An "outdoor type" who has spent his whole adult life working with dragons in Romania (CS4, CS14). He is stocky and very freckly (GF4), and he has red hair that he lets grow longer than his mother would like (DH6). He is a member of the Order of the Phoenix despite living in Romania; he primarily helps by working to recruit foreign members (OP4). He did make it to London in time to join the Battle of Hogwarts (DH36)

When he was at Hogwarts, Charlie was an excellent Seeker for the Gryffindor Quidditch team, and led his team to the Quidditch Cup; Oliver Wood claims he could have played for England if he hadn't left to work with dragons instead (PS9).

Charlie is easygoing and popular; he was a favorite of Hagrid's (GF19) and served as the best man in Bill's wedding (DH6).

**Weasley, Fleur Delacour**

After marrying Bill Weasley in 1997, this was most likely Fleur's new name.

See Delacour, Fleur.


**Weasley, Fred and George**

(b. April 1, 1978; Gryffindor, 1989; Quidditch Beaters, 1990-1996; Dumbledore's Army; Order of the Phoenix; Fred d. May, 1998)

Fred and George are twin wizards known for, above all else and at all times, having a sense of humor. By their fourth year at Hogwarts the twins had an entire file drawer in Filch's office devoted to their troublemaking (CS8); as they aged, they didn't change a bit, eventually dropping out of school to open a joke shop (OP29). Both are short and stocky, with Weasley freckles and red hair (GF5).

Within a week of starting Hogwarts, Fred and George found a secret passage out of the school (PS9); for the next six and half years they did everything possible to cause mischief. From bouncing snowballs off Quirrell's turban (PS12) to feeding a firework to a salamander (CS8), trying to enter the Triwizard Tournament but instead sprouting beards (GF16), and feeding people candy that actually makes them turn into a canary (GF23), their exploits made them well-known, school-wide.

Fred and George always wanted to own a joke shop; from a young age explosions could be heard coming from their bedroom as they created and tested products (GF5). When Harry won the Triwizard Tournament in 1995, he gave them his winnings for the shop (GF37), and they dove in; less than a year later, with Umbridge taking over Hogwarts, they quit school in a blaze of glory – setting off fireworks and planting a swamp in a corridor on their way out – and moved

to Diagon Alley to open up Weasleys' Wizard Wheezes (OP29). It soon became one of the most successful shops in the Alley (HBP6), and even their mother – despite her initial dissatisfaction (GF5) – eventually came around to enjoy it and feel proud (HBP5).

Despite their jokes, Fred and George also understood the importance of the serious times; they joined Dumbledore's Army (OP16) and took the spells taught them seriously (by their standards, anyway) (OP18). They later joined the Order of the Phoenix and impersonated Harry to help get past the Death Eaters, putting themselves at great risk; George lost an ear in this encounter (DH4, DH5). When Voldemort began planning to attack Hogwarts, they were some of the first to arrive for the fight (DH29) and took charge of defending the school's secret entrances. When an explosion rocked the school, though, Fred was killed in the battle (DH31).

George Weasley went on to have a successful career with Weasleys' Wizard Wheezes, and named his oldest son Fred. Sadly, though, he never completely recovered from the loss of his twin brother and best friend (BLC).


**Weasley, Ginevra Molly "Ginny"**

(b. August 11, 1981; Gryffindor, 1992; Quidditch Seeker/Chaser, 1995-1997; Dumbledore's Army; Slug Club)

Ginny is the youngest child and only daughter of Arthur and Molly Weasley (CS3), and the first girl born to the family in several generations (JKR). Though consistently underestimated by her family, she is a powerful witch (OP6) and also quite popular (HBP24).

Though she had been anxious to go (PS6), Ginny's first year at Hogwarts was a stressful one, as was regularly possessed by Tom Riddle and opened the Chamber of Secrets (CS18). At the end of the year she was taken into the Chamber, with the intent that she would be sacrificed to

make Riddle's memory fully human, until Harry destroyed the diary – a Horcrux – with a fang from Slytherin's basilisk, and she awoke (CS17).

From her first meeting with him, Ginny was quite taken with Harry (CS2), and according to her it was a romantic interest she never lost (HBP30). Flings with Michael Corner (OP16) and Dean Thomas (HBP6) didn't work out, and when she finally caught Harry's eye, it was for good – they began dating (HBP25) and, though separated for a year while Harry hunted down Voldemort (HBP30), they were eventually married following after leaving Hogwarts (DH/e, BLC).

Ginny is all at once savvy, snarky, and very self-confident. She once told Harry that she believes almost anything possible, "if you've got enough nerve" (OP29), and follows through on that belief. Even at age six she began stealing her brothers' brooms to practice Quidditch (OP26), and as a teenager she unashamedly and unabashedly fed false stories to her mother (OP4) and classmates (OP32). Despite being perpetually "too young" and overprotected by her mother, Ginny also flatly refused to be left behind, either when Harry took off for the Department of Mysteries (OP33) or when Voldemort announced his intention to attack Hogwarts (DH31).

After leaving Hogwarts, Ginny went on to play Quidditch professionally for the Holyhead Harpies, later retiring and settling down as a Quidditch editor for the *Daily Prophet,* which better allowed her to care for a family (BLC). Ginny and Harry have three children: James, Albus Severus, and Lily, who made both their parents and their grandparents proud (DH/e).


**Weasley, George**

See Weasley, Fred and George

**Weasley, Hermione Granger**

Presumably Hermione's new name, after marrying Ron Weasley. See Granger, Hermione for her full entry.

**Weasley, Hugo**

(Hogwarts c. 2019)

The younger of Ron and Hermione's two children, Hugo seems to be good friends with Lily Potter. *In the epilogue to Harry Potter and the Deathly Hallows, Hugo was not yet old enough to attend Hogwarts, but instead hangs out laughing with Lily on Platform 9 ¾ while his older sister, Rose, prepares to head to her first year at Hogwarts. Though we don't know his exact age, Lily was nine at the time, and it's likely the two of them were within a year or so of each other's age. This would place Hugo's birth roughly between 2006 and 2009 (DH/e).*

**Weasley, Molly Prewett**

(b. October 30, c. 1950; Gryffindor; Order of the Phoenix)

A middle-aged witch, wife of Arthur and mother of seven, who puts her family first in everything she does. Molly is a very kind person, and gladly took on Harry as a sort of adopted son when she learned of his home situation (OP5). When stressed out, though, she can be rather overbearing and tends to explode (CS3, OP24). This almost certainly stems from her protectiveness; she lost both of her brothers to Death Eaters in the first war, and her greatest fear is the death of one of her own (OP9). Molly is short and plump, with red hair (PA1) and a kind face (CS3).

Molly met Arthur (who in private calls her "Mollywobbles") at Hogwarts, eloping shortly after graduation (HBP5, HBP6). She soon began having children, who she home-schooled (WBD), along with doing the cooking and cleaning, while her husband worked at the Ministry (CS3). Though she always wanted a daughter (DH19) and seems most protective over Ginny (DH36), Molly is always keeping an eye on her whole family, thanks in part to her magical clock which informs her of their locations (GF10). Her children have always done their part in keeping her hands full, too – particularly the twins, who seem exceptionally good at earning her wrath (GF5), and Percy, who disowned the family for two years (OP4).

When Ron became friends with Harry, Molly became a mother figure for him as well; she fears his death quite as much as those of her own children (OP9) and treated Hermione rather coolly for a while when *Witch Weekly* reported her treating Harry poorly (GF28). She and Bill also come to Hogwarts in place of his family during the Triwizard Tournament (GF31).

Molly is a capable witch in her own right, very faithful to Dumbledore and a proud member of the Order of the Phoenix. Though her role for a time was primarily that of housekeeper (OP6), she also proved her power when, in the Battle of Hogwarts, she stepped in front of Ginny and single-handedly did something that had been attempted unsuccessfully by many powerful wizards before her: dueled with and finished off Bellatrix Lestrange (DH36).

Molly and Arthur have at least seven grandchildren (and probably more): Victoire, Fred, Rose, Hugo, James, Albus, and Lily (DH/e, BLC). It's safe to assume that she is a very, very proud grandmother.

**Weasley, Percy Ignatius**

(b. August 22, 1976; Gryffindor, 1987; Prefect, 1991; Head Boy, 1993)

An ambitious and rather pompous young man, Percy is unquestionably the black sheep of the Weasley family. He works hard and has always taken great pride in becoming Prefect (PS5) and Head Boy (PA1), earning twelve O.W.L.s (CS4), and getting a job (GF3) and then a two promotions (GF23, OP4) at the Ministry of Magic. Percy is tall and thin with red hair (like all Weasleys), and wears horn-rimmed spectacles (GF5). His goal in life appears to be to become the Minister for Magic (CS4).

Percy has always been devoted to rules and procedures, which of course earns him endless ribbing from Fred and George (GF5). His first job – working for Barty Crouch Sr. at the Ministry – seemed a perfect fit (GF23). However, though he became Crouch's personal assistant just six months later (GF23), he didn't seem to be particularly successful; Crouch described him as "overenthusiastic" (GF17) and referred to him as "Weatherby" (GF7), and Percy failed to notice when his boss was Imperiused for several months (OP4).

Despite his struggles at work, Percy was unexpectedly offered a position on Fudge's staff in 1995, and accepted it with pride. His parents questioned the appointment, though, wondering whether Fudge might not have wanted a spy in their family; this made Percy so upset that he broke ties with the Weasleys and moved to London (OP4), where he even returned his Christmas presents (OP23). Percy toed the Ministry line as it disrespected Dumbledore and Harry, even sending a letter to Ron that urged him to stop hanging around with Harry so much (OP14).

Even after discovering that Dumbledore, Harry, and the Weasleys were correct and the Ministry corrupt, Percy found it difficult to accept; for two years he did not apologize to his family, and he skipped Bill's wedding (DH8). Finally, with the Battle of Hogwarts imminent, Percy arrived at the school, sincerely apologized to his family, and joined in the battle (DH30),

even joking as he dueled Thicknesse that he was resigning his job (DH31). He was devastated when Fred died by his side (DH32).

Though reunited with his family, deep down Percy was always the same old Percy; nineteen years later when Harry ran into him, he was – what else – discussing Ministry regulations (DH/e).


**Weasley, Ronald Bilius "Ron"**

(b. March 1, 1980; Gryffindor, 1991; Quidditch Keeper 1995-1997;

Dumbledore's Army)

Harry Potter's best friend and the youngest son of Arthur and Molly Weasley. The story of Ron's life is one of being overshadowed by his family and friends, yet it is Ron's heart and humor that have solidified his friendships and given those around him the support they needed to carry through (BLC). Tall and gangly with bright red hair and freckles (PS6), Ron has a way of keeping things lighthearted that makes him well-liked, despite occasional bouts of stress (GF19). He also played an instrumental role in Voldemort's defeat (DH36), and though history may not remember him for it as it will Harry, Ron learned as he grew that this did not make him any less important (DH19).

Ron met Harry on the Hogwarts Express in 1991, and they quickly became friends. A funny sort of jealousy existed between them, with Harry in awe of Ron's family and knowledge of the wizarding world and Ron of Harry's money and fame (PS6, PS12). However, despite feeling angry with Harry at times, such as when he thought Harry had entered the Triwizard Tournament (GF18) or misled him in the hunt for Horcruxes (DH15), Ron deeply cared about his best friend and overwhelmingly supported him – putting his life on the line several times (PS16, CS17) and

supporting Harry in the face of doubters (OP11, OP14). Harry knew this when he quickly forgave Ron each time he returned (GF20, DH19).

Ron also had another relationship which faced some growing pains over the years – his friendship with Hermione Granger. Though attracted to each other for years, the two showed this mainly by bickering (DH11); Ron certainly didn't step up when he had the chance and ask Hermione to the Yule Ball, for example, though he spent the whole event envious of her date, Viktor Krum (GF23). In his sixth year, Ron came to the cold realization that Hermione had likely snogged Krum and retaliated by getting involved with Lavender Brown (HBP14). The ill-fated relationship soon fell apart (HBP24), and though Ron continued to fear that Hermione wouldn't think him good enough for her (DH19), they finally came around to each other just before the Battle of Hogwarts (DH31).

Ron did manage to capture some glory while at Hogwarts, as Seeker for the Quidditch team. An avid Chudley Cannons fan his whole life (CS3), Ron tried out for the Gryffindor team and made it in 1995 (OP13) – only to find himself a nervous wreck during matches (OP19). When he finally got his nerves together, though, Ron ended up being a team hero and leading them to two Quidditch cups (OP20, HBP24), fulfilling a lifelong dream (PS12).

Above all, through his childhood, Ron played an instrumental part in Harry's epic encounters with Voldemort. Among other things he sacrificed himself so that Harry could reach the Philosopher's Stone (PS16), journeyed with Harry into the Chamber of Secrets (CS16), fought and was severely injured in the Department of Mysteries (OP36), fought Death Eaters that broke into Hogwarts (HBP29), saved Harry from drowning and destroyed a Horcrux (DH19), figured out how to break into the Chamber of Secrets again, to destroy another Horcrux (DH31), and fought in the Battle of Hogwarts, breaking one of Voldemort's Silencing Charms and defeating

Fenrir Greyback (DH36). Though he later jokes of being "extremely famous" (DH/e), it would not be undeserved.

Following Voldemort's defeat, Ron's life calmed down substantially; he went to help George run Weasleys' Wizard Wheezes for a time (BLC), and then married Hermione, with whom he had two children, Rose and Hugo (DH/e). He also became an Auror, along with Harry, and helped revolutionize the Ministry of Magic (Today1). And in the end, he got the fame he had desired ever since the Mirror of Erised showed him as Head Boy – and got his picture on a Chocolate Frog card (BLC).

**Weasley, Rose**

(b. 2006; Hogwarts 2017)

Rose is the older of Ron and Hermione's two children, and their only daughter. On 1 September 2017, Rose was preparing to take the Hogwarts Express to her first year at school, and was rather nervous about whether she'd be sorted into Gryffindor (DH/e).

**Weasley, Septimus**

The husband of Cedrella Black (born between 1912 and 1917). Cedrella's marriage to Septimus (was he a Muggle sympathizer too?) caused her to be "blasted" from the Black Family Tree. Septimus was Arthur's father and could be the grandfather that gave Ron the Wizard Chess set (PS12).

**Weasley, Victoire**

(Hogwarts c. 2011)

Born most likely in either 1999 or 2000, Victoire is the daughter of Bill and Fleur, and therefore a cousin to the children of Harry, Ginny, Ron, and Hermione. Harry's son, James, caught Victoire snogging Teddy Lupin on Platform 9 ¾ as she was preparing to leave for what was most likely her seventh year at Hogwarts; at the time she would probably have been seventeen, and Teddy nineteen (DH/e).

## Weasleys' Wildfire Whiz-Bangs

This series of fireworks, designed by Fred and George Weasley, had a memorable introduction to the wizarding world when they were set off throughout Hogwarts on Umbridge's first day as headmistress. The Hogwarts professors refused to help rid the castle of them, and as neither Umbridge nor Filch had a clue how to do so, the fireworks disrupted classes all day and lasted well into the evening. They were such a success that Fred and George were able to build up quite a waiting list in the common room that evening, charging "five Galleons for your Basic Blaise Box and twenty for the Deflagration Deluxe." The fireworks included roaring dragons, rockets that left trails of stars, and sparklers that wrote swear words, like 'POO' (OP28). Compounding Umbridge's problem, the fireworks exploded when she attempted to Stun them, and multiplied by ten whenever she attempted to Vanish them (OP28).

## Weasleys' Wizard Wheezes

Fred and George Weasley worked for several years to develop a line of comic magic items which they hoped to sell through their company, Weasleys' Wizard Wheezes. They were already putting together order forms during the summer of 1994 (much to their mother's dismay) (GF4),

and when Harry Potter gave them his thousand galleons in Triwizard winnings, they had the seed money they needed to start the business (GF37).

Over the following school year, the twins conducted market research, developed and tested their products, and built up their customer base (OP12, OP13, OP17), already selling items like Skiving Snackboxes (OP30). In early 1996 they acquired a shop at number 93, Diagon Alley, quit school in a blaze of glory (OP29), and left to run an immediately successful business (HBP5). Among their more popular items were Skiving Snackboxes, Extendable Ears, Weasleys' Wildfire Whiz-Bangs, Headless Hats, fake wands, and of course, U-No-Poo (GF22, OP24, OP28, HBP6). The creativeness and ingenuity of their products proved to be powerful and advanced magic. Not all of their products were jokes, some were dead useful. During the war against Voldemort even the Ministry of Magic placed a huge order for Shield Hats to supply their staff (HBP6).


**Weather-Modifying Charms**

The Committee for Experimental Charms conducted a survey about these, asking whether they should be "regulated due to their effect upon the environment" (JKR).


**Weatherby**

When Percy Weasley worked for Barty Crouch, Sr., he referred to Percy by this name, indicating that Percy perhaps hadn't made as much of an impression as he'd have liked (GF7).


**Weird Sisters**

A musical group, very popular on the WWN. They are a group of eight musicians who sing and

play drums, several guitars, a lute, a cello, and bagpipes (fw). They were quite hairy and wore artfully ripped black robes when Harry saw them at the Yule Ball (Dumbledore had booked them to play) (GF23).

*"The weird sisters" is a term from Shakespeare's Macbeth, referring to the three witches who accost Macbeth and foretell the future when they hail him as "king hereafter". Also, in Norse mythology, there are three sister-goddesses of fate - the Norns - who are also referred to as the Wyrd Sisters. The archaic term "wyrd" means "fate" or "destiny".*

### Weird Wizarding Dilemmas and Their Solutions

One of the books that Harry, Ron, and Hermione examined while preparing for the second task. The book apparently discusses a spell for growing one's nose hair into ringlets, although it didn't mention whether that was a dilemma or a solution (GF26).

### Welcome Witch

This is the title used to refer to the receptionist at St. Mungo's Hospital for Magical Maladies and Injuries. Despite her title, she doesn't seem to be too welcoming (OP22).

### Wellbeloved, Dorcas

(1812 - 1904)

Founded the Society for Distressed Witches (fw).

### Wellington

Maori art from the seventeenth century, clearly depicting white wizards on brooms playing Quidditch, are on display in the New Zealand Ministry of Magic here (QA8).

**Wendelin the Weird**

Medieval witch who so loved being burned at the stake that she allowed herself to be intentionally caught many times (PA1, fw).

**Wenlock, Bridget**

(1202 - 1285)

A famous Arithmancer who discovered magical properties of the number seven. (fw, JKR).

**Werewolf Capture Unit**

An office in the Beast Division of the Department for the Regulation and Control of Magical Creatures, at the Ministry of Magic (FB).

**Werewolf Code of Conduct** (1637)

Hermione learned about this for her History of Magic final exam at the end of her first year at Hogwarts, but it didn't turn out to be on the exam (PS16).

**Werewolf Register** (1947)

Enacted by the Ministry of Magic, and almost exclusively the brainchild of Newt Scamander (FB).

**Werewolf Support Services**

An office in the Being Division of the Department for the Regulation and Control of Magical Creatures; contrast this with the Werewolf Capture Unit, which falls within the Beast Division (FB).

**Werewolves**

The werewolf is a most unusual creature that is a completely normal human for most of the month, yet transforms into a werewolf at the full moon. A person becomes a werewolf when they are bitten by an existing werewolf in its transformed state (PA18), and there is no cure (OP22). Recently, however, the Wolfsbane Potion was invented by Marcus Belby's uncle Damocles (HBP7), and though it does not prevent the transformation from happening altogether, it does control some of its worst effects (PA18).

In the recent war on Voldemort, many werewolves sided with the Death Eaters, most notably Fenrir Greyback. Several of them intentionally positioned themselves near children when the full moon was approaching, and would even bite to kill (HBP16); Greyback was also known to bite people when he was in his human form, though this did not make them werewolves themselves (HBP29, DH23).

Werewolves are heavily regulated by the Ministry, including the 1637 Werewolf Code of Conduct (PS16) and legislation drawn up by Dolores Umbridge that made it difficult for werewolves to find jobs (OP14). There are werewolf offices in both the Being and Beast Division of the Department for the Regulation and Control of Magical Creatures, as they fit at various times into both categories (FB).

**West Country**

A largely rural region of southwestern England, that is home to many wizarding families and events (DH16). It was here that the Death Eaters, with the help of at least one giant, caused widespread destruction while attacking Muggles in the summer of 1996. Muggles were told it was a hurricane (HBP1). Godric's Hollow is in the West Country, as is the Burrow.

**West Ham football team**

Dean Thomas, who grew up a Muggle, has long been a fan of this team (PS9).

**West Tower**

One of the towers of Hogwarts, which contains the Owlery (GF15).

**Whalley, Eric**

An orphan at Tom Riddle's orphanage, who had chicken pox at the time of Dumbledore's first meeting with Riddle (HBP13).

***Where There's a Wand, There's a Way***

One of the books that Harry examined while preparing for the second task; he fell asleep in the library over a copy on the night preceding the task (GF26).

***Which Broomstick***

A magazine that's particularly popular among boys; Harry borrowed a copy from Oliver Wood when he needed to figure out what to buy to replace his broken Nimbus 2000 (PA10). *This*

*magazine is styled after the magazine* Which, *a monthly guide in Britain to products and best buys.*

**Whisp, Kennilworthy**

Wizard who lives in Nottinghamshire, and author of "*Quidditch Through the Ages", "The Wonder of Wigtown Wanderers", "He Flew Like a Madman",* and "*Beating the Bludgers"* (QA).

**Whitby, Kevin**

(Hufflepuff, 1994)

The last new Hogwarts student to be sorted during Harry's fourth year (GF12).

**Whitehorn, Devlin**

(b. 1945)

Founded the Nimbus Racing Broom Company in 1967, revolutionizing Quidditch (fw, QA9).

**WhizzHard Books**

 Located at 129B Diagon Alley, the publisher of *Quidditch Through the Ages.*

**Whizzing Worm**

An item sold in Hogsmeade, most likely by Zonko's joke shop, and apparently one of the many, many things that Filch does not like having in Hogwarts castle (PA8).

**Whomping Willow**

A very valuable, very violent tree that attacks anything within reach, from cars (CS5) to broomsticks (PA10) to people. One of these trees was planted at Hogwarts in 1971, disguising a tunnel that leads to the Shrieking Shack. This allowed Remus Lupin, a werewolf who started Hogwarts that year, to go to the Shack each month to transform where he couldn't hurt anyone. The tree was too dangerous for students to go near, though prodding a particular knot on the tree freezes it, allowing passage into the tunnel (PA17).

**Whopperwear**

According to an ad for Madam Malkin's Robe Shop, Whopperwear is a "robe range for the outsize witch or wizard." Like all of Madam Malkin's robes, they are self-ironing and repairing (JKR).

***Why I Didn't Die When the Augurey Cried***

by Gulliver Pokeby

Published in 1824 by Little Red Books, this book contains the results of patient research revealing that far from being a death omen, the cry of the Augurey merely indicates the approach of rain (FB).

**Wiblin, Samson**

(c. 1400s)

Duellist who was favored to win the All-England Duelling Competition in 1430. He was defeated by Alberta Toothill instead, with a Blasting Charm (fw).

**Widdershins, Willy**

A ne'er-do-well fellow who set up a series of regurgitating toilets to confound the Muggles. Arthur Weasley spent some time tracking him down and hushing up the incidents in question, and Willy was finally caught in the explosion of one of the toilets and was captured (OP22). He was quite badly injured and spent some time heavily bandaged. Willy also happened to be in the Hog's Head and overheard the first meeting of the D.A.. He reported this to Umbridge and Fudge let him go without prosecution as a reward (OP27).

**Wilkins, Wendell and Monica**

Preparing to go on a quest for Horcruxes amidst the war on Voldemort, Hermione worried for her parents' safety. To keep them out of harm's way she modified their memories, changing their names and convincing them to move to Australia. Their new names were Wendell and Monica Wilkins, who sadly had no idea that they had a daughter, much less one who was in the midst of saving the wizarding world (DH6). Once Voldemort was defeated, Hermione sought her parents out, restored their memories, and brought them home (BLC).

**Wiggenweld Potion**

A kiss from lips smeared with this potion revives people from the Draught of Living Death; a young wizard used this trick to marry a princess who had pricked her finger on a needle, coated with the potion by hag Leticia Somnolens.

*This is a reference to the Muggle fairy tale of Sleeping Beauty.*

**Wiggleswade, Dempster**

Writer for the Daily Prophet's problem page (DP3).


**Wight, Isle of**

Aunt Marge vacationed here and sent a postcard to the Dursleys, which arrived at the same time as Harry's first Hogwarts letter (PS3).


**Wigtown Wanderers**

A Quidditch team that was originally formed in 1422 by the seven children of Walter Parkin, a local butcher (QA7). Kennilworthy Whisp, who wrote *Quidditch Through the Ages,* is a fan of this team, and also wrote a book titled The Wonder of Wigtown Wanderers (QA).


**Wigworthy, Wilhelm**

Author of Home Life and Social Habits of British Muggles (FB).


**Wildsmith, Ignatia**

(1227 - 1320)

Invented Floo Powder (fw).


**Wilfred the Wistful**

There is a statue of this wizard in Hogwarts (OP14).


**Wilkes**

(died c. 1980; Slytherin, c. 1971; Death Eater)

A Death Eater who was in a gang with Severus Snape at Hogwarts, and was killed by Aurors c. 1980 (GF27).

**Will**

Wizard who stole a load of toads from Warty Harris, then was tricked when Mundungus Fletcher stole the toads from Will and sold them back to him (OP5).

**Williams, Benjy**

Seeker for Puddlemere United (DP4).

**Williamson**

Auror, wearing scarlet robes and with long hair in a ponytail. Williamson accompanied Fudge when the Minister arrived at the Ministry of Magic after the Battle of the Department of Mysteries (OP36). He was probably also the scarlet-robed, ponytailed Auror earlier seen in Auror headquarters with his feet up, dictating a report to his quill (OP7).

**Willis, Heliotrope**

The leader of the Troll Rights Movement. Some would say she's taken one too many knocks to the head from mis-aimed troll clubs (DP2).

**willow**

A wand wood that Ollivander used to make Lily Potter's wand (PS5).

**Wiltshire**

Location of Malfoy Manor (OP15).


**Wimbledon**

One of the sites of Willy Widdershins' exploding toilet gags that Arthur Weasley investigated for

the Ministry of Magic (OP7).


**Wimbourne Wasps**

A Quidditch team with black and yellow robes, for which Ludo Bagman was once famously a

Beater. He still wears the robes, now a bit tight around the middle (QA7, GF7).


**Wimple, Gilbert**

Ministry wizard, Committee on Experimental Charms. Wimple had horns at the World Cup in

1994, and might still (GF7).


**window, enchanted**

As the Ministry of Magic is located underground, their building can't have real windows. Instead

they have enchanted windows, although less important offices such as Misuse of Muggle

Artifacts don't seem to have them. The department responsible for the windows is Magical

Maintenance; they decide on the weather each day (OP7) and are in charge of fixing the

windows when spells go awry, such as when Yaxley's office was raining (DH12). The last time

Magical Maintenance wanted a pay raise, the Ministry had nothing but hurricanes for two months (OP7).

***Wingardium Leviosa*** (win-GAR-dee-um lev-ee-OH-sa)

"Levitation Charm" (OP31)

*"wing" + "arduus" L. high, steep + "levo" L. to raise up, levitate*

*A basic levitation spell, and one of the first spells learned by first-years in Charms; Ron used it to levitate a mountain troll's club, which then fell on its head and knocked it out (PS10).*

*In an excellent example of how intention affects magic, Ron was able to use this spell on a club, even though the "wing" portion of the spell seems specific to feathers (PS10). Here we go, theorizing again.*

**Winged Catapult**

These seem to be nothing more than catapults (U.S.: slingshots) that are able to fly. Harry notices them flapping around the Room of Requirement when it is transformed into a room for hiding his copy of *Advanced Potion-Making* (HBP24). He notices them again when he returns for Ravenclaw's diadem a year later as well (DH31).

**winged horse**

Twelve Abraxan horses the size of elephants pull the Beauxbatons carriage as it flies through the sky. These magnificent animals are very powerful and require forceful handling. They drink only single-malt whiskey (GF15). Other varieties of winged horses include the Aethonan, Granian,

and Thestral (FB, OP17).

**Winky**

Winky, a female house-elf who until 1994 worked for the Crouch family, has enormous brown eyes and a nose like a tomato (GF8). Her mother and grandmother were also Crouch family house-elves (GF9, GF21). For years, Winky cared for Barty Crouch Jr. when he was held in the Crouch residence under the Imperius Curse; however, when she escorted him to the Quidditch World Cup he managed to get a wand and cast the Dark Mark, prompting Crouch Sr. to dismiss her (GF35).

Winky then came to work at Hogwarts, but was considered a disgrace by the other house-elves and took to sitting on a stool beside the kitchen fireplace and getting drunk on Butterbeer (GF21). Unfortunately it was an addiction from which she never completely recovered (WBD), although she did dry out a bit over time. Winky fought the Death Eaters during the Battle of Hogwarts (BLC).

**winter cloak (with silver fastenings)**

Part of the Hogwarts school uniform (PS5).

**Wintringham, Herman**

(b. 1974)

Lute player for The Weird Sisters (fw).

**Wisteria Walk**

A street in Little Whinging, intersecting Privet Drive. Mrs. Figg lives on Wisteria Walk, with her cats and kneazles (OP1). The rest of the street, of course, is inhabited with Muggles.

**witch-burnings**

Though a tragic part of Muggle history, witch burnings don't have much of an effect on real witches and wizards, thanks to the Flame-Freezing Charm (PA1). However, it's probable that increasing numbers of witch-burnings, and of Muggles being burned by mistake, contributed to the enactment of the International Statute of Wizarding Secrecy in 1692 (JKR).

**witch-doctor**

Most likely a female medi-wizard, that is, a trainer that oversees the health of Quidditch athletes. The Chudley Cannons employ one (DP1).

*Witch Weekly*

A fairly well-known women's magazine that Mrs. Weasley subscribes to for its recipes (GF28) and that St. Mungo's Hospital keeps lying around its waiting room (OP22). The magazine gives an annual "Most Charming Smile" award, which Gilderoy Lockhart has won five times - a feat which he seems to consider his greatest accomplishment (for that matter, it's probably his only accomplishment) (CS6). Witch Weekly also published an article, written by Rita Skeeter, defaming Hermione as it falsely accused her of leading Viktor Krum and Harry Potter into a love triangle (GF27). The article was read widely enough that it spawned quite a lot of hate mail for Hermione (GF28), and even caused Mrs. Weasley to look down on her for several months until Harry set the record straight (GF31).

***Witching Hour***

One popular program on the WWN, with Celestina Warbeck. Molly Weasley listens to it (CS3).

**Withers, Lord Stoddard**

(1642 - 1769)

A specialist in magical creatures, Lord Withers created a sport similar to Quidditch, but played on flying horses, though it never generated much interest (fw).

**Wit-Sharpening Potion**

Fourth-year Potions students make this (GF27)

**"Wit without measure is man's greatest treasure"**

The motto of Ravenclaw. This phrase as engraved on her Lost Diadem (DH29, 31).

**'Wizard and the Hopping Pot, the'**

One of the *Tales of Beedle the Bard*, which Ron is familiar with from childhood and which Harry and Hermione don't recognize at all. (DH7).

**Wizard chess**

A game played just like regular chess, except the pieces are animated and fight for each square on the board under the command of the players. If the chessmen don't trust the wizard playing

with them, they tend to yell at them (PS12). Ron and Harry played quite a bit their first year; Hermione less so, because she tended to lose (PS13).

**Wizards' Ordinary Magic and Basic Aptitude Test (W.O.M.B.A.T.)**

A test that, like the O.W.L. and N.E.W.T., is administered by the Wizarding Examinations Authority. For a short time, three different stages of this test were available to Muggles as well (JKR).

**wizard space**

While not mentioned by name, this effect allows wizarding objects to hold more space than they would otherwise seem to allow; for example, Molly Weasley didn't seem a bit surprised when their Ford Anglia could easily fit eight people and six large trunks (CS5). The tent that Mr. Weasley borrowed for the Quidditch World Cup was similarly expanded (GF7). Apparently one way of achieving this effect is an Undetectable Extension Charm which Hermione used on her beaded bag (DH9).

**Wizard's Wireless**

The equivalent of a Muggle radio; the Weasleys have one of these in their kitchen. The WWN (Wizarding Wireless Network) is listened to by many in the wizarding world, and during the war against Voldemort, this device also allowed listeners to tune into Potterwatch, if they had the correct password (DH22).

**Wizarding Examinations Authority**

Presumably a Ministry department, the Wizarding Examinations Authority is responsible for overseeing the development and administration of the O.W.L. and N.E.W.T. tests at Hogwarts each year. The panel, headed by Griselda Marchbanks, consists of "a small group of ancient-looking witches and wizards," which also includes Professor Tofty (OP31). The Wizarding Examinations Authority title appears, along with Professor Marchbanks's name, atop the three W.O.M.B.A.T. exams administered for Muggles (JKR).


### Wizarding Suite, the

An unfinished piece of music written by famous wizarding composer Musidora Barkwith. The suite has only been performed once, in 1902, when its exploding tuba blew the roof off of Ackerly Town Hall. It has been banned from subsequent performances ever since (fw).


### Wizarding Wireless Network

The wizarding equivalent of a radio network, but powered by magic instead of radio waves or electric energy (JKR). Among its programs are the Witching Hour, with Glenda Chittock and Celestina Warbeck (CS3, fw), music programs that play the Weird Sisters (GF22), and the *Wizarding Wireless Network News* (DH22), along with, most likely, "*Toots, Shoots, 'n' Roots*" (JKR).


### Wizarding Wireless Network News

Presumably a regular program on the WWN, the News apparently didn't report the real news during the war against Voldemort; it's implied that the News was, like the *Daily Prophet,* heavily influenced by the Ministry of Magic (DH22).

**Wizengamot**

The high court of wizarding law in Britain, with about fifty members (OP8) who have an average age of 87 (JKR). When meeting, members of the Wizengamot wear plum-colored robes with an elaborate silver "W" on the left side (OP8). The head of the Wizengamot is the Chief Warlock, a post held by Dumbledore for many years (OP5). Other officials include Interrogators, who preside over the hearing; a Court Scribe, who records the proceedings (OP8); Special advisors, who at one point included Elphias Doge (DH2); and, at least many years ago, Youth Representatives, who at one point included Dumbledore (DH18).

On August 12, 1995, the full Wizengamot sat in judgment of Harry Potter, to hear his defense regarding his alleged breach of the Reasonable Restriction of Underage Magic. The hearing took place in Courtroom Ten, which is located on Level 10 of the Ministry of Magic. He was cleared of all charges (OP8).

Aberforth Dumbledore was also once convicted of misuse of magic c. 1982 (DH2) for "practicing inappropriate charms on a goat" (GF24).

It's possible that the Council of Magical Law and the Wizengamot refer to the same body (GF30).

*The Wizengamot gets its name from the Witan, also known as the Witenagemot, from Anglo-Saxon England. Witan is defined as "an assembly of higher ecclesiastics and important laymen, including king's thegns, that met to counsel the king on matters such as judicial problems."*

**Wizengamot Administration Services**

This office falls within the Department of Magical Law Enforcement at the Ministry of Magic, and presumably somehow supports the Wizengamot. The office is located on level two of the Ministry of Magic, along with the Improper Use of Magic Office and Auror Headquarters (OP7).

**Wizengamot Charter of Rights**

One of the rights under this charter states that "the accused has the right to present witnesses for his or her case." Dumbledore invokes this right on behalf of Harry during his trial for underage magic, calling Mrs. Figg to testify that she had seen two dementors in Little Whinging (OP8).

**Wolfsbane Potion**

While this potion doesn't cure lycanthropy, it does prevent the extremely dangerous dementia which would otherwise accompany the transformation from human into werewolf. It was invented at some point between 1976 and 1993 (PA17) by Marcus Belby's uncle Damocles, who received the Order of Merlin (HBP7). It's very difficult to brew and tastes awful (PA8).

***Wonder of Wigtown Wanderers, The***

by Kennilworthy Whisp

According to this author's biographical information Whisp is a Wanderers fan (QA).

**WonderWitch**

Sold at Weasleys' Wizarding Wheezes, WonderWitch is a line of products with "violent pink" packaging that seems to cater to teenage girls. They include a range of love potions (one of which, it seems, was later purchased by Romilda Vane (HBP18) and a ten-second pimple

vanisher. The products apparently hit their target market, for when Harry and the Weasleys visit the store, a "cluster of excited girls" is gathered around the display (HBP6).

**Wood, Mr. and Mrs.**

Introduced to Harry by his son Oliver at the Quidditch World Cup (GF7).

**Wood, Oliver**

(Gryffindor, 1987-1994; Quidditch Keeper 1990-1994, and possibly earlier)

Captain of the Gryffindor Quidditch team when Harry arrived at Hogwarts, and possibly the most passionate Quidditch fanatic in the school (PS7). Oliver is known for giving particularly lengthy, impassioned locker room speeches (PS11, CS7, PA8), and gets quite depressed after losses (PA9). Fred Weasley once pointed out, fairly, that Wood might have "bumped off" the entire Slytherin Quidditch team, except that he wouldn't have gotten away with it (HBP19).

Though he graduated two years before the inception of Dumbledore's Army, Oliver did return to Hogwarts to fight in the final battle against Voldemort (DH30, DH34).

**Woodcroft**

Funnily enough, the hometown of Hengist of Woodcroft (fw).

**woodlice**

Bowtruckles feed on woodlice (OP13). People who annoy Gwenog Jones have a tendency to turn into them (DP1).

**wood nymph**

Fleur told everyone at her table during dinner at the Yule Ball that the Christmas decorations at Beauxbatons included wood nymphs, who sing to the students as they eat (GF23).

**Woollongong Shimmy**

A high-speed zigzagging maneuver performed to throw off Chasers; perfected by the Woollongong Warriors (QA10).

**Woollongong Warriors**

A Quidditch team that, along with the Thundelarra Thunderers, has dominated the Australian League in recent years (QA8). *Wollongong is a real town in southeast Australia. It is unknown if the spelling difference is intentional or not.*

**Worcestershire**

Worcestershire was the location of a medieval monastery of Franciscan friars, one of whom saw a Jarvey in the monastery's herbe garden (FB).

**"working like house-elves"**

Ron (much to Hermione's chagrin) uses this phrase (GF14). Hermione takes offense at Ron's casual reference to what she sees as a gross injustice. Ron is comparing how hard he and Harry have been working to how hard the house-elves of Hogwarts work to maintain the castle. (There is an old-fashioned Muggle cliche that corresponds one-to-one with this, but it's offensive.)

**World Cup**

See Quidditch World Cup.


**World War II**

One popular historical theory in the wizarding world is that "a secret task force of wizards and muggles helped the Allies to victory in the Second World War," according to the third WOMBAT test (JKR). We don't know whether this theory is true, but there is a connection between Grindelwald's reign during this time and the war (TLC).


**Worm, Whizzing**

Joke item, presumably worm-shaped and makes a whizzing noise. Evidently a Zonko's product sold in Hogsmeade, and definitely one of the many, many items Filch does not like having in the castle (PA8).


**Worme, Augustus**

Editor at Obscurus Books who, in 1918, commissioned an authoritative compendium of magical creatures by a lowly Ministry employee by the name of Newt Scamander (FB).


**"Wormtail"**

Marauders' nickname for Peter Pettigrew.

*See* PETTIGREW, PETER.

**Worple, Eldred**

Author of *Blood Brothers: My Life Amongst the Vampires* and a guest at Slughorn's Christmas party with his friend Sanguini. Described as "a small, stout, bespectacled man" (HBP15).


**wound-cleaning potion**

A purple liquid that Madam Pomfrey used to clean Harry's wounds after his bout with a Hungarian Horntail (GF20).


**Wrackspurt**

Invisible thing that floats in though a victim's ears and makes his or her brain go fuzzy (HBP7). Possibly a figment of Luna Lovegood's imagination. Or maybe not. Or may be.


**Wright, Bowman**

(1492 – 1560)

A metal charmer from Godric's Hollow in the 1300s who invented the Golden Snitch, which immediately replaced the Golden Snidget in games of Quidditch (QA4, fw).

*A "wright" is an English craftsman. There is some discrepancy as to when Bowman lived; according to his Famous Wizards card, it was from 1492-1560, but* Quidditch Through the Ages *claims he invented the Golden Snitch in the 1300s. Clearly, one source is wrong.*


**Wronski, Josef**

Polish Seeker for the Grodzisk Goblins who invented the dangerous but exciting Wronski Feint (QA8, QA10).

**Wronski Defensive Feint**

Seeker dives toward the ground as if he sees the Snitch, only to draw the opposing Seeker into a similar dive and drive him into the ground. This maneuver was invented by famous Seeker Josef Wronski (QA10) and used to great effect by Viktor Krum in the World Cup match of 1994 (GF8).

**Wye River**

England/Wales - Europe

A troll terrorized those hoping to cross this river, until it was killed by Almerick Sawbridge in the 1600s (fw).

**Y**

**Yaxley**

Death Eater who, like Lucius Malfoy, Avery, the Carrows and Greyback, was never captured and sent to Azkaban. (HBP2). Yaxley was one of the inner circle of Death Eaters who sat around the table at Voldemort's council before taking over the Ministry. Yaxley was instrumental in that takeover (DH1), and served as a high official in the Ministry while the Death Eaters were in charge. He had trouble with his office raining (DH12). He sat on the Muggle-Born Registration Commission with Umbridge (DH13) and managed to grab hold of Hermione when she was

Apparating, and ended up inside the Fidelius Charm around Number 12 Grimmauld Place (DH14). During the fighting in the Entrance Hall during the Battle of Hogwarts, Yaxley dueled with Flitwick. After the lull while everyone though Harry was killed, the battle resumed and this time Yaxley was taken out by George Weasley and Lee Jordan (DH36).

**Yaxley, Lysandra**

(1884-1959)

Wife of Arcturus Black . Two daughters, Callidora and Charis; one child disowned (BFT).

*Year With The Yeti*

by Gilderoy Lockhart

One of the many required textbooks for Defense Against the Dark Arts in Harry's second year (CS4). If Lockhart spent a year with the International Task Force that copes with yetis, as suggested by the title of this book, one suspects that they broke out the firewhisky when he left, and had a *proper* leaving feast...

**Yeti**

(the Abominable Snowman, Bigfoot)

Native to Tibet, this tall (up to 15 feet) white-furred humanoid creature may be related to the troll (unlike giants, the yeti fears fire), but as it will attempt to attack and eat any human (or just about anything else, for that matter) that it meets, no witch or wizard has had an opportunity to study a living yeti at close range. Ironically, however, Tibet is one of the most persistent offenders of Clause 73 of the International Code of Wizarding Secrecy due to the number of yeti sightings by

Muggles, to the point that a permanent International Task Force is stationed in Tibet to help control the situation (FB). Yeti were discussed in Harry's second-year Defense Against the Dark Arts class (CS10), as one of Lockhart's books was *Year with the Yeti.*

**Yew**

A species of tree that qualifies as a "wand tree", in that its wood can be used in the making of wands. Yew trees are symbolic of death and resurrection - the wood is particularly resistant to rotting - and were once a traditional feature of churchyards.

- Tom Riddle's wand is made of yew (PS5).

- Yew trees grow in the churchyard at Little Hangleton (GF32).

- Yew trees grow in parts of the Forbidden Forest. In a nice bit of foreshadowing, Harry noticed them in the clearing where Hagrid first taught the fifth years about thestrals (OP21).

**Yorkshire**

Yorkshire is a large, well-known county in northeastern England. Yorkshire was the residence of Goodwin Kneen, a wizard who, thanks to a letter to his cousin, is responsible for one of our earliest records of a Quidditch match (QA3).

**Yorkshire Moors**

There is a Quidditch pitch on this moor, at which matches are regularly held. A notice in the *Daily Prophet* prior to a match between the Wigtown Wanderers and the Puddlemere United

advised fans not to cheer too loudly, as Muggles had come looking for the source of the noise during the previous match (DP).


**"You Charmed the Heart Right Out of Me"**

A song performed by Celestina Warbeck (HBP16) which includes these lyrics:

>"Oh, my poor heart, where has it gone?
>
>It's left me for a spell..."


**"You Went and Stole my Cauldron but You Can't have My Heart"**

An album released by Celestina Warbeck; she planned to hold a concert promoting it on Hallowe'en (DP).


**Youdle, Cyprian**

(1312 - 1357)

Norfolk referee who was killed during a Quidditch match in 1357; the curse was apparently cast on him by a member of the crowd who was never caught (QA6, fw).


**You-Know-Who**

Members of the Order of the Phoenix - other than Black, Dumbledore, and Lupin - tend to use this term to refer to Voldemort. (It's also in common use outside the Order, of course.)


**Your Wheezy**

Dobby refers to Ron as Harry's 'Wheezy' (GF26) .

**"You Stole My Cauldron but You Can't Have my Heart"**

A song performed by Celestina Warbeck (album) (DP).

**Yo-Yo, Screaming**

Added to Filch's list of objects forbidden inside Hogwarts castle at the start of the 1994 – 1995 school year (GF12).

**Yule Ball**

A "traditional part of the Triwizard Tournament," the Yule Ball was hosted by Hogwarts School on Christmas Day 1994, to coincide with that year's tournament. The Ball was open to students fourth year and above, as well as to any younger students who they invited (GF22). The Weird Sisters, a popular wizarding band, played the event (GF23). Students were generally expected to bring dates to the ball, though both Crabe and Goyle attended without one (GF23). Harry attended with Pavarti Patil, after being turned down by Cho Chang and himself turning down three students he didn't know (including a fifth-year who he feared would "knock him out if he refused"). Ron brought Padma Patil, after embarrassing himself asking Fleur Delacour (GF22), and Hermione was asked by Viktor Krum (GF23). The Ball itself was rather forgettable for both Harry and Ron. Ron's dress robes looked rather ragged, thanks to his attempts to Sever their frilly lace. Neither of the two boys danced, except for Harry opening the ball with Pavarti as the Triwizard Champions were expected to do; instead he spent much of the evening in a corner, gawking at Cho while Ron sulked over Hermione's enjoying herself with Viktor Krum (GF23). The Triwizard Champions each brought a date to the ball (GF23):

- Fleur Delacour brought Roger Davies

- Cedric Diggory brought Cho Chang

- Viktor Krum brought Hermione Granger

- Harry Potter brought Pavarti Patil

And we knew of a five other pairings to attend together (GF22, GF23):

- Lavender Brown and Seamus Finnigan

- Angelina Johnson and Fred Weasley

- Neville Longbottom and Ginny Weasley

- Draco Malfoy and Pansy Parkinson

**Yvonne**

A friend of Petunia Dursley who was on vacation in Majorca on Dudley's eleventh birthday, so she couldn't be asked to look after Harry that day (PS2).

**Z**

**Zabini, Blaise**

(b. 1980, Slytherin 1991)

Described as a "tall black boy with high cheekbones and long, slanting eyes." Blaise shares Draco's prejudice against Muggle-born witches and wizards; Ginny considers Blaise a "poser." (HBP7).

**Zabini, Mrs.**

A "famously beautiful witch" who "married seven times." Each of her wealthy husbands died a mysterious death, leaving her a lot of gold (HBP7). Blaise Zabini's mother.


**Zamojski, Ladislaw**

Poland's top Chaser (OP19).


**Zeller, Rose**

(b. 1984, Hufflepuff 1995)

Hogwarts student (OP11).


**Zograf**

Bulgarian National Team Keeper at the World Cup in 1994 (GF8).


**Zombie Trail**

One of the main attractions of TerrorTours, along with trips to Transylvania and the Bermuda Triangle.  The Zombie Trail is advertised as allowing wizarding holidaymakers to "experience the thrill of coming face to face with the living dead!" (DP).


**Zonko's Joke Shop**

Zonko's is a favorite place for Hogwarts students to shop. They carry "jokes and tricks to fulfill even Fred's and George's wildest dreams," including Dungbombs, Hiccup Sweets, Frog Spawn

Soap, and Nose-Biting Teacups (PA14). During the dark time of 1996 and 1997, Zonko's closed and was boarded up. Fred and George visited Hogsmeade with an eye toward possibly buying the premises and turning it into a Weasleys' Wizard Wheezes (HBP18).

## zoo

A local zoo to which the Dursleys took Dudley on his eleventh birthday, along with Piers Polkiss and, against their will, Harry (PS2). At the zoo, they bought ice cream treats, saw a gorilla, ate at the zoo restaurant, and visited the reptile house (which Dudley found boring because the animals weren't moving around much).

*PS/f incorrectly shows Harry and the Dursleys at the London Zoo. This cannot be true, however, because when Harry travels to Diagon Alley for the first time, it is stated that he had never been to London before (PS5). Which zoo was it then? There is a zoo/adventure park in Surrey that fits the bill. It's called Chessington's World of Adventure, and it has both a reptile house and a family of gorillas. But it's mostly an amusement park, and it would seem more likely that Dudley would then ride the rides and forget about the animals.*

## zoological column

The *Prophet* does a zoological column every Wednesday (GF21), which was Rita's excuse for interviewing Hagrid during his Care of Magical Creatures class.