Warner Bros. Entertainment Inc. et al v. RDR Books et al

Doc. 52 Att. 7

# EXHIBIT 7

**Dr. Filibuster's Fabulous Wet-Start, No-Heat Fireworks**

These amazing magical fireworks can be purchased in Gambol and Japes Wizarding Joke Shop (CS4). They were a favorite of Fred and George.

**"Draco Dormiens Nunquam Titillandus"**

The motto of Hogwarts which translates as "Never tickle a sleeping dragon."

**dragons**

Dragons are the one of the most amazing magical creatures in the world. Dragons are terrifying and awe-inspiring as they take wing and breathe fire. Muggles remember them only as beasts from mythology, which is a credit to the ongoing efforts of the Ministries of Magic in many countries who work tirelessly to keep these huge beasts hidden. Wizards who work with them are called dragon keepers. Charlie Weasley is a dragon keeper in Romania. Typically, dragons are found in mountain habitats (FB), although there are exceptions.

Breeds of dragons:

- Antipodean Opaleye
- Chinese Fireball
- Common Welsh Green
- Hebridean Black
- Hungarian Horntail
- Norwegian Ridgeback
- Peruvian Vipertooth

Romanian Longhorn

Swedish Short-Snout

Ukranian Ironbelly

**dragon hide gloves**

Protective gloves made from dragon hide. These gloves were recommended for students at Hogwarts (PS.

**dragon dung**

Used as fertilizer, the type preferred by Professor Sprout (GF64; OP263).

**dragon eggs**

Dragon eggs are Class A Non-Tradeable Goods (FB). They can be used for magical purposes, including various portions. Chinese Fireball dragon eggs are used in powdered form, as discovered by Quong Po (fw).Antipodean Opaleye dragon eggs, which are pale grey, may be mistaken for fossils by unwary Muggles (FB).

**Dragon's Fire**

Magical fire. Dragons tend to be rather good at it, obviously, but it's possible to duplicate the effects, as Arthur Weasley did to produce a weapon for the flying motorcycle (DH4).

**dragon heartstring**

One of the wand cores favored by Ollivander (PS5).

**dragon milk cheese**

This delicacy is found in the new revised edition of *Charm Your Own Cheese* (JKR).

**dragon reservations**

Most dragons are kept in magically hidden preserves in the country where they're found. There is a dragon reserve in Romania, where Charlie works, and also one in Sweden (QA

*Dragon Breeding for Pleasure and Profit*

Hagrid consulted the Hogwarts library's copy of this book when he first got the dragon egg that eventually hatched into Norbert (PS14). Pages of this book include "Essential Equipment," "Recognising Dragon Eggs," a map showing "Dragons of the World," and "A-Z Of Ailments" (JKR).

**Dragon Pox**

Dragon Pox is a contagious disease which afflicts wizards, the symptoms of which include green and purple rash between the toes and sneezing accompanied by sparks flying from the nose. (DP3). Gunhilda Kneen had to sit out a Quidditch match due to a case of Dragon Pox in the 1100s (QA3). Chauncey Oldridge is credited with being the first known victim of Dragon Pox, but this was in the 1300s (fw25). Gunhilda of Gorsemoor, the famous healer, developed a cure for Dragon Pox in the late 1500s/early 1600s (fw37). Dragon pox is treated on the second floor of St. Mungo's (OP22). Dragon pox is contagious, but even after a patient is past that stage he or she will have greenish

skin and pockmarked skin (DH2). Draco Malfoy's grandfather Abraxas died of dragon pox (HBP9).

**Dragon Research and Restraint Bureau**

Newt Scamander worked for this office of the Department for the Regulation and Control of Magical Creatures (FB).

*Dragon Species of Great Britain and Ireland*

This book, found in the Hogwarts library, comes in very handy if you're about to be burned to death by a large, scaly, lizard-shaped creature and you'd like to know what it is. It's also helpful if you want to know what sort of dragon's egg you've just won in a card game (PS14).

**dragon's blood**

There are twelve known uses of this amazingly versatile magical substance. Albus Dumbledore is famous for discovering them (PS6, DH2).

**Drakul, Count Vlad**

(b. 1390)

Notorious vampire who inspired the fictional Count Dracula created by Bram Stoker. Father of Vlad the Impaler (fw).

Draught of Living Death

*Ingredients: Asphodel in an infusion of wormwood; valerian roots, sopophorous bean.*

This draught, which causes a person to fall into such a deep sleep that they seem to be dead, was the first potion brewed in Slughorn's sixth-year N.E.W.T. Potions class. Instructions for brewing this potion can be found in *Advanced Potion-Making* starting on page 10, but the textbook's uncorrected instructions do not cover the most effective way of squeezing the juice out of the sopophorous beans (crushing with the flat side of a silver dagger rather than cutting), and do not indicate that a clockwise stir should be added after every seventh counter-clockwise stir. While brewing, the potion releases blue steam. The ideal halfway stage should be of a blackcurrant color (deep purple), although at a later stage if stirred properly the potion will turn a light shade of lilac and then, eventually, "clear as water" (HBP9).

**Peace, Draught of**

Ingredients: Includes powdered moonstone and syrup of hellebore.

A tricky O.W.L.-standard potion taught to fifth-year students. It calms anxiety and soothes agitation (OP12).

*Rowling intentionally creates humor by contrasting the intended effect of this potion - peace - with the ingredient hellebore, which sounds rather evil (and is very poisonous as a matter of fact) and with the difficulty the students have making it.*

***Dreadful Denizens of the Deep***

One of the books that Harry, Ron, and Hermione examined while preparing for the second task (GF26).

*Dream Oracle, The*

by Inigo Imago

Trelawney set out battered leatherbound copies of this in Divination during Harry's fifth year; the book appears to have been used only in class. It covers dream interpretation (OP12). The book is also mentioned in (OP15) and (OP17).

**Drear, Isle of**

The tiny island of Drear is located off the northernmost point of Scotland. Its sole inhabitants are the fierce Quintapeds (FB). The map, of course, shows only the approximate location of Drear, since it is Unplottable.

**dress robes**

Students of fourth year and above are required to have dress robes to wear to formal events (esp. GF). Ron's second hand set of dress robes looked more like a lady's dress, with lace around the cuffs and collar. He tried to remove the lace with a Severing Charm, leaving the ends frayed (GF23). Adult wizards all own at least one set of dress robes.

**Drooble's Best Blowing Gum**

Magical sweet which fills the room with bluebell-colored bubbles that refuse to pop for days (PS6, PA5, PA10, GF23).

**Drought Charm**

A spell to dry up water. Harry briefly considered this as a method of getting to the bottom of the lake for the Second Task, but realized he couldn't dry up that much water with it (GF26v).