# EXHIBIT 8

Abbreviations list:
**PA - Harry Potter and the Prizoner of Azkaban**
Prisoner misspelled

-----
**Other Canon sources:**
interview dates inconsistently formatted, some dd month year, some Month dd, year

-----
**Campaign for Greater Freedom for Wizards**
(DP4)

-----
**Deadmarsh**
(DP1)

-----
**Defensive Charm**
(DP2)

-----
**Deverill, Philbert**
(DP1,2)

-----
**Dorkins, Ragmar**
(DP1,2,3,4)

_____
THE FOLLOWING "D" LISTINGS ARE MISSING. WE WILL BE SENDING NEW TEXT FOR THEM AS SOON AS POSSIBLE.

1. Dr. Filibuster's Fabulous Wet-Start, No-Heat Fireworks
2. "Draco Dormiens Nunquam Titillandus"
3. dragons
    a. dragon feeder
    b. dragon hide gloves
    c. dragon keeper
    d. dragon parts
        i. Dragon Dung (GF64; OP263)
        ii. Dragon Egg (Potions Encyc) (JKR-Bel)
        iii. Dragon's Fire (DH57, 59-61)
        **iv. Dragon Heartstring**
        v. Dragon Manure (OP550)
        vi. Dragon Meat (OP422, 424, 436)
    e. Dragon Milk Cheese (JKR-Bel)

4. Dragon, Model (Devices Encyc)
5. dragon reservations
6. *Dragon Breeding for Pleasure and Profit*
7. Dragon pox
8. Dragon Research and Restraint Bureau
9. *Dragon Species of Great Britain and Ireland*
10. dragon's blood
11. Drakul, Count Vlad
12. *Dreadful Denizens of the Deep*
13. *Dream Oracle, The*
14. Drear, Isle of  (this is not under "I" either, so not a duplicate)
15. dress robes
16. driver of the Knight Bus
17. Drooble's Best Blowing Gum
18. Drought Charm

_____


-----
**Dunstan, B.**
remove one instance of (QA)

-----
**fountain of wine**
Olivander misspelled (should be Ollivander)

-----
**Gardening Competition, Annual International Wizarding**
(DP1)

-----
**goblins**
5th paragraph
**wrought helmet which was described as "indestructable" (OP21).**
indestructible misspelled

-----
**Gold Flames**
2nd line
**actually Voldermort's own**
Voldemort's  misspelled

-----
**Gorgovitch, Dragomir**
move entry below **Gordon**, (alphabetical order)

-----
**Grawp**
5th line
**school year (June Y16) (OP).**
replace "Y16" with '1997', (OP30).

-----
**Great Hall**
10th line
**Here Molly Weasly**
Weasley misspelled

-----
**Gregorovitch**
2nd line
**and bragged about it, but Gindelwald**
Grindelwald misspelled

-----
**Gudgeon, Galvin**
(DP1)

-----
Gumboil, Alastor
(DP2)

-----
**Hallowe'en**
(DP4)

-----
Hit Wizards
(DP2)

-----
Hobday, Hilliard and Violetta, and Egmont Elvert
(DP2)

-----
**Holyhead Harpies**
last line
**after leaving Howarts**
Hogwarts misspelled

-----
**Humberto, the Great**

repeated entry, see **Great Humberto, the**
LOL>>(A character on **a** television)

-----
Hurtz, Grizel
(DP3)

-----
Improper Use of Magic Office
(DP2)

-----
Invisibility Charm/Spell
(DP1)

-----
**Knight Bus**
    *(PA3)*
    *(OP24)*
**The Knight Bus**
?fix

-----
**Krum, Mr. and Mrs.**
remove URL

-----
**Kwikspell**
last word chopped off
**(JK**
(JKR).

-----
**Lovegood, Luna**
next to last paragraph
**studying new species of cratures**
creatures misspelled

-----
**Lovegood, Xenophilius**
3rd paragraph
**wearing on his egg-yolk-colored cloak**
change the word "on" to 'with'
(it was on a chain around his neck, not on his cloak)

-----

**Macdonald, Magnus "Dent-Head"**
remove URL

-----
**MacFarlan, Hamis**
remove URL

-----
**Madam Primpernelle's**
(DP2)

-----
**Maddock, Alasdair**
remove URL
(DP1,2,3)

-----
**Magical Equipment Control**
(DP1)

-----
**Maidenhead**
(DP4)

-----
**Malfoy, Lucius**
7th paragraph
**Death Eaters who had earned the Dark Lord's wrath, cause the Lucius and**
cause should be caused
remove the word "the" before Lucius


-----
**Mandrake (Mandragora)**
**A plant used to make Mandrake Restorative Draught, a powerful restorative returns people**
insert the word "that" (or 'which') before the word 'returns'

-----
**Marchbanks, Madam Griselda**
remove URL
**(OP31) and elder of the Wizengamot**
capitalize Elder

-----
**Masking Fog**

(DP2)

-----

**McBride, Dougal**
(DP3)

-----

**McCormack, Catriona**
remove URL

-----

**McCormack, Kirley**
**using (QA7).**
remove the word "using"

-----

**McCormack, Meghan**
remove URL

-----

**McLaggen, Cormac**
remove URL

-----

**McLeod, Cormack**
(DP2,3)

-----

**Medical magic**
**witch doctors (DP),**
change to witch-doctors (DP1)

-----

**"Merlin's Beard!"**
**An exclamation of surprise, referencing to the famous**
change "surprise, referencing" to "surprise; a reference"
**There are number**
There are a number

-----

**Merpeople**

5th line
**have greyish skin**
change greyish to grayish

2ⁿᵈ paragraph
**The houses often have gardens of week**
change "week" to 'weed' (canon says weed, but perhaps 'seaweed' would sound better?)

-----
**Mersey River**
(DP2)

-----
**Ministry Cars**
*(PA5, HBP6). -* should not be italic

-----
**Mistletoe**
last line
**managed to put his Nargle**
change the word "put" to 'set' (put is used again in the sentence and its confusing)

-----
**Mnemosyne Clinic for Memory Modification**
(DP4)

-----
**Moaning Myrtle**

2ⁿᵈ line
**She was been hiding**
remove the word "been"

4ᵗʰ line
**it was a boy, so**
remove the word "so" (doesn't work with the word 'realizing')

last line, 2ⁿᵈ paragraph
**Ron seems particularly adept**
change word "particularly" to 'especially' (particular is repetitious)

3ʳᵈ paragraph
**(CS17) and spying on him when as he bathed**
remove either the word "when" or "as"

3ʳᵈ paragraph
**More recently been meeting Draco Malfoy, too, in the boys' bathroom.**
revise sentence, sounds odd

-----

*Mobiliarbus*
last line
add "Christmas" to tree

-----
**Moonshine, Regulus**
(DP4)

-----
**Mordaunt, Ethelbard**
(DP1)

-----
**Morgan, Valmai**
(DP3,4)

-----
**Mostafa, Hassan**
remove URL

-----
**motorcycle, flying**
**to accomodate its rider (PS1)). Later**
accommodate misspelled, remove extra parenthesis

-----
**Mrs. Scower's Magical Mess Remover**
Skower's misspelled

-----
**Muggle-born Registration Commission**
Umbridge misspelled (with 2 r's)

-----
**Muggle guard**
(DP2)

-----
**Muggle-Worthy Excuse Committee**
Acccidents misspelled

-----
**Mysteries, Department of**
2nd paragraph, last line
**Though nobody knows what is is,**
should say "it is"

-----
**Noble Sport of Warlocks, The**
seventeeth is misspelled

-----
**Nogtail**
**foolhardy way rid the farm**
change to "foolproof way to"

-----
**Norwegian Ridgeback**
2nd line
**The horns of a Ridgenback**
Ridgeback misspelled

-----
**Number twelve, Grimmauld Place**
**after they died in 1981, the**
change 1981 - should be 1985

-----
**Nundu**
**nundu's breath**
Nundu's should be capitalized

-----
**Occamy**
Occamy should be capitalized (twice in the entry)

-----
**Oddpick, Winkus**
(DP3)

-----
**Orchideous**
boquet is misspelled

-----
**Ordinary Wizarding Levels (O.W.L.s)**
**potential career choices (DP).**
(DP2)

-----
**orphanage**
last paragraph

**Harry, Ron, and Hermione visited the orphange briefly**
orphanage misspelled

-----
**owls**
4th line
**are locked into number four, Privet Drive**
change "locked into" to 'locked up in'

-----
**Paddington Station**
*a booth a MacDonalds…*
a booth "at"

-----
**paper airplanes**
**because of the mess the birds cost flying**
change the word "cost" to 'caused'
actually, I'd change the wording of this whole line to say something more humorous like: "because paper airplanes don't leave droppings."

-----
**Peasegood, Arnold**
(DP3)

-----
**Penrose, Professor Phoebus**
(DP1)

-----
**Pettigrew, Peter "Wormtail"**

2nd paragraph, last line
**destroying Sirius' life as well as he was sent to Azkaban**
destroying Sirius' life and landing him in Azkaban

3rd paragraph, second line
**living as Percy**
living as Percy's

-----
**Philpott, Arkie**
**Probity Probe at after**
remove the word "at"

-----

**Pinkstone, Carlotta**
**revealing the wizaring world**
wizarding is misspelled

-----
**Pips, Dagbert**
(DP4)

-----
**Plumpton Pass**
**when Roderick Plumpton's did**
Plumpton (remove the apostrophe s)

-----
**Pogrebin**
3rd line
**pogrebin attempts to devour them.**
capitalize Pogrebin

-----
**Poke, Royden**
(DP3)

-----
**Pomfrey, Madam Poppy**
1st paragraph, seventh line
**"SNEAK" tattooed on Marietta Edgecombe's forehead.**
change the word "forehead" to 'face'.  (it was NOT her forehead- but her nose and cheeks)

-----
**prefects**
3rd line
**Ron and Hemrione were the Gryffindor**
Hermione misspelled

-----
**Primpernelle, Madam**
(DP2)

-----
**Prod, Demetrius J.**
(DP2)

-----
**Prod, Elsie**
(DP2)

-----

**Prophecy**
1st line
**effect where a Seer give information**
change "give" to 'gives'

-----

**Puddlemere United**
(DP2)

-----

**Pumpkins R Us**
(DP4)

-----

**Quigley, Finbar**
(DP1,2)

-----

**Rabbit**
add the following:
Billy Stubbs had a pet rabbit at the orphanage until it was found mysteriously hanging from the rafters. Young Tom Riddle denied involvement (HBP13). Yeah right.

-----

**Ragnok**
(DP3)

-----

**Ragnok the Pigeon-Toed**
(DP3)

-----

**Re-Visibility Spectacles**
(DP1)

-----

**Riddle family**
next to last line
**son, now beginning to call call himself Voldemort**
the word "call" is repeated

-----

**ropes, magical**

3rd line
**after 'outing' him (GF36). Womtail also**
Wormtail misspelled

-----
**St. Mungo's Hospital for Magical Maladies and Injuries**
last paragraph
Gilderoy is misspelled

-----
**Scabbers**
**A pet rat beloging to Ron Weasley**
belonging misspelled

-----
**Scamander, Porpentina**
change the name "Miller" to 'Milly'

-----
**Scandanavia**
misspelled (Scandinavia)

-----
**shack**
**A shack that the Daily Prophet described it as**
remove the word "it"

-----
**Horace E. F. Slughorn**

3rd paragraph, third line
**Harry is eventually able to play upon Slughorns**
Slughorn's

3rd paragraph, fifth line
**his plan to create seven horcruxes**
Horcruxes should be capitalized.

-----
***'Study into Muggle Suspicions About Magic, A'***
(DP1)

-----
**Sword of Gryffindor**
last line
**foiled his attempt keep the sword.**
insert the word "to": foiled his attempt keep **to** the sword.

also add the following:
Goblin king Ragnuk the First accused Godric Gryffindor of stealing this sword from him (DH25, JKR).

-----
**Terrortours**
(DP3)

-----
**Thomas, Mr.**
change entry title to "Thomas, Dean, father of"

-----
**Time Room**
last line
**shattering every them**
change to "shattering every one of them"


-----
**Toadstool Tales**
**A series of childrens' books**
children's

-----
**Todd, Sidney**
(DP3)

-----
**Tonks, Nymphadora**
last line
Tonk misspelled (should be Tonks)

-----
**Ton-Tongue Toffees**

3rd line
**OWLs** should be O.W.L.s

last line
**did have a rather enjoyable effect**
change to "did have a rather humorous effect"

-----
*Travels With Trolls*

**One of the many worthwhile**
change the word "worthwhile" to "not-so-worthwhile"

-----
**Trelawney, Sibyll Patricia**
5th paragraph, last line
**smashing them specatacularly**
spectacularly misspelled

-----
The Triwizard Tournament
2nd paragraph, last line
Chistmas misspelled (Christmas)

-----
**troll**
**There are three types of trolls mountain**
add colon after trolls (There are three types of trolls: mountain)

(DP2)

-----
**Troll Rights Movement**
(DP2)

-----
**Tutshill Tonados**

3rd line
**Merwyn Finwick**
misspelled, change to Mervyn Fenwick

3rd line
**according the the Daily**
'the' repeated, remove one

4th line
(DP2)

-----
**Twiddle, Mallory**
(DP1)

-----
**Ukrainian Ironbelly dragon**
first line

**talons, the Ukranian**
Ukrainian misspelled

-----
**vampire**
4th line
**bystanders (HBP16, DP).**
DP4).

-----
**veela**
2nd paragraph
**tempermental wands**
temperamental misspelled

-----
**wands**
change entry name to **wand, wands**
(to preserve alphabetical order and plural form)

-----
*Wanderings with Werewolves*
move entry between **wand writing** and **War of the Roses** entries (alphabetical order)

-----
missing entry for "**wandlore**"

-----
**Wartcap powder**
2nd line
**Gimmauld Place,**
Grimmauld misspelled

-----
**Watkins, Fabius**
remove URL

-----
**Weasley, Ginevra Molly "Ginny"**
3rd paragraph, last line
**following after leaving**
remove the word "following" (redundant)

-----
**Weasley, Percy Ignatius**
3rd line

**(CS4), and getting a job (GF3) and then a two**
change to " (CS4), getting a job (GF3) and then two"

-----
**Weasleys' Wildfire Whiz-Bangs**
6th line
**five Galleons for your Basic Blaise**
change the word "Blaise" to 'Blaze'

-----
**Wigtown Wanderers**
last line
italicize the title "*The Wonder of Wigtown Wanderers*"

-----
**Wigworthy, Wilhelm**
italicize the title "*Home Life and Social Habits of British Muggles*"

------
*Wingardium Leviosa*
UN-italicize the main sentence:
A basic levitation spell, and one of the first spells learned by first-years in Charms; Ron used it to levitate a mountain troll's club, which then fell on its head and knocked it out (PS10).

-----
**Worm, Whizzing**
replace entry with:
See Whizzing Worm
(duplicate entry)

-----
**Yaxley**
next to last line
**After the lull while everyone though Harry**
change to " After the lull, while everyone **thought** Harry"

-----
**Yorkshire Moors**
(DP1)

-----
**"You Went and Stole my Cauldron but You Can't have My Heart"**
(DP4)

-----

**"You Stole My Cauldron but You Can't Have my Heart"**
**Delete** entire entry (misspelling of entry above)

-----
**Yule Ball**
5th line
**though both Crabe**
Crabbe misspelled

-----
**Zombie Trail**
(DP3)