# EXHIBIT 9

Introduction:
2nd paragraph
**since I knew that other fans who wanted**
remove the word "that" (or "who")

-----

Introduction:
3rd paragraph
**five. When *Order of the Phoneix*-**
Phoenix misspelled

-----

Introduction:
3rd paragraph
**primary editors and, and a number**
remove the word "and" before the comma, it is repeated

-----

Introduction:
4th paragraph
have endorsed or sponsored our book or **out** site.
"out" should be "our"

-----

Abbreviations used in this book:
**PA - Harry Potter and the Prizoner of Azkaban**
Prisoner misspelled

-----

List of sources:
Interview dates are not consistently formatted, some dd month year, some Month dd, year

-----