# EXHIBIT 10

Abbreviations list:
**PA - Harry Potter and the Prizoner of Azkaban**
Prisoner misspelled

-----
**Other Canon sources:**
interview dates inconsistently formatted, some dd month year, some Month dd, year

-----
**Campaign for Greater Freedom for Wizards**
(DP4)

-----
**Deadmarsh**
(DP1)

-----
**Defensive Charm**
(DP2)

-----
**Deverill, Philbert**
(DP1,2)

-----
**Dorkins, Ragmar**
(DP1,2,3,4)

-----
**Dunstan, B.**
remove one instance of (QA)

-----