# EXHIBIT 11

**fountain of wine**
Olivander misspelled (should be Ollivander)

-----
**Gardening Competition, Annual International Wizarding**
(DP1)

-----
**goblins**
5th paragraph
**wrought helmet which was described as "indestructable" (OP21).**
indestructible misspelled

-----
**Gold Flames**
2nd line
**actually Voldermort's own**
Voldemort's  misspelled

-----
**Gorgovitch, Dragomir**
move entry below **Gordon**, (alphabetical order)

-----
**Grawp**
5th line
**school year (June Y16) (OP).**
replace "Y16" with '1997', (OP30).

-----
**Great Hall**
10th line
**Here Molly Weasly**
Weasley misspelled

-----
**Gregorovitch**
2nd line
**and bragged about it, but Gindelwald**
Grindelwald misspelled

-----
**Gudgeon, Galvin**
(DP1)

-----

Gumboil, Alastor
(DP2)

-----

**Hallowe'en**
(DP4)

-----

Hit Wizards
(DP2)

-----

Hobday, Hilliard and Violetta, and Egmont Elvert
(DP2)

-----

**Holyhead Harpies**
last line
**after leaving Howarts**
Hogwarts misspelled

-----

**Humberto, the Great**
repeated entry, see **Great Humberto, the**
LOL>>(A character on **a** television)

-----

Hurtz, Grizel
(DP3)

-----

Improper Use of Magic Office
(DP2)

-----

Invisibility Charm/Spell
(DP1)

-----

**Knight Bus**
 *(PA3)*
 *(OP24)*
**The Knight Bus**
?fix

**-----**

**Krum, Mr. and Mrs.**
remove URL

-----
**Kwikspell**
last word chopped off
**(JK**
(JKR).