Warner Bros. Entertainment Inc. et al v. RDR Books et al

Doc. 52 Att. 12

# EXHIBIT 12

**Lovegood, Luna**
next to last paragraph
**studying new species of cratures**
creatures misspelled

-----
**Lovegood, Xenophilius**
3rd paragraph
**wearing on his egg-yolk-colored cloak**
change the word "on" to 'with'
(it was on a chain around his neck, not on his cloak)

-----
**Macdonald, Magnus "Dent-Head"**
remove URL

-----
**MacFarlan, Hamis**
remove URL

-----
**Madam Primpernelle's**
(DP2)

-----
**Maddock, Alasdair**
remove URL
(DP1,2,3)

-----
**Magical Equipment Control**
(DP1)

-----
**Maidenhead**
(DP4)

-----
**Malfoy, Lucius**
7th paragraph
**Death Eaters who had earned the Dark Lord's wrath, cause the Lucius and**
cause should be caused
remove the word "the" before Lucius

-----

**Mandrake (Mandragora)**
**A plant used to make Mandrake Restorative Draught, a powerful restorative returns people**
insert the word "that" (or 'which') before the word 'returns'

-----
**Marchbanks, Madam Griselda**
remove URL
**(OP31) and elder of the Wizengamot**
capitalize Elder

-----
**Masking Fog**
(DP2)

-----
**McBride, Dougal**
(DP3)

-----
**McCormack, Catriona**
remove URL

-----
**McCormack, Kirley**
**using (QA7).**
remove the word "using"

-----
**McCormack, Meghan**
remove URL

-----
**McLaggen, Cormac**
remove URL

-----
**McLeod, Cormack**
(DP2,3)

-----
**Medical magic**
**witch doctors (DP),**
change to witch-doctors (DP1)

-----

**"Merlin's Beard!"**
**An exclamation of surprise, referencing to the famous**
change "surprise, referencing" to "surprise; a reference"
**There are number**
There are a number

-----
**Merpeople**

5th line
**have greyish skin**
change greyish to grayish

2nd paragraph
**The houses often have gardens of week**
change "week" to 'weed' (canon says weed, but perhaps 'seaweed' would sound better?)

-----
**Mersey River**
(DP2)

-----
**Ministry Cars**
*(PA5, HBP6).* - should not be italic

**-----**
**Mistletoe**
last line
**managed to put his Nargle**
change the word "put" to 'set' (put is used again in the sentence and its confusing)

**-----**
**Mnemosyne Clinic for Memory Modification**
(DP4)

-----
**Moaning Myrtle**

2nd line
**She was been hiding**
remove the word "been"

4th line
**it was a boy, so**
remove the word "so" (doesn't work with the word 'realizing')

last line, 2nd paragraph
**Ron seems particularly adept**
change word "particularly" to 'especially' (particular is repetitious)

3rd paragraph
**(CS17) and spying on him when as he bathed**
remove either the word "when" or "as"

3rd paragraph
**More recently been meeting Draco Malfoy, too, in the boys' bathroom.**
revise sentence, sounds odd

-----
*Mobiliarbus*
last line
add "Christmas" to tree

-----
**Moonshine, Regulus**
(DP4)

-----
**Mordaunt, Ethelbard**
(DP1)

-----
**Morgan, Valmai**
(DP3,4)

-----
**Mostafa, Hassan**
remove URL

-----
**motorcycle, flying**
**to accomodate its rider (PS1)). Later**
accommodate misspelled, remove extra parenthesis

-----
**Mrs. Scower's Magical Mess Remover**
Skower's misspelled

-----
**Muggle-born Registration Commission**
Umbridge misspelled (with 2 r's)

-----
**Muggle guard**
(DP2)

-----
**Muggle-Worthy Excuse Committee**
Acccidents misspelled

-----
**Mysteries, Department of**
2nd paragraph, last line
**Though nobody knows what is is,**
should say "it is"

-----
**Noble Sport of Warlocks, The**
seventeeth is misspelled

-----
**Nogtail**
**foolhardy way rid the farm**
change to "foolproof way to"

-----
**Norwegian Ridgeback**
2nd line
**The horns of a Ridgenback**
Ridgeback misspelled

-----
**Number twelve, Grimmauld Place**
**after they died in 1981, the**
change 1981 - should be 1985

-----
**Nundu**
**nundu's breath**
Nundu's should be capitalized

-----
**Occamy**
Occamy should be capitalized (twice in the entry)

-----
**Oddpick, Winkus**
(DP3)

-----
**Orchideous**
boquet is misspelled

-----
**Ordinary Wizarding Levels (O.W.L.s)**
**potential career choices (DP).**
(DP2)

-----
**orphanage**
last paragraph
**Harry, Ron, and Hermione visited the orphange briefly**
orphanage misspelled

-----
**owls**
4th line
**are locked into number four, Privet Drive**
change "locked into" to 'locked up in'

-----
**Paddington Station**
*a booth a MacDonalds…*
a booth "at"

-----
**paper airplanes**
**because of the mess the birds cost flying**
change the word "cost" to 'caused'
actually, I'd change the wording of this whole line to say something more humorous like: "because paper airplanes don't leave droppings."

-----
**Peasegood, Arnold**
(DP3)

-----
**Penrose, Professor Phoebus**
(DP1)

-----
**Pettigrew, Peter "Wormtail"**

2nd paragraph, last line

**destroying Sirius' life as well as he was sent to Azkaban**
destroying Sirius' life and landing him in Azkaban

3rd paragraph, second line
**living as Percy**
living as Percy's

**-----**
**Philpott, Arkie**
**Probity Probe at after**
remove the word "at"

-----
**Pinkstone, Carlotta**
**revealing the wizaring world**
wizarding is misspelled

-----
**Pips, Dagbert**
(DP4)

-----
**Plumpton Pass**
**when Roderick Plumpton's did**
Plumpton (remove the apostrophe s)

-----
**Pogrebin**
3rd line
**pogrebin attempts to devour them.**
capitalize Pogrebin

-----
**Poke, Royden**
(DP3)

-----
**Pomfrey, Madam Poppy**
1st paragraph, seventh line
**"SNEAK" tattooed on Marietta Edgecombe's forehead.**
change the word "forehead" to 'face'.  (it was NOT her forehead- but her nose and cheeks)

-----
**prefects**
3rd line
**Ron and Hemrione were the Gryffindor**

Hermione misspelled

-----

**Primpernelle, Madam**
(DP2)

-----

**Prod, Demetrius J.**
(DP2)

-----

**Prod, Elsie**
(DP2)

-----

**Prophecy**
1st line
**effect where a Seer give information**
change "give" to 'gives'

-----

**Puddlemere United**
(DP2)

-----

**Pumpkins R Us**
(DP4)

-----

**Quigley, Finbar**
(DP1,2)

-----