# EXHIBIT 13

**Rabbit**
add the following:
Billy Stubbs had a pet rabbit at the orphanage until it was found mysteriously hanging from the rafters. Young Tom Riddle denied involvement (HBP13). Yeah right.

-----
**Ragnok**
(DP3)

-----
**Ragnok the Pigeon-Toed**
(DP3)

-----
**Re-Visibility Spectacles**
(DP1)

-----
**Riddle family**
next to last line
**son, now beginning to call call himself Voldemort**
the word "call" is repeated

-----
**ropes, magical**
3rd line
**after 'outing' him (GF36). Womtail also**
Wormtail misspelled

-----
**St. Mungo's Hospital for Magical Maladies and Injuries**
last paragraph
Gilderoy is misspelled

-----
**Scabbers**
**A pet rat beloging to Ron Weasley**
belonging misspelled

-----
**Scamander, Porpentina**
change the name "Miller" to 'Milly'

-----
**Scandanavia**
misspelled (Scandinavia)

-----

**shack**
**A shack that the Daily Prophet described it as**
remove the word "it"

-----

**Horace E. F. Slughorn**

3rd paragraph, third line
**Harry is eventually able to play upon Slughorns**
Slughorn's

3rd paragraph, fifth line
**his plan to create seven horcruxes**
Horcruxes should be capitalized.

-----

*'Study into Muggle Suspicions About Magic, A'*
(DP1)

-----

**Sword of Gryffindor**
last line
**foiled his attempt keep the sword.**
insert the word "to": foiled his attempt keep **to** the sword.

also add the following:
 Goblin king Ragnuk the First accused Godric Gryffindor of stealing this sword from him (DH25, JKR).

-----

**Terrortours**
(DP3)

-----

**Thomas, Mr.**
change entry title to "Thomas, Dean, father of"

-----

**Time Room**
last line
**shattering every them**
change to "shattering every one of them"

-----

**Toadstool Tales**
**A series of childrens' books**
children's

-----
**Todd, Sidney**
(DP3)

-----
**Tonks, Nymphadora**
last line
Tonk misspelled (should be Tonks)

-----
**Ton-Tongue Toffees**

3rd line
**OWLs** should be O.W.L.s

last line
**did have a rather enjoyable effect**
change to "did have a rather humorous effect"

-----
*Travels With Trolls*
**One of the many worthwhile**
change the word "worthwhile" to "not-so-worthwhile"

-----
**Trelawney, Sibyll Patricia**
5th paragraph, last line
**smashing them specatacularly**
spectacularly misspelled

-----
The Triwizard Tournament
2nd paragraph, last line
Chistmas misspelled (Christmas)

-----
**troll**
**There are three types of trolls mountain**
add colon after trolls (There are three types of trolls: mountain)

(DP2)

-----
**Troll Rights Movement**
(DP2)

-----
**Tutshill Tonados**

3rd line
**Merwyn Finwick**
misspelled, change to Mervyn Fenwick

3rd line
**according the the Daily**
'the' repeated, remove one

4th line
(DP2)

-----
**Twiddle, Mallory**
(DP1)

-----
**Ukrainian Ironbelly dragon**
first line
**talons, the Ukranian**
Ukrainian misspelled

-----
**vampire**
4th line
**bystanders (HBP16, DP).**
DP4).

-----
**veela**
2nd paragraph
**tempermental wands**
temperamental misspelled

-----
**wands**
change entry name to **wand, wands**
(to preserve alphabetical order and plural form)

-----

*Wanderings with Werewolves*
move entry between **wand writing** and **War of the Roses** entries (alphabetical order)

-----
missing entry for "**wandlore**"

-----
**Wartcap powder**
2nd line
**Gimmauld Place,**
Grimmauld misspelled

-----
**Watkins, Fabius**
remove URL

-----
**Weasley, Ginevra Molly "Ginny"**
3rd paragraph, last line
**following after leaving**
remove the word "following" (redundant)

-----
**Weasley, Percy Ignatius**
3rd line
**(CS4), and getting a job (GF3) and then a two**
change to " (CS4), getting a job (GF3) and then two"

-----
**Weasleys' Wildfire Whiz-Bangs**
6th line
**five Galleons for your Basic Blaise**
change the word "Blaise" to 'Blaze'

-----
**Wigtown Wanderers**
last line
italicize the title "*The Wonder of Wigtown Wanderers*"

-----
**Wigworthy, Wilhelm**
italicize the title "*Home Life and Social Habits of British Muggles*"

------
*Wingardium Leviosa*
UN-italicize the main sentence:

A basic levitation spell, and one of the first spells learned by first-years in Charms; Ron used it to levitate a mountain troll's club, which then fell on its head and knocked it out (PS10).

-----
**Worm, Whizzing**
replace entry with:
See Whizzing Worm
(duplicate entry)

-----
**Yaxley**
next to last line
**After the lull while everyone though Harry**
change to " After the lull, while everyone **thought** Harry"

-----
**Yorkshire Moors**
(DP1)

-----
**"You Went and Stole my Cauldron but You Can't have My Heart"**
(DP4)

-----
**"You Stole My Cauldron but You Can't Have my Heart"**
**Delete** entire entry (misspelling of entry above)

-----
**Yule Ball**
5th line
**though both Crabe**
Crabbe misspelled

-----
**Zombie Trail**
(DP3)