UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                    :
WARNER BROS. ENTERNTAINMENT INC. and                                :
J.K. ROWLING,                                                       :
                                                                    :
                                    Plaintiffs,                     :    Case No. 07 Civ. 9667 (RPP)
                                                                    :
                -   against -                                       :
                                                                    :
RDR BOOKS and DOES 1-10                                             :
                                                                    :
                                    Defendants                      :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## CORPORATE DISCOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant RDR Books, by and through its attorney David S. Hammer, discloses

under to Federal Rule of Civil Procedure 7.1 that it is a non-governmental limited liability

corporation organized and existing under the laws of the State of Michigan with a principal

place of business at 1487 Glen Avenue, Muskegon, Michigan 49441. Additionally:

1.      RDR Books is not a publicly held corporation.

2.      RDR Books does not have any parent corporation.

3.      No publicly held corporation owns 10 percent or more of RDR Books

stock or equity.

Dated: New York, New York
       February 7, 2008

                                        David S. Hammer (DH 9957)

                                        99 Park Avenue – Suite 1600
                                        New York, New York 10016

                                        Attorney for Defendant RDR Books