# EXHIBIT A



Revised and Updated!

The MAGICAL WORLDS of HARRY POTTER

A Treasury of Myths, Legends, and Fascinating Facts

DAVID COLBERT

"A glorious tribute to Rowling's work." —*The Times* (London)

This book was not authorized, prepared, approved, licensed, or endorsed by J. K. Rowling, Warner Bros., or any other individual or entity associated with the HARRY POTTER books or movies.

The MAGICAL WORLDS of HARRY POTTER
A Treasury of Myths, Legends, and Fascinating Facts

Revised and Updated

DAVID COLBERT

BERKLEY

* *What was the model for the Order of the Phoenix?*
* *Where do those names come from?*
* *What is the real-life legend behind Voldemort's Dark Mark?*

*Could Snape's potions actually work?*

"Digs deep into different cultures and mythologies to piece together the origins of Rowling's characters. Learn about griffins, goblins, Latin, and why Harry is a universal hero."
—*The Baltimore Sun*

J. K. Rowling's young heroic wizard, Harry Potter, lives in a world populated by dragons, centaurs, trolls, giants—and a three-headed dog named Fluffy—among other creatures from ancient myths and legends. Discover the astonishing origins of supernatural beasts, clues to hidden meanings in names, and amazing facts about real-life wizards and magic spells. From alchemists to unicorns, basilisks to veela, this fascinating compendium brings another dimension to Harry's adventures—from *The Sorcerer's Stone* to *The Order of the Phoenix.*

"Have you ever wondered where J. K. Rowling gets her ideas for fantastic beasts and magical critters? You can learn about them in *The Magical Worlds of Harry Potter.*"
—*Detroit Free Press*

"Fun to read."
—*St. Louis Post-Dispatch*

HARRY POTTER is a registered trademark of Time Warner Entertainment Company, LP.

www.penguin.com

ISBN 0-425-19891-X

$14.00

MYTHOLOGY/FANTASY

# THE MAGICAL WORLDS OF HARRY POTTER

A Treasury of Myths,
Legends, and Fascinating Facts

DAVID COLBERT



BERKLEY BOOKS, NEW YORK

Titles by David Colbert:

*The Magical Worlds of The Lord of the Rings*
*The Magical Worlds of Harry Potter*
*The Magical Worlds of Harry Potter Spellbinding Map and
Book of Secrets*
*Eyewitness to America: 500 Years of Firsthand History*
*Eyewitness to the American West*
*Eyewitness to Wall Street*
*Baseball: The National Pastime in Art and Literature*
*WWII: A Tribute in Art and Literature*

Most Berkley Books are available at special quantity discounts for bulk
purchases for sales promotions, premiums, fund-raising, or educational use.
Special books, or book excerpts, can also be created to fit specific needs.

For details, write: Special Markets, The Berkley Publishing Group, 375
Hudson Street, New York, New York 10014.

A Berkley Book
Published by The Berkley Publishing Group
A division of Penguin Group (USA) Inc.
375 Hudson Street
New York, New York 10014

All rights reserved.

This book, or parts thereof, may not be reproduced in any form without permission. The scanning, uploading, and distribution of this book via the Internet or via any other means without the permission of the publisher is illegal and punishable by law. Please purchase only authorized electronic editions, and do not participate in or encourage electronic piracy of copyrighted materials. Your support of the author's rights is appreciated.
BERKLEY and the "B" design are trademarks belonging to Penguin Group (USA) Inc.

This book was not authorized, prepared, approved, licensed, or endorsed by J. K. Rowling, Warner Bros., or any other individual or entity associated with the
HARRY POTTER books or movies.

HARRY POTTER® is a registered trademark of Time Warner Entertainment Company, L.P.

HARRY POTTER® is a registered trademark of Warner Bros.

Copyright © 2001, 2004 by David Colbert.
Cover illustration by John Fordham.
Text design by David Colbert.

PRINTING HISTORY
Lumina Press, LLC, trade paperback edition / June 2001
Berkley trade paperback edition / June 2002
Berkley revised trade paperback edition / May 2004

Berkley revised trade paperback ISBN: 0-425-19891-X

The Library of Congress has catalogued the original Berkley trade paperback edition as follows:

Colbert, David.
  The magical worlds of Harry Potter : a treasury of myths, legends, and fascinating facts /
David Colbert.
  p. cm.
  Includes bibliographical references and index.
  ISBN 0-425-18701-2
  1. Rowling, J. K. —Characters—Harry Potter. 2. Children's stories, English—History and
criticism. 3. Fantasy fiction, English—History and criticism. 4. Potter, Harry (Fictitious
character) 5. Wizards in literature. 6. Magic in literature. I. Title.

PR6068.O93 Z59 2002
823'.914—dc21

2002020857

PRINTED IN THE UNITED STATES OF AMERICA

10  9  8

# Contents

Introduction    15

Did Alchemists Really Search for a Magic Stone?    19

Who Was the Most Amazing Animagus?    23

Is "Avada Kedavra" a Real Curse?    31

Are Basilisks Just Big Snakes?    33

Which "Fantastic Beasts" Come From Legend?    35

Why Would Sirius Black Become a Black Dog?    41

Why Does the Black Family Appear on a Tapestry?    45

Which Creature Doesn't Know
When to Say Good-bye?    47

Have Witches Always Flown on Broomsticks?    49

Why Would Mundungus Fletcher Steal Cauldrons?    51

Why Do Centaurs Avoid Humans?    55

What's the Favorite Trick of Cornish Pixies?    57

Why Would Voldemort Put the Dark Mark
on Death Eaters?    59

What Story Began With a Dark and Stormy Knight?    61

Why Would Chocolate Help
After Escaping a Dementor?    65

Does Dumbledore Trust Divination or Doesn't He?    67

Which Creature Is Fit for a King?    71

Who Were the First British Wizards? 77
Why Doesn't Dumbledore Fight Voldemort? 79
Why Would Durmstrang Students Travel by Ship? 83
Where Does Magic Come From? 87
Which Character Can't Die? 91
Was the Real Flamel a Successful Alchemist? 95
Why Would Fluffy Come From "a Greek Chappie"? 99
Why Would the Forest
   Near Hogwarts Be "Forbidden"? 101
What Does Ice Cream Have to Do With Witchcraft? 103
Are All Giants All Bad? 105
Which Real-Life Creature Still Eludes Scientists? 109
Why Are Harry and Cedric
   Like Knights of the Round Table? 111
Why Are Goblins Such Good Bankers? 113
Which of Draco's Sidekicks
   Is Also Named for a Dragon? 117
Which Creature Is Master of Both Earth and Sky? 119
Why Do Parents Worry About Grindylows? 123
Where Do the Nastiest Mandrakes Grow? 125
Which Is the Least Likely Magical Creature? 131
Why Would Anyone Go to School With a Slytherin? 135
Which Creature May Not Bow Its Head? 139
What Is the Most Important Language for Wizards? 141
Why Is Each Malfoy Aptly Named? 147
Why Won't Wizards Go Near a Manticore? 149
Why Is the Third Task Set in a Maze? 153
Why Might McGonagall Appear As a Cat? 155
Why Might a Human Fear Merpeople? 157

Why Are Mirrors Magical? 159
Which of Voldemort's Cohorts Comes From India? 163
Where Do Those Names Come From?! 165
What Were the Models for
   the Order of the Phoenix? 185
Besides Mail, What Does
   the Arrival of an Owl Mean? 193
Could Snape's Potions Actually Work? 195
What Makes Harry a Universal Hero? 205
Why Are Runes Carved on the Pensieve? 219
Why Does the Sphinx Ask Harry a Question? 221
How Do You Scare a Spider? 225
Why Do Trolls Stink? 229
Why Should Wizards Never Be Inquisitors? 231
How Do You Catch a Unicorn? 239
What Makes Veela Angry? 245
What Kind of Nightmares Created Voldemort? 249
Why Do Wizards Use Wands? 253
Are Any of the "Famous Witches and Wizards" Real? 255

Afterword 265

Acknowledgments 267
Bibliography 269
Notes 271
Index 277
About the Author 287



# Why Would Chocolate Help After Escaping a Dementor?

DEMENTORS, AS EVERY HARRY POTTER fan knows, are deadly magical creatures. J. K. Rowling introduces them in *Harry Potter and the Prisoner of Azkaban*: faceless, wearing shapeless cloaks that cover skin that is "greyish, slimy-looking, and scabbed," they "drain peace, hope, and happiness out of the air around them."

### ROWLING'S EXPLANATION

Rowling has told an interviewer that Dementors represent the mental illness known as depression. She said the choice was deliberate, and based on her own encounter with the disease, which she called the worst experience she has ever endured. Much worse, she says, than merely feeling "sad"—a perfectly normal emotion—depression is an actual loss of feeling. That is just what happens to humans in the presence of Dementors. Dumbledore hates

# Does Dumbledore Trust Divination or Doesn't He?

**S**YBILL TRELAWNEY DOESN'T GET A LOT OF respect. Professor McGonagall sneers after learning Trelawney has predicted Harry will die during this third year at Hogwarts. Dumbledore did not want to hire her because he didn't think she had a gift for divination. Yet the whole plot of *Harry Potter and the Order of the Phoenix* centers on a Trelawney prophecy that seems to be accurate. So does Dumbledore believe in divination or not?

## PERFECT VISION

Dumbledore, it seems, draws a line between divination and prophecy. The difference is important.

Dementors, because they aren't satisfied until they've consumed all hope and feeling.

One can't help but notice that the remedy offered to lighten the effects of Dementors is chocolate, which doctors say can make depressed people feel better. The chocolate has some of the same effects as the medicine that doctors prescribe. Of course, chocolate does seem to be a cure for nearly every ill in Harry's world.

Appropriately, Madam **Pomfrey's** name comes from a sweet. Pomfret cakes are discs of licorice from Pontefract, Yorkshire. A surprising fact: the area's renowned licorice was first cultivated to be used as a medicine.

One also can't ignore the connection between Rowling's own experience and the uncomfortable moment in *Phoenix* when Harry sees Neville Longbottom and Neville's grandmother, who are visiting Neville's parents at St. Mungo's Hospital. Mr. and Mrs. Longbottom are in the hospital because Voldemort's attack damaged their minds. Neville is ashamed; Harry is embarrassed on Neville's behalf; but Neville's grandmother, older and wiser, is matter-of-fact about the whole thing, which makes it much easier on everyone.

Some types of divination, and what is studied:

**Belomancy:** the flight of arrows

**Bibliomancy:** random passage in a book

**Dactylomancy:** swinging of a suspended ring

**Daphnomancy:** the crackling of burning laurel

**Geloscopy:** laughter

**Lampadomancy:** a lamp flame

**Libranomancy:** incense smoke

**Lithomancy:** gemstones

**Metoposcopy:** forehead wrinkles

**Palmistry:** lines of the palm

**Phrenology:** shape of the skull

---

Divination is the interpretation of signs and actions to predict the future or look into the past, or, sometimes, just find lost objects. Many methods are used. The Romans favored augury, interpreting the flight of birds. Other cultures examined the insides of sacrificed animals. Some people still "read" the arrangement of tea leaves or coffee grinds left in a cup.

Dumbledore doesn't trust this kind of divination. People see what they like in the flight of birds, which isn't influenced by mystical powers.

A true "seer"—someone who can see the future—is said to have a "gift" of prophecy. Like all gifts, it must come from somebody. Prophecy is said to come from the gods, who don't communicate through tea leaves. In the ancient world, seers called "oracles" lived at temples so they could contact gods. The most famous temple, at Delphi, Greece, endured for twelve centuries and was linked to various gods: an ancient earth mother; a later earth goddess, Gaea; Dionysus, the god of fertility and wine; and Apollo, the god most associated with prophecy. The priestesses went into a trance so the gods could speak through them.

## ALL IN THE FAMILY

So why does Dumbledore give Trelawney a chance? Rowling explains in *Harry Potter and the Order of the Phoenix* that Trelawney is descended from "a very famous, very gifted Seer" and Dumbledore wanted to be respectful. The name of that ancestor, Cassandra Trelawney, says it all. Cassandra is the name of the most famous seer in Greek myth, a woman who received her gift directly from the god Apollo. He loved her, and promised her the gift of prophecy if she would love him. But after he made her clairvoyant she changed her mind. As punishment, Apollo declared that no one would ever believe her predictions. This caused her a lot of grief, most notably during the Trojan War. She was the daughter of the king of Troy, and was in the city when Greek soldiers tried to invade. After it seemed the Greeks had given up and left behind the gift of a large wooden horse, she warned her father not to celebrate, and to leave the horse outside the city walls. But because of Apollo's curse her father did not heed her. Of course, Greek soldiers were hidden inside the horse. When it was inside the city they slipped out and took over.

Perhaps the strange voice Trelawney used when making the prediction to Dumbledore— not her usual fortune-telling voice, Harry notices when Dumbledore shows him the memory—might have made Dumbledore wonder if Trelawney's great-great-grandmother

Some people **burn sage** to tell the future, as Rowling's Centaurs do in *Phoenix*; and of course many people follow the stars with **astrology**, as the Centaurs do in *Stone*.

was speaking through her. Ignoring such a warning would not have been wise.

Nor coincidentally, Sybill Trelawney's first name also comes from famous prophets of mythology. The books containing the predictions of the Sybils were the most valuable volumes in the Roman Empire. Like Sybill Trelawney, the Roman Sybils were inclined to offer predictions—often dreadful ones—without being asked. Of course Prof. Trelawney will never live up to the reputation of the Roman Sybils. One correct prophecy is not much of a record, even if it is important.

Perhaps Dumbledore's skepticism about divination can be traced back to J. K. Rowling. She does seem ambivalent about it. Hermione finds it "very woolly," yet is fond of arithmancy, which is divination from numbers. Though centaurs in the Forbidden Forest read the future in the stars, they seem wise. They also burn leaves to watch the smoke, as Firenze explains to Harry's class in *Phoenix*; but even Firenze reveals his doubts about that. Maybe Rowling feels as Dumbledore explains to Harry in *Harry Potter and the Prisoner of Azkaban*: "The consequences of our actions are always so complicated, so diverse, that predicting the future is a very difficult business indeed."

The divination textbook used at Hogwarts was written by a "**Cassandra Vablatsky**," her last name refers to a real woman who claimed psychic powers. Helena Petrovna Blavatsky founded the Theosophical Society, whose aims include "investigating unexplained laws of nature and the powers latent in humanity"—in other words, magic.

See also:
**Centaurs**
**Runes**

# Which Creature Is Fit for a King?

Dragons (FROM THE LATIN *DRACO*—JUST like Draco Malfoy) are probably the best-known magical creatures in literature. Usually dangerous and terrifying, they are often the most challenging foe a hero can face. Literary critics John Clute and John Grant note this rule of ancient epics: "To kill a dragon is often to become a king." As a result the dragon is the symbol of many real and fictional kings, including the legendary King Arthur, whose last name, Pendragon, means "head of the dragon" or "chief dragon." His golden helmet bore a dragon design.

However, as some heroes discover, dragons are often misunderstood. Though they can be frightening, they can also be benevolent.

## UGLINESS IS ONLY SKIN DEEP
Many people fear dragons simply because of

J. R. R. Tolkien, author of *The Lord of the Rings*, called dragons the trademark of fairy tales and myths.

# Where Do Those Names Come From?!

DOES ANY WRITER CREATE NAMES WITH more care or a greater sense of humor than J. K. Rowling? She uses foreign words, puns, and anagrams; makes references to history and myth; takes names from maps and war memorials; and uses many flower names. Occasionally she makes up names out of thin air, but even that can be hard work. She says the name "Quidditch" took almost two days of thinking and wordplay.

Rowling not only invents words, she invents fun histories for them. In *Quidditch Through the Ages*, written long after she introduced the game, she artfully answers the many queries of her fans by revealing that in Harry's world the game got its name from the place it was first played, Queerditch Marsh.

In at least one important case the origins are difficult for even Rowling to trace. She assumed she had invented "Hogwarts"; but

J. K. Rowling says **"Harry"** is just a name she has always liked. It came to her instantly. **"Potter"** took longer. She tried several other names first. Her final choice came from the name of childhood friends.



# GEOGRAPHY

Bagshot, Bathilda (the author of *A History of Magic*): Bagshot is a town near London.

Dursley: A town near J. K. Rowling's birthplace.

Firenze: Italian name for the city of Florence.

Flitwick, Professor (Charms teacher): Flitwick is a town in England.

Snape, Severus: Snape is the name of another English village.

# FOREIGN WORDS

Bagman, Ludovic: In Latin, ludo means "I play"—perfect for the head of the Department of Magical Games and Sports. "Bagman" comes from his corrupt nature. In slang, a bagman is the person who handles the money in a dishonest scheme.

Beauxbatons: French for "beautiful wands."

Bonaccord, Pierre: The first Supreme Mugwump of the International Confederation of Wizards must have been a peacemaker, because in French his name means "goodwill"

> **"Muggles"** comes from English slang. A "mug" can mean someone who is easily fooled. In 2003, J. K. Rowling's version was added to the Oxford English Dictionary.

---

after *Stone* was published, a friend of Rowling suggested to her that they had seen a plant named "hog-wort" on a visit to the Royal Botanical Gardens at Kew. ("Wort" is an old word for "plant," from the Anglo-Saxon *wyrt*.) That sounded right to Rowling. But Kew have no record of displaying the plant, an invasive weed of the sort they like to keep out, or the similarly named "hog-weed." It's possible, say experts there, Rowling and her friend are recalling a pop song from their youth, "The Return of the Giant Hogweed," by the band Genesis. It is a story about a very angry plant at the Gardens.

Rowling's own name is worth a little digging too. Just like the names inside the books, there's a story for the name on the cover. "J. K. Rowling" is partially invented. Rowling had no middle name before the first Harry Potter book was published. This became a problem when her publishers said they wanted the name on the book to have initials rather than "Joanne." (They worried boys would not want to read a book written by a woman.) "J. Rowling" didn't sound right, so Rowling took the name of one of her grandmothers and then used its initial.

Here are some others, arranged by the sources Rowling commonly uses.

> Rowling says **Ron Weasley** is a lot like her best friend from school; and his name is similar also. The boy who inspired Ron is named Sean.
>
> Odd fact: He even had a Ford Anglia car.

or "fellowship," or, literally, "good agreement." ("Mugwump" is the English version of *mugquomp*, meaning "chief" in the language of the Algonquin tribe of Native Americans. It has also come to mean someone in politics who thinks independently.)

Gubraithian Fire: As Hermione explains to Harry and Ron in *Phoenix*, this is everlasting fire. The giants of the north probably knew this already, because Scots cheer *"Alba Gu Bragh!"*—"Scotland Forever!"—in Gaelic. The name would also be recognized in Ireland, where people cheer *"Erin Go Bragh!"*

Mosag: Gaelic for nasty, dirty woman.

Nigellus, Phineas: His last name comes from the Latin word for "black." His first name refers to a Bible character, Phinehas, who was quick to accuse people of doing wrong. It's the perfect name for a character who storms about, complaining of everyone else's behavior.

Tenebrus: The name of Hagrid's favorite Thestral comes from the Latin word meaning "darkness" or "blindness." Many animals and insects that live in the dark have "tenebrosus" in their scientific names.

## LITERATURE

Crookshanks: George Cruikshank (1792–1878) was a cartoonist who illustrated some of the most popular books of the nineteenth century, including the first English edition of Grimm's fairy tales and novels by Charles Dickens, Sir Walter Scott, and Louisa May Alcott. ("Cruikshank" and "Crookshanks" literally mean "bow-legged," as Crookshanks is.)



A George Cruikshank illustration.

Dearborn, Caradoc (Order of the Phoenix member who vanished and is thought to be dead): His last name is a translation of his first. "Caradoc" means "dearly loved." In the legends of King Arthur a knight named



Lockhart, Gilderoy: The first name of this phony refers to his being gilded (covered in a thin gold foil) to make him seem intelligent and attractive. Rowling found it in a book that mentioned a legendary Gilderoy who was a handsome highway thief and something of a folk hero. The last name, she says, comes from a war memorial. Gilderoy Lockhart's hypnotic power over female fans happens to fit that last name, which means "strong beguiler" and was shared by a Scottish nobleman whose proud motto was "Locked hearts I open."

(Although an Australian town called Lockhart is near another called Wagga Wagga, which gave its name to the Wagga Wagga Werewolf that Gilderoy fought, J. K. Rowling recalls that "Lockhart" came first, and not from a map. Perhaps it's a coincidence; or perhaps she decided to connect the two when she saw "Lockhart" on the map next to a name too good to resist.)

Marchbanks, Griselda (Wizengamot elder who resigns when Dolores Umbridge is appointed High Inquisitor of Hogwarts in *Phoenix*): Her last name comes from a pseudonym, "Samuel Marchbanks," used by the Canadian novelist Robertson Davies. Like Rowling, Davies is known for stories that combine magic and

Rowling's source for the name "Gilderoy" mentions a J. G. Lockhart who wrote many books, just like Rowling's Gilderoy. He was the son-in-law and biographer of Sir Walter Scott, the author whose skills earned him the nickname "Wizard of the North."

Caradoc is one of the most pure of the Round Table.

Diggory, Cedric: Digory Kirke is a hero of some of J. K. Rowling's favorite books as a child, *The Chronicles of Narnia* by C. S. Lewis. Notice that *Cedric* is not far from a rearrangement of *Kirke*.

Flint, Marcus (captain of the Slytherin Quidditch team): Possibly named for Captain John Flint from Robert Louis Stevenson's *Treasure Island*. (Rudolf Hein, creator of a web site devoted to Harry Potter names, made this clever connection.)

Granger, Hermione (pronounced her-MY-oh-nee): Her uncommon first name is a form of "Hermes," name of the Greek god of communication and eloquence. It fits the talkative Ms. Granger well. Rowling found the name in Shakespeare's *A Winter's Tale*, and makes a fun reference to Shakespeare's character in *Harry Potter and the Chamber of Secrets.* Shakespeare's Hermione is turned into a statue, which is what happens to Hermione Granger after the basilisk attacks her in *Chamber.* Rowling must have smiled when she thought of that. (See also "Hermes," page 176)

On many telephone keypads, the Ministry of Magic's **phone number**, 62442, spells M-A-G-I-C.

academic life. One of his books, *Tempest-Tost*, tells of a company of amateur actors putting on Shakespeare's play *The Tempest*, about a wizard and his enchanted island. The character in the novel who plays Shakespeare's heroine, Ariel, is named Griselda Webster.

McGonagall, Minerva: Her first name, as mentioned earlier, refers to Minerva, Roman goddess of wisdom and the arts. Her last name, Rowling admits, comes from William McGonagall (c. 1830–1902), a Scottish poet who is famous for being awful. Though people eventually grew fond of his determination, they also laughed at him a lot. But that didn't stop him. He was oblivious to his reputation.

Tofty, Professor: This wrinkled wizard, who helps Griselda Marchbanks conduct the OWL examinations in *Phoenix*, is no toff. Although it's possible Rowling just ran across the name somewhere, it's also possible there's a more amusing explanation connected to the source of Marchbanks's name described above. While the Robertson Davies novel *Tempest-Tost*, which offered Marchbanks's name, is about Shakespeare's *The Tempest*, the phrase "tempest-tost" actually appears in a line spoken by a witch in *Macbeth*. When plotting trouble for

a character, she speaks the lines Davies quotes at the beginning of his book:

*Though his bark* [boat] *cannot be lost,*
*Yet it shall be tempest-tost* [tossed by a storm]
(Act I, scene iii)

However, until modern times the letter "s" was sometimes written differently, as this detail from the first printed edition of *Macbeth* shows:

> **Though his Barke cannot be loſt, Yet it ſhall be Tempeſt-toſt.**

Weird Sisters: The name of Harry's favorite musical group is another Shakespeare reference. It appears several times in *Macbeth* to describe the three witches who help stir up trouble in their cauldron.

## HISTORY

Doge, Elphias (founding member of the Order of the Phoenix): His first name is a small twist on Eliphas Levi, the pseudonym of French sorcerer and author Alphonse Louis Constant (1810–1875), whose many books on magic were popular and influential. "Doge"

---

from
"Loch Ness"
by William
**McGonagall**

Beautiful Loch
Ness,
The truth to
express,
Your landscapes
are lovely and
gay,
Along each side
of your waters,
To Fort
Augustus all
the way.
Your scenery is
romantic,
With rocks and
hills gigantic,
Enough to make
one frantic...

---

The witches in *Macbeth* were not Shakespeare's invention. They appear in his source, Raphael Holinshed's "Chronicles of England, Scotland, and Ireland" (1577). Even the phrase **"weird sisters"** appears in Holinshed. He explained the women as "the goddesses of destiny [the Fates], or else some nymphs or fairies with knowledge of prophecy" through magic.

Tournament champions and then racing to tell the Fat Lady what she has heard, is not named for a flower. (The violet flower signifies modesty, which hardly fits her.) The clue to her identity may be the "walrus moustache" on the man in the painting next to hers. A woman named Violet Hunt (1866–1942) was a



notorious literary figure in early twentieth century England, known as much for her flirtatiousness and unreliable gossip as for her writing. She had a long, complicated, and very public love affair with novelist Ford Madox Ford, who had a very full walrus mustache of his own.

J. K. Rowling is not the only writer to choose odd names like **Araminta** (for a relative of Sirius) and **Arabella** (the first name of Mrs. Figg). Maybe she just thinks they sound good— that's to say, they're "mellifluous," like Araminta **Meliflua**. In the 1895 novel pictured to the left, well known for its illustrations, Arabella and Araminta are twin sisters.

---

was the name of the leader or "duke" of Venice when it was a republic. In *Phoenix*, Sirius shows Harry a photo of Elphias and points out "that stupid hat," a reference to the famous symbol of the doge, a cap called a *corno* ("horn" in Italian).

Gray Lady: Ravenclaw's house ghost is named for a specific type of spirit. Many mansions and castles are said to be haunted by a "Gray Lady" from a local family, who, when alive, had been unlucky in love or lost a partner.

Slytherin, Salazar: António de Oliveira Salazar was dictator of Portugal—where J. K. Rowling once lived—from 1932 to 1968. He was known for very harsh policies. (Another smart connection made by Rudolf Hein.)

Smethwyck, Hippocrates: The Healer-in-Charge in one of St. Mungo's wards gets his first name from an ancient Greek physician who is considered the founder of medical science. The oath that doctors take today is called the Hippocratic Oath.

Violet: This gossipy witch, who zips from painting to painting in *Goblet*, eavesdropping on the conversation with the four Triwizard

Costume of the **Doge** of Venice, with corno.

Wizengamot: This assembly of wizards takes its name from the Anglo-Saxon version of the House of Lords, the *Witenagemot*. In Anglo-Saxon that name literally means assembly (*gemot*) of wise men or counselors (*witan*).

## Religion and Mythology

Diggle, Dedalus: In Greek myth, Daedalus was a brilliant inventor. Among his many designs was the Labyrinth of Crete that inspired the maze of the Triwizard Tournament (see page 153). When the king of Crete would not let Daedalus leave the island, he fashioned wings from feathers and wax for himself and his son Icarus. As they flew away Icarus became overconfident and flew too close to the sun, melting the wax and destroying the wings. He fell, and died. Daedalus, older and wiser, survived.

Hermes (Percy Weasley's owl): Hermes was the messenger of the Greek gods.

Jones, Hestia: When Harry first meets Order of the Phoenix member Hestia Jones she is near a toaster. That's a joke about her first name. In Greek mythology, Hestia is the goddess of the hearth (the fireplace where meals are cooked).

Lupin, Remus (a werewolf): The name of this werewolf is a double pun. *Lupus* is Latin for "wolf." The legendary founders of Rome, who as children were suckled by a wolf, were named Romulus and Remus.

Meadowes, Dorcas (late member of the Order of the Phoenix): Dorcas is a Bible character, also known as Tabitha, noted for her good deeds. Many churches have a Dorcas Society made of female members who help the poor.

Patil, Parvati: Parvati is a Hindu goddess.

Prewett, Gideon: This founding member of the Order of the Phoenix gets his first name from a Bible character who fought the followers of what was thought to be a false god, Baal.

Ragnok: If his name is any indication, the goblin with whom Bill Weasley is negotiating an alliance against Voldemort in *Phoenix* would be a fierce friend. It comes from Ragnorok, Norse mythology's version of the Apocalypse, a great battle that ends the world as we know it. Ragnarok ends when Fenrir, a terrifying wolf-monster who is the child of the trickster god Loki, swallows the sun, symbol of the chief Norse god, Odin. This myth was the basis of key scenes in J. R. R. Tolkien's *The Lord of the Rings* and *The Silmarillion*.

Sprout, Pomona: The first name of the Hogwarts professor of Herbology comes from the Roman goddess of fruit. Her last name

## FLOWERS AND PLANTS

Brown, Lavender (one of Hermione's roommates): In legend the lavender flower has many meanings. One of them, which fits Lavender Brown's childish way of gossiping with her friend Parvati Patil, is distrust.

Delacour, Fleur: In French, *fleur* is simply "flower." With *"de la cour"* it means "flower of the court," a term for a noblewoman.

Dursley, Petunia: The petunia symbolizes anger and resentment. Enough said.

Figg, Arabella: The fig flower signifies secrets. Arabella is certainly keeping one.

Malfoy, Narcissa: The narcissus flower, which shares its name with the vain Narcissus of Greek legend, symbolizes self-love, a typical Malfoy quality. (See page 148)

Moaning Myrtle: The myrtle symbolizes joy, a funny twist for the name of this unhappy ghost.

Oliver Wood (the Quidditch player), Olive Hornby (the student who teased Moaning Myrtle), and Mr. Ollivander (wand maker): Oliver Wood deserves the connection between



needs no explanation. (Close readers will notice the name "Pomona" has not yet appeared in the novels. However, it is on one of the official wizard cards made from J. K. Rowling's character histories.)

Tonks, Nymphadora: The first name of this shape-shifting wizard refers to nymphs, nature spirits in Greek mythology whose name was later connected to creatures that change their form as they grow. (See page 30)

## SAINTS

Hedwig: A saint who lived in Germany in the twelfth and thirteenth centuries. An order of nuns established under her patronage chose as its work the education of orphaned children—like Harry.

Ronan (centaur): An Irish saint. (As some readers have pointed out, Ronan the centaur has red hair!)

St. Mungo's Hospital for Magical Maladies and Injuries: A real St. Mungo's in London is a large humanitarian organization for the homeless. St. Mungo is the patron saint of Glasgow, Scotland, and appears on its coat of arms.

Plants and trees also appear in the names of the streets in the Dursleys' town of Little Whinging: The Dursleys live on **Privet** Drive. Mrs. Figg lives on **Wisteria** Walk. The Knight Bus stops at **Magnolia** Crescent. Dudley and his friends gang up on Harry in **Magnolia** Road.

olive laurels and victory. Olive Hornby certainly isn't connected to the other meaning of the olive tree, peace, but perhaps some of Mr. Ollivander's wands are.

Parkinson, Pansy: The pansy signifies thinking of a loved one. While it's true that Pansy Parkinson thinks of Draco Malfoy after the incident with Buckbeak in *Azkaban*, most of the time she doesn't think of anyone but herself. Instead, look to the word's modern slang meaning, an annoying girlishness.

Patil, Padma: *Padma* is the Sanskrit word for the lotus flower, central to Hindu religion. It is a common name.

Pomfrey, Poppy: The first name of the Hogwarts nurse comes from the flower of the opium plant, which has long been used as medicine.

Potter, Lily: The lily is a symbol of purity, which makes it almost too perfect for the name of Harry's mother.

Spore, Phyllida (author of *One Thousand Magical Herbs*): From the "spores" plants use as seeds, and the Greek *phylla*, meaning "leaves."

## MISCELLANEOUS

N.E.W.T.s (Nastily Exhausting Wizarding Tests): Newts, baby salamanders, are familiar to witches and wizards from the brew mixed in Shakespeare's *Macbeth*: "Eye of newt and toe of frog, wool of bat and tongue of dog." (See also pages 126 and 127)

Diagon Alley: Typical of everything in the wizard world, this street doesn't run straight; it runs "diagonally."

Dumbledore, Aberforth: The first name of Albus Dumbledore's missing brother is an old word meaning "to wander off," or, even more worrisome given the lure of Voldemort's power, to "stray off the path."

Filbuster, Dr.: The fireworks maker gets his name from a trick politicians use to stop a debate. They talk for hours or even days without letting anyone interrupt. Unlike fireworks, filibusters usually end not with a bang but a whimper.

Grimmauld Place (the Black family residence): It's grim. It's old. It's a grim old place. Yes, some books of magical history say Oliver Cromwell (1599–1658), Lord Protector of

"Oswald," the middle name of **Cornelius Fudge**, refers not to American assassin Lee Harvey Oswald but to Oswald Mosely, once the leader of Britain's fascists. Mosely and his wife were close friends with Adolf Hitler and shared his views.

(Ironically, Diana Mosely's sister, who held the opposite views, was author Jessica Mitford, Rowling's self-described "heroine.")

Carl Jung said people who believe in magicians and wizards were just making **imagoes** of powerful people they didn't understand.

England, may have a supernatural ally named "Grimoald." But don't bet on that having any meaning.

Hagrid, Rubeus: "Hagrid" is an old term for someone who looks worse for wear—as if they had been ridden by a hag. "Rubeus" is Latin for "red," because of Hagrid's ruddy face. His habit of indulging in one too many drinks would account for both names.

Hopkirk, Mafalda (head of the Improper Use of Magic Office): In Portugal, where J. K. Rowling once lived, "Mafalda" is the name of a hugely popular comic strip character. (The name fits the cartoon character, a headstrong young girl: "Mafalda," the Portuguese form of "Matilda," means "mighty in battle.") "Hopkirk" may well be a humorous reference to Randall and Hopkirk (Deceased), a comedy-detective show that aired on television when J. K. Rowling was a child and still has a cult following. It certainly had a connection to magic. One of the detectives, Hopkirk, was a ghost.

Imago, Inigo (author of The Dream Oracle): The term "imago" was adopted by psychologist Carl Jung (pronounced "yoong") to describe a false, ideal image of someone important—usually a parent. Like Inigo Imago, Jung is known for theories about interpreting dreams. "Inigo" sounds like it would be related to "imago," but it is simply an old name. It is common in Spain, and one of Britain's greatest architects was Inigo Jones (1573–1652).

Jigger, Arsenius (author of Magical Drafts and Potions): Arsenic is a poison used in many magical concoctions. A jigger is a liquid measurement, a bit more than a fluid ounce.

Knockturn Alley: This unsavory street, where shops like Borgin & Burkes cater to those who pursue the Dark Arts, is a place you wouldn't want to visit "nocturnally."

Metamorphmagus: a simple combination of "metamorphosis," meaning transformation, and "magus," meaning wizard. (See page 30)

Skeeter, Rita: Fitting for an annoying (and blood-sucking) bug one wants to swat!

Squib: Wizard-born humans who lack magical powers are called by this term for fireworks that fizzle and disappear.

Thestrals: These (usually) invisible animals get

Rowling has answered a question that puzzled many readers of Phoenix: if Harry saw his parents die, why hadn't he seen the **thestrals** before? She explained that the death has to "sink in" before the creatures become visible.

their name from an Anglo-Saxon word, *thester*, meaning "darkness" or "make dark."

**Widdershins, Willy:** The prankster who plays tricks with Muggle toilets in *Phoenix* gets his unusual last name from a magic ritual. "Widdershins" is an old word meaning counterclockwise, and witches often "walk widdershins"—in a counterclockwise circle—while doing magic.

See also:
**Dumbledore**
**Hogwarts**

# What Makes Harry a Universal Hero?

T HE DETAILS OF HARRY'S LIFE ARE WELL known to his fans. Some of them have even deduced facts J. K. Rowling leaves out, such as the year he was born (see sidebar).

## HARRY THE HERO

But if we understand Harry's character deeply, it is not solely because of the facts. It seems that Harry, for all his unique qualities, is a very familiar hero. He is, from the very start of *Stone*, what readers might call a legendary Lost Prince or Hidden Monarch—just like Oedipus, Moses, King Arthur, and countless others in every culture. He never knew he was a wizard—or even that the magical world existed—before receiving the letter inviting him to Hogwarts.

Making him even more familiar, he is, at least by the Dursleys' strange standards, an Ugly Duckling. They think everything about

Harry's **birthday** is July 31, 1980. The newspaper story about the Gringott's Bank robbery in *Stone* tells the day. The year is revealed by Nearly Headless Nick's 500th Deathday in *Chamber*. It takes place in 1992, and Harry is twelve. J. K. Rowling's birthday is also July 31— but 1966.

him is odd. So they treat him as Cinderella was treated, imprisoning him in a world far less interesting than his birthright, forcing him to sleep under stairs when a four-poster bed awaits him at Hogwarts, and feeding him scraps, which makes him astounded at the abundance of Hogwarts feasts.

### How Harry Sees Himself

Though Harry's introduction to the wizard world instantly offers the recognition he so desperately craves—everybody he meets has already heard of the great Harry Potter—he still feels self-doubt. The lightning scar is not the only mark Voldemort left. There was a deeper consequence to that battle. Some of Voldemort's psyche found its way into Harry. He worries about the question that stumped the Sorting Hat early in *Stone*: is he a Gryffindor, with the virtues that implies, or is he a Slytherin, susceptible to evil? In *Chamber*, Dumbledore explains a view of good and evil that has shades of gray, not just dark and light. The bit of Voldemort in Harry, he explains, simply makes him less conventional and more resourceful than the average Gryffindor. It also helps him understand Voldemort, which is an advantage. In future battles, this extra strength

Rowling has revealed only one thing about the final chapter of Harry's last adventure. The current version of it, kept in a secret place, ends with the word "**scar.**" Does that mean the mark of Voldemort will finally disappear?

and knowledge—for example, the ability to speak with snakes that he gained from contact with Voldemort—will continue to help Harry.

### Bloodlines

Harry's mother, though a powerful witch, was Muggle-born. For those who care about bloodlines, like Draco Malfoy, Harry's status is inferior. But Harry seems, if anything, stronger from coming from mixed blood.

In fact, his conversations with Draco echo an incident in the childhood of another great British wizard, Merlin, in a legend recounted by the early historian Geoffrey of Monmouth: "A sudden quarrel broke out between two of the lads, whose names were Merlin and Dinabutius. As they argued, Dinabutius said to Merlin: 'Why do you try to compete with me, fathead? How can we two be equal in skill? I myself am of royal blood on both sides of my family. As for you, nobody knows who you are, for you never had a father!'"

But Merlin's nemesis, like Draco Malfoy, had a knack for prideful mistakes. His outburst attracted the attention of messengers for King Vortigern, who had been told to find a boy with no father. The young Merlin was brought to the king, and his career began that day.

Is it just a coincidence that Harry's parents lived in **"Godric's Hollow"**? J. K. Rowling suggests not, but won't say more. Perhaps the Potter family home goes back to Godric Gryffindor, and Harry is the heir to Godric's legacy?

## THE HARRY WITH A THOUSAND FACES

Harry's adventures also follow a familiar pattern. Scholar Joseph Campbell wrote at length about "The Hero with a Thousand Faces," the common character central to cultures all over the world. From Odysseus of ancient Greek myth to Luke Skywalker of *Star Wars*, these heroes and their legends bear a striking similarity. Harry makes it a thousand and one.

Campbell summarized those stories this way: "A hero ventures forth from the world of common day into a region of supernatural wonder. Fabulous forces are there encountered and decisive victory is won. The hero comes back from this mysterious adventure with the power to bestow boons on his fellow man."

The hero's journey has three stages, which Campbell labels *Departure*, *Initiation*, and *Return*. Within those stages are common themes. A glance at any of the books reveals evidence of the pattern:



### I. Departure

*The hero is called to adventure.*

*As Campbell describes it, the hero is first seen in our everyday world. He is beginning a new stage in life. A herald may arrive to announce that destiny has summoned the hero.*

The very start of *Stone* fits this design. Harry is suffering a dreary life with the Dursleys when he learns a place is waiting for him at Hogwarts. Because the Dursleys have intercepted previous letters, Hagrid arrives to collect him.

Harry continues to spend summers with the Dursleys, so later books also begin with Harry in the ordinary world.

*The hero may refuse the call to adventure. He may have any number of reasons, from everyday responsibilities to a selfish refusal to help others. But if he does, he will find that he has no choice in the matter.*

Although Harry does not go through this step in *Stone*, he does in later books.

In *Chamber* he is annoyed by the public attention his earlier adventure has created, and craves anonymity. But his intrepid character makes it impossible for him to ignore the mysterious occurrences—which, as destiny would have it, are directed at him.

In *Goblet*, even though he decides not to trick the Goblet of Fire into accepting his entry for the Triwizard Tournament, it selects him anyway.

In *Phoenix*, he is summoned to appear before the Ministry of Magic to face criminal






charges. He cannot avoid a conflict with the bureaucrats angered by his proclamation at the end of *Goblet* that Voldemort is back.

*The hero meets a protector and guide who offers supernatural aid, often in the form of amulets.*

This occurs again and again. In *Stone*, Hagrid has been one of Harry's protectors since birth. He was the wizard who first took Harry to the Dursleys when Harry was a baby. Soon after they meet again, when Harry is on his way to Hogwarts, they visit Diagon Alley, where Hagrid arranges for Harry to buy a wand and other wizarding supplies. As a birthday present, Hagrid also gives him an owl, Hedwig. As well, Dumbledore has been a protector and guide. In *Stone*, he gives Harry the invisibility cloak. And in *Azkaban*, Harry learns that Sirius has been protecting him.

*The hero encounters the first threshold to a new world. The protector can only lead the hero to the threshold; the hero must cross it alone. He may first have to fight or outwit a guardian of the threshold who wants to prevent the crossing.*

The climax of each of Harry's adventures begins with a solitary journey past a threshold. In *Stone*, Ron can help Harry figure out the

right chess moves, and Hermione can help Harry figure out which potions will get him through the black flames, but only Harry can go into the last chamber, where he confronts Quirrell.

In *Chamber*, although he and Ron and Lockhart all travel down the drain to face the basilisk and save Ginny Weasley, Harry must make the final portion of the dangerous journey alone.

In *Phoenix*, Mr. Weasley can lead Harry right to the door of the Wizengamot, but Harry must enter the room alone. The monsters in that room are as bad as those in any secret chamber.

*The hero enters "the Belly of the Whale," a phrase drawn from legends like the story of Jonah to signify being swallowed into the unknown.*

Harry is in "the Belly of the Whale" whether he plunges into the Chamber of Secrets, sneaks into Lupin's hideaway under the Whomping Willow in *Azkaban*, or faces the Wizengamot in the courtroom deep underground that Rowling refers to as a dungeon.

II. Initiation

*The hero follows a road of trials. The setting is unfamiliar. The hero may encounter companions*

In *Alice in Wonderland*, Alice also faces a challenging **chess match**.



_The hero is recognized by or reunited with his father. He comes to understand this source of control over his life._

In every adventure Harry experiences a deeply touching moment of contact with his parents, such as when they appear in the Mirror of Erised in _Stone_ and as ghost images released from Voldemort's wand in _Goblet_. He sees them again when he retrieves Snape's memory from the pensieve in _Phoenix_. That vision suddenly makes clear why Snape has hated him from the moment they met.

_The hero becomes nearly divine. He has traveled past ignorance and fear._

Harry conquers fear in each adventure. Though he seems surprised to do so again and again, he has a sense, which grows after each confrontation with Voldemort, that the Dark Lord will not defeat him. As Dumbledore says at the end of _Goblet_, "You have shouldered a grown wizard's burden and found yourself equal to it." Rowling has Dumbledore make almost the same speech at the end of _Harry Potter and the Order of the Phoenix_: "You rose magnificently to the challenge that faced you . . . You fought a man's fight." Dumbledore is almost unspeakably proud.

who assist him in these trials. Invisible forces may also aid him.

These themes reappear in each book. Harry receives new amulets each time, such as the invisibility cloak in _Stone_ and the Marauder's Map in _Azkaban_. He learns how to call on forces such as his Patronus. In _Phoenix_, he receives training in Occlumency to prevent Voldemort from reading his mind.



Harry's **Patronus** appears as a stag, because that was his father's Animagus form.

_The hero is abducted or must take a journey at night or by sea._

Harry is literally kidnapped in _Goblet_ when he touches the Triwizard Cup, which has been turned into a portkey. In _Phoenix_, he feels as though he has been kidnapped while he sleeps.

_The hero fights a symbolic dragon. He may suffer a ritual death, perhaps even dismemberment._

Harry battles a basilisk, Dementors, and, of course, the greatest symbolic dragon of all— Voldemort.

And it seems that in each adventure Harry suffers new, crippling injuries—for instance, he is literally dismembered in _Chamber_, when his arm breaks during the Quidditch match and his bones are accidentally removed with an incompetent spell.



A commoner may be revealed to be the descendant of a great hero upon receiving the hero's **sword**. King Arthur pulled Excalibur from a stone; in a Norse saga, Sigmund is given a sword by the god Odin, who later gives it to Sigmund's son. Harry pulls Godric Gryffindor's sword from the Sorting Hat. Could it be?

*The hero receives "the ultimate boon," the goal of his quest. It may be an elixir of life. It may be different from the hero's original goal because he is wiser.*

In *Stone*, the Mirror of Erised places "the ultimate boon"—which in fact does make an elixir of life—right in his pocket.

In *Chamber*, he defeats the monster that has lived underneath Hogwarts for decades, saving Ginny Weasley (and countless other students who might have become the basilisk's victims).

In *Azkaban*, he "finds" the prize all the wizards are seeking: Sirius Black. But having learned the truth about Black, he finds a way to spare him an apparently inevitable death sentence—just as if he had given him an elixir of life.

In *Goblet*, the goal is obvious: the victory in the Triwizard Tournament. But what Harry discovers is much deeper. He fights Voldemort wand-to-wand, and escapes death again—this time by virtue of his own skills. He begins to realize just how powerful a wizard he is.

In *Phoenix*, he learns about the powerful prophecy made about him as a baby, finally learning why Voldemort wants to kill him.

### III. Return

*The hero takes a "magic flight" back to his original world. He may be rescued by magical forces. One of his original protectors may aid him. A person or thing from his original world may appear to bring him back.*

Harry is miraculously saved in *Stone*, and travels back while still unconscious.

In *Chamber*, he is rescued by Fawkes. The phoenix brings the Sorting Hat to deliver Gryffindor's sword, then attacks the basilisk.

In *Goblet*, speaking to the image of Cedric Diggory released from Voldemort's wand, Harry makes a solemn commitment to return Diggory's body to Hogwarts. He is then transported back by the Triwizard Cup, which has been turned into a portkey.

In *Phoenix*, Dumbledore turns the head of the wizard from the Ministry's statue into a portkey, then hands it to Harry to magically speed him back to Hogwarts.

*The hero crosses the return threshold. He may have difficulty adjusting to his original life,*

where people will not fully comprehend his experience.

After each school year he must return to the Dursley home on Privet Drive, where understanding is impossible. Even other wizards have trouble comprehending, as J. K. Rowling describes at the end of *Harry Potter and the Prisoner of Azkaban*: "Nobody at Hogwarts now knew the truth of what had happened . . . As the end of term approached, Harry heard many different theories about what had really happened, but none of them came close to the truth." Rowling revisits the same idea at the end of *Harry Potter and the Order of the Phoenix*: "Perhaps the reason he wanted to be alone was because he felt isolated from everybody since his talk with Dumbledore. An invisible barrier separated him from the rest of the world."

*The hero becomes master of two worlds: the everyday world, which represents his material existence; and the magical world, which signifies his inner self.*

Simply being in the presence of Voldemort is the worst nightmare of most wizards. But Harry has been there often, seeing things no other wizard has seen. These encounters have made him aware of a part of his psyche that

other wizards never consider. One can be sure that eventually—even if he is doubtful—these experiences will help him become a greater wizard than even Dumbledore. (No doubt Dumbledore is aware of this, and pleased by it.)

*The hero has won the freedom to live. He has conquered the fears that prevent him from living fully.*

Fear, we are told, is Harry's greatest enemy—even greater than Voldemort. Professor Lupin did not let Harry practice fighting the boggart because he did not want an image of Voldemort flying through Hogwarts. But Harry tells him, "I didn't think of Voldemort . . . I remembered those Dementors." Lupin is impressed by Harry's insight. "That suggests that what you fear most of all is fear. Very wise, Harry" (*Harry Potter and the Prisoner of Azkaban* by J. K. Rowling).



## Acting the Hero

In *Harry Potter and the Order of the Phoenix*, Rowling herself pokes a bit of fun at the repetition of these ideas: Ron challenges Harry about "acting the hero" and Hermione asks if he might have a "saving-people thing." But Rowling does not follow a step-by-step diagram. These patterns appear in each of

Rowling's books, as they have in mythology and folklore for centuries, because the quest of heroes stays the same. To battle the dark forces in the world, heroes must face the dark forces within, and rediscover in each adventure that they are worthy of victory. We understand Harry because, as Campbell says, "every one of us shares the supreme ordeal."

See also:
**Dumbledore**
**Voldemort**

# EXHIBIT B

Author:BENSON KRISTINA    Title:THE UNOFFICIAL HARRY POTTER EN    Publisher:LIGHTNING SOURCE INC/LSI    Format: Trade Paperback

| Week Ending | Weekly Sales | YTD Sales |
| --- | --- | --- |
| 2/3/2008 | 1 | 5 |
| 1/27/2008 | 0 | 4 |
| 1/20/2008 | -1 | 4 |
| 1/13/2008 | 4 | 5 |
| 1/6/2008 | 1 | 1 |

| Week Ending | Weekly Sales | YTD Sales |
| --- | --- | --- |
| 12/30/2007 | 3 | 208 |
| 12/23/2007 | 40 | 205 |
| 12/16/2007 | 33 | 165 |
| 12/9/2007 | 24 | 132 |
| 12/2/2007 | 18 | 108 |
| 11/25/2007 | 15 | 90 |
| 11/18/2007 | 5 | 75 |
| 11/11/2007 | 10 | 70 |
| 11/4/2007 | 7 | 60 |
| 10/28/2007 | 2 | 53 |
| 10/21/2007 | 2 | 51 |
| 10/14/2007 | 1 | 49 |
| 10/7/2007 | 9 | 48 |
| 9/30/2007 | 5 | 39 |
| 9/23/2007 | 4 | 34 |
| 9/16/2007 | 6 | 30 |
| 9/9/2007 | 2 | 24 |
| 9/2/2007 | 3 | 22 |
| 8/26/2007 | 2 | 19 |
| 8/19/2007 | 5 | 17 |
| 8/12/2007 | 4 | 12 |
| 8/5/2007 | 6 | 8 |
| 7/29/2007 | 2 | 2 |
| 7/22/2007 | 0 | 0 |
| 7/15/2007 | 0 | 0 |
| 7/8/2007 | 0 | 0 |
| 7/1/2007 | 0 | 0 |
| TOTAL SALES | | 213 |

# EXHIBIT C

Author:BOYLE FIONNA   Title:AN UNOFFICIAL MUGGLE'S GUIDE T   Publisher:INDEPENDENT PUBL GROUP   Format: Trade Paperback

| Week Ending | Weekly Sales | YTD Sales | |
|---|---|---|---|
| 2/3/2008 | | 2 | 2 |
| 1/27/2008 | | 0 | 0 |
| 1/20/2008 | | 0 | 0 |
| 1/13/2008 | | 0 | 0 |
| 1/6/2008 | | 0 | 0 |
| **Week Ending** | **Weekly Sales** | **YTD Sales** | |
| 12/30/2007 | | 0 | 55 |
| 12/23/2007 | | 0 | 55 |
| 12/16/2007 | | 1 | 55 |
| 12/9/2007 | | 8 | 54 |
| 12/2/2007 | | 1 | 46 |
| 11/25/2007 | | 0 | 45 |
| 11/18/2007 | | 0 | 45 |
| 11/11/2007 | | 0 | 45 |
| 11/4/2007 | | 0 | 45 |
| 10/28/2007 | | 0 | 45 |
| 10/21/2007 | | 0 | 45 |
| 10/14/2007 | | 0 | 45 |
| 10/7/2007 | | 0 | 45 |
| 9/30/2007 | | 0 | 45 |
| 9/23/2007 | | 0 | 45 |
| 9/16/2007 | | 0 | 45 |
| 9/9/2007 | | 0 | 45 |
| 9/2/2007 | | 0 | 45 |
| 8/26/2007 | | 0 | 45 |
| 8/19/2007 | | 2 | 45 |
| 8/12/2007 | | 0 | 43 |
| 8/5/2007 | | 1 | 43 |
| 7/29/2007 | | 0 | 42 |
| 7/22/2007 | | 2 | 42 |
| 7/15/2007 | | 2 | 40 |
| 7/8/2007 | | 2 | 38 |
| 7/1/2007 | | 0 | 36 |
| 6/24/2007 | | 0 | 36 |
| 6/17/2007 | | 1 | 36 |
| 6/10/2007 | | 1 | 35 |
| 6/3/2007 | | 0 | 34 |
| 5/27/2007 | | 1 | 34 |
| 5/20/2007 | | 0 | 33 |
| 5/13/2007 | | 0 | 33 |
| 5/6/2007 | | 0 | 33 |
| 4/29/2007 | | 1 | 33 |
| 4/22/2007 | | 0 | 32 |
| 4/15/2007 | | 2 | 32 |
| 4/8/2007 | | 0 | 30 |
| 4/1/2007 | | 0 | 30 |
| 3/25/2007 | | 0 | 30 |
| 3/18/2007 | | 2 | 30 |
| 3/11/2007 | | 5 | 28 |
| 3/4/2007 | | 3 | 23 |
| 2/25/2007 | | 6 | 20 |
| 2/18/2007 | | 2 | 14 |
| 2/11/2007 | | 2 | 12 |
| 2/4/2007 | | 2 | 10 |
| 1/28/2007 | | 3 | 8 |
| 1/21/2007 | | 0 | 5 |
| 1/14/2007 | | 0 | 5 |
| 1/7/2007 | | 5 | 5 |
| **Week Ending** | **Weekly Sales** | **YTD Sales** | |
| 12/31/2006 | | 5 | 287 |
| 12/24/2006 | | 2 | 282 |
| 12/17/2006 | | 4 | 280 |
| 12/10/2006 | | 3 | 276 |
| 12/3/2006 | | 1 | 273 |
| 11/26/2006 | | 1 | 272 |
| 11/19/2006 | | 5 | 271 |
| 11/12/2006 | | 2 | 266 |
| 11/5/2006 | | 2 | 264 |

| Week Ending | Weekly Sales | YTD Sales | EDUC JNF |
|---|---|---|---|
| 10/29/2006 | 0 | 262 | |
| 10/22/2006 | 3 | 262 | |
| 10/15/2006 | 3 | 259 | |
| 10/8/2006 | 0 | 256 | |
| 10/1/2006 | 1 | 256 | |
| 9/24/2006 | 0 | 255 | |
| 9/17/2006 | 1 | 255 | |
| 9/10/2006 | 0 | 254 | |
| 9/3/2006 | 4 | 254 | |
| 8/27/2006 | 2 | 250 | |
| 8/20/2006 | 2 | 248 | |
| 8/13/2006 | 4 | 246 | |
| 8/6/2006 | 3 | 242 | |
| 7/30/2006 | 4 | 239 | |
| 7/23/2006 | 2 | 235 | |
| 7/16/2006 | 5 | 233 | |
| 7/9/2006 | 5 | 228 | |
| 7/2/2006 | 5 | 223 | |
| 6/25/2006 | 11 | 218 | |
| 6/18/2006 | 9 | 207 | |
| 6/11/2006 | 3 | 198 | |
| 6/4/2006 | 5 | 195 | |
| 5/28/2006 | 1 | 190 | |
| 5/21/2006 | 3 | 189 | |
| 5/14/2006 | 8 | 186 | |
| 5/7/2006 | 4 | 178 | |
| 4/30/2006 | 5 | 174 | |
| 4/23/2006 | 9 | 169 | |
| 4/16/2006 | 5 | 160 | |
| 4/9/2006 | 8 | 155 | |
| 4/2/2006 | 10 | 147 | |
| 3/26/2006 | 8 | 137 | |
| 3/19/2006 | 7 | 129 | |
| 3/12/2006 | 9 | 122 | |
| 3/5/2006 | 4 | 113 | |
| 2/26/2006 | 23 | 109 | |
| 2/19/2006 | 12 | 86 | |
| 2/12/2006 | 5 | 74 | |
| 2/5/2006 | 14 | 69 | |
| 1/29/2006 | 12 | 55 | |
| 1/22/2006 | 9 | 43 | |
| 1/15/2006 | 18 | 34 | |
| 1/8/2006 | 16 | 16 | |
| Week Ending | Weekly Sales | YTD Sales | EDUC JNF |
| 1/1/2006 | 38 | 10,251 | 0 |
| 12/25/2005 | 73 | 10,213 | 0 |
| 12/18/2005 | 78 | 10,140 | 0 |
| 12/11/2005 | 76 | 10,062 | 0 |
| 12/4/2005 | 54 | 9,986 | 0 |
| 11/27/2005 | 66 | 9,932 | 0 |
| 11/20/2005 | 57 | 9,866 | 0 |
| 11/13/2005 | 59 | 9,809 | 0 |
| 11/6/2005 | 39 | 9,750 | 0 |
| 10/30/2005 | 31 | 9,711 | 0 |
| 10/23/2005 | 59 | 9,680 | 0 |
| 10/16/2005 | 51 | 9,621 | 0 |
| 10/9/2005 | 39 | 9,570 | 0 |
| 10/2/2005 | 38 | 9,531 | 0 |
| 9/25/2005 | 51 | 9,493 | 0 |
| 9/18/2005 | 53 | 9,442 | 0 |
| 9/11/2005 | 59 | 9,389 | 0 |
| 9/4/2005 | 76 | 9,330 | 0 |
| 8/28/2005 | 110 | 9,254 | 0 |
| 8/21/2005 | 172 | 9,144 | 0 |
| 8/14/2005 | 258 | 8,972 | 0 |
| 8/7/2005 | 264 | 8,714 | 0 |
| 7/31/2005 | 409 | 8,450 | 43 |
| 7/24/2005 | 422 | 8,041 | 21 |
| 7/17/2005 | 751 | 7,619 | 8 |
| 7/10/2005 | 126 | 6,868 | 0 |

| Week Ending | Weekly Sales | YTD Sales | EDUC JNF |
|---|---|---|---|
| 7/3/2005 | 78 | 6,742 | 0 |
| 6/26/2005 | 116 | 6,664 | 0 |
| 6/19/2005 | 93 | 6,548 | 0 |
| 6/12/2005 | 88 | 6,455 | 0 |
| 6/5/2005 | 117 | 6,367 | 0 |
| 5/29/2005 | 77 | 6,250 | 0 |
| 5/22/2005 | 104 | 6,173 | 0 |
| 5/15/2005 | 109 | 6,069 | 0 |
| 5/8/2005 | 111 | 5,960 | 0 |
| 5/1/2005 | 175 | 5,849 | 0 |
| 4/24/2005 | 208 | 5,674 | 32 |
| 4/17/2005 | 217 | 5,466 | 33 |
| 4/10/2005 | 256 | 5,249 | 19 |
| 4/3/2005 | 357 | 4,993 | 9 |
| 3/27/2005 | 402 | 4,636 | 16 |
| 3/20/2005 | 343 | 4,234 | 16 |
| 3/13/2005 | 348 | 3,891 | 15 |
| 3/6/2005 | 352 | 3,543 | 14 |
| 2/27/2005 | 397 | 3,191 | 15 |
| 2/20/2005 | 343 | 2,794 | 22 |
| 2/13/2005 | 382 | 2,451 | 19 |
| 2/6/2005 | 336 | 2,069 | 24 |
| 1/30/2005 | 380 | 1,733 | 18 |
| 1/23/2005 | 420 | 1,353 | 11 |
| 1/16/2005 | 430 | 933 | 12 |
| 1/9/2005 | 503 | 503 | 9 |
| **Week Ending** | **Weekly Sales** | **YTD Sales** | **EDUC JNF** |
| 1/2/2005 | 1,020 | 8,370 | 5 |
| 12/26/2004 | 1,084 | 7,350 | 12 |
| 12/19/2004 | 906 | 6,266 | 16 |
| 12/12/2004 | 708 | 5,360 | 16 |
| 12/5/2004 | 552 | 4,652 | 17 |
| 11/28/2004 | 456 | 4,100 | 14 |
| 11/21/2004 | 366 | 3,644 | 21 |
| 11/14/2004 | 369 | 3,278 | 17 |
| 11/7/2004 | 318 | 2,909 | 18 |
| 10/31/2004 | 345 | 2,591 | 16 |
| 10/24/2004 | 337 | 2,246 | 16 |
| 10/17/2004 | 447 | 1,909 | 11 |
| 10/10/2004 | 436 | 1,462 | 13 |
| 10/3/2004 | 462 | 1,026 | 11 |
| 9/26/2004 | 376 | 564 | 18 |
| 9/19/2004 | 187 | 188 | 0 |
| 9/12/2004 | 1 | 1 | 0 |
| 9/5/2004 | 0 | 0 | 0 |
| **TOTAL SALES** | | **18,965** | |

# EXHIBIT D

# The Law Office of David S. Hammer

99 Park Avenue, Suite 1600 • New York, New York 10016 • (212) 941-8118 • (fax) (212) 557-0565

February 25, 2008

By Fax

Honorable Robert P. Patterson
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Warner Bros. Entertainment, Inc. et. al. v. RDR Books, 07 Civ. 9667 (RPP)

Dear Judge Patterson:

I write to correct a statement in the memorandum of law that defendant RDR Books submitted in opposition to plaintiffs' motion for a preliminary injunction. The memorandum stated that:

> It is far too late, however, for Ms. Rowling to publish the first Potter companion book, or even the first Harry Potter lexicon. Nearly 200 Harry Potter companion guides already have been published, many of which incorporate A to Z listings in a manner that closely resembles the Lexicon's. *See* Harris Dec. at ¶¶ 3 - 9; Malhotra Dec. at ¶ 7. Defendant RDR provides with its supporting papers six Harry Potter companion books that incorporate extensive lexicons; each was published since 2004, and is available in New York City. *See* Harris Dec., Exhibits 1- 6. No injunction can undo that.

Defendant's Memorandum of Law at 2-3.

It now appears that, of the "six Harry Potter companion books that incorporate extensive lexicons" referred to in the Harris Declaration, three have been withdrawn from the market, apparently at the insistence of one or both plaintiffs in the present case. These three include: (1) Harry Potter A to Z, The Unofficial Harry Potter Encyclopedia, by Kristina Benson, published by Equity Press in 2007 and attached as Exhibit 1 to the Harris Declaration (the "Benson Book"); (2) The J.K. Rowling Encyclopedia, by Connie Ann Kirk, published by a division of Houghton Mifflin in 2006 and attached as Exhibit 3 to the Harris Declaration (the "Kirk Book"), and (3) A Muggle's Guide to the Wizarding World, by Fionna Boyle, published by ECW Press in 2004 and attached as Exhibit 4 to the Harris Declaration (the "Boyle Book").

The quoted passage in defendant's memorandum is technically accurate: each of the six books listed in the Harris Declaration was available for purchase at the time defendant submitted its opposition papers. Thus, in helping prepare those papers, my interns and I reviewed approximately 15 Harry Potter companion books that were available in New York retail stores, or through on-line suppliers. We then selected the six that most closely resembled The Lexicon, outlined these six for the Harris Declaration, and scanned significant portions of each book for submission to the Court as exhibits. Nothing in the stores in which the books were purchased, or on the websites of the on-line suppliers, indicated that any of the books had been withdrawn from the market or was otherwise unavailable.

Last week, Roger Rapoport (the owner of defendant RDR Books) and I began calling the publishers of the six books, as part of our preparation for the upcoming hearing. During those calls, we learned that three of the six books had been pulled from the market, apparently at the insistence of plaintiff Rowling. Thus:

1.  The Benson Book: James Stewart, the owner of Equity Press, told me that in January 2008 – after the present case had commenced – his company received a letter from Pryor Cashman, LLP. Pryor Cashman informed Mr. Stewart that it represented both Ms. Rowling and Warner Bros. Entertainment, Inc., and then demanded that Equity Press "cease and desist" publication of the Benson Book on the grounds of copyright and trademark infringement. Equity Press, a very small publisher, denied that it had infringed any rights of either plaintiff, but agreed to withdraw the Benson Book from the market.

2.  The Kirk Book: An executive at Houghton Mifflin, publishers of the Kirk Book, told Mr. Rapoport that the Kirk Book had been withdrawn from the market at the insistence of Ms. Rowling. I then called Cowan, Liebowitz and Latman, which represents Houghton Mifflin, and spoke to Richard Dannay, Esq. Mr. Dannay told me the Kirk Book was "out of print", but would not answer any questions about the circumstances under which it had gone out of print, because of a "confidentiality agreement" that had been reached with unidentified parties.

3.  The Boyle Book: Jack David, co/publisher of the Boyle Book, informed Mr. Rapoport that the Boyle Book had been withdrawn from the market in 2005 on the demand of counsel for Ms. Rowling.

It appears therefore that these three books, although technically available in January 2008 when defendant was preparing its opposition papers, have been withdrawn from the market by their respective publishers. It also appears that the books were withdrawn at the insistence of one or both plaintiffs. Finally, it appears that the remaining three books attached as exhibits 2, 5 and 6 to the Harris Declaration remain available for purchase.

Sincerely yours,

David S Hammer

David S. Hammer
Attorney for Defendant
RDR Books

cc: Dale M. Cendali
O'Melveny & Myers, LLP

Attorney for Plaintiffs Warner Bros.
Entertainment, Inc. and J. K. Rowling

3

# EXHIBIT E

**From:** Roger Rapoport <roger@rdrbooks.com>
**Subject:** **book 7 updates and the website**
**Date:** September 9, 2007 3:36:22 PM EDT
**To:** Steve Ark Vander <svderark@i2k.com>



Dear Steve:

Remember, Mugglenet would love to see your book 7 material on the web. I would appreciate it if you would not put the book 7 updates on your website until after your book has been out for awhile. Sound like a good idea?

Roger
Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com
www.rdrbooks.com

# EXHIBIT F



harrypotteranonymous - Message - RE: [harrypotteranonymous] new Harry Potter website - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back ▾   Address http://groups.yahoo.com/group/harrypotteranonymous/message/2803

Yahoo! My Yahoo! Mail   Make Y! your home page

**YAHOO! GROUPS**

Search ▾ | Go | Links » | Web Search

Groups Home - Blog - Help

[Sign Out, My Account]

Your new TV is only as good
as the network it's hooked up to.

verizon
Experience FIOS

FIOS TV.
Pure Hi-Def
Quality.

Start a Group | My Groups

**harrypotteranonymous**   Are you past the 'target age' of 9-12 for the Harry Potter books? Wish you could discuss the finer, in depth points of the book.

Search for other groups.   | Search |

| Home | **Messages** |
| Messages | Messages Help |

**Members Only**

Message #     | Go | Search     Advanced

Topic List   < Prev Topic | Next Topic >

**Re: [harrypotteranonymous] Names**

Reply | Forward     < Prev Message | Next Message >

- Post
- Files
- Photos
- Links
- Database
- Polls
- Members
- Calendar
- Promote

**Yahoo! Groups Tips**

Did you know...
Want your group to be
featured on the Yahoo!
Groups website? Add a
group photo to Flickr.

**Best of Y! Groups**

Check them
out and
nominate your
group

RE: [harrypotteranonymous] new Harry Potter website

> Maybe Scholastic should
> contact you
> about publishing a Harry Potter Index!>

Thanks for you kind words. From what I hear, JKR herself has talked about
doing an encyclopedia of the HP Universe when she gets through all 7 books.
If she decides not to, hey, I'm ready to go! :)

Steve

The Harry Potter Lexicon
http://www.i2k.com/~svderark/lexicon/

Steve Vander Ark
Library Media Specialist
Byron Center Christian School
Byron Center, Michigan>

Wed Jul 26, 2000 8:27 pm

▷ Show Message Info

"Steve Vander Ark"
<vderark@...>
vderark@...
■ Send Email

# EXHIBIT G

Yahoo! My Yahoo! Mail    Make Y! your home page

Search: [          ]    **Web Search**

 **GROUPS**   [Sign Out, My Account]

Groups Home - Blog - Help

**WATCH THE LATEST MOVIE TRAILERS.**    YAHOO! MOVIES

| Group Member  · Edit Membership                                      Start a Group | My Groups

**✦OFFICIAL✦ HPforGrownups** · HP (Harry Potter) for Grownups    [Search for other groups...]    Search

| **Messages** | | Messages Help |

- Home
- Messages
  - Post
- Files
- Photos
- Links
- Database
- Polls
- Members
- Calendar

Message # [     ]    **Go** Search: [        ]    **Search** Advanced    Start Topic

### Re: New issue of Entertainment Weekly reviews HPProducts    Message List

Reply | Forward    **Message #6933** of 178967 < Prev | Next >

**Yahoo! Groups Tips**

**Did you know...**
Real people. Real stories.
See how Yahoo! Groups
impacts members
worldwide.

**Best of Y! Groups**

 Check
them out
and
nominate
your
group.

#### Re: Beacham book

--- In HPforGrownups@egroups.com, Amanda Lewanski <editor@t...> wrote:
> Steve Vander Ark wrote:
>
> > You know, I've been toying with the idea of approaching Scholastic
> > about doing an annotated HP series. I think that would be very
cool...
>
> In all seriousness, why not publish the Lexicon? Donate the
proceeds to
> JKR's favorite charity or something, but people would love it.
Thoughts?
>
> --Amanda

Well, technically speaking, the Lexicon IS published.

JKR herself said that she was going to do her own encyclopedia when
the series is done and that fans should "accept no substitutes." The
publishers of the Beacham book were sued by Scholastic etc but it
failed to stop the book going to press. I don't want to offend anyone
or cause problems, especially with Jo. I would love to have her give
her blessing to such a project (I have these fond little daydreams of
getting email from her one day saying she liked the Lexicon and
offering suggestions). But without her permission, I won't publish it
in any form except online. She's entitled to that market, not me and
not the Beacham author. I'm just filling in until she gets time to do
it (or wants to hire me to do it for her! Now THERE'S a thought!!!)

Steve Vander Ark
The Harry Potter Lexicon
http://www.i2k.com/~svderark/lexicon

Thu Dec 14, 2000 1:08 pm

▷ Show Message Option

**"Steve Vander Ark"**
**<vderark@...>**
vderark@...
■ Send Email

[    ] Forward    **Message #6933** of 178967 < Prev | Next >

Expand Messages    Author    Sort by Date

**Re: New issue of Entertainment Weekly reviews HPProducts**    Penny & Bryce Linsenm...    Dec 10, 2000
Hi -- ... Yes, I'll be happy to do that! Send me the address where it should be    pennylin@...    4:59 pm
sent in case I forget to go buy a copy of EW this week -- Is the Beacham book...    ■

Copyright © 2007 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

# EXHIBIT H



Dear Peter:

There are a couple of editorial issues I want to discuss in our phone conversation Wednesday. The author feels, and I agree, that the book should focus on the fictional world of Harry Potter. The real world of J.K. Rowling, the movie stars, etc. will not be included in this book. Also we will be submitting the file ready to be paginated. This material has been extensively proofread and should not require additional editing at your offices. The author and our editors are ready to help with any questions or concerns you might have. I think it is important that this book not resemble the cover or type design of any of the potter books. Similarly any interior art used should have a different look.

I am thinking of creating a series name along the lines of Vander Ark's Harry Potter Lexicon. Steve Vander Ark, who created the lexicon is a rock star at academic Harry Potter conferences, not to mention fan events. Rowling herself is a fan. In the Potter name his an Elvis like figure. I am sure he will continue to attract huge audiences everywhere he goes. This will be great for the book.

We also need to discuss hardcover and softcover. Personally, I'm in favor of starting in hardcover, if there is time to get the job done.

Let's talk about this tomorrow.

Roger

Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com

RDR 0941

www.rdrbooks.com

West Coast Office
2415 Woolsey Street
Berkeley, CA 94705

RDR 0942

# EXHIBIT I



# HP FAN TRIPS

**2008 | Reservations | FAQ | About Us | Contact**




*thanks to our partners…*



## The Ultimate Tour
## With Steve Vander Ark

July 14-23, 2008 · 10 days/9 nights
$4499 per person (dbl occupancy) plus airfare
Discount: $650 third person only when sharing triple room
Single Supplement: $1300

This tour includes a detailed and luxurious visit to as many *Harry Potter* film locations as possible! The itinerary has been specially designed with adult and teen fans in mind, offering an exciting exploration of London, Oxford, the Scottish Highlands, Alnwick Castle and Edinburgh through the eyes of *Harry Potter*, ghosts and goblins and legends of this land which have inspired writers for centuries. Traveling with renowned *Potter* expert Steve Vander Ark will not only provide lively discussion but open your eyes to many new insights! From the journey on a one-of-a-kind vintage steam train to the knock-your-socks-off exclusive banquet at Edinburgh Castle, you're sure to be enchanted with this "kingdom."

Included:

- Nine nights accommodations at 4 and 5-star hotels including hotel used by cast and crew in the Scottish Highlands
- Transfer from Oxford to Highlands of Scotland
- Daily services of a Professional Guide
- Exclusive use of Edinburgh Castle for a "Hogwarts"-style Banquet including
  - Exclusive Steve Vander Ark presentation in the Great Hall

## HP Fan Trips™

- **No Interest for 90 Days**
- What's New for 2008
- Tour Archives

**London/Oxford/Scotland**
(July 14-23, 2008)

- See It All

**MuggleNet.com**
(July 14-23, 2008)

- For Fans of the Web Site

**Oxford/Scotland Family**
(July 15-23 2008)

- For Families

**London/Scotland Family**
(July 15-23, 2008)

- For Families

## School of Witchcraft & Wizardry
(July 23-27, 2008)

- ■ All Fans

## HP6 - London Movie Premiere
(Nov 20-24, 2008)

- ■ All Fans

---

Refer a Wizard to HP Fan Trips for a chance to win BBT Travel Bucks. Details can be found <u>here.</u>

---

**Edinburgh Castle was outstanding! Better than we had imagined. It is the part I will ALWAYS remember!**
Betsie W, OR

Read what Fans are saying...

---

**Amount:**
1

**From:**
US Dollar
**Currency Information**

**To:**
Euro
**Currency Information**

Convert | Historic

---

- o Meet MuggleNet VIP Jamie Lawrence, co-author of New York Times Bestseller, "MuggleNet.com's What Will Happen in Harry Potter 7?"
  - o Entertainment in Crown Square
  - o Private tours of exhibition areas
- Ride on Locomotive #5972, the train used as the "Hogwarts Express" in the filming of the Harry Potter movies
- Professional Storyteller for portions of the trip
- Panoramic tour of London
- Coach tour of London area Harry Potter film locations
- Tour of Oxford and Harry Potter film locations including admissions to Christ Church and New College
- Coach tour including Gloucester Cathedral and Lacock Abbey including admissions
- Tour of Black Park filming locations
- Special private movie showing at the Scotsman Hotel in Edinburgh
- Cruise on the Thames (as seen in the 5th movie)
- Choice of Hike to Film Locations or alternative activity
- Pajama Party with Storytellers
- Admissions to Alnwick Castle including lunch
- HP Fan Trips' Wizarding Game, inspired by Harry's favorite sport, at Alnwick - site of flying lessons in HP movie
- 15 meals, including "Hogwarts"-style banquet at Edinburgh Castle
- Transfers as noted on itinerary
- Baggage Handling
- Gratuities to Driver
- Limited Edition Alivan's wands

**July 14 (Day One) - Arrive in London, Orientation and Welcome Dinner**

Meals - Dinner
Lodging - 4-star London Hotel



Your adventure begins upon your arrival in Heathrow or Gatwick Airport. Included in your tour is a Heathrow Express or Gatwick Express train ticket - travel at your convenience to the Heathrow express terminal in Paddington Station or the Gatwick Express terminal at Victorial Station. We will gather in the afternoon for an Orientation, meet your Host, Steve Vander Ark, and distribute final documents. Tonight we will enjoy a welcome dinner together getting to know our travel companions for the trip.

**July 15 (Day Two) - Panoramic London Tour, Cruise the Thames**

Meals - Breakfast
Lodging - 4-star London Hotel



After breakfast our morning begins with a private coach that will whisk you around London for a panoramic tour of the most well-known London sites as well as the major *Harry Potter* film locations.

Following lunch on your own, we head out for a cruise on the Thames. Part of the filming for *Order of the Phoenix* has Harry and friends pursued by their adversaries down the Thames, passing many of the most famous sites in London. Enjoy the rest of the afternoon in London and have dinner at your leisure in one of the many spectacular restaurants London has to offer.

**July 16 (Day Three) - Drive to Oxford, Black Park, Christ Church College**

Meals - Breakfast
Lodging - 5-star Oxford Hotel

**Result:**

**GO CURRENCY.com**



We leave London today and head to Oxford and other destinations west. On our drive to Oxford we will stop for a short visit to Black Park. We will also pass by Leavesden Studios where the *Harry Potter* films are made. Lunch at your leisure in Oxford. After lunch, enjoy a walking tour of Oxford including Christ Church College, New College and other film locations.

Spend the rest of the afternoon with your guide and host on a walking tour of Oxford including Christ Church College, New College and other film locations. We will meet back at the Hotel for a lecture with Robin Briggs, Oxford Professor, who will briefly discuss the history of witches and wizards based on his studies of witchcraft trials across Europe between the years of 1400 and 1700. Much of the session will be reserved for your questions and special interests.

**July 17 (Day Four) - Gloucester Cathedral, Lacock Abbey**

Meals - Breakfast
Lodging - 5-star Oxford Hotel

A full day is planned as we head to Gloucester Cathedral and Lacock Abbey before returning to Oxford. Spend the afternoon at your leisure exploring the wonders of Oxford. Your guide will be more than happy to direct you to fantastic locations including Pitt Rivers Museum, beautiful parks, and the Museum of Natural History.

Impressive Gloucester Cathedral has been a place of worship for more than 1,300 years and with its stunning Gothic architecture remains the centerpiece of Gloucester itself. The cloisters are regarded as one of the most beautiful architectural gems in Britain and the cathedral provides the backdrop for several key scenes in the first two movies. Pupils from King's School, which adjoins the cathedral, were used as extras. In the first movie it was home to the corridor of the Fat Lady's portrait and it featured heavily in the 'Troll Scene'. In the second movie it featured a corridor where the bloodstained writing appeared, informing the school of the opening of the "Chamber of Secrets."

The coaches then will drive us to the lovely medieval village of Lacock which is also the location of picturesque 13th century Lacock Abbey. The Abbey provided locations for various interior scenes at "Hogwarts School" and most recently, for upcoming *Half-Blood Prince* footage. We will then return to Oxford where you can enjoy some time to explore and dinner on your own.





**July 18 (Day Five) - Travel North to the Scottish Highlands**

**Meals - Breakfast, Lunch, Dinner**
**Lodging - 4-star Glencoe Hotel (where cast & crew stayed!)**



Your transfer is included to the beautiful Scottish Highlands which is full of romance, mystery and many Harry Potter filming locations. You will enjoy the beauty and charm of the Highlands and its people as we travel to our next magical destination on your HP 2008 tour. Lunch is included. Early evening arrival into Fort William, Scotland.

Your hotel in Fort William was the choice of Warner Bros. for cast and crew during filming of the *Harry Potter* movies in The Scottish Highlands. Beautiful scenery, quiet location, absolutely perfect location!

**July 19 (Day Six) - Hike Steall Falls, a day of movie locations in the Highlands, Pajama Party**

**Meals - Breakfast, Dinner**
**Lodging - 4-star Glencoe Hotel**



Stretch your legs and get ready for our morning hike to Steall Falls, the site of the dragon scene from *Harry Potter and the Goblet of Fire*. This is a beautiful hike taking approximately one to one and a half hours each way from the trail head to the Falls. (We strongly recommend "light hiking boots" for this activity.) After reaching the Falls, there are plenty of opportunities for photos, having a snack break, perhaps even crossing the short wire bridge to get a closer look at the Falls. After returning to the trailhead, the hiking group will travel to the Glenfinnan Viaduct for some wonderful photos of the viaduct which is prominently featured in the *Harry Potter* films. Glencoe will be our last stop today where we can take a walk up the hill which was host to "Hagrid's Hut," pumpkins and magical creatures. You might want to stop in at the Inn directly

across the road from the filming location â€" surely the cast and crew had more than a few pints at this charming location while working on the film. Have a drink, or if space permits, lunch at this friendly Inn best known for its award-winning local brews.



For those not taking the hike to Steall Falls, the morning will include a visit to the filming location of "Hagrid's Hut" and the pumpkin/"Hippogriff" scenes in *Prisoner of Azkaban*. Take a short walk up the hill to where the buildings and other props were built and get a view of beautiful Glencoe as the actors did. (Props are no longer on the site.) Afternoon activities for those not doing the Steall Falls hike include a tour of the Ben Nevis Distillery, and a short visit to Old Inverlochy Castle and then a visit to some more filming locations (this area is rich in *Harry Potter* filmography!).

You will be transferred back to the hotel where you can enjoy a wonderful dinner (included) at the hotel. Later that evening we will enjoy a fun-filled pajama party in the lobby of the hotel with lots of exciting activities.

**July 20 (Day Seven) - Ride on the Olton Hall, Engine #5972**

**Meals - Breakfast**
**Lodging - 5-star Edinburgh Hotel**

Enjoy sleeping in today as we have a late start this morning. Arrive at the train depot by 9:30 a.m. for a magical journey on Olton Hall, Engine #5972! Travel through the Highlands, take loads of pictures, sit in the very carriages used in the movies, and enjoy a fantastic day with all of the HP Fan Tripers! Entertainment during the journey will be provided by our professional storytellers. You also will have the opportunity to enjoy lunch on

your own in historic Mallaig, a charming fishing village on the coast of Scotland where the train will make a stop. Return to Fort William late afternoon for the coach transfers to Edinburgh. Share stories of your adventures or just catch up on some sleep during the ride through the beautiful Scottish countryside.

Dinner on your own.

**July 21 (Day Eight) - Alnwick Castle, Land Based Wizarding Game, Private Movie Viewing!**

Meals - Breakfast, Lunch
Lodging - 5-star Edinburgh Hotel



Morning departure for a fun adventure at Alnwick Castle, a film location for the first two *Harry Potter* movies. Your coach will whisk you in comfort into England and the village of Alnwick. Here you will gaze upon the scenery used for Harry's first flying lesson. Competitions will be held throughout the day as fans play HP Fan Trips' very popular land-based wizarding game, inspired by Harry's favorite sport. We encourage you to take the

"Broomsticks & Battleaxe Tour" which is guided by the Castle staff. Lunch at the castle is included. If you wish, you may explore the gardens at your leisure. Alnwick Garden has free admission for those under 16 years of age - admission not included for adults.

Alnwick Castle is the second largest inhabited such structure in England after Windsor Castle, and has been home to the Percys, Earls and Dukes of Northumberland since 1309.

After a day exploring the castle we will return to Edinburgh where you can enjoy dinner on your own. Special arrangements have been made for an exclusive late night movie showing in the private screening room at the Scotsman Hotel â€" come in pajamas and slippers or just as you are for a great time, only for The Ultimate Tour participants.

**July 22 (Day Nine) - A day in Edinburgh, Banquet and Gala at Edinburgh**

## Castle, Presentation by Steve Vander Ark

Meals - Breakfast, Dinner
Lodging - 5-star Edinburgh Hotel

Spend your day visiting an array of Edinburgh attractions on your own. Be sure to visit the Camera Obscura and its amazing optical illusion displays, dare to enter the Edinburgh Dungeon or take an Edinburgh Literary Pub Tour. Be sure to stop at the cafe where J. K. Rowling spent time while writing the first adventures of our favorite wizard.



Don't forget to save time to prepare for our final night gala at Edinburgh Castle! The Castle is exclusively ours tonight as we hear a fascinating presentation from renowned *Harry Potter* expert Steve Vander Ark in the Great Hall (the location where Rowling read from *Harry Potter and the Half-Blood Prince* as a kick-off to the worldwide book launch), take private tours of the Scottish Crown Jewels and other exhibition areas of the castle, and feast on a fabulous banquet! During the evening, be sure to meet Jamie Lawrence, MuggleNet VIP and co-author of the New York Times Bestseller "MuggleNet.com's What Will Happen in Harry Potter 7?" End the night with music, dancing, and a party in Crown Square in the heart of the Castle!

## July 23 (Day Ten) - Journey Home

Meals - Breakfast

A morning transfer for your group is included to the Edinburgh airport for your trip home!

Other Adventures Offered by



**Beyond Boundaries**
*Travel For A New Generation*



**Beyond Boundaries Travel**

Jane Austen Fan Trips

Ski & Adventure Club
for Adults over 50

Harry Potter characters, names and related indicia are trademarks of and © Warner Bros. Ent. Harry Potter Publishing Rights J.K.R. These themed tours are not official 'Harry Potter' tours and are not endorsed, sanctioned or in any other way supported, directly or indirectly by Warner Bros. Entertainment, the Harry Potter book publishers and/or J.K.Rowling and her representatives.

Some images courtesy of Visit Britain, FreeDigitalPhotos.Net, Catherine Collins and Jill Patterson.
Original material copyright © 2003-2008 HP Fan Trips™ and Beyond Boundaries Travel. All rights reserved.

# EXHIBIT J

Harry Potter Guru Steve Vander Ark, Organic Vegetarian Cooking and Learning Chemistry ...

http://www.nypl.org/press/releases/?article_id=57



The
New York
Public
Library

Harry Potter Guru Steve Vander Ark, Organic Vegetarian Cooking and Learning Chemistry In A Flash are Among the Free January Programs for Children and Young Adults at The New York Public Library

January is packed with fun, free events for kids and young adults at The New York Public Library. Teens can test their Harry Potter knowledge against Harry Potter guru Steve Vander Ark, author and creator of *The Harry Potter Lexicon*, at the Donnell Library on January 15. Kids can also attend "Get Food Smart! With Green Gourmet" an organic vegetarian cooking series at the 96th Street Branch on January 17. And finally, budding scientists can learn and perform various chemistry experiments with "Chem In A Flash," at several Staten Island Branches throughout the month. The Library presents more than 20,000 free public programs throughout its 87 branches in the Bronx, Manhattan, and Staten Island annually, complementing its broad collections and other services. A complete listing of events is available at www.nypl.org/events.

**Highlighted January Programs for Children and Young Adults in The New York Public Library's Branches**

**Sensational Sharks**
**Monday, January 14, 4:00 p.m., West New Brighton Branch, 976 Castleton Avenue, Staten Island**
**Wednesday, January 16, 3:30 p.m., Van Cortlandt Branch, 3874 Sedgwick Avenue, Bronx**
Explore the biology of these majestic creatures. Presented by the Aquarium for Wildlife Conservation. Recommended for ages 6 to 12. This program was generously funded through the Cultural After School Adventure Program by New York City Council Member Michael E. McMahon and The City of New York.

**Meet Steve Vander Ark, Author of The Harry Potter Lexicon**
**Tuesday, January 15, 3:30 p.m., Donnell Library Center, 20 West 53rd Street, Manhattan**
Die-hard Harry Potter fans can test their knowledge against Harry Potter guru Steve Vander Ark, author and creator of *The Harry Potter Lexicon*. For ages 12-18. This program was generously funded through the Cultural After School Adventure Program by New York City Council Member Christine Quinn and The City of New York.

**MOMA @ The Library: Art Studio**
**Tuesday, January 15, 3:30 p.m., St. George Library Center, 5 Central Avenue, Staten Island**

**Wednesday, January 16, 4:30 p.m.,** Fort Washington Branch, 535 West 179th Street, **Manhattan**
**Tuesday, January 22, 4:00 p.m.,** Tottenville Branch, 7430 Amboy Road, **Staten Island**
**Wednesday, January 23, 4:00 p.m.,** Bronx Library Center, 310 Kingsbridge Road, **Bronx**
Teens between the ages of 12 and 15 can join an educator from The Museum of Modern Art for this two-hour program for high school students. Participants will explore modern and contemporary art through themes relevant to them and then create their own works of art. Community Programs are sponsored by the May and Samuel Rudin Family Foundation.

### Chem in a Flash

**Tuesday, January 15, 4:00 p.m.,** Richmondtown Branch, 200 Clarke Avenue, **Staten Island**
**Thursday, January 17, 4:00 p.m.,** Tottenville Branch, 7430 Amboy Road, **Staten Island**
Kids between the ages of 6 and 12 are invited to hop on board the chemistry express for a high-speed science experience! Young chemists can perform instantaneous experiments in this fast-paced class on split-second reactions that go like mad! Kids can pick up an Action Flask kit and have a blast. Presented by Mad Science of Staten Island. Preregistration is required. This program was generously funded through the Cultural After School Adventure Program by New York City Council Member Vincent Ignizio and The City of New York.

### Get Food Smart! With Green Gourmet

**Thursday, January 17, 4:00 p.m.,** 96th Street Branch, 112 East 96th Street, **Manhattan**
Teens can find out if they really are what they eat in this special, organic vegetarian cooking series with Elizabeth Johnson and Ludie Minaya. All materials will be supplied. This program was generously funded through the Cultural After School Adventure Program by New York City Council Member Daniel R. Garodnick and The City of New York.

### ABC – Read with Me

**Tuesday, January 22, 11:00 a.m.,** Andrew Heiskell Braille & Talking Book Library, 40 West 20th Street, **Manhattan**
This is a get-ready-to-read workshop for babies and toddlers to age 3 that will explore happy ways to combine reading, rhymes and rollicking play. All programs and materials are free. Adults can call Agnes Beck, Youth Services Librarian, at (212) 206-5423 or email: abeck@nypl.org to reserve a place in any workshop. Both workshops will be similar, but participants are welcome to attend both dates if space is available.

### About The New York Public Library

The New York Public Library was created in 1895 with the consolidation of the private libraries of John Jacob Astor and James Lenox with Samuel Jones Tilden Trust. The Library provides free open access to its physical and electronic collections and information, as well as to its services. It comprises four research centers – the Humanities and Social Science Library; The New York Public Library for the Performing Arts; the Schomburg Center for Research in Black Culture; and the Science, Industry and Business Library – and 87 Branch Libraries in Manhattan, Staten Island, and the Bronx. Research and circulating collections combined total more than 50 million items, including materials for the visually impaired. In addition, each year the Library presents thousands of exhibitions and public programs, which include classes in technology, literacy, and English as a second language. The Library serves some 16 million patrons who come through its doors annually and another 25

Harry Potter Guru Steve Vander Ark, Organic Vegetarian Cooking and Learning Chemistry ...

million users internationally, who access collections and services through the NYPL website, www.nypl.org.

###

**Contact**: Jon Pace 212.592.7700 | Jonathan_Pace@nypl.org

JP:01.09.08:nypl02.2

# EXHIBIT K

Hi Roger,
Brian mentioned you were sending a sample of the book, have you sent it?
Thanks, Teresa

**From:** Roger Rapoport [mailto:roger@rdrbooks.com]
**Sent:** Monday, October 29, 2007 12:32 AM
**To:** Teresa Pagano
**Subject:** Harry Potter Lexicon 978-157143-174-5

Dear Teresa Pagano:

Good morning. I believe Brian Monahan has forwarded you
information on our new RDR Books title, **The Harry Potter Lexicon**
based on the well known website of the same name. As you may
already know, the Lexicon, which attracts about 25 million visitors each
year, has won J.K. Rowling's fan site award and been lauded by her as
a place she personally frequents when she needs to check a fact. Ms.
Rowling has called the Harry Potter Lexicon her "natural home" and the
producers of the Harry Potter films have told us they are on the site
every day while on their set. The editors at Scholastic, including
Arthur Levine, all autographed a copy of a recent Harry Potter novel
to Lexicon leader Steve Vander Ark, thanking him for his generous help
and consultation. An hour long
A & E interview with Mr. Vander Ark, a Michigan librarian who leads
an international team of academics and Potter reference experts, will be
included on the **Harry Potter and the Order of the Phoenix** DVD out
in December. He has keynoted major academic conferences on the
Potter series in America, Canada and London. Vander Ark is also
frequently interviewed by the New York Times, the BBC, the Today
Show and many other leading media. Warner Bros. flies him to
London at their expense to give him the opportunity to visit film
locations and interview their entire creative team. Vander Ark's original
Hogwarts Timeline (as you know there is no timeline in any of the
Potter books) has been borrowed for inclusion on the Potter DVDs.
When he updates the timeline, the DVD extras are similarly updated.

I am telling you all this because we believe that the 412 page **Harry
Potter Lexicon**, designed in the manner of an illuminated manuscript,
will become an important book for Barnes and Noble customers. The
book, which we plan to ship on November 16, is the only complete
encyclopedia reference to all seven Potter novels. This is a book that no
one except VanderArk's scholarly team could have created. This may
explain why everyone from Wikipedia to Rowling's own editors and
producers depend on the Lexicon. I' m sure you already know that a
Mugglenet book organized along similar lines has been cancelled. No
competing work can hope to compete with our Lexicon which is based
on more than 7 years of research by a team of 20 Potter experts.
Accurate, witty and definitive, the Lexicon is also a pleasure to read.

RDR 0492

Although I am not pushing you for a large order, I do feel it is important that you quickly see the book for yourself. We regret that we could not bring this book to your stores a little earlier, but accuracy and completeness are critical to the success of this project which should have a long, steady sale, particularly among readers now going through Potter withdrawal. To help make this buy easier for you, we are offering special terms which I will be glad to explain when I see you in New York. With 15 years experience calling on Barnes and Noble, I realize that appointments are typically made well in advance. I would appreciate your making an exception in this case. It's important that I have a chance to show you the book in person and answer any questions you might have. I also want to tell you a little more about our plan to simultaneously publish this book in America, England, France, Canada, Australia and New Zealand in late November. Many other foreign editions are in the midst of translation, a subject we can also cover when I see you. Because we expect to be on press November 5, I would like to fly to New York to visit you this week. I am free to meet with you any day except Friday the 2nd. I look forward to seeing you shortly. You can reach me at 510 595-0595.

Sincerely,

Roger Rapoport

-----------------------------------------------------------------------
This electronic mail message contains information that (a) is or may be CONFIDENTIAL,
PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended
only for the use of the addressee(s) named herein. If you are not an intended recipient,
please send an email immediately to postmaster@bn.com and take the steps necessary to delete
the message completely from your computer system.

RDR 0493

# EXHIBIT L

Discussion on WE/JKR vs. RDR-SVA Leaky Lounge - Harry Potter discussion forum for movies, boo... Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back ▾    Search   Favorites   Favorites

Address http://www.leakylounge.com/Discussion-WB-JKR-vs-RDR-159581.html&st=230    Go   Links

dresdenfiles.fan          Today, 05:44 PM                                                   Post #240

Being Eaten by the Pea Soup

Posts: 20
Joined: 9:20am February
14, 2008

I think this "questimation" is a good jumping off point. It gives me a rough idea of how many additions to the Lexicon were made by the Lexicon staffers and how many were made by passing fans, which can't really be called work for hire.

I have a question for you, dresdenfiles.fan, and I'm really hoping that this doesn't open a huge can of worms because I can't stand the thought of going back to the hugely unenjoyable argument this thread was in a few days ago, but you're the first person I've come across who has contributed to the Lexicon, and we've had questions here for months.

Was there any inkling among the Lexicon contributors that a book was in the works? Was there any discussion of whether or not Steve could publish the parts of the Lexicon that you and other contributors had written?

If I'm being too personal with that question, feel free to tell me so, and I'll shut up. I just wanted to hear it from the point of view of someone who had contributed.

No, no inkling that there was a book in the making.

As a fan I happily participated in collecting solid canon facts and presenting them for corrections. I also made suggestions on improvements, things like that. Tons of posts. I never considered the 'facts' mine, because obviously the facts are JK Rowling's. I never asked to be recognized or congratulated or monetarily rewarded or any such thing. Like everyone else, I was just happy to participate and make the info contained on the site that much more accurate.

One of the things that I liked most about the Lexicon was how much listing of all things canon were represented, with less news/commentary, less large forum community, less advertisements, even fewer essays than most sites. I've always preferred Leaky, Hpana, Mugglenet, or The Snitch for fandom news [in that order]. I've lurked the Leaky Lounge for years without ever actually joining it. This is the only site that I've been to [besides deolinda's page for Lexicongate] that actually reports what's happening and allows general discussion of this topic in the forums.

Make no mistake, had Steve written a book like the "Ultimate Unofficial Guides and New Clues to Book 6, What Will Happen in Book 7, The Plot Thickens, Harry Potter Investigated by Fans for Fans [a book in which Silver Ink Pot contributed a lovely essay], The Science of Harry Potter, etc", then I'd have no problem with it because the above mentioned books were 'fair use' endeavors. Steve didn't write a book that listed facts and gave speculation, summary, commentary, analysis. Instead, he copy and pasted and paraphrased all things Potter from a website in which his Staff and fellow HP fans fully participated in its overall factual content---when he expressly stated he'd never publish a book without Jo's permission.

In fact, perhaps Silver Ink Pot could tell us what exactly was entailed with submitting her essay for a multi-fan, non-infringing book endeavor. I think that could be pertinent comparison to the Lexi-book.

This post has been edited by dresdenfiles.fan: Today, 05:47 PM

----------------

HARRY DRESDEN --- WIZARD
Lost items found. Paranormal Investigations.
Consulting. Advice. Reasonable Rates.
No Love Potions, Endless Purses, or Other Entertainment
jim-butcher.com

# EXHIBIT M



cbm

Today, 02:49 PM

Kibble Boy/Girl at the Magical Menagerie

Posts: 300
Joined: 12:29am February 9, 2006
Location: Relaxing in the Simmering Suite!

"Gods, I am so happy!"

IMO, publishing the Lexicon is infringing on the rights of a large number of people, not just JKR. I agree that there is no reliable way to know how many people contributed to the information on the site, therefore, how can the publisher claim to have the consent of all the contributors? This is not simply splitting hairs, it's directly related to the underlying issue of attempting to make money off of other people's work.

In my experience, that's not really how people have interacted with the Lexicon over the years, as far as I know. Yes, some people wrote essays that were posted there, but I think the vast majority of people who sent in ideas to the Lexicon knew it was Steve's project and not their own. I'm not saying it wasn't a group effort in some respects, but just average people on forums who had ideas to share never thought the Lexicon became "theirs" just because they contributed to one entry.

It was more about the excitement of discovering something they didn't already have posted there, as nerdy as that sounds.

I am one of those people who used the Lexicon when I did not have the books available. In the office, I now have a set of paperbacks for the 1st six books and one of my four copies of DH, I can find stuff in the books much quicker than looking at the Lexicon. But when found errors in the Lexicon previously, I would send a nice e-mail pointing out what I thought was wrong to the lexicon staff. The one that I remember best, was pointing out that there was no canon evidence as to where the sword was before it was pulled out of the hat in CoS. The Lexicon said it was in Dumbledore's office. I was very interested in the <u>sword and the hat</u> before DH and wanted to make sure I was not messing anything before I posted.

I sent in the correction and they made it. Today, the Lexicon no longer mentions where the sword was before CoS. It may not have been my letter that prompted them to change it, but I felt good trying to help them keep the Lexicon correct and give the Fandom good information.

But, if I had any idea that SVA was going to try to sell the contents of the Lexicon for money, I would have done nothing. I thought I was doing a service for the HP Fandom when I made my suggestion, not making corrections to Steve's book.

This post has been edited by **cbm**: Today, 02:50 PM

2006 Dumbledore is Dead
2007 Dumbledore is Gay
2008 Dumbledore is ???

« Next Oldest · PotterCast · Next Newest »

# EXHIBIT N

WHAT'S NEW? | LOGIN/REGISTER | CANON PORTKEY | FAQS | SOURCES | ABBREVIATIONS | EVERYTHING A-Z | HELP | SEARCH | CONTACT US

**Harry Potter Expert?**
Find Out With A Harry Potter
Quiz. Browse Our Fun Quizzes
Now.
LifeScript.com

**Dumbledore Interview**
Watch Dumbledore open the
closet. Only at Super Deluxe.
www.SuperDeluxe.com

**Good Yarns Bookshop**
Your local bookshop: 8 Man
Street Hastings on Hudson, NY
914-478-0014
www.rivertownbookshop.com

**Harry Potter Ringtones**
Send Complimentary Ringtones
to your cell.
BestTones4U.net

Ads by Google

Remembrall search
[          ] go

**Wizarding World**
Wizarding World
Wizards & beings
Magic
Bestiary

**Muggle World**
People
Places
Encyclopedia

**Digging deeper**
Timelines
Reader's Guides
JKRowling.com
Essays
Forum

**Beyond canon**
Movies
Games & cards
The Lexicon

# What's New?

*"Ladies and gentlemen, what an extraordinary moment this is! The perfect moment for me to make a little announcement I've been sitting on for some time!"*
-- Gilderoy Lockhart (CS4)

The Harry Potter Lexicon web site is constantly being revised, expanded, and edited. New information is added on a daily basis. It would be impossible to list every change here on this page. However, you will find listed here any new pages that have been added as well as major revisions.

You'll also find any news about the Lexicon. Our goal is to make this web site the most complete and thorough resource about the Harry Potter universe available anywhere, in any format. You can help us reach that goal by filling out a feedback form. Let us know how we're doing and give us your suggestions for improvement.

*Thanks for visiting the Harry Potter Lexicon!*

**NEW! Now you can use your favorite news reader (like Bloglines) to receive updates from the Lexicon! RSS 2.0 | .92 | atom**

### Setting the record straight
**February 12, 2008**
Posted by Steve at 8:53 am

**May 14, 2007**
Posted by Belinda at 7:52 am

Jo has updated her Diary this morning with a plea against fans causing Spoilers for Deathly Hallows.

29 thoughts are swirling in the Pensieve about this page. Add your own! »

---

**Something I had to do...**
**May 11, 2007**
Posted by Steve at 3:10 pm

Two days ago I did something I've never done before. I sicced my lawyer on someone.

Believe me, this is not the way I like to operate. People steal material from the Lexicon all the time. Contributors for Wikipedia are famous for it. Yeah, it bothers me. Stealing is wrong. At least three published books have plagiarized quite shamelessly and never even given credit to the Lexicon. It bothers me a lot.

I send emails asking things to be removed and usually that's the end of the matter. So when I found out about this guy, I just sort of shook my head and figured I'd send my usual gentle insistence that he stop stealing.

Except this one's different. This fellow is basically out to scam fans out of money as fast as he can before book seven comes out. He's written a book which he wants to sell and in order to sweeten the deal, he offers bonus material. This bonus material is all from the Lexicon, from Accio Quote, and from Jo's website. I'm sorry, but that's where I draw the line. I will not stand for someone stealing my material and using it to scam fans out of money.

So my lawyer sent him a cease and desist letter two days ago. We're asking that he stop what he's doing and that he return money to anyone who bought his book.

His response? He sent a jokey email to the people on his email list about being sued. He's still merrily doing business. Perhaps he thinks we're bluffing. He's never met my lawyer.

I don't like to do things like this. But this leech is not a true fan. He's an opportunist who sees a chance to make some quick money by playing on fans' enthusiasm leading up to book seven. I won't mention him or his site by name because I don't want to send traffic his way. I also don't want to generate a storm of nasty emails from other fans or anything like that. We'll let the legal process do what it's supposed to do.

64 thoughts are swirling in the Pensieve about this page. Add your own! »

---

**New FSA on JKR.com**
**May 11, 2007**
Posted by Belinda at 8:35 am

# EXHIBIT O

**From:** Richard Harris <HarrRich@comcast.net>
**Subject: Re: disclaimer**
   **Date:** September 30, 2007 11:27:04 PM EDT
    **To:** Roger Rapoport <roger@rdrbooks.com>

Hi, Roger -

Here's a somewhat rewritten version of the disclaimer. I've tried to take out some of the overly defensive language. Just because you say it's a "critical reference work" or covered by the fair use doctrine doesn't mean it is. I think "reference work" and "reader's guide" protect it as fully as possible.

---

The Harry Potter Lexicon is a reference work designed to aid in the literary analysis and appreciation of the fictional works of J.K. Rowling. Presented for the first time in book format, it is excerpted entirely from the World Wide Web site www.hp-lexicon.org, a readers' guide written and compiled by academic scholars over a period of nine years. Although the site has been prepared and presented with the full knowledge of J.K. Rowling, it is unauthorized in that the material has not been formally approved or supervised by Ms. Rowling or her representatives or publishers, including Bloomsbury, Scholastic, Raincoast, and many other companies, and Warner Bros. or any other claimant in the fictional Harry Potter characters by copyright, trademark, contract or otherwise. The publishers of the Harry Potter Lexicon urge readers to buy all the books in the series, without which the material in this book lacks purpose. The Harry Potter Lexicon is copyrighted by Steve Vander Ark, and any unauthorized reproduction or use is strictly prohibited. For permission to reprint material in this book, kindly contact the publisher at:

---

As for other matters -

I haven't received any new material from Steve and have never received the Harry Potter and Mrs. McGonnegal listings, so I don't think he has

a full, edited manuscript to send. If possible, he should send me the listings to be added and I'll send you an updated version almost immediately. Otherwise, he could send you the new listings so that the typesetter can splice them in during production.

Sure, let's use Dawn Starin's story in FOOD. I'll ask her to e-mail me her okay.

The HOTELS book is printed out, and I've put a PDF of it on disk for the printer. All that remains for FOOD is some repagination made necessary by the introduction and other changes. I will have that ready in the morning, and both of them will go to United Graphics tomorrow via Priority Mail.

I'll tackle the latest round of catalog and order form revisions next.

Talk to you soon.

- Richard


On Sep 29, 2007, at 4:14 AM, Roger Rapoport wrote:

We need the disclaimer for the copyright page. I think we need to say something like this (you can look at how other published books have done):

The Harry Potter Lexicon is a critical reference work. It has been written by academic scholars as a companion to the fictional series copyrighted and trademarked by. Although the series has won awards and praise from J.K. Rowling, this book is neither authorized nor approved by Rowling herself her publishers including Bloomsbury, Scholastic, Raincoast, and many other companies, and Warner Bros. which ownns the trademarks to names in the series. In short this is an independent scholarly work designed to enhance the please of reading the Harry Potter Books which are copyrighted by J.K. Rowling and her publishers. The Publishers of the Harry Potter Lexicon encourage readers to buy all the books in the series because they are essential to an understanding of the material in this book.

RDR 1395

The Harry Potter Lexicon is copyrighted by Steve Vander Ark and any unauthorized use is strictly prohibited. For permission to reprint material in this book kindly contact the publisher at.

I need this back by Monday.

Thanks.

Roger

Roger Rapoport
RDR Books LLC
1487 Glen Avenue
Muskegon, MI 49441
(510) 595-0595
(510) 228-0300 (fax)
roger@rdrbooks.com
www.rdrbooks.com

RDR 1396