UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WARNER BROS. ENTERTAINMENT INC. and
J.K. ROWLING,

                              Plaintiffs,

              - against -

RDR BOOKS and DOES 1-10,

                              Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

07 Civ. 9667 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

In response to the parties' inquiry, the Court will hold an evidentiary hearing on

Thursday, March 13, 2008, at 9:30 AM on the motion for a preliminary injunction. The

hearing will be consolidated with a trial on the merits pursuant to Federal Rule of Civil

Procedure 65(a)(2). The parties are to advise each other and the Court by March 7, 2008,

at 4:00 PM as to the witnesses they intend examine or cross examine at the hearing.

IT IS SO ORDERED.

Dated: New York, New York
       March 5, 2008

                                        _____
                                        Robert P. Patterson, Jr.
                                        U.S.D.J.

Copies of this Order sent to:

*Attorneys for Plaintiffs*
O'Melveny & Myers LLP
Attn: Dale Margaret Cendali
7 Times Square
New York, NY 10036
Tel: 212-326-2000
Fax: 212-326-2061

*Attorney for Defendant*
David S. Hammer
110 Green St., Suite 1101
New York, NY 10012
Tel: 212-941-8118