UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Warner Brothers Entertainment
Plaintiff(s)

-against-

RDR Books
Defendant(s)

07 CV 9667 (RPP)
SCHEDULING ORDER

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: _____ Yes _____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.
   Answer by 3/11/08

6. Experts' reports to be served by _____.
   Jury Trial demand by 3/14/08

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by _____.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by _____.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for  3/24/08  at  9:30 AM .

Dated: New York, New York
3/10/08

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/08