UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Warner Bros. Entertainment
　　　　　Plaintiff(s)
　-against-
RDR Books
　　　　　Defendant(s)

07 CV 9667 (RPP)
SCHEDULING ORDER

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes  ____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by _____.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by  4/7/08 , if case is to be tried by jury.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for  4/14/08  at  9:30AM .

14. VOIR DIRE REQUESTS AND REQUESTS TO CHARGE BY 4/7/08, if case to be tried by jury.

15. WITNESS LIST TO BE PROVIDED BY 4/4/08.

Dated: New York, New York
3/15/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.