

MAR 14 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

# O

## O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

Times Square Tower
7 Times Square
New York, New York 10036

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

OUR FILE NUMBER
735355-0007

WRITER'S DIRECT DIAL
(212) 326-2051

WRITER'S E-MAIL ADDRESS
dcendali@omm.com

March 14, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

**VIA FACSIMILE**

Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

## MEMO ENDORSED

Re: *Warner Bros. Entertainment Inc. et. al. v. RDR Books*, 07 CV 9667 (RPP)

Dear Judge Patterson:

We represent Plaintiffs in the above-referenced matter.

As your Honor is aware, today is the deadline for Plaintiffs to elect for either a bench or jury trial. Our clients have now had the opportunity they wished to consider the issue and I am hereby advising the Court and opposing counsel that we have elected to proceed with the bench trial and have your Honor decide this case.

In light of this decision, we wonder if your Honor could advise the parties what your Honor's preferences are with respect to:

(a) opening statements;

(b) closing statements; and/or

(c) post-trial briefing in this case

*Application Granted.*
*a) opening statements and*
*b) proposed findings of fact*
*and conclusions of law (post trial).*
*So Ordered.*
*Robert P. Patterson USDJ*
*3/17/08*

We appreciate the Court's attention to these matters.

Respectfully,

Dale Cendali
*of* O'MELVENY & MYERS LLP

cc: David Hammer, Esq.