USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

WARNER BROS. ENTERTAINMENT, INC.　　:　　07 Civ 9667 (RPP)
J.K. ROWLING,
　　　　　　　　　　　　　　　　　　:
　　- against -　　　　　　　　　　　　　ORDER ADMITTING
　　　　　　　　　　　　　　　　　　:　　*COUNSEL PRO HAC VICE*

RDR BOOKS, AND DOES 1-10　　　　　　:

---------------------------------- x

Upon the motion and affidavit of David S. Hammer, counsel for Defendant RDR Books,

IT IS HEREBY ORDERED, that, *upon payment of the required fee to the Clerk of the Court,*

Lizbeth Hasse
Creative Industry Law Group
526 Columbus Ave. 2nd Floor
San Francisco, CA 94133
Telephone: (415) 433-4390
Fax (415) 433-6580

is admitted to practice *pro hac* vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED

Dated: New York, New York
　　　April 7, 2007

　　　　　　　　　　　　　　　　　　　　/s/ Robert P. Patterson
　　　　　　　　　　　　　　　　　　　　HON. ROBERT P. PATTERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge