# The Law Office of David S. Hammer

RECEIVED APR - 7 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

99 Park Avenue, Suite 1600 • New York, New York 10016 • (212) 941-8118 • (fax) (212) 557-0565

April 7, 2008

Corrected Letter: By Fax

Honorable Robert P. Patterson
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

Re: Warner Bros. Entertainment, Inc. et. al. v. RDR Books, 07 Cv. 9667 (RPP)

Dear Judge Patterson:

I write this letter at 4 pm on April 7, 2008, the date Your Honor ordered the parties to submit a joint pre-trial order. Yesterday evening, defendant RDR Books sent plaintiffs a draft of defendant's portion of the order. However, although I have called and emailed plaintiffs counsel several times over the last few days, plaintiffs have yet to provide us with their own portion of the order. That means, among other things, I have yet to receive a copy of their proposed exhibit list.

I expect that, sometime before midnight, plaintiffs will provide me with their proposed order and exhibit list. By that time, whenever it may be, it will no longer be possible for me to determine whether to lodge an evidentiary objections to any of the listed exhibits, as required by Your Honor's Individual Practices. For that reason, I ask Your Honor to grant defendant 24 hours from whenever we receive plaintiff's portion of the pre-trial order to determine whether we have objections to any listed exhibit.

I attach a copy of Defendant's portion of the pre-trial order.

Sincerely yours,

*D S Hammer*

David S. Hammer
Attorney for Defendant
RDR Books

cc: Dale M. Cendali
    O'Melveny & Myers, LLP

**MEMO ENDORSED**

Application granted
So ordered
*Robert P. Patterson*
USDJ
4/7/08 at 5:05 PM

TOTAL P.02