# O

## O'MELVENY & MYERS LLP

RECEIVED
APR - 8 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

Times Square Tower
7 Times Square
New York, New York 10036

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

April 7, 2008

**VIA FACSIMILE**

Hon. Robert P. Patterson, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

OUR FILE NUMBER
735355-7

WRITER'S DIRECT DIAL
(212) 326-2295

WRITER'S E-MAIL ADDRESS
mbradley@omm.com

MEMO ENDORSED

Re: *Warner Bros. Entertainment, Inc. et. al. v. RDR Books*, 07 CV. 9667 (RPP)

Dear Judge Patterson:

This is further to counsel for RDR Books' ("RDR") letter of this afternoon.

We had previously discussed with Mr. Hammer the possibility of extending the time to raise objections to various exhibits on our respective exhibit lists in the joint pre-trial order and would have been happy to accommodate Mr. Hammer's request for an additional 24 hour time period to do so. As such, we do not object to Mr. Hammer's request to the Court and also request that Plaintiffs be allowed the additional time to raise any objections to RDR's exhibits.

If this is acceptable to your Honor, we will submit the joint pre-trial order without the objection designations on the parties' respective exhibit lists today and will submit a revised joint pre-trial order with the requisite designations tomorrow.

We appreciate your attention to this matter.

Sincerely,

Melanie Bradley

Melanie Bradley

cc: David Hammer, Esq.

So ordered
Robert P Patterson
USDJ
4/8/17