```
           R E C E I V E
             APR - 8 2008
              CHAMBERS OF
         JUDGE ROBERT P PATTERSON
```

# The Law Office of David S. Hammer

99 Park Avenue, Suite 1600 • New York, New York 10016 • (212) 941-8118 • (fax) (212) 557-0565

April 8, 2008

<u>By Fax</u>

Honorable Robert P. Patterson
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

Re: <u>Warner Bros. Entertainment, Inc. et. al. v. RDR Books</u>, 07 Cv. 9667 (RPP)

Dear Judge Patterson:

Last night, at 11:30 pm, plaintiffs emailed me their proposed joint pre-trial order. This proposal contained their exhibit list, which runs to 12 pages, and contains dozens of exhibits that have never been produced or even mentioned so far in this litigation. The list of new exhibits includes video games, charts, and guidelines for academic research; it also includes pages and pages of books, many of which have no apparent connection to any issue in this case (including for example plaintiffs Exhibit 197, <u>The Best of Cannabis Culture Magazine #3 Presents Hairy PotHead and the Marijuana Stone</u>.)

I object to plaintiffs' 11th hour announcement of dozens of new exhibits, many of which they must have chosen to use weeks ago. It will be very difficult for me to review and absorb these new materials in time for next week's trial, unless they are produced immediately for my review. I therefore ask Your Honor to order plaintiffs to produce copies of their exhibits at my office by tomorrow at 10 am, so that I can review them for authenticity and relevance. I further ask that my time to list objections to plaintiffs' exhibit list be extended until Friday at 5 pm.

I attach plaintiff's proposed exhibit list to this letter for the Court's convenience.

Sincerely yours,

*/s/ D.S. Hammer*

David S. Hammer
Attorney for Defendant RDR Books

**MEMO ENDORSED**

*Application granted
So ordered
/s/ Robert P Patterson USDJ
4/8/08*

cc: Dale M. Cendali, Esq.

      2.    Bruce Harris

      3.    David Harris

      4.    Shawn Malhotra

      5.    Steven Vander Ark

      6.    Diana Birchall

## IX. Deposition Testimony Designations

No depositions have been taken in this matter and therefore the parties have not designated any deposition testimony. The parties have agreed, however, that all of the declarations, with their exhibits, submitted by the parties in connection with Plaintiffs' Motion for Preliminary Injunction shall be submitted as part of the record before the Court.

## X. Exhibits

### A. Plaintiffs

Plaintiffs intend to produce the following exhibits in their chase in chief:

| Document | Plaintiffs' Exhibit # |
|---|---|
| The Harry Potter Lexicon Manuscript | 1 |
| Quidditch Through the Ages | 2 |
| Fantastic Beasts and Where to Find Them | 3 |
| Harry Potter and the Sorcerer's Stone | 4 |
| Harry Potter and the Chamber of Secrets | 5 |
| Harry Potter and the Prisoner of Azkaban | 6 |
| Harry Potter and the Goblet of Fire | 7 |
| Harry Potter and the Order of the Phoenix | 8 |
| Harry Potter and the Half-Blood Prince | 9 |

| Document | Plaintiffs' Exhibit # |
|---|---|
| Harry Potter and the Deathly Hallows | 10 |
| Diana Birchall Declaration | 11 |
| Birchall Exhibit A: *Harry Potter* entry from the Lexicon | 11-A |
| Birchall Exhibit B : Voldemort entry from the Lexicon | 11-B |
| Birchall Exhibit C: "Severus Snape" entry from the Lexicon | 11-C |
| Birchall Exhibit D: Comparison chart | 11-D |
| Birchall Exhibit E: "Hogwarts' School Song" entry from the Lexicon | 11-E |
| Birchall Exhibit F: "Sorting Hat" entry from the Lexicon | 11-F |
| Birchall Exhibit G: "His Eyes Are as Green as Fresh Pickled Toad" entry from the Lexicon | 11-G |
| Birchall Exhibit H: "Dementors" entry from the Lexicon | 11-H |
| Birchall Exhibit I: "Hair-Care Products" entry from the Lexicon | 11-I |
| Birchall Exhibit J : "Entrance Hall" entry from the Lexicon | 11-J |
| Birchall Exhibit K : "Marcus Belby" entry from the Lexicon | 11-K |
| Birchall Exhibit L : "Gobbledegook" entry from the Lexicon | 11-L |
| Birchall Exhibit M : Two charts comparing the language from the Lexicon to the text from the *Fantastic Beast and Where to Find Them* and *Quiddich Through the Ages* | 11-M |
| Neil Blair Declaration | 12 |
| Blair Exhibit A: Copyright registrations for those works, namely, *Harry Potter and the Sorcerer's Stone*, Serial No. TX 4-465-397; *Harry Potter and the Chamber of Secrets*, Serial No. TX 4-465-398; *Harry Potter and the Prisoner of Azkaban*, Serial No. TX 4-465-399; *Harry Potter and the Goblet of Fire*, Serial No. TX 5-122-771; *Harry Potter and the Order of the Phoenix*, Serial No. TX-5-705-321; *Harry Potter and the Half-Blood Prince*, Serial No. TX-6-179-388; *Harry Potter and the Deathly Hallows*, Serial No. TX-6-578-062; *Quidditch through the Ages*,TX-5-374-649; and *Fantastic Beasts and Where to Find Them*, TX-5-374-653 | 12-A |
| Blair Exhibit B : Email exchange between Mr. Vander Ark and the Christopher Little Agency relating to the removal of infringing material from the *Lexicon* Website. | 12-B |
| Blair Exhibit C : Email string between Mr. Vander Ark and the Christopher Little Literary Agency | 12-C |
| Blair Exhibit D " Advertisement from the website www.PublishersMarketplace.com. | 12-D |
| Emily Blumsack Declaration | 13 |
| Blumsack Exhibit A: Section of the Infringing Book covering entries for letters A-D -- as formatted for publication -- produced by RDR Books pursuant to the Court's Expedited Discovery Order | 13-A |
| Blumsack Exhibit B: Section of the Infringing Book containing letters E-Z as produced by Defendant without formatting and typesetting for publication | 13-B |
| Blumsack Exhibit C: Color copy of the cover of the Infringing Book that was originally produced pursuant to Court's Order | 13-C |
| Blumsack Exhibit D: Color copy of the revised cover of the Infringing Book that was subsequently produced pursuant by Defendant | 13-D |
| Blumsack Exhibit E: Front and back covers and illustrative pages from *Muggles and Magic: An Unofficial Guide of J. K. Rowlings and the Harry Potter Phenomenon* | 13-E |
| Blumsack Exhibit F: Front and back covers and illustrative pages from *Beacham's Sourcebooks for Teaching Young Adult Fiction: Exploring Harry Potter* | 13-F |

| Document | Plaintiffs' Exhibit # |
|---|---|
| Blumsack Exhibit G: Front and back covers and illustrative pages from *If Harry Potter Ran General Electric* | 13-G |
| Blumsack Exhibit H: Front and back covers and illustrative pages from *Mugglenet.com's What Will Happen in Harry Potter 7* | 13-H |
| Blumsack Exhibit I: Front and back covers and illustrative pages from *The Complete Idiot's Guide to the World of Harry Potter* | 13-I |
| Melanie Bradley Declaration | 14 |
| Bradley Exhibit A: Illustrative printouts from the Lexicon Website | 14-A |
| Bradley Exhibit B: Illustrative pages from the Infringing Book | 14-B |
| Bradley Exhibit C: Illustrative printouts from the Lexicon Website showing these topical listings | 14-C |
| Bradley Exhibit D: Copies of the FAQs and "Statement of Editorial Policy" from the Lexicon Website | 14-D |
| Bradley Exhibit E: Copies of the "About the Harry Potter Lexicon section of the Lexicon Website | 14-E |
| Bradley Exhibit F: Printout of the main page form the Lexicon Website's "Bestiary" section | 14-F |
| Bradley Exhibit G: Copy of the "screen shot" showing the copyright notice | 14-G |
| Bradley Exhibit H: Cease and desist e-mail that Defendant sent to Warner Bros | 14-H |
| Bradley Exhibit I: Representative examples of articles in which Ms. Rowling is quoted as intending to author such a book | 14-I |
| Bradley Exhibit J: Letter agreement dated August 23, 2007 between Defendant and Vander Ark | 14-J |
| Bradley Exhibit K: 2 e-mails from Roger Rappoport of RDR to a foreign publishing agent instructing them to avoid Mrs. Rowlings' publishers | 14-K |
| Bradley Exhibit L: Email in which Defendant's marketing person is instructed to contact children's bookstores and book buyers about the Infringing Book | 14-L |
| Bradley Exhibit M: Copies of Defendant's marketing materials | 14-M |
| Bradley Exhibit N: Email string between Defendant and its publisher in Canada | 14-N |
| Dale Cendali Declaration | 15 |
| Cendali Exhibit A: September 18, 2007 letter to RDR Books | 15-A |
| Cendali Exhibit B: September 19, 2007 email from RDR Books | 15-B |
| Cendali Exhibit C: October 3, 2007 letter to RDR Books | 15-C |
| Cendali Exhibit D: October 3, 2007 email from RDR Books | 15-D |
| Cendali Exhibit E: October 3, 2007 email to RDR Books | 15-E |
| Cendali Exhibit F: October 19, 2007 letter to RDR Books | 15-F |
| Cendali Exhibit G: October 21, 2007 email from RDR Books | 15-G |
| Cendali Exhibit H: October 24, 2007 letter to RDR Books | 15-H |
| Cendali Exhibit I: October 24, 2007 email from RDR Books | 15-I |
| Myron J. Helfgott, PH. D Declaration | 16 |
| Helfgott Exhibit A: The Results of a False Endorsement Survey Concerning "The Unofficial Harry Potter Lexicon" | 16-A |
| Jeri Johnson Declaration | 17 |
| Cheryl Klein Declaration | 18 |
| Klein Exhibit A: Sample pages from Scholastic internal Harry Potter index | 18-A |
| William Landes Declaration | 19 |

| Document | Plaintiffs' Exhibit # |
|---|---|
| Landes Exhibit A: Curriculum Vitae | 19-A |
| Jessica Lares Declaration | 20 |
| Lares Exhibit A: Mr. Vander Ark's e-mail dated May 15, 2005 | 20-A |
| Matthew Lawlis Declaration | 21 |
| Lawlis Exhibit A: Mr. Vander Ark's e-mail dated May 15, 2005 | 21-A |
| Suzanne Murphy Declaration | 22 |
| Murphy Exhibit A: Copy of page one of RDR Books' catalogue and the flyer produced by Defendant | 22-A |
| Sarah Odedina Declaration | 23 |
| Odedina Exhibit A: Sample Pages of the HP Bible | 23-A |
| Deon Perry Declaration | 24 |
| J.K. Rowling Declaration | 25 |
| Jeremy Williams Declaration | 26 |
| Supplemental Emily Blumsack Declaration | 27 |
| Supplemental Blumsack Exhibit A : Front and back covers and illustrative pages from *The Magical Worlds of Harry Potter: A Treasury of Myths, Legends, and Fascinating Facts* | 27-A |
| Supplemental Blumsack Exhibit B: Nielsen BookScan United States Consumer Market ("BookScan") panel data for *Harry Potter A-Z*, by Kristina Benson | 27-B |
| Supplemental Blumsack Exhibit C: BookScan panel data as of Feb. 22, 2008 for *An Unofficial Muggle's Guide to the Wizarding World*, by Fionna Boyle | 27-C |
| Supplemental Blumsack Exhibit D: Letter sent by Mr. Hammer to the Court on February 25, 2008 | 27-D |
| Supplemental Blumsack Exhibit E: Emails between Mr. Rapoport and Mr. Vander Ark dated September 9, 2007 | 27-E |
| Supplemental Blumsack Exhibit F: The posting made by Mr. Vander Ark to the public Internet forum "Harry Potter for Grown Ups," dated July 26, 2000 | 27-F |
| Supplemental Blumsack Exhibit G : Mr. Vander Ark's posting to the Yahoo Group "Harry Potter for Grown Ups" dated December 14, 2000 | 27-G |
| Supplemental Blumsack Exhibit H : Email sent by Roger Rapoport to Peter Tummons dated August 21, 2007 referenced by Bates Number RDR0941-RDR0942 | 27-H |
| Supplemental Blumsack Exhibit I : Website brochure for Harry Potter Tours' summer event entitled "The Ultimate Tour with Steve Vander Ark," slated to take place from July14-23, 2008 | 27-I |
| Supplemental Blumsack Exhibit J : Website advertisement for the program of an event in Manhattan sponsored by the New York Public Library entitled "Meet Steve Vander Ark, Author of The Harry Potter Lexicon" where, Mr. Vander Ark was speaking. Event was on the same day Plaintiff's filed their Amended Complaint | 27-J |
| Supplemental Blumsack Exhibit K: Email between Roger Rapoport and employees of Barnes and Noble dated October 18, 2007 representing Bates numbers RDR0492-RDR0493 | 27-K |
| Supplemental Blumsack Exhibit L: The forum posting from "The Leaky Cauldron" by user "dresdenfiles.fan" | 27-L |
| Supplemental Blumsack Exhibit M: The forum posting from "The Leaky Cauldron" by user "cbm" dated February 20, 2008 | 27-M |

11

| Document | Plaintiffs' Exhibit # |
|---|---|
| Supplemental Blumsack Exhibit N: Screen shot showing the entry titled "Something I had to do..." from the Lexicon website posted on May 11, 2007 | 27-N |
| Supplemental Blumsack Exhibit O: Email exchange between Mr. Rapoport and Richard Harris dated September 30, 2007 | 27-O |
| Supplemental Jeri Johnson Declaration | 28 |
| Supplemental Klein Declaration | 29 |
| Supplemental Klein Exhibit A: Email chain between Mr. Vander Ark and Klein from early August 2006 | 29-A |
| Supplemental William Landes Declaration | 30 |
| Supplemental Landes Exhibit A: Copy of the BookScan data | 30-A |
| Supplemental Suzanne Murphy Declaration | 31 |
| Supplemental J.K. Rowling Declaration | 32 |
| The Daily Prophet Newsletters | 33 |
| Original text used on Wizard Cards in EA game | 34 |
| Set of Chocolate Frog Cards | 35 |
| Harry Potter and the Sorcerer's Stone video game | 36 |
| Harry Potter and the Chamber of Secrets video game | 37 |
| Harry Potter and the Prisoner of Azkaban video game | 38 |
| Harry Potter and the Goblet of Fire video game | 39 |
| Harry potter and the Order of the Phoenix video game | 40 |
| Chart of Lexicon source material. | 41 |
| Chart of Harry Potter companion books | 42 |
| Chart showing text from *Quidditch Through the Ages* and the Lexicon | 43 |
| Chart showing text from *Fantastic Beasts* and the Lexicon | 44 |
| Chart showing text from EA Wizard Cards and the Lexicon | 45 |
| Chart showing text from *Daily Prophet* and the Lexicon | 46 |
| Chart showing text from Harry Potter Books and the Lexicon A | 47 |
| Chart showing text from Harry Potter Books and the Lexicon B | 48 |
| Annotated Harry Potter Lexicon Manuscript | 49 |
| Amazon.com listings for Harry Potter companion books | 50 |
| Research Assessment Exercise, RAE 2008 Guidance on Submissions | 51 |
| MLA Style Manual and Guide to Scholarly Publishing, by Joseph Gilbaldi | 52 |
| Merriam-Webster Online dictionary definition for "smarmy" | 53 |
| Encyclopedia Britannica Online entry for "Heinrich Cornelius Agrippa Von Nettesheim" | 54 |
| Shakespeare Illustrated, by Charlotte Lennox | 55 |
| Pamela Illustrated, by Samuel Richardson | 56 |
| Illustrations of the Novels and Tales (of Sir Walter Scott), by William Allan | 57 |
| Illustrations of the Author of Waverly, by Robert Chambers | 58 |
| On the Track of the Wessex Novels: a Guide to Hardy Country, by William Parker | 59 |
| Pynchon's Character Names, A Dictionary, by Patrick Hurley | 60 |
| Tolkien and the Lord of the Rings: A Guide To Middle Earth, by Colin Duriez | 61 |
| Companion to Narnia, by Paul F. Ford | 62 |
| The J.R.R. Tolkien Companion and Guide, by Christina Scull & Wayne G. Hammond | 63 |

| Document | Plaintiffs' Exhibit # |
|---|---|
| The People's Guide to J.R.R. Tolkien, edited by Erica Challis | 64 |
| The Way Into Narnia, by Peter J. Schakel | 65 |
| Passport to Narnia: A Newcomer's Guide, by George Beahm | 66 |
| A Complete Guide to Middle Earth: Tolkien's World from A-Z, by Robert Foster | 67 |
| Atlas of Middle Earth, by Karen Fonstad | 68 |
| Guide to Tolkien's World, by David Day | 69 |
| The Chronicles of Narnia: Beyond the Wardrobe: The Official Guide to Narnia, by E.J. Kirk | 70 |
| A Field Guide to Narnia, by Colin Duriez | 71 |
| A Guide Through Narnia, by Martha Sammons | 72 |
| The Complete Idiot's Guide to the World of Harry Potter, by Tere Stouffer | 73 |
| Fact, Fiction & Folklore in Harry Potter's World: An Unofficial Guide, by George Beahm | 74 |
| The Magical Worlds of Harry Potter, by David Colbert | 75 |
| August 3, 2004 email from Neil Blair to Steven Vander Ark re: posting on the Lexicon website and Daily Prophet Posting on Lexicon website | 76 |
| July 21, 2007 article from Muskegon Journal about Vander Ark | 77 |
| Video of Steven Vander Ark at Prophecy Convention (August 2007) | 78 |
| March 28, 2008 letter from David S. Hammer, Esq. to Melanie Bradley, Esq. and attachment showing revisions to entries about Fantastic Beasts and Where to Find Them | 79 |
| February 26, 2001 letter from Dale Cendali to Carroll & Graf Publishers, Inc. JKR000282 | 80 |
| April 11, 2001 letter from Claudia Ray to Ward & Olivo JKR001849 | 81 |
| July 26, 2002 letter from Dale Cendali to Presbyterian Publishing JKR000621 - JKR000622 | 82 |
| June 27, 2007 e-mail chain from Johanna Schmitt to Nimble Books JKR000623 - JKR000624 | 83 |
| Februrary 20, 2008 letter from Dale Cendali to Jonathan Kirsch JKR001874 - JKR001875 | 84 |
| March 6, 2008 e-mail from Jonathan Kirsch to Dale Cendali JKR001878 - JKR001880 | 85 |
| August 6, 2007 e-mail from Roger Rapoport to Steve Vander Ark RDR 0004 | 86 |
| August 8, 2007 e-mail from Roger Rapoport to Peter Tummons RDR 0937 | 87 |
| August 15, 2007 e-mail from Roger Rapoport to Steve Vander Ark RDR 0516 | 88 |
| August 16, 2007 e-mail from Roger Rapoport t to Peter Tummons RDR 0939 - RDR 0940 | 89 |
| August 17, 2007 e-mail from Roger Rapoport to Steve Vander Ark VA 013 | 90 |
| August 17, 2007 e-mail from Roger Rapoport to Steve Vander Ark RDR 0517 | 91 |

| Document | Plaintiffs' Exhibit # |
|---|---|
| August 18, 2007 e-mail from Steve Vander Ark to Roger Rapoport RDR 008 | 92 |
| August 20, 2007 e-mail chain from Roger Rapoport to Richard Harris RDR 1290 - RDR 1292 | 93 |
| August 20, 2007 e-mail from Roger Rapoport to Steve Vander Ark RDR 0518 | 94 |
| August 21, 2007 e-mail chain from Richard Harris to Roger Rapoport VA 021 | 95 |
| August 21, 2007 e-mail from Roger Rapoport to Steve Vander Ark VA 022 -VA 023 | 96 |
| August 21, 2007 e-mail chain from Roger Rapoport to Steve Vander Ark VA 029 | 97 |
| August 22, 2007 e-mail chain from Richard Harris to Steve Vander Ark VA 035 - VA 036 | 98 |
| August 28, 2007 e-mail chain from Marta to Steve Vander Ark VA 106 - VA 109 | 99 |
| August 29, 2007 e-mail chain from Steve Vander Ark to Roger Rapoport RDR 0069 RDR 0070 | 100 |
| September 3, 2007 e-mail chain from Lisa Bunker to Steve Vander Ark et.al. VA 174 - VA 175 | 101 |
| September 7, 2007 e-mail from Steve Vander Ark to Roger Rapoport RDR 0107 | 102 |
| September 11, 2007 e-mail chain from Clint Hagen to Steve Vander Ark VA 296 - VA 297 | 103 |
| September 11, 2007 e-mail chain from Roger Rapoport to Hongyan Wu RDR 0621 - RDR 0623 | 104 |
| September 11, 2007 e-mail chain from Belinda Hobbs to Steve Vander Ark VA 363 | 105 |
| September 13, 2007 e-mail from Roger Rapoport to Megan Trank RDR 0630 | 106 |
| September 13, 2007 e-mail from Steve Vander Ark to Roger Rapoport RDR 1048 | 107 |
| September 17, 2007 e-mail from Hongyan Wu to Roger Rapoport RDR 0360 | 108 |
| September 17, 2007 e-mail from Steve Vander Ark to Roger Rapoport RDR 148 | 109 |
| September 18, 2007 e-mail from Roger Rapoport to Cal (geeteebee@adelphia.net) RDR 0678 | 110 |
| September 19, 2007 e-mail from Roger Rapoport to Chantal Baltussen RDR 0692 | 111 |
| September 19, 2007 e-mail from Roger Rapoport to Sander Bekkers RDR 0669 | 112 |
| September 20, 2007 e-mail chain from Juergen Weidenbach to Roger Rapoport RDR 0384 - RDR 0386 | 113 |
| September 20, 2007 e-mail from Roger Rapoport to Maria Rutgers RDR 0696 | 114 |
| September 20, 2007 e-mail from Roger Rapoport to Erik Johansson RDR 0697 | 115 |
| September 20, 2007 e-mail chain from Maria Rutgers to Roger Rapoport RDR 0388 - RDR 0390 | 116 |

| Document | Plaintiffs' Exhibit # |
|---|---|
| September 25, 2007 e-mail from Roger Rapoport to Eduard Richter RDR 0698 | 117 |
| September 26, 2007 e-mail chain from Joao Paulo Riff / Agencia Riff to Roger Rapoport RDR 397- RDR 398 | 118 |
| September 28, 2007 e-mail chain from Eduard Richter to Roger Rapoport RDR 0406 - RDR 0407 | 119 |
| October 5, 2007 e-mail chain from Roger Rapoport to Joao Paulo/Agenica Riff RDR 0721 | 120 |
| October 8, 2007 e-mail chain from Roger Rapoport to Almuth Andreae RDR 0728 | 121 |
| October 8, 2007 e-mail from Roger Rapoport to Peter Tummons RDR 0835 - RDR 858 | 122 |
| October 8, 2007 e-mail from Roger Rapoport to Peter Tummons RDR 8059 - RDR 8060 | 123 |
| October 9, 2007 e-mail chain from Roger Rapoport to Peter Tummons RDR 0862 - RDR 0863 | 124 |
| October 10, 2007 e-mail from Roger Rapoport to Peter Tummons RDR 0865 - RDR 0888 | 125 |
| October 15, 2007 e-mail from Ricciarda Barbieri to Roger Rapoport RDR 0430 | 126 |
| October 15, 2007 e-mail chain from Roger Rapoport to Tuvia (caduceo2002@hotmail.com) RDR 0739 | 127 |
| October 15, 2007 e-mail from Roger Rapoport to Almuth Andreae RDR 0740 | 128 |
| October 16, 2007 e-mail from Roger Rapoport to Rosa Moya RDR 0743 | 129 |
| October 16, 2007 e-mail from Roger Rapoport to Eduard Richter RDR 0744 | 130 |
| October 16, 2007 e-mail from Roger Rapoport to Steve Jan Vander Ark RDR 0568 | 131 |
| October 16, 2007 e-mail from Roger Rapoport to Steve Jan Vander Ark VA 519 | 132 |
| October 18, 2007 e-mail from Roger Rapoport to Susan Aikens RDR 0756 | 133 |
| October 18, 2007 e-mail chain fron Eva Povelko to Rogert Rapoport RDR 0440 | 134 |
| October 18, 2007 e-mail from Roger Rapoport to Steve Jan Vander Ark VA 523 | 135 |
| October 18, 2007 e-mail from Roger Rapoport to Eva Povelko RDR 0753 | 136 |
| October 28, 2007 e-mail from Roger Rapoport to Susan Aikens RDR 0794 | 137 |
| October 29, 2007 e-mail from Roger Rapoport to Teresa Pagano RDR 0795 | 138 |
| October 29, 2007 e-mail chain from Teresa Pagano to Roger Rapoport RDR 0494 - RDR 0496 | 139 |
| October 30, 2007 e-mail from Roger Rapoport to Peter Tummons RDR 0917 | 140 |

| Document | Plaintiffs' Exhibit # |
|---|---|
| November 2, 2007 e-mail chain from Steve Vander Ark to Roger Rapoport RDR 2023 | 141 |
| November 2, 2007 e-mail chain from Roger Rapoport to Steve Vander Ark RDR illegible bates number | 142 |
| December 11, 2007 e-mail chain from Steve Vander Ark to Roger Rapoport RDR 2306 | 143 |
| Connect: Harry Potter | 144 |
| Imagining Faith with Kids: Unearthing Seeds of Gospel in Children's Stories from Peter Rabbit to Harry Potter | 145 |
| About Harry Potter: What Every Kid Should Know... | 146 |
| Harry Potter, You're the Best!: A Tribute From Fans the World Over | 147 |
| Frodo and Harry: The Lord of the Rings vs. Harry Potter | 148 |
| Wizards, Hobbits and Harry Potter | 149 |
| Harry Potter Collector's Value Guide | 150 |
| Harry Potter and the Bible<br>The Menace Behind the Magick | 151 |
| Fantasy and Your Family<br>A Closer Look at the Lord of the Rings, Harry Potter and Magick in the Modern World | 152 |
| Harry Potter, Narnia, and The Lord of the Rings: What You Need to Know About Fantasy Books and Movies | 153 |
| Kids Letters to Harry Potter from Around the World | 154 |
| Reading Harry Potter:<br>Critical Essays | 155 |
| Pokemon & Harry Potter: A Fatal Attraction<br>An Exposé of the Secret War Against the Youth of America | 156 |
| Harry Potter and Philosophy<br>If Aristotle Ran Hogwarts | 157 |
| What Will Harry Do?<br>The Unofficial Guide to Payoffs and Possibilities in Book Seven | 158 |
| Storybook Travels:<br>From Eloise's New York to Harry Potter's London, Visits to 30 of the Best-Loved Landmarks in Children's Literature | 159 |
| A Detective's Analysis of Harry Potter and the Mysteries Within | 160 |
| The Great Snape Debate: The Case for Snape's Guilt/Innocence | 161 |
| The Irresistible Rise of Harry Potter | 162 |

| Document | Plaintiffs' Exhibit # |
|---|---|
| A Charmed Life: The Spirituality of Potterworld | 163 |
| Prejudice in Harry Potter's World A Social Critique of the Series, Using Alport's *The Nature of Prejudice* | 164 |
| The Mystery of Harry Potter A Catholic Family Guide | 165 |
| Wizard! Harry Potter's Brand Magic | 166 |
| My Year With Harry Potter: How I Discovered My Own Magical World | 167 |
| A Parent's Guide to *Harry Potter* | 168 |
| A Parent's Guide to *Harry Potter* (CD) | 169 |
| Defogging the Future Unauthorized Speculation About the Seventh and Final Book of the Harry Potter Series | 170 |
| The Unauthorized Harry Potter Everything You Ever Wanted to Know About the Harry Potter Series | 171 |
| The Hidden Myths in Harry Potter Spellbinding Map and Book of Secrets | 172 |
| Return of the Heroes *The Lord of the Rings, Star Wars, Harry Potter*, and Social Conflict | 173 |
| Faith Journey Through Fantasy Lands A Christian Dialogue with Harry Potter, Star Wars, and the Lord of the Rings | 174 |
| From Homer to Harry Potter: A Handbook on Myth and Fantasy | 175 |
| Under the Spell of Harry Potter | 176 |
| Guide to the Harry Potter Novels (Contemporary Classics in Children's Literature) | 177 |
| Henry Potty and the Pet Rock An Unauthorized Harry Potter Parody | 178 |
| *MAD Magazine (#480)* Harry Potter and the Order of the Phoenix | 179 |
| Media and the Make-Believe Worlds of Children When Harry Potter Meets Pokémon in Disneyland | 180 |
| Who Killed Albus Dumbledore? | 181 |
| The Hidden Key to Harry Potter Understanding the Meaning, Genius, and Popularity of Joanne Rowling's HarryPotter Novels | 182 |


| Document | Plaintiffs' Exhibit # |
|---|---|
| Looking For God in Harry Potter | 183 |
| Unlocking *Harry Potter:* Five Keys for the Serious Reader | 184 |
| Re-Reading Harry Potter | 185 |
| Scholarly Studies in Harry Potter Applying Academic Methods to a Popular Text | 186 |
| Critical perspectives on Harry Potter | 187 |
| The Science of Harry Potter: How Magic Really Works | 188 |
| A Closer Look at Harry Potter | 189 |
| The Wisdom of Harry Potter: What Our Favorite Hero Teaches Us About Moral Choices | 190 |
| God, the Devil, and Harry Potter: A Christian Minister's Defense of the Beloved | 191 |
| From Shakespeare to Harry Potter An Introduction to Literature for All Ages | 192 |
| The Sorcerer's Companion: A Guide to the Magical World of Harry Potter | 193 |
| Harry Potter and Torah | 194 |
| Mapping the World of the Sorcerer's Apprentice An Unauthorized Exploration of the Harry Potter Series Complete through Book Six | 195 |
| The End of Harry Potter? | 196 |
| *The Best of Cannabis Culture Magazine #3 Presents* Hairy PotHead and the Marijuana Stone | 197 |
| Discovering the Real World of Harry Potter (DVD) | 198 |
| Boys and Girls Forever Children's Classics from Cinderella to Harry Potter | 199 |
| From Alice to Harry Potter: Children's Fantasy in England | 200 |
| Wizards: The Quest for the Wizard from Merlin to Harry Potter | 201 |
| Females and Harry Potter Not All that Empowering | 202 |
| Harry Potter: Feminist Friend or Foe? | 203 |
| Wizards, Hobbits, and Harry Potter What Your Family Needs to Know | 204 |

| Document | Plaintiffs' Exhibit # |
|---|---|
| The Magic of Harry Potter<br>Essays Concerning Magic, Literary Devices, and Moral Themes in J. K. Rowling's *Harry Potter* | 205 |
| We Love Harry Potter! | 206 |
| If Harry Potter Ran General Electric Leadership Wisdom from the World of the Wizards | 207 |
| The Psychology of Harry Potter<br>An Unauthorized Examination of the Boy Who Lived | 208 |
| The Book 7 Brainstorms:<br>Prepare Yourself for the *Deathly Hallows* | 209 |
| The Gospel According to Harry Potter<br>Spirituality in the Stories of the World's Most Famous Seeker | 210 |
| What's a Christian to Do with Harry Potter? | 211 |
| Wizards, Wardrobes and Wookies<br>Navigating Good and Evil in Harry Potter, Narnia and Star Wars | 212 |
| Character Education: The Legacy of the Harry Potter Novels | 213 |
| J. K. Rowling's Harry Potter Novels:<br>A Reader's Guide | 214 |
| Harry Potter and International Relations | 215 |
| Harry Putter and the Chamber of Cheesecakes | 216 |
| A Fandom of Magical Proportions<br>An Unauthorized History of the *Harry Potter* Fandom Phenomenon | 217 |
| The Pottersaurus<br>1,500 Words Harry Potter Readers Need to Know | 218 |
| Beacham's Sourcebook for Teaching Young Adult Fiction: Exploring Harry Potter | 219 |
| Mugglenet.Com's What Will Happen in Harry Potter 7<br>Who Lives, Who Dies, Who Falls in Love and how Will the Adventure Finally End? | 220 |
| Hogwarts, Narnia, and Middle Earth:<br>Places Upon a Time | 221 |
| Harry Potter!<br>The Best Websites and Web Journal | 222 |
| The Making of the Potterverse<br>A month-by-month look at Harry's first 10 years | 223 |
| The Seeker's Guide to Harry Potter | 224 |
| New Clues to Harry Potter Book 5:<br>Hints from the Ultimate Unofficial Guide to the Mysteries of Harry Potter | 225 |

| Document | Plaintiffs' Exhibit # |
| --- | --- |
| The Plot Thickens... Harry Potter Investigated by Fans for Fans | 226 |
| Wizarding World Press' Ultimate Unofficial Guide to the Mysteries of Harry Potter (Analysis of Books 1-4) | 227 |
| Wizarding World Press' Ultimate Unofficial Guide to the Mysteries of Harry Potter (Analysis of Book 5) | 228 |
| Wizarding World Press' Ultimate Unofficial Guide to the Mysteries of Harry Potter (Analysis of Book 6) | 229 |
| The Ivory Tower and Harry Potter: Perspectives on a Literary Phenomenon | 230 |
| Hour of the Witch<br>Harry Potter, Wicca Witchcraft and the Bible | 231 |
| Unauthorized "Half-Blood Prince" Update: News and Speculation about Harry Potter Book Six by J. K. Rowling | 232 |
| Unauthorized Harry Potter Book Seven News:<br>"Half-Blood Prince" Analysis and Speculation | 233 |
| Sticks and Stones:<br>The Troublesome Success of Children's Literature from Slovenly Peter to Harry Potter | 234 |

B.　Defendants

RDR Books intends to produce the following exhibits in its case in chief:

501　Declaration of Roger Rapoport
　　　501a　Presently proposed cover to the Lexicon

502　Declaration of Steven Jan Vander Ark
　　　502a　Note to Steven Vander Ark from Cheryl Klein
　　　502b-o Sections of the Lexicon

503　Declaration of Janet Sorensen
　　　503a　CV of Janet Sorensen

504　Declaration of Shawn Malhotra
　　　504a　Summary chart of Rowling interviews
　　　504b-e Interviews with J.K. Rowling

505　Declaration of David Harris
　　　505a-f Scans of other third party companion books
　　　505g　Summary chart of companion books