R E C E I V E

APR - 9 2008

CHAMB... OI
... PATTERSON

# The Law Office of David S. Hammer

99 Park Avenue, Suite 1600 ● New York, New York 10016 ● (212) 941-8118 ● (fax) (212) 557-0565

April 9, 2008

By Fax

Honorable Robert P. Patterson
United States District Court
 Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/9/08

Re:   Warner Bros. Entertainment, Inc. et. al. v. RDR Books, 07 Cv. 9667 (RPP)

Dear Judge Patterson:

Yesterday Your Honor directed the plaintiffs in this case to produce their new exhibits to my offices by this morning. This morning plaintiffs provided me with 188 pages of new charts, making detailed comparisons between the book defendant hopes to publish (The Lexicon) and the Potter novels. These charts are extremely detailed – it is now three hours since I have received them, and I am not even close to fully reading them.

Defendant intends to move in limine for the exclusion of these charts, which include a volume of material impossible for us to digest over the next few days, and concern (with one exception) issues and materials that have been in the case since the end of October. However, the deadline for such motions is tonight – by which time I may not even have been able to provide the materials to my co-counsel. (Plaintiffs have stated that they will email me these charts later today, so that I can share them with my co-counsel and our witnesses, but it may be the end of the day before I can do so). I therefore ask Your Honor to extend by one day – until tomorrow, March 10, 2008 – the deadline for moving in limine.

I attach to this fax a page from one of the charts to show the flavor of the material I have received.

Sincerely yours,

D. S. Hammer

David S. Hammer
Attorney for Defendant RDR Books

Application granted
So ordered
Robert P. Patterson
4/9/08

cc:    Dale M. Cendali, Esq.

MEMO ENDORSED

# PLAINTIFFS' EXHIBIT 48

## Chart Showing Text from Harry Potter Books and the Lexicon

| Book Text | Lexicon Entry | Lexicon Definition |
|---|---|---|
| In fact, says Doris Purkiss, of 18 Acanthia Way, Little Norton…'What people don't realise is that Sirius Black is a false name,' says Mrs Purkiss. 'The man people believe to be Sirius Black is actually Stubby Boardman…' OP, Ch 10, p. 174 | Acanthia Way | A street in Little Norton, and, at number eighteen, home of Doris Purkiss, the witch who told The Quibbler that Sirius Black was actually Stubby Boardman |
| "Oh, it could still be here but under counter-enchantments," said Hermione. "Charms to prevent it being summoned magically, you know."

"Like Voldemort put on the stone basin in the cave said Harry, remembering how he had been unable to Summon the fake locket. DH, Ch 10, p. 155-56. | Accio | An object can be placed under counter-enchantments to prevent it being summoned magically. The stone basin in the Horcrux cave and Hufflepuff's cup in Gringotts had both been placed under such counter-enchantments. |
| …it burnt a hole right through my tongue. PA, Ch 10, p. 149 | Acid Pops | …which will burn a hole right through your tongue |
| He had never been to a wedding before, so he could not judge how wizarding celebrations differed from Muggle ones, though he was pretty sure that the latter would not involve a wedding cake topped with two model phoenixes that took flight when the cake was cut, or bottles of champagne that floated unsupported through the crowd. DH, Ch 8, p. 126. | Action Figures | Bill and Fleur's wedding cake was topped with two model phoenixes that took flight when the cake was cut. "Action Figures" entry. |

1