UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WARNER BROS. ENTERTAINMENT INC. and
J.K. ROWLING,

                            Plaintiffs,                  07 Civ. 9667 (RPP)

       - against -

                                                          **ORDER**

RDR BOOKS and DOES 1-10,

                            Defendants.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

     In view of the numerous proposed exhibits in the pretrial order, a large number of which are not agreed to be admissible, the Court should be provided by 9:30 AM on April 11, 2008 with a set of all proposed exhibits, a statement by proponent of the grounds for admissibility of each exhibit whose admissibility is disputed, the issue or issues to which the exhibit is deemed relevant, and the identity of third parties.

     IT IS SO ORDERED.

Dated: New York, New York
        April 9, 2008

                                                       Robert P. Patterson, Jr.
                                                       U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

Copies of this Order sent to:

*Attorneys for Plaintiffs*
O'Melveny & Myers LLP
Attn: Dale Margaret Cendali
7 Times Square
New York, NY 10036
Tel: 212-326-2000
Fax: 212-326-2061

*Attorney for Defendant*
David S. Hammer
110 Green St., Suite 1101
New York, NY 10012
Tel: 212-941-8118
Fax: 212-557-0565