

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARNER BROS. ENTERTAINMENT, INC().
and J.K. ROWLING,  )
  )  Case No.: 07-CV-9667 (RPP)
          Plaintiffs,  )
  )
    -against-  )
  )
RDR BOOKS and DOES 1-10,  )
  )
          Defendants.  )

### NOTICE OF MOTION TO ADMIT DANIEL N. SHALLMAN AS COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed affidavit of Daniel N. Shallman in support of this motion and the Certificate of Good Standing annexed thereto, Plaintiffs Warner Bros. Entertainment, Inc. and J.K. Rowling will move this Court before the Judge at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Daniel N. Shallman, a member of the firm of O'Melveny & Myers LLP and a member in good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Dated: 4/8/08

Daniel N. Shallman
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
dshallman@omm.com
(213) 430-6000

LA2:858101.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT, INC. and J.K. ROWLING,<br><br>        Plaintiffs,<br><br>-against-<br><br>RDR BOOKS and DOES 1-10,<br><br>        Defendants. | Case No.: 07-CV-9667 (RPP) |

## AFFIDAVIT OF MELANIE BRADLEY
### IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

MELANIE BRADLEY, being duly sworn, hereby deposes and says as follows:

1. I am Counsel with the law firm of O'Melveny & Myers LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Daniel N. Shallman as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October, 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Daniel N. Shallman since March, 2008.

4. Daniel N. Shallman is Counsel at O'Melveny & Myers LLP, in Los Angeles, California.

5. I have found Daniel N. Shallman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Daniel N. Shallman, pro hac vice.

1

7. I respectfully submit a proposed order granting the admission of Daniel N. Shallman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Daniel N. Shallman, pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Dated: April 8, 2008
City, State: New York, New York
Notarized: *[signature]*

Respectfully submitted,

*[signature]*
Name of Movant: Melanie Bradley
SDNY Bar Code: MB 0823

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT, INC. and J.K. ROWLING,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>RDR BOOKS and DOES 1-10,<br><br>　　　　　　　　Defendants. | Case No.: 07-CV-9667 (RPP) |

## AFFIDAVIT OF DANIEL N. SHALLMAN, ESQ.
## IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

DANIEL N. SHALLMAN, being duly sworn, hereby deposes and says as follows:

1. I am a Counsel with the law firm of O'Melveny & Myers LLP.
2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.
4. There are no pending disciplinary proceedings against me in any State or Federal court.
5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Dated: 4/8/08

Daniel N. Shallman
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
dshallman@omm.com
(213) 430-6000

LA2:858095.1

STATE OF NEW YORK     )
                      )  ss.
COUNTY OF New York    )

On April 8, 2008 before me, Stephanie Cascio, Notary Public, personally appeared Daniel N. Shallman, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

Notary Public, State of New York
My Commission Expires 9/27/09

LA2:858095.1

# United States District Court

Central District of California

**CERTIFICATE OF GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Daniel N. Shallman, Bar No. 180782

was duly admitted to practice in this Court on   February 26, 1999

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on March 14, 2008
   *DATE*



SHERRI R. CARTER, CLERK

By Brenda Brannon
Brenda Brannon, Deputy Clerk

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| WARNER BROS. ENTERTAINMENT, INC. and J.K. ROWLING, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | Case No.: 07-CV-9667 (RPP) |
| -against- | ) ) ) | |
| RDR BOOKS and DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER ADMITTING DANIEL N. SHALLMAN AS COUNSEL *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Daniel N. Shallman is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____    _____
                                                                         United States District Court Judge

LA2:858102.1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK )

I, Stephanie Cassagnol, being duly sworn, depose and say:

1. I am not a party to this action, am over 18 years of age, and am employed by O'Melveny & Myers LLP, Seven Times Square, New York, New York.

2. On April 8, 2008, I served copies of the attached **NOTICE OF MOTION TO ADMIT DANIEL N. SHALLMAN AS COUNSEL PRO HAC VICE, AFFIDAVIT OF MELANIE BRADLEY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIDAVIT OF DANIEL N. SHULLMAN, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, CERTIFICATE OF GOOD STANDING AND PROPOSED ORDER ADMITTING DANIEL N. SHALLMAN AS COUNSEL PRO HAC VICE** upon:

> Anthony T. Falzone
> Stanford Law School Center
> for Internet and Society
> 559 Nathan Abbott Way
> Stanford, CA 94305
>
> David Saul Hammer
> Law Office of David Saul Hammer
> 99 Park Avenue, Suite 1600
> New York, NY 10016

3. I made such service by personally delivering true copies of the aforementioned documents, enclosed in properly addressed postage prepaid envelopes and delivering them to a Federal Express office for priority delivery.

_____
Stephanie Cassagnol

Sworn to before me this
8th Day of April, 2008

_____
Notary Public