# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)  
Search Request: Left Anchored Title = daily prophet  
Search Results: Displaying 1 of 4 entries



### *The Daily Prophet.*

**Type of Work:** Text  
**Registration Number / Date:** TX0006836722 / 2008-04-10  
**Application Title:** The Daily Prophet.  
**Title:** The Daily Prophet.  
**Description:** Printed material.  
**Copyright Claimant:** J. K. Rowling. Address: c/o Christopher Little Literary Agency, 125 Moore Park Road, London, SW6 4PS, United Kingdom  
**Date of Creation:** 1999  
**Date of Publication:** 1999-06-01  
**Nation of First Publication:** United Kingdom  
**Authorship on Application:** J. K. Rowling; Domicile: United Kingdom; Citizenship: United Kingdom. Authorship: entire text.  
**Pre-existing Material:** Books entitled "Harry Potter and the Sorcerer's Stone" (also known as "Harry Potter and the Philosopher's Stone") and "Harry Potter and the Chamber of Secrets".  
**Basis of Claim:** Fictional periodical based on "Harry Potter and the Sorcerer's Stone" (also known as "Harry Potter and the Philosopher's Stone") and "Harry Potter and the Chamber of Secrets".  
**Copyright Note:** C.O. correspondence.  
**Names:** Rowling, J. K.



**Save, Print and Email (Help Page)**

Select Download Format  Full Record    [ Format for Print/Save ]

| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = daily prophet
Search Results: Displaying 2 of 4 entries



*The Daily Prophet.*

|   |   |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0006836704 / 2008-04-10 |
| **Application Title:** | The Daily Prophet. |
| **Title:** | The Daily Prophet. |
| **Description:** | Printed material. |
| **Copyright Claimant:** | J. K Rowling. Address: c/o Christopher Little Literary Agency, 10 Eel Brook Studios, 125 Moore Park Road, London, SW6, 4PS, United Kingdom |
| **Date of Creation:** | 1999 |
| **Date of Publication:** | 1999-10-01 |
| **Nation of First Publication:** | United Kingdom |
| **Authorship on Application:** | J. K Rowling; Domicile: United Kingdom; Citizenship: United Kingdom. Authorship: entire text. |
| **Pre-existing Material:** | Books entitled "Harry Potter and the Sorcerer's Stone" (also known as "Harry Potter and the Philosopher's Stone), "Harry Potter and the Chamber of Secrets" and "Harry potter and the Prisoner of Azkaban. |
| **Basis of Claim:** | Fictional newsletter based on "Harry Potter and the Sorcerer's Stone" (also known as "Harry Potter and the Philosopher's Stone), "Harry Potter and the Chamber of Secrets" and "Harry Potter and the Prisoner of Azkaban". |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Rowling, J. K |



**Save, Print and Email (Help Page)**

| Select Download Format | Full Record | Format for Print/Save |
|---|---|---|
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = daily prophet
Search Results: Displaying 3 of 4 entries



*The Daily Prophet.*

- **Type of Work:** Text
- **Registration Number / Date:** TX0006836711 / 2008-04-10
- **Application Title:** The Daily Prophet.
- **Title:** The Daily Prophet.
- **Description:** Printed material.
- **Copyright Claimant:** J. K. Rowling. Address: c/o Christopher Little Literary Agency, 10 Eel Brook Studios, 125 Moore Park Road, London, SW6 4PS, United Kingdom
- **Date of Creation:** 1999
- **Date of Publication:** 1999-02-08
- **Nation of First Publication:** United Kingdom
- **Authorship on Application:** J. K. Rowling; Domicile: United Kingdom. Authorship: entire text.
- **Pre-existing Material:** Book entitled "Harry Potter and the Sorcerer's Stone" (also known as "Harry Potter and the Philosopher's Stone")
- **Basis of Claim:** Fictional periodical based on "Harry Potter and the Sorcerer's Stone" (also known as "Harry Potter and the Philosopher's Stone")
- **Copyright Note:** C.O. correspondence.
- **Names:** Rowling, J. K.





Help   Search   History   Titles   Start Over

Contact Us | Request



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = daily prophet
Search Results: Displaying 4 of 4 entries



*The Daily Prophet.*

|   |   |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0006836721 / 2008-04-10 |
| **Application Title:** | The Daily Prophet. |
| **Title:** | The Daily Prophet. |
| **Description:** | Printed material. |
| **Copyright Claimant:** | J. K. Rowling. Address: c/o Christopher Little Literary Agency, 10 Eel Brook Studios, 125 Moore Park Road, London, SW6 4PS, United Kingdom |
| **Date of Creation:** | 1998 |
| **Date of Publication:** | 1998-07-31 |
| **Nation of First Publication:** | United Kingdom |
| **Authorship on Application:** | J. K. Rowling; Domicile: United Kingdom; Citizenship: United Kingdom. Authorship: entire text. |
| **Pre-existing Material:** | Book entitled "Harry Potter and the Sorcerer's Stone" (also known as "Harry Potter and the Philosopher's Stone") |
| **Basis of Claim:** | Fictional periodical based on "Harry Potter and the Sorcerer's Stone" (also known as "Harry Potter and the Philosopher's Stone") |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Rowling, J. K. |





**Save, Print and Email (Help Page)**

Select Download Format  Full Record    Format for Print/Save

Enter your email address:    Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page