Warner Bros. Entertainment Inc. et al v. RDR Books et al Doc. 91 Att. 5

# EXHIBIT B

Dockets.Justia.com

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

163.630 452
1-57000029

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
PA 1-391-853



TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION
4 14 08
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Harry Potter and the Chamber of Secrets (for the Playstation 2)

Registration Number of the Basic Registration ▼
PA 1-125-093

Year of Basic Registration ▼
2002

Name(s) of Author(s) ▼
Electronic Arts Inc.

Name(s) of Copyright Claimant(s) ▼
Electronic Arts Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 Line Heading or Description Copyright Claimant(s)

Incorrect Information as It Appears in Basic Registration ▼
Electronic Arts Inc.

Corrected Information ▼
Electronic Arts Inc. & Warner Bros. Entertainment Inc.

Explanation of Correction ▼
addition of unnamed Copyright Claimant

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number 2b Line Heading or Description Name of Author/Nature of Authorship

Amplified Information and Explanation of Information ▼

Warner Bros., a division of Time Warner Entertainment Company, L.P. / Audio-visual material

addition of unnamed author

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page. • See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

FORM CA

| FORM CA RECEIVED 5·08·08 | |
|---|---|
| FUNDS RECEIVED DATE 4·14·08 | |
| EXAMINED BY RG | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☒ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**D**

Continuation of: ☐ Part B or ☐ Part C

**E**

Correspondence: Give name and address to which correspondence about this application should be sent.

Same as space G

Phone (818) 954-7987 Fax (818) 954-2643 Email dale.nelson@warnerbros.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name Warner Bros. Entertainment Inc

Account Number DA 013544

**F**

Certification[1] I, the undersigned, hereby certify that I am the: (Check only one)

☐ author ☐ owner of exclusive right(s)
☐ other copyright claimant ☑ duly authorized agent of Electronic Arts Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Sue Garlein Date ▼ 5-8-08

Handwritten signature (X) ▼ [signature]

**G**

Certificate will be mailed in window envelope to this address:

Name ▼ Warner Bros. Entertainment Inc

Number/Street/Apt ▼ 4000 Warner Blvd., Bldg 156S, Room 5146

City/State/ZIP ▼ Burbank CA 91522

YOU MUST:
- Complete all necessary spaces
- Sign your application in space F

SEND ALL 2 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

[1]17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

163630419

1-56999944

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

PA 1-391-854



TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

4 14 08
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

**Title of Work ▼**
Harry Potter and the Sorcerer's Stone (for Nintendo Game Cube)

**Registration Number of the Basic Registration ▼**
PA 1-218-122

**Year of Basic Registration ▼**
2003

**Name(s) of Author(s) ▼**
Electronic Arts Inc. & Warthog Games Limited

**Name(s) of Copyright Claimant(s) ▼**
Electronic Arts Inc.

**B**

**Location and Nature of Incorrect Information in Basic Registration ▼**
Line Number 4 Line Heading or Description Copyright Claimant(s)

**Incorrect Information as It Appears in Basic Registration ▼**
Electronic Arts Inc.

**Corrected Information ▼**
Electronic Arts Inc. & Warner Bros. Entertainment Inc.

**Explanation of Correction ▼**
addition of unnamed Copyright Claimant

**C**

**Location and Nature of Information in Basic Registration to be Amplified ▼**
Line Number 2c Line Heading or Description Name of Author/Nature of Authorship

**Amplified Information and Explanation of Information ▼**
Warner Bros., a division of Time Warner Entertainment Company, L.P. / Audio-visual material

addition of unnamed author

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page. • See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

FORM CA RECEIVED 5·08·08

FUNDS RECEIVED DATE 4·14·08

EXAMINED BY Rb

CORRESPONDENCE

REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒YES ☐NO

FORM C

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Same as space G

Phone (818) 954-7967 Fax (818) 954-2643 Email dale.nelson@warnerbros.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name Warner Bros. Entertainment Inc

Account Number DA 013544

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author ☐ owner of exclusive right(s)
☐ other copyright claimant ☑ duly authorized agent of Electronic Arts Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Sue Barfield Date ▼ 5-8-08

Handwritten signature (X) ▼ [signature]

Certificate will be mailed in window envelope to this address:

Name ▼ Warner Bros. Entertainment Inc

Number/Street/Apt ▼ 4000 Warner Blvd., Bldg 156S, Room 5146

City/State/ZIP ▼ Burbank CA 91522

YOU MUST:
- Complete all necessary spaces
- Sign your application in space F

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.