# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X

WARNER BROS. ENTERTAINMENT INC. and
J.K. ROWLING,

        Plaintiffs,

    -against-

RDR BOOKS and DOES 1-10,

        Defendants.

------------------------------ X

Case No. 07-CV-9667 (RPP)


## [PROPOSED] ORDER AND PERMANENT INJUNCTION

On April 14-16, 2008, this Court conducted a consolidated hearing on Plaintiffs' motion for preliminary injunction and trial on the merits. After full consideration of all papers filed in support of and in opposition to Plaintiffs' motion and all evidence presented at the trial, and having held that Defendant has infringed Plaintiffs' copyrights as set forth in the Opinion dated _____, 2008, and that there exists no adequate remedy at law, and that Plaintiffs are entitled to injunctive relief as provided below, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    1. That RDR Books and its officers, agents, servants, employees, attorneys, successors and assigns, and all persons, firms and corporations acting in concert or participation with RDR Books who receive actual notice of this order by personal service or otherwise, are permanently enjoined individually, jointly and severally from directly or indirectly infringing Plaintiffs' copyrights in the seven *Harry Potter* books, the companion books *Quidditch Through The Ages* and *Fantastic Beasts and Where to Find Them*, the film adaptations of these works, the

"The Daily Prophet" newsletters or the Famous Wizard Cards, including but not limited to publishing or continuing to publish, distribute, market, advertise, promote, solicit or accept orders for, sell or offer for sale RDR's *Lexicon* book (the "*Lexicon*") or any works derived or copied from Plaintiffs' copyrighted works and from participating or assisting in any such activity whether occurring within the United States or outside the United States; and it is further

    2. ORDERED, that Defendant will communicate via email or otherwise to its pre-order customers, to booksellers, foreign publishing agents and foreign publishers that the Lexicon has been enjoined and cancelled.

    3. ORDERED, that Plaintiffs will be awarded statutory damages in the amount of $ _____ .

    4. The Court shall retain jurisdiction over this matter for purposes of enforcing this Order and Injunction.

SO ORDERED:

By: _____
       U.S.D.J.