## CERTIFICATE OF SERVICE

I, Emily Blumsack, hereby certify under penalty of perjury that on this 9th day of May 2008, I caused a true and correct copy of Plaintiffs' Findings of Fact and Conclusions of Law, to be served electronically via e-mail upon the following:

David Saul Hammer, Esq.
Law Office of David Saul Hammer
99 Park Avenue, Suite 1600
New York, New York 10016
Telephone: (212) 941-8118
Facsimile: (212) 557-0565
daveyh@aol.com

Anthony Falzone
Stanford Law School
Center for Internet and Society
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 736-9050
Facsimile: (650) 723-4426
anthony.falzone@stanford.edu

May 9, 2008
New York, New York

_____
Emily B. Blumsack