# TABLE OF CONTENTS

 **Page**

Table Of Authorities .................................................................................................................... v

I. FINDINGS OF FACT............................................................................................................ 1
 A. The Parties ................................................................................................................. 1
 B. Creation of the *Harry Potter* Books......................................................................... 1
 C. Companion Guides and Other *Harry Potter*-related Properties ............................. 3
 D. Ms. Rowling's Planned Encyclopedia ..................................................................... 5
 E. The *Harry Potter* Films and Related Merchandising ............................................. 5
 F. Plaintiffs' Intellectual Property Protection Strategy ................................................ 6
 G. Interest in *Harry Potter* Spawns Numerous Books and Websites........................... 7
 H. The *Harry Potter* Lexicon Website ...................................................................... 10
 I. Mr. Vander Ark's Awareness of Ms. Rowling's Plans ......................................... 11
 J. Mr. Vander Ark Seeks A Meeting with Ms. Rowling's Literary Agent.............. 13
 K. Development of the Lexicon Book ........................................................................ 13
 L. Marketing the Lexicon Book .................................................................................. 16
 M. Plaintiffs Learn of Defendant's Plans .................................................................... 19
 N. RDR Continues to Stall Plaintiffs .......................................................................... 24
 O. Plaintiffs File Suit And Seek to Obtain A Copy of the Lexicon Manuscript ...... 25
 P. The Lexicon Manuscript Copies Plaintiffs' Works Extensively .......................... 26
 Q. Use of Illegal Electronic Copies of Ms. Rowling's Works .................................. 27
 R. The Lexicon is Virtually Exclusively Drawn From Ms. Rowling's Works ........ 28
 S. Types of Copying of Ms. Rowling's Works.......................................................... 29
 1. Verbatim Copying of Songs and Poems ..................................................... 30
 2. Direct Quotations Without Quotation Marks and Extensive
 Paraphrasing................................................................................................. 30
 3. The Lexicon Takes All Of Ms. Rowling's Fictional Facts....................... 37
 a. Use of Fictional Facts from the *Harry Potter* Novels.................. 38
 b. Use of Fictional Facts from the Companion Books...................... 43
 c. Use of Fictional Facts from other *Harry Potter* Works............... 49
 d. Fictional Facts Taken from the Famous Wizard Cards ................ 50

Dockets.Justia.com

W.  Credibility of Witnesses..................................................................................76

   1.  Defendant's Witnesses Lack Credibility ...............................................77

       a.  Roger Rapoport Was Not Credible Given His Deliberate
           Misrepresentations and Inconsistent Testimony..........................77

       b.  Steven Vander Ark's Trial Testimony and Declaration
           Were Not Credible ......................................................................79

       c.  Prof. Sorensen's Trial Testimony and Declaration Were
           Not Credible................................................................................79

II. CONCLUSIONS OF LAW ............................................................................................81

   A.  Parties And Jurisdiction ......................................................................................81

   B.  Copyright Infringement ......................................................................................81

       1.  Burden of Proof......................................................................................81
       2.  Plaintiffs Can Establish Copyright Infringement...................................82

           a.  Plaintiffs Have Submitted Evidence Showing Ownership of
               Valid Copyrights..........................................................................83

           b.  There Is Direct Evidence of Copying of Ms. Rowling's
               Works ..........................................................................................85

           c.  Plaintiffs Have Proven Access and Substantial Similarity ..........86

           d.  The Lexicon Is An Unauthorized Derivative Work.....................88

   C.  Defendant's Affirmative Defenses Are Unavailing.............................................90
       1.  Defendant's Copyright Infringement Is Not a "Fair Use.".....................90

           a.  First Factor - Purpose and Character of the Use..........................92
           b.  Second Factor - Nature of the Copyrighted Work ....................103
           c.  Third Factor - The Amount and Substantiality of the
               Portion Used..............................................................................104
           d.  Fourth Factor - Harm to the Market...........................................107
           e.  Defendant Has Acted With Willfulness And In Bad Faith........117
           f.  Defendant's Case Citations Are Inapposite ...............................120

       2.  Defendant Cannot Establish Copyright Misuse ...................................126

       3.  Defendant's Unclean Hands Defense is Unavailing.............................130

# TABLE OF CONTENTS
(continued)

Page

D. Plaintiffs Are Entitled To An Injunction Preventing Defendant's Publication Of The Book. .................................................................................. 131

    1. Plaintiffs Are Entitled to a Presumption of Irreparable Injury ............... 131
    2. The Evidence Shows That If Defendant's Book is Published, Plaintiffs Will Suffer Irreparable Injury ................................................. 133
    3. Plaintiffs Have Shown That The Balance of Hardships Favors Them. ....................................................................................................... 137
    4. Issuing a Permanent Injunction Would Best Serve the Public Interest..................................................................................................... 138

E. Plaintiffs Are Entitled to Statutory Damages................................................... 140