## TABLE OF AUTHORITIES

<u>**Cases**</u>                                                                      <u>**Page**</u>

*ABKCO Music, Inc. v. Stellar Records, Inc.*,
    96 F.3d 60 (2d Cir. 1996) ..................................................... 131

*American Geophysical Union v. Texaco, Inc.*,
    60 F.3d 913 (2d Cir. 1994)............................................. 103, 104

*Apple Computer Inc. v. Franklin Computer Corp.*,
    714 F.2d 1240 (3d Cir. 1983)........................................ 137, 138

*Bill Graham Archives v. Dorling Kindersley, Ltd.*,
    448 F.3d 605 (2d Cir. 2006)............................................... 121

*Blanch v. Koons*,
    467 F.3d 244 (2d Cir. 2006)............................................... 120

*Bridgeman Art Library, Ltd. v. Corel Corp.*,
    25 F. Supp. 2d 421 (S.D.N.Y. 1998)..................................... 84

*Burroughs v. Metro-Goldwyn-Mayer, Inc.*,
    519 F. Supp. 388 (S.D.N.Y. 1981)........................................ 85

*Campbell v. Acuff-Rose Music, Inc.*,
    510 U.S. 569 (1994)................................................... *passim*

*Castle Rock Entm't, Inc. v. Carol Publ'g Group*, *Inc.*,
    955 F. Supp. 260 (S.D.N.Y. 1997)................................. 85-86

*Castle Rock Entm't, Inc. v. Carol Publ'g Group, Inc.*,
    150 F.3d 132 (2d Cir. 1998)......................................... *passim*

*Coleman v. ESPN, Inc.*,
    764 F. Supp. 290 (S.D.N.Y. 1991)................................. 126, 130

*College Entrance Exam. Bd. v. Pataki*,
    889 F. Supp. 554 (N.D.N.Y. 1995)....................................... 91

*Concrete Mach. Co. v. Classic Lawn Ornaments*,
    843 F.2d 600 (1st Cir. 1988)............................................. 137

Dockets.Justia.com

**Cases**                                                        **Page**

*DSC Communications Corp. v. DGI Technologies Inc.*,
   81 F.3d 597 (5th Cir. 1996) .................................................................... 127

*Eastern Railroad Presidents Conference v. Noerr*,
   365 U.S. 127 (1961)............................................................................... 127

*eBay Inc. v. MercExchange, L.L.C.*,
   126 S. Ct. 1837 (2007)........................................................................... 132

*Eldred v. Ashcroft*,
   537 U.S. 186 (2002) ....................................................................... 122, 123

*Elvis Presley Enters., Inc. v. Passport Video*,
   349 F.3d 622 (9th Cir. 2003) ..................................................... 97, 99-100

*Estee Lauder, Inc. v. The Fragrance counter, Inc.*,
   189 F.R.D. 269 (S.D.N.Y. 1999) .......................................................... 128

*Fallaci v. New Gazette Literary Corp.*,
   568 F. Supp. 1172 (S.D.N.Y. 1983)...................................................... 118

*Feist Publ'ns v. Rural Telephone Svc. Co.*,
   499 U.S. 340 (1991)....................................................................... 101, 124

*Firma Melodiya v. ZYX Music*,
   882 F. Supp. 1306 (S.D.N.Y. 1995)...................................................... 136

*Fitzgerald Publishing Co., Inc. v. Baylor Publishing Co., Inc.*,
   807 F.2d 1110 (2d Cir. 1986)......................................................... 117, 140

*Folsom v. Marsh*,
   9 F. Cas. 342 (C.C.D. Mass. 1841) ............................................... 100-101

*Harper & Row Pub., Inc. v. Nation Enters.*,
   471 U.S. 539 (1985)......................................................................... 87, 105

*Herbert Rosenthal Jewelry Corp. v. Zale Corp.*,
   323 F. Supp. 1234 (S.D.N.Y. 1971)...................................................... 133

*Infinity Broadcasting v. Kirkwood*,
   150 F.3d 104 (2d Cir. 1998).................................................................. 103

*Interscope Records V. Kimmel*,
   No. 3:07-cv-0108, 2007 U.S. Dist. LEXIS 43966 (E.D.N.Y. June 18, 2007) ....................... 129

*Island Software & Computer Serv. v. Microsoft Corp.*,
   413 F.3d 257 (2d Cir. 2005).................................................................... 84

**Cases**                                                                    **Page**

*Kelly v. Arriba Soft Corp.,*
336 F.3d 811 (9th Cir. 2003) ...................................................................... 121, 122

*Lasercomb America, Inc. v. Reynolds,*
911 F.2d 970 (4th Cir. 1990) ............................................................................ 127

*Lauratex Textile Corp. v. Allton Knitting Mills Inc.,*
519 F. Supp. 730 (S.D.N.Y. 1981).............................................................. 131, 137

*McGuire Oil Co. v. Mapco, Inc.,*
958 F.2d 1552 (11th Cir. 1992) ........................................................................ 127

*MGM Studios, Inc. v. Grokster, Ltd.,*
454 F. Supp. 2d 966 (C.D. Ca. 2006) ................................................................ 129

*My-T Fine Corp. v. Samuels,*
69 F.2d 76 (2d Cir. 1934) .................................................................................. 137

*New Line Cinema Corp. v. Bertlesman Music Group, Inc.,*
693 F. Supp. 1517 (S.D.N.Y. 1988)..................................................................... 85

*New York Times Co. v. Roxbury Data Interface, Inc.,*
434 F. Supp. 217 (D.N.J. 1977) ...............................................................123-124

*NFL v. Primetime 24 Joint Venture,*
131 F. Supp. 2d 458 (S.D.N.Y. 2001)........................................... 117, 119, 140, 141

*Nihon Keizai Shimbun, Inc. v. Comline Business Data, Inc.,*
No. 98 Civ. 641 DLC, 1998 U.S. Dist. LEXIS 6806 (S.D.N.Y. April 14, 1998).................. 126

*Novelty Textile Mills v. Joan Fabrics Corp.,*
558 F.2d 1090 (2d Cir. 1977).......................................................................... 82, 83

*Nunez v. Caribbean Int'l News Corp.,*
235 F.3d 18 (1st Cir. 2000)................................................................................ 125

*Orth-O-Vision, Inc. v. Home Box Office,*
474 F. Supp. 672 (S.D.N.Y. 1979)..................................................................... 129

*Paramount Pictures Corp. v. Carol Publ'g Group,*
11 F. Supp. 2d 329 (S.D.N.Y. 1998)............................................................. *passim*

*PenneCom, B.V. v. Merrill Lynch & Co.,*
372 F.3d 488 (2d Cir. 1988)............................................................................... 130

| **Cases** | **Page** |
|---|---|

*Penguin Books, U.S.A., Inc. v. New Christian Church of Full Endeavor, Ltd.*,
No. 96 Civ. 4126 (RWS), 2000 WL 1028634 (S.D.N.Y. July 25, 2000) .............................. 130

*Perfect 10, Inc. v. Amazon.com, Inc.*,
508 F.3d 1146 (9th Cir. 2007) ..................................................................... 121, 122

*Primetime 24 Joint Ventures v. Nat'l Broad. Co.*,
219 F.3d 92 (2d Cir. 2000).......................................................................... 128

*Prof'l Real Estate Investors, Inc. v. Columbia Pictures Indus., Inc.*,
508 U.S. 49 (1993)................................................................................... 128

*Propet USA, Inc. v. Shugart*,
No. C06-0186-MAT, 2007 U.S. Dist. LEXIS 94979 (W.D. Wash. Dec. 13, 2007) .............. 138

*Register.com v. Domain Registry of America, Inc.*,
No. 02 Civ. 6915 (NRB), 2002 U.S. Dist. LEXIS 24795 (S.D.N.Y. Dec. 27, 2002)............. 134

*Religious Technology Center v. Lerma*,
Civ.A. No. 95-1107-A, 1996 WL 633131 (E.D.Va. Oct. 4, 1996)........................................... 98

*Robinson v. Random House*,
877 F. Supp. 830 (S.D.N.Y. 1995)........................................ 91, 99-100, 108, 109, 114

*Roy Export Co. Establishment etc. v. Columbia Broadcasting System, Inc.*,
503 F. Supp. 1137 (S.D.N.Y. 1980)............................................................... 111, 117

*Sadhu Singh Hamdad Trust v. Ajit Newspaper Adver., Mktg and Commc'ns, Inc.*,
503 F. Supp. 2d 577 (E.D.N.Y. 2007) .................................................................. 84

*Salinger v. Random House*,
811 F.2d 90 (2d Cir. 1987)........................................................................... 105

*Scafa-Tornabene Art Publ. Co. v. Pride Prods. Corp.*,
No. 03 Civ. 8273 (DLC)(MHD), 2007 U.S. Dist. LEXIS 66501 (S.D.N.Y., June 4, 2007) .. 119

*Shady Records, Inc. v. Source Enter., Inc.*,
No. 03 Civ. 9944 (GEL), 2004 U.S. Dist. LEXIS 26143 (S.D.N.Y. Jan. 3, 2005) ............... 129

*Stevens v. Aeonian Press, Inc.*,
No. 00 Civ. 6330(JSM), 2002 WL 31387224 (S.D.N.Y. Oct. 23, 2002) ....................... 140, 141

*Suntrust Bank v. Houghton Mifflin Co.*,
268 F.3d 1257 (11th Cir. 2001) ................................................................... 122, 123

*T.F.T.F. Capital Corp. v. Marcus Dairy, Inc.*
312 F.3d 90 (2d Cir. 2002)........................................................................... 127

**Cases**                                                                                      **Page**

*Telebrands Corp. v. Wilton Indus., Inc.*,
   983 F. Supp. 471, 476 (S.D.N.Y. 1997)................................................................ 111

*Toho Co. Ltd. v. William Morrow and Co., Inc.*,
   33 F. Supp. 2d 1206 (C.D. Ca. 1998) ........................................... 83, 106, 107, 110

*Tom Doherty Assocs., Inc. v. Saban Entm't.*,
   60 F. 3d 27 (2d Cir. 1995) ................................................................................. 135

*Twin Peaks Prods., Inc. v. Publications Int'l, Ltd.*,
   996 F.2d 1366 (2d Cir. 1993)................................................................... *passim*

*Ty, Inc. v. Publications Int'l Ltd.*,
   292 F.3d 512 (7th Cir. 2002) ............................................................................ 90

*Ty, Inc. v. Publications Int'l, Inc.*,
   333 F. Supp. 2d 705 (N.D. Ill. 2004) ...................................................... 83, 85, 95

*UMG Recordings, Inc. v. Blake*,
   No. 5:06-CV-00120-BR, 2007 WL 1853956 (E.D.N.C. June 26, 2007)...................... 103, 132

*United Mine Workers of America v. Pennington*,
   381 U.S. 657 (1965)........................................................................................ 127

*Universal Furniture Int'l, Inc. v. Collezione Europa USA, Inc.*,
   No. 04 CV 977, 2007 U.S. Dist. LEXIS 88763 (M.D.N.C. Nov. 30, 2007) ........................ 138

*Van Der Zee v. Greenidge*,
   No. 03 Civ. 8659, 2006 WL 44020 (S.D.N.Y. Jan. 6, 2006).................................. 141

*Video Pipeline, Inc. v. Buena Vista Home Entertainment, Inc.*,
   192 F. Supp. 2d 321 (D. N.J. 2002) ................................................................. 129

*Wainwright Sec. Inc. v. Wall Street Transcript Corp.*,
   558 F.2d 91 (2d Cir. 1977)............................................................................... 134

*Warner Bros. Enter. Inc. v. Carsagno*,
   No. 06 CV 2676(NG)(RLM), 2007 WL 1655666 (E.D.N.Y. June 4, 2007) ........................ 132

*Wilen v. Alternative Media Net, Inc.*,
   No. 03CIV2524(RMB)(JCF), 2005 WL 167589 (S.D.N.Y. Jan. 26, 2005) ........................ 140

*Wright v. Warner Books, Inc.*,
   953 F.2d 731 (2d Cir. 1991)............................................................................. 125

**Page**

**Statutes**

U.S. Const. Art. I, § 8, cl. 8 ...................................................................... 91, 138, 139

17 U.S.C. § 101 et seq............................................................................................ *passim*

17 U.S.C. § 106 ...................................................................................................... *passim*

17 U.S.C. § 107 .................................................................................................... 91, 138

17 U.S.C. § 410 ............................................................................................................ 83

17 U.S.C. § 501 ............................................................................................................ 82

17 U.S.C. § 502 .......................................................................................................... 131

17 U.S.C. § 504 .......................................................................................................... 140

28 U.S.C. § 1331 ........................................................................................................... 81

28 U.S.C. § 1338 ........................................................................................................... 81

28 U.S.C. § 1391 ........................................................................................................... 81

28 U.S.C. § 1400 ........................................................................................................... 81

N.Y. C.P.L.R. § 302(a)(2)............................................................................................. 81


**Treatises and Articles**

Hon. Pierre N. Leval, *Toward a Fair Use Standard*, 103 Harv. L. Rev. 1105 (1990) ......... 93, 94

Nimmer on Copyright § 13.09[B] (2008) .............................................................. 130

Tomas Gomez-Arostegui, *What History Teaches Us About Copyright Injunctions
and the Inadequate-Remedy-At-Law Requirement*, Southern Cal. Law Rev.
(September 2008) (available at http://ssrn.com/abstract=1101974) ....................................... 132