```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/8
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WARNER BROS. ENTERTAINMENT INC. and
J.K. ROWLING,

                      Plaintiffs,

         -against-

RDR BOOKS and DOES 1-10,

                Defendants.
-----------------------------------------------------------X

07 CIVIL 9667 (RPP)

**JUDGMENT**

      Whereas the Court having held a bench trial on the merits from April 14, 2008 to April 17, 2008, and the matter having come before the Honorable Robert P. Patterson, United States District Judge, and the Court, on September 8, 2008, having rendered its Opinion and Order permanently enjoining defendant's publication of the Lexicon and awarding plaintiffs statutory damages of $6,750.00, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 8, 2008, defendant's publication of the Lexicon is permanently enjoined, and plaintiffs are awarded statutory damages of $6,750.00.

**Dated:** New York, New York
         September 9, 2008

                             **J. MICHAEL McMAHON**
                               Clerk of Court

              BY:
                               **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____