```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                :
WARNER BROS. ENTERNTAINMENT INC. and            :
J.K. ROWLING,                                   :  Case No. 07 Civ. 9667 (RPP)
                                                :
                            Plaintiffs,         :
                                                :
        -  against -                            :
                                                :
RDR BOOKS and DOES 1-10                         :
                                                :
                            Defendants          :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

### NOTICE OF MOTION AND MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Appellate Procedure 4(a)(5), Defendant RDR Books by its counsel of record hereby respectfully moves this Court for an extension of thirty days to file a Notice of Appeal from the Judgment in this matter entered on September 9, 2008. Defendant requests this extension so that it may continue to explore ways to resolve the matter without an appeal. Plaintiffs do not oppose defendant's motion.

The declaration of Julie A. Ahrens is attached hereto in support of this motion. A proposed order is also attached.

Respectfully submitted this 3rd day of October 2008.

        By: _____/s/_____
        Anthony T. Falzone (*pro hac vice*)
        Julie A. Ahrens (JA 0372)
        Lawrence Lessig
        STANFORD LAW SCHOOL
        CENTER FOR INTERNET AND SOCIETY
        559 Nathan Abbott Way
        Stanford, CA 94305-8610
        Telephone:(650) 736-9050
        Facsimile: (650) 723-4426

David Saul Hammer (DH 9957)
Law Office of David Saul Hammer
99 Park Avenue, Suite 1600
New York, NY 10016
Telephone: (212)-941-8118
Facsimile: (212) 557-0565

Lizbeth Hasse (*pro hac vice*)
Creative Industry Law Group, LLP
526 Columbus Avenue, 2nd Floor
San Francisco, CA 94133
Telephone: (415) 433-4380
Facsimile: (415) 433-6580

Attorneys for Defendant
RDR BOOKS