UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x

WARNER BROS. ENTERNTAINMENT INC. and
J.K. ROWLING,

                Plaintiffs,

- against -

RDR BOOKS and DOES 1-10

                Defendants

------------------------------------------- x

Case No. 07 Civ. 9667 (RPP)

### DECLARATION OF JULIE A. AHRENS IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

1. I am an attorney licensed to practice in the State of New York and a member of the bar of this court. I am counsel to defendant RDR Books in this action. All the facts set forth in this declaration are known to me personally, and if called as a witness, I could and would provide competent testimony as to them.

2. On October 1, 2008 defense counsel contacted plaintiffs' counsel and requested plaintiffs' consent to an extension to defendant's time to file a notice of appeal in this action.

3. On October 2, 2008, plaintiffs' counsel contacted defense counsel and agreed to defendant's request for a thirty-day extension for defendant to file a notice of appeal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Stanford, CA
October 3, 2008

_____
Julie A. Ahrens (JA 0372)