USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

WARNER BROS. ENTERNTAINMENT INC. and
J.K. ROWLING,

                  Plaintiffs,

- against -

RDR BOOKS and DOES 1-10

                  Defendants

------------------------------------- x

Case No. 07 Civ. 9667 (RPP)

### [~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

Defendant's unopposed motion to extend the time to file a notice of appeal in the above-captioned matter is GRANTED.

The deadline for RDR Books to file its Notice of Appeal is November 7, 2008.

IT IS SO ORDERED.

Dated: October 6, 2008

By: _____
Honorable Robert P. Patterson
United States District Judge