UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
:
WARNER BROS. ENTERNTAINMENT INC. and :
J.K. ROWLING, : Case No. 07 Civ. 9667 (RPP)
:
 Plaintiffs, :
: **NOTICE OF APPEAL**
 - against - :
:
RDR BOOKS and DOES 1-10 :
:
 Defendants :
:
------------------------------------------------- x



NOTICE is hereby given that, pursuant to Rule 3(a)(1) of the Federal Rules of Appellate Procedure, RDR BOOKS, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment of this Court entered September 9, 2008, which permanently enjoined defendant's publication of the Lexicon and awarded plaintiffs statutory damages of $6,750.00.

Dockets.Justia.com

Respectfully submitted this 6th day of November 2008.

By: *Julie A. Ahrens*
Anthony T. Falzone (*pro hac vice*)
Julie A. Ahrens (JA 0372)
STANFORD LAW SCHOOL
CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone:(650) 736-9050
Facsimile: (650) 723-4426

David Saul Hammer (DH 9957)
Law Office of David Saul Hammer
99 Park Avenue, Suite 1600
New York, NY 10016
Telephone: (212)-941-8118
Facsimile: (212) 557-0565

Lizbeth Hasse (*pro hac vice*)
Creative Industry Law Group, LLP
526 Columbus Avenue, 2nd Floor
San Francisco, CA 94133
Telephone: (415) 433-4380
Facsimile: (415) 433-6580

Attorneys for Defendant
RDR BOOKS