# MANDATE

SDNY-NYNY

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

USDC
DOCU
ELECT   Y FILED
DOC #
DATE    DEC 1 5 2008

-----------------------------------------x

WARNER BROS. ENTERNTAINMENT INC. and J.K. ROWLING

    Appellees,

-against-

RDR BOOKS and DOES 1-10,

    Appellant.

Docket No. 08-5441-cv

FILED DEC - 5 2008 Catherine O'Hagan Wolfe, Clerk UNITED STATES COURT OF APPEALS SECOND CIRCUIT

-----------------------------------------

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn with prejudice and without costs and attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated:    Stanford, California
            December 3, 2008

STANFORD LAW SCHOOL
CENTER FOR INTERNET & SOCIETY

By: _____
Anthony Falzone, Esq.
Attorneys for the Appellant
Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305
650-736-9050

U.S. DISTRICT COURT FILED DEC 15 2008 S.D. OF N.Y.

Dated:    New York, NY
            December 1, 2008

O'MELVENY & MYERS LLP

By: _____
Dale Cendali, Esq.
Attorneys for Appellees
7 Times Square
New York, New York 10036
(212) 326-2000

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Dec. 5, 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
           DEPUTY CLERK

CERTIFIED: 12/10/08